# EXHIBIT A

To Defendants Shell Oil Company and Shell Oil Products US, Inc.'s Joinder in Defendant United States Steel's Motion to Exclude Plaintiff's Expert Robert Herrick

```
                                                    1
 1        IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
 2                      - - -
 3    JAMES COPPAGE              :
                 Plaintiff,      : Civil Action
 4       vs.                     : No.
                                 : 1-18-cv-03823-
 5    UNITED STATES STEEL        : GLR
      CORPORATION, et al.,       :
 6                               :
                 Defendants.     :
 7
 8                      - - -
 9              November 21, 2019
10                      - - -
11              Oral Deposition of ROBERT F.
12    HERRICK, Sc.D., CIH, FAIHA, taken pursuant
13    to Notice at Veritext-Boston, 101 Arch
14    Street, Suite 650, Boston, Massachusetts
15    02110, beginning at 9:09 a.m. before
16    Brigitte A. Strain, a Federally Approved
17    Registered Professional Reporter and Notary
18    Public.
19                      - - -
20
21
22
             VERITEXT LEGAL SOLUTIONS
23              NEW ENGLAND REGION
24
```

Page 2

```
                          2
 1  A P P E A R A N C E S:
 2
    LOCKS LAW FIRM, LLC
 3  BY:  ANDREW J. DuPONT, ESQUIRE
    The Curtis Center, Suite 720E
 4  601 Walnut Street
    Philadelphia, Pennsylvania 19106
 5  215.893.0100
    ADupont@lockslaw.com
 6  Representing the Plaintiff
 7
    BARNES & THORNBURG, LLP
 8  BY:  KEVIN D. RISING, ESQUIRE
    2029 Century Park East, Suite 300
 9  Los Angeles, California 90067-2904
    310.284.3880
10  Representing the Defendant, Flint CPS Inks
    North America, LLC
11
12  DeCARO DORAN SICILIANO
    GALLAGHER & DeBLASIS LLP
13  BY:  ADAM PERRELLI, ESQUIRE
    17251 Melford Boulevard, Suite 200
14  Bowie, Maryland 20715
    301.352.4968
15  APerrelli@DeCaroDoran.com
    Representing the Defendants, T.H.
16  Agriculture and Nutrition, LLC
    (Via Teleconference)
17
18  FISHKIN LUCKS, LLP
    BY: ANDREW P. FISHKIN, ESQUIRE
19  One Riverfront Plaza
    Suite 410
20  Newark, New Jersey 07102
    973.679.4428
21  AFishkin@fishkinlucks.com
    Representing the Defendants, Ashland LLC and
22  Union Oil Company of California
    (Via Teleconference)
23
24
```

Page 3

```
                          3
 1  APPEARANCES (continued):
 2
    GOLDBERG SEGALLA LLP
 3  BY: BRENDAN H. FITZPATRICK, ESQUIRE
    One North Charles Street
 4  Suite 2500
    Baltimore, Maryland  21201-3739
 5  443.615.7513
    BHFitzpatrick@goldbergsegalla.com
 6  Representing the Defendant, EMCO Chemical
    Distributors, Inc.
 7  (Via Teleconference)
 8
    GOODELL DeVRIES LEECH & DANN, LLP
 9  BY:  ERICKA L. DOWNIE, ESQUIRE
    One South Street, 20th Floor
10  Baltimore, Maryland 21202
    410.783.4000
11  EDownie@GDLDlaw.com
    Representing the Defendants, Sun Chemical
12  Corporation and Rycoline Products, Inc.
    and BASF Corporation
13  (Via Teleconference)
14
    KUTAK ROCK, LLP
15  BY: DEBORAH C. PROSSER, ESQUIRE
    777 South Figueroa Street
16  Suite 4550
    Los Angeles, California 90017
17  213.312.4005
    Deborah.Prosser@kutakrock.com
18  Representing the Defendants, Graphics
    Packaging International LLC and Handschy
19  Industries, Inc.
    (Via Teleconference)
20
21
22
23
24
```

