# EXHIBIT C

To Defendants Shell Oil Company and Shell Oil Products US, Inc.'s Joinder in Defendant United States Steel's Motion to Exclude Plaintiff's Expert Robert Herrick

Page 1

1         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
2                       - - -
3   JAMES COPPAGE                :
              Plaintiff,    : Civil Action
4      vs.                  : No.
                            : 1-18-cv-03823-
5   UNITED STATES STEEL     : GLR
    CORPORATION, et al.,    :
6                           :
              Defendants.   :
7
8                     - - -
9              March 11, 2019
10                    - - -
11           Videotaped Deposition of JAMES
12  COPPAGE, taken pursuant to Notice at the
13  Sheraton-Baltimore North Hotel, 903 Dulaney
14  Valley Road, Towson, Maryland 21204,
15  beginning at 9:05 a.m. before Brigitte A.
16  Strain, a Federally Approved Registered
17  Professional Reporter and Notary Public in
18  and for the State of Maryland.
19                    - - -
20
21
22
            VERITEXT LEGAL SOLUTIONS
23              MID-ATLANTIC REGION
          1801 Market Street - Suite 1800
24        Philadelphia, Pennsylvania  19103

Page 2

```
 1  A P P E A R A N C E S:
 2
    LOCKS LAW FIRM, LLC
 3  BY:  ANDREW J. DuPONT, ESQUIRE
    The Curtis Center, Suite 720E
 4  601 Walnut Street
    Philadelphia, Pennsylvania 19106
 5  215.893.0100
    ADupont@lockslaw.com
 6  Representing the Plaintiff
 7
    BARNES & THORNBURG, LLP
 8  BY:  KYLE W. LeCLERE, ESQUIRE
    11 South Meridian Street
 9  Indianapolis, Indiana 46204-1535
    317.231.6475
10  Kyle.leclere@BTLaw.com
    Representing the Defendant, Flint CPS Inks
11  North America, LLC
12
    LAW OFFICES OF BUDOW AND NOBLE, P.C.
13  BY:  LAURA BASEM JACOBS, ESQUIRE
    Twinbrook Metro Plaza
14  12300 Twinbrook Parkway
    Suite 540
15  Rockville, Maryland 20852
    301.654.0896
16  LJacobs@budownoble.com
    Representing the Defendant, United States
17  Steel Corporation
18
    DeCARO DORAN SICILIANO
19  GALLAGHER & DeBLASIS LLP
    BY:  ADAM PERRELLI, ESQUIRE
20  17251 Melford Boulevard, Suite 200
    Bowie, Maryland 20715
21  301.352.4968
    APerrelli@DeCaroDoran.com
22  Representing the Defendants, T.H.
    Agriculture and Nutrition, LLC and Harcros
23  Chemicals, Inc.
24
```

Page 3

```
 1  APPEARANCES (continued):
 2
    DLA PIPER LLP
 3  BY:  BEN SCHUMAN, ESQUIRE
    BY:  JOHN R. WELLSCHLAGER, ESQUIRE
 4  The Marbury Building
    6225 Smith Avenue
 5  Baltimore, Maryland  21209
    410.580.4281
 6  Ben.Schuman@dlapiper.com
    John.Wellschlager@dlapiper.com
 7  Representing the Defendant, BASF Corporation
 8
    FISHKIN LUCKS, LLP
 9  BY:  ANDREW FISHKIN, ESQUIRE
    One Riverfront Plaza
10  Suite 410
    Newark, New Jersey 07102
11  973.679.4428
    AFishkin@fishkinlucks.com
12  Representing the Defendants, Ashland LLC and
    Union Oil Company of California
13
14  GOLDBERG SEGALLA LLP
    BY: BRENDAN H. FITZPATRICK, ESQUIRE
15  One North Charles Street
    Suite 2500
16  Baltimore, Maryland  21201-3739
    443.615.7513
17  BHFitzpatrick@goldbergsegalla.com
    Representing the Defendant, EMCO Chemial
18  Distributors, Inc.
19
    GOODELL DeVRIES LEECH & DANN, LLP
20  BY:  ERICA W. MAGLIOCCA, ESQUIRE
    One South Street, 20th Floor
21  Baltimore, Maryland 21202
    410.783.4000
22  EWM@GDLDlaw.com
    Representing the Defendants, Sun Chemical
23  Corporation and Rycoline Products, Inc.
24
```