Page 4

```
                          4
 1  APPEARANCES (Continued):
 2
    MURCHISON & CUMMING, LLP
 3  BY: ERIC P. WEISS, ESQUIRE
    801 South Grand Avenue
 4  Ninth Floor
    Los Angeles, California 90017
 5  213.630.1057
    EWeiss@Murchisonlaw.com
 6  Representing the Defendant,
    Fujifilm Hunt Chemicals U.S.A., Inc.
 7  (Via Teleconference)
 8
    REED SMITH, LLP
 9  BY: STAN PERRY, ESQUIRE
    811 Main Street, Suite 1700
10  Houston, TX, 77002-6110
    713.469.3847
11  JPeles@reedsmith.com
    Representing the Defendant, Shell Oil
12  Company and Shell Oil Products US
    (Via Veritext Virtual)
13
14  THE CAIRONE LAW FIRM PLLC
    BY:  MATT CAIRONE, ESQUIRE
15  PMB 58
    1900 Main Street, Suite 107
16  Canonsburg, Pennsylvania 15318
    Mcc@Caironelaw.com
17  724.416.3261
    Representing the Defendant, United States
18  Steel Corporation
19
20
21
22
23
24
```

Page 5

```
                          5
 1  APPEARANCES (continued):
 2
    VENABLE LLP
 3  BY:  THEODORE F. ROBERTS, ESQUIRE
    210 W. Pennsylvania Avenue
 4  Suite 500
    Towson, Maryland 21204
 5  TFRoberts@venable.com
    410.494.6344
 6  Representing the Defendant, Varn
    International, Inc.
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

## Page 6

```
        I N D E X
              - - -
  Testimony of: ROBERT F. HERRICK, Sc.D,  CIH,
        FAIHA
  By Mr. Cairone.............  8, 260
   By Ms. Prosser.............  72, 302
   By Mr. Roberts.............133
   By Mr. Fishkin.............141
   By Mr. Weiss...............178
   By Mr. Fitzpatrick.........184
   By Mr. Perry...............185
   BY Mr. Rising..............194, 273
   By Ms. Downie..............214, 297
   By Mr. DuPont..............235, 297, 309

              - - -
        E X H I B I T S
              - - -
   EXHIBIT NUMBER   DESCRIPTION   PAGE MARKED

   Herrick 1    Expert Report of
               Dr. Herrick         20
   Herrick 2    Handwritten Notes
               Re conversation with
               Mr. Southwarth      37
   Herrick 3    Document headed,
               "Evidence of 50 percent
               Benzene Solvent"    67
   Herrick 4    Curriculum Vitae   75
   Herrick 5    Dropbox documents  110
```

## Page 7

```
         DEPOSITION SUPPORT INDEX
  INSTRUCTION NOT TO ANSWER:
  Page Line
  None

    REQUEST FOR PRODUCTION OF DOCUMENTS:

  Page Line     Description

    None

  STIPULATIONS:
  Page Line
    8    1

    QUESTIONS MARKED:

  Page Line

    None
```

## Page 8

ROBERT F. HERRICK, Sc.D., CIH, FAIH
1    (It is hereby stipulated and
2  agreed by and among counsel for the
3  respective parties that an objection
4  by one defendant shall inure to the
5  benefit of all defendants.)
6         - - -
7       ROBERT F. HERRICK, Sc.D., CIH,
8  FAIHA, after having been first duly
9  sworn, was examined and testified as
10 follows:
11        - - -
12        EXAMINATION
13        - - -
14 BY MR. CAIRONE:
15     Q.   Good morning, Dr. Herrick. How
16 are you?
17     A.   Fine, thank you.
18     Q.   I'm Matt Cairone. I represent
19 United States Steel Corporation.
20        Did you bring anything with
21 you today?
22     A.   Yeah, I have a couple of
23 documents, which we can -- Should I get them
24 right now?

## Page 9

ROBERT F. HERRICK, Sc.D., CIH, FAIH
1     Q.   Well, let me ask you.  What
2  are those documents?
3     A.   Well, one -- the main thing is
4  notes from a phone call I had with Mr.
5  Southworth, who was one of the co-workers.
6  And he answered some questions I had about
7  the solvent use.
8     Q.   Is that in your report?
9     A.   No.
10    Q.   Why not?
11    A.   Well, I just talked to him
12 yesterday.
13    Q.   And so we're here to depose
14 you today and you're now giving us new
15 information that we've not had any access
16 to?
17    A.   Well, it's actually -- He
18 confirmed things that are largely reflected
19 in the report.  So it isn't as if there was
20 anything brand fresh and new that --
21    Q.   So, there are no new
22 underlying facts that you got from Mr.
23 Southworth?
24       MR. DuPONT:  Objection, form.

Page 186
ROBERT F. HERRICK, Sc.D., CIH, FAI   186

1  Q. Okay. Do you have the
2  deposition of Mr. Coppage handy?
3  A. That I don't. I think -- if
4  we needed to get it, I think Andrew has it
5  on his computer.
6  Q. Okay. Let me ask you some
7  questions and we'll see if I'm going to get
8  to it or not.
9       To start with, in your expert
10 report, do you make any reference to any
11 Shell product?
12      MR. DuPONT: Do you want to
13   bring up the report?
14      THE WITNESS: No, I'm looking
15   at the report.
16      The only Shell -- the only
17   time I mentioned Shell was in his
18   pre-newspaper career. He had worked
19   pumping gas at a Shell gas station
20   during the summer in 1960, but I
21   think that's the only mention.
22 BY MR. PERRY:
23  Q. I'm looking at that report
24 now. If you will, look at page two of your

Page 187
ROBERT F. HERRICK, Sc.D., CIH, FAI   187

1  report.
2  A. Page two. Yeah.
3  Q. You see in the first
4  paragraph, you reference, while working at a
5  Shell gas station. That's on page two,
6  correct?
7  A. That's where I mention that.
8  Right.
9  Q. Okay. Then you also reference,
10 on page 32, in the bottom paragraph, you do
11 an exposure assessment on the pumping gas
12 thing; correct?
13 A. Yeah. I'm just going to it.
14 Q. You see that?
15 A. I do, yes.
16 Q. Now, on the pumping gasoline
17 section, you do not make any reference to
18 Shell, do you?
19 A. Oh, I see. No, you're -- let
20 me just flip them. No.
21 Q. Okay. Did you look at Mr.
22 Coppage's Social Security records?
23 A. I did, yes.
24 Q. And did you notice that in

Page 188
ROBERT F. HERRICK, Sc.D., CIH, FAI   188

1  1960 and '61 Mr. Coppage worked for three
2  different gas stations?
3  A. Yeah, I think that's right. I
4  did mention that on page two, three
5  different -- three gas stations.
6  Q. That work in 1960 and 1961,
7  would you do a determination of how much of
8  that time, what percentage of his time was
9  spent at a Shell gas station as opposed to
10 the other two gas stations?
11 A. Oh, I see. I don't think so.
12 He -- well, I may have. I'm just trying to
13 look through because he worked -- it may be
14 that he, in that two year period,
15 specifically at Shell, he worked in the
16 summer in 1960. So that would probably
17 equate to three or four months at Shell.
18 Q. Okay. But as far as looking
19 at the total gas station work and saying he
20 was X percent at gas station A, Y percent at
21 gas station B, and Z at gas station C, you
22 did not do that type of determination of how
23 much time at each gas station?
24 A. No, I didn't do that.

Page 189
ROBERT F. HERRICK, Sc.D., CIH, FAI   189

1  Q. And it's your understanding
2  that his work at the Shell gas station was
3  in the summer of 1960?
4  A. Yeah, that's my recollection.
5  I think he mentioned that specifically in
6  his deposition.
7  Q. Then, in addition -- again,