Page 4

```
 1  APPEARANCES (continued):
 2
    KUTAK ROCK, LLP
 3  BY: DEBORAH C. PROSSER, ESQUIRE
    777 South Figueroa Street
 4  Suite 4550
    Los Angeles, California 90017
 5  213.312.4005
    Deborah.Prosser@kutakrock.com
 6  Representing the Defendants, Graphics
    Packaging International LLC and Handschy
 7  Industries, Inc.
 8
    MURCHISON & CUMMING, LLP
 9  BY: ERIC WEISS, ESQUIRE
    801 South Grand Avenue
10  Ninth Floor
    Los Angeles, California 90017
11  213.630.1057
    EWeiss@Murchisonlaw.com
12  Representing the Defendant,
    Fujifilm Hunt Chemicals U.S.A., Inc.
13
14  REED SMITH, LLP
    BY: JOSHUA PELES, ESQUIRE
15  Three Logan Square,
    1717 Arch Street, Suite 3100
16  Philadelphia, Pennsylvania  19103
    215.851.8287
17  JPeles@reedsmith.com
    Representing the Defendant, Shell Oil
18  Company and Shell Oil Products US
19
    THE CAIRONE LAW FIRM PLLC
20  BY:  MATT CAIRONE, ESQUIRE
    PMB 58
21  1900 Main Street, Suite 107
    Canonsburg, Pennsylvania 15318
22  Mcc@Caironelaw.com
    724/416.3261
23  Representing the Defendant, United States
    Steel Corporation
24
```

Page 5

```
 1  APPEARANCES (continued):
 2
    VENABLE LLP
 3  BY:  SCOTT M. RICHMOND, ESQUIRE
    210 W. Pennsylvania Avenue
 4  Suite 500
    Towson, Maryland 21204
 5  SRichmond@venable.com
    Representing the Defendant, Varn
 6  International, Inc.
 7
    Also Present:   Curtis Rosinski,
 8            Video Technician
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 6

```
 1         I N D E X
                - - -
 2   Testimony of: JAMES COPPAGE
 3     By Mr. DuPont................10, 282
 4     By Mr. Cairone..............105
       By Mr. LeClere..............179
 5     By Mr. Weiss................190, 299
       By Mr. Schuman..............215
 6     By Mr. Richmond.............257
       By Ms. Prosser..............251, 297
 7     By Ms. Magliacco............276
       By Mr. Peles................279
 8
                - - -
 9
         E X H I B I T S
10
                - - -
11
     EXHIBIT NUMBER   DESCRIPTION   PAGE MARKED
12
     Coppage 1    The MDS Guide
13           Coppage 566-602       102
14   Coppage 2    Handwritten Note by
             Mr. Coppage of
15           Medical Treatment     122
16   Coppage 3    Handwritten Sticky
             Note - MDS/MPN        161
17
     Coppage 4    Progress Notes, Johns
18           Hopkins
             Coppage 32-37         172
19
     Coppage 5    Social Security Statement
20           Coppage 603-608       255
21
22
23
24
```

Page 7