8  I'm looking at page two of your report.
9  When Mr. Coppage did this service station
10 work, his duties included pumping gas,
11 greasing cars and fixing flats. Correct?
12 A. Yeah, that's what he said.
13 Q. Okay. Do you recall his
14 testimony on how many hours he worked per
15 day?
16      You can look at page 32 of
17 your report if you want.
18 A. Yeah. And I think what I said
19 there was, he was working 40 hours a week.
20 Q. Okay. For that 40 hours a
21 week, did you make a determination of what
22 percentage of that 40 hours was spent
23 pumping gas, and what percentage of his time
24 was spent greasing cars, fixing flats,

Page 190
ROBERT F. HERRICK, Sc.D., CIH, FAI   190
1  taking breaks, having lunch and doing
2  anything other than pumping gas?
3      A.    Yeah, I don't think he -- you
4  know, he may not have been asked that, but
5  in any case, I don't remember that that was
6  some -- you know, that he was that specific
7  in his deposition.  No.
8      Q.    Okay.  But it's clear that
9  during his work in service stations, Mr.
10 Coppage did not just pump gas.  Correct?  He
11 had other duties.  Correct?
12     A.    Right.  Yes.
13     Q.    Okay.  So, if you look at page
14 32 of your report, when you say, if Mr.
15 Coppage worked eight hours per day pumping
16 gas, that's not actually accurate per his
17 deposition testimony; is it?
18           MR. DuPONT:  Objection, form.
19           THE WITNESS:  Well, what I
20     could have had is another sentence,
21     you know, to acknowledge that one
22     hypothetical would be if he worked
23     eight hours, he would have had this
24     exposure.  If he had actually only

Page 191
ROBERT F. HERRICK, Sc.D., CIH, FAI   191
1      pumped gas for four hours, you know,
2      it would have been a corresponding, a
3      lower exposure.
4  BY MR. PERRY:
5      Q.    Correct, but you just assumed
6  that for all of the eight hours each day, he
7  pumped gas the entire time.  Is that correct?
8      A.    That's the way this number
9  would be interpreted.  Right.
10     Q.    And this number meaning your
11 expert report?
12     A.    That number that I wound up
13 associating for his cumulative benzene, that
14 3.2 part per million years, if it's actually
15 the case that he only worked pumping gas
16 four hours a day, you know, you would reduce
17 that correspondingly.
18     Q.    By correspondingly, that would
19 drop it in one half, right?  It would make
20 it half as much exposure?
21     A.    Yes, it would.  Right.
22     Q.    Did you understand that Mr.
23 Coppage smoked from age 14 until age 46?
24     A.    That sounds familiar.  You

Page 192
ROBERT F. HERRICK, Sc.D., CIH, FAI   192
1  know, I didn't try to do any work around his
2  smoking history, but I do remember that that
3  was mentioned.
4      Q.    And that during at least part
5  of this time, he smoked a pack per day.  Is
6  that your understanding?
7      A.    I didn't really try to address
8  his smoking, but I wouldn't be surprised if
9  that isn't a number that he mentioned.  Yeah.
10     Q.    Were you aware also that his
11 wife smoked?
12     A.    Actually, I wasn't.  I don't
13 remember seeing that information.
14     Q.    Did you calculate Mr.
15 Coppage's exposures, chemical exposures from
16 all of the carcinogens in cigarette smoke
17 not relevant?
18           I want this to be real clear
19 because there's two questions here.  The
20 first question is, did you do an exposure
21 assessment of Mr. Coppage's chemical
22 exposures to any carcinogens in the
23 cigarette smoking?
24     A.    No, I didn't.

Page 193
ROBERT F. HERRICK, Sc.D., CIH, FAI   193
1      Q.    Did you do an exposure
2  assessment of Mr. Coppage's exposure from
3  benzene in his cigarette smoking?
4      A.    I did not.
5      Q.    Do you have the skill set,
6  both the training, the education and the
7  aptitude, to do an exposure assessment to
8  determine someone's chemical exposures from
9  smoking cigarettes?
10          MR. DuPONT:  Form.
11          THE WITNESS:  Well, there's --
12     you know, I'm not completely familiar
13     with the literature out there,
14     although I know there is a fair
15     amount of information out there
16     that's been published and
17     peer-reviewed.  I mean, I think if I
18     went back and got comfortable and,
19     you know, familiarized myself with
20     that, that I could do that sort of
21     calculation.  Yeah.
22 BY MR. PERRY:
23     Q.    Did you do that calculation
24 here?