```
 1       DEPOSITION SUPPORT INDEX
 2   INSTRUCTION NOT TO ANSWER:
 3   Page Line
 4   None
 5
     REQUEST FOR PRODUCTION OF DOCUMENTS:
 6
     Page Line    Description
 7
     None
 8
 9   STIPULATIONS:
10   Page
11   284
12
     QUESTIONS MARKED:
13
     Page Line
14
     None
15
16
17
18
19
20
21
22
23
24
```

Page 8

 1       VIDEO TECHNICIAN:  Good
 2   morning.  We are going on the record
 3   at 9:05 a.m. on March 11, 2019.
 4       This is media unit one of the
 5   video recorded deposition of James
 6   Coppage, taken by counsel for the
 7   Plaintiff in the matter of James
 8   Coppage versus United States Steel
 9   Corporation, et al., filed in the
10   United States District Court for the
11   District of Maryland.  Case Number
12   1:18-cv-03823-GLR.
13       This deposition is being held
14   at Sheraton Baltimore North Hotel,
15   located at 903 Dulaney Valley Road,
16   Towson, Maryland 21204.
17       My name is Curtis Rosinski,
18   and I'm the videographer.  The court
19   reporter is Brigitte Strain.
20       Would counsel please identify
21   yourselves and state whom you
22   represent.
23       MR. DuPONT:  Andrew DuPont for
24   Mr. Coppage.

Page 9

 1       MS. MAGLIOCCA:  Erica
 2   Magliocca for Sun Chemical and
 3   Rycoline.
 4       MR. LeCLERE:  Kyle LeClere for
 5   Flint CPS Inks North America, LLC.
 6       MR. FITZPATRICK:  Brendan
 7   Fitzpatrick for EMCO Chemical
 8   Distributors, Inc.
 9       MR. RICHMOND:  Scott Richmond
10   on behalf of Varn International.
11       MR. FISHKIN:  Andy Fishkin for
12   Ashland LLC and Union Oil Company of
13   California.
14       MR. SCHUMAN:  Ed Schuman for
15   BASF Corporation.
16       MR. PELES:  Joshua Peles on
17   behalf of Shell Oil Company and Shell
18   Oil Products US.
19       MR. WEISS:  Eric Weiss for
20   Fujifilm Hunt Chemicals USA, Inc.
21       MR. PERRELLI:  Adam Perrelli
22   on behalf of T.H. Agriculture and
23   Nutrition and Harcros Chemicals.
24       MS. PROSSER:  Deborah Prosser

Page 82

1 days.
2   Q.   How about as a journeyman
3 pressman at the Wall Street Journal and
4 Baltimore Sun, in that period of '98 until
5 2006, when you retired, how many days a week
6 were you working?
7   A.   Average five, but I could get
8 six sometimes. You know, not too often.
9   Q.   Before you started working at
10 the press shops in 1960 -- Excuse me.
11        MR. DuPONT: Strike that.
12 BY MR. DuPONT:
13   Q.   Before you started working at
14 the Baltimore Sun in 1960, had you had jobs
15 before that?
16   A.   Yes.
17   Q.   And what type of work did you
18 do before that?
19   A.   Worked for two plumbing
20 outfits. Worked three gas stations.
21   Q.   How much time did you spend at
22 the gas stations?
23   A.   40 hour week.
24   Q.   For how long a period of time?

Page 83

1   A.   Not too long. About 17 -- Oh,
2 wow. Between -- between the four that I
3 just said, the four -- less than two years.
4   Q.   Were there three gas stations
5 or four?
6   A.   Three.
7   Q.   Okay. So --
8   A.   One, two, three.
9   Q.   So combined time, less than
10 two years between those gas stations,
11 whether it was three or four?
12   A.   And the two plumbers.
13   Q.   Okay. So the two years --
14 during those two years you spent working at
15 the two plumbers and three or four gas
16 stations?
17   A.   Right.
18   Q.   So I want to change gears with
19 you and I want to talk to you about your
20 health. Okay?
21   A.   Okay.
22   Q.   Do you have a form of cancer?
23   A.   Yes.
24   Q.   All right. What do you --

Page 84

1   A.   Now I know that.
2   Q.   What do you understand it to
3 be? I know it's a big word, so do your best
4 with it.
5   A.   Myelodysplastic syndrome. I
6 had a doctor write it down.
7   Q.   You can hold on to that for
8 now.
9   A.   Oh, I thought they'd want the
10 spelling.
11   Q.   What happened with your health
12 in 2012?
13   A.   2012, I went to my primary
14 care physician for a regular checkup. And
15 we did blood work. And my white cell count
16 was at 19,000. So he sent me to a Dr.
17 Schraeder at St. Joseph's Hospital. And we
18 talked about the situation, you know. And
19 at the time he told me that the only thing
20 we do right now -- and we only discussed
21 white cells. We didn't discuss any other
22 cells. He says, we just monitor it. We
23 don't do anything till you get over 50.
24 50,000.

Page 85

1   Q.   50,000 what?
2   A.   Cells, I guess.
3   Q.   White blood cells?
4   A.   Oh, white blood cells, yes.
5   Q.   All right. So this is in
6 2012?
7   A.   2012.
8   Q.   So we're going to pick up with
9 that in a minute, but I want to talk to you
10 about your health before 2012.
11        Did you have some -- How were
12 you feeling before you learned about these
13 white blood cells being elevated in 2012?
14   A.   Fine.
15   Q.   And how was it that you
16 learned about the white blood cells being
17 high?
18   A.   Through a blood test for --
19 What do you call it? Just for a regular
20 checkup.
21   Q.   Now, before you had this blood
22 test and you were found to have around
23 19,000 white blood cells, did you -- you
24 said you were feeling fine?

22 (Pages 82 - 85)

Page 278

1  A. No. The doctor just said he's
2  worn out.
3  Q. Now, when your parents smoked
4  growing up, and I know this was a long time
5  ago, this was a different time, but would
6  they have smoked in your house?
7  A. No. Oh, yes.
8  Q. In the car, if they were
9  driving you around?
10  A. Yes.
11  Q. Okay. Pretty much wherever.
12  Right?
13  A. Yes.
14  Q. Okay. Sir, did you do it --
15  other than speaking with your attorney --
16  and I don't want to know about any
17  discussions with your attorneys, but did you
18  do anything else to prepare for your
19  deposition here today?
20  A. Just made my little list up
21  for a timeline.
22  Q. Okay. And those are the notes
23  that we already talked about; correct?
24  A. Yes.

Page 279

1  Q. So did you review any other
2  documents?
3  A. No, other than -- the real
4  timeline was when I got this. That's when I
5  -- that's where I could start making my
6  timeline.
7  Q. And you're referring to that
8  that -- the Walgreens pamphlet; is that
9  correct?
10  A. Yes.
11  Q. Okay. Those are all the
12  questions I have, sir.
13          - - -
14  BY MR. PELES:
15  Q. Good afternoon, Mr. Coppage.
16  My name is --
17  A. Good afternoon.
18  Q. -- Josh Peles. I represent
19  Shell Oil Company, Shell Oil Products US. I
20  just have a few questions for you.
21       On your Social Security
22  Statement, and that's this --
23  A. Oh, this here.
24  Q. -- one over here, on the first

Page 280

1  page, and towards the bottom of the page,
2  there's listed a Shell gas station.
3  A. Yes.
4  Q. Do you recall working at this
5  -- or at the Don & Jess Shell Station in
6  1960?
7  A. Yes.
8  Q. And what did you do when you
9  worked at this station?
10  A. Pumped gas, grease cars, fix
11  flats.
12  Q. And --
13  A. I wasn't a mechanic.
14  Q. How frequently did you work at
15  this gas station?
16  A. Five days a week.
17  Q. Five days a week. And do you
18  recall what your rate of pay was during that
19  period?
20  A. Minimal. Probably minimum
21  wage.
22  Q. Okay. And did you work for
23  the entire year?
24  A. 1960? No.

Page 281

1  Q. And do you recall the months
2  in which you worked at this Shell gas
3  station?
4  A. Warm weather, maybe summer
5  time.
6  Q. Okay. That's all I have.
7  Thank you.
8  A. Okay. Thank you.
9      MS. PROSSER: I forgot. May I?
10     MR. DuPONT: Have all the
11  other defendants gone yet?
12     MS. PROSSER: Oh, I'm sorry.
13  Anybody -- anybody has --
14     MR. DuPONT: Any other defense
15  counsel, anybody on the phone?
16  Anybody have questions?
17     (No response.)
18     MR. DuPONT: Okay. I have some
19  questions.
20     MS. PROSSER: Can I just do a
21  couple follow-ups?
22     MR. DuPONT: I'm going to go.
23     MS. PROSSER: Okay. All
24  right.