# APPENDIX OF EXHIBITS TO PLAINTIFF'S OPPOSITION TO U.S. STEEL'S MOTION TO EXCLUDE THE OPINIONS OF DR. ROBERT HERRICK

A. Mr. Coppage Deposition Pages

B. Dr. Herrick's Expert Report

C. Dr. Herrick's CV

D. Dr. Herrick Dep Pages

E. Mr. Stalling's Dep Pages

F. Stallings Deposition Exhibit 2

G. Stallings Deposition Exhibit 1

H. Handschy MSDS for Hancolite MS-408

I. EMCO MSDS for MS-408

J. USS Benzene MSDS

K. Graham Deposition Pages

L. Carter Deposition Pages

M. Handschy Technical Bulletin 1972

N. MS-3696 Illinois Hancolite

O. Graham Deposition Pages

P. MS-3695 Separate Price Sheet Form

Q. McGraw Edison Letter

R. Hanco 1977 Technical Bulletin

S. Handschy 1977 Technical Report

T. Compilation of Handschy Correspondence

U. Herrick Deposition Exhibit 3

V. Handschy Hancolite MSDS "clear"

"Exhibit A"

Page 1

1          IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND
2                        - - -
3     JAMES COPPAGE              :
                 Plaintiff,     : Civil Action
4         vs.                   : No.
                               : 1-18-cv-03823-
5     UNITED STATES STEEL        : GLR
      CORPORATION, et al.,       :
6                               :
                 Defendants.     :
7
8                        - - -
9                  March 11, 2019
10                       - - -
11              Videotaped Deposition of JAMES
12    COPPAGE, taken pursuant to Notice at the
13    Sheraton-Baltimore North Hotel, 903 Dulaney
14    Valley Road, Towson, Maryland 21204,
15    beginning at 9:05 a.m. before Brigitte A.
16    Strain, a Federally Approved Registered
17    Professional Reporter and Notary Public in
18    and for the State of Maryland.
19                       - - -
20
21
22
               VERITEXT LEGAL SOLUTIONS
23                MID-ATLANTIC REGION
            1801 Market Street - Suite 1800
24         Philadelphia, Pennsylvania  19103

Page 2

1 A P P E A R A N C E S :
2
  LOCKS LAW FIRM, LLC
3 BY: ANDREW J. DuPONT, ESQUIRE
  The Curtis Center, Suite 720E
4 601 Walnut Street
  Philadelphia, Pennsylvania 19106
5 215.893.0100
  ADupont@lockslaw.com
6 Representing the Plaintiff
7
  BARNES & THORNBURG, LLP
8 BY: KYLE W. LeCLERE, ESQUIRE
  11 South Meridian Street
9 Indianapolis, Indiana 46204-1535
  317.231.6475
10 Kyle.leclere@BTLaw.com
  Representing the Defendant, Flint CPS Inks
11 North America, LLC
12
  LAW OFFICES OF BUDOW AND NOBLE, P.C.
13 BY: LAURA BASEM JACOBS, ESQUIRE
  Twinbrook Metro Plaza
14 12300 Twinbrook Parkway
  Suite 540
15 Rockville, Maryland 20852
  301.654.0896
16 LJacobs@budownoble.com
  Representing the Defendant, United States
17 Steel Corporation
18
  DeCARO DORAN SICILIANO
19 GALLAGHER & DeBLASIS LLP
  BY: ADAM PERRELLI, ESQUIRE
20 17251 Melford Boulevard, Suite 200
  Bowie, Maryland 20715
21 301.352.4968
  APerrelli@DeCaroDoran.com
22 Representing the Defendants, T.H.
  Agriculture and Nutrition, LLC and Harcros
23 Chemicals, Inc.
24

Page 3

1 APPEARANCES (continued):
2
  DLA PIPER LLP
3 BY: BEN SCHUMAN, ESQUIRE
  BY: JOHN R. WELLSCHLAGER, ESQUIRE
4 The Marbury Building
  6225 Smith Avenue
5 Baltimore, Maryland 21209
  410.580.4281
6 Ben.Schuman@dlapiper.com
  John.Wellschlager@dlapiper.com
7 Representing the Defendant, BASF Corporation
8
  FISHKIN LUCKS, LLP
9 BY: ANDREW FISHKIN, ESQUIRE
  One Riverfront Plaza
10 Suite 410
  Newark, New Jersey 07102
11 973.679.4428
  AFishkin@fishkinlucks.com
12 Representing the Defendants, Ashland LLC and
  Union Oil Company of California
13
14 GOLDBERG SEGALLA LLP
  BY: BRENDAN H. FITZPATRICK, ESQUIRE
15 One North Charles Street
  Suite 2500
16 Baltimore, Maryland 21201-3739
  443.615.7513
17 BHFitzpatrick@goldbergsegalla.com
  Representing the Defendant, EMCO Chemial
18 Distributors, Inc.
19
  GOODELL DeVRIES LEECH & DANN, LLP
20 BY: ERICA W. MAGLIOCCA, ESQUIRE
  One South Street, 20th Floor
21 Baltimore, Maryland 21202
  410.783.4000
22 EWM@GDLDlaw.com
  Representing the Defendants, Sun Chemical
23 Corporation and Rycoline Products, Inc.
24

Page 4

1 APPEARANCES (continued):
2
  KUTAK ROCK, LLP
3 BY: DEBORAH C. PROSSER, ESQUIRE
  777 South Figueroa Street
4 Suite 4550
  Los Angeles, California 90017
5 213.312.4005
  Deborah.Prosser@kutakrock.com
6 Representing the Defendants, Graphics
  Packaging International LLC and Handschy
7 Industries, Inc.
8
  MURCHISON & CUMMING, LLP
9 BY: ERIC WEISS, ESQUIRE
  801 South Grand Avenue
10 Ninth Floor
  Los Angeles, California 90017
11 213.630.1057
  EWeiss@Murchisonlaw.com
12 Representing the Defendant,
  Fujifilm Hunt Chemicals U.S.A., Inc.
13
14 REED SMITH, LLP
  BY: JOSHUA PELES, ESQUIRE
15 Three Logan Square,
  1717 Arch Street, Suite 3100
16 Philadelphia, Pennsylvania 19103
  215.851.8287
17 JPeles@reedsmith.com
  Representing the Defendant, Shell Oil
18 Company and Shell Oil Products US
19
  THE CAIRONE LAW FIRM PLLC
20 BY: MATT CAIRONE, ESQUIRE
  PMB 58
21 1900 Main Street, Suite 107
  Canonsburg, Pennsylvania 15318
22 Mcc@Caironelaw.com
  724/416.3261
23 Representing the Defendant, United States
  Steel Corporation
24

Page 5

1 APPEARANCES (continued):
2
  VENABLE LLP
3 BY: SCOTT M. RICHMOND, ESQUIRE
  210 W. Pennsylvania Avenue
4 Suite 500
  Towson, Maryland 21204
5 SRichmond@venable.com
  Representing the Defendant, Varn
6 International, Inc.
7
  Also Present: Curtis Rosinski,
8          Video Technician
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

2 (Pages 2 - 5)

Page 6

1          I N D E X
           - - -
2
   Testimony of: JAMES COPPAGE
3
   By Mr. DuPont..............10, 282
4  By Mr. Cairone.............105
   By Mr. LeClere............179
5  By Mr. Weiss..............190, 299
   By Mr. Schuman.............215
6  By Mr. Richmond...........257
   By Ms. Prosser............251, 297
7  By Ms. Magliacco..........276
   By Mr. Peles...............279
8
9          - - -

           E X H I B I T S
10
           - - -
11
   EXHIBIT NUMBER   DESCRIPTION   PAGE MARKED
12
   Coppage 1   The MDS Guide
13             Coppage 566-602      102
14 Coppage 2   Handwritten Note by
               Mr. Coppage of
15             Medical Treatment    122
16 Coppage 3   Handwritten Sticky
               Note - MDS/MPN       161
17
   Coppage 4   Progress Notes, Johns
18             Hopkins
               Coppage 32-37        172
19
   Coppage 5   Social Security Statement
20             Coppage 603-608      255
21
22
23
24

Page 7

1          DEPOSITION SUPPORT INDEX
2  INSTRUCTION NOT TO ANSWER:
3  Page Line
4  None
5
   REQUEST FOR PRODUCTION OF DOCUMENTS:
6
   Page Line      Description
7
   None
8
9  STIPULATIONS:
10 Page
11 284
12
   QUESTIONS MARKED:
13
   Page Line
14
   None
15
16
17
18
19
20
21
22
23
24

Page 8

1       VIDEO TECHNICIAN: Good
2  morning.  We are going on the record
3  at 9:05 a.m. on March 11, 2019.
4       This is media unit one of the
5  video recorded deposition of James
6  Coppage, taken by counsel for the
7  Plaintiff in the matter of James
8  Coppage versus United States Steel
9  Corporation, et al., filed in the
10 United States District Court for the
11 District of Maryland.  Case Number
12 1:18-cv-03823-GLR.
13      This deposition is being held
14 at Sheraton Baltimore North Hotel,
15 located at 903 Dulaney Valley Road,
16 Towson, Maryland 21204.
17      My name is Curtis Rosinski,
18 and I'm the videographer.  The court
19 reporter is Brigitte Strain.
20      Would counsel please identify
21 yourselves and state whom you
22 represent.
23      MR. DuPONT:  Andrew DuPont for
24 Mr. Coppage.

Page 9

1       MS. MAGLIOCCA:  Erica
2  Magliocca for Sun Chemical and
3  Rycoline.
4       MR. LeCLERE:  Kyle LeClere for
5  Flint CPS Inks North America, LLC.
6       MR. FITZPATRICK:  Brendan
7  Fitzpatrick for EMCO Chemical
8  Distributors, Inc.
9       MR. RICHMOND:  Scott Richmond
10 on behalf of Varn International.
11      MR. FISHKIN:  Andy Fishkin for
12 Ashland LLC and Union Oil Company of
13 California.
14      MR. SCHUMAN:  Ed Schuman for
15 BASF Corporation.
16      MR. PELES:  Joshua Peles on
17 behalf of Shell Oil Company and Shell
18 Oil Products US.
19      MR. WEISS:  Eric Weiss for
20 Fujifilm Hunt Chemicals USA, Inc.
21      MR. PERRELLI:  Adam Perrelli
22 on behalf of T.H. Agriculture and
23 Nutrition and Harcros Chemicals.
24      MS. PROSSER:  Deborah Prosser

3 (Pages 6 - 9)

Page 10

1 for Graphics Packaging and Handschy
2 Industries.
3     MR. CAIRONE:  Matthew Cairone
4 for United States Steel Corporation.
5     VIDEO TECHNICIAN:  The court
6 reporter please swear in the witness.
7         - - -
8     JAMES COPPAGE, after having
9 been first duly sworn, was examined
10 and testified as follows:
11         - - -
12     DIRECT EXAMINATION
13         - - -
14 BY MR. DuPONT:
15     Q.    Mr. Coppage, would you
16 introduce yourself, please?
17     A.    My name is James Coppage.  I
18 was --
19     Q.    Where do you live?
20     A.    Parkville, Maryland.
21     Q.    What's your date of birth?
22     A.    August 3rd, 1942.
23     Q.    And, sir, where did you grow
24 up?

Page 11

1     A.    Indigo, Gardenville, in
2 Baltimore, in the city.
3     Q.    What were things like when you
4 were growing up there?
5     A.    A lot of fun.  Kid, no
6 worries.  Today, I wouldn't want to be a kid
7 in -- either one of them neighborhoods.
8     Q.    What kinds of things did you
9 do growing up for fun?
10     A.    Well, just played with all the
11 kids in the neighborhood.  Run in and out of
12 everybody's house.  I lived a block from the
13 racetrack.  Go over and chase rats through
14 the barns.  Little kids, we didn't know any
15 better.
16     Q.    Did you have siblings?
17     A.    Yes.
18     Q.    What are your siblings' names?
19     A.    I have a half sister, Louise
20 Harris.  I have a whole sister, Margaret,
21 Connor.  Then it's myself and my baby
22 brother, which he won't let us forget,
23 Donald Coppage.
24     Q.    And, sir, did you -- did you

Page 12

1 marry eventually?
2     A.    Yes.
3     Q.    What was your wife's name?
4     A.    Lorraine.
5     Q.    When did you get married?
6     A.    1961.
7     Q.    Did you and Lorraine have any
8 children?
9     A.    Yes, we did.
10     Q.    What are their names?
11     A.    Lorene Brocious and Robert
12 Coppage.
13     Q.    And do you have any
14 grandchildren?
15     A.    Yes.  Megan Coppage and Emily
16 Coppage.
17     Q.    Now, we're here to talk about
18 your work as a pressman.
19     A.    Okay.
20     Q.    Would you -- would you tell
21 us, when is it that you got started in
22 working as a pressman?
23     A.    I started as a -- what they
24 call a junior pressman in September of 1960,

Page 13

1 at the Baltimore Sun.
2     Q.    And you worked as a junior
3 pressman until when?
4     A.    1965, I started my
5 apprenticeship.
6     Q.    So, you were at the Baltimore
7 Sun from September of '60, until September
8 of '65 as a junior pressman?
9     A.    Yes.
10     Q.    How did you get that job?
11     A.    A neighbor of my wife told me
12 who to go see, and I got hired.  I guess
13 they liked my interview.
14     Q.    Did you take any kind of shop
15 class or anything in high school that was
16 related to presses?
17     A.    My last -- My first and only
18 year of high school was at Mergenthaler
19 Vocational Technical High School.  And,
20 believe it or not, I had printing.  I hated
21 it.  I wind up in the printing business.
22     Q.    Okay.  So, you were a pressman
23 at the Baltimore Sun from September of '60
24 until September of '65, a junior pressman

4 (Pages 10 - 13)

JAMES COPPAGE

Page 14

1 there. Then you said you became an
2 apprentice?
3    A.    Right.
4    Q.    And during what time periods
5 were you an apprentice?
6    A.    From 1964 -- No, '65 to 1969.
7 It was a four-year apprenticeship.
8    Q.    Where did you work as an
9 apprentice?
10    A.    Baltimore Sun, News-American,
11 and the Alco-Gravure --
12    Q.    Did you --
13    A.    Which -- Oh, go ahead.
14    Q.    Sorry. Did you rotate between
15 those three?
16    A.    Yes, I did.
17    Q.    Explain how that worked.
18    A.    Well, you do -- I think in my
19 case, it was four months of day work at the
20 Baltimore Sun. Four months of night work.
21 Then they moved me to the News-American. I
22 believe I did eight straight months at the
23 News-American.
24          Then I did -- came back to the

Page 15

1 Sun, I believe, for four months. Then I
2 went to the Alco for four months. And then
3 I came back to the Sun. And in December of
4 '68 they made me a journeyman. What they
5 called permit journeyman, because actually I
6 was still an apprentice. But they needed so
7 much help that they moved the top
8 apprentices up, and we got journeyman's
9 scale.
10          And I worked there till June
11 of '69? Yes. And that's -- then I moved to
12 the Alco in a regular position for 29 and a
13 half years as a journeyman.
14    Q.    So, you were a journeyman
15 pressman at the Alco-Gravure?
16    A.    Yes.
17    Q.    And you started there as a
18 journeyman pressman in June of 1969?
19    A.    Yes.
20    Q.    And you continued to work
21 there until what year?
22    A.    Till they closed in '98.
23 December of '98.
24    Q.    And where did you go to work

Page 16

1 after the Alco-Gravure?
2    A.    The union set up a work pool.
3 And whenever the Baltimore Sun or the Wall
4 Street Journal needed extra people, they
5 called us in to work. And in 2000, I got
6 hired on at the Sun papers full-time.
7    Q.    The Baltimore Sun?
8    A.    Yes.
9    Q.    And you continued to work
10 full-time at the Baltimore Sun from 2000
11 until what year?
12    A.    2006. I retired.
13    Q.    And what was your job at the
14 Baltimore Sun?
15    A.    Pressman.
16    Q.    And you spent some time, you
17 said, at The Wall Street Journal?
18    A.    Yes.
19    Q.    Was that between '98 and 2000?
20    A.    Yes, when we were -- yes,
21 after the Alco closed, right.
22    Q.    And were you a -- What was
23 your job at The Wall Street Journal?
24    A.    Pressman.

Page 17

1    Q.    All right. So, now I want to
2 go back and talk about your jobs at each of
3 these locations in a little more detail.
4 Okay?
5    A.    Okay.
6    Q.    So, let's start with the
7 Baltimore Sun, where you were a junior
8 pressman from September of 1960 until
9 September of 1965. What type of business
10 was the Baltimore Sun?
11    A.    A printing company.
12 Newspaper.
13    Q.    What type of printing presses
14 did they use?
15    A.    The old letterpress, which is
16 actually lead plates. That was the kind of
17 printing before offset.
18    Q.    How did the letterpress
19 printing work at the Baltimore Sun?
20    A.    You had these lead plates that
21 went on a cylinder. And the whole story was
22 in raised type. And the cylinder went
23 around, and the sheet came up -- You had
24 another cylinder back here with a blanket on

5 (Pages 14 - 17)

JAMES COPPAGE

Page 22

1 we called it the ink room. We had a big --
2 just a big square tank and it had a solvent
3 in there. And we put them in there, and you
4 had an air system to bubble it. It helps
5 soften it up and all.
6          And then -- it didn't get it
7 all. We had gloves on, and we would wash
8 the rest of it out. Dry them, set them on
9 the side, and they'd be clean for tomorrow
10 morning.
11     Q.    How much time -- on the days
12 that you had the responsibility for the ink,
13 how much time on those days would you spend
14 cleaning the buckets?
15     A.    Two hours.
16     Q.    Where did the solvent come
17 from? First of all, describe this tank for
18 us that the solvent was in that you cleaned
19 the ink buckets in.
20     A.    Just a big square tank that
21 was, you know, made of metal. All the sides
22 were just welded together.
23     Q.    What were the dimensions of
24 the tank? How wide was it, how deep, how --

Page 23

1     A.    Four-by-four maybe. Probably
2 two and a half feet of solvent in it. You
3 could get more, but then when you dip your
4 hand in, the gloves, of course, would get
5 filled up. So you only filled it maybe
6 halfway.
7     Q.    So, it was four feet by four
8 feet, and then about two, two and a half --
9     A.    No, two and a half -- three
10 feet by three feet. It's hard to look back.
11 That was 50 years ago.
12     Q.    So, where did you get the
13 solvent that was used in this tank for
14 cleaning the ink buckets?
15     A.    Out of drums, 55 gallon drums.
16     Q.    And where were the drums
17 stored?
18     A.    Wow. I don't know. Somewhere
19 in the pressroom. Geez, we usually -- well,
20 they -- they were probably downstairs, and I
21 don't know how they got upstairs. I can't
22 think back to that. Geez.
23     Q.    How did you get the solvent
24 from the drums into the tank where you

Page 24

1 cleaned the ink buckets?
2     A.    Probably a five gallon bucket.
3 Take it in -- We have little wagons, you
4 know. Pulled it into the ink room, just
5 dumped it in there. Went back and got
6 another. I don't know, five or six gallons,
7 whatever those buckets held.
8     Q.    And you mentioned that there
9 was air blowing through the solvent in the
10 tank?
11     A.    Yes. They had an air system
12 to keep it bubbling, keep it moving. That
13 would help break the ink down. Make it
14 easier to clean it. You know, we still had
15 to take a rag and wash them, but, you know,
16 that bubbling helped a lot.
17     Q.    And when you're standing there
18 working at the solvent tank, where is your
19 -- your face and your head with respect to
20 the solvent in the tank?
21     A.    Right there, hanging over it.
22     Q.    Did the solvent have a smell
23 to it?
24     A.    Yes, we had fumes. It had a

Page 25

1 smell. Just, I guess -- refinery smell, I
2 guess you'd say.
3     Q.    And you mentioned the black
4 ink was piped to the presses?
5     A.    Yes.
6     Q.    Is that because they used a
7 higher volume of black ink --
8     A.    Yes.
9     Q.    -- than the color ink?
10          How was the black ink stored
11 at the Baltimore Sun?
12     A.    In a big, big tank downstairs.
13     Q.    How was the black ink
14 delivered to the Baltimore Sun?
15     A.    Tractor-trailer, big tanker
16 truck.
17     Q.    Did you ever have occasion to
18 see tractor-trailers that delivered the ink
19 at the Baltimore Sun?
20     A.    Yes.
21     Q.    Are you Abell to remember any
22 names --
23     A.    Wow.
24     Q.    -- you saw on the

7 (Pages 22 - 25)

JAMES COPPAGE

Page 26

1 tractor-trailers?
2      A.    This is the hard part.  Wow.
3 I can -- In -- in my time in the business, I
4 can remember Flint, the BASF.  I know
5 there's another one.  Boy, there's probably
6 more than one more.  I don't think it was
7 DuPont, but it was something like with a
8 "mont" to the end.  But I can only give you
9 two names right now.  That's all I have.
10      Q.    All right.  So right now, as
11 we sit here, you remember Flint, and you
12 remember BASF?
13      A.    Right.
14      Q.    And then there was a third one
15 that part of the name had "mont" in it?
16      A.    Yes.
17      Q.    M-O-N-T?
18      A.    Right.
19      Q.    And then there may have been
20 another company, or more, that you just
21 can't remember?
22      A.    Oh, definitely.  Yeah.  Wow.
23 Excuse me, but this is going to be a bloody
24 nose day.

Page 27

1      Q.    Do you need some more napkins,
2 or --
3      A.    No, I -- I loaded up this
4 morning.
5      Q.    Okay.  Now, you -- you have a
6 bloody nose today.  Is that something you've
7 been dealing with for a while?
8      A.    Yes.  I don't get a bloody
9 nose where I have to hold it, but just some
10 days there's blood in there.  I've gone to
11 an ENT, and she's already pulled out clots
12 that -- oh, they're ugly.  Sometimes I'll
13 blow a clot out.  But I use a nasal spray to
14 keep it moist.
15      Q.    So, let's go back to your work
16 at the Baltimore Sun as a junior pressman.
17 Was there something on the presses called
18 ink rails?
19      A.    Yes.
20      Q.    And what did the ink rails do?
21      A.    It like skims the -- the first
22 roller, because the roller's like in a -- in
23 a big bath of ink.  And I believe it like
24 skims it, but if it gets too wild you got --

Page 28

1 Which we'll get to.  It's plenty of mist and
2 everything coming off of these, if they're
3 not set correctly.  And the Baltimore Sun,
4 they ran around the clock, seven days a
5 week.  And it was just hard to keep them
6 clean.
7           But the ink would come up
8 through the rollers and hit them lead
9 plates, but there was -- if these rails
10 weren't set correctly, you could get a mess.
11 And we had to put on coveralls and go in
12 there and clean them.
13      Q.    So, what did you do to clean
14 the ink rails?
15      A.    Take a load of rags, you know,
16 just like -- like if you spilled something
17 on the kitchen floor, you just sop up as
18 much as you can.  And then we would take
19 this solvent -- Well, I don't know if I -- I
20 think it was Varsol.  And we would, you
21 know, wash it down then and it'd be
22 perfectly clean.  And you run that night, it
23 would be a mess again.
24      Q.    Do you know what the name of

Page 29

1 that solvent was?
2      A.    I think it was Varsol.
3      Q.    Are you guessing, or do you
4 know it?
5      A.    I'm guessing.  I can't give
6 you a definite yes.  Maybe I should have
7 just said, no.
8      Q.    Okay.  You don't have to
9 guess, so if you don't know it --
10      A.    Right.
11      Q.    -- you can just say that.
12 Okay?
13      A.    Okay.
14      Q.    All right.  So, where did the
15 solvent come from that you used to clean the
16 ink rails?
17      A.    I believe that came in at 55
18 gallon drums.
19      Q.    Was it the same drums that you
20 used for the solvent in the tanks to clean
21 up --
22      A.    Yes.
23      Q.    -- the tanks to clean up the
24 ink buckets?

8 (Pages 26 - 29)

JAMES COPPAGE

Page 30

1    A.    Yes.
2    Q.    Okay.
3    A.    In fact, now I can picture, in
4  that ink room we had a 55 gallon drum of
5  this solvent, and we would just, you know,
6  draw out of that.  When that was empty, we'd
7  bring a new one in.
8    Q.    On the days that you washed
9  the ink rails, how much time did you spend
10  washing them?
11    A.    Five, six hours.
12    Q.    And in order to access the ink
13  rails, what did you have to do?
14    A.    First off, put on two pair of
15  coveralls.  And you'd throw a board in
16  there, and you just climb in on the board.
17  You go all the way in and then just work
18  your way out cleaning it up.  Plenty of
19  rags.
20    Q.    What was it like inside that
21  part of the press?
22    A.    Well, of course, the press
23  wasn't running.  Nice and quiet.  Quiet,
24  peaceful, and dirty.

Page 31

1    Q.    Did it have a smell to it?
2    A.    Yeah, but not -- the -- the
3  more -- you got more smell off the solvent
4  than you did the ink itself.
5    Q.    So, did the ink itself have a
6  smell?
7    A.    Yeah, a little.  I guess a
8  refinery smell, or -- What would you call
9  that?  I mean, the solvents and everything
10  -- a petroleum smell, that's what I want.
11    Q.    How often did you have to wash
12  the ink rails as a junior pressman at the
13  Baltimore Sun?
14    A.    Oh, I probably did that --
15  when we weren't busy we did it more, because
16  we had -- more of the units were down.  But,
17  I mean, I did everything.  I'd do that.  I'd
18  be the ink person.  Or I might be on the
19  press working.  But I guess through the five
20  years that I was there, on average, would
21  come out to once a week, I know.
22    Q.    And you talked before about
23  there being rollers on the press at the
24  Baltimore Sun?

Page 32

1    A.    Yes.
2    Q.    All right.  And you mentioned
3  their cleaning work, having responsibility
4  for cleaning up the press.  Were rollers and
5  the frame of the press something that you
6  had to clean up?
7    A.    Yes.
8    Q.    How did you wash the rollers
9  and the framework of the press?
10    A.    With this solvent.
11    Q.    And did you wear gloves when
12  you were doing that?
13    A.    Yes.
14    Q.    How -- Can you give us a sense
15  of how big these rollers are?
16    A.    Looking around here, probably
17  about this big, this speaker here.  Maybe
18  not quite that big.  Between these two.  You
19  know, just -- just so you had a round thing
20  to go around because all -- all these units
21  come up.  And they're not going to all hit
22  the knife where they're going to be cut.
23  They're not all going to hit there at the
24  same time.  So, we have all these rollers,

Page 33

1  and there's one roller that you can move to
2  get all these.  So, they all hit.  When they
3  hit that former, they're together.
4    Q.    How long are the rollers?
5    A.    As wide as the press.  Wow,
6  how -- had to be six feet, seven feet.  The
7  width of the press.  And I couldn't stand in
8  the middle and touch both sides.
9    Q.    And there were multiple units
10  on the press?
11    A.    Yes.
12    Q.    How many units?
13    A.    It was four -- nine.
14    Q.    And were there multiple
15  rollers within each unit?
16    A.    Yes.
17    Q.    About how many?
18    A.    Oh, lord.  Which rollers do
19  you mean now?  Not the ones in the unit that
20  are carrying the ink.  We're talking about
21  the ones up in the framework.
22    Q.    Okay.  Those are the ones you
23  cleaned?
24    A.    Yes.

9 (Pages 30 - 33)

JAMES COPPAGE

Page 42

1 Baltimore Sun. And as a -- just to kind of
2 wrap this up, as a junior pressman at the
3 Baltimore Sun, was it generally your job to
4 be there and working around the press if you
5 weren't doing the ink clean up and --
6      A.   Yes.
7      Q.   Okay. So, you're an
8 apprentice from September of '65 to June of
9 1969. And you told us that you rotated
10 between the Baltimore Sun, the News-American
11 and the Alco-Gravure. What type of business
12 was the News-American?
13      A.   Letterpress, printing a daily
14 newspaper.
15      Q.   And what types of presses did
16 they have at the News-American when you were
17 an apprentice?
18      A.   They had first headliners.
19      Q.   And what type of -- Strike
20 that. When you worked as an apprentice at
21 the Baltimore Sun and the News-American, did
22 you do the same types of tasks?
23      A.   What was that, the same --
24      Q.   Was your job essentially --

Page 43

1      A.   Was it the same? Yes.
2      Q.   And what types of things did
3 you do as an apprentice at the Baltimore Sun
4 and the News-American, since these are both
5 letterpress presses?
6      A.   Right. You worked with a
7 journeyman. You were assigned to -- I'd be
8 assigned to you for the day. And you --
9 just being a junior pressman for five years,
10 you knew what everybody was doing because it
11 was just repetitious, day after day. Just
12 the only thing that changed was the date and
13 the story. And you'd work with that
14 journeyman, you did his job. And, of
15 course, he watched you. If you did
16 something wrong, he corrected you.
17      Q.   Okay. So what were the jobs
18 that you did as an apprentice pressman at
19 the Baltimore Sun and News-American?
20      A.   Well, you would come in in the
21 mornings and you'd set the press up, which
22 is, lead all these sheets of paper through
23 all these rollers and everything. And then
24 when the plates all came out, you put them

Page 44

1 on a press. You could put them on as they
2 came out. And when the last one came out,
3 then you started the press up and everybody
4 had a job to do. You -- like you may be
5 assigned to this unit.
6           And they had an ink box with,
7 I believe it was eight columns across the
8 paper. And there was a key on there that
9 you could turn to set the amount of ink you
10 wanted in each column because the stories
11 change. What you had yesterday, like say
12 it's printed, today might be a picture. You
13 don't need as much heavy ink. So you would
14 set all that. You would balance it all.
15 And then just keep the press running all
16 day.
17           You'd shut down at different
18 times and change plates because, you know,
19 the stories change. You have a -- With the
20 first paper you've got street sales, you had
21 the home delivery. Then you had the evening
22 street sales.
23           And you would be changing
24 these plates, you know, and just keep the

Page 45

1 press running. But if it went down you had
2 to lead the sheet back through all these
3 rollers. That was your job.
4      Q.   What are the plates you're
5 referring to?
6      A.   They're the metal plates with
7 the raised -- I say metal, they're lead.
8 With the raised letters that you put on
9 cylinders. Like I say, they'd go around,
10 the paper comes up through, and the image
11 comes off on the paper.
12      Q.   And where do the plates get
13 set?
14      A.   The junior pressmen set them
15 in one of the corners of the unit. You
16 might have -- you have one section running
17 here, you have a different section over
18 here. And you just lead everything.
19      Q.   Were there cylinders on the
20 presses?
21      A.   Yes.
22      Q.   Did the plates get attached to
23 the cylinders?
24      A.   Yes.

12 (Pages 42 - 45)

JAMES COPPAGE

Page 46

1    Q.    And did those cylinders have
2  to be cleaned at the end of the day?
3    A.    Yes.  They'd wipe the ends of
4  them.  You had to wipe the whole unit down.
5    Q.    What did you clean the
6  cylinders with at the end of the day?
7    A.    Just rags.
8    Q.    Was there solvent used to
9  clean cylinders?
10   A.    If they were real dirty, yes.
11 But usually they do that every shift so they
12 wouldn't -- wouldn't build up a whole lot.
13   Q.    How long did you spend
14 cleaning cylinders at the end of the day?
15   A.    Five minutes.  They wanted
16 out.  Time to go home.
17   Q.    And did the press have to be
18 stripped down and wiped down with solvent?
19   A.    No.  Not that -- At the end of
20 every shift, no.
21   Q.    How often did that happen?
22   A.    When it got real dirty and it
23 wasn't being used that day, your junior
24 pressman would clean it up.

Page 47

1    Q.    Now, did you assist the --
2  with the process of filling ink at the
3  presses as an apprentice?
4    A.    The color, yes.
5    Q.    And was that the same
6  procedure that you described as a -- as a
7  junior pressman?
8    A.    No.  Junior pressmen brought
9  it to the press.  I put it in the press.
10   Q.    Okay.
11   A.    The journeyman or the
12 apprentice.
13   Q.    So as a junior pressman, you
14 took the ink from the 55 gallon drums, you
15 brought it to the press.
16   A.    Right.
17   Q.    And then the apprentice
18 filled, or the pressman filled --
19   A.    These little fountains, yes.
20   Q.    -- filled the ink fountains
21 with those buckets of ink?
22   A.    Right.
23   Q.    And then, as the junior
24 pressman, you picked up those buckets when

Page 48

1  they were done being used and you cleaned
2  them up?
3    A.    The junior pressman did, not
4  the apprentice.
5    Q.    Correct.
6          Now, at the News-American, did
7  the color inks also come in 55 gallon drums?
8    A.    Yes.
9    Q.    And at the News-American, how
10 did the black ink get to the presses?
11   A.    It was piped in.
12   Q.    Was there misting of ink from
13 the presses at the News-American, like you
14 described at the Baltimore Sun?
15   A.    Yes, but not nearly as bad.
16   Q.    Did you still have to make the
17 paper hats?
18   A.    Yeah it was a good idea.
19   Q.    Now, was there any ink that
20 came in containers, other than the 55 gallon
21 drums or the big tanker trucks and tanks
22 that held the black ink?
23   A.    Yeah, they could have the 10
24 gallon buckets of special color inks.

Page 49

1    Q.    So were those inks that
2  weren't used as frequently as the main color
3  inks?
4    A.    No.
5    Q.    And where did you get the
6  solvent from that you used as an apprentice
7  at the News-American?
8    A.    Wow.  I'm trying to picture
9  the pressroom.  It was either downstairs --
10 Either downstairs or on the first level of
11 the presses over in a corner.  That was
12 their ink room.  Like it was just over there
13 in that corner.
14   Q.    What types of containers did
15 the solvents come in at the News-American?
16   A.    I don't really know.
17   Q.    You don't remember?
18   A.    No, I was an apprentice and it
19 wasn't my job to get that stuff.  And I -- I
20 really don't know.
21   Q.    Okay.  Did somebody bring the
22 solvents to you?
23   A.    If we needed it, yeah, the
24 junior pressmen.  We got waited on.

13 (Pages 46 - 49)

JAMES COPPAGE

Page 50

1 Everybody had a job. You know, like it's
2 your job to work the front desk, it's that
3 lady's job to, I guess, take care of the
4 people in the rooms, you know, whatever they
5 might need. You have somebody runs the
6 cafeteria. Everybody has their own job to
7 do.
8      Q.    Did you have to clean surfaces
9 that the ink mess got on at the
10 News-American as well?
11      A.    At the end of the day we wiped
12 the units down, but I was an apprentice. So
13 I wasn't into the cleanup, and carrying ink,
14 and stuff.
15      Q.    Now, when you worked at the
16 Baltimore Sun, both as a junior pressman and
17 an apprentice, did you -- was there anything
18 on the containers of the solvents or the
19 inks that told you that there could be a
20 cancer hazard from working with them?
21          MR. CAIRONE:  Objection,
22      compound.
23          THE WITNESS:  No.
24 BY MR. DuPONT:

Page 51

1      Q.    Well, there's an objection, so
2 I'll ask it again.
3          When you worked as a junior
4 pressman and apprentice at the Baltimore
5 Sun, did you see anything on the containers
6 of the solvent that told you that there was
7 any type of cancer hazard from the chemical?
8      A.    No.
9      Q.    When you worked as a junior
10 pressman and an apprentice at the Baltimore
11 Sun, did you see anything on any of the
12 containers of the inks that told you that
13 there was any type of cancer hazard from
14 working with the inks?
15      A.    No.
16      Q.    When you worked as an
17 apprentice at the News-American, did you
18 receive any type of warning about a cancer
19 hazard for any of the solvents that you used
20 there?
21      A.    No.
22      Q.    When you worked as an
23 apprentice at the News-American, did you
24 receive any type of warning about a cancer

Page 52

1 hazard associated with the inks that you
2 used there?
3      A.    No.
4      Q.    The third place you worked as
5 an apprentice was the Alco-Gravure?
6      A.    Yes.
7      Q.    And then you eventually became
8 a journeyman pressman at the Alco-Gravure
9 from 1969 until 1997?  '98.
10      A.    '98 they closed, yeah.
11      Q.    Okay. So what type of
12 business was the Alco-Gravure?
13      A.    That was a gravure shop. It's
14 a different printing process, but it's still
15 printing. Instead of having these lead
16 plates with the raised letters, you had a
17 big cylinder and everything was etched into
18 the cylinders. And it would be -- this big
19 cylinder would be sitting in this big
20 fountain of ink, probably 80 to 90 gallons
21 of ink, and it would, you know, pick up the
22 ink. Then over the top of this cylinder you
23 had an arm with a big blade in it that would
24 wipe off the excess. And when this paper

Page 53

1 went between a rubber roller and the
2 cylinder it would pick up the image on the
3 paper. Actually what it was doing was like
4 sucking the image out. Sucking the ink out
5 of the cyls. That's about the best I can
6 explain the gravure process.
7      Q.    Who made the presses that were
8 used at the Alco-Gravure when you were
9 there?
10      A.    Wow, what were they? I don't
11 know. I'm not goint to say.
12      Q.    Okay. Did the Alco-Gravure
13 change names over time?
14      A.    Yes.
15      Q.    What were the other names it
16 was known by?
17      A.    It went from Alco, to Maxwell,
18 to Quebecor.
19      Q.    How many presses did they have
20 at the Alco-Gravure?
21      A.    One, two, three, four. And
22 one of them we could split the two presses.
23 So we could make five presses of eight units
24 a piece.

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

JAMES COPPAGE

Page 114

1     Q.    Who in the union was
2  responsible for cleaning the presses?
3     A.    Anybody.
4     Q.    Was there any particular job
5  that was responsible more than others?
6          MR. DuPONT:  Objection, vague.
7  Compound.
8          THE WITNESS:  Yes.
9  BY MR. CAIRONE:
10    Q.    Who was that?
11    A.    Junior pressmen.  They got the
12  worst of it.
13    Q.    And once you were promoted
14  beyond junior pressman, you did less
15  cleaning?  Is that right?
16    A.    Right.
17         MR. DuPONT:  Objection, vague.
18  BY MR. CAIRONE:
19    Q.    Now, you worked for three
20  different companies as a pressman; the
21  Baltimore Sun, the News-American, and
22  Alco-Gravure, even though they might have
23  had different names.  Is that basically
24  right?  You worked for three separate

Page 115

1  companies?
2     A.    As a pressman?  Four.
3     Q.    What was the four -- Oh, Wall
4  Street Journal.
5     A.    Wall Street Journal.
6     Q.    I'm sorry, you're right.
7          So I'm just trying to, in
8  order to be more efficient, understand
9  whether you worked at the same location,
10  physical location for each of those.
11         So let me start with The
12  Baltimore Sun.  Did you work at one or more
13  locations for The Baltimore Sun?
14    A.    More.
15    Q.    What was -- Give us the
16  locations where you worked for The Baltimore
17  Sun.  And, if you can, the years that you
18  worked there.
19    A.    Calvert Street.  1960, 1969 --
20  '69, yeah.
21         Went to Quebecor -- well,
22  Alco-Gravure -- That's right, we're going to
23  use that name -- 1969, till they closed in
24  '98.

Page 116

1          Worked The Wall Street
2  Journal, and The Baltimore Sun, their new
3  pressroom, offset.
4     Q.    And where was that located?
5     A.    Cromwell Street, I believe it
6  is.  Down in the city.  Part-time.
7          Then in 2000 I got hired on at
8  The Baltimore Sun full-time.
9     Q.    And at which location, that
10  last time with The Baltimore Sun?
11    A.    That would have been Cromwell
12  Street, the offset press.
13    Q.    And at Alco-Gravure, were you
14  always at the same physical location?
15    A.    Yes.
16    Q.    Can you describe for me the
17  layout of The Baltimore Sun at Calvert
18  Street?  How big was the facility?
19    A.    Oh, wow.  They had four
20  floors.  One floor was the pressroom and the
21  stereotype department.  And our showers and
22  restrooms, and break room.  The rest, I
23  guess, you know, cafeteria, offices, other
24  departments, being the printers and the

Page 117

1  reporters and everyone.
2     Q.    Now, was the printing press in
3  that same building?
4     A.    Yes.
5     Q.    Describe for me the physical
6  layout of the room where the printing
7  presses were located.
8     A.    You come in, you had the --
9  When I first started they had two lines of
10  nine -- nine units and you had three
11  folders, which fold the paper and do the
12  cutting.  At some point, I don't know what
13  year, they put in a fifth press, which was
14  eight units and a folder.
15    Q.    Were all of the presses in one
16  large room?
17    A.    Yes.
18    Q.    How high was the ceiling in
19  that room?
20    A.    I don't know.
21    Q.    Was it more than one story,
22  two stories --
23    A.    Oh, yes.  Two and a half
24  stories.

30 (Pages 114 - 117)

JAMES COPPAGE

Page 238

1    A.    Okay.
2    Q.    And probably the most
3 important instruction I'll give you is that
4 if you don't understand my question, please
5 tell me and I'll be happy to rephrase.
6 Okay?
7    A.    Okay.
8    Q.    All right.  We've been talking
9 a little bit about different pressrooms
10 you've worked in.  And I think you indicated
11 that the pressrooms that you worked in, the
12 Baltimore Sun, that Alco-Gravure and the
13 News-American, they were all about two and a
14 half stories high; correct?
15    A.    Yes.
16    Q.    Roughly?
17    A.    Roughly.
18    Q.    Could you tell me how big the
19 Baltimore Sun pressroom was in length and
20 width?
21    A.    Oh, my Lord.  No.
22    Q.    Could you estimate it for me
23 in the size of, say, football fields, or
24 acres?

Page 239

1        MR. DuPONT:  Objection, vague.
2        THE WITNESS:  Definitely a
3    football field.
4 BY MR. RICHMOND:
5    Q.    Okay.  How about for the
6 News-American, could you give me an idea of
7 how long and wide that pressroom was?
8    A.    No.  Maybe three-quarters of a
9 football field.
10    Q.    How about the size, the length
11 and the width, of the Alco-Gravure
12 pressroom?
13    A.    A football field.  And we had
14 one run this way and one that way.  And --
15 so a football field on one, one and a half
16 football fields on the other.
17    Q.    Okay.  And you mentioned the
18 Alco-Gravure pressroom was shaped in an L?
19    A.    Yes, sir.
20    Q.    The two combined pressrooms
21 that you were just speaking about?
22    A.    Yes.
23    Q.    Okay.  The pressrooms that you
24 worked in, did they have air-conditioning?

Page 240

1        MR. DuPONT:  Objection,
2    compound.
3 BY MR. RICHMOND:
4    Q.    Well, let me -- Let me
5 rephrase, if I could.  The Baltimore Sun
6 pressroom that you worked in, do you know if
7 that had air conditioning?
8        MR. DuPONT:  Which Baltimore
9    Sun?
10 BY MR. RICHMOND:
11    Q.    At the Calvert Street
12 location.
13        MR. DuPONT:  Thank you.
14        THE WITNESS:  Calvert Street.
15    Don't really know, but closed in,
16    so... I can't give a definite.  Don't
17    know.
18 BY MR. RICHMOND:
19    Q.    Did the Baltimore Sun Calvert
20 Street pressroom have heating?
21    A.    Have what?
22    Q.    Heating?
23    A.    Heating?  Geez.  We weren't
24 cold in there, we weren't hot in there.

Page 241

1 They --
2    Q.    Would it be fair to say you
3 don't know one way or the other?
4    A.    Yes, that would be fair.
5    Q.    How about for that
6 Alco-Gravure pressroom that you worked in,
7 did that have air conditioning or heating?
8    A.    Heating.  No air conditioning.
9    Q.    All right.  Do you know how
10 that pressroom was heated?
11    A.    How it was heated?
12    Q.    Yes, sir.
13    A.    Just, I think, the big heaters
14 hanging from the ceiling.
15    Q.    Okay.  How about the
16 News-American, did that have air
17 conditioning or heating?
18    A.    I don't recall seeing any
19 units.  No.  I -- no -- I don't know.
20        I'll get the right answer.
21    Q.    Let me switch gears and talk a
22 little bit about the solvents that you've
23 been talking about today.
24        At the Baltimore Sun Calvert

61 (Pages 238 - 241)

JAMES COPPAGE

1 Street location, can you tell me the color
2 of the solvent that you used in the
3 pressroom?
4    A.    Pretty clear.
5    Q.    Okay.  Was the solvents used
6 in other pressrooms that we've been talking
7 about here today always clear, or did it
8 have different colors, depending on the
9 pressroom?
10    A.    I'd say clear.
11    Q.    Okay.  Was there a person
12 responsible at the Baltimore Sun Calvert
13 Street location for unloading the trucks
14 that contained solvents and inks?
15    A.    Yes.
16    Q.    Do you know the name of that
17 person?
18    A.    No.
19    Q.    Do you know the trade, the
20 title, job title of that person?
21    A.    Paper handler.
22    Q.    How many different paper
23 handlers would be responsible for unloading
24 the truck of solvents and inks at the

1 Baltimore Street Calvert Street location --
2 Baltimore Sun Calvert Street location.
3 Excuse me.
4    A.    Paper handler -- How many
5 paper handlers would be responsible?
6    Q.    Yes, sir.
7    A.    None.  The truck driver did
8 it.
9    Q.    The truck drivers were --
10    A.    As far as I know.
11    Q.    At the Baltimore Street Cal --
12 Baltimore Sun Calvert Street location, the
13 truck drivers unloaded their own building
14 trucks?
15    A.    To my knowledge, yes.
16    Q.    Was that the same at the
17 News-American and Alco-Gravure?
18    A.    Yes, at the News-American.
19 Not sure at the Alco, but it could have been
20 paper handlers and the truck driver.
21    Q.    Do you know the name of any of
22 the employees that were responsible for
23 ordering any of the solvents at the
24 Baltimore Sun Calvert Street location?

1    A.    No.
2    Q.    How about at the News-American
3 location?
4    A.    No.
5    Q.    How about at the Alco-Gravure
6 location?
7    A.    No.
8    Q.    Was there -- In any of the
9 pressrooms that you worked at, was there a
10 particular job title of the person who was
11 responsible for ordering solvents and inks,
12 that you know?
13    A.    Yes.
14    Q.    And what was the job title?
15    A.    Paper handler.
16    Q.    The drums that the solvent
17 came in, what were the drums made of?
18    A.    Metal.
19    Q.    Were they always made of
20 metal, regardless of the pressroom location?
21    A.    Yes.
22    Q.    The inks that were used at the
23 Baltimore Sun, Alco-Gravure and
24 News-American, those came in drums; correct?

1        MR. DuPONT:  Objection,
2    misstates testimony.
3        THE WITNESS:  Can you say that
4    again?
5 BY MR. RICHMOND:
6    Q.    The inks that were used at the
7 different pressrooms that we've been talking
8 about today --
9    A.    Right.
10    Q.    -- those came in drums?
11        MR. DuPONT:  Objection,
12    compound and misstates testimony.
13        THE WITNESS:  Colors, yes.
14 BY MR. RICHMOND:
15    Q.    The colored ink that were used
16 at the different pressrooms we've been
17 talking about today, what was the drum made
18 of?
19    A.    What was the drum made of?
20    Q.    Yes.
21    A.    Metal.
22    Q.    Were they always metal?
23    A.    Yes.
24    Q.    Okay.  At the Baltimore Sun

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

JAMES COPPAGE

Page 270

1    A.    Yes.
2    Q.    And that's obviously a great
3  potentially dangerous risk, right --
4    A.    Right.
5    Q.    -- flammability?
6        At the News America pressroom,
7  did they -- was there any precautions taken
8  to make sure that the pressroom was a
9  spark-free environment?
10    A.    Well, you couldn't smoke or
11  anything.  You got metal plates on a steel
12  floor.  You could get a spark, but we
13  certainly tried to avoid that.
14    Q.    But the presses would give off
15  heat during the runs, wouldn't they?
16    A.    Yes.
17    Q.    So it was important to have
18  solvents that had a low flash -- that had a
19  high flash point?
20        MR. DuPONT:  Objection, lacks
21    foundation.  Assumes facts.
22        THE WITNESS:  Well, there's --
23        MR. DuPONT:  Do you know?
24  BY MS. PROSSER:

Page 271

1    Q.    Do you know?  If you don't
2  know, that's fine.
3    A.    No. I can't say.  No.
4    Q.    Do you know what a flash point
5  is for solvent?
6    A.    When it gets hot enough to
7  fire it up, I guess.
8    Q.    Do you know what the flash
9  points of any of the 55 gallon drums were at
10  News America?
11    A.    No.
12    Q.    So when you were a junior
13  pressman, as I understand the hierarchy, you
14  basically did what you were told to do by
15  either the apprentice or the journeyman
16  pressman.  Is that fair?
17    A.    Well, everybody had their own
18  job.  We knew what our job was.  But, yes,
19  they could tell us to do this or do that.
20    Q.    And you -- you did it the way
21  you were told to do -- You did your job as a
22  junior pressman the way you were told by the
23  apprentice or the journeyman pressman how to
24  do it?

Page 272

1    A.    Yes.
2    Q.    And what would have happened
3  if you'd refused a task as a junior
4  pressman?
5    A.    They may send you home.  You
6  lose a whole day's pay.
7    Q.    And you get in trouble with
8  the union?
9    A.    Yes.
10    Q.    So you were expected to do
11  what you were told, and do the job the way
12  you were directed to do it?
13    A.    Yes.
14    Q.    And did you expect that, under
15  the union conditions, that you were being
16  provided a safe workplace?
17        MR. DuPONT:  Objection.
18    Assumes facts.  Lacks foundation.
19    Compound.
20        THE WITNESS:  Yes.
21  BY MS. PROSSER:
22    Q.    And no matter what was written
23  on the labels of any solvent drums, you
24  would have done your job as a junior

Page 273

1  pressman exactly the way you were told to do
2  it by the apprentice and the journeyman
3  pressman; right?
4    A.    Yes.
5        MR. DuPONT:  Objection,
6    speculation.
7  BY MS. PROSSER:
8    Q.    When you were a junior
9  pressman, did you always wear gloves when
10  you used a solvent?
11    A.    Yes.
12    Q.    Did you always wear goggles?
13    A.    No.
14    Q.    When did you wear goggles?
15    A.    When you had an airhose and
16  you're blowing at the superstructure where
17  all this paper dust is.
18    Q.    And the paper hat, did you --
19  that was only during the press run; right?
20    A.    Yes.
21    Q.    Can you describe the gloves?
22  What were they made of?
23        MR. DuPONT:  Objection, vague.
24        THE WITNESS:  Rubber, latex.

69 (Pages 270 - 273)

JAMES COPPAGE

Page 274

1 BY MS. PROSSER:
2    Q.    And how high up the arm did
3 they go?
4    A.    I don't know, a couple inches.
5    Q.    So --
6    A.    Yeah.
7    Q.    -- halfway between the wrist
8 and the elbow?
9    A.    Yeah. Halfway.
10    Q.    And did you always have a
11 clean pair available if you needed to switch
12 out?
13    A.    Yes.
14    Q.    And these prevented the
15 solvent from touching your skin when you
16 were wearing gloves?
17         MR. DuPONT: Objection, vague.
18 BY MS. PROSSER:
19    Q.    Is that right?
20    A.    Yes.
21    Q.    I know you were -- I'm
22 skipping again. I know you were asked about
23 co-workers, but I don't think anybody asked
24 you about the co-workers at News America.

Page 275

1 So we've already talked about Mr. Stallings.
2    A.    Right.
3    Q.    Okay. Can you give me any
4 other names?
5    A.    Oh, wow. Okay. Here we go.
6 You want that are still alive?
7    Q.    Yes. Just give me --
8    A.    I can tell you a lot, but the
9 old guys are gone.
10    Q.    -- the ones who you believe
11 are alive.
12    A.    Geez. Wow. Bob Stallings.
13 Of course, you knew Kelly, Carolinn. They're
14 gone. It's unbelievable, but I can't think
15 of any.
16    Q.    So Mr. Stallings would be the
17 only person?
18    A.    The only -- the only name
19 crossing my mind right now.
20    Q.    I think that's all I have. I
21 -- I might come back, but I don't -- Right
22 now, that's all I have. Thank you so much.
23    A.    Okay. Thank you.
24         - - -

Page 276

1 BY MS. MAGLIOCCA:
2    Q.    Good afternoon. Mr. Coppage.
3 I thought you're talking about the 1983
4 Orioles, that one. I'm a little bit younger
5 than you, but I got all excited.
6    A.    Okay.
7    Q.    My name is Erica Magliocca. I
8 represent Sun Chemical and Rykoline. I have
9 just a couple questions for you, sir.
10    A.    Okay.
11    Q.    Your wife, Lorraine --
12    A.    Lorraine.
13    Q.    Was she a smoker as well, sir?
14    A.    Yes.
15    Q.    And did -- Was there ever a
16 time when she quit?
17    A.    1998.
18    Q.    Is that when you quit as well?
19    A.    No. I quit 10 years earlier.
20    Q.    Earlier, okay. All right.
21 And what was the cause of her death, sir?
22    A.    COPD.
23    Q.    And I'm very sorry for your
24 loss.

Page 277

1         Now, when you were growing up,
2 did your parents smoke?
3    A.    Yes.
4    Q.    Okay. Both your mother and
5 your father?
6    A.    Both.
7    Q.    Okay. And do you recall them
8 smoking as far back as you can remember?
9    A.    Yes.
10    Q.    And, to your knowledge, did
11 they continue to smoke until -- until the
12 end of their lives?
13    A.    They quit in 1988, same time I
14 did.
15    Q.    Okay. Okay. And -- and what
16 was the cause of your father's death?
17    A.    He may be just worn out, the
18 doctor said.
19    Q.    Old age?
20    A.    Old age.
21    Q.    Okay.
22    A.    87 years old.
23    Q.    He was 87. So you're not
24 aware of -- of a precipitating cause?

70 (Pages 274 - 277)

"Exhibit B"

THE CIRCUIT COURT FOR
BALTIMORE CITY

Estate of James Coppage, )
)
)
Plaintiff, )
)
vs. )          No. 24C18005920
)
United States Steel Corporation, et al., )
)
Defendants.

EXPERT REPORT OF

ROBERT F. HERRICK, Sc.D., CIH, FAIHA



EXHIBIT

Herrick

- 6 -

11-21-19 bas

PENGAD 800-631-6989

## BACKGROUND

James Coppage was born on August 3, 1942, and grew up in Baltimore, Maryland.[1] He attended one year at Mergenthaler Vocational Technical High School.[2] Sometime thereafter, during a period of 2 years, he worked for 2 plumbing outfits and 3 gas stations—he worked 40 hours a week at the gas stations.[3] While working at the Shell gas station during the summer months in 1960, Mr. Coppage reported pumping gas, greasing cars, and fixing flats, but was not a mechanic; he worked 5 days a week.[4]

Mr. Coppage started working for the newspaper printing industry in September 1960 and worked at various newspapers until 2006 when he retired.[5] During this 46-year period, he was always part of the union—Graphic Communications International Union and Teamsters.[6] According to his deposition and Social Security records, Mr. Coppage had the following series of jobs in the Newspaper printing industry as identified in Table 1 along with the general tasks he reported doing, as available from his deposition. He was typically given two, 15-minute breaks and one-half hour lunch for the shifts he worked at the various papers.[7]

| Table 1 | Summary of James Coppage Employment History in the Newspaper Printing Industry | | | | | | |
|---|---|---|---|---|---|---|---|
| Employer | Job Title | Duration | Production | Daily Cleaning Press | Daily Cleaning Ink Buckets | Maintenance Cleaning |
| Baltimore Sun | Junior Pressman | 1960 – 1965 | Yes | Yes | Yes | Yes |
| Boone Press Inc. | Junior Pressman | 1961 – 1966 | Yes | No | No | No |
| Twentieth Century Printing Company | Junior Pressman | 1963 | Yes | No | No | No |
| Baltimore Sun | Apprentice | 1965 – 1969 | Yes | Yes | Yes | Yes |
| News-American | Apprentice | 1965 – 1969 | Yes | Yes | No | Yes |
| Alco-Gravure | Apprentice | 1965 – 1969 | Yes | Yes | No | Yes |
| Alco-Gravure | Journeyman Pressman | 1969 – 1998 | Yes | Yes | No | Yes |
| Baltimore Sun | Journeyman Pressman | 1999 – 2000 | Yes | Yes | Yes | Yes |
| Wallstreet Journal | Journeyman Pressman | 1999 – 2000 | Yes | Yes | No | Yes |
| Baltimore Sun | Journeyman Pressman | 2000 – 2006 | Yes | Yes | No | Yes |

In addition to the testimony of Mr. Coppage, additional details for this report were also extracted from the deposition of Robert Stallings—a former co-worker of Mr. Coppage at the Baltimore Sun, Alco-Gravure, and News-American.[8] Such information was used to supplement or

[1] Deposition of James Coppage, March 11, 2019, Page 10-11.
[2] Deposition of James Coppage, March 11, 2019, Page 13.
[3] Deposition of James Coppage, March 11, 2019, Page 82-83.
[4] Deposition of James Coppage, March 11, 2019, Page 279-281.
[5] Deposition of James Coppage, March 11, 2019, Page 16.
[6] Deposition of James Coppage, March 11, 2019, Page 152-153.
[7] Deposition of James Coppage, March 11, 2019, Page 145-147.
[8] Deposition of James Coppage, March 11, 2019, Page 264-265, 267-268.

corroborate that which was already provided by Mr. Coppage or fill-in missing information from his testimony.

## MR. COPPAGE'S EMPLOYMENT HISTORY IN THE NEWSPAPER PRINTING INDUSTRY

### Junior Pressman: Baltimore Sun, September 1960 – September 1965

Mr. Coppage started working for the Baltimore Sun as a Junior Pressman in September 1960 until September 1965 at which point, he started his apprenticeship.[9] During this time as a Junior Pressman, he worked 44 hours a week on the night shift.[10] He reported that during the summertime, he would reportedly sit outside of the plant during break time.[11]

#### Job Tasks as a Junior Pressman at the Baltimore Sun

Regarding typical tasks on a given day as a Junior Pressman, Mr. Coppage reported, "some days you're on the press, some days you could be the ink boy. You could be extra and be on cleanup."[12] According to Mr. Coppage's testimony, Junior Pressmen did the most cleaning; he reported, "they got the worst of it."[13] Mr. Coppage reported that as a Junior Pressman, he always wore gloves when using solvents; he described the gloves as being rubber and reaching halfway between the wrists and elbow.[14]

##### General Work Around the Printing Press

As a Junior Pressman at the Baltimore Sun, it was generally his job to be there and working around the press.[15] Mr. Coppage described his duties as a Junior Pressman: he would carry the lead plates and set them around the press where they belonged and generally kept the press cleaned up since paper would break on the press; at the end of his shift, he would "blow-out" or clean up paper dust.[16] He reported that there would be mist coming out of the presses, "it's actually the ink, but it's in the form of a mist because you're running fast. You're running 50,000 papers an hour."[17] He reported that they made paper hats to keep the ink off their heads.[18] This ink misting off the press was a daily occurrence during the time he was a Junior Pressman in the old press room before the Sun went offset in 1993.[19]

---

[9] Deposition of James Coppage, March 11, 2019, Page 12-13, 17.
[10] Deposition of James Coppage, March 11, 2019, Page 80-81.
[11] Deposition of James Coppage, March 11, 2019, Page 39.
[12] Deposition of James Coppage, March 11, 2019, Page 20.
[13] Deposition of James Coppage, March 11, 2019, Page 114.
[14] Deposition of James Coppage, March 11, 2019, Page 273-274.
[15] Deposition of James Coppage, March 11, 2019, Page 41-42.
[16] Deposition of James Coppage, March 11, 2019, Page 19.
[17] Deposition of James Coppage, March 11, 2019, Page 37.
[18] Deposition of James Coppage, March 11, 2019, Page 37-38.
[19] Deposition of James Coppage, March 11, 2019, Page 38-39.

**Helping Refill Color Ink Fountains on the Press and Cleaning up Ink Buckets**

As a Junior Pressman, Mr. Coppage would also serve as "the ink boy." Since color inks would be manually refilled in the press, he would be tasked with bringing 2 to 3-gallon buckets of the color inks and setting them around the press so that the pressman could refill the fountains on the press.[20] This was not an everyday task and occurred "time to time" since most of the printing during this time was black and white.[21]

Mr. Coppage described how the color inks were taken to the press: at the end of the pressroom there were 55-gallon drums with different color inks that he would use to fill smaller 2- to 3-gallon buckets and carry them to the press and set them at the right place for the pressman to use; as these smaller buckets became empty, he would go back and refill; there could be multiple buckets to refill throughout the day.[22] He also had responsibility for cleaning the ink buckets: he would empty out any left-over ink back into the 55-gallon drum and then take the bucket into the ink room, which had a big tank containing solvent and a bubbler to soften up the ink; he would put the bucket in the tank and with gloves on he would wash it out.[23] On the days he did have responsibility for filling the ink; he reported spending 2 hours cleaning the buckets.[24]

The ink buckets were cleaned inside a metal square tank, which he approximated to be 4 by 4 feet with probably 2.5 feet of solvent in it; he would get the solvent which was used inside the tank from 55-gallon drums that he would then use a 5-gallon bucket to transfer into the cleaning tank.[25] He didn't recall how the 55-gallon drum got upstairs to where the solvent tank was located but reported using "little wagons" to pull the 5-gallon bucket into the ink room.[26] When he would be standing at the solvent tank, he reported that his face would be hanging over the tank and that the solvent had an odor, which he described as a "petroleum smell."[27]

**Cleaning with Solvent: Ink Rails on the Press, Press Framework and Ink Spills**

According to Mr. Coppage's testimony, the ink rail would normally skim the ink roller on the press, but if the ink rail wasn't set correctly, there would be a mess and he would have to put on coveralls and go in the press and clean them with rags and a solvent.[28] This was the same solvent he used to clean the ink buckets in the ink room.[29] On the days he washed the ink rails, he reported spending 5-6 hours washing them; he would have to climb into the press and wear 2

---

[20] Deposition of James Coppage, March 11, 2019, Page 20, 25.
[21] Deposition of James Coppage, March 11, 2019, Page 20.
[22] Deposition of James Coppage, March 11, 2019, Page 20-21, 47-48.
[23] Deposition of James Coppage, March 11, 2019, Page 21-22, 24.
[24] Deposition of James Coppage, March 11, 2019, Page 22.
[25] Deposition of James Coppage, March 11, 2019, Page 23-24.
[26] Deposition of James Coppage, March 11, 2019, Page 23-24.
[27] Deposition of James Coppage, March 11, 2019, Page 24-25, 31.
[28] Deposition of James Coppage, March 11, 2019, Page 27-29.
[29] Deposition of James Coppage, March 11, 2019, Page 29.

pairs of coveralls.[30] He would wash the ink rails about once a week during this 5-year timeframe as a Junior Pressman.[31]

Mr. Coppage reported cleaning the framework and the frame of the press with the same solvent he used for the other cleaning tasks and a rag.[32] He would also wear gloves during this process and spent 4 or 5 hours cleaning the rollers and the framework with another junior pressmen since there was a lot of rollers and a lot of framework.[33] He didn't know how much solvent he would have used to do this but reported, "whatever it took."[34] Regarding how often he would clean the rollers and frame, he reported that it varied anywhere from twice in one week, once a month or that someone else might get the job.[35] In addition, Mr. Coppage also cleaned up ink spills with the solvent and a rag.[36]

### Junior Pressman: Boone Press Inc., 1961 – 1966

Mr. Coppage reported working as a Junior Pressman at Boone Press for minimal time from 1961-1966, which he reported was a small shop that published for the catholic archdiocese.[37] He didn't recall using solvents at Boone Press.[38] It's unclear how many hours Mr. Coppage would have worked at this paper throughout this 5-year timeframe, but his social security statement indicates a total earning of about $486 for this 5-year timeframe.

### Junior Pressman: Twentieth Century Printing Company, 1963

In 1963, Mr. Coppage was a Junior Pressman for "a couple of hours" at Twentieth Century Printing Company, which published food store circulars.[39] He reportedly didn't use any solvents at this employer.[40] It's unclear how many hours Mr. Coppage would have worked at this paper, but his social security statement indicates minimal time based on his earnings for the year, $104.

### Apprentice: Baltimore Sun, News-American and Alco-Gravure, September 1965 – June 1969

Mr. Coppage worked as an apprentice for 4 years from September 1965 to June 1969. During this 4-year apprenticeship, he rotated between working at the Baltimore Sun, News-American, and the Alco-Gravure.[41] He described how the rotation worked: there was 4 months of day work at the

---

[30] Deposition of James Coppage, March 11, 2019, Page 30.
[31] Deposition of James Coppage, March 11, 2019, Page 31.
[32] Deposition of James Coppage, March 11, 2019, Page 31-32, 35.
[33] Deposition of James Coppage, March 11, 2019, Page 32-33, 35.
[34] Deposition of James Coppage, March 11, 2019, Page 35.
[35] Deposition of James Coppage, March 11, 2019, Page 35-36.
[36] Deposition of James Coppage, March 11, 2019, Page 38.
[37] Deposition of James Coppage, March 11, 2019, Page 257.
[38] Deposition of James Coppage, March 11, 2019, Page 258.
[39] Deposition of James Coppage, March 11, 2019, Page 259.
[40] Deposition of James Coppage, March 11, 2019, Page 259.
[41] Deposition of James Coppage, March 11, 2019, Page 14, 42.

Baltimore Sun, 4 months of night work, 8 straight months at the News-American and then he came back to the Sun for 4 months; followed by Alco for 4 months and back to the Sun. Then in December 1968, he became what was called a permit journeyman since he was still considered an apprentice but was moved up to journeyman scale to fulfill needs.[42] He worked at the Sun until June of 1969.[43] Mr. Coppage typically worked 5 days a week but reported that he made overtime almost every week if they needed extra journeymen during one of his nights off.[44]

As an apprentice, he would be assigned to a journeyman for the day—he would essentially do the work of the journeyman under supervision and correction.[45]

### *Job Tasks as an Apprentice at The Baltimore Sun, News-American, and Alco-Gravure*

#### General Work Around the Printing Press

Apprentices were assigned to journeyman pressman to learn the printing craft as well as do all the functions that a journeyman pressman would do.[46] Both the News-American and Baltimore Sun had the letterpress; Mr. Coppage's job duties were essentially the same at both places.[47] As an apprentice at the News-American and the Sun, he described his daily duties involving running of the press all day—he would set the press up when he came in the morning, which involved leading sheets of paper through the rollers of the superstructure and then putting the lead plates on a press; he would shut down at different times and change plates when the stories changed; he was also responsible for managing the ink box on the press to set the amount of ink required for each column.[48] This is consistent with the recollection of Robert Stallings.[49] If the press went down, it was also Mr. Coppage's job to lead the sheet back through all the rollers.[50]

Mr. Coppage would also clean the cylinders with a rag that the lead plates with the raised letters would get attached to.[51] He reported that although there was misting of ink from the presses at News-American, it was "not nearly as bad." He still made paper hats at News-American.[52] At the end of the day, Mr. Coppage reported wiping the units down.[53] Mr. Stallings reported that this wipe down would take 20 minutes after shift end; the new presses at the new pressroom still had blankets and plates and he reported that it may have taken an extra 5-10 minutes to clean these presses than the older models.[54]

---

[42] Deposition of James Coppage, March 11, 2019, Page 14-15.
[43] Deposition of James Coppage, March 11, 2019, Page 15.
[44] Deposition of James Coppage, March 11, 2019, Page 81.
[45] Deposition of James Coppage, March 11, 2019, Page 43.
[46] Deposition of Robert Stallings, April 14, 2009, Page 16.
[47] Deposition of James Coppage, March 11, 2019, Page 42-43.
[48] Deposition of James Coppage, March 11, 2019, Page 43-44.
[49] Deposition of Robert Stallings, April 14, 2009, Page 16-17.
[50] Deposition of James Coppage, March 11, 2019, Page 45.
[51] Deposition of James Coppage, March 11, 2019, Page 45-46.
[52] Deposition of James Coppage, March 11, 2019, Page 48.
[53] Deposition of James Coppage, March 11, 2019, Page 50.
[54] Deposition of Robert Stallings, April 14, 2009, Page 57.

According to Mr. Stallings' testimony, there were two different levels of journeymen at the News-American: one who worked on the upper level area of the press and one who worked on the lower level portions of the press—essentially, they would both be paired together on a press.[55] Apprentices would be rotated between working with an journeyman upstairs some weeks and with that downstairs other weeks.[56] With respect to cleaning activities, tasks were exactly the same for both the upstairs portion of the press and that of the downstairs portion of the press.[57] The apprentice would work side by side with the journeyman they were assigned to on a particular press during a given shift.[58] The apprentice did everything that the journeyman to whom he was assigned did and with respect to the cleaning of the presses, the journeyman and the apprentice equally cleaned at the same time—both would go to the 55-gallon drum and each would get a bucket and then clean the press.[59]

As an apprentice, Mr. Coppage also assisted with the process of filling color ink at the presses; a junior pressman would bring the color ink to the press, and the apprentice or journeyman would put the ink into the ink fountain inside the press.[60] Mr. Stallings had a similar recollection of having refilled the color ink fountains.[61] At the News-American, the color inks also came in 55-gallon drums with the black ink piped into the presses; he also recalled 10-gallon buckets of special color inks.[62] This is consistent with Mr. Stallings' recollection of specialized color inks from Flint Inks, among others he couldn't recall, before offset technology was introduced in the industry.[63] The black ink at Alco was not piped in and came in 55-gallon drums with a hand crank for transferring the ink to the presses.[64]

### General Cleaning Tasks In and Around the Press

Mr. Stallings reported that generally at the end of a shift, a printing press would be cleaned by the apprentice/pressman that involved cleaning the blanket cylinder and the general work area in which the pressman would use a solvent to clean the blanket cylinders, the plate cylinders, and their general work area since these would get dirty with ink and lint from the paper.[65] In addition to cleaning the blanket cylinder and the plates, at the end of a shift, the general work area cleaning entailed the following: covers and hoods that go up and down on the units to cover the plate cylinder and blanket cylinder while the press is running, which would have to be cleaned off underneath and over the top.[66] They would first use the solvent to wipe down the dirty and inky

---

[55] Deposition of Robert Stallings, April 14, 2009, Page 77-78.
[56] Deposition of Robert Stallings, April 14, 2009, Page 79.
[57] Deposition of Robert Stallings, April 14, 2009, Page 79.
[58] Deposition of Robert Stallings, April 14, 2009, Page 79-80.
[59] Deposition of Robert Stallings, April 14, 2009, Page 80.
[60] Deposition of James Coppage, March 11, 2019, Page 47.
[61] Deposition of Robert Stallings, April 14, 2009, Page 112-114.
[62] Deposition of James Coppage, March 11, 2019, Page 48.
[63] Deposition of Robert Stallings, April 14, 2009, Page 112-114.
[64] Deposition of James Coppage, March 11, 2019, Page 185.
[65] Deposition of Robert Stallings, April 14, 2009, Page 18-19, 24-29.
[66] Deposition of Robert Stallings, April 14, 2009, Page 118-119.

roll cylinders and then get a new rag and more cleaner solution—three-quarters of a gallon to a gallon, to clean the general work area.[67] Regarding how many rags they would use on a daily clean-up, Mr. Stallings reported, 20-40 rags.[68]

While cleaning at the end of the shift, an apprentice/pressman had the responsibility to clean two blanket cylinders and two plate cylinders as well as the ends of the inside of the units and also the outer perimeter of the units.[69] One blanket cylinder would take 5 minutes to clean.[70] Such cleaning took a minimum of 20 minutes, 90% of the time.[71] A blanket cylinder was a little below the plate cylinder and approximately waist high.[72]

Before cleaning the cylinders, Mr. Stallings would pour out the solvent from the 55-gallon drum into a smaller bucket, which probably held about 2 gallons according to his recollection, fill up the bucket half-way to about three-quarters (about a gallon or a little more), take to his work area, put on gloves, use the rags provided to dip into the solution, squeeze it out a little bit, and proceed wiping the cylinders.[73]

As an apprentice Mr. Coppage reported having cleaned with solvents during times when the press went down and there were slow periods. He would also be part of maintenance crews for cleaning of the superstructure of the presses.[74] According to Mr. Stallings, cleaning of the superstructure, as part of maintenance crews occurred 4-6 times a year.[75] Some workers would be assigned to a maintenance crew to clean while others were assigned to their normal duties on getting the paper out that day.[76] Cleaning of the superstructure took about 2 days and they would go through 2 to 3 55-gallon drums during these 2 days.[77] Cleaning as part of the maintenance crew occurred during the slower January to Easter timeframe.[78] The manufacturer of the cleaning solutions were U.S. Printing Ink, Sun Chemical Company, and Hanco, except that they weren't delivered to the press like they were at News American since there was an ink room for them to get themselves.[79] Mr. Stallings reported that 60% of the time he would use the solvent from Sun Chemical Company and U.S. Printing Ink, with the remaining 40% Hanco.[80]

---

[67] Deposition of Robert Stallings, April 14, 2009, Page 119-120.
[68] Deposition of Robert Stallings, April 14, 2009, Page 121.
[69] Deposition of Robert Stallings, April 14, 2009, Page 30.
[70] Deposition of Robert Stallings, April 14, 2009, Page 27.
[71] Deposition of Robert Stallings, April 14, 2009, Page 30, 33.
[72] Deposition of Robert Stallings, April 14, 2009, Page 28.
[73] Deposition of Robert Stallings, April 14, 2009, Page 28, 31.
[74] Deposition of James Coppage, March 11, 2019, Page 291.
[75] Deposition of Robert Stallings, April 14, 2009, Page 55-56.
[76] Deposition of Robert Stallings, April 14, 2009, Page 139.
[77] Deposition of Robert Stallings, April 14, 2009, Page 39.
[78] Deposition of Robert Stallings, April 14, 2009, Page 40.
[79] Deposition of Robert Stallings, April 14, 2009, Page 41.
[80] Deposition of Robert Stallings, April 14, 2009, Page 42-43.

### Journeyman Pressman: Alco-Gravure a/k/a Quebecor, June 1969 – December 1998

According to Mr. Stallings, the only difference between an apprentice and a journeyman pressman was the increased pay and being permanently hired at one newspaper.[81] A journeyman would typically be working on one press during an 8-hour shift; there were generally less apprentices, there wouldn't be a 1 to 1 ratio of journeymen to apprentices.[82]

Mr. Coppage worked at Alco-Gravure starting in June 1969 as a regular journeyman pressman for 29 and one-half years until it closed in December of 1998.[83] He reported that the Alco was a gravure shop which was a different printing process.[84] Mr. Coppage reported that when he became a journeyman, he typically worked 35 hours a week.[85] As a journeyman pressman at the Alco, he reportedly worked 5-6 days a week; however, for about a 3-year period at the Alco, he worked 60-80 hours a week.[86]

### *Job Tasks as a Journeyman Pressman at the Alco-Gravure*

Mr. Coppage recalled an instance when he first started working at the Alco in which he felt intoxicated from the fumes and that he had to be taken outside to "sober up" and subsequently learned that "if you start feeling like that, then you just stop what you're doing and get away from the press. Get some fresh air for a little bit."[87]

Mr. Coppage would reportedly work between the units on the presses at the Alco: he would use bamboo sticks to scrape off excess ink between the units on the cylinders; during this time, he would be standing between the units while the press was running at about 45,000 impressions an hour – there would be fumes while he did this since it was "right at the cylinder".[88]

Mr. Coppage didn't generally wear gloves while working except during cleaning tasks.[89]

#### Putting Solvent and Ink into the Presses and Cleaning up Spilled Ink at the Press

Mr. Coppage reported that the ink at Alco-Gravure would be mixed with Lactane which was the main solvent used at the press.[90] On the contrary, Mr. Stallings reported that Toluene was the solvent used on the presses at the Alco including for cleaning purposes;[91] according to his recollection, 90% of the time, toluene was mixed with the printing ink as a quick-drying solution;

---

[81] Deposition of Robert Stallings, April 14, 2009, Page 47, 50.
[82] Deposition of Robert Stallings, April 14, 2009, Page 75-76.
[83] Deposition of James Coppage, March 11, 2019, Page 15.
[84] Deposition of James Coppage, March 11, 2019, Page 52.
[85] Deposition of James Coppage, March 11, 2019, Page 299.
[86] Deposition of James Coppage, March 11, 2019, Page 81.
[87] Deposition of James Coppage, March 11, 2019, Page 70.
[88] Deposition of James Coppage, March 11, 2019, Page 68-69.
[89] Deposition of James Coppage, March 11, 2019, Page 73-74.
[90] Deposition of James Coppage, March 11, 2019, Page 54.
[91] Deposition of Robert Stallings, April 14, 2009, Page 45.

there would be a gauge on the pipes at the press where the pressman would mix the toluene with the ink which was done through the piping.[92]

Mr. Coppage also recalled having used other solvents namely naphthol, xylene and xylol for different purposes: when the ink in the cylinder got too dry and lactane wasn't powerful enough, he would put xylol in to break up the dry part; if it was too wet, he would either add ink or "a couple gallons" of naphthol to help the drying process yet leave it wet enough to print.[93]

Mr. Coppage would have the responsibility for putting ink in the presses at the Alco and described the process: there were 55-gallon drums of 4 inks—yellow, red, blue and black; there was a pump on the drums and he would put "10 turns of ink and 7 turns of lactane" which was the ink thinner; so he'd put in 10 gallons of ink and 7 gallons of lactane; after the ink fountains were filled on the press, he may have to adjust further by adding more ink or thinner.[94] The ink fountain held 80-90 gallons of ink and Mr. Coppage would top off the ink tank on the press every hour to hour and one-half with about 20 gallons of ink and the appropriate amount of lactane thinner.[95] The container holding the solvent/lactane to be added to the ink was called a bowser, a big square box on wheels with a lid; the paper handlers would bring ink and supplies to the press.[96] If he was in a hurry while loading the ink into the fountains and it backed up and spilled, he would be responsible for cleanup with lactane and a rag.[97]

At some point, this system of manually refilling the color fountains on the presses changed in which all the colors and black ink was piped in – Mr. Coppage didn't recall when the system changed.[98] Once the inks were piped into the presses, there would still be ink and lactane spills if the monitor malfunctioned; he didn't report how often these spills happened.[99]

### Using Solvent to Clean Paper Breaks in the Press

Mr. Coppage reported that catalogue paper would break and subsequently wrap the rubber roller and cylinders that he would have to go inside the press and get it.[100] He described how he did so: he would turn the fountain off, open the door, and take a wet rag with lactane to wash off the paper on the cylinder and rubber roller since it was under pressure; during this whole time, he reported that he would be standing over the ink fountain.[101] He reported that there would be

---

[92] Deposition of Robert Stallings, April 14, 2009, Page 45, 108, 131.
[93] Deposition of James Coppage, March 11, 2019, Page 55.
[94] Deposition of James Coppage, March 11, 2019, Page 55-56.
[95] Deposition of James Coppage, March 11, 2019, Page 57.
[96] Deposition of James Coppage, March 11, 2019, Page 57.
[97] Deposition of James Coppage, March 11, 2019, Page 57-58, 66-67.
[98] Deposition of James Coppage, March 11, 2019, Page 63-64.
[99] Deposition of James Coppage, March 11, 2019, Page 66-67.
[100] Deposition of James Coppage, March 11, 2019, Page 58-59.
[101] Deposition of James Coppage, March 11, 2019, Page 59.

fumes that came off of the ink and the lactane during this task.[102] When he would clean the paper breaks, he reported getting the ink and lactane on his arms: some of the broken paper would get inside the ink fountain, so he would have to dig inside the fountain and he would then use the lactane to wash off the ink on his arms and later went into the locker room to use soap and water.[103] Regarding how often the paper broke, he reported "at least a couple times a day, or most days throughout his career at the Alco.[104]

### Cleaning of the Superstructure of the Press with Solvent

During slow periods at the Alco, which was typically in January there would be cleaning of the whole presses – Mr. Coppage reported that maintenance crews would be formed, he himself would get on a crew and they would clean the presses.[105] Mr. Stallings estimated that a cleaning crew at the Alco consisted between 8-10 people since "they were huge presses."[106] Cleaning of the presses involved cleaning the oven which involved taking pipes out which blew warm air to dry the paper – there would also be paper dust with ink on it that they'd have to clean out.[107]

Mr. Stallings couldn't approximate how much toluene was used during the cleaning since there was a pipe system in place in the ink room at the Alco where he would open up a valve to fill up a bucket; but he approximated 2-3 55-gallon drums.[108] During the 3-4 days that the maintenance crew would be cleaning the superstructure, Mr. Stallings estimated using 2-3 gallons personally to clean.[109]

### Miscellaneous Cleaning with Solvent

Mr. Coppage reported that if the Press was down, there would be extra men and they would have to go with solvent and rags and clean the press components—they would be wearing gloves during this task.[110] Additionally, Mr. Coppage had responsibility to clean components associated with the Press ovens including the steam bars that dried the paper.[111] In addition, at the end of a shift, the journeyman would use solvent to clean the blankets and units where he worked.[112]

### Journeyman Pressman: Baltimore Sun and Wall Street Journal, 1999 – 2000

After Alco-Gravure closed in 1998, the union set up a work pool in which whenever the Baltimore Sun or the Wall Street Journal needed pressman, Mr. Coppage would be called into

---

[102] Deposition of James Coppage, March 11, 2019, Page 59-60.
[103] Deposition of James Coppage, March 11, 2019, Page 61.
[104] Deposition of James Coppage, March 11, 2019, Page 60.
[105] Deposition of James Coppage, March 11, 2019, Page 62-63.
[106] Deposition of Robert Stallings, April 14, 2009, Page 46.
[107] Deposition of James Coppage, March 11, 2019, Page 63-64.
[108] Deposition of Robert Stallings, April 14, 2009, Page 46.
[109] Deposition of Robert Stallings, April 14, 2009, Page 46.
[110] Deposition of James Coppage, March 11, 2019, Page 62.
[111] Deposition of James Coppage, March 11, 2019, Page 61-62, 290-291.
[112] Deposition of Robert Stallings, April 14, 2009, Page 65.

work.[113] He worked part-time at both papers as a Pressman during this timeframe.[114] During this time period both papers were using offset presses, but Mr. Coppage didn't know the exact type of presses that were in use.[115]

### Job Tasks as a Pressman at the Baltimore Sun and Wall Street Journal

**General Work Around the Printing Press**

Mr. Coppage's tasks as a Pressman at the Baltimore sun and Wall Street Journal included leading the papers through the different rollers, getting the press ready by putting the plates on the press and ensuring that the press was kept in register with the ink; in addition, if the paper broke, he would have to put it back in.[116]

**Cleaning with Solvent**

During this time in which he would work as an extra at the Baltimore Sun, he also would work in the ink room, cleaning buckets; he didn't have to do this at the Wall Street Journal and strictly worked on the press there.[117] In addition to the ink buckets, he also cleaned parts of the press that were stained with ink for the maintenance crew since he would be an extra—he would use a solvent that came in 55-gallon drums to clean the ink buckets.[118]

Mr. Coppage reported that since the Wall Street Journal was a night publication, he would clean the presses during the day since they would get "messy" overnight; there were rollers and a super structure/frame on the presses.[119]

At the Baltimore sun, he reported having to clean the offset presses at the end of the run, particularly the cylinders with the solvent since it would build up with paper—he didn't know the name of the solvent.[120]

As a Pressman, Mr. Coppage reported having cleaned with solvents during times when the press went down and there were slow periods; he would be part of maintenance crews during this cleaning work.[121]

---

[113] Deposition of James Coppage, March 11, 2019, Page 16.
[114] Deposition of James Coppage, March 11, 2019, Page 74, 115.
[115] Deposition of James Coppage, March 11, 2019, Page 74-75.
[116] Deposition of James Coppage, March 11, 2019, Page 75-76.
[117] Deposition of James Coppage, March 11, 2019, Page 76.
[118] Deposition of James Coppage, March 11, 2019, Page 77.
[119] Deposition of James Coppage, March 11, 2019, Page 78.
[120] Deposition of James Coppage, March 11, 2019, Page 78-79.
[121] Deposition of James Coppage, March 11, 2019, Page 291.

**Journeyman Pressman: Baltimore Sun, 2000 – 2006**

In 2000, Mr. Coppage was hired to work full time as a pressman at the Baltimore Sun and worked there until 2006 when he retired.[122]  He typically worked on the night shift, 5 days a week and sometimes 6 days, "but not too often."[123] As a journeyman, he reported having the same duties as previous places he had worked as a journeyman pressman and reportedly worked on one press.[124] As a pressman, Mr. Coppage reported having cleaned with solvents during times when the press went down and there were slow periods; he would be part of maintenance crews during this cleaning work.[125]

## PRESSROOM CHARACTERIZATION AT THE NEWSPAPERS WHERE MR. COPPAGE WORKED

### Baltimore Sun

According to Mr. Coppage's recollection, the size of the original press room at the Baltimore Sun was that of a football field.[126] All of the printing presses were located in one large room— the presses were 3 stories high. Mr. Coppage reported that there was originally 4 presses with 9 units each when he started and that at some point, a fifth press was added which had 8 units.[127] There was a 3-5 feet exhaust on the ceiling but no fans, nor open windows.[128,129] Somewhere around 1967/1968, the Sun started using color in its newspapers.[130]

He reported the type of printing presses used during this time at the Sun were called Hoe presses, which was an old letterpress with lead plates—a kind of printing before offset.[131] The letterpress had lead plates with the words and images raised on a cylinder.[132] Black ink was piped into the press since it was used in much higher volumes but color inks were brought in 2-3 gallon buckets to manually refill the color fountains in the press.[133] Mr. Coppage recalled black ink from Flint, BASF, and Inmont over his 40-year career in the printing industry; however, he didn't recall which papers used which ink.[134]

---

[122] Deposition of James Coppage, March 11, 2019, Page 16.
[123] Deposition of James Coppage, March 11, 2019, Page 82, 214.
[124] Deposition of James Coppage, March 11, 2019, Page 214.
[125] Deposition of James Coppage, March 11, 2019, Page 291.
[126] Deposition of James Coppage, March 11, 2019, Page 239.
[127] Deposition of James Coppage, March 11, 2019, Page 117-118.
[128] Deposition of James Coppage, March 11, 2019, Page 117-118, 72.
[129] Deposition of Robert Stallings, April 14, 2009, Page 138.
[130] Deposition of Robert Stallings, April 14, 2009, Page 147.
[131] Deposition of James Coppage, March 11, 2019, Page 17-18.
[132] Deposition of James Coppage, March 11, 2019, Page 17-18.
[133] Deposition of James Coppage, March 11, 2019, Page 20, 25.
[134] Deposition of James Coppage, March 11, 2019, Page 25-26, 40, 182-183.

The new pressroom at the Baltimore Sun, which Mr. Stallings recalled being built around the 1969 timeframe was bigger with a ceiling exhaust, no open windows, and higher ceiling.[135,136] Mr. Coppage had recalled that the new pressroom at the Baltimore Sun was built in 1993. Nonetheless, the Sun went from letterpress operation to offset operation after the new pressroom was built.[137] The name of the new press was Goss Metro Offset.[138] There were 4, 12-unit presses at the new pressroom of the Sun.[139]

Mr. Coppage reported that when he worked at the Baltimore sun, the 55-gallon drums of solvent were in the ink room.[140] This is consistent with the testimony of Mr. Stallings who recalled that the ink room where the drums of solvent were stored was a separate enclosed room at the end of the pressroom; he reported that at any given time, there would be 3 to 5, 55-gallon drums in the ink room.[141] There would be drum valve that he would lift to fill a smaller bucket with solvent.[142]

### News-American

According to the testimony of Mr. Stallings, the News-American used the Goss Press; there were 8 Goss presses in the pressroom; a goss press was 8 units during this timeframe – there would be two blanket cylinders and two plate cylinders per unit and an average of 6-8 units would be run on a given Goss press.[143] Regarding how many journeymen and apprentices would be on a shift at the News-American during this timeframe, Mr. Stallings reported that it would vary depending on how many units were being ran for the day and that for 6 units there would be 10 journeymen and one apprentice, for 8 units, there could be 12 journeymen and one apprentice.[144] He estimated the room where the presses were located to be about the size of 15 basketball courts with the ceilings 4 stories high.[145]

Mr. Stallings recalled the 3 manufacturers of the 55-gallon drums of solvent to be U.S. printing Inks, Sun Chemical Company and Hanco.[146] He reported regarding the Hanco solution that they were told it was a general-purpose cleaner instead of just specifically for blanket or roll cleaners.[147] When the drums were delivered to the press, they would be sitting upright on carriages and the pressman would unscrew the threads and put the petcock on and then cock the

---

[135] Deposition of James Coppage, March 11, 2019, Page 118-119.
[136] Deposition of Robert Stallings, April 14, 2009, Page 54-55.
[137] Deposition of Robert Stallings, April 14, 2009, Page 55.
[138] Deposition of Robert Stallings, April 14, 2009, Page 55.
[139] Deposition of Robert Stallings, April 14, 2009, Page 55.
[140] Deposition of James Coppage, March 11, 2019, Page 269.
[141] Deposition of Robert Stallings, April 14, 2009, Page 83-84.
[142] Deposition of Robert Stallings, April 14, 2009, Page 84.
[143] Deposition of Robert Stallings, April 14, 2009, Page 18, 26.
[144] Deposition of Robert Stallings, April 14, 2009, Page 27.
[145] Deposition of Robert Stallings, April 14, 2009, Page 32.
[146] Deposition of Robert Stallings, April 14, 2009, Page 19.
[147] Deposition of Robert Stallings, April 14, 2009, Page 63-64.

air valve.[148] He also recalled using Flint ink which were specialized color inks that came in 10 gallon buckets – before offset technology.[149] When Mr. Coppage worked at the News American, there was no separate ink room so inks and solvents were kept in the press room.[150] 269

## Alco-Gravure

The printing process at the Alco was completely different than that of the Sun or News American; this was high quality commercial gravure printing – the presses were called Goss rotogravure presses.[151] The technology didn't use plate cylinders nor blanket cylinders – there was a compression roller that was under 1000 PSI between the compression roller and lithograph cylinder.[152]

According to Mr. Coppage, there were 4 presses at Alco-Gravure, one of which could be split into two presses to make 8 units a piece; in later years, two additional units were added for special runs; an additional pressroom was later added with 16 printing units and sometime after that a 5th press with 8 units was added.[153] He estimated that the presses were 3 stories at the very top of the ovens.[154] The ceiling was about 2 and a half stories high with an exhaust system in place; there was heating but no air conditioning.[155]

The ink supply companies he recalled at the Alco included Inmont, and BASF.[156] He recalled that at some point in time, there was a recovery system in place to recover the "lactane" from the presses.[157] Even after the installation of the solvent recovery system at the presses, Mr. Coppage would still smell the solvent, coming off the press since, "the whole press was not sealed."[158] He recalled that smell in the Alco-Gravure pressroom, "wasn't as much petroleum."[159]

## Wallstreet Journal

No information was provided regarding the pressroom layout at the Wallstreet Journal.

---

[148] Deposition of Robert Stallings, April 14, 2009, Page 20.
[149] Deposition of Robert Stallings, April 14, 2009, Page 112-113.
[150] Deposition of James Coppage, March 11, 2019, Page 269.
[151] Deposition of Robert Stallings, April 14, 2009, Page 43-44.
[152] Deposition of Robert Stallings, April 14, 2009, Page 44.
[153] Deposition of James Coppage, March 11, 2019, Page 53, 119-120.
[154] Deposition of James Coppage, March 11, 2019, Page 71-72.
[155] Deposition of James Coppage, March 11, 2019, Page 120-121, 241.
[156] Deposition of James Coppage, March 11, 2019, Page 67.
[157] Deposition of James Coppage, March 11, 2019, Page 67.
[158] Deposition of James Coppage, March 11, 2019, Page 71.
[159] Deposition of James Coppage, March 11, 2019, Page 54.

## SOLVENT USE IN PRESSROOMS

Mr. Coppage, was generally uncertain about the brand names of the solvents he used for cleaning the presses in the various newspapers he worked at throughout the years; He reported that the inks and the solvent used for cleaning both smelled like petroleum.[160]

According to the testimony of Robert Stallings, the solvent inside the 55 gallon drums was referred to as "wash-oil", a clear liquid with a sweet smelling odor.[161] Mr. Stallings reported that if they used any of these substances inside the presses, and every time they used it they would get "a little dizzy over it."[162] The smell of the solvent was less intense during the workday as opposed to during cleaning; however, Mr. Stallings reported, "there was always a bucket or two around the press. In case someone needed to wipe up something, a spill or something, it would be readily available then."[163] Mr. Stallings reported having observed more drums of solvent from U.S. Printing Ink and Sun Chemical than that of Hanco and attributed 75-80% to Sun Chemical and U.S. Printing Ink and 20-25% to Hanco.[164]

## WORK GEAR AND PERSONAL PROTECTIVE EQUIPMENT USE IN PRESSROOMS

Baltimore Sun provided uniforms both long and short pants and shirts.[165] Both the News-American and the Alco did not provide uniforms, and Mr. Stallings reported having to wear work shirt and pants, short sleeves and shorts during the summer and long pants and long sleeves during the winter.[166]

According to the testimony of Mr. Stallings, apprentices or journeymen were never provided with a respirator at any of the newspapers.[167] The general hat workers wore was a newspaper that they folded up into a hat.[168] Mr. Stallings recalled using "rubberized gloves" provided by the papers to handle the solvents.[169] In addition, Mr. Stallings reported that they took a shower at the premises before they left each day at the Sun, News American, and the Alco.[170]

---

[160] Deposition of James Coppage, March 11, 2019, Page 31, 106-109.
[161] Deposition of Robert Stallings, April 14, 2009, Page 21.
[162] Deposition of Robert Stallings, April 14, 2009, Page 22.
[163] Deposition of Robert Stallings, April 14, 2009, Page 91.
[164] Deposition of Robert Stallings, April 14, 2009, Page 42.
[165] Deposition of Robert Stallings, April 14, 2009, Page 90.
[166] Deposition of Robert Stallings, April 14, 2009, Page 89-90.
[167] Deposition of Robert Stallings, April 14, 2009, Page 66.
[168] Deposition of Robert Stallings, April 14, 2009, Page 97.
[169] Deposition of Robert Stallings, April 14, 2009, Page 22.
[170] Deposition of Robert Stallings, April 14, 2009, Page 90.

## EXPOSURE ASSESSMENT

Mr. Coppage's work activities can be divided into three main categories: production printing; daily cleaning; and maintenance cleaning. Production tasks include Plate Change, Paper Load and Unload, Color Inspection, Repair, Maintenance, Inventory, and Miscellaneous activities.[171]

**Table 2**   Summary of James Coppage Benzene Exposures in the Printing Industry

| Employer | Job Title | Duration | Process | Production* | Daily Cleaning Press | Daily Cleaning Ink Buckets | Maintenance Cleaning |
|---|---|---|---|---|---|---|---|
| Baltimore Sun | Junior Pressman | 1960 – 1965 | Hoe letterpress | 1 ppm | Yes | Yes | Yes |
| Boone Press Inc. | Junior Pressman | 1961 – 1966 | – | NR | NR | NR | NR |
| Twentieth Century Printing Company | Junior Pressman | 1963 | – | NR | NR | NR | NR |
| Baltimore Sun | Apprentice | 1965 – 1969 | Hoe letterpress | 1 ppm | Yes | Yes | Yes |
| News-American | Apprentice | 1965 – 1969 | Goss letterpress | 1 ppm | Yes | No | Yes |
| Alco-Gravure | Apprentice | 1965 – 1969 | Rotogravure | 2.3 ppm | Yes** | No | Yes |
| Alco-Gravure | Journeyman Pressman | 1969 – 1998 | Rotogravure | 2.3 ppm 1969-70; 0.15 ppm 1971 to 1998 | Yes** | No | Yes |
| Baltimore Sun | Journeyman Pressman | 1999 – 2000 | Goss offset press | 0.8 ppm | Yes | Yes | No |
| Wallstreet Journal | Journeyman Pressman | 1999 – 2000 | Offset press | 0.8 ppm | Yes | No | No |
| Baltimore Sun | Journeyman Pressman | 2000 – 2006 | Goss offset press | 0.8 ppm | Yes | No | Yes |

NR   not reported
ppm   parts per million

\*   Exposure levels cited in published literature and reports summarized below.
\*\*   Daily press cleaning at Alco-Gravure was conducted at least a couple times per day as part of clearing paper breaks

## Production Printing

Mr. Coppage's exposures during the periods when presses were running routinely can be described by citing a set of publications and reports, summarized chronologically in the following paragraphs.

---

[171] Hansen DJ and Whitehead LW. 1988. The Influence of Task and Location on Solvent Exposures in a Printing Plant. *American Industrial Hygiene Association Journal*, 49(5):259-265.

*1978*

A report by Renson (1978) submitted to the OSHA benzene docket commented on the benzene levels in air measured at 32 ink manufacturing plants in early to mid-1977.[172] Benzene levels in air measured at 0.15 parts per million (ppm) (8-hour time-weighted averages) were reported. Solvents typically used in inks and benzene content (range) as of 1978 were also summarized by Renson (shown below).

**Table 3**   Summary of Benzene Content in Solvents Contained in Printing Ink (Source: Renson, 1978)

| Solvent | Percent Benzene by Volume |
|---|---|
| Heptane | 0.1 % – 0.75% |
| Heptane – Aromatic-free | 0.01% – 0.02% |
| Toluene | 0.02% – 0.1 % |
| Lactol Spirits | 0.02% – 0.1 % |
| Xylene | 0.15% |
| Aliphatic hydrocarbon blend | 0.01% – 0.02% |

*1988*

Hansen and Whitehead (1988) described the times to perform specific tasks by operators of offset presses in the mid to late 1980s along with total solvent exposure levels.[173] There was a strong relationship between solvent exposures and the number of plate changes during a shift. The authors noted that the operators usually wiped the plates and drums with solvents during the plate changes. Workers tended to stay located near the presses during the workday. Typical tasks and task durations reported are summarized as follows:

**Table 4**   Typical Worker Tasks and Task Duration (Source: Hansen and Whitehead, 1988)

| Worker Tasks | Task Minimum Time (minutes) |
|---|---|
| Plate Change | 6 to 7 |
| Load Paper | 10 to 20 |
| Unload Paper | 10 to 20 |
| Color Inspection | 10 |
| Repair | 15 to 60 |
| Maintenance | 10 to 30 |
| Inventory | 15 |
| Miscellaneous | 10 |

*1990*

Kaiser and McManus (1990) monitored employee exposure to hydroquinone, 2-butoxy ethanol, isopropyl alcohol, N-propyl alcohol, naphtha, and benzene using personal air samplers in late

---

[172] Renson JE. 1978. *May 11, 1978 Statement of James E. Renson, Executive Director,* representing The National Association of Printing Ink Manufacturers (NAPIM), OHSA Docket H059A, Item 46-96.

[173] Hansen DJ and Whitehead LW. 1988. The Influence of Task and Location on Solvent Exposures in a Printing Plant. *American Industrial Hygiene Association Journal*, 49(5):259-265.

1988 at a print shop in Rhode Island.[174] This was a commercial printer utilizing offset and letterpress processes and had been in operation at this location since 1974. Personal breathing zone samples were collected for two sheet-fed press operators who were monitored for full-shift benzene and naphtha solvent exposures. Blanket Wash #106 containing benzene and naphtha was used to clean press rollers. Operators performed 6 to 8 blanket and roller washes per shift using this solvent mixture. This procedure takes about two to five minutes. Typically, a rag was dipped into a solvent bucket, or the solvent was applied to the rag from an application bottle, then the roller surfaces were wiped several times. Sometimes solvent was applied to the surfaces using a squirt bottle while the rollers are spinning; then they were wiped down. Personal exposures to benzene ranged from 0.98 to 1.10 ppm as full shift (7 to 8 hour) time-weighted averages.

### 1991

Nise et al. (1991) reported on historic exposures of rotogravure printers in Sweden, including inhalation exposure data to toluene, and historic levels of benzene in toluene. Benzene levels in air can be estimated from this combined data. Results are summarized below:[175]

**Table 5**   Summary of Historic Toluene Exposures, Rotogravure Printers in Sweden (Source: Nise et al., 1991)

| Time/Era | Mean Toluene Exposure (mg/m³) | Mean Toluene Exposure (ppm) |
|---|---|---|
| 1950s | 1,500 | 397.5 |
| 1960s | 1,500 | 397.5 |
| 1970s | 800 | 212 |
| 1986 | 150 (range: 30 to 420) | 39.75 (range: 7.97 to 111.3) |

mg/m³   milligram per cubic meter
ppm   parts per million

While air benzene levels were not measured at this plant, levels of benzene in liquid toluene were reported as follows. Calculated air benzene levels based upon the air toluene levels and benzene content in toluene over time are:

---

[174] Kaiser EA and McManus KP. 1990. *NIOSH Health Hazard Evaluation Report (HETA) #88-346-2030, Graphic Creations, Inc., Warren, Rhode Island.* National Institute for Occupational Safety and Health.
[175] Nise G, Hogstedt B, Bratt I and Skerfving S. 1991. Cytogenetic Effects in Rotogravure Printers Exposed to Toluene (and Benzene). *Mutation Research*, 26(3):217-223.

**Table 6**   Summary of Historic Calculated Benzene Levels in Liquid Toluene (Source: Nise et al., 1991)

| Time/Era | Benzene in Toluene (%) | Calculated Benzene in Air (mg/m³) | Calculated Benzene in Air (ppm) |
|----------|------------------------|-----------------------------------|----------------------------------|
| 1950s | 10 | 150 | 47 |
| 1960s | 0.5 | 7.5 | 2.3 |
| 1970s | 0.05 | 0.4 | 0.13 |
| 1986 | 0.01 | 0.015 | 0.005 |

mg/m³    milligram per cubic meter
ppm      parts per million

## 1995

Wadden et al. (1995) presented information on ventilation rates and toluene emission rates from a large production rotogravure printing operation in 1994. It includes composition information on commercial solvent products used in printing operations at that time. No benzene-in-air data were provided; however, the authors reported the weight percentage of benzene in the total volatile organic compound (VOC) levels was 0.22 in room air while the value for toluene was 91.22. So the benzene to toluene ratio by weight fraction in air was 0.0024. The average toluene in air level over 12 areas of the plant was 193 milligrams per cubic meter (mg/m³), so the estimated benzene level would be (193) (0.0024) = 0.46 mg/m³ benzene (0.15 ppm).[176]

## *1995*

IARC (1995) reviewed and summarized worker exposures in monograph #65 Printing Processes and Printing Inks, Carbon Black and Some Nitro Compounds.[177] Industrial hygiene surveys conducted in the United States by the Occupational Safety and Health Administration between 1979 and 1994 reported the 12 most commonly monitored exposures in the printing industry were noise, toluene, isopropanol, xylenes, petroleum distillates, acetone, Stoddard solvent, methyl ethyl ketone, methylene chloride, carbon monoxide, lead and benzene. Exposure to inks and resins occurred by splashing and misting from press rollers, with the highest solvent exposures during clean-up (25% of the work time), when rollers were wiped with press wash solutions. This latter operation provided the opportunity for dermal exposure as well as inhalation.

Benzene concentrations in one Swedish rotogravure plant in 1960 to 1962 ranged from 0 to 61 ppm (0 to 195 mg/m³) and averaged 3 ppm (9.6 mg/m³). Toluene concentrations ranged from 300 to 450 ppm (1,130 to 1,695 mg/m³) between 1920 and 1965 in six rotogravure factories, but dropped to average concentrations of less than 50 ppm (190 mg/m³) by 1985. The Swedish study of the rotogravure industry by Nise et al. (1991) (discussed previously) reported median toluene

---

[176] Wadden RA, Suero M, Conroy LM, Franke JE, and Scheff PA. 2001. Characterization of Publication Rotogravure Press Emission Rates and Compositions. *Applied Occupational and Environmental Hygiene*, 16(4):471-481.

[177] IARC. 1995. *Printing Processes and Printing Inks, Carbon Black and Some Nitro Compounds, Volume 65*. In: IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, October 10-17. Lyon, France: International Agency for Research on Cancer.

concentrations of 33 ppm (124 mg/m$^3$) in two plants and 7 ppm (26 mg/m$^3$) in a third, more modern plant from 1983 to 1986. Calculated benzene levels ranged from 47 ppm in the 1950s to 0.47 ppm in the 1980s.

### 1996

Wilbourn et al. (1996) stated that in lithographic and letterpress printing, the major exposure is to hydrocarbon-based cleaning solvents and isopropanol from fountain solutions.[178] Historically, some workers in both ink manufacturing and printing were exposed to much higher levels of lead, polycyclic aromatic hydrocarbons (PAHs), and benzene than in 1996.

### 1997

Crouch et al. (1997) noted that press operators and other workers in printing establishments are exposed to airborne solvent vapor generated when the press is cleaned and that some of these press-cleaning solvents contain methylene chloride, benzene, and perchloroethylene.[179] Many cleaning solvents are absorbed through the skin providing another route for exposure. The paper notes that benzene is contained in press cleaning solvents and commented on the need for engineering controls and personal protective equipment needed to protect workers.

### 1999

Cook and Page (1999) monitored employee exposure to naphthas, 2-butoxyethanol, and rosin by measuring aldehydes and resin acids (specifically abietic and dehydroabietic acids) using personal air samplers in the breathing zones of workers and area samples in September 1999 at a facility located in Illinois.[180] The authors commented on typical operations, exposures, and health effects. During printing operations, workers used blanket wash solutions and wetting agents (also called fountain solutions) as solvent cleaners. Press equipment was cleaned or wiped down 2 to 3 times per shift with a more thorough cleaning done a few times each week. The cleaning was done manually with solvent-wetted shop rags. Cleaning sessions lasted about one hour; some cleaning tasks required three workers working several hours. The blanket wash contained petroleum naphtha.

Most of the workers with reported rashes on their skin were pressroom workers that had dermal contact with solvents. The authors reported that the rashes were not associated with airborne exposures, but that the primary mode of exposure was direct dermal contact. While not directly

---

[178] Wilbourn J, Partensky C, and Morgan WG. 1996. IARC Evaluates Printing Processes and Printing Inks, Carbon Black and Some Nitro Compounds, *Scandinavian Journal of Work Environment & Health*, 22:154-156.

[179] Crouch KG, Hagedorn RT, Carlson R, and Flesch JP. 1997. *Controlling Cleaning-Solvent Vapors at Small Printers.* National Institute for Occupational Safety and Health. DHHS (NIOSH) Publication No. 98-107.

[180] Cook CK and Page EH. 1999. *NIOSH Health Hazard Evaluation Report (HETA) #99-0137-2810, World Color Press Effingham, Illinois.* National Institute for Occupational Safety and Health.

stating the workers did not wear gloves during cleaning operations, they noted and recommended that workers wear appropriate gloves to limit dermal exposures.

Measured naphtha exposures in a reportedly well-ventilated facility are summarized below.

**Table 7**  Naphtha Exposure Results

| Job Category/Area | Sample Times (min.) | Naphtha in Air (mg/m³) |
|---|---|---|
| September 8, 1999 | | |
| Press #219 Operator – PBZ | 437 | 37 |
| Press #228 Operator – PBZ | 391 | 41 |
| Press #228 Operator – PBZ | 323 | 37 |
| Press #228 Operator – PBZ | 413 | 27 |
| Press #228 Operator – PBZ | 411 | 27 |
| Press #231 Operator – PBZ | 393 | 17 |
| Press #231 Operator – PBZ | 393 | 48 |
| Press #231 Operator – PBZ | 294 | 24 |
| Press #231 Operator – PBZ | 295 | 32 |
| Press #231 Operator – PBZ | 295 | 98 |
| Press #231 Operator – PBZ | 296 | 44 |
| Press #219 – Area | 414 | 23 |
| Press #228 – Area | 404 | 42 |
| Outdoor - Area | 440 | <0.11 |
| September 9, 1999 | | |
| Press #219 Operator – PBZ | 436 | 18 |
| Press #219 Operator – PBZ | 373 | 26 |
| Press #226 Operator – PBZ | 453 | 24 |
| Press #231 Operator – PBZ | 296 | 31 |
| Press #227 – Area | 424 | 40 |

min        minutes
mg/m³    milligram per cubic meter

Analytical results from this work suggest that worker samples and area samples for the same press were quite similar. Average worker exposures to naphtha over the two-day period were 35.4 mg/m³ (range of values from 17 to 98 mg/m³) while the average area sample was 35.0 mg/m³ (range of values from 23 to 42 mg/m³).

### 2003

Schaper et al. (2003) reported the results of a study on the toxicity of occupational exposure (TWAs) to toluene at rotogravure printing plants (5 facilities for historic data and 14 facilities for current data) in Germany.[181] The mean toluene exposure for the printing area before 1975 was 135 ppm. The mean exposure in 1995 was 40 ppm. The mean exposure for the recent samples (2002) was 25.7 ppm. This data illustrates the reduced exposure to printers with time.

---

[181] Schaper M, Demes P, Zupanic M, Blaszkewicz M and Seeber A. 2003. Occupational Toluene Exposure and Auditory Function: Results from a Follow-up Study. *Annals of Occupational Hygiene*, 4(6):493-52.

### 2003

Wijngaarden et al. (2003) conducted an extensive review of the literature to determine benzene exposures by occupation.[182] Regarding printers, they noted: "In addition, until the early 1960's benzene was a major component used for printing and lithography, adhesives and coatings." As late as the 1980s, benzene was reported to be present in 0.4% of the thinners, degreasers, paints, inks, and some reagents in Germany; similar results were found in Japan. Benzene in air exposure data, by SIC code, was presented:

| Table 8 | Benzene in Air Exposure Data (Source: Wijngaarden el at., 2003) | | |
| --- | --- | --- | --- |
| **Benzene in Air (ppm) SIC** | **Description of Industry** | **Number of Samples** | **Mean Exposure Level (ppm)** |
| 2752-2759 | Commercial Printing | 12 | 0.58 |

ppm     parts per million
SIC     Standard Industrial Classification

### 2006

Rodriguez and Gibbins (2006) monitored exposures to 1,2,4 trimethylbenzene, 1,3,5 trimethylbenzene, benzene, ethylbenzene, toluene, xylene, and petroleum distillates using area air samplers in 2006 at a printing facility located Michigan.[183]

Exposure data reported from near the offset presses is summarized below.

| Table 9 | Exposure Results Near Offset Presses (Source: Rodriguez and Gibbins, 2006) | | | | |
| --- | --- | --- | --- | --- | --- |
| | | **1,2,4 TMB** | **1,3,5 TMB** | **Toluene** | **Xylene** |
| **Location/Area** | **Sample Time (min)** | Concentration (mg/m³) | | | |
| Top of Printing Press Control Panel | 430 | 5.9 | 2.7 | 2.15 | 1.6 |
| Back End of Printing Press | 433 | 6.9 | 3.0 | 2.3 | 1.8 |
| 40" Offset Press | 429 | 5.5 | 2.6 | 2.6 | 1.8 |
| 29" Offset Press | 422 | 6.1 | 2.2 | 2.3 | 1.7 |

min       minutes
TMB      trimethylbenzene
mg/m³    milligram per cubic meter

Average toluene exposure was 2.3 mg/m³; if the toluene contained 0.05% benzene, then the average benzene exposure is calculated to be 0.001 mg/m³ benzene (0.0003 ppm).

---

[182] Wijngaarden EV and Stewart PA. 2003. Critical Literature Review of Determinants and Levels of Occupational Benzene Exposure for United States Community-Based Case-Control Studies. Applied Occupational and Environmental Hygiene, 18:678-693.

[183] Rodriguez M and Gibbins J. 2007. *NIOSH Health Hazard Evaluation Report (HETA) #2006-0343-3045, Nuisance Odors from a Neighboring Printing Facility – Air Quality Evaluation at a Label Distributing Company, Schreiner Label Tech, Southfield, Michigan.* National Institute for Occupational Safety and Health.

**Summary of Exposures During Production Printing**

Exposures to benzene in offset press production printing prior to 1977 were substantially higher than in later years due to the use of products, particularly solvents containing at least 50% benzene.[184] Therefore, the estimated benzene exposures during cleaning the offset presses at the Baltimore Sun and News-American were modeled separately for Mr. Coppage's employment starting in 1960 through 1977 from his exposures in 1978 and later in his employment.

In their critical review of Determinants and Levels of Occupational Benzene Exposure, Wijngaarden and Stewart 2003 determined an 8-hour time-weighted average of 0.58 ppm benzene to be the mean exposure for commercial printing in the US and Canada.[185] This value was based upon the available quantitative exposure data (12 samples). The coefficient of variation (mean divided by the sample standard deviation) was 138. The authors rated their level of confidence in this value to be moderately high.

This value is consistent with the data from Kaiser and McManus (sampling in 1988) who reported personal breathing zone exposures to benzene in offset printing ranging from 0.98 to 1.10 ppm.[186] The personal samples were collected during work processes that included cleaning rollers with Blanket Wash #106. This product contained benzene (quantity not reported) and the cleaning was reportedly conducted 6 to 8 times per day (8-hour shift) for between 2 to 5 minutes per event.

Specifically, in rotogravure printing, the measurement of toluene concentrations in air, and the benzene concentrations of liquid toluene over time reported by Nise et al. (1991) allow the calculation of estimated benzene in air levels.[187] These estimates range from 47 ppm in the 1950s, 2.3 ppm in the 1960s, 0.13 ppm in the 1970s, and 0.005 ppm in the mid-1980s.

**Exposures During Cleaning 1960 – 1977 (Baltimore Sun and News-American)**

As for cleaning specifically, Mr. Coppage (and Mr. Stallings) described daily cleaning steps for the ink buckets (2 hours per day), and press components including rollers, frame, and ink rails. As a junior pressman, Mr. Coppage was responsible for cleaning ink buckets for a period of 2 hours per day. He did not specify the number of days per week he conducted this task so I conservatively estimated that he did this twice (2 days) each week during the 5 years (1960-1965) he worked as a junior pressman at the Baltimore Sun.

---

[184] Deposition of Charles Graham, July 15, 2010, Page 254.

[185] Wijngaarden EV and Stewart PA. 2003. Critical Literature Review of Determinants and Levels of Occupational Benzene Exposure for United States Community-Based Case-Control Studies. *Applied Occupational and Environmental Hygiene,* 18:678-693.

[186] Kaiser EA and McManus KP. 1990. *NIOSH Health Hazard Evaluation Report (HETA) #88-346-2030, Graphic Creations, Inc., Warren, Rhode Island.* National Institute for Occupational Safety and Health.

[187] Nise G, Hogstedt B, Bratt I. and Skerfving S. 1991. Cytogenetic Effects in Rotogravure Printers Exposed to Toluene (and Benzene). *Mutation Research,* 26:217-223.

As he cleaned the ink buckets by working over the open surface of the 4 by 4 feet square metal tank containing solvent, his inhalation exposure can be estimated using the two-zone (near field and far field) model with constant emission. Exposures during the various cleaning procedures were calculated using a modeling approach derived from the AIHA.[188] The same modeling approach was employed by Nicas and Neuhaus (2008) to estimate task-based benzene exposures and compare the estimates with measured exposure levels.[189]

The predicted exposures resulting from the vaporization of the benzene during various cleaning activities in the pressroom were calculated using the Near Field/Far Field (2 Box) model approach. This modeling approach estimates contaminant concentrations resulting from evaporation of liquid from a wetted surface. This model has two general forms, one for estimating concentrations in the near field, which in this case was the distance from the part being cleaned to Mr. Coppage's breathing zone, approximately 2.5 feet (0.75 meters). The second form is for the far field, which is distances greater than 0.75 meters from Mr. Coppage.

The near field model is presented below:

$$C_{NF}(t) = \frac{G}{Q} + \frac{G}{\beta} + G\left(\frac{\beta \cdot Q + \lambda_2 \cdot V_{NF}(\beta + Q)}{\beta \cdot Q \cdot V_{NF}(\lambda_1 - \lambda_2)}\right)\exp(\lambda_1 \cdot t) - G\left(\frac{\beta \cdot Q + \lambda_1 \cdot V_{NF}(\beta + Q)}{\beta \cdot Q \cdot V_{NF}(\lambda_1 - \lambda_2)}\right)\exp(\lambda_2 \cdot t)$$

here  C is the near field concentration mg/m$^3$
      G is the emission rate in mg/min
      Q is the ventilation rate

B is the exchange rate between zones = 1/2 (FSA) (S) where FSA is the free surface area of the near field geometry (in this case 7.07 m$^2$) and S is the random air velocity at the near field-far field interface (in this case median air speed of 3.57 m min−1 [11.7 ft min−1]) reported in a survey of air speeds in indoor workplaces.[190]

The values for the input parameters to the model are derived from information provided by Mr. Coppage about the rate at which he used benzene-containing solvents in the various places he worked, as well as the record in the case including the composition of the products during the time at which he was employed. Specifically, on the benzene content of the solvents Mr. Coppage used in the various cleaning processes, the benzene content until at least 1977 was 50 percent based upon information provided by Charles Graham.[191]

---

[188] AIHA. 2014. Mathematical Models for Estimating Occupational Exposures to Chemicals, Second Edition. Falls Church, VA: American Industrial Hygiene Association
[189] Nicas M and Neuhaus J. 2008. Predicting Benzene Vapor Concentrations with a Near Field/Far Field Model. *Journal of Occupational and Environmental Hygiene*, 5(9):599-608.
[190] Baldwin P and Maynard A. 1998. A survey of wind speeds in indoor workplaces. *Annals of Occupational Hygiene*, 42(5):303–313.
[191] Deposition of Charles Graham, July 15, 2010, Page 254.

In the case of the benzene emissions from cleaning the ink buckets, and the press surfaces, the generation rate G was estimated by the approach of Nicas and Neuhaus (2008), cited previously in their predictions of benzene levels in air.

Here the benzene emission rate G(t) in units (mg min−1) is:
$$G(t) = \alpha \times M \times \exp(-\alpha \times t)$$

where M is the mass (mg) of benzene applied at the start of the cleaning period. The value assigned to $\alpha$ is 0.139 min−1, which corresponds to an evaporation half time of 5 min for benzene. Mr. Stallings' description of the cleaning process indicates that he dipped a rag into the solvent and wiped the surface to be cleaned, then stopped using one rag and put it in the (used rag) container when they got dirty and he would have to switch to another rag. And when he switched to another rag, he got the solution on the new rag by dipping it into the bucket again.  In these cleaning/wiping processes I estimate that the rags were replaced every five minutes, so a clean rag was dipped in fresh solvent and used for wiping every five minutes. For this calculation I assumed that the quantity of solvent contained on each rag was 100 milliliters (approximately 3 ounces), and the benzene concentration in the solvent was 50% during the time when Mr. Coppage cleaned ink buckets and press surfaces at the Baltimore Sun (1960-1969).

For cleaning the ink buckets, Mr. Coppage reported that he used a bucket to transport 5 or 6 gallons of solvent to the square tank to clean the ink buckets.

So, to calculate M the mass of benzene applied in each 5-minute cycle,
M = (volume solution applied) (volume fraction benzene) (density benzene)
M = (100) (0.5) (880) = 44 000 mg benzene evaporated during each 5-minute cleaning cycle in the ink bucket and press surface cleaning,

then G over the 5-minute period is (0.139) (44 000) (e $^{-0.139 \times 5}$) = 3052 mg/min

The room volume was estimated by Mr. Coppage to be about the size of 15 basketball courts, this is calculated to be is 79,832 $m^3$. If the room air change rate was 5 air changes per hour, Q (the airflow into the room) would be 6,653 $m^3$/min.

For the average exposure over the 120-minute period of ink bucket cleaning, the model results for Mr. Coppage's inhalation exposure (the near field result) is 332 $mg/m^3$ = 104 ppm benzene (model results attached in Appendix A). So, on days when he did ink bucket cleaning for a 2-hour period, Mr. Coppage's daily average benzene exposure (assuming 1 hour total unexposed for breaks and lunch) was

$$\frac{(104 \text{ ppm X 2 hours}) + (1 \text{ ppm X 5 hours}) + (0 \text{ ppm X 1 hour})}{8 \text{ hours}}$$

= 26.6 ppm as his daily time-weighted average benzene exposure.

For the average exposure over the 20 minute (0.33 hours) period of daily press cleaning, the model results for Mr. Coppage's inhalation exposure (the near field result) is 332 mg/m$^3$ = 104 ppm benzene. His daily benzene exposure therefore was

$$\frac{(104 \text{ ppm X 0.33 hours}) + (1 \text{ ppm X 6.67 hours}) + (0 \text{ ppm X 1 hour})}{8 \text{ hours}}$$

= 5.1 ppm as his daily time-weighted average benzene exposure

In the cases of the maintenance cleaning which was done approximately twice a year for 2 to 3 day periods at the Baltimore Sun according to Mr. Coppage, his daily average benzene exposure was 104 ppm benzene for the 6 to 7 hours he was exposed each day. So on those days if he was exposed for 6 of the 8 hours in the workday, his daily time-weighted average exposure on those days was 78 ppm. As he reportedly conducted the maintenance cleaning for five out of the 240 working days in a year, his time exposed to benzene from maintenance cleaning would on average be 0.1 days per week.

**Exposures During Cleaning – Alco-Gravure**

Daily press cleaning at Alco-Gravure was conducted at least a couple times per day as part of clearing paper breaks, rather than at the end of each shift as done at the other printing presses. The more extensive maintenance cleaning on the presses and superstructure was conducted once a year in January after catalogues were printed.

The exposures associated with the daily and yearly cleanings were estimated using the same modeling approach described previously for Mr. Coppage's benzene exposures at the Baltimore Sun and News – American. The solvents used at Alco-Gravure, however, were reportedly different. Mr. Coppage reported that the ink at Alco-Gravure would be mixed with Lactane, which was the main solvent used at the press. Lactane is a low-boiling light petroleum distillate. On the contrary, Mr. Stallings reported that Toluene was the solvent used on the presses at the Alco including for cleaning purposes.

For these calculations in modeling Mr. Coppage's benzene exposures from the use of Lactane or Toluene as a cleaning solvent, I conservatively estimated the benzene content of these materials at 0.05%. This results in a calculated benzene vapor generation rate G of 3 mg/min using the same calculation method as for the solvent used at the Baltimore Sun and News American. The model results for Mr. Coppage's inhalation exposure (the near field result) is 0.336 mg/m$^3$ = 0.105 ppm benzene as his average exposure for a 20-minute cleaning period. For the day-long cleaning

period the average for the 7-hour period was 0.338 mg/m$^3$ = 0.105 ppm (model results attached in Appendix A).

**Exposures During Cleaning 1999-2006 (Baltimore Sun and Wall Street Journal)**

By the time Mr. Coppage returned to the Baltimore Sun and Wall Street Journal as a journeyman pressman in 1999, the benzene content in materials used in offset printing had been very substantially reduced. Product substitution of benzene with toluene and other materials in the time window 1977 through 1985 had resulted in lower benzene exposure levels in the pressrooms.[192] For these calculations in modeling Mr. Coppage's benzene exposures from the use of toluene-containing materials as cleaning solvents, I conservatively estimated the benzene content of these materials at 0.05%. This results in a calculated benzene vapor generation rate G of 3 mg/min using the same calculation method as for the higher benzene content solvent used earlier at the Baltimore Sun. The model results for Mr. Coppage's inhalation exposure (the near field result) is 0.336 mg/m$^3$ = 0.105 ppm benzene as his average exposure for a 20-minute cleaning period. For the average exposure over the 120-minute period of ink bucket cleaning, the model results for Mr. Coppage's inhalation exposure (the near field result) is 0.336 mg/m$^3$ = 0.105 ppm benzene (model results attached in Appendix A). For the day-long cleaning period the average for the 7-hour period was 0.338 mg/m$^3$ = 0.105 ppm (model results attached in Appendix A).

For Mr. Coppage's work at the Baltimore Sun including production printing, exposures are estimated for a 20-minute period of daily press cleaning, cleaning of ink buckets conservatively estimated at twice a week for 2 hours each time, and general maintenance cleaning for a 2-day period twice a year.

So, on days when he did ink bucket cleaning for a 2-hour period, Mr. Coppage's daily average benzene exposure (assuming 1 hour total unexposed for breaks and lunch) was

$$\frac{(0.105 \text{ ppm X 2 hours}) + (0.8 \text{ ppm X 5 hours}) + (0 \text{ ppm X 1 hour})}{8 \text{ hours}}$$

= 0.53 ppm as his daily time-weighted average benzene exposure.

On days when he did the cleaning of the presses but not the ink buckets, his daily time-weighted average benzene exposure was

$$\frac{(0.105 \text{ ppm X 0.33 hours}) + (0.8 \text{ ppm X 6.67 hours}) + (0 \text{ ppm X 1 hour})}{8 \text{ hours}}$$

= 0.67 ppm

---

[192] Deposition of Charles Graham, July 15, 2010, Page 268.

28

**Exposures by Work Location**

*Baltimore Sun Junior Pressman 1960 – 1965* (duration 5 years)

Mr. Coppage conducted production printing which included a 20-minute period of daily cleaning, cleaning of ink buckets conservatively estimated at twice a week for 2 hours each time, and general maintenance cleaning for a 2-day period twice a year.  His daily average benzene exposure is calculated as:

$$\frac{5.1 \text{ ppm (3 days)} + 26.6 \text{ ppm (2 days)} + 78 \text{ ppm (0.1 days)}}{5 \text{ days}}$$

$= 15.3$ ppm

There is insufficient information in the record to estimate Mr. Coppage's exposures during his brief employments at Boone Press Inc. and Century Printing Company.

*Baltimore Sun Apprentice 1965 – 1969*

Based upon his description of his rotation as an apprentice, Mr. Coppage worked at the Baltimore Sun for a total of 22 months (1.8 years) during this period. Mr. Coppage conducted production printing which included a 20-minute period of daily cleaning, cleaning of ink buckets conservatively estimated at twice a week for 2 hours each time, and general maintenance cleaning for a 2-day period twice a year. His daily average benzene exposure is calculated as 15.3 ppm.

*News-American Apprentice 1965 – 1969*

Based upon his description of his rotation as an apprentice, Mr. Coppage worked at the Baltimore News-American for a total of 16 months (1.3 years) during this period. Mr. Coppage conducted production printing which included a 20-minute period of daily cleaning, and general maintenance cleaning for a 2-day period twice a year. As he did not do the ink bucket cleaning at the News American, his daily average benzene exposure is calculated as:

$$\frac{5.1 \text{ ppm (5 days)} + 78 \text{ ppm (0.1 days)}}{5 \text{ days}}$$

$= 6.7$ ppm

*Alco-Gravure  Apprentice 1965 – 1969*

Based upon his description of his rotation as an apprentice, Mr. Coppage worked at Alco-Gravure for a total of 8 months (0.7 years) during this period. Mr. Coppage conducted production printing which included cleaning rollers at least twice a day to clear paper breaks (estimated at a 20-minute period daily) and general maintenance cleaning for a 3 to 4-day period once a year.

Using the benzene exposure levels for rotogravure printing in the 1960s as reported by Nise 1991, the average daily exposure level is 2.3 ppm. Factoring in the exposures from the daily press

cleaning, and the annual general maintenance cleaning, Mr. Coppage's average daily exposure at Alco-Gravure during this apprenticeship is:

$$\frac{2.3 \text{ ppm } (374 \text{ min}) + 0.105 \text{ ppm } (40 \text{ min}) + 0.105 \text{ ppm } (6 \text{ minutes})}{420 \text{ min}}$$

= 2.06 ppm

*Alco-Gravure Journeyman Pressman 1969 – 1998* (duration 29.5 years, in 3 of those years worked 60-80 hours per week so duration of exposure adjusted for this overtime is 32.5 years). Mr. Coppage conducted production printing which included a 20-minute period of daily cleaning as part of the process of clearing paper breaks, and general maintenance cleaning for a 3 to 4-day period once a year.  Using the benzene exposure levels in the 1970s as reported by Nise 1991, the average daily exposure level is 0.15 ppm from 1971 to 1998. Factoring in the additional exposures from the daily press cleaning, and the annual general maintenance cleaning, Mr. Coppage's average daily exposure at Alco-Gravure during his employment is:

$$\frac{0.15 \text{ ppm } (374 \text{ min}) + 0.105 \text{ ppm } (40 \text{ min}) + 0.105 \text{ ppm } (6 \text{ minutes})}{420 \text{ min}}$$

= 0.14 ppm

*Baltimore Sun Journeyman Pressman 1999 – 2000* (duration 6 months, 0.5 years) Mr. Coppage conducted production printing which included a 20-minute period of daily cleaning, cleaning of ink buckets conservatively estimated at twice a week for 2 hours each time. As he was only in this position for 6 months I did not factor in exposures from the annual general maintenance cleaning.

So, on days when he did ink bucket cleaning for a 2-hour period, Mr. Coppage's daily average benzene exposure (assuming 1 hour total unexposed for breaks and lunch) was

$$\frac{(0.105 \text{ ppm X 2 hours}) + (0.8 \text{ ppm X 5 hours}) + (0 \text{ ppm X 1 hour})}{8 \text{ hours}}$$

= 0.53 ppm as his daily time-weighted average benzene exposure.

On days when he did the cleaning of the presses but not the ink buckets, his daily time-weighted average benzene exposure was

$$\frac{(0.105 \text{ ppm X 0.33hours}) + (0.8 \text{ ppm X 6.67 hours}) + (0 \text{ ppm X 1 hour})}{8 \text{ hours}}$$

= 0.67 ppm

His daily average benzene exposure is calculated as:

$$\frac{0.67 \text{ ppm (3 days)} + 0.53 \text{ ppm (2 days)}}{5 \text{ days}}$$

= 0.62 ppm

*Wall Street Journal Journeyman Pressman 1999 – 2000* (duration 6 months, 0.5 years)
Mr. Coppage conducted production printing which included a 20-minute period of daily cleaning. As he was only in this position for 6 months I did not factor in exposures from the annual general maintenance cleaning.

Since Mr. Coppage did the daily cleaning of the presses but not the ink buckets, his daily time-weighted average benzene exposure was

$$\frac{(0.105 \text{ ppm X } 0.33 \text{hours}) + (0.8 \text{ ppm X } 6.67 \text{ hours}) + (0 \text{ ppm X } 1 \text{ hour})}{8 \text{ hours}}$$

= 0.67 ppm

*Baltimore Sun Journeyman Pressman 2000 – 2006* (duration 6 years)
Mr. Coppage conducted production printing which included a 20-minute period of daily cleaning, and general maintenance cleaning for a 2-day period twice a year.

Since he did the daily cleaning of the presses but not the ink buckets, his daily time-weighted average benzene exposure was

$$\frac{(0.105 \text{ ppm X } 0.33 \text{hours}) + (0.8 \text{ ppm X } 6.67 \text{ hours}) + (0 \text{ ppm X } 1 \text{ hour})}{8 \text{ hours}}$$

= 0.67 ppm

His daily average benzene exposure including the annual maintenance cleaning is calculated as:

$$\frac{0.67 \text{ ppm (5 days)} + 0.105 \text{ ppm (0.1 days)}}{5 \text{ days}}$$

= 0.67 ppm

31

**Table 10   Summary of Benzene Exposures by Work Location and Duration**

| Employer | Job Title | Duration | Process | Production Including Daily Press Cleaning | Production Including Ink Bucket Cleaning (2 times/week) | Maintenance Cleaning (2 times/year) | Overall Daily Average Benzene Exposure (ppm) | Cumulative Benzene Exposure (ppm-years) |
|---|---|---|---|---|---|---|---|---|
| Baltimore Sun | Junior Pressman | 1960-1965 (5 years) | Hoe letterpress | 5.1 (3 days per week), 26.6 (2 days per week) | Yes | Yes | 15.3 | 76.5 |
| Boone Press Inc. | Junior Pressman | 1961-1966 | – | NR | NR | NR | – | – |
| Twentieth Century Printing Company | Junior Pressman | 1963 | – | NR | NR | NR | – | – |
| Baltimore Sun | Apprentice | 1965 – 1969 (1.8 years) | Hoe letterpress | 5.1 (3 days per week), 26.6 (2 days per week) | Yes | Yes | 15.3 | 27.54 |
| News-American | Apprentice | 1965 – 1969 (1.3 years) | Goss letterpress | 5.1 ppm | No | Yes | 6.7 | 8.71 |
| Alco-Gravure | Apprentice | 1965 – 1969 (0.7 years) | Rotogravure | 2.3 ppm | No | Yes | 2.1 | 1.47 |
| Alco-Gravure | Journeyman Pressman | 1969 – 1998 (29.5 years adjusted to 32.5 accounting for overtime) | Rotogravure | 0.15 ppm | No | Yes | 0.14 | 4.55 |
| Baltimore Sun | Journeyman Pressman | 1999 – 2000 (0.5 years) | Goss offset press | 0.62 ppm | Yes | No | 0.62 | 0.31 |
| Wall Street Journal | Journeyman Pressman | 1999 – 2000 (0.5 years) | Goss offset press | 0.67 ppm | Yes | No | 0.67 | 0.34 |
| Baltimore Sun | Journeyman Pressman | 2000 – 2006 (6 years) | Goss offset press | 0.62 ppm | Yes | Yes | 0.62 | 3.72 |

ppm   parts per million
NR    not reported

Total sum cumulative benzene exposure is 123.14 ppm-years

**Pumping Gasoline**

For a period of two years, Mr. Coppage reported that he pumped gasoline into motor vehicles for approximately 40 hours per week.  A range of benzene exposures from 0.024 to 3.2 ppm while pumping gasoline has been reported. If Mr. Coppage worked 8 hours per day pumping gasoline, at an exposure of 1.6 ppm for that period (midpoint of 0.024 and 3.2 ppm), his cumulative benzene exposure for that period would be daily average exposure would be 3.2 ppm-years.

## CONCLUSIONS

In addition to the opinions expressed in this report, I have come to the following conclusions:

**Baltimore Sun**: during his employment as a Junior Pressman from 1960-1965, Mr. Coppage's cumulative benzene exposure was 76.5 ppm-years. Later when he worked there part-time as an apprentice 1965 – 1969 (1.8 years), his cumulative benzene exposure was 27.54 ppm-years. When he returned to the Sun and worked for 6 months as a Journeyman Pressman (1999 – 2000) his cumulative benzene exposure was 0.31 ppm years. In his final period of employment at the Baltimore Sun, he was a Journeyman Pressman from 2000 – 2006, his cumulative benzene exposure was 3.72 ppm-years.

I consider these to be underestimates of Mr. Coppage's total benzene exposure as I did not include the dermal benzene exposures he may have experienced. Mr. Coppage reported that he used rubberized gloves during his employment, however the degree of protection that gloves provide against skin contact with benzene depends on factors including the actual glove material, the thickness of the gloves, and the frequency at which they are changed. As none of this information was available in the record for Mr. Coppage, I did not attempt to quantify the extent to which dermal benzene exposure may have added to his total cumulative exposure.

**Baltimore News-American**: Mr. Coppage worked there part-time as an apprentice 1965 – 1969 (1.3 years), his cumulative benzene exposure was 8.71 ppm-years.

**Alco-Gravure**: Mr. Coppage worked there first as a part-time apprentice 1965 – 1969 (0.7 years), his cumulative benzene exposure was 1.47 ppm-years. He returned as a Journeyman Pressman and worked from 1969 – 1998 (29.5 years). As he reported that he worked up to 80 hours per week with overtime for 3 of those years, I adjusted his time of exposure to 32.5 years accounting for overtime. His cumulative benzene exposure for the employment at Alco-Gravure was 4.55 ppm-years.

**Wall Street Journal**: Mr. Coppage worked for 6 months as a Journeyman Pressman (1999 – 2000), his cumulative benzene exposure was 0.34 ppm years.

I hold these opinions and conclusions to a reasonable degree of scientific certainty. If additional information becomes available I reserve the right to modify, amend or supplement this report.

Robert F. Herrick, Sc.D., CIH, FAIHA

August 9, 2019

Appendix A   Model Results

33

# APPENDIX A

## MODEL RESULTS

## Two-Zone Model, Constant Emission

Model # 8aDeterministic

AIHA
Protecting Worker Health
Exposure Assessment
Strategies Committee

# IH Mod 2.0

|  | | Maximum Value | Value |
|---|---|---|---|
| G | Contaminant mass emission rate | 3052 mg/min | 3052 mg/min |
| Q | Room supply/exhaust air rate | 6653 m³/min | 6653 m³/min |
| S | Random Air Velocity | 10 m/min | 5.2 m/min |

Near field shape

Radius | 0.75 m

½ Sphere

$\beta = \frac{1}{2} \cdot FSA \cdot S$    Free Surface area | 3.53 m² | ß | 9.18 m³/min

| Vr | Room volume | 79832 m³ | 79832 m³ |
| $V_{nf}$ | Volume Near Field | | 0.884 m³ |
| $V_{ff}$ | Volume Near Field | | 79831.116 m³ |

Maximum time for simulation | 120 min | t
Time at the end of generation | 120 min | 120 min

| | Ct | TWA, Ct to Ct+15 | Pot. St. State |
|---|---|---|---|
| Near Field | 333 mg/m³ | 333 mg/m³ | 333 mg/m³ |
| Far Field | 0.459 mg/m³ | 0.459 mg/m³ | 0.459 mg/m³ |

Mass emitted to time t | 366000 mg

See results

Version 2.002 - August 2018

$c_{nf}(t) = \frac{G}{Q} + \frac{G}{\beta} + q \cdot \left( \frac{\beta \cdot Q + \lambda_1 \cdot V_{nf}(\beta + Q)}{\beta \cdot Q \cdot V_{nf}(\lambda_1 - \lambda_2)} \right) \exp[\lambda_1 \cdot t] - q \cdot \left( \frac{\beta \cdot Q + \lambda_2 \cdot V_{nf}(\beta + Q)}{\beta \cdot Q \cdot V_{nf}(\lambda_1 - \lambda_2)} \right) \exp[\lambda_2 \cdot t]$

$c_{ff}(t) = \frac{G}{Q} + \frac{G}{\beta} \cdot q \cdot \frac{(\lambda_1 \cdot V_{nf} + \beta)}{\beta} \left( \frac{\beta \cdot Q + \lambda_1 \cdot V_{nf}(\beta + Q)}{\beta \cdot Q \cdot V_{nf}(\lambda_1 - \lambda_2)} \right) \exp[\lambda_1 \cdot t] - q \cdot \frac{(\lambda_2 \cdot V_{nf} + \beta)}{\beta} \left( \frac{\beta \cdot Q + \lambda_2 \cdot V_{nf}(\beta + Q)}{\beta \cdot Q \cdot V_{nf}(\lambda_1 - \lambda_2)} \right) \exp[\lambda_2 \cdot t]$

This file has been created by Daniel Drolet and Tom Armstrong with review by Michael Jayjo



Concentration (mg/m³)

T (min)

- - - - - NF-Steady State
———— Concentration NF
- · - · - NF-TWA Conc
- - - - - FF-Steady State
———— Concentration FF
- · · - · · FF-TWA Conc

☑ TWA concentration

NF Ct
FF Ct+15
NF Ct

ck

# Two-Zone Model, Constant Emission

*Model # 8aDeterministic*

## AIHA — IH Mod 2.0

Protecting Worker Health
Exposure Assessment
Strategies Committee

| | Maximum Value | Value |
|---|---|---|
| G  Contaminant mass emission rate | 10 mg/min | 3.1 mg/min |
| Q  Room supply/exhaust rate | 6653 m³/min | 6653 m³/min |
| S  Random Air Velocity | 10 m/min | 5.2 m/min |
| | Radius | 0.75 m |

Near field shape

½ Sphere

$\beta = \frac{1}{2} \cdot FSA \cdot S$   Free Surface area   3.53 m²   {β}   9.18 m³/min

| | | |
|---|---|---|
| Vr  Room volume | 79832 m³ | 79832 m³ |
| $V_{nf}$  Volume Near Field | | 0.884 m³ |
| $V_{ff}$  Volume Near Field | | 79831.116 m³ |

| | | t |
|---|---|---|
| Maximum time for simulation | 20 min | 20 min |
| Time at the end of generation | 20 min | |

| | Ct | TWA, Ct to Ct+15 | Pot. St. State |
|---|---|---|---|
| **Near Field** | 0.338 mg/m³ | 0.338 mg/m³ | 0.338 mg/m³ |
| **Far Field** | 0.00038 mg/m³ | 0.00038 mg/m³ | 0.00047 mg/m³ |
| | Mass emitted to time t | 62 mg | |

See results

$$c_{nf}(t) = \frac{G}{Q} + \frac{G}{Q} + G \left( \frac{\lambda_1 + \frac{V_{ff}}{\beta} \cdot \beta}{\beta} \left[ \frac{\beta \cdot Q + \lambda_1 \cdot \frac{V_{ff}(\beta + Q)}{\beta \cdot Q \cdot V_{nf}(\lambda_1 - \lambda_2)} \right] \exp(\lambda_1 t) - q \left( \frac{\lambda_1 + \frac{V_{ff}}{\beta} \cdot \beta}{\beta \cdot Q \cdot V_{nf}(\lambda_1 - \lambda_2)} \right) \exp(\lambda_2 t) \right]}$$

$$c_{ff}(t) = \frac{G}{Q} + \frac{G}{Q} - q \left[ \frac{\beta \cdot Q + \lambda_1 \cdot \frac{V_{ff}(\beta + Q)}{\beta \cdot V_{nf}(\lambda_1 - \lambda_2)} \right] \exp(\lambda_1 t) - q \left[ \frac{\beta \cdot Q + \lambda_2 \cdot V_{nf}(\beta + Q)}{\beta \cdot V_{nf}(\lambda_1 - \lambda_2)} \right] \exp(\lambda_2 t)$$

Version 2.002 : August 2018

This file has been created by Daniel Drolet and Tom Armstrong with review by Michael Jayjo

IHMOD_2_0 (6)lactane 20 min – 8Ad

### Legend (graph)
- NF-Steady State
- Concentration NF
- NF-TWA Conc
- F-Steady State
- Concentration FF
- FF-TWA Conc

☑ TWA concentration

NF Ct

FF Ct+15

NF Ct

Concentration (mg/m³)

T (min)

ck

IHMOD_2_0 (6)lactane 20 min - 8Ad

Printed 5/31/2019 at 12:45 PM

## Two-Zone Model, Constant Emission

Model # 8aDeterministic



### AIHA IH Mod 2.0

Protecting Worker Health
Exposure Assessment
Strategies Committee

| | | Maximum Value | Value |
|---|---|---|---|
| G | Contaminant mass emission rate | 10 mg/min | 3.1 mg/min |
| Q | Room supply/exhaust air rate | 6653 m³/min | 6653 m³/min |
| S | Random Air Velocity | 10 m/min | 5.2 m/min |
| | Radius | | 0.75 m |

Near field shape

½ Sphere

$\beta = \frac{1}{2} \cdot FSA \cdot S$   Free Surface area   3.53 m²   β   9.18 m³/min

| | | | |
|---|---|---|---|
| Vr | Room volume | 79832 m³ | 79832 m³ |
| $V_{nf}$ | Volume Near Field | 0.884 m³ | |
| $V_{ff}$ | Volume Near Field | 79831.116 m³ | |

Maximum time for simulation   420 min   t

Time at the end of generation   420 min   420 min

| | Ct | TWA, Ct to Ct+15 | Pot. St. State |
|---|---|---|---|
| Near Field | 0.338 mg/m³ | 0.338 mg/m³ | 0.338 mg/m³ |
| Far Field | 0.00047 mg/m³ | 0.00047 mg/m³ | 0.00047 mg/m³ |

Mass emitted to time t   1300 mg

See results

Version 2.002 : August 2018

☑ TWA concentration

Concentration (mg/m³)

Legend:
- - - - NF-Steady State
——— Concentration NF
- · - · NF-TWA Conc
- - - - FF-Steady State
——— Concentration FF
- · - · FF-TWA Conc

NF Ct   FF Ct+15

T (min)

$C_{nf}(t) = \frac{G}{Q} + \frac{G}{\beta} + \frac{G \cdot q \left( \frac{\lambda_1 \cdot V_{ff} \cdot \beta}{\beta} \right)...}{...} ...$

$C_{ff}(t) = \frac{G}{Q} + \frac{G}{\beta} - q \left( ... \right) ...$

This file has been created by Daniel Drolet and Tom Armstrong with review by Michael Jayjo

IHMOD_2_0 (6)lactane 420 min – 8Ad

Printed 5/31/2019 at 12:42 PM

ck

## AIHA
Protecting Worker Health
Exposure Assessment
Strategies Committee

# IH Mod 2.0

# Two-Zone Model, Constant Emission

Model # 8aDeterministic

|  | Maximum Value | Value |
|---|---|---|
| G   Contaminant mass emission rate | 3052 mg/min | 3052 mg/min |
| Q   Room supply/exhaust air rate | 6653 m³/min | 6653 m³/min |
| S   Random Air Velocity | 10 m/min | 5.2 m/min |
|  | Radius | 0.75 m |

Near field shape

½ Sphere

$\beta = \frac{1}{2} \cdot FSA \cdot S$   Free Surface area   3.53 m²   ß   9.18 m³/min

| Vr   Room volume | 79832 m³ | 79832 m³ |
| Vnf   Volume Near Field | 0.884 m³ |
| Vff   Volume Near Field | 79831.116 m³ |

Maximum time for simulation   420 min   t
Time at the end of generation   420 min   420 min

|  | Ct | TWA, Ct to Ct+15 | Pot. St. State |
|---|---|---|---|
| Near Field | 333 mg/m³ | 333 mg/m³ | 333 mg/m³ |
| Far Field | 0.459 mg/m³ | 0.459 mg/m³ | 0.459 mg/m³ |

Mass emitted to time t   1280000 mg

See results

Version 2.002 - August 2018

Concentration (mg/m³)

☑ TWA concentration

NF Ct    FF Ct+15

T (min)

- - - - NF-Steady State
——— Concentration NF
-·-·- NF-TWA Conc
- - - - FF-Steady State
——— Concentration FF
-·-·- FF-TWA Conc

$C_{NF}(t) = \frac{G}{Q} + \frac{G}{\beta} - q\left(\frac{z_1 \cdot V_{ff} + \beta}{\beta}\right)\left(\frac{\beta \cdot Q + z_1 \cdot V_{ff}(\beta+Q)}{\beta \cdot Q \cdot V_{ff}(z_1 - z_2)}\right)\exp(z_1 \cdot t) - q\left(\frac{z_2 \cdot V_{ff} + \beta}{\beta}\right)\left(\frac{\beta \cdot Q + z_2 \cdot V_{ff}(\beta+Q)}{\beta \cdot Q \cdot V_{ff}(z_2 - z_1)}\right)\exp(z_2 \cdot t)$

$C_{FF}(t) = \frac{G}{Q} + \frac{G}{\beta} - q\left(\frac{\beta \cdot Q + z_1 \cdot V_{ff}(\beta+Q)}{\beta \cdot Q \cdot V_{ff}(z_1 - z_2)}\right)\exp(z_1 \cdot t) - q\left(\frac{\beta \cdot Q + z_2 \cdot V_{ff}(\beta+Q)}{\beta \cdot Q \cdot V_{ff}(z_2 - z_1)}\right)\exp(z_2 \cdot t)$

This file has been created by Daniel Drolet and Tom Armstrong with review by Michael Jayjo

IHMOD_2_0 (6)maintenance cleaning full shift 420 min - 8Ad

Printed 5/31/2019 at 12:43 PM

Page 1/2

IHMOD_2_0 (6)maintenance cleaning full shift 420 min - 8Ad

ck

## Two-Zone Model, Constant Emission

*Model # 8aDeterministic*



AIHA
Protecting Worker Health
Exposure Assessment
Strategies Committee

IH Mod 2.0

| | | Maximum Value | Value |
|---|---|---|---|
| G | Contaminant mass emission rate | 3052 mg/min | 3052 mg/min |
| Q | Room supply/exhaust air rate | 6653 m³/min | 6653 m³/min |
| S | Random Air Velocity | 10 m/min | 5.2 m/min |
| | Radius | | 0.75 m |

½ Sphere

$\beta = \frac{1}{2} \cdot FSA \cdot S$   Free Surface area   3.53 m²   (β)   9.18 m³/min

| Vr | Room volume | 79832 m⁴ | 79832 m⁴ |
| Vnf | Volume Near Field | | 0.884 m³ |
| Vff | Volume Near Field | | 79831.116 m³ |

Maximum time for simulation   20 min   ◄ ►
Time at the end of generation   20 min   t   20 min

| | Ct | TWA, Ct to Ct+15 | Pot. St. State |
|---|---|---|---|
| Near Field | 333 mg/m³ | 333 mg/m³ | 333 mg/m³ |
| Far Field | 0.371 mg/m³ | 0.371 mg/m³ | 0.459 mg/m³ |

Mass emitted to time t   61000 mg

See results

Version 2.002 - August 2018

Legend:
- NF-Steady State
- Concentration NF
- NF-TWA Conc
- FF-Steady State
- Concentration FF
- FF-TWA Conc

NF Ct
FF Ct+15
NF Ct

☑ TWA concentration

Concentration (mg/m³)

T (min)

This file has been created by Daniel Drolet and Tom Armstrong with review by Michael Jayjo

ck

"Exhibit C"

# ROBERT F. HERRICK

SENIOR LECTURER ON INDUSTRIAL HYGIENE |
HARVARD SCHOOL OF PUBLIC HEALTH

## BACKGROUND SUMMARY

| | |
|---|---|
| 2000 – | Senior Lecturer on Industrial Hygiene, Harvard School of Public Health |
| 1994 – 2000 | Lecturer on Industrial Hygiene, Harvard School of Public Health |
| 1990 – 2001 | Instructor in Epidemiology, University of Michigan |
| 1989 – 1994 | Assistant Professor (Volunteer), University of Cincinnati |
| 1983 | Teaching Fellow, Harvard School of Public Health |

## EDUCATION

| | |
|---|---|
| D.S. | Environmental Health Sciences, Harvard School of Public Health, 1987 |
| M.S. | Environmental Health Science, University of Michigan, 1972 |
| B.A. | Chemistry, College of Wooster, 1970 |

## PROFESSIONAL SERVICE

### National

| | |
|---|---|
| 1984 | Participant, workshop convened to review the U.S. Environmental Protection Agency (U.S. EPA) Exposure Assessment Initiative, Washington, D.C. |
| 1987 | Participant, review panel for Exposure Limits to the Chemical Warfare Agent VX, Center for Environmental Health, Center for Disease Control, U.S. Public Health Service, Atlanta, GA. |
| 1988 – 1993 | Member, Scientific Advisory Panel for the Semiconductor Industry Association Study of Health Effects Among Semiconductor Workers. |
| 1990 – 1993 | Member, planning committee for the Tenth Surgeon General's Conference on Agricultural Safety and Health, Atlanta, GA. |
| 1991 – 1995 | Member, Science Advisory Panel, Exxon Biomedical Sciences Study of Benzene Exposure and Lymphohematopoietic Malignancies. |
| 1997 – 2003 | Member, Committee to Review the Health Effects in Vietnam Veterans of Exposure to Herbicides, Institute of Medicine, National Academy of Sciences, Washington, D.C. |
| 1998 – 2004 | Member, Implementation Team for Mixed Exposures, National Occupational Research Agenda (NIOSH). |
| 1999 | Member, Study Section for NIOSH RFA OH-99-002: Implementation of the National Occupational Research Agenda. |

Exhibit 4
bas    1

2002          Member, Study Section for NIOSH RFA OH-02-001: Exploratory/Developmental Grant (R21) Program.

2002          Member, Review Panel for protocol Anthrax Dispersion Study at American Media Incorporated: Characterization of an Indoor Environment Contaminated with Anthrax Spores, Agency for Toxic Substances and Disease Registry.

2003          Member, Study Section for NIOSH RFA OH-03-003: Childhood Agricultural Safety and Health Research.

2000 – 2002   Member, Science Review Board for the Food Quality Protection Act, U.S. EPA.

2001 – 2010   Member, Benzene Health Research Project, Scientific Review Panel, American Petroleum Institute.

2001 – 2004   Member, Review Panel for the NIOSH National Exposures at Work Survey (NEWS).

2004          Participant, NIOSH visit team to evaluate the University of Michigan ERC, Ann Arbor, Michigan, November.

2004, 2007    Reviewer, Institute of Medicine, National Academy of Sciences reports Veterans and Agent Orange, and Evaluation of the Presumptive Disability Decision-Making Process for Veterans.

2014          Chair, Institute of Medicine, National Academy of Sciences report Post-Vietnam Dioxin Exposure in Agent Orange-Contaminated C-123 Aircraft.

### International

April 1994    Member, Planning Committee for the International Conference on Retrospective Exposure Assessment in Occupational Epidemiology, Lyon, France.

June 1996     Member, Planning Committee for the International Conference on Methodological Challenges to the Study of Occupational Injury — An International Epidemiology Workshop, Hopkinton, MA.

October 2005  Participant, working group to prepare International Agency for Research on Cancer Monograph on some non-heterocyclic polycyclic hydrocarbons and some related industrial exposures, Lyon, France.

August 2009   Chair, Organizing Committee for conference X2009: Innovations in Exposure Assessment, Boston, MA.

## PROFESSIONAL SOCIETIES

| | |
|---|---|
| 1976 – | American Industrial Hygiene Association (AIHA) |
| 1979 | Vice-chair, AIHA Public Affairs Committee |
| 1980-1983 | Member, AIHA Technical Committee on Gas and Vapor Detection Systems |
| 1986 – | Member, AIHA Occupational Epidemiology Committee |
| 1988 | Chair, AIHA Occupational Epidemiology Committee |
| 1997  2001 | Member, AIHA Research Task Force |
| 1976 | American Conference of Governmental Industrial Hygienists (ACGIH) |
| 1987  1990 | Member, Board of Directors, ACGIH |
| 1991 | National Chair, ACGIH |
| 1992  2000 | Chair, ACGIH Small Business Technical Committee |
| 1993  2001 | ACGIH representative, AIHA-ACGIH Committee on Research Needs |
| 1993  1995 | ACGIH representative, AIHA-ACGIH Workgroup on Exposure Databases |
| 1993  1994 | NIOSH liaison, U.S. EPA Science Advisory Board, Indoor Air Quality and Total Human Exposure Committee |
| 1991  1995 | Member, Board of Directors, International Occupational Hygiene Association (IOHA) |
| 1996 | President, IOHA |
| 2013 | National Chair, ACGIH |
| 1988 – 1994 | Member and vice-chair, Environmental Advisory Committee to the Cincinnati City Council |
| 1991 – 1993 | Member, Hamilton County Environmental Action Commission to the Ohio EPA |

## EDITORIAL BOARDS

1991 – 2002    Member, Editorial Review Board, Occupational Hygiene — The Journal of Risk
Management of Occupational Hazards.

1992 – 1996    Editorial Coordinator for Exposure Evaluation, International Labor Organization
Encyclopedia of Occupational Health and Safety, 4th Edition.

April 1994    Member, Editorial Board for the International Conference on Retrospective Exposure
Assessment in Occupational Epidemiology, Lyon, France.

1995 – 2003    Member, Editorial Review Board, Applied Occupational and Environmental Hygiene
(journal of the American Conference of Governmental Industrial Hygienists).

## MAJOR ADMINISTRATIVE RESPONSIBILITIES

September 1993 – July 1994    Deputy Director (Acting), Office of the Director, Division of
Surveillance, Hazard Evaluations and Field Studies (DSHEFS), National
Institute for Occupational Safety and Health (NIOSH), Centers for
Disease Control (CDC), Public Health Service, Cincinnati, Ohio.

October 1988 – August 1993    Associate Director for Science, Office of the Director, DSHEFS,
NIOSH, Cincinnati, Ohio.

July 1987 – October 1988    Assistant Chief, Industrywide Studies Branch
DSHEFS, NIOSH, Cincinnati, Ohio.

January 1984 – July 1987    Chief, Industrial Hygiene Section, Industrywide Studies Branch,
DSHEFS, NIOSH, Cincinnati, Ohio.

June 1997 – July 1998    Member, *ad hoc* search committee for assistant professor of occupational
biomechanics and ergonomics, Department of Environmental Health,
HSPH.

May – September 2000    Member, *ad hoc* search committee for assistant professor of
environmental science and risk analysis, Department of Environmental
Health, HSPH.

July 2001 – May 2002    Member, *ad hoc* search committee for assistant professor of occupational
injury epidemiology, Department of Environmental Health, HSPH.

July 2002 – September 2003    Chair, *ad hoc* search committee for assistant professor of aerosol
engineering and indoor air quality, Department of Environmental Health,
HSPH.

## RESEARCH SUPPORT

### Ongoing Research Support

2009 – 2013      University of Alabama
IBM Nested Case Control Study of Central Nervous System Cancer Among Employees at Three IBM Facilities The major goal of this project is to estimate the association between quantitative or semi-quantitative measures of cumulative exposure to specific agents and central nervous system cancer among employees at three IBM facilities.

2004 – 2014      Government of the Republic of Cyrpus (Koutrakis)
International Initiative for the Environment and Public Health Cyprus Program of the Harvard School of Public Health. An international research, education and technology initiative for the environment and public health to address key environmental issues in Cyprus and throughout the Mediterranean region.

2007 – 2011      CDC –NIOSH (Sorensen), 5U19 OH008861-03
Harvard School of Public Health Center for Work, Health and Well-being
Project B: Integrated Respiratory Health Intervention for Construction The goal of the HSPH Center for Work, Health and Well-being is to establish a sustainable trans-disciplinary program devoted to research, education, and dissemination that will facilitate the integration of occupational safety and health and health promotion in the workplace.

2008 – 2013      NIOSH (Christiani), T42 OH008416
Education and Research Center Industrial Hygiene Core
The Harvard Education and Research Center for Occupational Safety and Health is a multidisciplinary training grant supporting physicians, industrial hygienists, epidemiologists, nurses, policy and safety specialists in identification, prevention, and control of occupational diseases and injury.

2010 – 2015      National Institute of Health (Christiani), R01ES009860-08A1
The Cardiopulmonary Effects of Particulate Exposure
The mechanisms linking PM inhalation into the lung to adverse health outcomes, including cardiovascular diseases, have not been completely understood. In this study, we will investigate potential PM mechanisms in construction workers with well characterized exposure to PM with aerodynamic diameters <2.5 μm (PM2.5). We have focused on particles from fossil fuel power plants and welding as a model to evaluate the cardiovascular and systemic inflammatory health effects of metallic particles.

2009 − 2013    Center to Protect Workers' Rights (Dennerlein), U60 OH009762
Effectiveness of employee safety incentive programs in construction
(1) We will develop a progressive incentive program that rewards workers, foremen, site supervisors and project managers for achieving a certain performance on safe work conditions (leading indicators of safety) as measured with a safety inspection tool and performance monitoring system within their groups (Year 1); (2) We will pilot test the system on two small worksites at Harvard University and refine the system based on the experience of completing the pilot tests (Year 1 and 2). (3) We will complete a randomized control intervention study on six large scale construction projects with the novel incentive program structure, based on leading indicators, randomly assigned to three sites and conventional no-injury reporting incentive program (lagging indicators) as a control at the other sites (Years 2 − 5).

### Completed Research Support

2003 − 2009    National Institute of Environmental Health Sciences (Christiani), R01 ES009860
Cardiopulmonary Effects of Particulate Exposure
The object of this proposal is to investigate the role of both occupational and non-occupational exposure to particulates in the development of respiratory and cardiac responses in boilermakers.

2004 − 2009    Center to Protect Workers' Rights (Herrick), U54 OH008307
Tools and Programs for Improving Occupational Health in Construction
The TAPS project will use participatory research methods to better characterize exposure hazards and control methods for occupational health hazards in construction.  The specific aims include assistance in developing an industry-wide exposure database; identification and evaluation of engineering control strategies; collecting exposure data for exposure hazards including manganese, hexavalent chromium and silica; and development of health hazard prevention programs.

2001 − 2004    Center to Protect Workers' Rights (AFL-CIO) (Herrick), 1020-61
Harvard School of Public Health Center for Construction Policy Research
The purpose of this grant is to develop a Center for Construction Policy Research at Harvard School of public health.  Construction Worker Safety and health implications of structure lifecycle analysis and green buildings and new technologies in construction.

2000 − 2003    CDC/NIOSH (Herrick), 7 R01 OH03932
Evaluating Exposures under Occupational Safety and Health Administration's (OSHA) 1984 EtO Standard
The major goal of this project is to address the issues of impact and implementation of OSHA's 1984 exposure standard for ethylene oxide (EtO).

1998 − 2003    CDC/NIOSH (Christiani), T42 CCT110421
Educational Resource Center Training Grants
The major goals are the training of leaders in industrial hygiene, occupational health nursing, occupational medicine, and Occupational epidemiology.

2004 – 2005      University of Alabama (Herrick)
An Epidemiologic Study of Mortality and Cancer Incidence among IBM Employees
The major goal of this project is to study mortality and cancer incidence among IBM employees in three
semiconductor or storage device-manufacturing facilities.

2001 – 2005      Center to Protect Workers' Rights (AFL-CIO) (Herrick), 1020-33, 1020-002-33
Task-Based Exposure Assessment for Intervention Research
The purpose is to participate in the TBEAM consortium providing professional support to industrial
hygiene efforts, and will also participate in the Engineering and Work Practices Controls Work Group.

2005 – 2006      U.S. Army (Herrick), W911QY-05-0339
Pilot Project: Jet Fuel Exposure and Neurological Health in Military Personnel
The overall goal of the Pilot phase is to develop methods for collecting and analyzing JP-8 exposure
samples, and evaluating the feasibility and appropriateness of the developed methods for the in-
depth study.

1999 – 2006      U.S. EPA (Koutrakis), R 827353
Ambient Particle Health Effects: Exposure, Susceptibility and Mechanisms
The major goal of this study is to address key scientific issues regarding the health effects of ambient
particles using our rich foundation of ongoing research and expertise.

2006 – 2007      University of Alabama (Herrick)
Feasibility of Nested Case-Control Studies
This project is designed to evaluate the feasibility of conducting a nested case-control study in a cohort of
IBM semiconductor and storage device workers

2007 – 2009    Massachusetts General Hospital (Herrick)
Hazardous Drug Safety: This project is designed to characterize current levels of employee exposures to
hazardous drugs at the Hospital.

## TEACHING EXPERIENCE

1995 – 1997      Principle Instructor – Properties of Environmental Contaminants (EH 261ab)
                 Harvard School of Public Health (HSPH)
Detailed course on the chemical characteristics of hazardous materials in the environment, and the
physical principles underlying their behavior. Topics include elementary chemical thermodynamics,
kinetic theory of gases, acid-base chemistry, aerosol science, and radiation health. (20 students)

1998 – 2001      Principal Instructor – Ergonomics/Human Factors (EH243ab) HSPH
The course emphasizes the design of the job to fit the worker. Specific problems resulting from the nature
of the job itself are investigated and the physiological, biomedical, psychological, and anatomical
characteristics of the worker are considered in the development of good job design principles. (20
students, taught with Dr. Dennerlein)

1998 –           Instructor – Introduction to the Work Environment (EH262ab) HSPH
The course comprises introductory lectures and discussions on key aspects of industrial hygiene, covering
recognition, evaluation, and control of health hazards at work. Consideration is given to chemical,
physical, and biological hazards. (20 students, taught with Dr. Stewart)

1997 –           Principle Instructor – Industrial Hygiene Internship (EH273ab) HSPH
This is a six-month practicum which provides students with professional training in the practice of
occupational health.  Students are mentored by experienced occupational health professionals, and
conduct a research project in addition to gaining practical experience. (4 students)

1997 –           Principle Instructor – Occupational Exposures Seminar (EH267cd) HSPH
The course is an extension of the internship experience (EH 273ab). Students complete the internship by
preparing and presenting a seminar on their internship research project, and prepare a final internship
report, which is presented as a poster session at the American Industrial Hygiene Conference and
Exposition. (4 students)

1994 –           Principle Instructor – Practice of Occupational Health (ID263 cd) HSPH
This course focuses on the assessment of workplace hazards, emphasizing the relationship between
working conditions and health.  There is special reference to the recognition, evaluation and control of
occupational hazards, through a series of lectures, field trips and case studies. (25 students)

2005 –           Instructor – Exposure, Epidemiology and Risk Practicum (EH 507) HSPH
This course is intended to allow EER students to integrate what they have learned, and apply that
knowledge in the evaluation of a problem of importance.  Each student identifies a topic, designs a study
approach, and conducts independent analysis of an environmental problem. (15 students, taught with Dr.
Laden and Dr. Hart)

2006 – 2009      Instructor – Introduction to Environmental Health (EH 201) HSPH
This course is intended to provide an introduction to environmental health, from the global to the local
level, addressing fundamental topics and current controversies. (Taught with Dr. Goldman)

1994 –      <u>Instructor and Course Director (since 2001) – Fundamentals of Industrial Hygiene HSPH</u>
Teaching responsibilities include lectures and case studies on strategies for measuring occupational exposures, and the development of strategies to control those exposures. (50 students, offered once each year)

1996 – 2000    <u>Course Director – Leadership and Management Skills for Health and Safety Professionals
                      (continuing education) HSPH</u>
This course is directed to increase the student's effectiveness by learning to integrate
technical and management skills. Topics include managing organizations, budgets, and human resources more effectively, developing more effective negotiation and conflict resolution skills, and developing clear objectives, goals, strategies, and measures for integrating health, safety, and environment into business practices. (40 students, offered once each year)

2006 – 2009    <u>Course Co-Director – Acute and Chronic Noise Exposure (continuing education), HSPH</u>
This course is an innovative, comprehensive approach to instruction on strategies for preventing, diagnosing, and treating hearing loss (40 students, offered once each year)

1988 – 2001    <u>Course Developer and Instructor – Michigan Graduate Summer Session in Epidemiology</u>
This course concentrates on the assessment of exposures as possible casual factors in the study of occupational and environmental disease. (15 students, offered once each year)

2007 – 2012    <u>Exposure Assessment (EHS 522), Cyprus International Institute, Instructor</u>
This course provides a comprehensive introduction to exposure assessment concepts and methods (15 students, offered once each year).

1996 – 1998    <u>Doctoral Candidacy Examination and Research Committee (member) HSPH</u>
Ye Hu Paternal Exposure Assessment for Epidemiologic Studies on Reproductive Outcomes, Department of Environmental Health.

1996 – 1999    <u>Doctoral Research Committee (member) HSPH</u>
Youcheng Liu, Assessing Boilermakers' Occupational exposures to Respiratory Hazards, Department of Environmental Health.

1997 – 1999    <u>Doctoral Candidacy Examination and Research Committee (member) HSPH</u>
Tung-Sheng (Mark) Shih.  Percutaneous Absorption of 2-methoxyethanol vapor in humans, Department of Environmental Health.

1998 – 1999    <u>Doctoral Research Committee (member)</u>
Ju-Hyeong Park Assessment of Exposure and Health Effects from Endotoxin in Homes, Department of Environmental Health.

1997 – 2001    <u>Doctoral Candidacy Examination and Research Committee (member) HSPH</u>
Yu-Sheng Lin Human Physiological Factors in the Pulmonary Uptake of 1,3 butadiene, Department of Environmental Health.

1997 – 2000      Doctoral Candidacy Examination and Research Committee (member) HSPH
Richard Rinehart, Exposure Assessment for a Biomarker Study of Asphalt - Exposed Workers,
Department of Environmental Health.

1997 – 2001      Doctoral Candidacy Examination and Research Committee (member) HSPH
Li-Te Chang, Measurement and Characterization of Hourly Exposures to Fine Particles, Ozone, and
Carbon Monoxide, Department of Environmental Health.

2000 – 2002      Doctoral Candidacy Examination and Research Committee (member) HSPH
Susan Duty, Exploring the Relationship Between Ambient Environmental Exposures to p,p'-DDE and
Phthalates and Male Reproductive Function, Department of Environmental Health.
2001 – 2002      Doctoral Candidacy Examination (Chair) and Research Committee (member) HSPH
Jee-Young Kim, Early Airway Responses to Occupational Particulate and Metal Exposure, Department of
Environmental Health.

2000 – 2003      Doctoral Candidacy Examination and Research Committee (member) HSPH
Wei Huang, Quantitative Assessment of Occupational Exposures to Diesel Particulates, Department of
Environmental Health.

2000 – 2003      Doctoral Candidacy Examination and Research Committee (member) HSPH
Mike McClean, Biomarkers of Asphalt Exposure among Highway Workers, Department of
Environmental Health.

2003 – 2006      Doctoral Candidacy Examination and Research Committee (Chair) HSPH
Lauralynn Taylor McKernan, Evaluating Aerobiological Populations on Commercial Passenger Aircraft,
Department of Environmental Health.

2004 – 2007      Doctoral Candidacy Examination and Research Committee (member) HSPH
Jennifer J. Adibi, Placental Gene Expression and Pregnancy Outcomes in relation to Phthalate Exposure,
Department of Environmental Health.

2004 – 2007      Doctoral Candidacy Examination and Research Committee (member) HSPH
Jennifer M. Cavallari, Cardiovascular Responses to Occupational Metal-Rich Particulate Exposure,
Department of Environmental Health

2006 – 2009      Doctoral Candidacy Examination and Research Committee (member) HSPH
Paul Brochu, The Impact of SEP and Pollution Sources on Ambient PM2.5, Department of
Environmental Health

2006 – 2009      Doctoral Candidacy Examination and Research Committee (member) HSPH
Ying Zhu, Truck Driver Exposure to Real-Time PM2.5 in Five US Cities, Department of Environmental
Health

2011 – 2015     <u>Doctoral Candidacy Examination and Research Committee (member) HSPH</u>
Emily Sparer, B-SAFE, a safety communication and recognition program for commercial construction,
Department of Environmental Health

### UNIVERSITY SERVICE

1995 –          Member, Committee on Admissions and Degrees, SM Subcommittee

1999 – 2004     Member, Committee on Educational Policy

2000 – 2001     Member, CEP subcommittee on mentoring

2000 – 2002     Member, Distance Learning Committee

2000 – 2012     Advisory Committee, Center for Continuing Professional Education

2004 – 2009     Member, Committee on Admissions and Degrees

### SELECTED PUBLICATIONS

#### Publications with peer review:

Jones TS, et. al. 1982. Morbidity and Mortality Associated with the July 1980 Heat Wave in St.Louis and
Kansas City, MO. *JAMA*, 247:3327-3331.

Kilbourne EM, et. al.1982. Risk Factors for Heat Stroke--A Case-Control Study. *JAMA*,247:3332-3336.

Clapp DE, Zaebst DD, Herrick RF.1984. Measuring Exposures to Glycol Ethers. *Environmental Health*.
Perspectives, 57:91-95.

Stayner LT, et. al. 1985. A Retrospective Cohort Mortality Study of a Phosphate Fertilizer Production
Facility. *Archives of Environmental and Occupational Health*, 40:133-138.

Herrick RF, and Smith TJ. 1987. Development of a Sampling and Analytical Method for Measuring the
Epoxy Content of Aerosols. I. Development of the Analytical Method. *American Industrial Hygiene
Association Journal,* 48:766-772.

Herrick RF, Smith TJ, and Ellenbecker MJ. 1987. Development of a Sampling and Analytical Method for
Measuring the Epoxy Content of Aerosols. II. Application of the Method to Epoxy-Containing Aerosols.
*American Industrial Hygiene Association Journal*, 48:773-779.

Herrick RF, Ellenbecker MJ, and Smith TJ. 1988. Measurement of the Epoxy Content of Paint Spray
Aerosols: Three Case Studies. *Applied Industrial Hygiene*, 3:123-128.

Elliott LJ, Ringenburg VL, Morelli-Schroth P, Halperin WE, and Herrick RF. 1988. Ethylene Oxide Exposures in Hospitals. *Applied Industrial Hygiene,* 3:141-145.

Herrick RF, and Smith TJ. 1988. Development of an Air Sampling Method Based on the Reactive Properties of a Contaminant. *Scandinavian Journal of Work, Environment & Health*, 14(suppl.1); 31-32.

Herrick RF. Acute effect upon pulmonary function of low level exposure to phenol-formaldehyde-resin-coated wood. [Letter] Am. Ind. Hyg. Assoc. J. 49(12): A780, 1988.

Hayes R, Blair A, Stewart PA, Herrick RF, and Mahar H. 1990. Mortality of U.S. Embalmers and Funeral Directors. *American Journal of Industrial Medicine*, 18:641-652.

Stewart PA, and Herrick RF, 1991. Issues in Performing Retrospective Exposure Assessment. *Applied Occupational and Environmental Hygiene*; 6:421-427.

Schulte PA, et. al. 1992. Biological Markers in Hospital Workers Exposed to Low Levels of Ethylene Oxide. *Mutation Research*; 278:237-251.

Stewart PA, Herrick RF, Feigley CE, Utterback DF, Hornung R, Mahar H, Hayes R, Douthit DE, and Blair A. 1992. Study Design for Assessing Exposures of Embalmers for a Case-Control Study. Part 1. Monitoring Results. *Applied Occupational and Environmental Hygiene*; 7(8):532-540.

Stewart PA, Lemanski D, White D, Zey J, Herrick RF, et. al. 1992. Exposure Assessment for a Study of Workers Exposed to Acrylonitrile. I. Job Exposure Profiles: A Computerized Data Management System. *Applied Occupational and Environmental Hygiene*; 7(12):820-825.

Suruda, A., et. al. 1993. Cytogenetic Effects of Formaldehyde Exposure in Students of Mortuary Science. *Cancer Epidemiology Biomarkers Prevention*; 2:453-460.

Hornung RW, Greife AL, Stayner LT, Steenland NK, Herrick RF, et.al. 1994. A Statistical Model for Prediction of Retrospective Exposure to Ethylene Oxide in an Occupational Mortality Study. *American Journal of Industrial Medicine*; 25:825-836.

Stewart PA, Triolo H, Zey J, White D, Herrick RF, et. al.1995. Exposure Assessment for a Study of Workers Exposed to Acrylonitrile. II. A Computerized Exposure Assessment Program. *Applied Occupational and Environmental Hygiene*; 10(8):698-706.

Seiler DH, Rice CH, Herrick RF, Hertzberg AS. 1996. A study of beryllium exposure measurements: Part 1. The estimation and categorization of average exposure from daily weighted average data in the beryllium industry. *Applied Occupational and Environmental Hygiene*;11(2):89-97.

Seiler DH, Rice CH, Herrick RF, Hertzberg AS. 1996. A study of beryllium exposure measurements: Part 2. An evaluation of the components of exposure in the beryllium processing industry. *Applied Occupational and Environmental Hygiene*; 11(2):98-102.

Hornung RW, Herrick RF, Stewart PA, Utterback DF, et. al. 1996. An Experimental Design Approach to Retrospective Exposure Assessment. *American Industrial Hygiene Association Journal*, 57(3):251-256.

Bennett JS, Feigley CE, Underhill DW, Drane W, Payne TA, Stewart PA, Herrick RF, Utterback DF, Hayes RB. 1996. Estimating the Contribution of Individual Work tasks to Room Concentration: Method Applied to Embalming. *American Industrial Hygiene Association Journal*. 57(7):599-609.

Stewart, PA, Zey JN, Hornung RW, Herrick RF, Dosemechi M, Zaebst D, Pottern LM. 1996. Exposure Assessment for a Study of Workers Exposed to Acrylonitrile. III: Evaluation of Exposure Assessment Methods. *Applied Occupational and Environmental Hygiene*. 11(11):1313-1321.

Courtney TK, Burdorf A, Sorock GS, Herrick RF. 1997. International Conference on Methodological Challenges to the Study of Occupational Injury — An International Epidemiology Workshop. *American Journal of Industrial Medicine*, 32:103-105.

Burdorf A, Rossignol M, Fathallah FA, Snook SH, Herrick RF. 1997. Challenges in Assessing Risk Factors in Epidemiological Studies on Back Disorders. *American Journal of Industrial*, 32:142-152.

Burdorf A, Sorock GS, Herrick RF, Courtney TK. 1997. Advancing Epidemiologic Studies of Occupational Injury - Approaches and Future Directions. *American Journal of Industrial Medicine*, 32:180-183.

Hoppin JA, Tolbert PE, Herrick RF, Freedman DS, Ragsdale BD, Horvat KR, Bramnn EA. 1998. Occupational Chlorophenol Exposure and Soft Tissue Sarcoma Risk among Men Aged 30-60 Years. *American Journal of Epidemiology*, 148(7):693-703.

Milton DK, Solomon G, Morse E, and Herrick R. 1998. Risk and incidence of asthma attributable to occupation among members of an HMO. *American Journal of Industrial Medicine*, 33:1-10.

Stewart PA; Zaebst D; Zey JN; Herrick R; Dosemeci M; Hornung R; Bloom T; Pottern L; Miller BA; Blair A. 1998. Exposure assessment for a study of workers exposed to acrylonitrile. *Scandinavian Journal of Work, Environment & Health*, 24, Suppl 2, 42-53.
Garabedian MJ, Hoppin JA, Tolbert PE, Herrick RF, Brann EA. 1999. Occupational chlorophenol exposure and non-Hodgkin's lymphoma. *Journal of Occupational and Environmental Medicine.*, 41:267-272.

Butt G, Greenley P, Herrick RF, DiBerardinis L. 1999. Exposure to glutaraldehyde vapors during endoscopic sterilization processes in a large research and teaching institution. *Journal of Healthcare Safety, Compliance, and Infection Control*, 3: 172-179.

Mirabelli MC, Hoppin JA, Tolbert PE, Herrick RF, Gnepp DC, Brann EA. 2000. Occupational Exposure to Chlorophenol and the Risk of Nasal and Nasopharyngeal Cancers Among U.S. Men Aged 30 to 60. *American Journal of Industrial Medicine*, 37: 532-541.

Sorock GS, Lombardi DA, Hauser RB, Eisen EA, Herrick RF, Mittleman MA. 2001. A case-crossover study of occupational traumatic hand injury: methods and initial findings. *American Journal of Industrial Medicine*, 39(2):171-9.

Zey JN, Stewart PA, Hornung R, Herrick RF, McCammon C, Zaebst D, Pottern LM, Dosemeci M, and Bloom TF. 2002. Evaluation of concurrent personal measurements of acrylonitrile using different sampling techniques. *Applied Occupational & Environmnetal Hygiene*, 17(2):88-95.

LaMontagne AD, Herrick RF, VanDyke MV, Martyny JW, Ruttenber AJ. 2002. Exposure Databases and Exposure Surveillance: Promise and Practice. *American Industrial Hygiene Association Journal,* 63(2):205-212.

Duty SM, Silva MJ, Barr DB, Brock JW, Ryan L, Chen Z, Herrick RF, Christiani DC, and Hauser R. 2003.Phthalate exposure and human semen parameters. *Epidemiology*. 14(3):269-77.

Duty SM, Silva MJ, Barr DB, Brock JW, Ryan L, Chen Z, Herrick RF, Christiani DC, and Hauser R. 2003. The relationship between environmental exposures to phthalates and DNA damage in human sperm using the neutral comet assay. *Environmental Health Perspective*, 111(9):1164-9.

Kim JY, Wand MP, Hauser R, Mukherjee S, Herrick RF, and Christiani DC. 2003. Association of expired nitric oxide with occupational particulate exposure.  *Environmental Health Perspective.* 111(5):676-80.

Kim JY, Hauser R, Wand MP, Herrick RF, Amarasiriwardena CJ, and Christiani DC. 2003. The association of expired nitric oxide with occupational particulate metal exposure. *Environmental Research* 93(2):158-66.

Kim JY. Hauser R. Wand MP. Herrick RF. Houk RS. Aeschliman DB. Woodin MA. Christiani DC. Association of expired nitric oxide with urinary metal concentrations in boilermakers exposed to residual oil fly ash. *American Journal of Industrial Medicine*. 44(5):458-66, 2003 Nov.

Rappaport, S.M., Goldberg, M., Susi, P., Herrick, R.F.  Excessive exposure to silica in the US construction industry. *The Annals of Occupational Hygiene: Oxford Journals*, 47(2):111-22, 2003.

Herrick RF, McClean MD, Meeker JD, Baxter LK, and Weymouth GA. 2004. Commentary: An Unrecognized Source of PCB Contamination in Schools and Other Buildings. *Environmental Health Perspective,* 112(10):1051-53.

Kim JY, Magari SR, Herrick RF, Smith TJ, and Christiani DC. 2004. Comparison of fine particle measurements from a direct-reading instrument and a gravimetric sampling method. *Journal of Occupational & Environmental Hygiene,* 1(11):707-15.

Lombardi DA, Sorock GS, Hauser R, Nasca PC, Eisen EA, Herrick RF, and Mittleman MA. 2003. Temporal factors and the prevalence of transient exposures at the time of an occupational traumatic hand injury.  *Journal of Occupational & Environmental Medicine,* 45(8):832-40.

Meeker JD, Ryan L, Barr DB, Herrick RF, Bennett DH, Bravo R, and Hauser R. 2004. The relationship of urinary metabolites of carbaryl/naphthalene and chlorpyrifos with human semen quality. *Environmental Health Perspective*, 112(17):1665-70.

Meeker JD, Singh NP, Ryan L, Duty SM, Barr DB, Herrick RF, Bennett DH, and Hauser R. 2004. Urinary levels of insecticide metabolites and DNA damage in human sperm. *Human Reproduction*, 19(11):2573-80.

Sorock GS, Lombardi DA, Peng DK, Hauser R, Eisen EA, Herrick RF, and Mittleman MA. 2004. Glove use and the relative risk of acute hand injury: a case-crossover study. *Journal of Occupational and Environmental Hygiene*; 1(3):182-90.

Sorock GS, Lombardi DA, Hauser R, Eisen EA, Herrick RF, and Mittleman MA. 2004. A Case-crossover study of transient risk factors for occupational acute hand injury. *Journal of Occupational and Environmental Medicine*. 61(4):305-11.

Weker RA, Herrick RF, and Rinehart RD. 2004. Laboratory evaluation of a potential diesel fuel interference in the determination of polycyclic aromatic compounds on dermal samplers. *Journal of Environmental Hygiene*, 1(5):334-42.

McClean MD, Rinehart RD, Ngo L, Eisen EA, Kelsey KT, and Herrick RF. 2004. Inhalation and dermal exposure among asphalt paving workers. *The Annals of Occupational Hygiene*, 48(8):663-71. PubMed PMID: 15509633.

McClean MD, Rinehart RD, Ngo L, Eisen EA, Kelsey KT, Wiencke JK, and Herrick RF. 2004. Urinary 1-hydroxypyrene and polycyclic aromatic hydrocarbon exposure amongasphalt paving workers. *The Annals of Occupational Hygiene*, 48(6):565-78. PubMed PMID: 15292037.

Beall C, Bender TJ, Cheng H, Herrick R, Kahn A, Matthews R, Sathiakumar N, Schymura M, Stewart J, and Delzell E. 2005. Mortality among semiconductor- and storage device-manufacturing workers. *Journal of Occupational and Environmental Medicine*, 47(10):996-1014.

Bender TJ, Beall C, Cheng H, Herrick RF, Kahn AR, Matthews R, Sathiakumar N, Schymura MJ, Stewart JH, and Delzell E. 2005. Methodologic Issues in Follow-Up Studies of Cancer Incidence Among Occupational Groups in the United States. *The Annals of Occupational Hygiene*.

Herrick RF, Stewart JH, Blicharz D, Beall C, Bender T, Cheng H, Matthews R, Sathiakumar N, and Delzell E. 2005. Exposure assessment for retrospective follow-up studies of semiconductor and storage device-manufacturing workers. *Journal of Occupational and Environmental Medicine*; 47(10):983-95. Erratum in: *Journal of Occupational and Environmental Medicine*; 47(12):1319.

Liu Y, Woodin MA, Smith TJ, Herrick RF, Williams PL, Hauser R, and Christiani DC. 2005. Exposure to fuel-oil ash and welding emissions during the overhaul of an oil-fired boiler. *Journal of Occupational and Environmental Hygiene*. 2005 Sep; 2(9):435-43.

Liu Y, Woodin MA, Hauser R, Williams PL, Herrick RF, Christiani DC, and Smith TJ. 2005. Estimation of personal exposures to particulate matter and metals in boiler overhaul work. *Journal of Occupational and Environmental Medicine,* 47(1):68-78.

Meeker JD, Barr DB, Ryan L, Herrick RF, Bennett DH, Bravo R, and Hauser R. 2005. Temporal variability of urinary levels of no persistent insecticides in adult men. *Journal of Exposure Analysis and Environmental Epidemiology*, 15 (3):271-81.

Bender TJ, Beall C, Cheng H, Herrick RF, Kahn AR, Matthews R, Sathiakumar N, Schymura MJ, Stewart JH, and Delzell E. 2006. Methodologic issues in follow-up studies of cancer incidence among occupational groups in the United States. *The Annals of Occupational Hygiene,* 16(3):170-9.

McClean MD, Wiencke JK, Kelsey KT, Varkonyi A, Ngo L, Eisen EA, and Herrick RF. 2005. Related DNA Adducts among Asphalt Paving Workers. *The Annals of Occupational Hygiene,* 51(1):27-34.

Chen JC, Stone PH, Verrier RL, Nearing BD, MacCallum G, Kim JY, Herrick RF, You J, Zhou H, and Christiani DC. 2006. Personal coronary risk profiles modify autonomic nervous system responses to air pollution. *Journal of Occupational and Environmental Medicine,* 48(11):1133-42.

Bender TJ, Beall C, Cheng H, Herrick RF, Kahn AR, Matthews R, Sathiakumar N, Schymura MJ, Stewart JH, and Delzell E. 2005. Methodologic issues in follow-up studies of cancer incidence among occupational groups in the United States. *The Annals of Epidemiology*. 16(3):170-9.

Bender TJ, Beall C, Cheng H, Herrick RF, Kahn AR, Matthews R, Sathiakumar N, Schymura MJ, Stewart JH, and Delzell E. 2007. Cancer incidence among semiconductor and electronic storage device workers. *Journal of Occupational and Environmental Medicine,* 64(1):30-6.

McKernan LT, Burge H, Wallingford KM, Hein MJ, and Herrick R. 2007. Evaluating fungal populations by genera/species on wide body commercial passenger aircraft and in airport terminals. *The Annals of Occupational Hygiene,* 51(3):281-91.

McClean MD, Rinehart RD, Sapkota A, Cavallari JM, and Herrick RF. 2004. Dermal exposure and urinary 1-hydroxypyrene among asphalt roofing workers. *Journal of Occupational and Environmental Hygiene,* Suppl 1:118-26.

Herrick RF, McClean MD, Meeker JD, Zwack L, Hanley K. 2007. Physical and chemical characterization of asphalt (bitumen) paving exposures. *Journal of Occupational and Environmental Hygiene,* 4 Suppl 1:209-16.

Huang W, Smith TJ, Ngo L, Wang T, Chen H, Wu F, Herrick RF, Christiani DC, and Ding H. 2007. Characterizing and biological monitoring of polycyclic aromatic hydrocarbons in exposures to diesel exhaust. *Environmental Science and Technology,* 41(8):2711-6.

Herrick RF, Meeker JD, Hauser R, Altshul L, and Weymouth GA. 2007. Serum PCB levels and congener profiles among US construction workers. *Environmental Health,* 6(1):25.

Herrick RF, Lefkowitz, DJ, and Weymouth GA. 2007. Commentary: Soil Contamination from PCB-Containing Buildings. *Environmental Health Perspective.* 115(2):173-175.

Adibi JJ, Whyatt RM, Williams PL, Calafat AM, Camann D, Herrick R, Nelson H, Bhat HK, Perera FP, Silva MJ, and Hauser R. 2008. Characterization of phthalate exposure among pregnant women assessed by repeat air and urine samples. *Environmental Health Perspective,*116(4):467-73.

Cavallari JM, Fang SC, Eisen EA, Schwartz J, Hauser R, Herrick RF, and Christiani DC. 2008. Time course of heart rate variability decline following particulate matter exposures in an occupational cohort. *Inhalation Toxicology,* 20(4):415-22.

Cavallari JM, Eisen EA, Fang SC, Schwartz J, Hauser R, Herrick RF, and Christiani DC. 2008. PM2.5 metal exposures and nocturnal heart rate variability: a panel study of boilermaker construction workers. *Environmental Health,* 7:36.

Sobus JR, Waidyanatha S, McClean MD, Herrick RF, Smith TJ, Garshick E, Laden F, Hart JE, Zheng Y, and Rappaport SM. 2009. Urinary naphthalene and phenanthrene as biomarkers of occupational exposure to polycyclic aromatic hydrocarbons. *Occupational Environmental Medicine,* 66(2):99-104.

Adibi JJ, Hauser R, Williams PL, Whyatt RM, Calafat AM, Nelson H, Herrick R, and Swan SH. 2009.Maternal urinary metabolites of Di-(2-Ethylhexyl) phthalate in relation to the timing of labor in a US multicenter pregnancy cohort study. *American Journal of Epimediology*, 169(8):1015-24.

Adibi JJ, Hauser R, Williams PL, Whyatt RM, Thaker HM, Nelson H, Herrick R, and Bhat HK. 2009. Placental biomarkers of phthalate effects on mRNA transcription: application in epidemiologic research. *Environmental Health,* 23;8:20.

Sobus JR, McClean MD, Herrick RF, Waidyanatha S, Onyemauwa F, Kupper LL, and Rappaport SM. 2009. Investigation of PAH biomarkers in the urine of workers exposed to hot asphalt. *The Annals of Occupational Hygiene,* 53(6):551-60.

Sobus JR, McClean MD, Herrick RF, Waidyanatha S, Nylander-French LA, Kupper LL, and Rappaport SM. 2009. Comparing urinary biomarkers of airborne and dermal exposure to polycyclic aromatic compounds in asphalt-exposed workers. *The Annals of Occupational Hygiene*, 53(6):561-71.

Hauptmann M, Stewart PA, Lubin JH, Beane Freeman LE, Hornung RW, Herrick RF,Hoover RN, Fraumeni JF Jr, Blair A, and Hayes RB. 2009. Mortality from lymphohematopoietic malignancies and brain cancer among embalmers exposed to formaldehyde. *Journal of the National Cancer Institute*, 101(24):1696-708.PubMed PMID: 19933446; PubMed Central PMCID: PMC2794303.

Herrick RF. 2010. PCBs in school-persistent chemicals, persistent problems. *New Solutions,* 20(1):115-26. PubMed PMID: 20359995.

Laohaudomchok W, Cavallari JM, Fang SC, Lin X, Herrick RF, Christiani DC, and Weisskopf MG. 2010. Assessment of occupational exposure to manganese and other metals in welding fumes by portable

X-ray fluorescence spectrometer. *Journal of Occupational and Environmental Hygiene,* 7(8):456-65. PubMed PMID: 20526948.

Herrick RF. 2010. Herrick's response to Newman's PCBs in schools: what about school maintenance workers? *New Solutions,* 20(2):193-4. PubMed PMID: 20621883.

Sobus JR, Pleil JD, McClean MD, Herrick RF, and Rappaport SM. 2010. Biomarker variance component estimation for exposure surrogate selection and toxicokinetic inference. *Toxicology Letters,* 199(3):247-53. PubMed PMID: 20851754; PubMed Central PMCID: PMC2998189.

Laohaudomchok W, Lin X, Herrick RF, Fang SC, Cavallari JM, Shrairman R, Landau A, Christiani DC, Weisskopf MG. 2010. Neuropsychological effects of low-level manganese exposure in welders. *Neurotoxicology,* 32(2):171-9. PubMed PMID: 21192973; PubMed Central PMCID: PMC3049839.

Laohaudomchok W, Lin X, Herrick RF, Fang SC, Cavallari JM, Christiani DC, and Weisskopf MG. 2011. Toenail, blood, and urine as biomarkers of manganese exposure. *Journal of Occupational and Environmental Medicine,* 53(5):506-10. PubMed PMID: 21494156; PubMed CentralPMCID: PMC3092003.

Herrick RF, Meeker JD, and Altshul L. 2011. Serum PCB levels and congener profiles among teachers in PCB-containing schools: a pilot study. *Environmental Health,* 10:56. PubMed PMID: 21668970; PubMed Central PMCID: PMC3136408

Proctor SP, Heaton KJ, Smith KW, Rodrigues EG, Widing DE, Herrick R, Vasterling JJ, and McClean MD. 2011. The Occupational JP8 Exposure Neuroepidemiology Study (OJENES): Repeated workday exposure and central nervous system functioning among U.S. Air Force personnel. *Neurotoxicology.* [Epub ahead of print] PubMed PMID: 21824494.

Brochu PJ, Yanosky JD, Paciorek CJ, Schwartz J, Chen JT, Herrick RF, and Suh HH. 2011. Particulate Air Pollution and Socioeconomic Position in Rural and Urban Areas of the Northeastern United States. *American Journal of Public Health,* [Epub ahead of print] PubMed PMID: 21836114.

Zhu Y, Smith TJ, Davis ME, Levy JI, Herrick R, and Jiang H. 2011. Comparing Gravimetric and Real-Time Sampling of PM(2.5) Concentrations Inside Truck Cabins. *Journal of Occupational and Environmental Hygiene,* 8(11):662-72. PubMed PMID: 21991940.

Cavallari JM, Osborn LV, Snawder JE, Kriech AJ, Olsen LD, Herrick RF, and McClean MD. 2011. Predictors of Dermal Exposures to Polycyclic Aromatic Compounds Among Hot-Mix Asphalt Paving Workers. *The Annals of Occupational Hygiene.* [Epub ahead of print] PubMed PMID: 22156568.

Cavallari JM, Osborn LV, Snawder JE, Kriech AJ, Olsen LD, Herrick RF, and McClean MD. 2011. Predictors of Airborne Exposures to Polycyclic Aromatic Compounds and Total Organic Matter among Hot-Mix Asphalt Paving Workers and Influence of Work Conditions and Practices. *The Annals of Occupational Hygiene.* [Epub ahead of print] PubMed PMID: 22025530.

Proctor SP, Heaton KJ, Smith KW, Rodrigues ER, Widing DE, Herrick R, Vasterling JJ, and McClean MD. 2011. The Occupational JP8 Exposure Neuroepidemiology Study (OJENES): repeated workday exposure and central nervous system functioning among U.S. Air Force personnel. *Neurotoxicology,* 32(6):799-808. PubMed PMID: 21824494.

Cavallari JM, Zwack LM, Lange CR, Herrick RF, and McClean MD. 2012.Temperature-dependent emission concentrations of polycyclic aromatic hydrocarbons in paving and built-up roofing asphalts. *The Annals of Occupational Hygiene,* 56(2):148-60. PubMed PMID: 22267131.

McClean MD, Osborn LV, Snawder JE, Olsen LD, Kriech AJ, Sjödin A, Li Z, Smith JP, Sammons DL, Herrick RF, and Cavallari JM. 2012.Using urinary biomarkers of polycyclic aromatic compound exposure to guide exposure-reduction strategies among asphaltpaving workers. *The Annals of Occupational Hygiene,* 56(9):1013-24. doi:10.1093/annhyg/mes058. PubMed PMID: 23002274.

Chung MK, Regazzoni L, McClean M, Herrick R, and Rappaport SM. 2013. A sandwich ELISA for measuring benzo[a]pyrene-albumin adducts in human plasma. *Analysis Biochemistry.*;435(2):140-9. doi: 10.1016/j.ab.2012.12.021. PubMed PMID: 23333225.

Abdolahi A, van Wijngaarden E, McClean MD, Herrick RF, Allen JG, Ganguly A, and Bunin GR. 2013. A case-control study of paternal occupational exposures and the risk of childhood sporadic bilateral retinoblastoma. *Journal of Occupational and Environmental Medicine.* 70(6):372-9. doi: 10.1136/oemed-2012-101062. PubMed PMID: 23503471; PubMed Central PMCID: PMC3666318.

Osborn LV, Snawder JE, Kriech AJ, Cavallari JM, McClean MD, Herrick RF, Blackburn GR, and Olsen LD. 2013.Personal breathing zone exposures among hot-mix asphalt paving workers; preliminary analysis for trends and analysis of work practices that resulted in the highest exposure concentrations. *Journal of Occupational and Environmental Hygiene.*;10(12):663-73. doi: 10.1080/15459624.2013.831981. PubMed PMID: 24195533.

Sparer EH, Goldwasser MR, Lowe KA, Herrick RF, Dennerlein JT. Qualitative findings from a safety communication and recognition program on safety awareness and teambuilding in construction. Occup Environ Med. 2014 Jun;71 Suppl 1:A66. doi: 10.1136/oemed-2014-102362.205. PubMed PMID: 25018437.

Sparer EH, Okechukwu CA, Manjourides J, Herrick RF, Katz JN, and Dennerlein JT. 2014. Patterns of site-employment of construction workers on and off commercial construction sites in new England and the relationship to musculoskeletal pain. *Environmental Medicine,* 71 Suppl 1: A5. doi: 10.1136/oemed-2014-102362.15. PubMed PMID: 25018381.

Caban-Martinez AJ, Lowe KA, Herrick R, Kenwood C, Gagne JJ, Becker JF, Schneider SP, Dennerlein JT, and Sorensen G. 2014. Construction workers working in musculoskeletal pain and engaging in leisure-time physical activity: Findings from a mixed-methods pilot study. *American Journal of Industrial Medicine,* 57(7):819-25. doi: 10.1002/ajim.22332. PubMed PMID: 24760608; PubMed Central PMCID: PMC4074541.

Sparer EH, Herrick RF, and Dennerlein JT. 2015. Development of a safety communication and recognition program for construction. *New Solutions*, 25(1):42-58. doi:10.1177/1048291115569025. PubMed PMID: 25815741.

Herrick RF, Stewart JH, and Allen JG. 2015. Review of PCBs in US schools: a brief history, an estimate of the number of impacted schools, and an approach for evaluating indoor air samples. *Environmental Science and Pollution Research*. [Epub ahead of print] PubMed PMID: 25940477

Sparer EH, Okechukwu CA, Manjourides J, Herrick RF, Katz JN, Dennerlein JT. 2015. Length of time spent working on a commercial construction site and the associations with worker characteristics. *American Journal of Industrial Medicine*, 58(9): 964-73.doi: 10.1002/ajim.22461, PubMed PMID: 26122700.

Sparer EH, Catalano PJ, Herrick RF, and Dennerlein JT. 2016. Improving safety climate through a communication and recognition program for construction: a mixed methods study. *Scandinavian Journal of Work, Environment & Health*, pii: 3569. doi:10.5271/sjweh.3569. [Epub ahead of print] PubMed PMID: 27158914.

## Proceedings Edited:

Stewart. P.A., and Herrick, R.F. 1991. Guest Editors, International Workshop on Retrospective Exposure Assessment for Occupational Epidemiologic Studies, *Applied Occupational Environmental Hygiene,* 6: 403-560.

Sorock, G.S., Burdorf, A., Courtney, T.K., Herrick, R.F. 1997. Guest Editors, International Conference on Methodological Challenges to the Study of Occupational Injury - An International Epidemiology Workshop. *American Journal of Industrial Medicine*, 32:103-183.

## Chapters of Books:

Herrick RF. 1981. "Field Use," in Manual of Recommended Practice for Portable Direct-Reading Carbon Monoxide Indicators, American Industrial Hygiene Association.

Herrick RF, Elliott LF. 1986. "The Use of Industrial Hygiene Data in Occupational Epidemiology," Environmental Epidemiology, Lewis Publishing, Inc.

Herrick RF, Kennedy E, and Woebkenburg ML. 1990. "Measurement of Vapors and Gases," in Exposure Assessment for Epidemiology and Hazard Control, Lewis Publishing, Inc.

Herrick RF. 1992. "Exposure Assessment in Risk Assessment," in Conference on Chemical Risk Assessment in the Department of Defense: Science, Policy and Practice. ACGIH.

Herrick RF. and Dement JM. 1994. "Industrial Hygiene", in Textbook of Clinical and Occupational Medicine, W.B. Saunders Company.

Smith TJ, Stewart PA, Herrick RF. 1995. "Retrospective Exposure Assessment" in Occupational Hygiene, Second Edition, Harrington, J.M. and Gardiner, K., Ed, Blackwell Science Ltd.

Herrick RF. (Chapter Editor). 1998. "Occupational Hygiene" in Encyclopedia of Occupational Health and Safety, Fourth Edition, International Labour Office, Geneva.

Herrick RF (Chapter Editor). 1998. "Personal Protection" in Encyclopedia of Occupational Health and Safety, Fourth Edition, International Labour Office, Geneva.

Herrick RF. 1998. "Industrial Hygiene" in Public Health & Preventive Medicine, 14th Edition, Robert B. Wallace, Ed, Appleton and Lange, Stamford, Connecticut.

Herrick RF, Stewart JA, 1998. "How to Locate Information Sources for Occupational Safety and Health" in Handbook of Occupational Safety and Health, Second Edition, DeBerardinis, LJ, Ed, Wiley Interscience, New York.

The Toxic Schoolhouse Chapter PCBs in Schools – Persistent Chemicals, Persistent Problems Editor: Madeleine Kangsen Scammell and Charles Levenstein Paper ISBN:978-0-89503-851-7 Copyright: 2014

In addition to publications listed, other publications include 44 technical reports of studies and investigations in occupational and environmental settings.  Presentations have been made at approximately 100 international meetings and symposia.

"Exhibit D"



Deposition of:
# Robert Herrick , MD

*November 21, 2019*

In the Matter of:

# Benzene - Coppage v. U.S. Steel Corporation

Veritext Legal Solutions
888.777.6690 | cs-midatlantic@veritext.com | 215-241-1000

Page 1

1

1         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
2                      - - -
3     JAMES COPPAGE              :
                Plaintiff,    : Civil Action
4         vs.                    : No.
                                 : 1-18-cv-03823-
5     UNITED STATES STEEL        : GLR
      CORPORATION, et al.,       :
6                                :
                Defendants.    :
7
8                      - - -
9            November 21, 2019
10                     - - -
11            Oral Deposition of ROBERT F.
12    HERRICK, Sc.D., CIH, FAIHA, taken pursuant
13    to Notice at Veritext-Boston, 101 Arch
14    Street, Suite 650, Boston, Massachusetts
15    02110, beginning at 9:09 a.m. before
16    Brigitte A. Strain, a Federally Approved
17    Registered Professional Reporter and Notary
18    Public.
19                     - - -
20
21
22
            VERITEXT LEGAL SOLUTIONS
23            NEW ENGLAND REGION
24

Page 2

```
                    2
 1 A P P E A R A N C E S :
 2
   LOCKS LAW FIRM, LLC
 3 BY:  ANDREW J. DuPONT, ESQUIRE
   The Curtis Center, Suite 720E
 4 601 Walnut Street
   Philadelphia, Pennsylvania 19106
 5 215.893.0100
   ADupont@lockslaw.com
 6 Representing the Plaintiff
 7
   BARNES & THORNBURG, LLP
 8 BY:  KEVIN D. RISING, ESQUIRE
   2029 Century Park East, Suite 300
 9 Los Angeles, California 90067-2904
   310.284.3880
10 Representing the Defendant, Flint CPS Inks
   North America, LLC
11
12 DeCARO DORAN SICILIANO
   GALLAGHER & DeBLASIS LLP
13 BY:  ADAM PERRELLI, ESQUIRE
   17251 Melford Boulevard, Suite 200
14 Bowie, Maryland 20715
   301.352.4968
15 APerrelli@DeCaroDoran.com
   Representing the Defendant, T.H.
16 Agriculture and Nutrition, LLC
   (Via Teleconference)
17
18 FISHKIN LUCKS, LLP
   BY: ANDREW P. FISHKIN, ESQUIRE
19 One Riverfront Plaza
   Suite 410
20 Newark, New Jersey 07102
   973.679.4428
21 AFishkin@fishkinlucks.com
   Representing the Defendants, Ashland LLC and
22 Union Oil Company of California
   (Via Teleconference)
23
24
```

Page 3

```
                    3
 1 APPEARANCES (continued):
 2
   GOLDBERG SEGALLA LLP
 3 BY: BRENDAN H. FITZPATRICK, ESQUIRE
   One North Charles Street
 4 Suite 2500
   Baltimore, Maryland  21201-3739
 5 443.615.7513
   BHFitzpatrick@goldbergsegalla.com
 6 Representing the Defendant, EMCO Chemical
   Distributors, Inc.
 7 (Via Teleconference)
 8
   GOODELL DeVRIES LEECH & DANN, LLP
 9 BY: ERICKA L. DOWNIE, ESQUIRE
   One South Street, 20th Floor
10 Baltimore, Maryland 21202
   410.783.4000
11 EDownie@GDLDlaw.com
   Representing the Defendants, Sun Chemical
12 Corporation and Rycoline Products, Inc.
   and BASF Corporation
13 (Via Teleconference)
14
   KUTAK ROCK, LLP
15 BY: DEBORAH C. PROSSER, ESQUIRE
   777 South Figueroa Street
16 Suite 4550
   Los Angeles, California 90017
17 213.312.4005
   Deborah.Prosser@kutakrock.com
18 Representing the Defendants, Graphics
   Packaging International LLC and Handschy
19 Industries, Inc.
   (Via Teleconference)
20
21
22
23
24
```

Page 4

```
                    4
 1 APPEARANCES (Continued):
 2
   MURCHISON & CUMMING, LLP
 3 BY: ERIC P. WEISS, ESQUIRE
   801 South Grand Avenue
 4 Ninth Floor
   Los Angeles, California 90017
 5 213.630.1057
   EWeiss@Murchisonlaw.com
 6 Representing the Defendant,
   Fujifilm Hunt Chemicals U.S.A., Inc.
 7 (Via Teleconference)
 8
   REED SMITH, LLP
 9 BY: STAN PERRY, ESQUIRE
   811 Main Street, Suite 1700
10 Houston, TX, 77002-6110
   713.469.3847
11 JPeles@reedsmith.com
   Representing the Defendant, Shell Oil
12 Company and Shell Oil Products US
   (Via Veritext Virtual)
13
14 THE CAIRONE LAW FIRM PLLC
   BY:  MATT CAIRONE, ESQUIRE
15 PMB 58
   1900 Main Street, Suite 107
16 Canonsburg, Pennsylvania 15318
   Mcc@Caironelaw.com
17 724.416.3261
   Representing the Defendant, United States
18 Steel Corporation
19
20
21
22
23
24
```

Page 5

```
                    5
 1 APPEARANCES (continued):
 2
   VENABLE LLP
 3 BY:  THEODORE F. ROBERTS, ESQUIRE
   210 W. Pennsylvania Avenue
 4 Suite 500
   Towson, Maryland 21204
 5 TFRoberts@venable.com
   410.494.6344
 6 Representing the Defendant, Varn
   International, Inc.
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

2 (Pages 2 - 5)

Page 6

6

1      I N D E X
       - - -
2
    Testimony of: ROBERT F. HERRICK, Sc.D, CIH,
3                  FAIHA
4  By Mr. Cairone.............. 8, 260
   By Ms. Prosser............. 72, 302
5  By Mr. Roberts.............133
   By Mr. Fishkin............141
6  By Mr. Weiss................178
   By Mr. Fitzpatrick........184
7  By Mr. Perry................185
   BY Mr. Rising.............194, 273
8  By Ms. Downie.............214, 297
   By Mr. DuPont.............235, 297, 309
9
       - - -
10
     E X H I B I T S
11
       - - -
12
   EXHIBIT NUMBER   DESCRIPTION   PAGE MARKED
13
   Herrick 1   Expert Report of
14             Dr. Herrick      20
15 Herrick 2   Handwritten Notes    37
             Re conversation with
16           Mr. Southwarth
17 Herrick 3   Document headed,
             "Evidence of 50 percent
18           Benzene Solvent"    67
19 Herrick 4   Curriculum Vitae   75
20 Herrick 5   Dropbox documents   110
21
22
23
24

Page 7

7
1      DEPOSITION SUPPORT INDEX
2  INSTRUCTION NOT TO ANSWER:
3  Page Line
4  None
5
     REQUEST FOR PRODUCTION OF DOCUMENTS:
6
     Page Line     Description
7
     None
8
9  STIPULATIONS:
10 Page Line
11  8    1
12
     QUESTIONS MARKED:
13
     Page Line
14
     None
15
16
17
18
19
20
21
22
23
24

Page 8

ROBERT F. HERRICK, Sc.D., CIH, FAIH8
1      (It is hereby stipulated and
2  agreed by and among counsel for the
3  respective parties that an objection
4  by one defendant shall inure to the
5  benefit of all defendants.)
6      - - -
7      ROBERT F. HERRICK, Sc.D., CIH,
8  FAIHA, after having been first duly
9  sworn, was examined and testified as
10 follows:
11     - - -
12     EXAMINATION
13     - - -
14 BY MR. CAIRONE:
15     Q.   Good morning, Dr. Herrick. How
16 are you?
17     A.   Fine, thank you.
18     Q.   I'm Matt Cairone. I represent
19 United States Steel Corporation.
20     Did you bring anything with
21 you today?
22     A.   Yeah, I have a couple of
23 documents, which we can -- Should I get them
24 right now?

Page 9

ROBERT F. HERRICK, Sc.D., CIH, FAIH9
1      Q.   Well, let me ask you.  What
2  are those documents?
3      A.   Well, one -- the main thing is
4  notes from a phone call I had with Mr.
5  Southworth, who was one of the co-workers.
6  And he answered some questions I had about
7  the solvent use.
8      Q.   Is that in your report?
9      A.   No.
10     Q.   Why not?
11     A.   Well, I just talked to him
12 yesterday.
13     Q.   And so we're here to depose
14 you today and you're now giving us new
15 information that we've not had any access
16 to?
17     A.   Well, it's actually -- He
18 confirmed things that are largely reflected
19 in the report.  So it isn't as if there was
20 anything brand fresh and new that --
21     Q.   So, there are no new
22 underlying facts that you got from Mr.
23 Southworth?
24     MR. DuPONT:  Objection, form.

3 (Pages 6 - 9)

Page 14

ROBERT F. HERRICK, Sc.D., CIH, FAIH14

1 benzene content of all solvents used prior
2 to 1977. Right?
3        MR. DuPONT:  Objection, form.
4    It misstates what's in his report.
5        MR. CAIRONE:  Well, we can
6    look at his report. I think it states
7    it perfectly.
8        MR. DuPONT:  Your opinion of
9    what it does or does not state
10   perfectly is irrelevant to these
11   proceedings.
12       MR. CAIRONE:  The report will
13   speak for itself.
14 BY MR. CAIRONE:
15   Q.    You can answer my question.
16   A.    Well, just to try to speak
17 directly to the question, it's something I
18 was trying to anticipate when questions like
19 this came, what's the best answer I could
20 provide. And then there was information that
21 I didn't incorporate in the report that I
22 think, you know, is relevant to giving you
23 guys the best possible answer.
24   Q.    Well, what new information did

Page 15

ROBERT F. HERRICK, Sc.D., CIH, FAIH15

1 you harvest?
2    A.    Well, some of it had to do
3 with things like, you know, in looking at
4 the product called Hanco, you know, which he
5 had in the 55-gallon drum, which of the
6 Hanco products, you know, are actually in
7 55-gallon drums and what are they actually
8 used for. Because, as he, you know,
9 recalled, this was kind of a general purpose
10 solvent that they used for all kinds of
11 applications. And as I was looking at the
12 range of Hanco products, you know, it's
13 pretty clear that there are a lot of things
14 that are much more specialized for very
15 particular uses, which would lead me to
16 believe that those other products were
17 likely not to be the material that he was
18 recalling use.
19   Q.    Do you have these notes?
20   A.    Yeah, they're right here.
21   Q.    Can I have those, please?
22   A.    Sure. Also, you'll see on
23 here, the other thing I tried to do was --
24 You'll see one of my tables from the report.

Page 16

ROBERT F. HERRICK, Sc.D., CIH, FAIH16

1 And I just tried to match up what we knew
2 about where Stallings had actually worked
3 and during what time periods, so I could
4 track, you know, his recollections in terms
5 of times when he was actually in the same
6 place as Mr. Coppage.
7    Q.    Well, we're going to have to
8 make copies of these because this is all new
9 information. There's some very --
10       MR. DuPONT:  Well, it's
11   information that's in the deposition
12   of Mr. Stallings.
13       MR. CAIRONE:  Well, we'll get
14   into that. I think there's some
15   information here that's inaccurate
16   characterization of what's in the
17   deposition.
18 BY MR. CAIRONE:
19   Q.    But the fact that you did this
20 between the time of your report and today
21 significantly hampers our ability to ask you
22 questions about a very significant component
23 of your report, the benzene content of the
24 solvents that were used. So that's going to

Page 17

ROBERT F. HERRICK, Sc.D., CIH, FAIH17

1 be a real problem. And we may have to
2 reserve the right to depose you again,
3 depending on how this goes. But we have to
4 make copies of this later. Okay?
5    A.    Uh-huh.
6        MR. FISHKIN:  Is any of this
7    material contained in the Dropbox
8    that was provided to us a few minutes
9    before the deposition started?
10       MR. DuPONT:  No, I don't have
11   it in electronic format.
12       MS. PROSSER:  No.
13       MR. FISHKIN:  I'm sorry?
14       MR. DuPONT:  I said, no, I do
15   not have it in electronic format.
16 BY MR. CAIRONE:
17   Q.    Okay. Let's try to establish
18 --
19       MR. FISHKIN:  How many pages
20   of notes are there?
21       MR. CAIRONE:  There's three --
22   four, including the handwritten
23   notes.
24       MR. FISHKIN:  Okay. Thank

5 (Pages 14 - 17)

Page 30

ROBERT F. HERRICK, Sc.D., CIH, FAIH30

1  about what he did in these two places.
2      Q.    When you calculated the
3  exposure assessment, did you take into
4  account the locations?
5      A.    No, I didn't.
6      Q.    That's all I was trying to
7  clarify.
8      A.    Okay.
9      Q.    So, getting back to where we
10  were, Mr. Stallings identified a general
11  purpose cleaning solvent, and he identified
12  three companies.  Correct?
13      A.    Yeah, I'm just trying to --
14  yes, that's right.
15      Q.    And those three companies were
16  U.S. Printing Inks, Sun Chemicals and Hanco;
17  correct?
18      A.    Right. That's what he said.
19      Q.    And he also said that at the
20  Baltimore Sun, he used the U.S. Printing and
21  Sun Chemical solvent about 60 percent of the
22  time and the Hanco about 40 percent of the
23  time.  Do you remember that?
24      A.    Yeah. I'm just looking at --

Page 31

ROBERT F. HERRICK, Sc.D., CIH, FAIH31

1  Yes, I do remember that. Right.
2      Q.    And Mr. Stallings said at
3  News-American he used the U.S. Printing and
4  the Sun Chemical solvent about 70 to 75
5  percent of the time, and the Hanco about 25
6  to 30 percent of the time.  Do you remember
7  that?
8      A.    I do. That sounds familiar.
9  Yep.
10      Q.    Now, Mr. Stallings, in his
11  deposition, said he could not identify the
12  solvent by name or product number. Is that
13  correct?
14      A.    I believe that is what he
15  said. Yeah.
16      Q.    And did Mr. Stallings talk at
17  all about the U.S. Printing or Sun Chemical
18  solvent in his deposition?
19      MR. DuPONT:  Objection, form.
20      THE WITNESS:  Help me
21  understand.  When you say talk about,
22  I mean, he talks about --
23  BY MR. CAIRONE:
24      Q.    Did he say anything about it?

Page 32

ROBERT F. HERRICK, Sc.D., CIH, FAIH32

1      A.    Well, he talked a lot about
2  how he used it.  Is that kind of what you're
3  --
4      Q.    So, it's your testimony that
5  Mr. Stallings testified about how he used a
6  U.S. Printing ink solvent?
7      A.    Well, I'd have to go back and
8  look more carefully in his deposition. I
9  don't remember if he talked about the
10  product use on a product specific basis.
11      Q.    Now, Mr. Stallings was deposed
12  in -- not this case. You know that, right?
13      A.    I do. Yeah.
14      Q.    Do you know what the product,
15  at issue was in the case he was deposed?
16      A.    I don't.
17      Q.    Do you know whether a U.S.
18  Printing solvent was at issue in that case?
19      A.    I don't know much about that
20  case. No.
21      Q.    Do you know if a Sun Chemical
22  solvent was at issue in that case?
23      A.    I don't.
24      Q.    Do you recall, as you sit here

Page 33

ROBERT F. HERRICK, Sc.D., CIH, FAIH33

1  today, Mr. Stallings ever mentioning a U.S.
2  Printing ink product in his deposition?
3      A.    You know, I have to say, I'm
4  not -- I don't recall that much about his
5  deposition to give you a really good answer
6  to that.
7      Q.    Same question on Sun Chemical.
8  As you sit here today, do you recall him
9  ever mentioning a Sun Chemical solvent in
10  his deposition?
11      A.    I don't.
12      MR. DuPONT:  Objection, form.
13  BY MR. CAIRONE:
14      Q.    Now, on page 16 of your
15  report -- I'll let you go there -- Mr.
16  Stallings said that the solvents that he
17  used were always clear.
18      A.    I see that. Yep.
19      Q.    And, as we've already
20  established, Mr. Coppage also said the
21  solvent he used was always clear, but you
22  didn't put that in your report.  Right?
23      A.    Apparently not, no.
24      Q.    Now, can we also agree that

9 (Pages 30 - 33)

Page 46

ROBERT F. HERRICK, Sc.D., CIH, FAIH46

1    "All right. So now I want to
2  go back to the 10-year period between 1967
3  and 1977. You have seen indications that,
4  under that formulation, MS-408, you've seen
5  some of that was sold with the toluene 50
6  percent formula, as well as the benzene 50
7  percent formula."
8        Answer: "That is correct."
9        Now, I assume, because that's
10  really the -- Well, there's more. But I
11  assume that's the passage, and perhaps the
12  next one, that you used for your assumption
13  that the solvent was 50 percent benzene.
14    A.    That's where the 50 percent
15  was mentioned, yeah.
16    Q.    Okay. And that's a very
17  specific product, right? MS-408, correct?
18    A.    That's a product number, yeah.
19    Q.    Yeah. So other Hanco
20  products, who knows what the benzene content
21  is, but your assumption is based entirely on
22  MS-408. Right?
23        MR. DuPONT: Well, that's
24        compound. That misstates the

Page 47

ROBERT F. HERRICK, Sc.D., CIH, FAIH47

1  evidence.
2        THE WITNESS: Well, I think in
3        some of the other discussion this
4        product that was being described was
5        the kind of product that I think was
6        used for this general purpose
7        cleaning that Coppage did.
8  BY MR. CAIRONE:
9    Q.    Well, let me put it another
10  way.
11    A.    Okay.
12    Q.    This is the citation in your
13  report for your assumption that the solvent
14  contained 50 percent benzene; right?
15    A.    Right.
16    Q.    And this provision in this
17  paragraph -- in this section of the
18  deposition, it clearly says the product is
19  MS-408. Right?
20    A.    That's what it said, yeah.
21    Q.    So it is that product on which
22  you based your assumption that the solvent
23  contained 50 percent benzene for all times
24  prior to 1977; correct?

Page 48

ROBERT F. HERRICK, Sc.D., CIH, FAIH48

1    A.    Well, that was the product
2  that he was asked about, yeah. So that's
3  what I used.
4    Q.    Please answer my question.
5    A.    Okay. Well, help me
6  understand it.
7    Q.    Is this the basis for your
8  assumption that all of the solvents Mr.
9  Coppage used prior to 1977 contained 50
10  percent benzene?
11    A.    My recollection was that he --
12  prior to '77, he only really mentioned using
13  one solvent. And I think that was, you
14  know -- part of his deposition was that in
15  these facilities that he worked in early,
16  there was just one material that they used
17  for general purpose cleaning. So that would
18  have been that --
19    Q.    Okay, we're not connecting
20  here.
21    A.    Okay. Let's try again.
22    Q.    The basis of your assumption
23  that Mr. Coppage -- Let me start over.
24        The basis of your assumption

Page 49

ROBERT F. HERRICK, Sc.D., CIH, FAIH49

1  that the solvent Mr. Coppage used for
2  cleaning prior to 1977 contained 50 percent
3  benzene is that he was using MS-408?
4        MR. DuPONT: Objection, form.
5        THE WITNESS: Well, that's
6        where the information came from.
7        That's what Graham was describing
8        when he quoted that 50 percent
9        number. Yeah.
10  BY MR. CAIRONE:
11    Q.    Mr. Graham wasn't talking
12  about what Mr. Coppage was using. He was
13  talking about a product.
14        MR. DuPONT: Objection, form.
15        THE WITNESS: Right.
16  BY MR. CAIRONE:
17    Q.    So how do you make the
18  connection?
19    A.    Well, it was -- the product
20  was what Graham had mentioned. You know,
21  that was the kind of -- Maybe I'm not
22  understanding your question. I just --
23    Q.    The question is very simple.
24  Why did you choose this as the basis for

13 (Pages 46 - 49)

Page 50

ROBERT F. HERRICK, Sc.D., CIH, FAIH50

1 your assumption that Mr. Coppage's use of
2 solvents prior to 1977 was solvents that
3 contained 50 percent benzene?
4      A.   Well, it's consistent with
5 what was going on in the practice of
6 printing during that time period, that
7 benzene-containing solvents were used for
8 this general purpose cleaning.
9      Q.   Do you know that Hanco had
10 multiple products for use with printing
11 presses and cleaning?
12      A.   I do.
13      Q.   Why did you choose this one?
14 Mr. Graham was not talking about Mr.
15 Coppage.
16      A.   No, I understand that part. I
17 was using this because I thought this was a
18 good representation of a general purpose
19 product.  And I realized that Hanco has a
20 lot of other products, a lot of which have
21 more specialized applications.
22      Q.   What do you think MS-408 is
23 used for?
24      A.   My assumption here was that it

Page 51

ROBERT F. HERRICK, Sc.D., CIH, FAIH51

1 was general purpose cleaning.
2      Q.   And if that assumption is
3 wrong, then the basis for this 50 percent
4 benzene is wrong.
5      MR. DuPONT:  Objection, form.
6      THE WITNESS:  Well, I'd have
7 to look.  I mean, it's possible that
8 if there's a different number, it
9 would have, you know, resulted in a
10 different calculation.
11 BY MR. CAIRONE:
12      Q.   Please answer my question,
13 Doctor.  You just said that you assumed this
14 was a general purpose cleaner.  Right?
15      A.   Right.
16      Q.   If that assumption is wrong,
17 then your use of this product as the basis
18 of your assumption of the benzene content is
19 wrong.
20      A.   It would require a different
21 value if the benzene content was different,
22 yeah.
23      Q.   And if it requires a different
24 value, it's wrong.

Page 52

ROBERT F. HERRICK, Sc.D., CIH, FAIH52

1      MR. DuPONT:  Objection, form.
2      THE WITNESS:  Okay. I could
3 recalculate it. It would give us a
4 different answer.
5 BY MR. CAIRONE:
6      Q.   Right.  I think that's an
7 answer, although not clear.
8      Now, what I want to show you,
9 though is, just above the passage of this
10 deposition that you use for your assumption,
11 just above it, it says -- I'm sorry, not
12 just above it, but it's on page 244, which
13 isn't far above it.
14      Now, we're talking about
15 MS-408.  Okay?  Are you with me?
16      A.   Yep.
17      Q.   Line 22, page 244.
18      "In any event, it's your
19 understanding, based on looking at the
20 documents, that Hancolite, which was MS-408,
21 would have been purple in color during the
22 '60s and '70s and early '80s.  Correct?"
23      Answer: "Violet, purple.
24 However, yes, it was shaded."

Page 53

ROBERT F. HERRICK, Sc.D., CIH, FAIH53

1      Why didn't you put that in
2 your report?
3      A.   Well, it was mainly focused on
4 the benzene content and I didn't know, you
5 know, that that information really added
6 anything.
7      Q.   We just established that both
8 Mr. Stallings and Mr. Coppage said the
9 solvent they used was always clear.
10      MR. DuPONT:  Objection, form.
11 BY MR. CAIRONE:
12      Q.   Didn't we?
13      A.   I remember that conversation,
14 yeah.
15      Q.   Is it your testimony really,
16 Dr. Herrick, that the fact that MS-408 was
17 purple is not relevant?
18      A.   Well, it didn't really factor
19 into my calculations around the benzene
20 content, no.
21      Q.   Okay.  Your benzene content
22 was based on an assumption that Mr. Coppage
23 used MS-408.  Right?
24      A.   That's correct, yeah.

14 (Pages 50 - 53)

Page 126

ROBERT F. HERRICK, Sc.D., CIH, FAI126

1 characteristics he remembered of the
2 solvent. That it was sweet smelling.
3 What he remembered about the
4 evaporation rate, that it evaporated
5 quickly. The fact that it was
6 irritating to the skin. Those, to
7 me, would all suggest that, you know,
8 there is a high likelihood that that
9 material was benzene-containing.
10 BY MS. PROSSER:
11     Q.    And when you say
12 benzene-containing, are you contemplating a
13 solvent where benzene was not an added
14 ingredient, but rather was a trade
15 contaminant as a result of the commercial
16 refinery manufacturing processes for
17 solvents?
18         MR. DuPONT: Objection, form.
19         THE WITNESS: I would say more
20     of the former. That it was, you know
21     -- you know, an ingredient that was,
22     you know, intentionally incorporated.
23     And that would be, you know, partly
24     based on the evaporation rate.

Page 127

ROBERT F. HERRICK, Sc.D., CIH, FAI127

1         You know, when you look at
2     some of these other materials, like
3     some of the mineral spirits products
4     that, you know, can contain benzene,
5     but in much lower concentrations, you
6     know, those tend not to evaporate
7     anywhere near as quickly as the way
8     this product was described.
9 BY MS. PROSSER:
10     Q.    Are you aware that there were
11 only four products ever manufactured by
12 Handschy that had benzene as an
13 intentionally added ingredient?
14         MR. DuPONT: Form.
15         THE WITNESS: That does sound
16     familiar. I think that was mentioned
17     in -- what's his -- I forgot the name
18     of the gentleman who was deposed from
19     the company, but that does sound like
20     a familiar value, yeah.
21 BY MS. PROSSER:
22     Q.    And you cannot testify, to a
23 reasonable degree of scientific certainty,
24 that the Hanco solvent identified by Mr.

Page 128

ROBERT F. HERRICK, Sc.D., CIH, FAI128

1 Stallings at News-American and at the
2 Baltimore Sun from 1950 to '69 was one of
3 the four that has benzene as an added
4 ingredient among the Handschy products.
5 Correct?
6         MR. DuPONT: Objection, form.
7         THE WITNESS: You know, I
8     don't see enough information in the
9     record to, you know, get to that
10     point.
11 BY MS. PROSSER:
12     Q.    Now, I'm just skipping around
13 in my notes here to try to wrap things up.
14         Are you familiar with the
15 term, state of the art?
16     A.    In a general sense, I think,
17 yeah.
18     Q.    Okay. I just want to make
19 sure I've nailed down what you are and are
20 not going to be testifying to at trial.
21         You have not been retained to
22 provide a state of the art opinion regarding
23 what Defendant Handschy should have known
24 about the dangers of benzene from 1960 to

Page 129

ROBERT F. HERRICK, Sc.D., CIH, FAI129

1 1969. Is that a correct statement?
2     A.    Yeah, that really wasn't one
3 of my objectives in preparing this report.
4     Q.    Okay. In 1960 to 1969, OSHA
5 was not in existence, obviously. Right?
6     A.    Right.
7     Q.    So the only really published
8 regulatory information about benzene
9 exposure would have come from the ACGIH at
10 that point and their TLVs; right? In '60 to
11 '69.
12         MR. DuPONT: Counsel, I --
13 BY MS. PROSSER:
14     Q.    And in 1960 to 1969, the TLV
15 for benzene was 25 parts per million. Was it
16 not?
17         MR. DuPONT: I'm going to make
18     a compound objection. We've already
19     established he's not testifying about
20     state of the art. You want to ask him
21     what the TLV was during a particular
22     time period, then you can. But
23     you've kind of snuck another issue
24     into your question, and so it's

33 (Pages 126 - 129)

Page 246

ROBERT F. HERRICK, Sc.D., CIH, FAI246

1    A.    That sounds like a pretty good
2  midpoint value, yeah.
3    Q.    And your eight-hour
4  time-weighted average from use of cleaning
5  solvents at the Baltimore Sun and
6  News-American from Mr. Coppage, was that
7  around 15 part per million?
8    A.    Back in the '60s?
9    Q.    Yes.
10    A.    It was, yes.  It's in that
11  range, yes.
12    Q.    So your exposure assessment
13  for Mr. Coppage in the 1960s is consistent
14  with what's reported in the peer-reviewed
15  scientific literature about benzene
16  exposures on an eight-hour time-weighted
17  average to press workers?
18    A.    It's just about in the middle
19  of the range, yeah.
20    Q.    In the 1960s, did the Novick
21  article report that the eight-hour
22  time-weighted average benzene exposure for
23  workers in printing shops was between 1.3
24  and 16 part per million?

Page 247

ROBERT F. HERRICK, Sc.D., CIH, FAI247

1    A.    That's what they've reported,
2  yeah.
3    Q.    And were your estimates of Mr.
4  Coppage's benzene exposure on an eight-hour
5  time-weighted average basis during the 1970s
6  consistent with that 1.3 to 16 part per
7  million range that the Novick article
8  reported?
9    A.    Yeah, they actually might be
10  just even a little on the low side, but
11  they're in the range.
12    Q.    And then for the 1980s, the
13  Novick article reported that eight-hour
14  time-weighted average benzene exposures for
15  print workers were .013 to one part per
16  million?
17    A.    That's what they reported,
18  yeah.
19    Q.    So if one were to use the data
20  from the Novick article to find what Mr.
21  Coppage's cumulative benzene exposures were
22  from working in the printing industry, one
23  could say, for the 1960s, that his
24  cumulative benzene exposure was between 30

Page 248

ROBERT F. HERRICK, Sc.D., CIH, FAI248

1  and 350 part per million years by
2  multiplying the range by the 10 years that
3  he worked in the industry?
4    A.    Right.  That would be the
5  product of the average exposure and the
6  concentration.  Or the duration rather.
7  Sorry.
8    Q.    And for the 1970s one could
9  opine that the cumulative exposures Mr.
10  Coppage had working in the printing industry
11  to benzene were 13 to 160 part per million
12  years, based on the data presented in
13  Novick?
14    A.    That's what you would
15  calculate, yeah.
16    Q.    And for the 1980s, one could
17  opine that, based on the data presented in
18  Novick, that Mr. Coppage had a cumulative
19  benzene exposure of .13 to 10 part per
20  million years?
21    A.    That would be the range, yeah.
22    Q.    If we added those up, your
23  cumulative dose of benzene exposure for Mr.
24  Coppage would actually be at the lower end

Page 249

ROBERT F. HERRICK, Sc.D., CIH, FAI249

1  of what's reported by Novick here?
2    A.    Yeah.  My cumulative total was
3  123 part per million years.
4    Q.    Now, have you generally seen
5  information from the printing industry that
6  there were times that gasoline was used as a
7  printing solvent?
8    A.    That was mentioned.  I have
9  run across that in some of the articles on
10  printing, yeah.
11    Q.    So certainly there was the
12  ability to use flammable solvents in the
13  printing industry without causing a fire or
14  presenting a fire hazard?
15    A.    Well, there were a lot of
16  flammable materials used.  Yeah, that's
17  correct.
18    Q.    And, just to be clear about
19  something.  You were asked about the
20  Handschy advertisement at Bates Number
21  HD1996, and it was suggested that that
22  advertisement said that the Hancolite
23  product was an offset product. The word
24  offset didn't actually appear in that

63 (Pages 246 - 249)

"Exhibit E"

Robert Stallings
April 14, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION


CAROLYN KELLY,                )
Individually and as          )
Personal Representative      )   08:CV-493
of the Estate of NEIL        )
KELLY, Deceased, and         )
SUSANNE MARIE KELLY and       )
NEIL PATRICK KELLY            )
                             )
VS.                          )
                             )
C&W PRESSROOM PRODUCTS,       )
INC.; CHEVRON USA,           )
INCORPORATED; FLINT INK      )
CORPORATION, HANDSCHY        )
INDUSTRIES, INC., SUN        )
CHEMICAL CORPORATION,        )
UNOCAL CORPORATION, US       )
INK CORPORATION              )
                             )



ORAL AND VIDEOTAPED DEPOSITION
OF ROBERT STALLINGS
APRIL 14, 2009




     ORAL DEPOSITION OF ROBERT STALLINGS, produced as a

witness at the instance of the Plaintiff and duly sworn,

was taken in the above styled and numbered cause on

April 14, 2009, from 8:45 a.m. to 12:27 p.m., before

KATERI A. FLOT-DAVIS, CSR, CCR in and for the State of

Robert Stallings
April 14, 2009

Page 2

1   Texas, reported by machine shorthand, at the offices of

2   Heard, Robins, Cloud & Lubel, LLP, 3800 Buffalo

3   Speedway, 5th Floor, Houston, Texas, pursuant to the

4   Federal Rules of Civil Procedure and the provisions

5   stated on the record herein.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Robert Stallings
April 14, 2009

Page 3

1                    A P P E A R A N C E S

2

   FOR THE PLAINTIFF:

3

        HECTOR G. LONGORIA
4       Heard Robins Cloud & Lubel, LLP
        3800 Buffalo Speedway
5       5th Floor
        Houston, Texas 77098

6

7

8  FOR THE DEFENDANT HANDSCHY INDUSTRIES:

9       RONALD L. LIPINSKI
        Seyfarth Shaw, LLP
10      131 South Dearborn Street
        Ste. 2400
11      Chicago, Illinois 60603-5577

12

   FOR THE DEFENDANT FLINT INK:

13

        JAMES R. WETWISKA
14      Akin Gump, LLP
        1111 Louisiana Street
15      44th Floor
        Houston, Texas 77002

16

17

18 FOR THE DEFENDANT CHEVRON USA:

        PATRICK M. PRIMAVERA
19      Strong Pipkin Bissell & Ledyard, L.L.P.
        1301 McKinney
20      Ste. 2100
        Houston, Texas 77010

21

22

23

24

25

Page 4

```
1

2     FOR THE DEFENDANT SUN CHEMICAL CORPORATION:

3         JAMI MEADOR
          Strasburger, LLP
4         1401 McKinney Street
          Ste. 2200
5         Houston, Texas 77010-4035

6

7
      FOR THE DEFENDANT C&W PRESSROOM PRODUCTS, INC.:
8

9         WILLIAM AKINS
          Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
10        5847 San Felipe
          Ste. 2300
11        Houston, Texas 77057-4033

12

13

14    Also Present:

15        STEVE SCHULLER
          CLS Legal Video
16

17

18

19

20

21

22

23

24

25
```

Robert Stallings
April 14, 2009

Page 5

INDEX

                                                PAGE

Appearances.................................. 3


ROBERT STALLINGS

        Examination by Mr. Longoria............... 6,149

        Examination by Ms. Meador................. 67

        Examination by Mr. Wetwiska............... 94,147

        Examination by Mr. Akins.................. 118,148

        Examination by Mr. Primavera.............. 136

        Examination by Mr. Lipiniski.............. 144




Signature and Changes......................... 150

Reporter's Certificate........................ 153




                      EXHIBITS

NO.  DESCRIPTION                            PAGE


1    Hanco Products Buyer's Guide............. 58


2    Handschy Chemical Corporation Manual...... 65

Robert Stallings
April 14, 2009

Page 6

1          THE VIDEOGRAPHER:  Today's date is April 14th,

2     2009.  The time now is 8:44.  We're now on the record.

3                    ROBERT STALLINGS,

4     having been first duly sworn, testified as follows:

5                    EXAMINATION

6     BY MR. LONGORIA:

7          Q.  Would you introduce yourself to the jury.

8          A.  My name is Robert Stallings.

9          Q.  Mr. Stallings, we're here to take your

10    deposition in a lawsuit that's pending in the Eastern

11    District of Texas in Beaumont Division.

12               Do you understand that, sir?

13         A.  Yes, I do.

14         Q.  And do you understand that we've got a video --

15    somebody's taking your video right there, and we've got

16    a court reporter who's taking every word everybody says,

17    right?

18         A.  Yes, I do.

19         Q.  Okay.  Just a couple of little reminders and

20    tips about today's proceedings.  It's important that

21    only one person speak at a time for the court reporter's

22    sake.  Okay?

23         A.  Yes, I understand that.

24         Q.  Okay.  And if you don't hear me or understand

25    me, please let me know, and I will either rephrase or

Robert Stallings
April 14, 2009

1    A.  Every apprentice would be rotated.

2    Q.  Now, is it fair to say that all the apprentices

3  had the same responsibilities and duties at all three

4  locations?

5    A.  Everything at the newspapers, except for

6  Alco-Gravure.

7    Q.  Okay.  Well, let's talk about the newspaper,

8  News American and Baltimore Sun.  What were the

9  responsibilities and duties as an apprentice in roughly

10  1961?

11    A.  Well, first of all, they -- they gave you

12  lessons to -- to do.

13    Q.  All right.  What else?

14    A.  You were assigned to journeyman pressman to

15  learn the printing craft.

16    Q.  Okay.

17    A.  And did all the functions that a journeyman

18  pressmen would do.

19    Q.  So then let's talk about what would all of the

20  functions of a journeymen pressman do.  What are those?

21    A.  Many.

22    Q.  Let's just -- let's just talk big picture

23  generally.  What were some of the big highlights?

24    A.  Well, the first thing they would do would load

25  the reels up in the press for printing, depending on the

Robert Stallings
April 14, 2009

Page 17

1    size of the paper.  Lead the sheets through the

2    superstructure to get ready for the day's printing.

3    Grease the -- the folder of the press and put the proper

4    color inks in the color fountains if there was any color

5    for that day.

6             Do any cleaning up of the press in advance

7    of putting any color pages together.  And during the

8    running of the press, monitor and then maintain the

9    quality control.

10        Q.  Now, when Neil Kelly four to six months after

11   he becomes an apprentice -- he's -- he's responsible for

12   these same things, right?

13        A.  Exactly.  Uh-huh.  All apprentices were.

14        Q.  Okay.  And how would you know that Neil Kelly

15   was responsible for these things?

16        A.  Because he was an apprentice, and many times we

17   worked the same shifts and on the same press.

18        Q.  And let's just kind of put a timeline on this.

19   How long were you an apprentice?

20        A.  Approximately four and a half to five years.

21        Q.  So somewhere '61 through '66, '67?

22        A.  Yes.

23        Q.  What about Mr. Kelly?  How long was he an

24   apprentice?

25        A.  Him and I went out as journeymen together.

Robert Stallings
April 14, 2009

1     Q.  Okay.  So that four to six-month gap

2  disappeared --

3     A.  Right.

4     Q.  -- in terms of the lagging?  So you all became

5  journeymen together at the same time?

6     A.  Sometimes the reason for that is some

7  apprentices were elevated to journeymen status because

8  the company needed journeymen.

9     Q.  And in you all's case, it happened

10  simultaneously?

11     A.  Yes.  Uh-huh.  Yes, that's true.

12     Q.  Now, when you were at or when you all are

13  apprentices -- and we're talking about News American,

14  Baltimore Sun, okay?  And we'll come back to

15  Alco-Gravure.

16     A.  Uh-huh.

17     Q.  What types of press or what type of press is

18  being used at the News American?

19     A.  Goss.

20     Q.  G-o-s-s?

21     A.  G-o-s-s.

22     Q.  Now, this Goss press -- how many Goss presses

23  are there at News American?

24     A.  Eight.

25     Q.  And the Goss press, what, if any, type of

Robert Stallings
April 14, 2009

1  chemicals would you -- or be used with regard to the

2  Goss press?

3       A.  To clean the Goss press or even any press, they

4  use at the end of the shift to clean the blanket

5  cylinders and the -- your work area, your general work.

6  The -- the porters brought 55-gallon drums to the press,

7  and we used the solvents from the drums to -- to clean

8  the blanket cylinders, the plate cylinders and your

9  general work area which you were responsible to do.

10      Q.  Now, these 55-gallon drums -- do you recall any

11 of the manufacturers of these 55-gallon drums that you

12 all were using at News America for the Goss press?

13      A.  There were -- there were three to my knowledge.

14 One was U.S. Printing Inks.

15      Q.  What was the other?

16      A.  Sun Chemical Company, and Hanco.

17      Q.  And how do you remember those three?

18          COUNSEL:  What was the third one?

19          MR. LONGORIA:  Hanco.

20      Q.  (BY MR. LONGORIA)  Was I correct?

21      A.  Yes, correct.

22          COUNSEL:  Say that one more time, please.

23          THE DEPONENT:  I'm sorry?

24          COUNSEL:  The third one.  Say that again.

25          THE DEPONENT:  Hanco.

Robert Stallings
April 14, 2009

1            COUNSEL:  Okay.

2       Q.  (BY MR. LONGORIA)  And how do you know that

3  those were the three that you remember?

4       A.  Well, when they delivered the drums to the

5  press, they were sitting upright on carriages.  And our

6  responsibility was to unscrew the threads and put the

7  petcock on and then cock the air valve.

8                 So you were there physically touching the

9  drums, and you could see the labels.  The labels were on

10  the drums.

11       Q.  Was there anything particular that you

12  remember, for example, about the U.S. Printing Ink

13  label?

14       A.  Oh, they were very colorful.

15       Q.  Anything about the Sun Chemical Company one?

16       A.  No.  Just that they were black and white.

17       Q.  What about the Hanco one?

18       A.  They were black and white, also.

19       Q.  Let's just stick with News American, okay, and

20  the Goss printing.  We've got these three particular

21  types of 55-gallon drums that you see that you all are

22  using.

23       A.  Yes.

24       Q.  Did you know on any particular day why one

25  particular type of 55-gallon drum was used more than

Robert Stallings
April 14, 2009

Page 21

1    another?

2         A.   No.

3         Q.   And I just want to talk about your apprentice

4    time period which was roughly '61 through '66 or '67.

5              Were there any other types of manufacturers

6    of the 55-gallon drums that you were aware of besides

7    those three?

8         A.   To my knowledge, that's the only ones that

9    we -- we used all the time.

10        Q.   In terms of -- well, let's talk about this:   In

11   terms of the particular type of substance that was

12   inside of the -- what would you all call the substance

13   inside of these drums?

14        A.   We called it wash oil.

15        Q.   Wash what?

16        A.   Oil.  It was just a slang name that -- that we

17   gave it.

18        Q.   Did you all -- was there anything

19   distinguishable about the product inside of a U.S.

20   Printing Ink 55-gallon drum versus a Sun Chemical

21   Company versus a Hanco?

22        A.   They all looked the same to me.

23        Q.   And how did they look?

24        A.   They were like a clear liquid, and they had

25   like a sweet smelling odor.

Robert Stallings
April 14, 2009

1    Q.   And when you're on a shift, how many people are

2    on a shift that are either journeymen or apprentices

3    between 1961 and '67?

4    A.   Again, it depends on the size of the paper

5    you're running that day.  If you're running, say, six

6    units, you can have ten journeymen and one apprentice.

7    If you're running eight units, you can have 12

8    journeymen and one apprentice.

9    Q.   And the cleaning of the blanket cylinder and

10   plate cylinder occurs after a run?

11   A.   At the end of the shift.

12   Q.   And as apprentices, you were always -- was

13   always your responsibility was to help clean the blanket

14   and the plate cylinders?

15   A.   Yes.

16   Q.   Okay.  Let's just talk about one blanket

17   cylinder.

18   A.   One blanket cylinder.

19   Q.   Okay.  How long would it take to clean, in

20   terms of time, one blanket cylinder?

21   A.   Approximately five minutes.

22   Q.   And -- and maybe I'm trying to break it down

23   too much.  But when you would clean a blanket cylinder,

24   I mean, let's just take -- let's just step back a little

25   bit.

Robert Stallings
April 14, 2009

1   shift, it was 20 minutes with the Goss press that you,

2   basically, the time it took you to do your task.

3           What about in a Hoe press?  What was that

4   time period?

5       A.  Approximately the same.

6       Q.  And tell us about your observation of Neil

7   Kelly on the Hoe press in terms of the task of cleaning

8   and maintaining them.

9       A.  We did the same thing on cleaning the Hoe

10  presses when we worked side by side as we did on the

11  Goss presses.  The same identical procedure.

12      Q.  Now, on the Goss press, you talked about how

13  there is the cleaning of the superstructure of the

14  press.  What about the Hoe press?  Was that a task that

15  was also there?

16      A.  Yes.

17      Q.  Okay.  And you had testified was it about two

18  days, it was an all-day job, you went through about two

19  to three drums when you all did that.

20          Tell us about when we go to the Hoe press,

21  how long does it take?  How many drums?

22      A.  Approximately the same.

23      Q.  I didn't ask this, but let me go back to the

24  Goss press quickly.  Why was it between the second week

25  of January and two weeks before Easter that you all

Robert Stallings
April 14, 2009

1    Q.  And when you all were in that maintenance mode

2  between the second week of January and two weeks before

3  Easter, when you all were doing those five,

4  five-and-a-half-hour maintenance cleaning tasks, how

5  much solution out of the 55-gallon drums would you use

6  during that time period?

7    A.  Approximately two to three drums.

8    Q.  You personally would use, though.

9    A.  Oh, no, I would use several gallons.

10   Q.  Now, when you go to the Baltimore Sun, what are

11  the -- what do you remember being the manufacturers of

12  the products that you all were using as the cleaning

13  solution at the Baltimore Sun?

14   A.  The solutions were about the same.  They use

15  the same.  The only thing, they weren't delivered to the

16  press like they was down at the News American.  We had

17  to go to the ink room to get them ourselves.

18   Q.  Okay.  You had identified a company called U.S.

19  Printing Ink, Sun Chemical Company and Hanco.

20   A.  Yes.

21   Q.  Are those the same three that you saw when you

22  went to Baltimore Sun?

23   A.  Yes.

24   Q.  And that what you all used for the Hoe press?

25   A.  Correct.

Robert Stallings
April 14, 2009

Page 42

1    Q.  During the '61 to '66, '67, going back to News

2 American and the Goss press, can you put a percentage on

3 the amount of how much do you remember the product

4 coming out of the 55-gallon drum from U.S. Printing Ink

5 versus Sun Chemical Company versus Hanco?  And what

6 would that procedure be?

7    A.  Well, I -- I observed more drums of U.S.

8 Printing Ink's and Sun Chemical than I did of Hanco.

9    Q.  Okay.  And what percentage would you put on

10 U.S. Printing Ink and Sun Chemical and Hanco, if you

11 could put a percentage on it?

12    A.  75/25, 80/20, somewhere around there.

13    Q.  Okay.  And what's -- what's the 75 and 80 going

14 to?

15    A.  The -- the 75 would be on the Sun Chemical and

16 U.S. Printing.  25 percent would be Hanco.

17    Q.  And what about when you were at Baltimore Sun,

18 what percentage was the usage do you remember in terms

19 of the 55-gallon drums there?

20    A.  That's a different question to answer.  They

21 were all sitting there, and when you went in, you just

22 went up to the first drum and got your cleaning solution

23 and went out and cleaned up.  Up there it was probably

24 more of an of 60/40, 50/50.

25    Q.  From the 60 -- 60 percent you're putting on

Robert Stallings
April 14, 2009

Page 57

1    A.  Yes.  Uh-huh.

2    Q.  Was there ever -- was there also during that --

3    and tell me when if it changes, if at all, at News

4    American, that there's a slow period the second week of

5    January to two weeks before Easter, and during that time

6    period, there's a lot of maintenance crews and

7    assignments going on?

8    A.  Yes, true, uh-huh.

9    Q.  Now, with the Metro -- the Goss moving to the

10   Baltimore Sun, and the Goss Metro Offset press -- do

11   they have blankets --

12   A.  Yes.

13   Q.  -- and plates?

14   A.  Yes, they do.

15   Q.  And is it taking the same amount of time on

16   the -- at the Baltimore Sun with the new Goss Metro

17   Offset press to clean the blankets and plates?

18   A.  Yes.  In fact, at the offset process, it may

19   take five or ten minutes longer.

20   Q.  When Mr. Kelly becomes a full-time foreman in

21   roughly '89, what -- how does his responsibility change

22   from that of a journeyman at the Baltimore Sun?

23   A.  He became the supervisor and as duties on the

24   press -- he didn't do any more duties on the press.

25   Q.  Did that change at any time, or was he always

Robert Stallings
April 14, 2009

Page 58

1    the -- a full-time foreman?

2         A.  No.  Approximately 1995, 1996, he quit being --

3    being a full-time foreman.

4         Q.  And why did he do that, to your knowledge?

5         A.  To my knowledge, he brought in some new

6    supervisors, brought in some new production managers.

7    And not only him, but some other people quit.  They

8    didn't get along.  Wanted to change everything.  And in

9    their opinion, some of them didn't know what the hell

10   they were doing or talking about, so he had enough

11   and -- and quit the foreman job.

12        Q.  And so he quit '95 or '96.  What did he do?

13        A.  He went back on the press to be a journeyman.

14        Q.  Do you know what year he retired?

15        A.  He retired one year after I did.

16        Q.  And was he a journeyman when he retired, to

17   your knowledge?

18        A.  Yes, he was.

19        Q.  Mr. Stallings, I'm going to hand you

20   Plaintiffs' Exhibit No. 1.

21                  (Deposition Exhibit 1 Marked)

22        Q.  (BY MR. LONGORIA)  Okay.  I'm just -- we're

23   going to walk through it a little bit, okay, and the

24   first thing I want you to notice is at the bottom right,

25   it's got a letter and some numbers.

Robert Stallings
April 14, 2009

Page 59

1              Do you see that?

2      A.   Yes.

3      Q.   Okay.  And it says H0001563.

4              Do you see that?

5      A.   I see -- I see that, yes.

6      Q.   Okay.  And if you keep flipping through the

7   pages, these numbers appear sequentially at the bottom

8   right with that letter and number.

9      A.   64, 65, uh-huh.

10     Q.   Okay.  The last number is what?

11     A.   What I'm looking at now is 65.

12     Q.   From -- on the last page of that document?

13     A.   On the last page of the document?

14     Q.   Yes, sir.

15     A.   Bear with me.  It is a 625.

16     Q.   Okay.  It's H0001625, correct?

17     A.   Correct.

18     Q.   All right.  If we go to the front page of this,

19   at the top it says Hanco Products Buyers Guide.

20              Do you see that?

21     A.   Yes.

22     Q.   Okay.  Have you ever seen this before?

23     A.   No, I haven't.

24     Q.   Okay.  Bear with me a little bit, okay?

25     A.   Okay.

Robert Stallings
April 14, 2009

Page 60

1     Q.  All right.  If you will turn with me and go to

2  what is going to be H0001569, sir.

3     A.  69?

4     Q.  Yes, sir.

5     A.  Okay.

6     Q.  Okay.  You see at the top it says index?

7     A.  Index, correct.

8     Q.  Okay.  And then you got letter P, right?  You

9  see where there's a P right there?

10    A.  A P.  Uh-huh, uh-huh.

11    Q.  Okay.  And then P at the top, there's something

12 called press cleaners.

13         Do you see that?  Press cleaners.  PPP --

14 press cleaners.

15    A.  Okay.  Yes, I see it.  Uh-huh.

16    Q.  Okay.  And what pages does it tell us to turn

17 for press cleaners?

18    A.  18, 20, 21, 28, and 29.

19    Q.  Okay.  You see it has an 18 dash 20?

20    A.  Yes.

21    Q.  Okay.  Through 20, right?  Is that what

22 the dash means to you?

23    A.  Yes.  I would say so, yes.

24    Q.  Okay.  So let's go to Page 18 and look at the

25 press cleaners for me for a second.

Robert Stallings
April 14, 2009

1          Let's look at the bottom because that's

2     where the page numbers appear.

3          A.  This one?

4          Q.  Keep going, yeah.

5          A.  This one.

6          Q.  Page 1.

7          A.  All right.

8          Q.  Okay.  You want to go to Page 18.

9          A.  18.  Okay.  4, 6, 7, 10, 11, 12, 14, 15, 16.

10    18.  I finally got there.

11         Q.  Okay.  Look at the top, it says Hanco Press

12    Cleaners.

13              Do you see that?

14         A.  Yes.

15         Q.  Okay.  And then the next, it says quicks and

16    speed-all are one wash-up miracles designed for quick

17    changeover from dark colors to pastel shades.

18              Do you see that?

19         A.  Yes, I do.

20         Q.  Okay.  When you were at News American and the

21    Baltimore Sun, there was -- is it -- is it a fair

22    statement to say there was never a need from dark colors

23    to pastel shades in the -- in the printing process?

24         A.  Correct.

25         Q.  Okay.  And then at the bottom, do you see

Robert Stallings
April 14, 2009

Page 62

1    something there called Hanco Speedy Press Clean Three

2    Step Method?

3        A.  Yes.

4        Q.  Okay.  Did you ever use a three-step method in

5    the mechanism of cleaning the press -- the -- the Goss

6    printers or the Hoes printers?

7        A.  Not to my knowledge.

8        Q.  When I say printers, presses.

9        A.  Yes.  Uh-huh.

10       Q.  Okay.  Let's turn to the next page, sir.

11       A.  19?

12       Q.  Yes, Page 19.  Okay.  And it says Hanco special

13   solvent.

14               Do you see that?

15       A.  Yes.

16       Q.  Okay.  You see the -- the one's got an MS-567,

17   Hanco Lithotine?

18       A.  Yes.

19       Q.  Okay.  And it says a non-irritating synthetic

20   solvent.

21               The solvents that you used -- you remember

22   using when you were at the Sun and News American -- was

23   it irritating?

24       A.  Yes, it dried your skin out.  Yes.

25       Q.  And now go with me at the very bottom, sir.  It

Robert Stallings
April 14, 2009

Page 63

1    says, the MS-1453.

2            Do you see that one?

3        A.  Yes.

4        Q.  It says a combination of solvents with

5    excellent cutting strength, slower drying than MS-405,

6    right?

7        A.  Yes.

8        Q.  I think you testified earlier that the solvents

9    coming out of the 55-gallon drums were -- dried fast?

10       A.  They would dry in several minutes, yes.

11       Q.  Okay.  And you're not -- can you tell us what

12   particular model number of the -- the Hanco -- Hanco

13   solution that you remember seeing in the 55-gallon drum?

14       A.  No, I can't.

15       Q.  Okay.  All right.  Turn the page for a second,

16   sir.

17       A.  All right.

18       Q.  Okay.  Do you see where you've got MS-2740,

19   MS-2337, MS-1200, MS-2353?

20           Do you see that?

21       A.  Yes.

22       Q.  It says blanket and roller cleaner, right?

23       A.  Yes.

24       Q.  Okay.  You -- you were never aware or you were

25   never told that the -- the product coming out of the

Robert Stallings
April 14, 2009

Page 64

1   55-gallon drum that had Hanco solution was specially for

2   blanket or roll cleaners, were you?

3       A.  We were told and it was our knowledge that it

4   was a general purpose cleaner.

5       Q.  Thank you.

6               COUNSEL:  What page was that?

7               MR. LONGORIA:  That was Page -- that was

8   Page 20.  It is H0001593.

9               COUNSEL:  Thank you.

10      Q.  (BY MR. LONGORIA)  If you could, could you turn

11  over to Page 21, which would be H0001594.

12              Do you see at the very top, it's got a

13  Hanco blanket conditioner.  Again, it was a general

14  cleaning solution that you were never told it was a

15  blanket conditioner, were you?

16      A.  No.

17      Q.  Let's go to -- and when you went to the

18  Baltimore Sun in 19 -- was it '86?  Was it 86, '87?

19      A.  Yes.  Uh-huh.

20      Q.  Okay.  You remember -- I think it was your

21  testimony Mr. Kelly was a journeyman then?

22      A.  Yes, he was.

23      Q.  Okay.  And the cleaning processes that we've

24  been talking about when you got there in '86 or '87, you

25  too were a journeymen, right?

Robert Stallings
April 14, 2009

Page 65

1      A.   Yes.

2      Q.   Okay.  And you were -- relative to Mr. Kelly,

3  where were you working in regards to whether next to

4  him, around him or what?  Tell us.

5      A.   At the Sun, it was a little bit different than

6  the News.  I wasn't on the same crew with him all the

7  time.  But out of a week, sometimes we would work

8  together two or three times a week.

9      Q.   In -- in terms of the duties and

10  responsibilities that you had as a journeyman when you

11  get there to the Baltimore Sun relative to Mr. Kelly as

12  a journeyman, what, if any, difference were there?

13      A.   The -- the process at the end of the shift was

14  the same.  You had to wash your blankets and your units

15  where you worked.

16      Q.   I'm going to hand you Plaintiffs' Exhibit No.

17  2.

18              (Deposition Exhibit 2 Marked)

19      Q.   (BY MR. LONGORIA)  Do you see on Plaintiffs'

20  Exhibit No. 2, it's got another letter and a number?

21      A.   H0001648.

22      Q.   Okay.  And turn it sideways.  It's got -- at

23  the top it says Handschy Chemical Co., and it's got

24  Hanco products, right?

25      A.   Correct.

Robert Stallings
April 14, 2009

Page 66

1    Q.  Okay.  Tell us what, if anything, you remember
2    in terms of signage, labelage, anything that -- in terms
3    of the 55-gallon drums similar to what you see in
4    Plaintiffs' Exhibit 2.
5    A.  In -- in addition to Hanco, the other two
6    products I mentioned, they had these labels on the side
7    of the drum and on the top of the drum.  They were all
8    three were about the same.  And they were either taped
9    on or glued on.  So they were readily visibly available.
10   You had to be a blind person not to see them.
11   Q.  When you were -- when you were as an
12   apprentice, a journeyman, at any of the locations you
13   worked at, did you ever wear respirators?
14   A.  No.
15   Q.  Were you ever informed by anybody that you
16   needed to wear respirators?
17   A.  No.
18   Q.  Were you ever informed by anybody that any of
19   the chemical products that you all were handling could
20   have been or could be a cancer causer?
21   A.  No.
22             MR. LONGORIA:  Pass the witness.
23
24                  EXAMINATION
25   BY MS. MEADOR:

"Exhibit F"

CONFIDENTIAL

**DANGER! Flammable Mixture.
Do Not Use Near Fire or Flame.**

• • •

### DIRECTIONS

**OFFSET BLANKETS and PRESS ROLLERS**
Thoroughly moisten clean cloth with HANCOLITE and apply full strength to remove glaze, lacquers and dried inks.

• • •

**DAMPENER ROLLERS**
To temporarily clean dampener rollers while on the press, moisten cloth with HANCOLITE and wipe off dampener rollers. This will remove surface grease and leave no harmful residue.

• • •

**DEEP ETCH PLATES**
To remove an unwanted image from a deep etch plate, apply HANCOLITE to unwanted portion. Wash off with water, etch and gum up.
To bring back a blind spot on a deep etch plate, apply HANCOLITE on blinded area only. Saturate clean cotton with clear water and wash off; rub up with HANCO PLASAVER, lacquer or rubbing-up black.

• • •

**WARNING: Use HANCOLITE with caution around press plates as its high solvency may destroy lacquered images and causes plate to blind.**



HANCHOLITE

HANCO PRODUCTS



MS-468
MS-3648   MS-468 I

# HANCOLITE
## *GLAZE CLEANER*

#### WARNING

This product is extremely flammable. Keep away from heat and open flame. Use adequate ventilation.

Avoid prolonged or repeated breathing of vapors or contact with skin.

**H A N D S C H Y     C H E M I C A L     C O.**
2525 N. Elston Ave., Chicago 47, Ill., ARmitage 6-6400
CINCINNATI  •  CLEVELAND  •  INDIANAPOLIS
MILWAUKEE  •  MINNEAPOLIS  •  TOLEDO

**DANGER! POISON!
HARMFUL VAPOR.**

POISON

Harmful or fatal if swallowed. If swallowed, do not induce vomiting. Call physician immediately.

**EFFECTIVELY REMOVES GLAZE
FROM
RUBBER ROLLERS and BLANKETS**

• • •

**REMOVES BLANKET LACQUER**

• • •

**DEGREASES**

• • •

**DISINTEGRATES
DRIED INKS, LACQUERS, RESINS**

PLAINTIFF'S EXHIBIT 2


H0001648

"Exhibit G"

CATALOG E3



# HANCO PRODUCTS BUYER'S GUIDE

*for lithographic supplies and equipment*



HANDSCHY CHEMICAL CO.

PLAINTIFF'S EXHIBIT



# B U Y E R ' S   G U I D E

### Lithographic Chemicals
### Supplies
### Equipment

# H A N D S C H Y   C H E M I C A L   C O.

*Manufacturers of Fine Letterpress and Offset Printing Inks*

Due to economic conditions of the past year
and sudden continuous price changes, we cannot
guarantee all prices in this catalog.

Prices subject to change without notice.

April 27, 1973
Printed in U.S.A.

A

CONFIDENTIAL

H0001564



(

General Offices

# HANDSCHY CHEMICAL CO.

**2525 N. Elston Avenue, Chicago, Illinois 60647**
**Telephone: Area Code 312, Local Number 276-6400**

## SUBSIDIARY MANUFACTURING & SALES DIVISIONS

Handschy Chemical Co.,
    13640 W. Reichert, Menomonee Falls, Wisconsin
    P.O. Box 2915, Milwaukee, Wisconsin 53218

Handschy Chemical Co.,
    2223 Snelling Ave., Minneapolis, Minn. 55404

Handschy Chemical Co.,
    528 N. Fulton St., Indianapolis, Indiana 46202

Handschy Chemical Co.,
    2511 Essex Place, Cincinnati, Ohio 45206

Handschy Chemical Co.,
    9500 Midwest Ave., Cleveland, Ohio 44125

Farac Oil & Chemical Division
    12601 S. Ashland Ave., Riverdale, Ill. 60627

Solar Ink & Chemical Co.,
    2523 N. Elston Ave., Chicago, Illinois 60647

Distributors in Most Principal Cities

B

CONFIDENTIAL

H0001565



# INDEX

Page No.

## A

A-Tex .................................................... 7
Acetate Sheeting, Rolls........................... 50
Acetic Acid, Glacial................................ 24
Acids ................................................... 24
Acetone .............................................. 25
Acrolite Sprays .................................... 31
Aerosol Sprays.................... 16-29-30-31
Alcohol, Anhydrous........................ 11-15
Alcohol, Isopropyl.................................26
Alum, Ammonium................................. 25
Alum, Potassium ................................. 25
Alum, Potassium Chrome....................... 25
Ammonia ............................................ 25
Ammonium Dichromate ........................ 25
Ammonium Nitrate .............................. 25
Ammonium Phosphate ......................... 25
Anchor Chemicals ........................... 28-29
Anti-Skin ........................................ 16-30
Appli-Pads, Webril ............................... 47
Artists Brushes .................................... 32
Asphaltum .......................................... 12
Asphaltum Base ................................... 12

## B

Benzene Can .................................... 43
Benzol ................................................ 25
Bild-Up, Dampener Roller...................... 9
Blades, Grifhold .................................. 39
    Razor ............................................. 41
    X-Acto ........................................... 38
Blanket & Roller Cleaners.......... K-4-20-21
Blanket Conditioner ............................. 21
Blanket Hardener ................................ 22
Blanket Lacquer .................................. 22
Blanket Powder .................................... 22

Page No.

Blanket Rise ......................................... 22
Blanket & Roller Rejuvenator.................. 21
Blankets, Offset Rubber....................4-5-6
Blankio ............................................... 22
Blue Viewing Glass................................ 32
Boric Acid ........................................... 24
Bottles, Polyethylene ........................... 41
Boyd Perforating Tools.......................... 41
Brushes ..........................................32-33
ByChrome Screen Tints.......................... 52

## C

Cameraman's 12 Step............................ 44
Cans, Safety ........................................ 43
Carbolic Acid ...................................... 24
Carbon Disulphide ............................... 25
Carbon Tetrachloride ........................... 25
Carbons, National ................................ 33
Castor Oil ........................................... 26
Cellophane Tape, 3-M.......................44-45
Cellulose Sponges ............................... 45
Cellulose Wipes ..............................46-47
Cement, Rubber ................................... 31
Cement Thinner, Rubber........................ 31
Cheesecloth ........................................ 33
Chromic Acid ...................................... 24
Citric Acid .......................................... 24
Clamps, Plate ...................................... 40
Clean-Up Sheets .................................. 2
Copperizing Solutions
    Deep Etch Aluminum......................... 10
    Steel Roller ..................................... 17
Cotton Balls ........................................ 34
Cotton Pads ........................................ 2
Cotton, Roll ........................................ 34
Cotton Wipes, Webril............................ 47

**HANCO PRODUCTS**

C

# INDEX

*Page No.*

Cream Of Tartar ...................................... 26

## D

D.A.R. Fountain Additive ...................... 15
D-Tex ........................................................ 7
Dampener Roller Covers ............ 2-3-7-8-9
Dampener Sewing Needles .................. 34
Dampener Sewing Thread ...................... 34
Dampener Slip-On Tubes ........................ 8
Dampener Wash ...................................... 17
Deep Etch Chemicals, Hanco ............ 10-11
Deep Etch Squeegees .......................... 46
Deep Etch Swabs ................................ 46
De-Oxidizers, Steel Roller .................... 17
Developing Ink, Deep Etch .................. 11
Developing Ink, Surface ...................... 11
Duo-Life Melleton .................................. 2
Duplicator Supplies
    Blanket & Roller Cleaners ........ K-4-20-21
    Blankets, Rubber Offset .................. 4
    Clean-Up Sheets ............................ 2
    Cotton Pads .................................... 2
    Dampener Roller Covers .......... 2-3-7-8
    Dampener Rollers, 3-M .................... 3
    Fountain Solutions ...................... 1-14
    Glaze Remover, Hancolite .............. 19
    Gum Arabic Solution ................ 1-13
    Masking Sheets ............................ 3
    Plate Etches .................................. 1
    Presensitized Plates .................. 48-49
    Wash-out Solutions .................... 1-12

## E

Enco Plates & Chemicals .................... 48

---

*Page No.*

Engraving Needles .............................. 34
Equipment, Photo Mechanical ............ H
Etch-O-Lith, Parker's .......................... 13
Etches, Duplicator .............................. 1
Etches, Fountain, Hanco .................. 14-15
Etches, Plate, Hanco .......................... 12
Etching Brushes .................................. 32

## F

Faucets, Polyethylene, Brass .............. 35
Ferricyanide, Potassium ...................... 27
Film, Acetate, Rolls ............................ 50
Film, Hand Cut Masking ...................... 50
Film Squeegees .................................. 46
Flannel Pads ...................................... 35
Flanel .................................................. 8
Formaldehyde .................................... 26
Fountain Alcohol ................................ 15
Fountain "No-Mold" ............................ 16
Fountain Drier Stimulator .................. 15
Fountain Solutions, Hanco .......... 1-14-15
French Chalk ...................................... 26
Funnels .............................................. 35

## G

Gallic Acid ........................................ 24
Glass Cleaner, Hanco ........................ 23
Glass Cleaner, Hancolite .................... 19
Gloves ................................................ 34
Glycerine ............................................ 26
Graduates .......................................... 35
Grifhold Tools .............................. 38-39

---

## HANCO PRODUCTS

D

H0001567

## INDEX

Page No.

**Engraving Needles** .................................. 34
**Equipment, Photo Mechanical** ............ H
**Etch-O-Lith, Parker's** ......................... 13
**Etches, Duplicator** ............................... 1
**Etches, Fountain, Hanco** ............... 14-15
**Etches, Plate, Hanco** ........................... 12
**Etching Brushes** .................................. 32

### F

**Faucets, Polyethylene, Brass** ............ 35
**Ferricyanide, Potassium** ..................... 27
**Film, Acetate, Rolls** ............................ 50
**Film, Hand Cut Masking** ..................... 50
**Film Squeegees** ................................... 46
**Flannel Pads** ....................................... 35
**Flanel** .................................................. 8
**Formaldehyde** ..................................... 26
**Fountain Alcohol** ................................ 15
**Fountain "No-Mold"** ........................... 16
**Fountain Drier Stimulator** .................. 15
**Fountain Solutions, Hanco** .......... 1-14-15
**French Chalk** ...................................... 26
**Funnels** ............................................... 35

### G

**Gallic Acid** ......................................... 24
**Glass Cleaner, Hanco** ......................... 23
**Glaze Cleaner, Hancolite** .................... 19
**Gloves** ................................................. 34
**Glycerine** ............................................ 26
**Graduates** ........................................... 35
**Grifhold Tools** ................................. 38-39

**Guide, Sensitivity, 21 Step** ................. 44
**Gum Arabic, Granular** ........................ 26
**Gum Solutions** .................................. 1-13

### H

**Hanco Solvent** .................................... 20
**Hancolite** ............................................ 19
**Hand Kleen** ........................................ 16
**Hones, Litho** ...................................... 43
**Humidity Indicator** ............................ 36
**Hydrolith Etch** .................................... J
**Hydrochloric Acid** .............................. 24
**Hydroquinone** ..................................... 26
**Hygrometer, Stewarts** ......................... 36
**Hypo, Rice Crystals** ........................... 27
**Hyton Dampener Covers** ................. 3-7

### I-J

**Ink Knives** ...................................... 36-37
**Ink Spatulas** .................................... 36-37
**Isophorone** ......................................... 26
**Isopropyl Alcohol** .............................. 26
**J-Knit** ................................................. 9
**Justrite Safety Cans** ........................... 43

### K

**Keen Hones** ........................................ 43
**Kimwipes** ........................................... 46
**Kleen-Eze** ........................................... K
**Knives, Ink** ..................................... 36-37
**Knives, Stripping** ............................ 38-39
**Kwik Press Klean Solvent** .................. 18

### L

**Lacquer, Blanket** ................................ 22
**Lacquer, Deep Etch** ............................ 10
**Leather Roller Cleaner** ....................... 21
**Lettering Pans** .................................... 39
**Linen Testers, Magnifiers** ................... 40
**Litho Cotton** ...................................... 34
**Litho Fountain Etch** ........................... 14
**Litho Pads, Webril** ............................. 47
**Litho-Perf** .......................................... 41
**Litho-Punch** ....................................... 41
**Litho-Score** ........................................ 41
**Litho-Slit** ........................................... 41
**Litho-Snap** ......................................... 41
**Litho Wipes** ....................................... 47
**Lithotine** ............................................ 19
**Lo-Glis Fountain Solution** .................. 1

### M

**3-M Photo Offset Products** ................ 49
**Magnesium Carbonate** ........................ 26
**Magnesium Nitrate** ............................. 26
**Magnifiers** .......................................... 40
**Make Ready Paste** ............................... 40
**Masking Sheets** .................................... 3
**Masking Tape** ................................. 44-45
**Molleton Roller Covering** .................... 2

### N

**National Carbons** ............................... 33
**Needles, Sewing** ................................. 34
**Needles, Engraving** ............................ 34

CONFIDENTIAL

H0001568

# INDEX

Page No.

Nitric Acid ........................ 24
No-Mold ........................... 16
No Scum ............................ K
Non-Offset Spray Powder ........ 23
Non-Offset Spray Solution ....... 23

## O

Offset Rubber Blankets .......... 4-5-6
Oily Waste Cans ................. 43
Opaques .......................... 51
Opaquing Brushes ................ 32
Oxalic Acid ...................... 24

## P

Padding Compound ................ 40
Pads, Cotton ...................... 2
Paper Pile Separators ........... 42
Parkers Etch-O-Lith ............. 13
Paste, Make Ready ............... 40
Penholders ...................... 39
Pens ............................. 39
Perforating Tools, Boyd ......... 41
P.H. Testing ..................... 40
Phenol, Carbolic Acid ........... 24
Phosphoric Acid ................. 24
Photo Trays ..................... 52
Pile Separators, Plastic ........ 42
Pin Vise, Grishold .............. 38
Plasaver ......................... 11
Plate Brushes ................... 32
Plate Clamps .................... 40
Plate Etches .................... 1-12-53
Plates, Presensitized ........... 48-49
Polyethylene Bottles ............ 41

Page No.

Potassium Alum .................. 25
Potassium Ferricyanide .......... 27
Press Cleaners .............18-20-21-28-29
Print Tongs, Stainless .......... 52
Protect-A-Hand .................. 31
Pumice Powder ................... 27
Putty Knives .................... 37
Putz Pomade ..................... 17

## R

Rapidograph Pens ................ 39
Razor Blades .................... 41
Register Pins ................... 41
Rejuvenator, Blanket & Roller ... 21
Retouch Sticks .................. 43
Roll Lube Compound .............. 21
Roller Cleaners .............K-20-21
Roller Coverings, Dampener .....2-3-7-8-9
Roller Coverings, Water ......... 9
Rosin, Powdered ................. 27
Rubber Blankets, Offset ......... 4-5-6
Rubber Cement, Kleenstik ........ 31
Rubber Cement Thinner ........... 31
Rubber Gloves ................... 34
Ruby Etch ........................ J
Rycoline Aerosol Sprays ......... 30

## S

Safety Cans, Justrite ........... 42
Scales, Even Balance ............ 44
Scrapers, Ink ...............36-37
Scotch Hones .................... 43
Scotch Tapes, 3-M ...........44-45
Scratch Pens, Knives ............ 38

**HANCO PRODUCTS**

F

# INDEX

Page No.

Potassium Alum ........................... '25
Potassium Ferricyanide ..................... 27
Press Cleaners ...............18-20-21-28-29
Print Tongs, Stainless ..................... 52
Protect-A-Hand ........................... 31
Pumice Powder ........................... 27
Putty Knives ........... ................... 37
Putz Pomade ............................. 17

## R

Rapidograph Pens . ......................... 39
Razor Blades ............................. 41
Register Pins ............................. 41
Rejuvenator, Blanket & Roller .............. 21
Retouch Sticks ........................... 43
Roll Lube Compound...................... 21
Roller Cleaners .......................K-20-21
Roller Coverings, Dampener .......2-3-7-8-9
Roller Coverings, Water .................... 9
Rosin, Powdered ......................... 27
Rubber Blankets, Offset ................4-5-6
Rubber Cement, Kleenstik ................ 31
Rubber Cement Thinner .................. 31
Rubber Gloves ........................... 34
Ruby Etch ............................... J
Rycoline Aerosol Sprays .................. 30

## S

Safety Cans, Justrite ...................... 43
Scales, Even Balance ..................... 44
Scrapers, Ink .........................36-37
Scotch Hones ........................... 43
Scotch Tapes, 3-M ....................44-45
Scratch Pens, Knives ..................... 38

Page No.

Screen Tints ............................. 52
Scum Off ................................. J
Seamol .............................2-3-8
Sensitivity Guide, 21 Step................ 44
Cameraman's 12 Step................ 44
Separen Hand Cut Film ................. 50
Silverprint Paper ....................... 50
Slip-On Tubes, Dampener ............... 8
Snake Slips ............................. 43
Soapstone, French Chalk .............. 26
Sodium Bicarbonate ................... 27
Sodium Carbonate ..................... 27
Sodium Hydroxide ..................... 27
Sodium Hyposulfite ................... 27
Solvent Squirter ....................... 44
Spatulas, Ink .......................36-37
Speedol Press Kleen ................... 18
Sponges ............................... 45
Spray Bombs .................16-29-30-31
Spray Powder, Non-Offset .............. 23
Spray Solution, Non-Offset ............. 23
Squeegees ............................. 46
Staging Out Brushes ................... 32
Staticmaster Brush ....:............... 46
Statikil Spray ......................... 31
Steel Roller De-Oxidizer ............... 17
Steel Roller Copperizing Sol. ........... 17
Stewart Hygrometer ................... 36
Stimulator, Fountain Drier ............. 15
Streakless Gum Solution ............... 13
Stripping Knives ....................38-39
Sulphuric Acid ........................ 24
Surface Plate Chemicals ............11-12
Swabs, Deep Etch ..................... 46

## T

Talc, (French Chalk) ................... 26

Page No.

Tam-O-Shanter Hones ................. 43
Tannic Acid ........................... 24
Tannic Acid Etch .....................J.. 12
Tapes, 3-M .........................44-45
Tape Dispensers, 3-M .................. 45
Thread, Dampener Sewing ............. 34
Tinsel ................................. 46
Tongs, Print .......................... 52
Trays, Photo .......................... 52
Tri-Sodium Phosphate ................. 27
Tubes, Slip-On Dampener .............. 8
Turpentine ............................ 27
Typewash ............................. 19

## U-V

Ulano "Ruby Lith" Film ............... 50
Viewing Glass, Blue .................. 32

## W

Washout Solutions .................... 12
Water Roller Covering ................. 9
Webril Wipes ......................... 47
Wedges, Paper Pile ................... 42
Weldon Roberts Retouch Sticks ........ 43
Wetting Agent ........................ 23
Wipes, Cellulose ...................46-47
Cotton ............................ 47
Kimwipes ......................... 46
Litho ............................. 47
Webril ............................ 47

## X-Z

X-Acto Knives ......................... 38
Zinc Nitrate .......................... 27

PRODUCTS                    HANCO PRODUCTS                    G



# PHOTO MECHANICAL EQUIPMENT

The Handschy Chemical Co. invites you to take advantage of its experience in handling and expediting orders for Photo Mechanical and Press Accessory equipment. Descriptive literature and prices for the lines listed below will be furnished on request.



**Baldwin-Gegenheimer Corp.**
INK AGITATORS, PRESS WASHERS, WATER LEVELS

**W. A. Brown Manufacturing Co.**
CAMERAS, DARK ROOM SINKS, PLATE MAKING
EQUIPMENT, LAYOUT & VIEWING TABLES

**Craftsman Line-up Table Corp.**
LINE-UP & REGISTER TABLES

**Foster Manufacturing Company**
STEEL STORAGE CABINETS & DRAWERS

**Jomac, Inc.**
CLEANING & DRYING MACHINES
for DAMPENER ROLLERS

**Leedal, Inc.**
STAINLESS STEEL SINKS & MIXING TANKS
LAYOUT & VIEWING TABLES

**Nu Arc Company, Inc.**
ARC LAMPS, CAMERA LAMPS, PRINTING LAMPS
DARK ROOM SAFE LIGHTS
"FLIP TOP" PLATE MAKERS
REGISTER & LINE-UP TABLES

**Press Filter Co.**
EVER READY POWDER SPRAY GUNS

**Process Camera & Equipment, Inc.**
CLYDESDALE CAMERAS

Prices subject to change without notice.

H

**HANCO PRODUCTS**

CONFIDENTIAL



## ...AL EQUIPMENT

...o take advantage of its experience in han-
...echanical and Press Accessory equipment.
...es listed below will be furnished on request.



R LEVELS

Co.
...KING
;

...p.

...any

...XS

...LAMPS

...t, Inc.

...to change without notice.

...PRODUCTS

# NEW PRODUCTS

### MS-3664 Hanco Ruby Etch

One of the best general purpose fountain etches ever
developed, for regular and alcohol modified fountain
solution systems. Especially recommended for difficult
to run or sensitive inks that do not respond to other
fountain solutions, on all types of plates and presses.
Contains gum, but no chromates in any form.

| | | |
|---|---|---|
| 1X1 quart bottle | per qt. | 3.00 |
| 4X1 quart bottles | per qt. | 2.50 |
| 12X1 quart bottles | per qt. | 2.25 |
| 1X1 gal. bottle | per gal. | 6.50 |
| 4X1 gal. bottle | per gal. | 6.25 |
| 12X1 gal. bottle | per gal. | 6.00 |
| 32X1 gal. bottle | per gal. | 5.75 |
| 1X5 gallons | per gal. | 6.25 |
| 5X5 gallons | per gal. | 5.85 |
| 1X30 gal. drum | per gal. | 5.50 |



### MS-4091 Hanco Hydrolith Etch

A superior fountain etch formulated to maintain scum
free plates without harming image or plates. Using
Hanco Hydrolith Etch MS-4091 enables pressman to
maintain constant pH for better control.

| | | |
|---|---|---|
| 1 gallon bottles | per gal. | 6.50 |
| 4X1 gallon bottles | per gal. | 6.25 |
| 12x1 gallon bottles | per gal. | 6.00 |
| 1X5 gallon | per gal. | 6.25 |
| 1X30 gallon drum | per gal. | 5.75 |

### MS-3605 Scum Off

High quality plate etch developed for eliminating scum on aluminum plates. Works
wonders in cleaning non-image areas.

| | | |
|---|---|---|
| 1x1 quart bottle | per qt. | 2.00 |
| 4x1 quart bottles | per qt. | 1.50 |
| 12x1 quart bottles | per qt. | 1.30 |
| 1x1 gallon bottle | per gal. | 4.50 |
| 4x1 gallon bottles | per gal. | 3.75 |
| 12x1 gallon bottles | per gal. | 3.40 |

*Prices subject to change without notice.*



## HANCO PRODUCTS

J

CONFIDENTIAL

# NEW PRODUCTS

### MS-3613 Kleen Eze Washout Solution

Efficient agent for cleaning excess gum from both aluminum and zinc plates. Helpful in solving gum blinding problem on plates.

| | | |
|---|---|---|
| 1x1 quart bottle | per qt. | 3.25 |
| 4x1 quart bottles | per qt. | 2.25 |
| 12x1 quart bottles | per qt. | 2.00 |
| 1x1 gallon bottle | per gal. | 7.50 |
| 4x1 gallon bottles | per gal. | 6.75 |
| 12x1 gallon bottles | per gal. | 6.50 |

### MS-2573 No Scum

Ideal cleaner formulated for use on chrome plates.

| | | |
|---|---|---|
| 1x1 quart bottle | per qt. | 2.25 |
| 4x1 quart bottles | per qt. | 1.75 |
| 12x1 quart bottles | per qt. | 1.50 |
| 1x1 gallon bottle | per gal. | 5.00 |
| 4x1 gallon bottles | per gal. | 4.35 |
| 12x1 gallon bottles | per gal. | 4.00 |

### MS-4187 Blanket and Roller Cleaner

New formula. Medium fast drying cleaner. Efficient. Clear color. Moderately priced.

| | | |
|---|---|---|
| 1x1 gal. | per gal. | 2.85 |
| 6x1 gal. | per gal. | 2.60 |
| 1x5 gal. | per gal. | 2.35 |
| 5x5 gal. | per gal. | 2.15 |
| 1x54 gal. | per gal. | 1.90 |

*Prices subject to change—without notice.*

**HANCO PRODUCTS**

K

CONFIDENTIAL

H0001573



# OFFSET DUPLICATOR SUPPLIES

## HANCO DUPLICATOR CHEMICALS

### MS-158 Plate Etch

Green. For removing scum on metal plates and as a primary moistening agent for paper plates. Plastic bottles.

| | | |
|---|---|---|
| 1X1 quart bottles | per qt. | 2.00 |
| 12X1 quart bottles | per qt. | 1.75 |
| 1X1 gallon bottle | per gal. | 6.50 |
| 4X1 gallon bottles | per gal. | 6.25 |
| 12X1 gallon bottles | per gal. | 6.00 |

### MS-298 Fountain Solution

Green. Standard glycerine type. Slightly chromated. For metal or paper plates. Plastic bottles.

| | | |
|---|---|---|
| 1X1 quart bottles | per qt. | 2.00 |
| 12X1 quart bottles | per qt. | 1.75 |
| 1X1 gallon bottle | per gal. | 6.50 |
| 4X1 gallon bottles | per gal. | 6.25 |
| 12X1 gallon bottles | per gal. | 6.00 |

### MS-2020 Fountain Solution

High glycerine content. Contains no chromates. A superior fountain etch for use with Multilith, Davidson, A. B. Dick and other offset duplicators. Cleans and moistens metal and paper plates. Plastic bottles.



| | | |
|---|---|---|
| 1X1 quart bottles | per qt. | 2.25 |
| 12X1 quart bottles | per qt. | 2.00 |
| 1X1 gallon bottle | per gal. | 6.75 |
| 4X1 gallon bottles | per gal. | 6.50 |
| 12X1 gallon bottles | per gal. | 6.25 |

### MS-3300 Lo-Glis Fountain Solution

A superior fountain solution with low glycerine content for use with all offset duplicators. Contains no chromates.

| | | |
|---|---|---|
| 1X1 quart bottle | per qt. | 2.00 |
| 12X1 quart bottles | per qt. | 1.75 |
| 1X1 gallon bottle | per gal. | 6.50 |
| 4X1 gallon bottles | per gal. | 6.25 |
| 12X1 gallon bottles | per gal. | 6.00 |

### MS-3020 Gum Arabic Solution

Proper, smooth flowing viscosity for duplicator use. Filtered to remove all grit and foreign matter. Adequately preserved to stay fresh. Plastic bottles.

| | | |
|---|---|---|
| 1X1 quart bottles | per qt. | 1.65 |
| 12X1 quart bottles | per qt. | 1.40 |
| 1X1 gallon bottle | per gal. | 4.00 |
| 4X1 gallon bottles | per gal. | 3.50 |
| 12X1 gallon bottles | per gal. | 3.25 |

*Prices subject to change without notice.*

---

### ...t Solution

...t for cleaning excess gum from both alum-
...c plates. Helpful in solving gum blinding
...ates.

| | | |
|---|---|---|
| ...tle | per qt. | 3.25 |
| ...tles | per qt. | 2.25 |
| ...ttles | per qt. | 2.00 |
| ...ttle | per gal. | 7.50 |
| ...ttles | per gal. | 6.75 |
| ...ottles | per gal. | 6.50 |

...formulated for use on chrome plates.

| | | |
|---|---|---|
| ...ttle | per qt. | 2.25 |
| ...les | per qt. | 1.75 |
| ...ttles | per qt. | 1.50 |
| ...ttle | per gal. | 5.00 |
| ...ttles | per gal. | 4.35 |
| ...ottles | per gal. | 4.00 |

### ...· Cleaner

Medium fast drying cleaner. Efficient. Clear
...·ely priced.

| | | |
|---|---|---|
| | per gal. | 2.85 |
| | per gal. | 2.60 |
| | per gal. | 2.35 |
| | per gal. | 2.15 |
| | per gal. | 1.90 |

*change without notice.*

**PRODUCTS**


CONFIDENTIAL

H0001574



# OFFSET DUPLICATOR SUPPLIES

**CLEAN-UP SHEETS, Speedy Mat**

For quick cleaning of ink rollers without removing from press. Extra wet strength. Two sided. 50 sheets to a package.

| | | |
|---|---|---|
| Davidson 221, 251, 500 | straight edge ....................per pkg. | 4.10 |
| 233, 600, 700 | straight edge ....................per pkg. | 6.70 |
| Multilith 1250 | pin bar .........................per pkg. | 4.10 |
| | slotted (also used for serrated).....per pkg. | 4.10 |
| 1250-Wide, 1250-W | pin bar, straight edge, slotted......per pkg. | 5.05 |
| 1850 | pin bar .........................per pkg. | 6.70 |
| 2066 STD | pin bar, slotted..................per pkg. | 8.10 |
| Miehele 17 | pin bar .........................per pkg. | 8.70 |
| MGD-20 | straight edge ....................per pkg. | 8.10 |
| MGD-22 | straight edge ....................per pkg. | 12.60 |
| MGD-22½ | straight edge ....................per pkg. | 12.70 |

**COTTON PADS, HANCO**

4" x 4" double thickness, 100 pads in a package. 20 packages in a case.

per pkg. ....................................................................2.00
case lot, per pkg. ........................................................1.85

**DAMPENER ROLLER COVERS**
**Hanco or Duo-Life Molleton Sets**

Double weight molleton same as used on larger presses. Drawstrings at both ends. Individually packaged sets. 1 Form, 1 Ductor. All except Davidson include acetate sheet for easy slip-on.

| | | SETS | | FORM | DUCTOR |
|---|---|---|---|---|---|
| | | 1-11 | 12 or more | | |
| ATF-15 | Standard ................... | 3.00 | 2.75 | 1.75 | 1.50 |
| ATF-15 | Oversize ................... | 3.05 | 2.80 | 1.80 | 1.55 |
| ATF-17 | Ditto 217/1117 .............. | 3.05 | 2.80 | 1.80 | 1.55 |
| 221-251 | Davidson .................. | 2.90 | 2.65 | 1.70 | 1.45 |
| 233, 600, 700 | Davidson .................. | 4.35 | 4.10 | 2.60 | 2.05 |
| 500 | Davidson .................. | 3.05 | 2.80 | 1.80 | 1.55 |
| 1250 | Multilith .................. | 2.90 | 2.65 | 1.70 | 1.45 |
| 1250-W | Multilith .................. | 3.00 | 2.75 | 1.75 | 1.50 |
| 1850 | Multilith .................. | 4.35 | 4.10 | 2.60 | 2.05 |
| 2066 | Multilith L.D. & S.D. ......... | 4.70 | 4.45 | 2.75 | 2.20 |

**Jomac Seamol Sets**

Seamless covering with molleton type surface. 1 Form, 1 Ductor. Drawstrings at both ends. Packed in pliofilm bags with acetate sheet for easier application.

| | | | 12 or more | |
|---|---|---|---|---|
| Multilith 1250 Series ......................... | set | 2.85 | set | 2.60 |
| 1250-W Series ......................... | set | 3.00 | set | 2.75 |
| 1850 and 2000 Series ................... | set | 4.50 | set | 4.25 |
| Davidson #221 ............................. | set | 2.85 | set | 2.60 |
| #233, #600, #700 ................... | set | 4.10 | set | 3.85 |
| #500 ............................. | set | 3.00 | set | 2.75 |
| ATF-15 Standard ............................. | set | 2.85 | set | 2.60 |
| ATF-15 Oversize ............................. | set | 3.00 | set | 2.75 |
| ATF-17 ............................. | set | 3.00 | set | 2.75 |
| Special Set for Multilith 1250 only. | | | | 12 or more |
| 2 Form, 1 Ductor ............................. | set | 4.00 | set | 3.75 |

*Prices subject to change without notice.*

**HANCO PRODUCTS**

CONFIDENTIAL

H0001575



## R SUPPLIES

'or quick cleaning of ink rollers without
'emoving from press. Extra wet strength.
'wo sided. 50 sheets to a package.

| | | |
|---|---|---|
| ge | ............per pkg. | 4.10 |
| 2e | ............per pkg. | 6.70 |
| | ............per pkg. | 4.10 |
| ɔ used for serrated) | ............per pkg. | 4.10 |
| aight edge, slotted | ............per pkg. | 5.05 |
| | ............per pkg. | 6.70 |
| ıtted | ............per pkg. | 9.10 |
| | ............per pkg. | 6.70 |
| ɟe | ............per pkg. | 9.10 |
| ɟe | ............per pkg. | 12.60 |
| ɟe | ............per pkg. | 12.70 |

" x 4" double thickness, 100 pads in a
ackage. 20 packages in a case.

| | |
|---|---|
| | 2.00 |
| | 1.85 |

ouble weight molleton same as used on
ırger presses. Drawstrings at both ends.
ndividually packaged sets. 1 Form, 1 Ductor.
II except Davidson include acetate sheet
ɔr easy slip-on.

| | SETS | | FORM | DUCTOR |
|---|---|---|---|---|
| | 1-11 | 12 or more | | |
| ....3.00 | 2.75 | | 1.75 | 1.50 |
| ....3.05 | 2.80 | | 1.80 | 1.55 |
| ....3.05 | 2.80 | | 1.80 | 1.55 |
| ...2.90 | 2.65 | | 1.70 | 1.45 |
| ...4.35 | 4.10 | | 2.60 | 2.05 |
| ....3.05 | 2.80 | | 1.80 | 1.55 |
| ...2.90 | 2.65 | | 1.70 | 1.45 |
| ....3.00 | 2.75 | | 1.75 | 1.50 |
| ....4.35 | 4.10 | | 2.60 | 2.05 |
| ....4.70 | 4.45 | | 2.75 | 2.20 |

ırface. 1 Form, 1 Ductor. Drawstrings at
ɔcetate sheet for easier application.

| | | | 12 or more | |
|---|---|---|---|---|
| ..........set | 2.85 | set | 2.60 | |
| ..........set | 3.00 | set | 2.75 | |
| ..........set | 4.50 | set | 4.25 | |
| ..........set | 2.85 | set | 2.60 | |
| ..........set | 4.10 | set | 3.85 | |
| ..........set | 3.00 | set | 2.75 | |
| ..........set | 2.85 | set | 2.60 | |
| ..........set | 3.00 | set | 2.75 | |
| ..........set | 3.00 | set | 2.75 | |
| | | | 12 or more | |
| ..........set | 4.00 | set | 3.75 | |

*change without notice.*

**PRODUCTS**

## OFFSET DUPLICATOR SUPPLIES

### Jomac Seamol Single Sleeves

Seamless molleton type surface. Drawstrings at both ends.

| | | FORM | | DUCTOR | |
|---|---|---|---|---|---|
| | | 1-11 | 12 or more | 1-11 | 12 or more |
| Multilith 1250 Series | each | 1.70 | 1.55 | 1.45 | 1.25 |
| 1250-W Series | each | 1.80 | 1.75 | 1.50 | 1.30 |
| 2000 Series | each | 2.95 | 2.80 | 2.20 | 2.00 |
| Davidson #221 | each | 1.70 | 1.55 | 1.45 | 1.25 |
| #233, #600, #700 | each | 2.60 | 2.75 | 2.10 | 1.90 |
| #500 | each | 1.75 | 1.60 | 1.50 | 1.30 |
| ATF Chief #15 | each | 1.70 | 1.55 | 1.45 | 1.25 |
| Chief #15 Oversize | each | 1.90 | 1.75 | 1.50 | 1.30 |
| Chief #17, Ditto 217 | each | 1.75 | 1.60 | 1.50 | 1.30 |

### Kendall Hyton Dampener Covers

One size fits all 10" duplicators. Lintless, no seams. No cutting, no tie strings, no
sewing. Permanently adjusts itself to roller when wetted.

For use on Standard 10" Duplicator Presses

| | | | | 6 or more |
|---|---|---|---|---|
| F2-D-2 | Sets | ......................... | set 4.30 | set 4.05 |
| F2 | Form | ......................... | each 2.50 | each 2.35 |
| D2 | Ductor | ......................... | each 2.10 | each 2.00 |
| FS-2011 | Super cover (3/set) | ......................... | set 5.90 | set 5.65 |

For use on Davidson 233, 600, 700 Multilith 1850

| | | | | |
|---|---|---|---|---|
| F-2018 | Form | .........................each 3.45 | | each 3.25 |
| D-2017 | Ductor | .........................each 3.30 | | each 3.15 |
| FS-4401 | Super cover (3/set) | ............... set 9.50 | | set 9.25 |

### 3M Dampening Rollers & Sleeves

3M's "Miracle Fibre" sleeve cylinder is a new concept in duplicator dampening.

| | | SLEEVE NO. | 6 PER PKG. |
|---|---|---|---|
| 1250 Multilith | ....................................... | 20511 | each 4.70 |
| 1250 W Multilith | ....................................... | 20512 | each 5.00 |
| 1850 Multilith | ....................................... | 20519 | each 6.55 |
| 2066 Multilith | ....................................... | 28522 | each 8.55 |
| Davidson 221, 241, 251, 500 | ....................... | 23011 | each 4.70 |
| Davidson 233, 700 | ............................... | 23019 | each 6.55 |
| ATF Chief 15 | ....................................... | 22211 | each 4.70 |
| ATF Chief 17 | ....................................... | 22212 | each 5.00 |
| ATF Chief 17 | ....................................... | 21014 | each 5.15 |

### Presensitized Plates, Duplicator Sizes

All types of Enco and 3M presensitized plates are available. Current price lists
available on request.

*Prices subject to change without notice.*



**HANCO PRODUCTS**

3



CONFIDENTIAL

H0001576

# OFFSET DUPLICATOR SUPPLIES

## BLANKETS, HANCO OFFSET

HANCO GREEN—Standard, all purpose blanket for offset duplicators. Smooth, non-porous surface. Resistant to harsh blanket washes. 3 ply, .065 thick.

| PRESS | BLANKET SIZE | | | |
|---|---|---|---|---|
| ATF | AROUND | ACROSS | | PRICE |
| Chief 15 | 15 | 10 | Punched | 5.75 |
| Chief 17 | 18¼ | 10½ | Punched | 7.90 |
| **DAVIDSON** | | | | |
| 221—251 Standard Drum | 15¼ | 10 | Punched | 5.75 |
| 221—251 Long Drum | 16 | 10 | Punched | 6.25 |
| 500 Dualith | 16 | 10 | Punched | 6.25 |
| 241-W | 17⅞ | 10⅞ | Punched | 7.40 |
| 233—700 | 16 | 17¼ | Punched | 8.85 |
| 600 | 13⅝ | 17¼ | Punched | 7.60 |
| **DIDDE-GLASER** | | | | |
| Tandemer, 2-ply .050 | 9½ | 13½ | | 5.25 |
| **MGD** | | | | |
| 17 Lithoprint | 16¼ | 17¾ | Punched | 8.80 |
| M-20 | 15⅛ | 20½ | Punched | 8.85 |
| M-22 To Serial No. 1305 | 18¾ | 22 | Punched | 11.00 |
| M-22 Serial No. 1306/Up | 18¾ | 22⅜ | Punched | 11.00 |
| **MULTILITH** | | | | |
| 1250 | 15¼ | 10½ | Scalloped | 5.75 |
| 2550—2575 | 15¼ | 10½ | Scalloped | 5.75 |
| 1250 Long Drum | 16½ | 10 | Scalloped | 6.25 |
| 1250-W | 18½ | 10⅝ | Punched | 7.40 |
| 2066 Standard Drum | 15½ | 20½ | Scalloped | 9.85 |
| 2066 Long Drum | 19⅛ | 20½ | Scalloped | 13.00 |
| 2024-1 | 25¼ | 20½ | Punched | 15.65 |

## MASKING SHEETS—HANCO

Accurately scaled. Neatly Printed.

| | Per 100 | Per 1000 |
|---|---|---|
| 10" x 16" | 4.00 | 36.00 |

## MASKING SHEETS—DIMASK

| | | | |
|---|---|---|---|
| 10¼" x 15½" | (1250 M.L., 221 D.D., AB DICK 350, ATF 15) | 5.30 | 42.50 |
| 10¼" x 15½" | (3-M Slotted Plates) | 5.40 | 49.50 |
| 10" x 16" | (241, 251, 500 Davidson) | 5.45 | 44.00 |
| 13¾" x 17¾" | (600 Davidson) | 8.85 | — |
| 16¼" x 17⅞" | (233, 700 Davidson) | 8.05 | — |
| 11½" x 18" | (1250-W Multilith, ATF 17) | 8.95 | — |
| 15½" x 18¼" | (1850 Multilith) | 8.05 | — |
| 11" x 18⅝" | (AB Dick 360) | 6.95 | — |
| 17¾" x 14¾" | (Miehle 17) | 8.05 | — |
| 15¾" x 20¼" | (MGD 20) | 9.00 | — |
| 19¾" x 23" | (MGD 22-22½) | 13.00 | — |

*Prices subject to change without notice.*



4

**HANCO PRODUCTS**

CONFIDENTIAL

H0001577



## OR SUPPLIES

anket for offset duplicators. Smooth, non-
set washes. 3 ply, .065 thick.

### BLANKET SIZE

| IND | ACROSS | | PRICE |
|---|---|---|---|
| | 10 | Punched | 5.75 |
| ⁵⁄₁₆ | 10½ | Punched | 7.90 |
| | | | |
| ¼ | 10 | Punched | 5.75 |
| | 10 | Punched | 6.25 |
| | 10 | Punched | 6.25 |
| ¹³⁄₁₆ | 10⅞ | Punched | 7.40 |
| | 17¼ | Punched | 6.85 |
| ⅝₆ | 17¾ | Punched | 7.60 |
| | | | |
| ½ | 13½ | | 5.25 |
| | | | |
| ¼ | 17¾ | Punched | 8.80 |
| ¹⁵⁄₁₆ | 20¼ | Punched | 9.85 |
| ¼ | 22 | Punched | 11.00 |
| ¼ | 22¾ | Punched | 11.00 |
| | | | |
| ¼ | 10¼ | Scalloped | 5.75 |
| ⅝ | 10⅜ | Scalloped | 5.75 |
| ⅝ | 10 | Scalloped | 6.25 |
| ⅛ | 10⅜ | Punched | 7.40 |
| ½ | 20½ | Scalloped | 9.85 |
| ⅝₆ | 20½ | Scalloped | 13.00 |
| ¼ | 20½ | Punched | 15.65 |

| | Per | Per |
|---|---|---|
| | 100 | 1000 |
| | 4.00 | 36.00 |

| | | |
|---|---|---|
| 9 DICK 350, ATF 15)..5.30 | 42.50 |
| .................5.40 | 49.50 |
| ).................5.45 | 44.00 |
| .................8.85 | — |
| .................8.05 | — |
| .7).................6.95 | — |
| .................8.05 | — |
| .................6.95 | — |
| .................6.05 | — |
| .................9.00 | — |
| .................13.00 | — |

o change without notice.

### PRODUCTS

---

## HANCO OFFSET BLANKETS

### BLANKETS, HANCO OFFSET

HANCO offset blankets are designed to produce the finest of finished work in
offset printing or metal decorating. They are accurate to within .001 inch from
standard, 3 or 4 ply construction and available in 3 colors each having a special
significance as to its use.

**GREEN**—Standard, for general press work. Smooth, non-porous surface.

**BLUE**—Ideal for sheet fed presses operating at high speeds with quick-set and
heat-set inks. Slightly hard surface.

**BLACK**—Especially designed for heatset inks. Primarily for web fed rotary presses.

**ORANGE**—Hardest offset blanket offered. Suggested only where special problems of
tack, sheet release or cutting must be overcome.

NOTE: New blankets have a protective coating which should be removed before
using. After blanket has been mounted on press, wash thoroughly with a good
solvent. Best results are obtained by sprinkling a small amount of fine pumice
on solvent- wetted rag.

| PRESS | SHEET SIZE | BLANKET SIZE AROUND | ACROSS | PRICE 3 PLY |
|---|---|---|---|---|
| **HARRIS** | | | | |
| LUH | 14 x 20 | 21 | 20½ Punched | 10.25 |
| LSB-LTV-LTG | 17 x 22 | 23¾ | 23   Punched | 13.05 |
| *LTE | 20 x 22 | 26¼ | 23   Punched | 14.60 |
| *LUS | 20 x 26 | 26⅞ | 26   Punched | 18.75 |
| *LUS | 23 x 26 | 28½ | 26   Punched | 17.70 |
| LSN | 21 x 28 | 26½ | 30   Punched | 18.95 |
| LTC No. 128 | 21 x 28 | 28 | 30   Punched | 20.15 |
| LTW-128A | 21 x 28 | 29¼ | 30   Punched | 21.10 |
| LXB | 23 x 30 | 29¼ | 30   Punched | 21.10 |
| EL No. 31 | 22 x 34 | 29¼ | 36   Punched | 25.15 |
| LTP-LTN | 22 x 34 | 29½ | 36   Punched | 25.45 |
| LUM | 25¾ x 38½ | 31 | 38½ Punched | 28.55 |
| LSS-LST-LUD-LUE | 35 x 45 | 45 | 48½ | 52.10 |
| GT-HT-JT-LB | 38 x 52 | 51 | 54¼ | 66.35 |
| LSJ-LSK-LSL-LSM | 42 x 58 | 52¼ | 59½ | 74.40 |
| LTK-LTL-LTM-LUF | 42 x 58 | 52¼ | 59½ | 74.40 |
| LVB | 43 x 60 | 52¼ | 60½ | 75.55 |

| CONSOLIDATED INTERNATIONAL — HCM (Color Metal) | | | | 4-PLY |
|---|---|---|---|---|
| Pearl "24" | 18¼ x 24¾ | 29½ | 25¼ | 19.75 |
| Pearl "25" | 19 x 25 | 29½ | 25¼ | 19.75 |

*Asterisk denotes presses where there are more than one size of blanket in use.

NOTE: HANCO blankets are available in all sizes for all presses. Please request
prices on those not listed.

Prices subject to change without notice.



### HANCO PRODUCTS

5

CONFIDENTIAL

H0001578



# HANCO OFFSET BLANKETS

## BLANKETS, HANCO OFFSET

| PRESS | SHEET SIZE | BLANKET SIZE AROUND | ACROSS | PRICE 3 PLY |
|---|---|---|---|---|
| **ATF—MANN—WEBENDORFER** | | | | |
| Chief | | 15 | 10   Punched | 5.75 |
| Green Hornet | 17½ Web | 12⅝ | 17½ on Bars | 8.50 |
| Little Chief 20 | 14 x 20 | 16 | 20   Punched | 7.75 |
| Little Chief 20 | 14 x 20 | 16 | 20½ Punched | 7.80 |
| Chief 22 | 17½ x 22½ | 22 | 22¾ Punched | 12.10 |
| Chief  24  (Swedish) | 17¾ x 24½ | 21½ | 24⅝ Punched | 12.75 |
| Chief 29 | 23 x 29 | 27 | 28¾ Punched | 18.60 |
| Chief 29A | 23 x 29 | 27 | 29¼ Punched | 18.95 |
| | | | | |
| **MIEHLE** | | | | |
| *25 | 19½ x 25½ | 29 | 28⅜ | 18.55 |
| 29 | 23 x 29 | 30⅝ | 31½ | 22.95 |
| *36 | 23 x 36 | 30⅝ | 36½ | 28.35 |
| *38 | 25½ x 38 | 32⅞ | 39⅛ | 30.70 |
| | | | | |
| **ROYAL ZENITH** | | | | |
| 25 (top)   3 ply | 19 x 25½ | 31 | 26½ Punched | 19.95 |
| (top)   4 ply | | 31 | 26½ Punched | 21.45 |
| (bottom) 3 ply | | 22 | 26½ | 13.95 |
| 29 (top)   3 ply | | 37 | 31   Punched | 27.60 |
| (top)   4 ply | | 37 | 31   Punched | 30.30 |
| (bottom) 3 ply | | 27 | 30½ | 19.85 |
| 30 (top)   3 ply | 23 x 30 | 33½ | 31   Punched | 24.80 |
| (top)   4 ply | | 33½ | 31   Punched | 27.20 |
| (bottom) 3 ply | | 26½ | 30½ | 19.25 |

*Asterisk denotes presses where there are more than one size of blanket in use.

### 3-M BLANKETS (Waffle Pattern Base)

Medium hard blanket recommended for half tone and line reproduction on a wide range of common duplicator stocks.

| PRESS | BLANKET SIZE AROUND | ACROSS | PRICE |
|---|---|---|---|
| Multilith #1250 | 15⅝ | 10⅛ Serr. | each  8.00 |
| #1250-W | 18¹⁵⁄₁₆ | 10⅝ Punched | each  9.70 |
| Davidson #221-#251 | 15½ | 10⅛ Punched | each  8.00 |
| #233-#700 | 16⅝ | 17¼ Punched | each 13.40 |
| ATF Chief #15 | 15⅜ | 10⅛ Punched | each  8.00 |

*Prices subject to change without notice.*



6                    **HANCO PRODUCTS**



## ANKETS

| BLANKET SIZE | | | PRICE |
|---|---|---|---|
| AROUND | ACROSS | | 3 PLY |
| 15 | 10 | Punched | 5.75 |
| 12⅞ | 17½ | on Bars | 8.50 |
| 16 | 20 | Punched | 7.75 |
| 16 | 20½ | Punched | 7.80 |
| ½ 22 | 22¾ | Punched | 12.10 |
| ½ 21¹¹⁄₂ | 24⅞ | Punched | 12.75 |
| 27 | 28¾ | Punched | 18.60 |
| 27 | 29¼ | Punched | 18.95 |
| 2 29 | 28⅞ | | 19.55 |
| 30¾ | 31½ | | 22.95 |
| 30¾ | 36½ | | 26.35 |
| 32⅞ | 39½ | | 30.70 |
| 31 | 26½ | Punched | 19.95 |
| 31 | 26½ | Punched | 21.45 |
| 22 | 26½ | | 13.95 |
| 37 | 31 | Punched | 27.60 |
| 37 | 31 | Punched | 30.30 |
| 27 | 30½ | | 19.85 |
| 33½ | 31 | Punched | 24.80 |
| 33½ | 31 | Punched | 27.20 |
| 26½ | 30½ | | 19.25 |

ure more than one size of blanket in use.

alf tone and line reproduction on a wide

ET SIZE

| ACROSS | | PRICE |
|---|---|---|
| 10¾ Serr. | each | 8.00 |
| 10¾ Punched | each | 9.70 |
| 10¾ Punched | each | 8.00 |
| 17¾ Punched | each | 13.40 |
| 10¾ Punched | each | 8.00 |

change without notice.

PRODUCTS

## DAMPENER ROLLER COVERING

### Hy-Ton Dampener Cover

| For Use On: | | | 25-yd. Roll |
|---|---|---|---|
| 1⅞" to 2½" | Finished Diameter Roller........Size 33 | Per Yard | 3.00 |
| 2½" to 3¾" | Finished Diameter Roller........Size 43 | Per Yard | 3.75 |
| 3¾" to 4" | Finished Diameter Roller........Size 53 | Per Yard | 4.50 |
| 4" to 5" | Finished Diameter Roller........Size 63 | Per Yard | 4.75 |

### Jomac A-Tex

Seamless knitted tubing for top cover on dampener rollers. Thousands of small loops mesh together to give dampener roller proper amount of cushion. Use Jomac D-Tex for undercovering.

25 yard rolls. No cut lengths. See note below.

| Finished Diameter of Roller | | 25 yd. Roll Per Yard |
|---|---|---|
| Under ¾" (Multilith)............LL-15 | | 1.85 |
| ¾" to 1"......................LL-25 | | 1.85 |
| 1¼" to 1½"...................LL-50 | | 1.65 |
| 1¾" to 2"....................LL-75 | | 1.80 |
| 2¼" ........................LL-100 | | 1.90 |
| 2½" ........................LL-150 | | 2.00 |
| 2½" to 3"...................LL-200 | | 2.10 |

| Abbreviation LL indicates Long Loop | |
|---|---|
| 1¼" to 1¾" .................No. 0 | 1.70 |
| 2" to 2½"...................No. 1 | 1.85 |
| 2½" ........................No. 150 | 2.00 |
| 2½" to 3"...................No. 2 | 2.10 |
| 3¼" ........................No. 250 | 2.30 |
| 3½" to 3¼".................No. 3 | 2.30 |
| 3⅞" ........................No. 35 | 2.55 |
| 4" to 4½"...................No. 4 | 2.55 |
| 4½" to 5"...................No. 5 | 2.65 |
| 5½" to 6"...................No. 6 | 2.80 |

### Jomac D-Tex

Seamless semi-absorbent circular sleeve used as undercover on dampener rollers. Eliminates problem of stitches pulling or rotting out. Not to be used for building up rollers.

25 yard rolls. No cut lengths. See note below.

| Finished Diameter of Roller Including top cover | Size | Per Yard 25 yd. Roll |
|---|---|---|
| ¾" to 1"......................#00 | | 1.40 |
| 1¼" to 2".....................#0 | | 1.45 |
| 2¼" to 2½"....................#50 | | 1.80 |
| 2½" to 3".....................#1 | | 1.65 |
| 3" to 3¾".....................#2 | | 1.75 |
| 4" to 4½".....................#3 | | 1.95 |
| 4½" to 5".....................#4 | | 2.10 |
| 4¾" to 5¼"....................#5 | | 2.65 |
| 5¼" to 6".....................#6 | | 2.80 |

NOTE: All A-Tex and D-Tex are available as pre-cut covers. Specify press, size and model, when ordering. Allow time for delivery.

*Prices subject to change without notice.*

HANCO PRODUCTS

7

CONFIDENTIAL

H0001580

# DAMPENER ROLLER COVERING

## Jomac Flanol

Seamless all-wool undercover. More cushion, more resilience. Greater build-up with fewer layers. Gives better uniformity of moisture transfer.

25 yard rolls. No cut lengths. See note below.

## Jomac Seamol

Seamless white outer cover with molleton type surface. Stretch-tested for perfect fit. No wrinkling or bunching up. Lint free. No seams insure better reproduction and longer plate life. Excellent moisture control.

25 yard rolls. No cut lengths. See note below.

| Finished Roll Diameter | Use Seamol Size | Seamol 25 yd. Roll per Yard | Use Flanol Size | Flanol 25 yd. Roll per Yard |
|---|---|---|---|---|
| 1½" | J | 1.80 | 15 | 1.95 |
| 1¾". | H | 2.00 | 2 | 2.05 |
| 2" | H or G | | 2 | 2.05 |
| 2¼" | G | 2.10 | 25 | 2.10 |
| 2½" | F | 2.20 | 25 | 2.10 |
| 2¾" | E | 2.30 | 3 | 2.25 |
| 3" | E or D | | 3 | 2.25 |
| 3¼" | D | 2.50 | 35 | 2.35 |
| 3½" | D-S | 2.60 | 35 | 2.35 |
| 3¾" | D-S or C | | 35 | 2.35 |
| 4" | C | 2.70 | 4 | 2.55 |
| 4¼" to 4¾" | B | 3.00 | 45 | 3.00 |

NOTE: Pre-cut Flanol and Seamol covers are available. Specify press, size and model, when ordering. Allow time for delivery.

## Slip-On Tubes. For Roller Coverings.

Easy method for applying Seamol, Flanol and other seamless roller covers. Will withstand rough handling without distortion or breaking. Made from phenol laminate with very smooth inner and outer surface that will not damage fabrics.

| Finished Roll Dia. | Tube No. | Each | Finished Roll Dia. | Tube No. | Each |
|---|---|---|---|---|---|
| 1½" | 15 | 3.75 | 3" | 3 | 4.75 |
| 1¾" | 175 | 3.75 | 3¼" | 325 | 4.85 |
| 2" | 2 | 3.75 | 3½" | 35 | 4.90 |
| 2¼" | 225 | 4.05 | 3¾" | 375 | 6.25 |
| 2½" | 25 | 4.05 | 4" | 4 | 6.25 |
| 2¾" | 275 | 4.35 | 4¼" | 425 | 6.25 |

*Prices subject to change without notice.*

8

**HANCO PRODUCTS**



## ₹ COVERING

:ushion, more resilience. Greater build-up
y of moisture transfer.
elow.

ton type surface. Stretch-tested for perfect
free. No seams insure better reproduction
e control.
elow.

| Seamol 25 yd. Roll per Yard | Use Flanol Size | Flanol 25 yd. Roll per Yard |
|---|---|---|
| 1.80 | 15 | 1.95 |
| 2.00 | 2 | 2.05 |
|  | 2 | 2.05 |
| 2.10 | 25 | 2.10 |
| 2.20 | 25 | 2.10 |
| 2.30 | 3 | 2.25 |
|  | 3 | 2.25 |
| 2.50 | 35 | 2.35 |
| 2.60 | 35 | 2.35 |
|  | 35 | 2.35 |
| 2.70 | 4 | 2.55 |
| 3.00 | 45 | 3.00 |

are available. Specify press, size and model,

s.

ol and other seamless roller covers. Will
tion or breaking. Made from phenol lami-
rface that will not damage fabrics.

| Finished Roll Dia. | Tube No. | Each |
|---|---|---|
| 3″ | 3 | 4.35 |
| 3¼″ | 325 | 4.85 |
| 3½″ | 35 | 4.90 |
| 3¾″ | 375 | 6.25 |
| 4″ | 4 | 6.25 |
| 4¼″ | 425 | 6.25 |

o change without notice.

### PRODUCTS

---

## DAMPENER ROLLER COVERING

### Jomac Build-Up

Thin seamless tubing for filling out dampener rollers to desired diameter. Approxi-
mately ¼″ build-up per layer.

| Number | Finished Diameter of Roller | Size-Flat | Price per Foot Cut Lengths | 75 Ft. Roll |
|---|---|---|---|---|
| 1005 | 1″ to 1¼″ | 1¼″ | .35 | .29 |
| 1010 | 1⅜″ to 1⅝″ | 1¾″ | .35 | .29 |
| 1015 | 1¾″ to 2″ | 2¼″ | .35 | .30 |
| 1020 | 2⅛″ to 2⅜″ | 2½″ | .38 | .31 |
| 1025 | 2½″ to 2¾″ | 2⅞″ | .36 | .31 |
| 1030 | 2⅞″ to 3″ | 3¼″ | .38 | .31 |
| 1035 | 3¼″ to 3¼″ | 3¾″ | .37 | .32 |
| 1040 | 3⅜″ to 3½″ | 4¼″ | .37 | .32 |
| 1045 | 3¾″ to 4″ | 4⅝″ | .42 | .37 |

### Jomac J-Knit

Lightweight, absorbent dampener cover. Easily installed over rollers, or even over
other Molleton covers. So economical it is practical to discard it rather than to wash
it. Available in two sizes—Small for rollers up to 2¼ inches diameter—Large for
rollers of greater diameter.

| | | 25 yard roll | |
|---|---|---|---|
| Small | 1″ to 2¼″ | Per Yard | 1.20 |
| Large | 2½″ to 4¼″ | Per Yard | 1.20 |

### Jomac Web-Mol

Thicker longer lasting seamless knit roller covering designed for web-fed presses.
Molleton type surface. Available in rolls or pre-cut covers. Specify press, size and
model when ordering. Allow time for delivery.

### Water Roller Covering

Woven seamless. Will shrink to fit roller when wetted. Send sample of what you
are using for close match. Rolls average 25 yards.

| | Diameter | Size-Flat | | Rolls | Cut Length |
|---|---|---|---|---|---|
| 193 Linen, lightweight | 2½″ | 4″ | per yd. | 1.55 | 1.70 |
| | 2¾″ | 4½″ | per yd. | 1.55 | 1.70 |
| | 3″ | 4¾″ | per yd. | 1.55 | 1.70 |
| | 3″ | 4⅞″ | per yd. | 1.55 | 1.70 |
| | 3″ | 5″ | per yd. | 1.55 | 1.70 |
| | 3½″ | 5½″ | per yd. | 1.55 | 1.70 |
| | 4″ | 6¼″ | per yd. | 1.75 | 1.95 |
| 192 Duck, lightweight | 4″ | 6¼″ | per yd. | 1.75 | 1.95 |
| 192H Duck, Heavy | 4″ | 6¼″ | per yd. | 1.80 | 2.00 |

*Prices subject to change without notice.*

### HANCO PRODUCTS

9



MS-448 CELLULOSE GUM.

## CHEMICALS    !Quality Controlled

### HANCO DEEP ETCH CHEMICALS

#### No. 1 Deep Etch Coating



"Quality Controlled" for viscosity, sensitivity and solids content. Smooth spreading low viscosity coating that gives true reproduction of tone values. Filtered free of all foreign material.

MS-1203 Dye added.
MS-1359 No dye added.

| | | |
|---|---|---|
| 1X1 gallon bottle................per gal. | 5.00 |
| 12X1 gallon bottles..............per gal. | 4.00 |

### MS-519 No. 2 Deep Etch Developer

Stabilized for all humidity and temperature conditions.

| | |
|---|---|
| 1X1 gallon bottle................per gal. | 4.25 |
| 12X1 gallon bottles..............per gal. | 3.75 |

### MS-516 No. 3 Etch For Deep Etch (Zinc)

Dependable, smooth etching at all times.

| | |
|---|---|
| 1X1 gallon bottle................per gal. | 4.00 |
| 12X1 gallon bottles..............per gal. | 3.25 |

### MS-556 No. 3 Iron Chloride Etch For Deep Etch (Aluminum)

For all aluminum deep etching whether plate is to be copperized or not.

| | |
|---|---|
| 1X1 gallon bottle................per gal. | 4.75 |
| 12X1 gallon bottles..............per gal. | 4.00 |

NOTE: Deep Etch Coating, Developer and Etch may be combined for 12 gallon price.

### MS-2251 Copperizing Solution For Deep Etch Aluminum Plates

For chemically depositing a layer of copper on image areas of deep etch aluminum plates improving impressions and prolonging plate life.

| | |
|---|---|
| 1X1 gallon bottle................per gal. | 7.00 |
| 4X1 gallon bottles...............per gal. | 6.75 |
| 12X1 gallon bottles..............per gal. | 6.50 |

### MS-1870 Red. Hanco Fast Drying Deep Etch "V" Lacquer

Non-blinding type. Thin body. Easy flow. Spreads quickly and evenly over any size plate. Dries rapidly after application. Tough acid resistant vinyl film insures long plate life.

| | |
|---|---|
| quart can......................per qt. | 4.75 |
| 4X1 quarts.....................per qt. | 4.50 |
| 12X1 quarts....................per qt. | 4.35 |

*Prices subject to change without notice.*



10

**HANCO PRODUCTS**

CONFIDENTIAL

H0001583



M.

ity Controlled

Quality Controlled **CHEMICALS**

## DEEP ETCH CHEMICALS

### Deep Etch Coating

Controlled" for viscosity, sensitivity and
ent. Smooth spreading low viscosity coating
true reproduction of tone values. Filtered
foreign material.

ye added.
o dye added.

| | | |
|---|---|---|
| bottle...............per gal. | 5.00 |
| n bottles.............per gal. | 4.00 |

### veloper

ture conditions.

| | | |
|---|---|---|
| bottle...............per gal. | 4.25 |
| m bottles.............per gal. | 3.75 |

### Etch (Zinc)

s.

| | | |
|---|---|---|
| bottle...............per gal. | 4.00 |
| n bottles.............per gal. | 3.25 |

### Etch For Deep Etch (Aluminum)

r plate is to be copperized or not.

| | | |
|---|---|---|
| bottle...............per gal. | 4.75 |
| m bottles.............per gal. | 4.00 |

Etch may be combined for 12 gallon price.

### ion For Deep Etch Aluminum

per on image areas of deep etch aluminum
onging plate life.

| | | |
|---|---|---|
| bottle..............per gal. | 7.00 |
| bottles.............per gal. | 6.75 |
| n bottles.............per gal. | 6.50 |

### rying Deep Etch "V" Lacquer

. Spreads quickly and evenly over any size
ough acid resistant vinyl film insures long

| | | |
|---|---|---|
| ...................per qt. | 4.75 |
| ...................per qt. | 4.50 |
| ...................per qt. | 4.35 |

change without notice.

## HANCO PLATE CHEMICALS

### Hanco Deep Etch Developing Inks

Black image inks of highest quality, viscosity controlled, easily applied, oil and
acid resistant. Packed in convenient tip-resistant, center spout, round cans.

MS-228 Medium body.      MS-329 Medium heavy.      MS-2261 Extra heavy.

| | | |
|---|---|---|
| quart can.......................per qt. | 3.50 |
| 4X1 quart.......................per qt. | 3.00 |

### MS-933 Plasaver (An Image Restorer For Deep Etch or Surface Plates)



Plasaver is used primarily to bring back an image on
a plate that is considered blind. Through its use a
plate may be saved to finish its run. This is applicable
to both deep etch and surface plates.

It is also used extensively as a base to fortify the
image on new plates including those that are presen-
sitized. This is accomplished by gumming up the plate
after which Plasaver is applied as a lacquer.

| | | |
|---|---|---|
| pint bottle ....................per pt. | 3.15 |
| 12X1 pint.....................per pt. | 2.60 |

### BK-907 Hanco Surface Plate Developing Ink

For surface plates. Easily applied. Strong black image. Packed in convenient
tip-resistant, center spout, round cans.

| | | |
|---|---|---|
| quart can.......................per qt. | 3.00 |
| gallon (4X1 quart)........ ......per gal. | 10.00 |

### MS-1107 Special Deep Etch Alcohol Solvent.

A mixture of anhydrous solvents with added power to easily remove difficult
staging out lacquers. 99% water free.

| | | |
|---|---|---|
| gallon can....................per gal. | 2.25 |
| 6X1 gallon...................per gal. | 2.00 |
| 1X5 gallon drum..............per gal. | 1.80 |
| 5X5 gallon drums.............per gal. | 1.70 |
| 1X54 gallon drum..............per gal. | 1.50 |

### X-1644 Anhydrosol "E". 99% Water Free

Denatured ethyl alcohol compound commonly used for deep etch work. Pleasant
odor.

| | | |
|---|---|---|
| gallon can....................per gal. | 2.25 |
| 6X1 gallon...................per gal. | 2.00 |
| 1X5 gallon drum..............per gal. | 1.75 |
| 5X5 gallon drums.............per gal. | 1.80 |
| 1X54 gallon drum..............per gal. | 1.50 |

*Prices subject to change without notice.*

PRODUCTS

HANCO PRODUCTS

11

CONFIDENTIAL

H0001584



# CHEMICALS   Quality Controlled

## HANCO PLATE CHEMICALS
### MS-897 Hanco Asphaltum Base

An all purpose asphaltum thinned for immediate use. Excellent as an image base before application of developing ink, for washing out plates, and as a protective coating for stored plates.

| | | |
|---|---|---|
| quart can......................per qt. | | 2.00 |
| gallon can......................per gal. | | 5.25 |
| 6X1 gallon......................per gal. | | 4.75 |
| 1X5 gallons......................per gal. | | 4.75 |
| 5X5 gallons......................per gal. | | 4.50 |
| 1X30 gallons......................per gal. | | 4.30 |
| 1X54 gallons......................per gal. | | 4.20 |

### X-1201 Asphaltum, Heavy Black

Top lithographic grade. May be thinned with turpentine or Hanco Lithotine.

| | | |
|---|---|---|
| gallon can......................per gal. | | 4.50 |
| 6X1 gallon......................per gal. | | 4.25 |

### MS-810 Special Washout Solution

Transparent Red. Asphaltum free. For deeper solvent penetration and better results.

| | | |
|---|---|---|
| quart can......................per qt. | | 1.50 |
| gallon can......................per gal. | | 4.50 |
| 6X1 gallon......................per gal. | | 4.25 |
| 12X1 gallon......................per gal. | | 4.00 |

### MS-152 Washout Solution

A superior asphaltum solution ready for instant use. Produces a stronger image and better ink receptivity. Gives excellent protection for stored plates.

| | | |
|---|---|---|
| quart can......................per qt. | | 1.50 |
| gallon can......................per gal. | | 5.00 |
| 6X1 gallon......................per gal. | | 4.50 |
| 12X1 gallon......................per gal. | | 4.25 |

### MS-214 Hanco Plate Etch (Tannic Acid Type)

An extremely popular plate etch. A 3-purpose solution suitable for fountain, plate etching and gumming up plates. Contains no chromates in any form.

| | | |
|---|---|---|
| 1X1 quart bottle................per qt. | | 2.00 |
| 12X1 quart bottles................per qt. | | 1.75 |
| 1X1 gallon bottle................per gal. | | 4.50 |
| 4X1 gallon bottles................per gal. | | 4.25 |
| 12X1 gallon bottles................per gal. | | 4.00 |
| 1X30 gallon drum................per gal. | | 3.75 |
| 1X54 gallon drum................per gal. | | 3.50 |

*Prices subject to change without notice.*

12                   HANCO PRODUCTS

CONFIDENTIAL

H0001585



Quality Controlled   **CHEMICALS**

## HANCO GUM ARABIC SOLUTIONS

Hanco gum arabic solutions are of exceptionally low viscosity and high solids content. They are adequately preserved to stay fresh and filtered to eliminate all grit and foreign matter. These factors insure plate protection without gum streaks, better etching solutions and smoother, more sensitive deep etch coatings. Hanco gum solutions are the finest available.

### Gum Arabic Solution

**MS-587  14 Baume.** For general use, deep etch coatings and etches.

**MS-733  12 Baume.** For gumming up plates, and general use.

**MS-1172  10 Baume.** For gumming up plates, and general use.



| | |
|---|---|
| 1X1 quart bottle ................per qt. | 2.00 |
| 12X1 quart bottles ...............per qt. | 1.50 |
| 1X1 gallon bottle ...............per gal. | 3.90 |
| 4X1 gallon bottles................per gal. | 3.40 |
| 12X1 gallon bottles..............per gal. | 3.30 |
| 1X5 gallon drum ................per gal. | 3.25 |
| 5X5 gallon drums ...............per gal. | 3.10 |
| 1X30 gallon drum ...............per gal. | 2.65 |
| 1X54 gallon drum ...............per gal. | 2.50 |

## MS-976 Hanco Streakless Gum Solution

A synthetic gum solution expressly designed for quickly gumming up plates during press stops. Produces continuous film without smoothing down. It will not cause gum streaks.

| | |
|---|---|
| 1X1 gallon bottle...............per gal. | 3.75 |
| 4X1 gallon bottles...............per gal. | 2.95 |
| 12X1 gallon bottles..............per gal. | 2.75 |
| 1X30 gallon drum...............per gal. | 2.25 |
| 1X54 gallon drum...............per gal. | 1.85 |

## Parker's Etch-O-Lith

White etch. For fountain and plates. Used for multi-color work. Available in quarts only.

| | |
|---|---|
| 1X1 gallon bottle ................per gal. | 6.50 |
| 4X1 gallon bottles ...............per gal. | 6.00 |
| 24X1 gallon bottles ..............per gal. | 5.75 |

*Prices subject to change without notice.*

---

nmediate use. Excellent as an image base
r washing out plates, and as a protective

| | | |
|---|---|---|
| ....................per qt. | 2.00 |
| ....................per gal. | 5.25 |
| ....................per gal. | 4.75 |
| ....................per gal. | 4.75 |
| ....................per gal. | 4.50 |
| is....................per gal. | 4.30 |
| is....................per gal. | 4.20 |

**lack**

d with turpentine or Hanco Lithotine.

| | |
|---|---|
| ....................per gal. | 4.50 |
| ....................per gal. | 4.25 |

**lution**

per solvent penetration and better results.

| | |
|---|---|
| ...................per qt. | 1.50 |
| .................. .per gal. | 4.50 |
| ....................per gal. | 4.25 |
| ....................per gal. | 4.00 |

istant use. Produces a stronger image and otection for stored plates.

| | |
|---|---|
| ....................per qt. | 1.50 |
| ....................per gal. | 5.00 |
| ....................per gal. | 4.50 |
| ....................per gal. | 4.25 |

**nnic Acid Type)**

pose solution suitable for fountain, plate no chromates in any form.

| | |
|---|---|
| ottle................per qt. | 2.00 |
| ottles...............per qt. | 1.75 |
| ottle................per gal. | 4.50 |
| ottles...............per gal. | 4.25 |
| bottles..............per gal. | 4.00 |
| irum................per gal. | 3.75 |
| irum................per gal. | 3.50 |

change without notice.

**PRODUCTS**

**HANCO PRODUCTS**

13

CONFIDENTIAL

H0001586



# CHEMICALS   Quality Controlled

## HANCO FOUNTAIN ETCHES

### MS-171 Fountain Solution  use MS-3264

Standard red fountain concentrate mildly chromated to
keep plate clean. Practical for all ordinary press work.

### MS-540 Fountain Solution

A chromated formula designed particularly for surface
plates and for better work on small offset duplicating
presses when metal plates are used.

### MS-2358 True-Etch Fountain Solution

This concentrate contains a high percentage of chromic salts and is very effective
in keeping a plate clean when ink must be run heavily or is very greasy.

### MS-1364 Fountain Solution

A chromic acid formula that has been a favorite of pressmen for many years.
It has a tendency to gel the gum on the non-image areas thus creating better
desensitization.

Prices for MS-171, MS-540, MS-1364, and MS-2358. Please specify MS No. when
ordering.

| | |
|---|---|
| 1X1 quart bottle.................per qt. | 2.50 |
| 4X1 quart bottles..............per qt. | 2.25 |
| 12X1 quart bottles..............per qt. | 2.00 |
| 1X1 gallon bottle................per gal. | 7.00 |
| 4X1 gallon bottles..............per gal. | 6.50 |
| 12X1 gallon bottles.............per gal. | 8.25 |
| 32X1 gallon bottles.............per gal. | 5.75 |

Packed in plastic bottles.

## MS-269 Litho Fountain Etch

Especially formulated to prevent counter etching on multiple unit presses and is
used in conjunction with the regular fountain solution. Made with a gum arabic
base, it is usually unnecessary to add gum to a working solution. Contains no
chromates.

| | |
|---|---|
| 1X1 quart bottle.................per qt. | 2.25 |
| 4X1 quart bottles..............per qt. | 2.00 |
| 12X1 quart bottles..............per qt. | 1.75 |
| 24X1 quarts .........:.........per qt. | 1.50 |
| 48X1 quarts ...................per qt. | 1.35 |
| 1X1 gallon bottle................per gal. | 6.00 |
| 4X1 gallon bottles..............per gal. | 5.25 |
| 12X1 gallon bottles.............per gal. | 4.75 |
| 32X1 gallon bottles.............per gal. | 4.50 |

Packed in plastic bottles.

*Prices subject to change without notice.*

14

**HANCO PRODUCTS**

CONFIDENTIAL

H0001587



Controlled



...chromated to
...press work.

...for surface
...duplicating

**Solution**

...age of chromic salts and is very effective
...be run heavily or is very greasy.

...a favorite of pressmen for many years.
...the non-image areas thus creating better

...d MS-235B. Please specify MS No. when

| | | |
|---|---|---|
| ...ttle................per o[t] | 2.50 |
| ...ottles................per q[t]. | 2.25 |
| ...bottles................per qt. | 2.00 |
| ...ottle................per gal. | 7.00 |
| ...bottles................per gal. | 6.50 |
| ...bottles................per gal. | 6.25 |
| ...bottles................per gal. | 5.75 |

...astic bottles.

...etching on multiple unit presses and is
...ountain solution. Made with a gum arabic
...gum to a working solution. Contains no

| | | |
|---|---|---|
| ...ottle................per qt. | 2.25 |
| ...ottles................per qt. | 2.00 |
| ...bottles................per qt. | 1.75 |
| ...................per qt. | 1.50 |
| ...................per qt. | 1.35 |
| ...bottle................per gal. | 6.00 |
| ...bottles................per gal. | 5.25 |
| ...bottles................per gal. | 4.75 |
| ...bottles................per gal. | 4.50 |

...lastic bottles.

*...change without notice.*

**PRODUCTS**

## HANCO FOUNTAIN ETCHES
### MS-1530 Fountain Etch for Aluminum Plates

A very efficient concentrate for running all types of aluminum plates whether presensitized, surface coated or deep etched. Gum content is stabilized and no additional gum is needed in fountain. It is also a perfect plate etch for Zinc or Aluminum. Contains no chromates.



| | | |
|---|---|---|
| 4X1 quart bottles................per qt. | 2.50 |
| 12X1 quart bottles................per qt. | 2.25 |
| 1X1 gallon bottles................per gal. | 6.50 |
| 4X1 gallon bottles................per gal. | 6.25 |
| 12X1 gallon bottles................per gal. | 6.00 |
| 32X1 gallon bottles................per gal. | 5.80 |

Packed in plastic bottles.

### MS-1251 Hanco Fountain Drier Stimulator

This miracle solution is the perfect answer to many drying problems. It is particularly helpful during humid weather or similar working conditions. A small amount added to the fountain will promote drying without noticeably changing ph value. Controlled drying is possible by using varying amounts. It is a wise pressman who keeps it on hand for emergencies.

| | | |
|---|---|---|
| 1X1 quart bottle................per qt. | 2.50 |
| 12X1 quart bottles................per qt. | 2.25 |
| 1X1 gallon bottle................per gal. | 6.50 |
| 4X1 gallon bottles................per gal. | 6.25 |
| 12X1 gallon bottles................per gal. | 6.00 |

Packed in plastic bottles.

### MS-3272 D.A.R. Fountain Solution Additive

An alcohol reducing additive. Will replace effectively up to 80% of alcohol requirement in fountain formulas for Standard and Alcohol Modified Fountain systems.

| | | |
|---|---|---|
| 1X1 gallon bottle................per gal. | 7.00 |
| 4X1 gallon bottles................per gal. | 6.50 |
| 12X1 gallon bottles................per gal. | 6.00 |
| 1X5 gallon bottles................per gal. | 6.25 |
| 5X5 gallon bottles................per gal. | 6.00 |
| 1X30 gallon drum ................per gal. | 5.75 |
| 1X54 gallon drum ................per gal. | 5.50 |

*Prices subject to change without notice.*



**HANCO PRODUCTS**

15



# CHEMICALS   Quality Controlled

## MS-2968 Hanco No-Mold

No-Mold is a specially formulated fountain solution additive designed to prevent formation of troublesome slime and sediment in press water fountains caused by fungi and bacteria. It does not affect the efficiency of working qualities of the fountain etch. Packed in 1 quart plastic bottles.

| | | | |
|---|---|---|---|
| 1 quart | per qt. | 2.25 |
| 4X1 quart | per qt. | 1.75 |
| 12X1 quart | per qt. | 1.50 |

## HANCO ODORLESS ANTI-SKIN SPRAY

- **EXTRA STRENGTH**—use less to do the job
- **TOP QUALITY**—finest, pure ingredients
- **ODORLESS**—No fumes to irritate personnel

Spray Hanco Odorless Anti-Skin on ink rollers and fountain to prevent ink drying and skinning when press is idle during lunch hours, press changes and overnight periods. Spray into ink fountain before adding ink for easier washup. Spray over ink in cans to retard skinning. Spray into and mix with ink to slow down drying.

| | | |
|---|---|---|
| Tall can | each | 2.75 |
| 6 cans | each | 2.50 |
| 12 cans | each | 2.25 |
| 24 cans | each | 2.10 |
| 48 cans | each | 2.00 |
| 96 cans | each | 1.95 |

Packed 12 cans to a case.

## MS-2900 Odorless Anti-Skin (Economy Pack)

Same quality as above but in liquid form in cans.

| | | |
|---|---|---|
| 1X1 pint | per pt. | 1.75 |
| 1X1 gallon | per gal. | 7.25 |
| 1X5 gallons | per gal. | 6.75 |

## HANCO HAND KLEEN

### Rub On • Wipe or Rinse Off • No Abrasives

#### No Rough Hands



Quickly liquifies all ink, dirt, grease, etc. for instant removal by wiping or rinsing off. The cosmetic grade ingredients leave hands soft and smooth. Contains modified lanolin. Antiseptic action provided by Hexachlorophene G-11*

| | | |
|---|---|---|
| quart can | per qt. | 1.25 |
| 12X1 quart | per case | 12.00 |

*Prices subject to change without notice.*



16

**HANCO PRODUCTS**

H0001589



Controlled

**CHEMICALS**

a specially formulated fountain solution
signed to prevent formation of trouble-
and sediment in press water fountains
fungi and bacteria. It does not affect the
f working qualities of the fountain etch.
I quart plastic bottles.

....................per qt.   2.25
....................per qt.   1.75
....................per qt.   1.50

### X-1217 Dampener Wash (Concentrate)

A liquid soap with exceptional ability to quickly remove grease and ink from
dampener roller covers. Control tests show it to have a ph value close to neutral.
Will not injure fabric. See prices below.

### MS-1841 "L" Dampener Wash (Concentrate) Low Foam

Low foam, quick acting detergent formulated especially for the purpose of sepa-
rating ink, dirt and grease from dampener roller fabrics. Close to neutral ph factor.
Easy to rinse out. Use 6 ounces per gallon of water for a normal working solution.
Excellent for Jomac machine.

**N SPRAY**

do the job
gredients
te personnel

rollers and fountain to prevent ink drying
lunch hours, press changes and overnight
adding ink for easier washup. Spray over
to and mix with ink to slow down drying.

....................each   2.75
....................each   2.50
....................each   2.25
....................each   2.10
....................each   2.00
....................each   1.95
:ans to a case.

|  |  |  |
|---|---|---|
| | 1X1 gallon....................per gal. | 4.00 |
| | 6X1 gallon....................per gal. | 3.25 |
| Prices for X-1217 | 12X1 gallon....................per gal. | 2.90 |
| & MS-1841 | 1X5 gallon....................per gal. | 2.90 |
| | 5X5 gallons....................per gal. | 2.80 |
| | 1X30 gallons....................per gal. | 2.85 |
| | 1X54 gallons....................per gal. | 2.50 |

### STEEL ROLLER COMPOUNDS

### MS-216 Steel Roller De-Oxidizer (Liquid)

 Best remedy for stripped rollers. May be applied
either with ink on the press or after wash-up. Quick
and efficient.

1X1 pint ....................per pt.   1.65
12X1 pint ....................per pt.   1.40

**(Economy Pack)**

y as above but in liquid form in cans.

....................per pt.   1.75
....................per gal.   7.25
s....................per gal.   6.75

### MS-1648 Copperizing Solution for Steel Rollers

Chemically coats steel rollers with a layer of copper to eliminate stripping. Im-
proves ink spread on rollers.

1X1 pint ....................per pt.   2.00
12X1 pint ....................per pt.   1.80
1X1 quart ....................per qt.   3.00
12X1 quart....................per qt.   2.75
1X1 gallon....................per gal.   8.00

**f • No Abrasives
gh Hands**

Jifies all ink, dirt, grease, etc. for instant
wiping or rinsing off. The cosmetic grade
leave hands soft and smooth. Contains
nolin. Antiseptic action provided by Hexa-
e 6-11*

....................per qt.   1.25
....................per case   12.00

### X-1582 Burnishine's Putz Pomade

Removes glaze from rubber rollers and stops stripping on steel rollers.

1X1 lb.....................per lb.   2.75
1X5 lb.....................per lb.   1.99

i change without notice.

*Prices subject to change without notice.*   

PRODUCTS                 **HANCO PRODUCTS**                 17



## CHEMICALS   Quality Controlled

### HANCO PRESS CLEANERS

**Kwik and Speedol are one wash-up miracles—designed for quick change over from dark colors to pastel shades.**

### MS-1759 Kwik Press Kleen Solvent

An exceptional ability to disintegrate ink assures a clean press in one quick wash-up. Permits instant change from black to pastel tints. Will not damage plates. High flash point. Quart cans come with handy spout applicator and may be refilled for further use.



| | | |
|---|---|---|
| 1X1 quart | per qt. | 1.75 |
| 12X1 quart | per qt. | 1.65 |
| 1X1 gallon | per gal. | 4.25 |
| 6X1 gallon | per gal. | 4.10 |
| 1X5 gallons | per gal. | 4.00 |
| 5X5 gallons | per gal. | 3.75 |
| 10X5 gallons | per gal. | 3.65 |
| 1X30 gallons | per gal. | 3.25 |
| 1X54 gallons | per gal. | 2.90 |

### MS-1393 Speedol Press Kleen Paste

Different than all others. Speedily removes deeply embedded inks and other residue, including water soluble gums, that ordinary solutions fail to remove. There is no need to ink press with opaque white between color changes. Keeps rollers alive, fresh and resilient. Contains no acids, alkali or irritating solvents.



| | | |
|---|---|---|
| 1X1 quart | per qt. | 1.65 |
| 12X1 quart | per qt. | 1.50 |
| 1X1 gallon | per gal. | 4.00 |
| 6X1 gallon | per gal. | 3.75 |
| 1X5 gallons | per gal. | 3.65 |
| 5X5 gallons | per gal. | 3.40 |
| 1X30 gallons | per gal. | 3.25 |
| 1X54 gallons | per gal. | 3.10 |

### Hanco Speedi Press Kleen, 3-Step Method

An easy to use 3-step method for thoroughly cleaning press rollers.

| | 1 gal. | 6X1 gal. | 1X5 gal. |
|---|---|---|---|
| MS-1310 Solution "A" | 4.25 | 3.75 | 3.75 |
| MS-1428 Solution "B" | 4.00 | 3.50 | 3.50 |
| MS-1375 Solution "C" | 3.00 | 2.75 | 2.75 |

*Prices subject to change without notice.*



18

**HANCO PRODUCTS**

CONFIDENTIAL



**Controlled**

**Quality Controlled** ⸨ **CHEMICALS**

## HANCO SPECIAL SOLVENTS

### MS-567 Hanco Lithotine

A non-irritating synthetic solvent used in the same manner and for the same purposes as turpentine.

| | | |
|---|---|---|
| 1X1 gallon | per gal. | 2.50 |
| 6X1 gallon | per gal. | 2.25 |
| 12X1 gallon | per gal. | 2.10 |
| 1X5 gallons | per gal. | 2.10 |
| 5X5 gallons | per gal. | 1.85 |
| 1X30 gallons | per gal. | 1.55 |
| 1X54 gallons | per gal. | 1.35 |

### MS-408 Hancolite

A powerful combination of solvents with so many uses that not to have it available means frustration and loss of time. It disintegrates dried inks, lacquers and other dried resins instantaneously. It removes glaze on rubber blankets and rollers. It is excellent for degreasing and temporarily cleaning dampener rollers while on the press. It will remove unwanted images on deep etch plates. Hancolite does not leave a residue upon drying.

| | | |
|---|---|---|
| 1X1 quart | per qt. | 2.00 |
| 12X1 quart | per qt. | 1.75 |
| 1X1 gallon | per gal. | 3.50 |
| 6X1 gallon | per gal. | 3.20 |
| 12X1 gallon | per gal. | 3.10 |
| 1X5 gallons | per gal. | 3.10 |
| 5X5 gallons | per gal. | 2.85 |
| 1X54 gallons | per gal. | 2.50 |

### MS-405 Special Type Wash

For cuts, type, electros. Fast acting, powerful solvent mixture that quickly removes all grease, dried ink and resinous material.

| | | |
|---|---|---|
| 1X1 gallon | per gal. | 2.50 |
| 6X1 gallon | per gal. | 2.20 |
| 1X5 gallons | per gal. | 2.05 |
| 5X5 gallons | per gal. | 1.90 |
| 1X54 gallons | per gal. | 1.75 |

### MS-1453 Type Cleaner

A combination of solvents with excellent cutting strength. Slower drying than MS-405.

| | | |
|---|---|---|
| 1X1 gallon | per gal. | 3.75 |
| 6X1 gallon | per gal. | 3.15 |
| 1X5 gallons | per gal. | 2.90 |
| 5X5 gallons | per gal. | 2.75 |
| 1X54 gallons | per gal. | 2.50 |

---

ash-up miracles—designed for
:olors to pastel shades.

olvent

assures a clean press in one quick wash-
to pastel tints. Will not damage plates.
andy spout applicator and may be refilled

| | | |
|---|---|---|
| .. | per qt. | 1.75 |
| | per qt. | 1.65 |
| | per gal. | 4.25 |
| | per gal. | 4.10 |
| | per gal. | 4.00 |
| | per gal. | 3.75 |
| | per gal. | 3.65 |
| ; | per gal. | 3.25 |
| ; | per gal. | 2.90 |

n Paste

es deeply embedded inks and other resi-
rdinary solutions fail to remove. There is
:tween color changes. Keeps rollers alive,
tali or irritating solvents.

| | | |
|---|---|---|
| | per qt. | 1.65 |
| | per qt. | 1.50 |
| | per gal. | 4.00 |
| | per gal. | 3.75 |
| | per gal. | 3.65 |
| | per gal. | 3.40 |
| ; | per gal. | 3.25 |
| ; | per gal. | 3.10 |

### 3-Step Method

ghly cleaning press rollers.

| | I gal. | 6X1 gal. | 1X5 gal. |
|---|---|---|---|
| iolution "A" | 4.25 | 3.75 | 3.75 |
| iolution "B" | 4.00 | 3.50 | 3.50 |
| iolution "C" | 3.00 | 2.75 | 2.75 |

· change without notice.

*Prices subject to change without notice.*



**PRODUCTS**

**HANCO PRODUCTS**

19



# CHEMICALS   Quality Controlled

### X-1231 Hanco Solvent

A safe, efficient, economical aliphatic solvent. Excellent for press washup, thinning developing inks and asphaltum, washing ink or asphaltum from plates. Safe for most synthetic and rubber blankets and rollers. Does not contain carbon tetrachloride.

| | |
|---|---|
| 1X1 gallon.....................per gal. | 2.00 |
| 6X1 gallon.....................per gal. | 1.75 |
| 1X5 gallons....................per gal. | 1.65 |
| 5X5 gallons....................per gal. | 1.55 |
| 1X54 gallons...................per gal. | 1.25 |

### MS-2740 Blanket and Roller Cleaner

Clear. Standard quality. Fast drying. Low cost. Excellent cleaning. Leaves no residue. Generally safe for rubber and synthetics. High flash point. Contains no chlorinated hydrocarbons.

| | |
|---|---|
| 1x1 gallon ....................per gal. | 2.35 |
| 6x1 gallon ....................per gal. | 2.10 |
| 1x5 gallon ....................per gal. | 1.85 |
| 5x5 gallons ...................per gal. | 1.75 |
| 1x54 gallons ..................per gal. | 1.35 |

### MS-2337 Blanket and Roller Cleaner

Clear. Medium drying. Efficient. Economical.

| | |
|---|---|
| 1X1 gallon.....................per gal. | 2.75 |
| 6X1 gallon.....................per gal. | 2.50 |
| 1X5 gallons....................per gal. | 2.25 |
| 5X5 gallons....................per gal. | 2.05 |
| 1X54 gallons...................per gal. | 1.90 |

### MS-1200* Blanket and Roller Cleaner

Clear. Very fast drying. Thoroughly cleans blankets and rollers in shortest possible time leaving them in excellent working condition. Our most popular number.

| | |
|---|---|
| 1X1 gallon.....................per gal. | 3.00 |
| 6X1 gallon..........  ....per gal. | 2.75 |
| 1X5 gallons....................per gal. | 2.50 |
| 5X5 gallons....................per gal. | 2.30 |
| 1X54 gallons...................per gal. | 1.90 |

*Contains carbon tetrachloride.

### MS-2353 Blanket and Roller Cleaner

Clear. Highly efficient. Gives top performance and fast drying. Lower toxicity. Contains no carbon tetrachloride but has other selected solvents to give extra cleaning value and fire protection.

| | |
|---|---|
| 1X1 gallon.....................per gal. | 3.25 |
| 6X1 gallon.....................per gal. | 3.00 |
| 1X5 gallons....................per gal. | 2.75 |
| 5X5 gallons....................per gal. | 2.50 |
| 1X54 gallons...................per gal. | 2.10 |

*Prices subject to change without notice.*

20

**HANCO PRODUCTS**

H0001593



ent. Excellent for press washup, thinning
k or asphaltum from plates. Safe for most
. Does not contain carbon tetrachloride.

| | | |
|---|---|---|
| ........ ..........per gal. | 2.00 |
| ............ ......per gal. | 1.75 |
| ..................per gal. | 1.65 |
| ..................per gal. | 1.55 |
| ..................per gal. | 1.25 |

**r Cleaner**

cost. Excellent cleaning. Leaves no re-
nthetics. High flash point. Contains no

| | |
|---|---|
| ..................per gal. | 2.35 |
| ..................per gal. | 2.10 |
| ..................per gal. | 1.95 |
| ..................per gal. | 1.75 |
| ..................per gal. | 1.35 |

**Cleaner**
al.

| | |
|---|---|
| ..............:...per gal. | 2.75 |
| ..................per gal. | 2.50 |
| ..................per gal. | 2.25 |
| ..................per gal. | 2.05 |
| ................. .per gal. | 1.80 |

**r Cleaner**

blankets and rollers in shortest possible
condition. Our most popular number.

| | |
|---|---|
| ..................per gal. | 3.00 |
| ............ ....per gal. | 2.75 |
| ..................per gal. | 2.50 |
| ..................per gal. | 2.30 |
| ..................per gal. | 1.80 |

bon tetrachloride.

**r Cleaner**

nce and fast drying. Lower toxicity. Con-
er selected solvents to give extra clean-

| | |
|---|---|
| ..................per gal. | 3.25 |
| ..................per gal. | 3.00 |
| ..................per gal. | 2.75 |
| ..................per gal. | 2.50 |
| ..................per gal. | 2.10 |

change without notice.

---

**PRODUCTS**

### MS-180 *Hanco Blanket Conditioner
Sulphurized liquid compound for removing tack and restoring firm, resilient qualities
to blanket surface. Reduces tendency to pick up paper lint. Dries instantly leaving
fine coating of sulphur.

| | | |
|---|---|---|
| 1X1 quart .....................per qt. | 2.50 |
| 12X1 quart ....................per qt. | 2.25 |
| 1X1 gallon.....................per gal. | 5.95 |
| 6X1 gallon.....................per gal. | 5.70 |

*Contains carbon disulphide. Low flash point.

### REJUVENATOR FOR RUBBER BLANKETS & ROLLERS
### MS-1274 Blanket and Roller New
Green. Keeps blankets like new. Most blanket and roller cleaners are excellent
solvents for lithographic inks but have a tendency to so finely disperse ink particles
as to leave some in the pores of the rubber. Blanket & Roller New is designed to
flocculate the ink pigments and thereby remove them more completely. It has a
lesser tendency to swell the rubber and delays development of tackiness, glaze and
engraving. It is also less irritating to the skin.



| | | |
|---|---|---|
| 1X1 gallon.....................per gal. | 4.50 |
| 6X1 gallon.....................per gal. | 4.15 |
| 1X5 gallons ...................per gal. | 3.70 |
| 1X54 gallons..................per gal. | 3.15 |

### VITENE
For keeping rubber rollers and blankets clean and alive. Prolongs life of rubber
by retarding its deterioration and hardening. Non-volatile and non-inflammable.

| | | |
|---|---|---|
| 1X1 quart can...................per qt. | 2.60 |
| 12X1 quart cans................per qt. | 2.25 |

### LEATHER ROLLER CLEANER—RYCOLINE
Relatively odor free. Easy to apply. Safe. Non-toxic.

| | | |
|---|---|---|
| 1X1 gallon can.................per gal. | 5.60 |
| 6X1 gallon cans................per gal. | 5.10 |
| 1X5 gallon can.................per gal. | 4.60 |

### MS-3580 ROLL LUBE COMPOUND
For lubricating ends of rollers.

| | | |
|---|---|---|
| 1 lb..........................per lb. | 3.00 |
| 5 lbs.........................per lb. | 2.00 |
| 10 lbs........................per lb. | 1.75 |
| 25 lbs........................per lb. | 1.60 |
| 50 lbs........................per lb. | 1.50 |

*Prices subject to change without notice.*

**HANCO PRODUCTS**



21

CONFIDENTIAL                                                    H0001594

# CHEMICALS    Quality Controlled

## MS-365 Blanket Powder
A sulphur compound finely mixed and sifted for dusting blanket surface.

| | | |
|---|---|---:|
| 1X1 lb. | per lb. | 1.00 |
| 1X5 lbs. | per lb. | .75 |
| 1X10 lbs. | per lb. | .70 |
| 1X25 lbs. | per lb. | .65 |
| 1X50 lbs. | per lb. | .60 |

## MS-1403 Hanco Blanket Lacquer
Widely used to give new, tack-free surface that will effectively resist picking up paper lint which might leave a scum-like impression. Promotes uniform ink transfer and better sheet release. Recommended for use when running fluorescent inks. Easily applied. Quickly removed by an application of Hancolite.

| | | |
|---|---|---:|
| 1X1 pint | per pt. | 3.00 |
| 12X1 pint | per pt. | 2.75 |
| 1X1 quart | per qt. | 4.25 |
| 12X1 quart | per qt. | 4.00 |
| 1X1 gallon | per gal. | 12.75 |
| 6X1 gallon | per gal. | 12.00 |

## MS-2782 Hanco Blanket Hardener
Water-thin lacquer for blankets. Lays down lighter film than MS-1403. Penetrates into and seals pores of blanket.

| | | |
|---|---|---:|
| 1X1 pint | per pt. | 3.00 |
| 12X1 pint | per pt. | 2.75 |
| 1X1 quart | per qt. | 4.25 |
| 12X1 quart | per qt. | 4.00 |
| 1X1 gallon | per gal. | 12.75 |
| 6X1 gallon | per gal. | 12.00 |

## MS-169 Blanklo
For swelling low spots in rubber blankets. Apply directly or with hypodermic needle to fabric side of blanket.

| | | |
|---|---|---:|
| 4 oz. bottle | each | 2.00 |
| 8 oz. bottle | each | 2.75 |
| pint bottle | per pt. | 3.50 |
| 12X1 pint | per pt. | 3.00 |
| quart bottle | per qt. | 5.50 |
| gallon bottle | per gal. | 15.00 |

## MS-2617 Blanket Rise

Corrects blanket low spots in 60 seconds. Top surface application. No removal of blanket necessary.

| | | |
|---|---|---:|
| 4 oz. jar | each | 2.25 |
| case (12 jars) | each | 1.75 |

*Prices subject to change without notice.*

**HANCO PRODUCTS**

22

CONFIDENTIAL

H0001595



:ontrolled

Quality Controlled **CHEMICALS**

## SPRAY SOLUTIONS, NON-OFFSET

Hanco liquid spray solutions are made from finest grade non-toxic, edible materials.
Instant drying insures perfect work.

| | | MS-273 Medium | MS-299 Heavy |
|---|---|---|---|
| 1X1 gallon | per gal. | 2.75 | 3.50 |
| 6X1 gallon | per gal. | 2.50 | 3.25 |
| 1X5 gallons | per gal. | 2.30 | 3.10 |
| 1X30 gallons | per gal. | 2.10 | 2.90 |
| 1X54 gallons | per gal. | 2.00 | 2.80 |

l for dusting blanket surface.

| | | |
|---|---|---|
| ....................per lb. | 1.00 |
| ....................per lb. | .75 |
| ....................per lb. | .70 |
| ....................per lb. | .65 |
| ....................per lb. | .60 |

**quer**

e that will effectively resist picking up
Impression. Promotes uniform ink trans-
d for use when running fluorescent inks.
plication of Hancolite.

| | | |
|---|---|---|
| ... . .per pt. | 3.00 |
| .....per pt. | 2.75 |
| .....per qt. | 4.25 |
| ....per qt. | 4.00 |
| ....per gal. | 12.75 |
| ....per gal | 12.00 |

**rdener**

m lighter film than MS-1403. Penetrates

| | | |
|---|---|---|
| ....................per pt. | 3.00 |
| ....................per pt. | 2.75 |
| ....................per qt. | 4.25 |
| ....................per qt. | 4.00 |
| ....................per gal. | 12.75 |
| ....................per gal. | 12.00 |

## SPRAY POWDERS

Free flowing, edible, non-toxic.

**MS-1199** Fine. Standard for most every purpose.
**X-1716** Medium.
**MS-1865** Special. Contains substantial percentage of coarser material.

X-2053 FINE GRADE FOR



| | | MS-1199 | X-1716 | MS-1865 |
|---|---|---|---|---|
| OXY DRY 1X1 lb. | per lb. | 1.75 | 1.75 | 2.00 |
| & ELECTRO 1X5 lb. | per lb. | 1.00 | 1.00 | 1.25 |
| 1X10 lb. | per lb. | .90 | .90 | 1.15 |
| 1X25 lb. | per lb. | .75 | .75 | 1.00 |
| 1X50 lb. | per lb. | .65 | .65 | .90 |
| 2X50 lb. | per lb. | .60 | .60 | .85 |
| 1X250 lb. | per lb. | .55 | .55 | .80 |

ets. Apply directly or with hypodermic

| | | |
|---|---|---|
| ....................each | 2.00 |
| .... ...............each | 2.75 |
| .. ...............per pt. | 3.50 |
| ... ..............per pt. | 3.00 |
| .......... .....per qt. | 5.50 |
| .......... ......per gal. | 15.00 |

## WETTING AGENT, HANCO

**MS-124** Promotes smooth even distribution of any water solution by eliminating
surface tension. Useful in plate cleaning, etching, fountain and gum solutions.
Helpful in photographic and opaquing solutions.

| | | |
|---|---|---|
| 1X1 quart | per qt. | 1.50 |
| 12X1 quart | per qt. | 1.25 |
| 1X1 gallon | per gal. | 4.00 |
| 4X1 gallon | per gal. | 3.75 |

ket low spots in 60 seconds. Top surface
No removal of blanket necessary.

| | | |
|---|---|---|
| ....................each | 2.25 |
| ....................each | 1.75 |

s change without notice.

### MS-973 Glass Cleaner (Blue)

An excellent glass cleaner for general use. Free
sprayer for use on pint bottle included with each
gallon container.

| | | |
|---|---|---|
| 4X1 quart | per qt. | 1.75 |
| 12X1 quart | per qt. | 1.20 |
| 1X1 gallon | per gal. | 2.50 |
| 4X1 gallon | per gal. | 2.25 |

*Prices subject to change without notice.*

**PRODUCTS**

**HANCO PRODUCTS**

23

CONFIDENTIAL
H0001596

# CHEMICALS   Quality Controlled

## ACIDS

Acetic, Glacial 99½% X-1527

| | | | |
|---|---|---|---|
| | 1X8½ lbs. | per lb. | .52 |
| | 4X8½ lbs. | per lb. | .48 |

Boric, U.S.P. Fine Crystals X-1696

| | | | |
|---|---|---|---|
| | 1X1 lb. | per lb. | 1.75 |
| | 1X5 lbs. | per lb. | 1.05 |

Carbolic, U.S.P. (Phenol) MS-595

| | | | |
|---|---|---|---|
| | 1X1 pint | per pt. | 2.50 |
| | 1X1 gallon | per gal. | 10.50 |

Chromic, Tech. 99¾% X-1543

| | | | |
|---|---|---|---|
| | 1X1 lb. | per lb. | 2.75 |
| | 1X5 lbs. | per lb. | 1.80 |

Citric, U.S.P. Granular X-1563

| | | | |
|---|---|---|---|
| | 1X1 lb. | per lb. | 2.05 |
| | 1X5 lbs. | per lb. | 1.50 |
| | 1X25 lbs. | per lb. | 1.00 |

Gallic, N.F. Powdered X-1222

| | | | |
|---|---|---|---|
| | 1X1 lb. | per lb. | 8.00 |
| | 1X5 lbs. | per lb. | 4.25 |

Hydrochloric, C.P. 35% X-1537

| | | | |
|---|---|---|---|
| | 1X1 pint | per pt. | 3.10 |
| | 1X6 lbs. | per lb. | 1.00 |
| | 1X10 lbs.. (1-Gallon) | per lb. | .95 |

Nitric, C.P. Sp. Gr. 1.42 X-1509

| | | | |
|---|---|---|---|
| | 1X1 pint | per pt. | 2.50 |
| | 1X7 lbs. | per lb. | .95 |
| | 1X11½ lbs..1-Gallon Approx.) | per lb. | .90 |

Oleic, Pure X-1825

| | | | |
|---|---|---|---|
| | 1X1 pint | per pt. | 2.00 |
| | 1X1 gallon | per gal. | 10.00 |

Oxalic, Tech. Crystals X-1869

| | | | |
|---|---|---|---|
| | 1X1 lb. | per lb. | 2.10 |
| | 1X5 lbs. | per lb. | 1.55 |
| | 1X25 lbs. | per lb. | .80 |

Phosphoric, 85%-Syrupy X-1220

| | | | |
|---|---|---|---|
| | 1X1 pint | per pt. | 3.00 |
| | 1X7 lbs. | per lb. | .85 |
| | 1X14 lbs. (1-Gallon) | per lb. | .75 |

Sulfuric, C.P. Sp. Gr. 1.84 X-1607

| | | | |
|---|---|---|---|
| | 1X1 pint | per pt. | 3.00 |
| | 1X9 lbs. | per lb. | .70 |
| | 1X15½ lbs. 1-Gallon Approx.) | per lb. | .65 |

Tannic, Tech. Powdered X-1516

| | | | |
|---|---|---|---|
| | 1X1 lb. | per lb. | 2.85 |
| | 1X5 lbs. | per lb. | 2.25 |

Tannic, Fluffy N.F. X-1584

| | | | |
|---|---|---|---|
| | 1X1 lb. | per lb. | 5.50 |
| | 1X5 lbs. | per lb. | 4.80 |

*Prices subject to change without notice.*



**HANCO PRODUCTS**

CONFIDENTIAL

H0001597



**Controlled**

| | | |
|---|---|---|
| ....................per lb. | .52 | |
| ....................per lb. | .48 | |
| ....................per lb. | 1.75 | |
| ....................per lb. | 1.05 | |
| ....................per pt. | 2.50 | |
| ....................per gal. | 10.50 | |
| ....................per lb. | 2.75 | |
| ....................per lb. | 1.80 | |
| ....................per lb. | 2.05 | |
| ....................per lb. | 1.50 | |
| ....................per lb. | 1.00 | |
| ....................per lb. | 6.00 | |
| ....................per lb. | 4.25 | |
| ....................per pt. | 3.10 | |
| ....................per lb. | 1.00 | |
| Gallon) ...............per lb. | .95 | |
| ....................per pt. | 2.50 | |
| ....................per lb. | .95 | |
| -Gallon Approx.)........per lb. | .90 | |
| ....................per pt. | 2.00 | |
| ....................per gal. | 10.00 | |
| ....................per lb. | 2.10 | |
| ....................per lb. | 1.55 | |
| ....................per lb. | .80 | |
| ....................per pt. | 3.00 | |
| ....................per lb. | .95 | |
| Gallon) ...............per lb. | .75 | |
| ....................per pt. | 3.00 | |
| ....................per lb. | .70 | |
| l-Gallon Approx.) ......per lb. | .65 | |
| ....................per lb. | 2.85 | |
| ....................per lb. | 2.25 | |
| ....................per lb. | 5.50 | |
| ....................per lb. | 4.80 | |

*change without notice.*

**PRODUCTS**

**Quality Controlled    CHEMICALS**

**ALUM, AMMONIUM, Powdered**
(Aluminum Ammonium Sulfate) X-1568

| | | |
|---|---|---|
| 1X1 lb........................per lb. | 1.75 |
| 1X5 lbs.......................per lb. | 1.00 |
| 1X25 lbs......................per lb. | .75 |

**ALUM, POTASSIUM, Powdered**
(Aluminum Potassium Sulfate) X-1664

| | | |
|---|---|---|
| 1X1 lb........................per lb. | 1.75 |
| 1X5 lbs.......................per lb. | .95 |
| 1X25 lbs......................per lb. | .55 |

**ALUM, POTASSIUM, Granular**
(Aluminum Potassium Sulfate) X-1578

| | | |
|---|---|---|
| 1X1 lb........................per lb. | 1.75 |
| 1X5 lbs.......................per lb. | .85 |
| 1X25 lbs......................per lb. | .38 |

**ALUM, POTASSIUM CHROME, Granular**
X-1545

| | | |
|---|---|---|
| 1X1 lb........................per lb. | 1.80 |
| 1X5 lbs.......................per lb. | .85 |
| 1X25 lbs......................per lb. | .70 |

**AMMONIA WATER, 28%**
(Ammonium Hydroxide) X-1228

| | | |
|---|---|---|
| 1X1 gallon.....................per gal. | 3.00 |
| 4X1 gallon.....................per gal. | 2.15 |
| 12X1 gallon....................per gal. | 2.00 |
| 24X1 gallon....................per gal. | 1.70 |

**AMMONIUM DICHROMATE**
Photo Purified   X-1501

| | | |
|---|---|---|
| 1X1 lb........................per lb. | 2.50 |
| 1X5 lbs.......................per lb. | 2.00 |
| 1X10 lbs......................per lb. | 1.85 |
| 1X25 lbs......................per lb. | 1.65 |

**AMMONIUM NITRATE**
C.P. Granular   X-1681

| | | |
|---|---|---|
| 1X1 lb........................per lb. | 2.45 |
| 1X5 lbs.......................per lb. | 1.85 |
| 1X25 lbs......................per lb. | 1.00 |

**AMMONIUM PHOSPHATE**
Monobasic, Di-hydrogen, Purified Granular   X-1511

| | | |
|---|---|---|
| 1X1 lb........................per lb. | 2.50 |
| 1X5 lbs.......................per lb. | 1.45 |
| 1X25 lbs......................per lb. | .90 |

**ACETONE**
X-1555

| | | |
|---|---|---|
| 1X1 gallon.....................per gal. | 3.50 |

**BENZOL**
X-1240

| | | |
|---|---|---|
| 1X1 gallon.....................per gal. | 2.50 |

**CARBON DISULPHIDE**
X-1507

| | | |
|---|---|---|
| 1X1 quart .....................per qt. | 2.00 |
| 1X1 gallon.....................per gal. | 4.50 |

**CARBON TETRACHLORIDE**
X-1552

| | | |
|---|---|---|
| 1X1 gallon.....................per gal. | 5.00 |
| 1X5 gallons....................per gal. | 3.50 |

*Prices subject to change without notice.*

**HANCO PRODUCTS**

25

CONFIDENTIAL

## CHEMICALS   Quality Controlled

**CASTOR OIL**
V-215
| | | |
|---|---|---|
| 1X1 lb. ........................per lb. | | 2.00 |
| 1X8 lbs........................per lb. | | 1.40 |

**CREAM OF TARTAR**
Potassium Bitartrate X-1591
| | | |
|---|---|---|
| 1X1 lb........................per lb. | | 1.75 |
| 1X5 lbs........................per lb. | | 1.50 |

**FORMALDEHYDE**
X-1519
| | | |
|---|---|---|
| 1X1 pint ......................per pt. | | 1.25 |
| 1X1 quart ......................per qt. | | 1.75 |
| 1X1 gallon....................per gal. | | 4.75 |

**FRENCH CHALK (Soapstone, Talc)**
X-1215
| | | |
|---|---|---|
| 1X1 lb........................per lb. | | .50 |
| 1X5 lbs........................per lb. | | .35 |
| 1X25 lbs........................per lb. | | .28 |

**GLYCERINE C.P.**
X-1229
| | | |
|---|---|---|
| 1X2½ lbs........................per lb. | | 1.75 |
| 1X10 lbs........................per lb. | | 1.25 |

**GUM ARABIC, Granular, Low Viscosity**
X-1615
| | | |
|---|---|---|
| 1X5 lbs........................per lb. | | 1.50 |
| 1X25 lbs........................per lb. | | 1.25 |
| 1X50 lbs........................per lb. | | 1.20 |
| 1X300 lbs........................per lb. | | 1.00 |

**HYDROQUINONE**
X-1544
| | | |
|---|---|---|
| 1X1 lb........................per lb. | | 3.25 |
| 1X5 lbs........................per lb. | | 2.75 |

**HYPO, Rice Crystals — See Sodium Hyposulphite**

**ISOPHORONE**
X-1808
| | | |
|---|---|---|
| 1X1 pint........................per pt. | | 2.75 |
| 1X1 quart......................per qt. | | 3.50 |
| 1X1 gallon......................per gal. | | 9.30 |

**ISOPROPYL ALCOHOL ADDITIVE FOR FOUNTAIN**
X-1230
| | | |
|---|---|---|
| gallon can......................per gal. | | 1.75 |
| 6X1 gallon......................per gal. | | 1.85 |
| 1X5 gallon drum................per gal. | | 1.55 |
| 5X5 gallon drums..............per gal. | | 1.45 |
| 1X54 gallon drum..............per gal. | | 1.25 |

**MAGNESIUM CARBONATE, Powdered**
DC-1001
| | | |
|---|---|---|
| 1X1 lb........................per lb. | | 1.50 |
| 1X5 lbs........................per lb. | | 1.00 |
| 1X10 lbs........................per lb. | | .80 |

**MAGNESIUM NITRATE**
X-1503
| | | |
|---|---|---|
| 1X1 lb........................per lb. | | 1.85 |
| 1X5 lbs........................per lb. | | 1.50 |
| 1X10 lbs........................per lb. | | 1.20 |
| 1X25 lbs........................per lb. | | 1.00 |

*Prices subject to change without notice.*

26

**HANCO PRODUCTS**

CONFIDENTIAL

H0001599



:ontrolled

Quality Controlled    **CHEMICALS**

| | | |
|---|---|---|
| ....................per lb. | 2.00 | |
| ....................per lb. | 1.40 | |
| | | |
| ....................per lb. | 1.75 | |
| ....................per lb. | 1.50 | |
| | | |
| ....................per pt. | 1.25 | |
| ....................per qt. | 1.75 | |
| ....................per gal. | 4.75 | |

Tolc)

| | |
|---|---|
| ....................per lt. | .50 |
| ....................per lb. | .35 |
| ....................per lb. | .28 |

| | |
|---|---|
| ....................per lb. | 1.75 |
| ....................per lb. | 1.25 |

v Viscosity

| | |
|---|---|
| ....................per lb. | 1.50 |
| ....................per lb. | 1.25 |
| ....................per lb. | 1.20 |
| ....................per lb. | 1.00 |

| | |
|---|---|
| ....................per lb. | 3.25 |
| ....................per lb. | 2.75 |

idium Hyposulphite

| | |
|---|---|
| ....................per pt. | 2.75 |
| ....................per qt. | 3.50 |
| ....................per gal. | 9.50 |

IVE FOR FOUNTAIN

| | |
|---|---|
| ....................per gal. | 1.75 |
| ....................per gal. | 1.65 |
| drum....................per gal. | 1.55 |
| irums....................per gal. | 1.45 |
| n drum....................per gal. | 1.25 |

owdered

| | |
|---|---|
| ....................per lb. | 1.50 |
| ....................per lb. | 1.00 |
| ....................per lb. | .80 |

| | |
|---|---|
| ....................per lb. | 1.65 |
| ....................per 'b. | 1.50 |
| ....................per 'b. | 1.20 |
| ....................per lb. | 1.00 |

change without notice.

**PRODUCTS**

### POTASSIUM FERRICYANIDE, Granular

| X-1794 | 1X1 lb. .....................per lb. | 2.75 |
|---|---|---|
| | 1X5 lb. .....................per lb. | 2.25 |
| | 1X25 lb. .....................per lb. | 1.95 |

### PUMICE POWDER (Specify Number)

| X-1820 Extra Fine | 1X1 lb. .....................per lb. | .75 |
|---|---|---|
| X-1207 Fine | 1X5 lbs. .....................per lb. | .45 |
| X-1234 Medium | 5X5 lbs. .....................per lb. | .43 |
| X-1668 Coarse | 1X25 lbs. .....................per lb. | .40 |

### ROSIN, Powdered

| X-1522 | 1X1 lb. .....................per lb. | 1.35 |
|---|---|---|
| | 1X5 lbs. .....................per lb. | 1.00 |

### SOAPSTONE — See French Chalk

### SODIUM BICARBONATE, U.S.P. Powdered

| X-1513 | 1X5 lbs. .....................per lb. | .80 |
|---|---|---|
| | 1X25 lbs. .....................per lb. | .50 |

### SODIUM CARBONATE, U.S.P. Powdered

| X-1788 | 1X5 lbs. .....................per lb. | .85 |
|---|---|---|
| | 1X25 lbs. .....................per lb. | .55 |

### SODIUM HYDROXIDE (Caustic Soda) U.S.P. Pellets

| X-1702 | 1X1 lb. .....................per lb. | 1.25 |
|---|---|---|
| | 1X5 lbs. .....................per lb. | .90 |

### SODIUM HYPOSULFITE, Rice Crystals

| X-1893 | 1X1 lb. .....................per lb. | 1.25 |
|---|---|---|
| | 1X5 lbs. .....................per lb. | .70 |
| | 1X25 lbs. .....................per lb. | .45 |
| | 1X100 lbs. .....................per lb. | .35 |

### TALC — See French Chalk

### TRI SODIUM PHOSPHATE

| X-1672 | 1X1 lb. .....................per lb. | 1.25 |
|---|---|---|
| | 1X5 lb. .....................per lb. | .75 |
| | 1X25 lbs. .....................per lb. | .55 |

### TURPENTINE, Pure Gum Spirits

| X-1542 | 1X1 quart .....................per qt. | 2.25 |
|---|---|---|
| | 1X1 gallon .....................per gal. | 3.50 |
| | 1X5 gallons .....................per gal. | 3.30 |

### ZINC NITRATE, Tech.

| X-1691 | 1X1 lb. .....................per lb. | 1.75 |
|---|---|---|
| | 1X5 lbs. .....................per lb. | 1.50 |
| | 1X25 lbs. .....................per lb. | 1.30 |

*Prices subject to change without notice.*

**HANCO PRODUCTS**    27

CONFIDENTIAL                                                                 H0001600

# CHEMICALS

## ANCHOR PRODUCTS

**Aled Plate Wash**—Cleaner for rubber, plastic, nylon, dies and rollers.

| | | |
|---|---|---|
| 1X1 gallon | per gal. | 3.75 |
| 6X1 gallon | per gal. | 3.60 |
| 1X5 gallons | per gal. | 3.55 |
| 3X5 gallons | per gal. | 3.40 |
| 1X55 gallons | per gal. | 1.90* |

**Anchor Typewash**—Removes dried ink from metal type, cuts, plates, electrotypes, etc.

| | | |
|---|---|---|
| 1X1 gallon | per gal. | 3.75 |
| 6X1 gallon | per gal. | 3.60 |
| 1X5 gallons | per gal. | 3.55 |
| 3X5 gallons | per gal. | 3.40 |
| 1X55 gallons | per gal. | 1.90* |

**Fotopoly–Dycril** plate wash. Removes ink from mixed forms of metal, plastic, rubber, wood and type.

| | | |
|---|---|---|
| 1X1 gallon | per gal. | 3.75 |
| 6X1 gallon | per gal. | 3.60 |
| 1X5 gallons | per gal. | 3.55 |
| 3X5 gallons | per gal. | 3.40 |
| 1X55 gallons | per gal. | 1.90* |

**Pressolv**—Letterpress and corrugated press wash.

| | | |
|---|---|---|
| 1X1 gallon | per gal. | 2.50 |
| 6X1 gallon | per gal. | 2.35 |
| 1X5 gallons | per gal. | 2.30 |
| 3X5 gallons | per gal. | 2.15 |
| 1X55 gallons | per gal. | 1.05* |

**Ronolene**—Quick drying blanket and roller cleaner.

| | | |
|---|---|---|
| 1X1 gallon | per gal. | 3.35 |
| 6X1 gallon | per gal. | 3.20 |
| 1X5 gallons | per gal. | 3.15 |
| 3X5 gallons | per gal. | 3.00 |
| 1X55 gallons | per gal. | 1.75* |

**R-228 Wash**—One step roller and blanket cleaner, glaze remover and conditioner.

| | | |
|---|---|---|
| 1X1 gallon | per gal. | 4.70 |
| 6X1 gallon | per gal. | 4.55 |
| 1X5 gallons | per gal. | 4.50 |
| 3X5 gallons | per gal. | 4.35 |
| 1X55 gallons | per gal. | 2.99* |

*Non-returnable drums. Drum prices are F.O.B. New York.

*Prices subject to change without notice.*



28                    HANCO PRODUCTS

CONFIDENTIAL



# CHEMICALS

## ANCHOR PRODUCTS

**Velvee**—Non-flammable gum glaze remover and rubber rejuvenator.

| | | |
|---|---|---|
| Four-Pak (4x1 qt. plastic bottles)....per qt. | 2.45 |
| Carton of 4 Four-Paks.......!.....per qt. | 2.35 |

**Lub-A-Rol**—Anti-friction compound. Prevents damage to roller ends and idling roller units.

| | | |
|---|---|---|
| 2 pound can...................per pound | 3.25 |
| 4 pound can...................per pound | 3.15 |

**Cleaner 809**—Cleans and lubricates numbering machines.

| | | |
|---|---|---|
| 1X1 quart can...................per qt. | 3.30 |
| 1X1 gallon can..................per gal. | 7.65 |
| 1X5 gallon can..................per gal. | 7.00 |

**Film-Kleen**—Film and glass cleaner.

| | | |
|---|---|---|
| 1X1 gallon can..................per gal. | 3.80 |
| 6X1 gallon cans.................per gal. | 3.65 |
| 1X5 gallon can..................per gal. | 3.60 |
| 3X5 gallon cans.................per gal. | 3.45 |
| 1X55 gallon drum................per gal. | 1.90* |

*Non-returnable drums. Drum price is F.O.B. New York.

## ANCHOR AEROSOL SPRAYS

**Anchor-it**—Adhesive spray for metal, rubber, plastic, film, etc. Pressure sensitive.

| | | |
|---|---|---|
| Tall can........................per can | 2.50 |
| 12 cans........................per can | 2.30 |

**Film-Kleen**—Film and glass cleaner.

| | | |
|---|---|---|
| Tall can........................per can | 2.25 |
| 12 cans........................per can | 2.05 |

**Jet-Grease**—Lubricant for bearings, cams, gears, slides, etc.

| | | |
|---|---|---|
| Tall can........................per can | 2.50 |
| 12 cans........................per can | 2.30 |

**Repelzit**—Prevents streaking, smudging and set-off of inks, adhesives and water to sprayed surfaces. Prevents rust.

| | | |
|---|---|---|
| Tall can........................per can | 3.60 |
| 12 cans........................per can | 3.40 |

*Prices subject to change without notice.*

### Left column (fragments)

stic, nylon, dies and rollers.

| | |
|---|---|
| .....................per gal. | 3.75 |
| .....................per gal. | 3.60 |
| .....................per gal. | 3.55 |
| .....................per gal. | 3.40 |
| s .....................per gal. | 1.90* |

rom metal type, cuts, plates, electrotypes,

| | |
|---|---|
| .....................per gal. | 3.75 |
| .....................per gal. | 3.60 |
| .....................per gal. | 3.55 |
| .....................per gal. | 3.40 |
| s .....................per gal. | 1.90* |

from mixed forms of metal, plast ::, rubber,

| | |
|---|---|
| .....................per gal. | 3.75 |
| .....................per gal. | 3.60 |
| .....................per gal. | 3.55 |
| .....................per gal. | 3.40 |
| : .....................per gal. | 1.90* |

ss wash.

| | |
|---|---|
| .....................per gal. | 2.50 |
| .....................per gal. | 2.35 |
| .....................per gal. | 2.30 |
| .....................per gal. | 2.15 |
| : .....................per gal. | 1.05* |

cleaner.

| | |
|---|---|
| .....................per gal. | 3.35 |
| .....................per gal. | 3.20 |
| .....................per gal. | 3.15 |
| .....................per gal. | 3.00 |
| .....................per gal. | 1.75* |

cleaner, glaze remover and conditioner.

| | |
|---|---|
| .....................per gal. | 4.70 |
| .....................per gal. | 4.55 |
| .....................per gal. | 4.50 |
| .....................per gal. | 4.35 |
| .....................per gal. | 2.99* |

O.B. New York.

*change without notice.*

PRODUCTS                    HANCO PRODUCTS

29

CONFIDENTIAL                                                H0001602

# AEROSOL SPRAYS

## HANCO ODORLESS ANTI-SKIN SPRAY

Spray Hanco Odorless Anti-Skin on ink rollers and fountain to prevent ink drying and skinning when press is idle during lunch hours, press changes and overnight periods. Spray into fountain before adding ink for easier washup. Spray over ink in cans to retard skinning. Spray into and mix with ink to slow down drying.



| | | |
|---|---|---|
| 16 oz. tall can...................per can | 2.75 |
| 6 cans .......................per can | 2.50 |
| 12 cans ......................per can | 2.25 |
| 24 cans ......................per can | 2.10 |
| 48 cans ......................per can | 2.00 |
| 96 cans ......................per can | 1.95 |

## HANCO GLASS CLEANER MS-4050

Specially formulated glass cleaner for lenses, vacuum frames, line-up tables and other general use. Readily removes stains, streaks, dyes, resinous materials, smudge and scum from glass surfaces.

| | |
|---|---|
| 15 oz. tall can...................per can | 1.25 |
| Case lots (12 cans)...............per can | 1.00 |

## RYCOLINE AEROSOL PRODUCTS

### Film Kleaner

Non-toxic. Removes masking tape easily. Will not remove opaque. Leaves no greasy film.

| | |
|---|---|
| Tall can ......................per can | 2.00 |
| Case of 12 cans..............per case | 22.00 |

### Silicon Spray

Forms silicon coating on impression cylinders preventing ink build up. Use in plate whirlers to facilitate cleaning. Use in binderies—on cutters.

| | |
|---|---|
| Tall can ......................per can | 3.50 |
| Case of 12 cans..............per case | 36.00 |

### Stati-Stop

Quickly eliminates static problems.

| | |
|---|---|
| Tall can ......................per can | 2.50 |
| Case of 12 cans..............per case | 27.00 |

### Stick Tite Glue

Simply spray for make ready, tabbing, labeling, mounting or sealing. Use for silver prints.

| | |
|---|---|
| Tall can ......................per can | 2.50 |
| Case of 12 cans..............per case | 27.00 |

*Prices subject to change without notice.*

30

**HANCO PRODUCTS**

CONFIDENTIAL

H0001603



# AEROSOL SPRAYS

## SPRAY

ers and fountain to prevent ink drying and
ours, press changes and overnight periods.
easier washup. Spray over ink in cans to
nk to slow down drying.

| | |
|---|---|
| in.................per can | 2.75 |
| .................per can | 2.50 |
| .................per can | 2.25 |
| .................per can | 2.10 |
| .................per can | 2.00 |
| .................per can | 1.95 |

## GLASS CLEANER
ɔ

mulated glass cleaner for lenses, vacuum
-up tables and other general use. Readily
ains, streaks, dyes, resinous materials,
scum from glass surfaces.

| | |
|---|---|
| en.................per can | 1.25 |
| 2 cans).............per can | 1.00 |

TS

ly. Will not remove opaque. Leaves no

| | |
|---|---|
| .................per can | 2.00 |
| cans.............per can | 22.00 |

ders preventing ink build up. Use in plate
deries—on cutters.

| | |
|---|---|
| .................per can | 3.50 |
| cans.............per case | 36.00 |

| | |
|---|---|
| .................per can | 2.60 |
| cans.............per case | 27.00 |

, labeling, mounting or sealing. Use for

| | |
|---|---|
| .................per can | 2.50 |
| cans.............per case | 27.00 |

change without notice.

## PRODUCTS

## ACROLITE AEROSOL PRODUCTS

### Acrolite Crystal Clear "100"
Protects, preserves and waterproofs. For art work, sketches, photos, etc. Excellent as a protective coating for photo equipment and machinery of all kinds.

| | |
|---|---|
| 16 oz. tall can.................per can | 1.95 |
| case lots (12 cans).............per can | 1.75 |

### Acrolite Artist's Matte Fixative "500"
For pastel, charcoal and pencil. Smudge proofs, protects and preserves. Permits changes and corrections. Sprayed with "500", blueprints and ozalids are not affected by heat of processing equipment.

| | |
|---|---|
| 16 oz. tall can.................per can | 1.95 |
| case lots (12 cans).............per can | 1.75 |

### Acrolite Odorless Fixative "1100"
Odor free. Fast drying. Matte finish. For charcoal, pencil and general graphic arts use.

| | |
|---|---|
| 16 oz. tall can.................per can | 2.50 |
| case lots (12 cans).............per can | 2.25 |

### Acrolite Gear Lube "1200"
Clever method to lubricate hard-to-reach places. Excellent for gears, cams and heavy duty equipment.

| | |
|---|---|
| 16 oz. tall can ...................per can | 1.95 |

### Acrolite Slip 'N Slide "1600"
Special release agent for the printing industry. Lubricates, stops sticking and prevents rust and corrosion on metal parts.

| | |
|---|---|
| 16 oz. tall can ...................per can | 3.00 |

## STATIKIL AEROSOL SPRAY



For eliminating static on presses, folding machines, etc.

| | |
|---|---|
| 12 oz. cans.................per can | 3.00 |
| case lots (12 cans).............per can | 2.50 |

### Rubber Cement, Craftint "Kleenstik"
Crystal clear and transparent. Recommended for any kind of mounting, pasting or sticking.

| | |
|---|---|
| 4 oz. desk bottle with brush.......ea. | .45 |
| 1X1 pint.....................per pt. | .90 |
| 1X1 quart ...................per qt. | 1.40 |
| 1X1 gallon...................per gal. | 4.60 |

### Rubber Cement Thinner, "Kleenstick"

| | |
|---|---|
| 1X1 pint.....................per pt. | .75 |
| 1X1 quart ...................per qt. | 1.00 |
| 1X1 gallon...................per gal. | 2.60 |

Prices subject to change without notice.

## HANCO PRODUCTS



31

CONFIDENTIAL

H0001604

# GENERAL SUPPLIES

**BLUE VIEWING GLASS**
Plastic, 4" x 6".................... each 1.60

**BRUSHES**

### Artist's & Opaquing—Selected Red Sable.

| Size | Series 7 Winsor-Newton each | Series 8 Special each | Series 9 Finepoint each |
|------|------|------|------|
| 000 | 1.80 | — | — |
| 00 | 1.95 | 1.25 | 1.55 |
| 0 | 2.00 | 1.35 | 1.65 |
| 1 | 2.25 | 1.50 | 1.95 |
| 2 | 2.60 | 1.75 | 2.25 |
| 3 | 3.60 | 2.25 | 3.00 |
| 4 | 4.40 | 2.75 | 3.75 |
| 5 | 5.70 | 3.75 | 5.00 |
| 6 | 7.45 | 4.75 | 6.25 |
| 7 | 11.40 | 6.00 | 8.75 |

### Japanese Etching — Brown

For etching on film or glass.

| Size | each | Size | each |
|------|------|------|------|
| 1  ⅜" | .70 | 4  ¼" | 1.05 |
| 2  ⅜" | .80 | 5  ½" | 1.35 |
| 3  ½" | .90 | 6  ¾" | 1.65 |

### Opaquing Brushes—Flat

| Size | W.N. #631 Each | #911 Each |
|------|------|------|
| ⅛" | .70 | .80 |
| ¼" | .85 | 1.10 |
| ½" | 1.45 | 1.65 |
| ¾" | 2.30 | 2.50 |
| 1" | 3.15 | 3.90 |

### Staging-out Brushes — Camel Hair #927

| Size | each |
|------|------|
| ¼" | .70 |
| ½" | 1.15 |
| ¾" | 1.60 |

### Plate Etching Brushes

| | | Each | | Each |
|------|------|------|------|------|
| Rubber Set, Pure Bristle #912 ..........3" | | 4.40 | 4" | 7.00 |
| Rubber Set, Nylon Bristle ...............3" | | 2.90 | 4" | 3.75 |
| | 3½" | 3.25 | 6" | 12.50 |

### Plate Scrub Brushes

For removing deep etch mask, Black Nylon Bristles.

| | each | |
|------|------|------|
| 6 inch...........................each | 5.50 |
| 8 inch...........................each | 7.25 |

*Prices subject to change without notice.*



**HANCO PRODUCTS**

32



# GENERAL SUPPLIES

... each 1.60

**I Red Sable.**

| eries 7 or-Newton each | Series 8 Special each | Series 9 Finepoint each |
|---|---|---|
| 1.80 | — | — |
| 1.95 | 1.25 | 1.55 |
| 2.00 | 1.35 | 1.65 |
| 2.25 | 1.50 | 1.95 |
| 2.60 | 1.75 | 2.25 |
| 3.50 | 2.25 | 3.00 |
| 4.40 | 2.75 | 3.75 |
| 5.70 | 3.75 | 5.00 |
| 7.45 | 4.75 | 6.25 |
| 11.40 | 6.00 | 8.75 |

| each | Size | each |
|---|---|---|
| .70 | 4  ¼" | 1.05 |
| .80 | 5  ½" | 1.35 |
| .90 | 6  ¾" | 1.65 |

| W.N. #531 Each | #911 Each |
|---|---|
| .70 | .80 |
| .85 | 1.10 |
| 1.45 | 1.65 |
| 2.30 | 2.50 |
| 3.15 | 3.90 |

**l Hair #927**

| Size | each |
|---|---|
| ¼" | .70 |
| ½" | 1.15 |
| ¾" | 1.60 |

| | Each | | Each |
|---|---|---|---|
| ....3" | 4.40 | 4" | 7.00 |
| ....3" | 2.90 | 4" | 3.75 |
| 3½" | 3.25 | 6" | 12.50 |

**lon Bristles.**

| | each |
|---|---|
| ...................each | 5.50 |
| ...................each | 7.25 |

*to change without notice.*

## BRUSHES

### Fibre Scrub Brushes
For cleaning litho plates and dampener roller covers.

| | | | |
|---|---|---|---|
| White Tampico Fibre ......... 9 inch......each | 1.00 | dozen | 10.00 |
| Brown Stiff Fibre ............ 9 inch......each | 1.20 | dozen | 12.00 |

### All Brass Wire Brush #12062
Solid filling of fine brass wire 4½ x 2½ inch..each   2.75   dozen   28.00

### All Bristle Brush #12061
Very Stiff. 4½ x 2½ inch ................each   1.75   dozen   18.00

## CARBONS

### National White Flame   (Please order by No.)

| Size | | Plain | | Copper Coated |
|---|---|---|---|---|
| ⅜ x 12" | ....................L-3212 | | L-3215 | |
| | per box (50)................. | 13.00 | | 18.25 |
| | per case (250)............... | 61.95 | | 86.95 |
| ½ x 12" | ....................L-3233 | | L-3236 | |
| | per box (50)................ | 19.85 | | 26.85 |
| | per case (250)............... | 93.70 | | 127.25 |
| ⅝ x 12" | ....................L-3239 | | L-3242 | |
| | per box (50)................ | 29.95 | | 41.25 |
| | per case (250)............... | 142.90 | | 196.80 |
| ¾ x 12" | ....................L-3245 | | L-3248 | |
| | per box (50)................ | 40.15 | | 54.90 |
| | per case (250)............... | 191.60 | | 262.10 |

### National High Intensity   (Please order by No.)

| Copper Coated | | Per Box (50) | Per Case (250) |
|---|---|---|---|
| 7mm x  6"................L-3593 | | 8.60 | 41.00 |
| 8mm x  7"................L-3596 | | 9.55 | 45.50 |
| 8mm x  8"................L-3598 | | 12.50 | 59.70 |
| 9mm x  8"................L-3600 | | 22.20 | 108.00 |
| 9mm x 12"................L-3603 | | 23.80 | 113.55 |
| 10mm x 12"................L-3605 | | 24.65 | 117.60 |
| 11mm x  8"................L-3609 | | 22.90 | 109.20 |
| 11mm x 12"................L-3612 | | 29.00 | 138.40 |
| 12mm x 12"................L-3615 | | 34.85 | 165.35 |



### CHEESECLOTH
**Hanco Superfine #600**
Soft, fine count, bleached cotton.
Conveniently packaged in handi-fold carton.

| | | |
|---|---|---|
| cut lengths ....................per yd. | .38 |
| 60 yard bolt ....................per yd. | .30 |

*Prices subject to change without notice.*



CONFIDENTIAL                                                                    H0001606

# GENERAL SUPPLIES

## COTTON

### Cotton, Hanco Litho Grade

Long Fibre. 1 lb. rolls.



| | | |
|---|---|---|
| 1- 3 lbs. | lb. | 1.55 |
| 4- 9 lbs. | lb. | 1.45 |
| 10-24 lbs. | lb. | 1.35 |
| 25-99 lbs. | lb. | 1.30 |
| 100 lbs. | lb. | 1.20 |

### Cotton Balls

Large Size. 2000 in case. Weight 8 lbs.

| | | |
|---|---|---|
| 1-4 cases | per case | 9.50 |
| 5 cases | per case | 8.50 |

## DAMPENER SEWING NEEDLES

| | |
|---|---|
| pkg. of 25 | 4.25 |
| pkg. of 5 | 1.25 |

## DAMPENER SEWING THREAD

Barbour's #6 Pure Flax Sinew, 1 pound spool....................each 4.80

## ENGRAVING NEEDLES

**Brass** — Double Point — Solid brass rod, ¾" x 6½"

each...... 1.00     dozen lots......ea. .85

**Steel** — Pencil Style — Imported Swiss.   (Higher numbers
Round, oval, square, flat. Sizes 1 to 6.  represent broader points.)

each...... 1.25     dozen lots.....ea. 1.10

## GLOVES

**Canvas,** large only     pair ......     .65     dozen pair lots..pr.  .80

**Neoprene** (synthetic rubber)

| | | | |
|---|---|---|---|
| N-31 | Ladies' sizes — 8, 9. | pair | 1.75 |
| N-35 | Ladies' sizes — 8, 9 (curved). | pair | 1.75 |
| N-32 | Mens' sizes — 10, 11. | pair | 2.15 |
| N-36 | Men's sizes — 10, 11 (curved). | pair | 2.15 |
| N-51 | Men's Extra Heavy. | pair | 5.85 |
| 922-X | Men's Neoprene Coated Canvas. | pair | 2.25 |
| 922 | Men's Neoprene Coated Canvas—Right Hand Only. | pair | 3.25 |

### HANDSAVER—DISPOSABLE PLASTIC GLOVES
### POP-UP BOX—100 GLOVES

For complete protection from ink, solvents, and etches. No loss of touch sensitivity.

| | | |
|---|---|---|
| 100 gloves (large). | per box | 4.00 |
| 100 gloves (medium). | per box | 3.90 |

*Prices subject to change without notice.*

**HANCO PRODUCTS**

34

CONFIDENTIAL

H0001607



# GENERAL SUPPLIES

...... ................lb.  1.55
... .. ...............lb.  1.45
.. . ...............lb.  1.35
. . ..............lb.  1.30
.. ..............lb.  1.20

.. .........per case  9.50
.. .............per case  8.50

............................ 4.25
............................ 1.25

nol.......................each 4.80

, ¾" x 6¼"
1.00      dozen lots..... ea.  .85
(Higher numbers
1 to 6. represent broader points.)
1.25      dozen lots......ea. 1.10

.65      dozen pair lots..pr.  .60

......................pair  1.75
......................pair  1.75
......................pair  2.15
......................pair  2.15
......................pair  5.85
......................pair  2.25
light Hand Only...........pair  3.25

## LE PLASTIC GLOVES
## -100 GLOVES

s, and etches. No loss of touch sensitivity.
(large)................per box  4.00
medium)................per box  3.90

change without notice.

PRODUCTS

## FAUCET, Polyethylene



Resistant to acids. No chemical reaction with product. Highest quality new type polyethylene. Rugged and durable. Will not stress, crack or break. Fast, smooth flow. Quarter turn open. Instant control. Man-size handle. Fits all standard ¾" pipe thread openings.

each   1.10

**FAUCET, Brass, ¾ inch pipe thread** ..............each   3.50

**FLANNEL PADS 6" x 7"** ..........................per lb.   6.40

## FUNNELS



### Polyethylene—Resists Acids

| | | | | |
|---|---|---|---|---|
| #755 | 16 oz. | 5 inch dia.......... | each | 1.80 |
| #757 | 32 oz. | 6½ inch dia. | each | 3.00 |
| #758 | 64 oz. | 8 inch dia.......... | each | 4.50 |
| #760 | Assorted, one each #755, 757, 758 | | set | 8.25 |

### Stainless Steel

| | | | | |
|---|---|---|---|---|
| #725 | 13 oz. | 5 inch dia.......... | each | 5.85 |
| #726 | 22 oz. | 6 inch dia. | each | 6.55 |
| #727 | 32 oz. | 6¾ inch dia. | each | 8.50 |
| #728 | 64 oz. | 8¾ inch dia. | each | 9.95 |

## GRADUATED MEASURES



### Stainless

| | | | | |
|---|---|---|---|---|
| #671 | 32 oz. | 1000 cc.............. | each | 7.10 |
| #672 | 64 oz. | 2000 cc.............. | each | 8.70 |

## GRADUATES, Glass



Heavy Cone-Shaped Beaker Style
Single Scale. Graduated in ounce fractions.

| | | | |
|---|---|---|---|
| #2320-2 | 2 ounce | ...............each | 3.55 |
| #2320-4 | 4 ounce | ...............each | 4.20 |
| #2320-8 | 8 ounce | ...............each | 5.35 |
| #2320-16 | 16 ounce | ...............each | 6.40 |
| #2320-32 | 32 ounce | ...............each | 8.25 |

**HONES** — See Snake Slips

*Prices subject to change without notice.*

HANCO PRODUCTS

35

CONFIDENTIAL

H0001608



# GENERAL SUPPLIES

### HUMIDITY INDICATOR

**#5535 Stewart Farm Humidiguide Hygrometer.** Permacolor tubes with magnifying lens. Scales have burnished metal figures and graduations on a polished lacquer background. Frame is mahogany colored plastic with revolving self-contained humidity table. Complete with spare wick and instructions.

Price   **12.50**

## KNIVES

### Ink Knives

Carbon steel, forged blade and bolster, rosewood handle.

| | | |
|---|---|---|
| 12" x 3¼" blade | #9808-12.....each | **12.50** |

Carbon steel, stiff blade, rosewood handle.

| | | |
|---|---|---|
| 4" x 1½" blade | #900-4........each | **3.05** |
| 6" x 1½" blade | #900-6........each | **3.75** |
| 8" x 2¼" blade | #900-8........each | **4.60** |
| 10" x 2⅝" blade | #900-10.......each | **5.25** |
| 12" x 3" blade | #900-12.......each | **5.75** |

### Ink Scrapers

Carbon steel, extra stiff, forged blade and bolster, rosewood handle.

| | | |
|---|---|---|
| 5¼" blade | #9809...........each | **11.50** |

*Prices subject to change without notice.*

36

**HANCO PRODUCTS**

H0001609



# GENERAL SUPPLIES

eter. Permacolor tubes with magnifying
: and graduations on a polished lacquer
1 plastic with revolving self-contained
ind instructions.
           Price   12.50

**KNIVES**

**Ink Scrapers**





Carbon steel, forged blade and bolster, rosewood handle.

| | Stiff Blade each | Flexible Blade |
|---|---|---|
| 3" wide blade...#9806-3 | 4.40 | #9806-E-3  4.75 |
| 4" wide blade...#9806-4 | 5.15 | #9806-E-4  6.00 |
| 5" wide blade...#9806-5 | 6.80 | |



-wood handle.
lade   #9808-12.....each  12.50

**Ink Spatulas**



Carbon steel, flexible blade, rosewood handle.

| | | |
|---|---|---|
| 5⁄8" x 4" blade | #9003-4.......each | 1.35 |
| 1¼" x 8" blade | #9003-8.......each | 2.65 |
| 1¾" x 12" blade | #9003-12.....each | 4.75 |

Carbon steel, forged blade and bolster, rosewood handle.

| | | |
|---|---|---|
| 1½" x 10" blade | #9807-10.....each | 11.50 |
| 1⅞" x 12" blade | #9807-12.....each | 12.00 |



| | | |
|---|---|---|
| lade | #900-4.......each | 3.05 |
| lade | #900-6.......each | 3.75 |
| lade | #900-8.......each | 4.60 |
| lade | #900-10......each | 5.25 |
| de | #900-12......each | 5.75 |

**Putty Knives**



Carbon steel, stiff blade, rosewood handle.
1½" x 3" blade    #900 .........each  1.65
Carbon steel, stiff blade, maple handle.
1¼" wide blade    #8116 ........each  1.00
Carbon steel, flexible blade, maple handle.
1¼" wide blade    #8116-E.......each  1.05

*Prices subject to change without notice.*



bolster, rosewood handle.
   #9809............each  11.50

o change without notice.

**PRODUCTS**

**HANCO PRODUCTS**



37

CONFIDENTIAL



## GENERAL SUPPLIES

### KNIVES

**Scratch Knives**

| | | |
|---|---|---|
| each | ................................ | .35 |
| dozen | ................................ | 3.50 |
| gross | ................................ | 35.00 |

### X-Acto Stripping Knives

No. 1

No. 2

X-Acto Knife No. 1   with blade.................................each   .65
X-Acto Knife No. 2   with blade.................................each   .80

No. 52

**X-Acto Knife Sets**

No. 51   #1 Knife with 5 asst. blades (2 #10, 2 #11, 1 #16).....per set   1.25
No. 52   #2 Knife with 5 asst. blades (19, 22, 23X, 24, 25).......per set   1.40
No. 62   #1 and #2 Knives w/10 asst. blades in case ..........per set   2.75

**X-Acto Blades**                                                   pkg. of 5   .85
Blade Nos. 10, 11, 16 fit Knife No. 1.
Blade Nos. 19, 22, 23X, 24, 25 fit Knife No. 2.
Blade No. 122 fits Knife No. 66                                     pkg. of 2   .25

### Grifhold Pin Vise

#44 Pin Vise.  Holds needles, etc.  Pencil style, retractable point.   each   1.00

*Prices subject to change without notice.*

**HANCO PRODUCTS**

38

CONFIDENTIAL

H0001611

# GENERAL SUPPLIES

## KNIVES

### Grifhold Tools

**#119-2 Knife Kit**
Retractable knife holder with pencil clip.
10 assorted blades, plastic pocket case.
kit   **3.00**



#119-2

**#123-2 Knife Kit**
Retractable knife holder with pencil clip.
5 assorted blades. Slightly heavier than
119-2.
kit   **2.50**

**#24-1 Stencil Knife Set**
10 different blades. An excellent all-
purpose kit.
kit   **3.00**



#24-1

**#112 Safety Utility Knife**   each  **1.50**

## PENS & PENHOLDERS



**No. 47 Grifhold Quill Holder**  each ...................  **1.00**

**No. 49 Grifhold Lettering Pen Holder**  each ............  **1.20**



### No. 3060 Koh-i-noor Rapidograph
Non-clogging technical fountain pen. Uses India drawing or writing ink. For letter-
ing, commercial art, photographic work or general writing. Its outstanding feature
is an assured constant line width.

#00 Super Fine,  #0 Extra Fine,  #1 Fine,
#2 Medium, #3 Broad, #4 Extra Broad......................each   **8.00**

*Prices subject to change without notice.*

**HANCO PRODUCTS**

39

---

............................   .35
............................  3.50
............................ 35.00





........................each   .65
........................each   .80



...10, 2 #11, 1 #16)......per set   1.25
...22, 23X, 24, 25).......per set   1.40
...des in case ..........per set   2.75

| 22 | 23X | 24 | 25 |

pkg. of 5   .85

2.

pkg. of 2   .25



...l style, retractable point.   each   1.00

...change without notice.

**PRODUCTS**

---



CONFIDENTIAL

H0001612



## GENERAL SUPPLIES

**MAGNIFIERS**

| | | | |
|---|---|---|---|
| Pre-coptic #20 | 12 power | | 10.00 |
| Bausch & Lomb | 5 power | 1" x 1" | 17.50 |
| German #4 brass | 10 power | ½" x ½" | 4.00 |
| Seerite L. T. | | 1" x 1" | 4.00 |

## MAKE READY PASTE—SPHINX

Remains soft without molding. Makes smooth even overlays. Will not swell or wrinkle packing.

| | | |
|---|---|---|
| 6-ounce tubes | 6 tubes in box....................per tube | .50 |
| | 24 tubes in case..................per case | 11.40 |
| pints | less than 12 pints.................per pint | 1.00 |
| | case of 12 pints..................per case | 11.40 |
| quarts | less than 12 quarts...............per qt. | 1.35 |
| | case of 12 quarts.................per case | 15.40 |
| gallons | less than 4 gallons................per gal. | 3.85 |
| | case of 4 gallons.................per case | 14.65 |

## Padding Compound, Hanco

High quality latex. Fast drying. Flexible.

| | | | |
|---|---|---|---|
| X-1734 | White | 1X1 quart .....................per qt. | 2.25 |
| X-1744 | Red | 12X1 quart ....................per qt. | 2.00 |
| | | 1X1 gallon.....................per gal. | 8.00 |
| | | 4X1 gallon.....................per gal. | 5.75 |

## P. H. TESTING — For checking acidity of solutions
### Micro-Essential No. 325 Single Roll Dispenser

| | |
|---|---|
| Testing paper range pH 3.0 to 5.5.....each | 1.25 |
| #425 refills for above 5 roll package..pkg. | 2.00 |

## PLATE CLAMPS

#2 Strong Spring Pressure Clamps. 1" x 6". Nickeled Finish. Grip points curved back to prevent scratching...............................each   1.40

*Prices subject to change without notice.*

40                    **HANCO PRODUCTS**

H0001613



## GENERAL SUPPLIES

### PERFORATING DEVICES  H. S. Boyd Products

Perforate, slit, score and punch during printing operation. Precision made, thin, flexible steel strips that attach to impression cylinder of offset press. Write for circulars that visibly illustrate results obtainable.



| | | |
|---|---|---|
| #20 .......12 power | | 10.00 |
| omb....... 5 power | 1" x 1" | 17.50 |
| brass .....10 power | ½" x ½" | 4.00 |
| ................. | 1" x 1" | 4.00 |

**LITHO-PERF for Paper**
8-Tooth, 12-Tooth or 16-Tooth

**LITHO-PERF for Card Stock**
8-Tooth, 12-Tooth or 16-Tooth


*Litho-Perf*

**LITHO-SNAP, 3 or 4 Tooth**
For Paper only

**LITHO-SLIT**
For Paper only

**LITHO-SCORE**
For Paper and Card Stock

Any of above

| | |
|---|---|
| 6 ft. roll .....................per roll | 5.70 |
| 20 ft. roll .....................per roll | 17.00 |

NOTE: When ordering, specify number of teeth per inch and whether for paper or card stock.

〔

smooth even overlays. Will not swell or

| | | |
|---|---|---|
| box...................per tube | | .50 |
| ﹏case................per case | | 11.40 |
| 12 pints................per pint | | 1.00 |
| pints................per case | | 11.40 |
| 12 quarts...............per qt. | | 1.35 |
| quarts...............per case | | 15.40 |
| 4 gallons...............per gal. | | 3.85 |
| gallons...............per case | | 14.65 |

### BOYD LITHO-PUNCH

| | |
|---|---|
| Single hole. Sizes: ½", ¾", ¼", ⅜" and ½"...................each | 6.50 |
| One size, set of 3........................each | 6.00 |

### POLYETHYLENE BOTTLES

Heavy gauge, unbreakable, acid resistant polyethylene bottles with strong 38 mm. buttress style spout caps. A convenient dispenser for many liquids. Price includes: 1 spout cap, 1 regular cap.



| | | |
|---|---|---|
| ⌊ | | |
| ...................per qt. | | 2.25 |
| rt ...................per qt. | | 2.00 |
| ﹏...................per gal. | | 6.00 |
| ﹏...................per gal. | | 5.75 |

| | |
|---|---|
| pint size...................each | 1.55 |
| lots of 6...................each | 1.45 |
| quart size...................each | 2.30 |
| lots of 6...................each | 2.15 |
| gallon size ...................each ~ | 8.00 |
| lots of 6...................each | 7.50 |

ity of solutions

**gle Roll Dispenser**

| | | |
|---|---|---|
| aper range pH 3.0 to 5.5.....each | | 1.25 |
| fills for above 5 roll package..pkg. | | 2.00 |

### RAZOR BLADES
Single edge.



| | | |
|---|---|---|
| 100 blades...................per c. | | 2.30 |
| 500 blades...................per c. | | 1.95 |
| 1000 blades...................per c. | | 1.80 |

### REGISTER PINS, Solid Brass
﹏ specify size, short ¼", long ⅜".
Minimum order 1 dozen.

| | | |
|---|---|---|
| " x 6". Nickeled Finish. Grip points curved | | |
| ...................each | | 1.40 |
| | dozen | 2.75 |
| 6 dozen lots...................dozen | | 2.25 |
| 12 dozen lots...................dozen | | 2.00 |

﹏ to change without notice.

*Prices subject to change without notice.*

**O PRODUCTS**

**HANCO PRODUCTS**



41

CONFIDENTIAL

H0001614



GENERAL SUPPLIES

# HANCO PLASTIC PILE SEPARATORS
## *Speed Production*

# NOW...
# 3 SIZES for ALL PRESSES

- Give accurate leveling of stock pile
- For FEEDER END to assure positive pickup
- For DELIVERY END to aid proper jogging

Assure level stock pile for the *feeder* suckers. Having a longer taper than wooden wedges, they permit closer adjustment and prevent misses, dragging, folding under, etc. On the delivery end they assure proper jogging.

## ABSOLUTELY SMOOTH— THIN LEAD EDGE

Of smooth plastic, they insert easily, quickly and cleanly without tearing or ruffling edges of stock. STAY in position. Can't splinter and cause damage to plates, engravings and blankets. Will not soak up oil, ink and dirt.

## PRICES, EACH

| A | B | C |
|---|---|---|
| 8-inches long, wide with low angle of raise. | 6-inches long, narrow with high angle of raise. | 4½-inches long, medium width, low angle of raise. |
| Less than 12...... $2.00 | Less than 12...... $1.15 | Less than 12...... $1.00 |
| Lots of 12.......... 1.85 | 12 to 23............ 1.08 | 12 to 23............ .90 |
| Lots of 24.......... 1.75 | 24 to 47............ 1.00 | 24 to 47............ .85 |
| Lots of 48.......... 1.65 | 48 to 71............ .95 | 48 to 71............ .80 |
| Lots of 96.......... 1.55 | 72 to 143........... .90 | 72 to 143........... .75 |
| Lots of 144......... 1.50 | 144 and over....... .85 | 144 and over........ .70 |

MINIMUM ORDER of Type B or C Separators in quantity of six (6), either for all one type or a combination of B and C.

Styles A, B and C may not be assorted to obtain quantity prices.

*Prices subject to change without notice.*

42                      HANCO PRODUCTS

CONFIDENTIAL                                      H0001615



## GENERAL SUPPLIES



## LL PRESSES
of stock pile
ssure positive pickup
aid proper jogging

:eder
than
r ad-
ging,
end



I—
E

easily,
aring or
position.
o plates,
soak up



C

| | narrow with | 4¾-inches long, medium |
| of raise. | width, low angle of raise. |
| l....... $1.15 | Less than 12....... $1.00 |
| ........ 1.05 | 12 to 23............. .90 |
| ........ 1.00 | 24 to 47............. .85 |
| ........ .95 | 48 to 71............. .80 |
| ........ .90 | 72 to 143............ .75 |
| wr...... .85 | 144 and over........ .70 |

· C Separators is quantity of six (6),
on of B and C.
ad to obtain quantity prices.

*to change without notice.*

---

**SAFETY CANS**

**Justrite Safety Can—Type I**



For safe handling and storage, of flammable liquids. Short valved spout used for pouring or filling. Available with or without non-flash back baffle screens. Approved by Underwriter's Laboratories, Inc.

| Size | No. | | *With Screen |
|---|---|---|---|
| 1 pint | #10001 | ...............each | 12.75 |
| 1 quart | #10101 | ...............each | 13.15 |
| 2 quart | #10201 | ...............each | 14.70 |
| 1 gallon | #10301 | ...............each | 15.10 |
| 2 gallon | #10501 | ...............each | 18.15 |
| 3 gallon | #10701 | ...............each | 18.10 |
| 5 gallon | #10801 | ...............each | 19.50 |

**Justrite Cans with Dispensing Plunger**



| | | |
|---|---|---|
| 1 quart #10108 | ................each | 13.20 |
| 2 quart #10208 | ................each | 13.50 |
| 1 gallon #10308 | ................each | 16.75 |

*Without screens no longer available.

**Justrite Oily Waste Cans**



| | | With Foot Lever | | W/O Foot Lever | |
|---|---|---|---|---|---|
| Size | | Each | | Each | |
| 6 gallon | #9-100 | 20.80 | #9-110 | 18.25 | |
| 10 gallon | #9-300 | 23.50 | #9-310 | 20.70 | |
| 14 gallon | #9-500 | 27.60 | # — | — | |
| 25 gallon | #9-700 | 48.55 | #9-710 | 45.60 | |
| 40 gallon | # — | — | #9-910 | 68.00 | |

NOTE: Please order Justrite Safety Cans by Style No.

**Justrite Benzene Can #10123**

| | | |
|---|---|---|
| 1 quart | ...............each | 14.60 |

## SNAKE SLIPS, HONES, & RETOUCH STICKS

| | | | | |
|---|---|---|---|---|
| Keen — Round | ...............dozen | 1.85 | gross | 17.60 |
| Keen — Flat | ...............dozen | 1.60 | gross | 17.10 |
| Scotch-Tam-O-Shanter ½ inch | ...............dozen | 3.15 | gross | 36.50 |
| ⅜ inch | ...............dozen | 3.35 | gross | 39.00 |
| ¼ inch | ...............dozen | 3.70 | gross | 42.00 |
| Weldon-Roberts | | | | |
| Rubber Retouch Sticks | ...............dozen | | | 3.45 |
| | | | gross | 38.00 |
| Retouch Stick Holders | ...............each | .50 | dozen | 4.85 |

*Prices subject to change without notice.*



---

) PRODUCTS           HANCO PRODUCTS           43



CONFIDENTIAL

H0001616



## GENERAL SUPPLIES

### OHAUS TRIPLE BEAM BALANCE SCALE
Model No. 850-S, 5 pound capacity.

Triple beam:
Front: 1 oz. x 1/64 oz.
Middle: 1 oz. x .01 oz.
Rear: 16 oz. x 1/64 oz.

Sensitivity .01 ounce. Tiered Aluminum beams for complete visibility. Magnetic damping for speed. Agate bearings for long life. One 6 inch plate.

#850-S without weights .....................37.50
#850-S with weights .......................41.50

### SENSITIVITY GUIDE

Plate Makers, 21 Step.....................each    3.20
Cameraman's 12 Step.......................each    3.20

### SOLVENT SQUIRTER-BALDWIN .............................each   2.50

### 3M BRAND SCOTCH TAPES

**No. 232 Buff Masking, Paper Back, 2160 inch rolls**

| Width | 1-11 rolls | 12 rolls | 36 rolls | |
|---|---|---|---|---|
| ½" | .97 | .75 | .71 | per roll |
| ¾" | 1.17 | .90 | .85 | |
| 1" | 1.49 | 1.15 | 1.09 | |
| 1½" | 2.23 | 1.72 | 1.63 | |
| 2" | 2.98 | 2.30 | 2.18 | |

**No. 400 Double Coated Tissue, 1296 inch rolls**

| | | | | |
|---|---|---|---|---|
| ½" | 2.01 | 1.54 | 1.42 | per roll |
| ¾" | 2.68 | 2.06 | 1.90 | |
| 1" | 3.35 | 2.57 | 2.37 | |

**No. 465 Adhesive Transfer Tape, 2160 inch rolls**

| | | | | |
|---|---|---|---|---|
| ¾" | 2.68 | 2.06 | 1.90 | per roll |
| 1" | 3.35 | 2.57 | 2.37 | |
| 1½" | 5.03 | 3.86 | 3.56 | |
| 2" | 6.70 | 5.14 | 4.74 | |

**No. 600 Transparent Cellophane, 2592 inch rolls**

| | | | | |
|---|---|---|---|---|
| ¼" | .54 | .47 | .45 | per roll |
| ⅜" | .69 | .60 | .57 | |
| ½" | .84 | .82 | .78 | |
| ¾" | 1.37 | 1.20 | 1.13 | |
| 1" | 1.80 | 1.57 | 1.48 | |

*Prices subject to change without notice.*

**HANCO PRODUCTS**

44



## GENERAL SUPPLIES

ty.        Triple beam:
                Front: 1 oz. x 1/64 oz.
                Middle: 1 oz. x .01 oz.
                Rear: 16 oz. x 1/64 oz.

Sensitivity .01 ounce. Tiered Aluminum
beams for complete visibility. Magnetic
damping for speed. Agate bearings for
long life. One 6 inch plate.

out weights .....................37.50
   weights ......................41.50

ep......................each   3.20
p.......................each   3.20

.............................each   2.50

### lack, 2160 inch rolls

| 1-11 rolls | 12 rolls | rolls |
|---|---|---|
| .97 | .75 | .71 per roll |
| 1.17 | .90 | .85 |
| 1.49 | 1.15 | 1.09 |
| 2.23 | 1.72 | 1.63 |
| 2.98 | 2.30 | 2.18 |

### , 1296 inch rolls

| | | |
|---|---|---|
| 2.01 | 1.54 | 1.42 per roll |
| 2.68 | 2.06 | 1.90 |
| 3.35 | 2.57 | 2.37 |

### Tape, 2160 inch rolls

| | | |
|---|---|---|
| 2.68 | 2.06 | 1.90 per roll |
| 3.35 | 2.57 | 2.3 |
| 5.03 | 3.86 | 3.56 |
| 6.70 | 5.14 | 4.74 |

### ine, 2592 inch rolls

| | | |
|---|---|---|
| .54 | .47 | .45 per roll |
| .69 | .60 | .57 |
| .94 | .82 | .78 |
| 1.37 | 1.20 | 1.13 |
| 1.80 | 1.57 | 1.48 |

change without notice.

PRODUCTS

## 3M BRAND SCOTCH TAPES

### No. 616 PQX Red, Paklon Film, 2592 inch rolls

| Width | 1-11 rolls | 12 rolls | 36 rolls |
|---|---|---|---|
| ¼" | 1.28 | .98 | .91 per roll |
| ⅜" | 1.55 | 1.19 | 1.10 |
| ½" | 2.12 | 1.63 | 1.50 |
| ⅝" | 2.59 | 2.00 | 1.84 |
| ¾" | 2.95 | 2.27 | 2.09 |
| ⅞" | 3.39 | 2.61 | 2.40 |
| 1" | 3.67 | 2.98 | 2.75 |

### No. 665 Transparent Double Coated, 1296 inch rolls

| | | | |
|---|---|---|---|
| ½" | 2.08 | 1.81 | 1.71 per roll |
| ¾" | 2.77 | 2.42 | 2.28 |
| 1" | 3.46 | 3.02 | 2.86 |

### No. 880 Transparent Rayon Filament, 2160 inch rolls

| | | | |
|---|---|---|---|
| ½" | 2.50 | 2.07 | 1.92 per roll |
| ¾" | 3.32 | 2.77 | 2.65 |
| 1" | 4.31 | 3.59 | 3.31 |

### SCOTCH TAPE DISPENSERS

| | | | |
|---|---|---|---|
| C-23 | Heavy Duty, 3" core | 1" width......................... | 5.75 |
| C-22 | 2-roll multiple core | 2" width......................... | 8.25 |

### SPONGES, CELLULOSE

**Du Pont**

| No. | Type | Approximate Size | |
|---|---|---|---|
| 6-A | Coarse Pore | 1½ x 3½ x 5½" ................each | .35 |
| 6-AF | Fine Pore | 1½ x 3½ x 5½"................each | .50 |
| 8-AF | Fine Pore | 2 x 4 x 6" .....................each | 1.00 |
| 8-A | Coarse Pore | 2 x 4 x 6" .....................each | .75 |
| 9-TW | Coarse Pore, Turtle Back | 2¼ x 4¾ x 7½"................each | 1.05 |

### SPONGES, NATURAL

| | | | 12 or more |
|---|---|---|---|
| Large ........................................each | 3.85 | | each 3.50 |
| Medium ......................................each | 3.50 | | each 3.15 |
| Small (Mediterranean) .........................each | 1.50 | | each 1.35 |

Prices subject to change without notice.

### HANCO PRODUCTS



# GENERAL SUPPLIES

## SQUEEGEES

| | | | | | 12 or more |
|---|---|---|---|---|---|
| Hanco Deep Etch | 12 inch ......each | 2.45 | * | each | 2.20 |
| | 24 inch ......each | 4.50 | | each | 4.00 |
| Hanco Film-soft blade | 10 inch.......................... ... ...each | | | | 2.20 |
| | 14 inch...........................each | | | | 3.00 |

## STATICMASTER

3 inch brush. Effectively destroys static attraction for dust
on film and plastic sheets...................................each  12.95

## STATIKIL SPRAY — See Aerosol Sprays

## SWABS, DEEP ETCH

Hanco. Molded polystyrene holder with non-slip handle. 5″ x 7″ working surface of
virgin mohair pile for perfect halftone development.

less than 12.....................each  2.70
lots of 12........................each  2.50
lots of 25........................each  2.25

## TINSEL—STATIC ELIMINATOR

24 yards per box.................per yd.  .50

## WIPES, CELLULOSE

### No. 900 Kimwipes #3425

Wet strength soft disposable wipers in individual self-dispensing cartons.
15″ x 16⅞″. 125 in a carton. 18 cartons per case.

1 case ............................  15.20
2-4 cases..........................  14.15
5-9 cases .........................  13.25
10 cases ..........................  11.25

### No. 1300 Kimwipes #3435

Wet strength soft disposable wipers in individual self-dispensing cartons.
12″ x 16⅞″. 125 in a carton. 18 cartons per case. Heavier than No. 900.

1 case ............................  17.30
2-4 cases..........................  16.25
5-9 cases .........................  14.75
10 cases ..........................  12.35

*Prices subject to change without notice.*

46                    HANCO PRODUCTS ·

CONFIDENTIAL                                                      H0001619



## GENERAL SUPPLIES

| | | 12 or more | |
|---|---|---|---|
| ...each | 2.45 | each | 2.20 |
| ...each | 4.50 | each | 4.00 |
| ......................each | | | 2.00 |
| ......................each | | | 3.00 |

attraction for dust

......................each   12.95

ays

on-slip handle. 5″ x 7″ working surface of development.

| ?......................each | 2.70 |
|---|---|
| ......................each | 2.50 |
| ......................each | 2.25 |

· box.................per yd.     .50

dividual self-dispensing cartons.
per case.

| ............................ | 15.20 |
|---|---|
| ............................ | 14.15 |
| ............................ | 13.25 |
| ............................ | 11.25 |

ividual self-dispensing cartons.
per case. Heavier than No. 900.

| ............................ | 17.30 |
|---|---|
| ............................ | 16.25 |
| ............................ | 14.75 |
| ............................ | 12.35 |

o change without notice.

### WIPES, CELLULOSE

### LITHO WIPES

Disposable plate processing towels. May also be used for almost every purpose around a shop where a wiping cloth is needed.

#### No. 3560 Ribbed Litho Wipes, folded

1200 (600 double) per carton. Each wipe is 14½″ x 15¼″.

| 1 carton ............................ | 20.50 |
|---|---|
| 2-4 cartons ............................ | 19.25 |
| 5-9 cartons ............................ | 16.75 |
| 10 cartons ............................ | 15.00 |

#### No. 3562 Creped Litho Wipes, folded

1200 (600 double) per carton. Each wipe is 14½″ x 15¼″.

| 1 carton ............................ | 18.00 |
|---|---|
| 2-4 cartons ............................ | 14.90 |
| 5-9 cartons ............................ | 13.25 |
| 10 cartons ............................ | 11.75 |

### WEBRIL WIPES, COTTON

100% pure cotton. Lintless. Will not scratch. Ideal for paper, presensitized and wipe-on plates, duplicator presses, stripping and opaquing, camera, dot-etching, plate making and color proving. Available in several convenient packings.

#### Webril Appli-pads

Designed for use with Webril applicator. 100 5″x8″ pre-cut Appli-pads per roll. Each roll in dispensing carton.

| per roll ............................ | 4.10 |
|---|---|
| case (8 rolls) ..................per case | 28.95 |
| *Webril applicator ..................each | .75 |

*Applicator free if requested with 8 roll order.

#### Webril Litho-pads

100 4″x8″ pre-cut Litho-pads per roll. Each roll in dispensing carton. 20 cartons per case.

| per carton ............................ | 2.05 |
|---|---|
| 1-4 cases ..................per case | 34.35 |
| 5 cases ..................per case | 32.05 |

#### Webril Cotton Wipes

100 8″x8″ wipes to a roll. Equal to usage of 2 lbs. of cotton.

| per roll ............................ | 3.25 |
|---|---|
| case (8 rolls)..................per case | 23.05 |
| *Dispensers ..................each | 1.00 |

*Dispenser free if requested with 8 roll order.

*Prices subject to change without notice.*



CONFIDENTIAL

H0001620

# PRESENSITIZED PLATES

## ENCO PRESENSITIZED PLATES

Enco features a fine grained aluminum surface on both negative and positive plates to give sharp clean half-tones, eliminate halation, reduce scratch problems and give better ink/water balance. These are features that professional lithographers consider paramount in reproducing quality work.

At your request, price lists and size information will be promptly furnished on any specified Enco plate listed below.

## Enco N-2 Negative Working Aluminum Plates

Features wide exposure latitude. No critical processing. Plate sizes up to 40¾ x 50. Two-sided economy.

| | |
|---|---|
| AN-600 Series | .0075 thick |
| AN-800 Series | .012  thick |

## Enco Positive Working Aluminum Plates

An economical alternate to the deep etch process. Visible image after exposure and after development. Easily processed. Unsurpassed for color proving as well as press run. Available for most offset presses.

| | |
|---|---|
| PA-500 Series | .0075 thick |
| PA-900 Series | .012  thick |

## Enco Premium Positive Aluminum Plates

Features exceptionally long runs up to 100,000. Simple processing. Expose plate, apply developer, and plate is ready for the press. No lacquer required. The lacquer is "built in." Press sizes from 15½ x 20½ to 40 x 49½.

| | |
|---|---|
| PA-200 Series | .012 thick |

## Enco "Pacemaster" Economy Pre-sensitized Plate

Film laminated dimensionally controlled paper base. Fast processing. After exposure, wipe on Enco Developer ND and plate is ready for the press. Interchangeable with direct image plates on duplicator sizes.

| | |
|---|---|
| "Pacemaster" Duplicator sizes | .0065 thick |
| "Pacemaster" Other press sizes | .012  thick |

*Prices subject to change without notice.*



48

**HANCO PRODUCTS**



\TES

5

rface on both negative and positive plates
halation, reduce scratch problems and give
tures that professional lithographers con-
work.

rmation will be promptly furn: ed on any

g Aluminum Plates

al processing. Plate sizes up to 40¾ x 50.

es                                    .0075 thick
es                                    .012  thick

ninum Plates

process. Visible image after exposure and
urpassed for color proving as well as press

es                                    .0075 thick
es                                    .012  thick

ninum Plates

100,000. Simple processing. Expose plate,
he press. No lacquer required. The lacquer
½ to 40 x 49½.
es                                    .012 thick

y Pre-sensitized Plate

paper base. Fast processing. After exposure,
ready for the press. Interc·   eable with

er" Duplicator sizes                  .0065 thick
er" Other press sizes                 .012  thick

change without notice.

**PRODUCTS**

# 3M PHOTO OFFSET PRODUCTS

### 3M PHOTO OFFSET PRODUCTS

Complete line of 3M Photo Offset Products is offered by Handschy Chemical Co.

#### 3M Type "E" Negative Presensitized Plates

For short runs at paper plate cost. A one-sided plate of aluminum foil laminated to
paper. Rolls up, handles, performs with all the metal plate advantages. Available in
offset duplicator sizes for ATF, Davidson, A. B. Dick, Multilith and Photostat presses.

#### 3M Type "K" Negative Presensitized Plates

Prelacquered and subtractive process presensitized plate using fast one-step, one-
chemical system eliminates most variables. Reported to be practically halation-free
and outstanding with half-tones. Available from 10" size up to 48" size.

#### 3M Type "L" Negative Presensitized Plates

Economical for short runs. Two usable aluminum printing surfaces laminated to
paper. Fast and easy processing with no rinsing necessary. Does not stretch or soak
up moisture. Available in .008 gauge from 15½" x 20½" to 40" x 48" size plates.

#### 3M Type "R" Negative Presensitized Plates

3M's recognized standard plate for 3 out of 4 jobs. Two usable sides. Smooth grain-
less surface reproduces detailed work and halftones up to 300 lines. Light sensitive
and water receptive. Simply expose and develop. Non-oxidizing, stretch and wrinkle
proof. Runs up to 50,000 impressions are common.

#### 3M Type "S" Negative Presensitized Plates

Exceptionally long runs and finest quality printing are obtainable from "S" plates
which feature a uniform pre-finished surface applied at the factory. After exposure,
"S" plates are quickly readied for the press by simply removing non-image areas
with "S" Developer.

#### 3M Type "S-P" Surface Positive Plates

Factory precision coated presensitized and prelacquered positive plate that provides
perfectly visible image from exposure frame to press, making registration fast and
certain. Running characteristics are similar to a deep etch plate, with superior dot
definition and reproduction. Available size range is 14" x 20" through 60".

*Prices subject to change without notice.*



**HANCO PRODUCTS**

49



CONFIDENTIAL

H0001622

# PHOTO OFFSET PRODUCTS

### MASKING FILM—For Window Openings

Light safe red film on dimensionally stable transparent plastic. Cut and peel off for open window negatives. Light passes through cut-out portions only. Eliminates brush opaquing. Simplifies color separations. Improves camera copy.

### Separon Ruby Red Thin Film

| | 40" x 150" | 40" x 300" |
|---|---|---|
| Clear Base ........................per roll | 17.00 | 33.00 |

### Ulano "Rubylith" Red Film

| | 40" x 150" | 40" x 300" |
|---|---|---|
| M-3 Milky Base .....................per roll | 17.00 | 33.00 |
| DM-3 Clear Base .....................per roll | 19.75 | 38.00 |
| D-3R Clear Base .....................per roll | 19.75 | 38.00 |

## HANCO ACETATE FILM

| | Roll Size | .003 | .005 | .0075 | .010 |
|---|---|---|---|---|---|
| Transparent | 20" x 50' | 7.50 | 12.00 | 18.50 | 22.00 |
| | 20" x 100' | 14.50 | 22.00 | 32.00 | 42.00 |
| | 20" x 200' | 28.50 | 41.50 | 62.00 | 83.00 |
| | 40" x 100' | 28.00 | 40.50 | 60.00 | 80.00 |
| Matte | 20" x 50' | 10.00 | 12.00 | 18.00 | |
| | 20" x 100' | 18.00 | 23.00 | 35.00 | |
| | 40" x 100' | 35.00 | 44.00 | 66.00 | |

## SILVERPRINT PAPER

Huey #324 SC, Single Coated, Van Dyke, 24 Pound Special Base Replaces #327 discontinued.

| | 25 YD. ROLLS | 50 YD. ROLLS | 100 YD. ROLLS |
|---|---|---|---|
| 30 inch width | 12.76 | 21.25 | 42.51 |
| 36 inch width | 14.79 | 24.66 | 49.33 |
| 42 inch width | 17.13 | 28.54 | 57.09 |

| SIZE | PKG. | PRICE | SIZE | PKG. | PRICE |
|---|---|---|---|---|---|
| 8½ x 11 | 50 | 2.93 | 18 x 24 | 50 | 11.04 |
| 11 x 14 | 50 | 4.62 | 20 x 24 | 50 | 13.16 |
| 12 x 18 | 50 | 6.03 | 24 x 30 | 50 | 19.57 |
| 16 x 20 | 50 | 9.50 | 24 x 36 | 50 | 2 41 |
| 17 x 22 | 50 | 10.14 | | | |

NOTE: Other sizes and gauges are available. Write for prices.

Huey #328 DC, Double Coated, Van Dyke, 28 Pound Special Base available in same sizes as #324 SC. Allow time for delivery.

*Prices subject to change without notice.*

**HANCO PRODUCTS**

CONFIDENTIAL



## )DUCTS

### Openings

ible transparent plastic. Cut and peel off
: through cut-out portions only. Eliminates
:ions. Improves camera copy.

|  | 40" x 150" | 40" x 300" |
|---|---|---|
| ...per roll | 17.00 | 33.00 |

|  | 40" x 150" | 40" x 300" |
|---|---|---|
| ...per roll | 17.00 | 33.00 |
| ...per roll | 19.75 | 38.00 |
| ...per roll | 19.75 | 38.00 |

|  | .005 | .0075 | .010 |
|---|---|---|---|
| ) | 12.00 | 16.50 | 22.00 |
| ) | 22.00 | 32.00 | 42.00 |
| ) | 41.50 | 62.00 | 83.00 |
| ) | 40.50 | 60.00 | 80.00 |
| ) | 12.00 | 18.00 | |
| ) | 23.00 | 35.00 | |
| ) | 44.00 | 66.00 | |

:, 24 Pound Special Base Replaces #327

| 50 YD. ROLLS | 100 YD. ROLLS |
|---|---|
| 21.25 | 42.51 |
| 24.66 | 49.33 |
| 28.54 | 57.09 |

| SIZE | PKG. | PRICE |
|---|---|---|
| 18 x 24 | 50 | 11.04 |
| 20 x 24 | 50 | 13.18 |
| 24 x 30 | 50 | 19.57 |
| 24 x 36 | 50 | 22.41 |

ible. Write for prices.

e, 28 Pound Special Base available in same
ery.

*change without notice.*

## PRODUCTS

# PHOTO OFFSET PRODUCTS

## HANCO GRAPHITE OPAQUES

### MS-1355 Raven Black Opaque

A full strength superior opaque of very fine texture with the unusual quality of maintaining its liquid freshness over an extended period of time. Easy to brush on, it does not pull, pile or creep. Water soluble.



| | | |
|---|---|---|
| 2 oz. jar........... ..... . .....each | | 1.55 |
| 4 oz. jar........................each | | 2.75 |
| 8 oz. jar........................each | | 5.00 |
| 16 oz. jar.......................each | | 8.00 |
| 32 oz. jar.......................each | | 14.00 |

### MS-1658 Deluxe Plast-O-Paque

Recommended for polyester film. Made from the finest graphite available. Highly concentrated. Smooth flowing. Plasticized for maximum adherence and flexibility. Water soluble.

| | | |
|---|---|---|
| 2 oz. jar......... .............each | | 1.55 |
| 4 oz. jar........................each | | 2.75 |
| 8 oz. jar........................each | | 5.00 |
| 16 oz. jar.......................each | | 8.00 |
| 32 oz. jar.................. .....each | | 14.00 |

## POPULAR BRAND OPAQUES

### Asco Red

| | | | |
|---|---|---|---|
| #0 | 2½ oz. jar...................each | | .95 |
| #1 | 9 oz. jar....................each | | 2.05 |
| #2 | 18 oz. jar...................each | | 3.40 |

### Bartel's Black

| | | |
|---|---|---|
| 2 oz. jar................. ..... each | | 1.25 |
| 32 oz. jar...................... each | | 13.00 |

### Catalina Brilliant White

| | | |
|---|---|---|
| 1 oz. jar........................ea. | | .60 |

### Craftint

| | | |
|---|---|---|
| "37" Super-white | 2 oz. jar.........................ea. | 1.10 |
| Negative Red | 2 oz. jar.........................ea. | 1.25 |
| Negative Black | 2 oz. jar.........................ea. | 1.25 |

*Prices subject to change without notice.*

## HANCO PRODUCTS

51



CONFIDENTIAL

H0001624

# PHOTO OFFSET PRODUCTS

## SCREEN TINTS

### ByChrome Tints

**Percentage-calibrated:**
20" x 24" .004 Stable base. Available in 10 values from 5% through 90%. Packed in tubes.

**Code-controlled:**
20" x 24" .005 Acetate. Outstanding quality. Finest precision ruling. Values A through F in 133 and 150 line ruling only.

| | Percentage-calibrated Tints | Code-controlled Tints |
|---|---|---|
| each | 6.25 | 6.25 |
| lots of 6" .........each | 5.85 | 5.85 |
| lots of 12" .........each | 5.65 | 5.65 |

*Both grades of above tints may be combined in any assortment of 6 or 12 units to obtain quantity prices. Quantities in excess of multiples of 6 or 12 will be charged for at single unit price.

Special effect screen tints also available on request.

## COLUMBIAN PHOTOGRAPHIC TRAYS
### Cesco-Lite High Impact Plastic

Clean, White, Smooth. 60% Lighter Weight. Highest Acid Resistance. Guaranteed Unbreakable in Normal Use. Formed Pouring Lip.



| Film Size | Overall Size | Price Each |
|---|---|---|
| 8½ x 11 | 13⅛ x 11¼ x 2 | 3.50 |
| 11  x 14 | 17½ x 14½ x 2½ | 6.60 |
| 14  x 17 | 20½ x 17½ x 3 | 10.55 |
| 16  x 20 | 23¾ x 19¾ x 2¾ | 13.45 |
| 20  x 24 | 28½ x 24¼ x 3¼ | 22.35 |

Deep Trays, Heavy Thick Plastic, Generous All Around Lift Rims.

| Film Size | Overall Size | Price Each |
|---|---|---|
| 11 x 14 | 18¾ x 15¾ x 5 | 16.80 |
| 16 x 20 | 24⅜ x 20⅝ x 6 | 31.30 |
| 20 x 24 | 28⅜ x 24¼ x 6 | 39.60 |
| 22 x 28 | 32¼ x 26¼ x 6 | 48.70 |

## Columbian "Ball Point" 316 Stainless Steel Print Tongs

Gripping point curved in all directions to prevent scratching. 7 inch.

2 pair tongs to a set..............per set   1.40

*Prices subject to change without notice.*

52

**HANCO PRODUCTS**

CONFIDENTIAL

H0001625

"Exhibit H"

Form Approved
Budget Bureau No. 44-R1387
Approval Expires April 30, 1971

Form No. LSB-005-4
May 1966



# U.S. DEPARTMENT OF LABOR
## WAGE AND LABOR STANDARDS ADMINISTRATION
### Bureau of Labor Standards

# MATERIAL SAFETY DATA SHEET

## SECTION I

**MANUFACTURER'S NAME** HANDSCHY INDUSTRIES, INC.

**EMERGENCY TELEPHONE NO.** (312) 276-6400

**ADDRESS (Number, Street, City, State, and ZIP Code)** 2525 NORTH ELSTON AVE., CHICAGO, ILLINOIS 60647

**CHEMICAL NAME AND SYNONYMS** NA

**TRADE NAME AND SYNONYMS** HANCOLITE GLAZE CLEANER MS-408

**CHEMICAL FAMILY** AROMATIC & OXYGENATED HYDROCARBON

**FORMULA** NA (FURNISHED SINCE JAN. 1, 1972)

## SECTION II  HAZARDOUS INGREDIENTS

| PAINTS, PRESERVATIVES, & SOLVENTS | % | TLV (Units) | ALLOYS AND METALLIC COATINGS | % | TLV (Units) |
|---|---|---|---|---|---|
| PIGMENTS | | | BASE METAL | | |
| CATALYST | | | ALLOYS | | |
| VEHICLE | | | METALLIC COATINGS | | |
| SOLVENTS | 100 | 178 | FILLER METAL PLUS COATING OR CORE FLUX | | |
| ADDITIVES | | | OTHERS | | |
| OTHERS | | | | | |

| HAZARDOUS MIXTURES OF OTHER LIQUIDS, SOLIDS, OR GASES | % | TLV (Units) |
|---|---|---|
| AROMATIC SOLVENT (Benzene) | 50 | 100 |
| KETONE " | 25 | 1000 |
| ALCOHOL | 25 | 200 |

## SECTION III  PHYSICAL DATA

| | | | |
|---|---|---|---|
| BOILING POINT ('F.) | 136-225 | SPECIFIC GRAVITY (H₂O=1) | .837 |
| VAPOR PRESSURE (mm Hg.) | 90 | PERCENT VOLATILE BY VOLUME (%) | 100 |
| VAPOR DENSITY (AIR=1) | 2.1 | EVAPORATION RATE ( =1) | 3.0 |
| SOLUBILITY IN WATER | | | |
| APPEARANCE AND ODOR | | | |

## SECTION IV  FIRE AND EXPLOSION HAZARD DATA

| FLASH POINT (Method used) TCC: BELOW 20° F. | FLAMMABLE LIMITS | Lel | Uel |
|---|---|---|---|
| EXTINGUISHING MEDIA FOAM CO₂ AND DRY CHEMICALS | | 3.4 | 20.3 |

**SPECIAL FIRE FIGHTING PROCEDURES**
TREAT AS OIL FIRE; RECOMMEND SELF-CONTAINED BREATHING APPARATUS

**UNUSUAL FIRE AND EXPLOSION HAZARDS**
TOXIC VAPOR; CONTROL BY ADEQUATE VENTILATION

## Section V - HEALTH HAZARD DATA

**EFFECTS OF OVEREXPOSURE**
EYE: IRRITATION; SKIN: IRRITATION AND/OR DERMITITIS UPON REPEATED OR PROLONGED CONTACT; INHALATION: IRRITATION OF EYE, NOSE AND THROAT, NARCOSIS, DIZZINESS, UNCONSCIOUSNESS; INGESTION: POISONOUS, CAUSES BLINDNESS, NARCOSIS, ETC., LEADING TO SEVERE ILLINESS OR DEAT

**PRIMARY ROUTE(S) OF ENTRY:**      XDERMAL      XINHALATION

**EMERGENCY AND FIRST AID PROCEDURES**  EYE: FLUSH WITH LARGE AMOUNT OF WATER FOR AT LEAST 15 M. SEEK PHYSICIAN; SKIN: WASH WITH SOAP AND WATER; INHALATION: MOVE VICTIM TO FRESH AIR, GIVE OXYGEN OR ARTIFICIAL RESPIRATION IF NEEDED, SEEK PHYSICIAN; INGESTION: DO NOT INDUCE VOMIT BUT CONTACT A PHYSICIAN IMMEDIATELY. SIGNS & SYMPTOMS OF POISONING MAY NOT BE EVIDENT IMMED AFTER INGESTION.

## Section VI - REACTIVITY DATA

**PRODUCT STABILITY**      XSTABLE      ☐UNSTABLE

**CONDITIONS TO AVOID** CONTACT WITH IGNITION SOURCES (FLAMES, SPARKS, HOT SURFACES, ETC.) STRON ACID

## Section VII - SPILL OR LEAK PROCEDURES

**PROCEDURE WHEN MATERIAL SPILLED OR RELEASED**
ELIMINATE ALL IGNITION SOURCES. VENTILATE THE AREA. USE FOAM TO CONTROL VAPORS. CO SPILLS WITH AN ABSORBENT. FLUSH LARGE SPILLS INTO A SUITABLE RETENTION AREA OR CONTAIN AVOID RUN-OFF INTO STORM SEWERS OR DITCHES. KEEP OUT OF ALL NATURAL WATERWAYS. HAZARDOUS WASTE BY IGNITABILITY. DISPOSE OF MATERIAL IN ACCORDANCE WITH ALL APPLICABLE FE
**WASTE DISPOSAL METHOD** STATE, COUNTY, & LOCAL ENVIRONMENTAL & POLLUTION REGULATIONS. WASTE D POSAL MUST NOT LEAD TO ENVIRONMENTAL CONTAMINATION.

## Section VIII - SPECIAL PROTECTION INFORMATION

**VENTILATION** LOCAL MECHANICAL EXHAUST RECOMMENDED TO KEEP VAPOR CONCENTRATION BELOW TLV.

**PROTECTIVE GLOVES**   NEOPRENE OR RUBBER GLOVES

**RESPIRATORY PROTECTION** IF VAPOR CONCENTRATIONS ARE HIGH
USE NIOSH; APPROVED CARTRIDGE OR CANISTER RESPIRATOR    **EYE PROTECTION**    GOGGLES, FACE SHIELD

**OTHER PROTECTIVE EQUIPMENT** USE AN IMPERVIOUS BODY COVERING & BOOTS. SAFETY SHOWER & EYE WASH SHOULD BE AVAILABLE.

## Section IX - SPECIAL PRECAUTIONS

**HANDLING AND STORING**
EXTREMELY FLAMMABLE LIQUID. KEEP STORED IN A CLOSED CONTAINER, IN A COOL, DRY AREA, AWAY FRO IGNITION SOURCES. USE & STORE WITH ADEQUATE VENTILATION. THIS PRODUCT MAY BE FATAL OR CAUSE BLINDNESS IF INGESTED. CANNOT BE MADE NON-POISONOUS. PROLONGED OR REPEATED BREATHING OF VAP IS HARMFUL. DO NOT GET IN EYES, OR ON SKIN OR CLOTHING. CONTAMINATED CLOTHING SHOULD BE REM IMMEDIATELY. DO NOT EAT, DRINK, OR SMOKE WHILE USING THIS PORDUCT. WASH THOROUGHLY W & WATER AFTER USING.

**OTHER PRECAUTIONS**
DO NOT EXPOSE EMPTY CONTAINERS TO FIRE, SPARKS, OR FLAMES AS RESIDUAL VAPORS MAY BE EXPLOS.

THIS FORM IS SUPPLIED AS AN INDUSTRY SERVICE BY THE NATIONAL ASSOCIATION OF PRINTING INK MANUFACTURERS, INC.

## SECTION V  HEALTH HAZARD DATA

THRESHOLD LIMIT VALUE 178 p.p.m.

EFFECTS OF OVEREXPOSURE IRRITATION TO MUCOUS MEMBRANES, HEADACHE, DIZZINESS

EMERGENCY AND FIRST AID PROCEDURES

SKIN:  WASH WITH SOAP AND WATER SWALLOWING: CALL PHYSICIAN IMMEDIATELY.

BREATHING:  REMOVE TO FRESH AIR DO NOT INDUCE VOMITTING

EYES:  FLUSH WITH WATER FOR 15 MINUTES

## SECTION VI  REACTIVITY DATA

| STABILITY | UNSTABLE | | CONDITIONS TO AVOID |
|---|---|---|---|
| | STABLE | X | |

INCOMPATABILITY (Materials to avoid) AVOID OXIDIZING AGENTS

HAZARDOUS DECOMPOSITION PRODUCTS NONE

| HAZARDOUS POLYMERIZATION | MAY OCCUR | | CONDITIONS TO AVOID |
|---|---|---|---|
| | WILL NOT OCCUR | X | |

## SECTION VII  SPILL OR LEAK PROCEDURES

STEPS TO BE TAKEN IN CASE MATERIAL IS RELEASED OR SPILLED

DO NOT ALLOW SPILLED LIQUID TO GET NEAR STRONG OXIDIZERS.

MOP UP AND DISCARD.  KEEP AWAY FROM HEAT, SPARK OR OPEN FLAME.

WASTE DISPOSAL METHOD

SUBJECT TO FEDERAL, STATE AND LOCAL REGULATIONS.  DO NOT SEWER.

CAN BE ATOMIZED INTO AN APPROVED COMBUSTION CHAMBER.

## SECTION VIII  SPECIAL PROTECTION INFORMATION

RESPIRATORY PROTECTION (Specify type) ORGANIC CANISTER OR AIR-PACK

| VENTILATION | LOCAL EXHAUST PERFERABLE | SPECIAL |
|---|---|---|
| | MECHANICAL (General) AS REQUIRED | OTHER |

| PROTECTIVE GLOVES SYNTHETIC RUBBER | EYE PROTECTION FACE SHIELD |
|---|---|

OTHER PROTECTIVE EQUIPMENT

## SECTION IX  SPECIAL PRECAUTIONS

PRECAUTIONS TO BE TAKEN IN HANDLING AND STORING

HIGHLY FLAMMABLE.  AVOID PROLONGED SKIN CONTACT.

OTHER PRECAUTIONS

H-D000636

FO... ...NTING INK.. ...ELATE. ... RIALS

INFORMATION ON THIS FORM IS PROPRIETARY INFORMATION AND FURNISHED
SOLELY FOR THE USE OF OUR CUSTOMERS

| | mx. |
|---|---|
| Slight ........... 1 | |
| Moderate ....... 2 | |
| Serious ........ 3 | |
| Severe ......... 4 | |

| HEALTH | 2 |
|---|---|
| FLAMMABILITY | |
| REACTIVITY | |

DATE OF PREP.   8/6/85    PREPARED BY _____

## Section I

PERSONAL PROTECTION S

MANUFACTURER'S NAME:  HANDSCHY INDUSTRIES, INC.
STREET ADDRESS:  2525 N. ELSTON AVE.        CITY, STATE AND ZIP CODE:  CHICAGO, IL 60647
EMERGENCY TELEPHONE NUMBER:  (312) 276-6400
PRODUCT CLASS:      LITHOGRAPHIC PRESS CHEMICAL
TRADE NAME:  HANCOLITE GLAZE CLEANER        MANUFACTURER'S CODE IDENTIFICATION:  MS-408; X-2077

## Section II - HAZARDOUS INGREDIENTS

| Ingredient: | Hazard Data: |
|---|---|
| TOLUENE CAS # 108-88-3 | TLV   100 PPM |
| METHANOL CAS # 67-65-1 | TLV   200 PPM |
| ACETONE CAS # 67-64-1 | TLV  1000 PPM |

## Section III - PHYSICAL DATA

| BOILING RANGE °F 125 - 240 | VAPOR DENSITY:   HEAVIER ☒ vs. air LIGHTER ☐ | LIQUID DENSITY: HEAVIER ☐ vs. water LIGHTER ☒ | TYPE OF ODOR PAINT REMOV |
|---|---|---|---|
| APPEARANCE   CLEAR, VIOLET TINGED LIQUID | EVAPORATION RATE  FASTER ☒ vs. Butyl Acetate SLOWER ☐ | PERCENT VOLATILE WT.   100 | |

## Section IV - FIRE & EXPLOSION DATA

| FLAMMABILITY CLASSIFICATION | OSHA  1B FLAMMABLE DOT  LIQUID | FLASH POINT °F   20 (Method Used)   TCC | LEL NO DATA |
|---|---|---|---|

EXTINGUISHING MEDIA:
☒ FOAM    ☐ "ALCOHOL" FOAM    ☒ CO2    ☒ DRY CHEMICAL    ☐ WATER FOG    ☐ OTHE:

UNUSUAL FIRE AND EXPLOSION HAZARDS
BLEND IS EXTREMELY FLAMMABLE; VAPORS ARE HEAVIER THAN AIR AND MAY TRAVEL A CO
SIDERABLE DISTANCE TO A SOURCE OF IGNITION AND FLASHBACK

SPECIAL FIREFIGHTING PROCEDURES WATER MAY BE USED TO COOL FIRE-EXP... ... ...NERS. DO NOT A...

H-D000637

"Exhibit I"

MS-408

```
H - G L A Z E   C L E A N E R        E M 5 4 3 1
               Material Safety Data Sheet
OO-730       Provided by EMCO CHEMICAL DISTRIBUTORS, INC.       Page 1
                  BOX 822   NORTH CHICAGO, ILL
evision Date: 8/6/85
     This MSDS is being provided to your company for the purpose of providing
     current health and safety information to your management and for your
     employees who work with this material.  Please read the information on
     these sheets, and then provide this information to those people at your
     company whose responsibility it is to comply with FEDERAL and STATE
     RIGHT TO KNOW regulations.  Also make this information available to
     any employee who requests it.

            It is your obligation to comply with this Act.

     HANDSCHY                                                      1244
     Attn: JACK VELCHEK
     2525 N. ELSTON
     CHICAGO, IL   60647


     If EMCO CHEMICAL DISTRIBUTORS considers the formula of this product
     to be a trade secret, the exact chemical names of the ingredient(s) and
     the percentages in which they are combined will not appear in the body
     of this sheet.  The exact composition is available upon request to
     physicians, industrial hygienists and other health professionals.
```

## Section I - PRODUCT IDENTIFICATION

* Producer's Name: EMCO CHEMICAL DISTRIBUTORS, INC.
* Address: 2100 COMMONWEALTH AVENUE
             NORTH CHICAGO, IL 60064
* Regular Phone Number: (312) 689-2200
* Emergency Telephone Number: (312) 689-2200
* Chemical Name and Synonyms:  HANCOLITE GLAZE CLEANER
* Chemical Family:  MIXTURES
* Trade Name and Synonyms:  HANCOLITE GLAZE CLEANER
* Formula:  SEE SECTION 2
* Hazard Classification:  FLAMMABLE LIQUID, N.O.S.-FLAMMABLE LIQUID
                          UN 1993

## Section II - HAZARDOUS COMPONENTS

| Ingredient | Percent | PEL |
|---|---|---|
| TOLUENE (CAS# 108-88-3) | | TLV: 100 PPM |
| METHANOL (CAS# 67-65-1) | | TLV: 200 PPM (SKIN) |
| ACETONE (CAS# 67-64-1) | | TLV: 750 PPM |

## Section III - PHYSICAL DATA - TYPICAL

Continued on Page 2

H - G L A Z E   C L E A N E R        E M 5 4 3 1
### Material Safety Data Sheet
OO-730        Provided by EMCO CHEMICAL DISTRIBUTORS, INC.        Page 2
                         BOX 822   NORTH CHICAGO, ILL
evision Date: 8/6/85

### Section III - PHYSICAL DATA - TYPICAL (continued)
```
********************************************************************
*                                                                *
* Initial Boiling Point:   125 F                                 *
*                                                                *
* Vapor Pressure: N/A                                            *
*                                                                *
* Vapor Density: HEAVIER THAN AIR( LIQUID DENSITY: LIGHTER THAN WATER ). *
*                                                                *
* Solubility in Water: N/A                                       *
*                                                                *
* Specific Gravity: N/A                                          *
*                                                                *
* Percent Volatiles:   100% BY WEIGHT                            *
*                                                                *
* Evaporation Rate:   NOT ESTABLISHED                            *
*                                                                *
* Appearance and Odor:   CLEAR,VIOLET TINGED LIQUID WITH ODOR OF PAINT *
*     REMOVER.                                                   *
*                                                                *
********************************************************************
```

### Section IV - FIRE AND EXPLOSION DATA
```
********************************************************************
*                                                                *
* Flash Point: 20 F (TCC)                                        *
*                                                                *
* Flammable Limits:   NOT ESTABLISHED                            *
*                                                                *
* Extinguishing Media:   FOAM,CO2, DRY CHEMICAL.                 *
*                                                                *
* Special Firefighting Procedures:   WATER MAY BE USED TO COOL FIRE- *
*     EXPOSED CONTAINERS. DO NOT ALLOW WATER TO SPREAD TO THE    *
*     BURNING LIQUID. FIREFIGHTERS SHOULD WEAR SELF-CONTAINED    *
*     BREATHING APPARATUS AND COMPLETE PERSONAL PROTECTIVE EQUIPMENT. *
*                                                                *
* Unusual Fire & Explosion Hazards:   BLEND IS EXTREMELY FLAMMABLE. VAPORS *
*     ARE HEAVIER THAN AIR AND MAY TRAVEL A CONSIDERABLE DISTANCE TO A *
*     SOURCE OF IGNITION AND FLASHBACK.                          *
*                                                                *
********************************************************************
```

### Section V - HEALTH HAZARD DATA
```
********************************************************************
*                                                                *
* Permissible Exposure Level: SEE SECTION 2                      *
*                                                                *
* Effects of Over Exposure:   EYE: IRRITATION SKIN: IRRITATION AND/OR *
*     DERMATITIS UPON REPEATED OR PROLONGED CONTACT. INHALATION: *
*     IRRITATION OF THE EYE, NOSE AND THROAT, NARCOSIS, DIZZINESS, *
*     UNCONSCIOUSNESS; INGESTION: POISONOUS, CAUSES BLINDNESS,NARCOSIS, *
*     ETC., LEADING TO SEVERE ILLNESS OR DEATH.                 *
*     PRIMARY ROUTES OF ENTRY: DERMAL AND INHALATION.           *
*                                                                *
* Emergency and First Aid Procedures: EYES: FLUSH WITH LARGE AMOUNT OF *
*     WATER FOR AT LEAST 15 MINUTES, SEEK PHYSICIAN. SKIN: WASH WITH *
*     SOAP AND WATER. INHALATION: MOVE VICTIM TO FRESH AIR, GIVE *
*     OXYGEN OR ARTIFICIAL RESPIRATION IF NEEDED, SEEK PHYSICIAN. *
*     INGESTION: DO NOT INDUCE VOMITING, BUT CONTACT A PHYSICIAN *
*     IMMEDIATELY. SIGNS AND SYMPTOMS OF POISONING MAY NOT BE   *
*     EVIDENT IMMEDIATELY AFTER INGESTION.                      *
*                                                                *
*                                                                *
*********************    Continued on Page 3    ******************
```

"Exhibit J"

Budget Bureau No. 44-R1387.
Approval Expires April 30, 1971

Form No. LSB-OOS-4
May 1969

# U.S. DEPARTMENT OF LABOR

X1240

WAGE AND LABOR STANDARDS ADMINISTRATION
Bureau of Labor Standards

THOMPSON-HAYWARD Chemical Co.
Commerce Industrial Chemical Division

# MATERIAL SAFETY DATA

5801 W. DAMEN AVE • CHICAGO, ILLINOIS 60608

Telephone: (312) 847-2000

## SECTION I

| MANUFACTURER'S NAME | | EMERGENCY TELEPHONE NO. |
|---|---|---|
| USS Chemicals Division of U. S. Steel Corporation | | (412) 233-5040 |

ADDRESS (Number, Street, City, State, and ZIP Code)
600 Grant Street, Pittsburgh, Pa.  15230

| CHEMICAL NAME AND SYNONYMS | TRADE NAME AND SYNONYMS | |
|---|---|---|
| BENZENE, BENZOL | PHENELE, Benzol | X1240 |

| CHEMICAL FAMILY | FORMULA |
|---|---|
| Aromatic Hydrocarbon | $C_6H_6$ |

## SECTION II  HAZARDOUS INGREDIENTS

| PAINTS, PRESERVATIVES, & SOLVENTS | % | TLV (Units) | ALLOYS AND METALLIC COATINGS | % | TLV (Units) |
|---|---|---|---|---|---|
| PIGMENTS | | | BASE METAL | | |
| CATALYST | | | ALLOYS | | |
| VEHICLE | | | METALLIC COATINGS | | |
| SOLVENTS | | | FILLER METAL PLUS COATING OR CORE FLUX | | |
| ADDITIVES | | | OTHERS | | |
| OTHERS | | | | | |

*NOT APPLICABLE*

*NOT APPLICABLE*

| HAZARDOUS MIXTURES OF OTHER LIQUIDS, SOLIDS, OR GASES | % | TLV (Units) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## SECTION III  PHYSICAL DATA

| BOILING POINT (°F.) | 176.2° | SPECIFIC GRAVITY (H₂O=1) | 0.8794 |
|---|---|---|---|
| VAPOR PRESSURE (mm Hg.) at 20°C. | 75.1 | PERCENT VOLATILE BY VOLUME (%) | 99.99 |
| VAPOR DENSITY (AIR=1) | 2.70 | EVAPORATION RATE (Butyl Acetate=1) | Greater than 1 |
| SOLUBILITY IN WATER | Neg. | | |
| APPEARANCE AND ODOR | Colorless Liquid, Aromatic Odor | | |

## SECTION IV  FIRE AND EXPLOSION HAZARD DATA

| FLASH POINT (Method used) | Tag Closed Cup  11.1°C. | FLAMMABLE LIMITS | Lel | Uel |
|---|---|---|---|---|
| | | | 1.4% | 7.1% |

EXTINGUISHING MEDIA
Foam is most effective; carbon dioxide and dry chemical also recommended.

SPECIAL FIRE FIGHTING PROCEDURES
Water spray can be used, but a straight hose stream should not be used.  Self-
contained breathing apparatus is recommended for firemen.  See MCA Safety Data Sheet

UNUSUAL FIRE AND EXPLOSION HAZARDS



EXHIBIT
Carter
- 3
10/22/10



PLAINTIFF'S
EXHIBIT
Carter-6
6/25/14

H-D000649

## SECTION V   HEALTH HAZARD DATA

**THRESHOLD LIMIT VALUE**
10 ppm. as per Federal Register, Vol. 36, Page 105-04

**EFFECTS OF OVEREXPOSURE**
Dizziness, headache, breathlessness and excitement are early symptom[s]

**EMERGENCY AND FIRST AID PROCEDURES**
Remove to fresh air and remove contaminated clothing. For inhalation, call physician
immediately. Oxygen should be administered but only by a qualified, authorized person.
See MCA Safety Data Sheet SD-2, Page 15. Eyes - Flush with water for a minimum of 15

## SECTION VI   REACTIVITY DATA

| STABILITY | UNSTABLE | | CONDITIONS TO AVOID | |
|---|---|---|---|---|
| | STABLE | X | Avoid oxidizing agents | |

**INCOMPATIBILITY (Materials to avoid)**

**HAZARDOUS DECOMPOSITION PRODUCTS**

| HAZARDOUS POLYMERIZATION | MAY OCCUR | | CONDITIONS TO AVOID | |
|---|---|---|---|---|
| | WILL NOT OCCUR | X | | |

## SECTION VII   SPILL OR LEAK PROCEDURES

**STEPS TO BE TAKEN IN CASE MATERIAL IS RELEASED OR SPILLED**
Flush away promptly with water. Excessive quantities should be prevented from enter-
ing drains and sewers. See MCA Safety Data Sheet SD-2, Page 9.

**WASTE DISPOSAL METHOD**
Subject to Federal, State, and local regulations. DO NOT Sewer. Can be atomized
into an approved combustion chamber. See MCA Safety Data Sheet SD-2, Page 13.

## SECTION VIII   SPECIAL PROTECTION INFORMATION

**RESPIRATORY PROTECTION (specify type)**

| VENTILATION | LOCAL EXHAUST Preferred | SPECIAL |
|---|---|---|
| | MECHANICAL (General) Spark Proof Fans Desirable | OTHER |

**PROTECTIVE GLOVES** Synthetic Rubber   **EYE PROTECTION** Face Shield and Chemical Safety Goggles

**OTHER PROTECTIVE EQUIPMENT**
See MCA Safety Data Sheet SD-2, Pages 6 and 7.

## SECTION IX   SPECIAL PRECAUTIONS

**PRECAUTIONS TO BE TAKEN IN HANDLING AND STORING**
Extremely flammable. No smoking. Keep away from heat, sparks and fire. Use only
with adequate ventilation. Vapor harmful. See MCA Safety Data Sheet SD-2, Pages 5
**OTHER PRECAUTIONS**                                                    through 12.

H-D000650

"Exhibit K"

## Page 1

RYAN GLENN DAVIS and ) COURT OF
EVAN SCOTT H. DAVIS, ) COMMON PLEAS
Executors of the Last )
Will and Testament of )
RONAL DAVIS, deceased, )
    Plaintiffs, ) March Term 2009
    vs. ) No. 1835
SUNOCO, INC., (R & M), )
et al., )
INC., )
    Defendants. )

    The 30(b)(6) deposition of HANDSCHY
INDUSTRIES, LLC by CHARLES W. GRAHAM, called for
examination, taken pursuant to the Federal Rules of
Civil Procedure of the United States District
Courts pertaining to the taking of depositions,
taken before CARIANN BILLS, CSR No. 84-003836, a
Notary Public within and for the County of Cook,
State of Illinois, and a Certified Shorthand
Reporter of said state, at Suite 4000, 10 South
Wacker Drive, Chicago, Illinois, on the 15th day of
July, A.D. 2010, at 9:50 a.m.

VERITEXT NATIONAL COURT REPORTING COMPANY
215-241-1000 ~ 302-571-0510 ~ 610-434-8588 ~ 888-777-6690

## Page 2

```
 1   APPEARANCES:
 2
 3       THE LOCKS LAW FIRM,
 4       (The Curtis Center,
 5       601 Walnut Street,
 6       Philadelphia, Pennsylvania 19106,
 7       215.893.0100) by:
 8       MR. ANDREW DUPONT,
 9       adupont@lockslawpa.com,
10          appeared on behalf of the Plaintiff;
11       REILLY, JANICZEK & McDEVITT, P.C.,
12       (One South Penn Square, The Widener Building,
13       Suite 410,
14       Philadelphia, Pennsylvania 19107,
15       215.972.5200) by:
16       MR. DAVID LODGE,
17       dlodge@rjm-law.com,
18          appeared on behalf of Varn
19          International, Inc., Day International,
20          Inc.;
21
22
23
24
```

VERITEXT NATIONAL COURT REPORTING COMPANY
215-241-1000 ~ 302-571-0510 ~ 610-434-8588 ~ 888-777-6690

## Page 3

```
 1   APPEARANCES (CONTINUED):
 2       MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN,
 3       (1845 Walnut Street,
 4       Philadelphia, Pennsylvania 19103,
 5       215.575.2600) by:
 6       MR. CHRISTOPHER N. SANTORO,
 7          appeared on behalf of Van Son Holland
 8       Ink of America;
 9       NELSON, LEVINE, deLUCA & HORST, LLC,
10       (518 Township Line Road, Suite 300,
11       Blue Bell, Pennsylvania 19422,
12       215.358.5100) by:
13       MR. ROBERT S. STICKLEY,
14       rstickley@nldhlaw.com,
15          appeared on behalf of Emco Chemicals;
16       McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP,
17       (1617 John F. Kennedy Boulevard, Suite 1500,
18       Philadelphia, Pennsylvania 19103,
19       215.557.2931) by:
20       MR. CHAD D. MOUNTAIN,
21       cmountain@mdmc-law.com,
22          appeared on behalf of Sunoco, Inc. (R&M)
23       and Chevron U.S.A., Inc.;
24
```

VERITEXT NATIONAL COURT REPORTING COMPANY
215-241-1000 ~ 302-571-0510 ~ 610-434-8588 ~ 888-777-6690

## Page 4

```
 1   APPEARANCES (CONTINUED)
 2       ALSTON & BIRD, LLP,
 3       (One Atlantic Center,
 4       1201 West Peachtree Street,
 5       Atlanta, Georgia 30309,
 6       404.881.7000) by:
 7       MS. BEVERLEE E. SILVA,
 8       beverlee.silva@alston.com,
 9       MS. SARAH BABCOCK,
10          appeared on behalf of Handschy
11          Industries, LLC;
12       SHEEHY, WARE & PAPPAS, P.C.,
13       (909 Fannin Street, Suite 2500,
14       Houston, Texas 77010,
15       713.951.1000) by:
16       MR. RAYMOND A. NEUER,
17       rneuer@sheehy.com,
18          appeared on behalf of Harcros Chemicals
19          and T-H Agriculture & Nutrition, LLC;
20
21
22
23
24
```

VERITEXT NATIONAL COURT REPORTING COMPANY
215-241-1000 ~ 302-571-0510 ~ 610-434-8588 ~ 888-777-6690

P-559

Page 5

```
 1    TELEPHONE  APPEARANCES:
 2       PEPPER HAMILTON, LLP,
 3       (3000 Two Logan Square,
 4       18th & Arch Streets,
 5       Philadelphia, Pennsylvania  19103,
 6       215.981.4335) by:
 7       MS. MEREDITH A. STOW,
 8       stowm@pepperlaw.com,
 9          Appeared on behalf of Sun Chemical
10          Company;
11       MARKS, O'NEILL, O'BRIEN & COURTNEY,
12       (913 N. Market Street, Suite 800,
13       Wilmington, Delaware  19801,
14       215.832.4245) by:
15       MS. ELIZABETH A. CHALIK,
16       echalik@mooclaw.com
17          appeared on behalf of Rycoline Products,
18          Inc.;
19
20
21
22
23
24
```

VERITEXT NATIONAL COURT REPORTING COMPANY
215-241-1000 ~ 302-571-0510 ~  610-434-8588 ~   888-777-6690

Page 7

```
 1    TELEPHONE APPEARANCES (CONTINUED)
 2       KENT & McBRIDE, P.C.,
 3       (1617 John F. Kennedy Boulevard, Suite 1200,
 4       Philadelphia, Pennsylvania  19103,
 5       215.568.1800) by:
 6       MS. KELLY SCHEESE,
 7       Kscheese@kentmcbride.com,
 8          appeared on behalf of W.M. Barr & Co.;
 9       STEVENS LEE, P.C.
10       (620 Freedom Business Center, Suite 200,
11       King of Prussia, Pennsylvania  19406,
12       610.205.6004) by:
13       MR. DAVID PARSELLS,
14       djp@stevenslee.com,
15          appeared on behalf of International
16          Paper Company d/b/a XPEDX;
17       MARGOLIS & EDELSTEIN, P.A.,
18       (The Curtis Center, 4th floor,
19       601 Walnut Street,
20       Philadelphia, Pennsylvania  19106,
21       215.922.1100) by:
22       MR. MARK N. COHEN,
23          appeared on behalf of Fennel
24          Press Service & Supply, LLC;
```

VERITEXT NATIONAL COURT REPORTING COMPANY
215-241-1000 ~ 302-571-0510 ~  610-434-8588 ~   888-777-6690

Page 6

```
 1    TELEPHONE APPEARANCES (CONTINUED)
 2       SWARTZ, CAMPBELL, LLC,
 3       (Two Liberty Place, 50 S. 16th Street
 4       Floor 28,
 5       Philadelphia, Pennsylvania 19102,
 6       215.564.5190) by:
 7       MR. CHARLES D. ROME, III,
 8       crome@schwartzcampbell.com,
 9          appeared on behalf of Graphic Chemical;
10       WARD GREENBERG HELLER & REIDY, LLP,
11       (300 State Street,
12       Rochester, New York, 14614
13       585.454.0753) by:
14       MR. SCOTT JENNETTE,
15       sjennette@wardgreenberg.com,
16          appeared on behalf of Eastman Kodak;
17       MARON, MARVEL, BRADLEY & ANDERSON, P.A.,
18       (1700 Market Street, Suite 1500,
19       Philadelphia, Pennsylvania  19103,
20       (215.789.3555) by:
21       MR. JAMES P. HADDEN,
22       jph@maronmarvel.com,
23          appeared on behalf of Printers, d/b/a
24          Prisco;
```

VERITEXT NATIONAL COURT REPORTING COMPANY
215-241-1000 ~ 302-571-0510 ~  610-434-8588 ~   888-777-6690

Page 8

```
 1    TELEPHONE APPEARANCES (CONTINUED):
 2       ECKERT, SEAMANS, CHERIN & MELLOTT, LLC,
 3       (50 South 16th Street, 22nd floor,
 4       Philadelphia, Pennsylvania 19102,
 5       215.851.8473) by:
 6       MS. JODI D. OLEY,
 7          appeared on behalf of Tower Products,
 8          Inc.;
 9       DICKIE, McCAMEY & CHILCOTE, P.C.,
10       (Two PPG Place, Suite 400,
11       Pittsburg, Pennsylvania 15222,
12       412.392.5413) by:
13       MS. KATIE GALLAGHER,
14       kgallagher@dmclaw.com,
15          appeared on behalf of The Sherman
16          Williams Company;
17
18
19
20
21
22
23
24
```

VERITEXT NATIONAL COURT REPORTING COMPANY
215-241-1000 ~ 302-571-0510 ~  610-434-8588 ~   888-777-6690

Page 9

1   TELEPHONE APPEARANCES (CONTINUED):
2       CAMPBELL, CAMPBELL, EDWARDS & CONROY,
3       (690 Lee Road, Suite 300,
4       Wayne, Pennsylvania  19087,
5       610.964.6384) by:
6       MR. EVAN S. EISNER,
7       eeisner@campbell-trial-lawyers.com,
8           appeared on behalf of Unisource
9           Worldwide, Inc.;
10
11      THE CAIRONE LAW FIRM, PLLC,
12      (38 Virginia Lane,
13      Canonsburg, Pennsylvania 15317,
14      412.606.5751) by:
15      MR. MATT CAIRONE,
16      mcairone@caironelaw.com,
17          appeared on behalf of U.S. Steel
18          Corporation;
19
20
21
22
23
24

VERITEXT NATIONAL COURT REPORTING COMPANY
215-241-1000 ~ 302-571-0510 ~ 610-434-8588 ~   888-777-6690

---

Page 10

1   TELEPHONE APPEARANCES (CONTINUED):
2       MORGAN, LEWIS & BROCKIUS, LLP,
3       (1701 Market Street,
4       Philadelphia Pennsylvania  19103,
5       215.963.5182) by:
6       MR. JAMES E. DELBELLO,
7       jdebello@morganlewis.com,
8           appeared on behalf of Phillips
9           Electronics North America Corporation,
10          PENAC.
11
12      ALSO PRESENT:
13      MR. W. MICHAEL SHINKLE
14      MR. ROBERT KORMAN
15
16      Videotaped by: Jean-Louis H.H. Ziesch
17      Reported by: Cariann Bills, CSR
18
19
20
21
22
23
24

VERITEXT NATIONAL COURT REPORTING COMPANY
215-241-1000 ~ 302-571-0510 ~ 610-434-8588 ~   888-777-6690

---

Page 11

1               I N D E X
2   WITNESS                  EXAMINATION
3   CHARLES GRAHAM
4   By Mr. Dupont            15, 270
5   By Mr. Neuer             234
6   By Mr. Lodge             266
7   By Mr. Stickley          267
8           E X H I B I T S
9   NUMBER                      PAGE
10  No. 1 Notice of deposition       70
11  No. 2 Resume                     70
12  No. 3 Bates HD 001423 to 1485        70
13  No. 4 Bates HD 1580 - HD 1602        74
14  No. 5 Bates HD 001346            81
15  No. 4A Bates No. 1587            88
16  No. 6 Bates HD 000108 to 119         99
17  No. 7 Bates HD 001420 to 1422        101
18  No. 8 Plasaver base MS 167       107
19  No. 9 Plabuilder base MS 183     107
20  No. 10 Bates HD 062 to 192       107
21  No. 11 Bates HD 001351           115
22  No. 12 Bates HD 001278           115
23  No. 13 Bates HD 001181           117
24  No. 14 Bates HD 1247 to 1248     118

VERITEXT NATIONAL COURT REPORTING COMPANY
215-241-1000 ~ 302-571-0510 ~ 610-434-8588 ~   888-777-6690

---

Page 12

1   No. 15 Bates HD 0462 to 0466         118
2   No. 16 Bates HD 1243 to 1246         118
3   No. 17 Bates HD 1241 to 1242         118
4   No. 18 Bates 1235 to 1236        118
5   No. 19 Bates 1233 to 1234        118
6   No. 20 Bates No. 562         138
7   No. 21 Bates HD 00776            149
8   No. 22 5/16 Dept of Labor letter     161
9   No. 23 Bates HD 971          169
10  No. 24 Bates HD 969 - 970        170
11  No. 25 11/8/74 memo              178
12  No. 26 1/5/77 letter         181
13  No. 27 11/13/74 letter           186
14  No. 28 PRC letter            186
15  No. 29 Phillips & Jacobs HD 756      187
16  No. 30 Tech Bulletin 177         190
17  No. 31 School District letter        192
18  No. 32 Thompson-Hayward document         197
19  No. 33 10/21/74 letter HD 595 to 602     199
20  No. 34 10/24/74 letter           199
21  No. 35 Handschy Total Sale Sheet     213
22  No. 36 Bates H 440  10/18/67 T. Bulletin  246
23  No. 37 Bates HD 1500 t0 1509         249
24  No. 38 11/4/74 letter to J. Woodring     261

VERITEXT NATIONAL COURT REPORTING COMPANY
215-241-1000 ~ 302-571-0510 ~ 610-434-8588 ~   888-777-6690

Page 93

1    Q.   Similar with the steel roller
2  deoxidizer, that would have a different function
3  from the Hancolite product?
4    A.   Correct.
5    Q.   Out of the various solvents that
6  Handschy sold, it's my understanding that the
7  Hancolite product was basically its top seller?
8    MS. SILVA:  Object as to form.
9  BY MR. DUPONT:
10   Q.   Is that correct?
11   A.   In 1990 it was.  I can't say before
12 that.
13   Q.   Well, do you have anything to indicate
14 that it was not the most popular Hancolite product
15 prior to 1990?
16   A.   I have no records at all.  You know, we
17 didn't find any records, sales records in the
18 documents, so I can't tell you.
19   Q.   Okay.
20   A.   I can just tell you from 1990 to 1994.
21   Q.   One of the other products that Handschy
22 sold that was a solvent was the Special Type Wash?
23   MS. SILVA:  Object as to form.
24      Is there a question?

Page 94

1  BY MR. DUPONT:
2    Q.   Is that correct?  If you look at page
3  1452.
4    A.   MS 405?
5    Q.   Correct.
6    A.   Is that what you are referring to?
7    Q.   Yes.
8    A.   Yes.
9    Q.   Did the MS 405 Special Type Wash, did
10 that have a tint to it?
11   A.   Yes.
12   Q.   What color was that tint?
13   A.   I don't recall.  It's in the formulas
14 that are in these documents.
15   Q.   Is that product always tinted?
16   A.   To my knowledge.
17   Q.   Was it always tinted the same color?
18   A.   Yes.
19   Q.   What type of container was the MS 405
20 special type wash sold in?
21   A.   One gallon, five gallon and fifty-five
22 gallon -- it says fifty-four gallon but typically
23 we call them fifty-five gallon drums.  I'm making
24 that assumption because of what's on this document.

Page 95

1    Q.   Okay.
2    A.   I didn't sell MS 405 in 1990.
3    Q.   Do you know if that's a product that
4  Hancolite still marketed and sold in 1990 --
5    MS. SILVA:  Object as to form.
6  BY MR. DUPONT:
7    Q.   -- the MS 405?
8    A.   No.
9    Q.   No, it was not a product they sold?
10   A.   That who sold?
11   Q.   Handschy.
12   A.   It wasn't on our price list in 1990.
13   Q.   All right.
14      Do you know when Handschy stopped
15 selling MS 405 special type wash?
16   A.   No.
17   Q.   What color were the actual one-gallon
18 cans of MS 405 special type wash?
19   A.   I can only assume that they were like
20 a -- an aluminum can.  If you went to a hardware
21 store today and bought mineral spirits, that's in that
22 oblong one-gallon container.  So if you look down
23 from the top it's a rectangle, approximately that
24 size.

Page 96

1    Q.   How about the five-gallon cans, were
2  they also that rectangular shape?
3    A.   No, they were circular.
4    Q.   Was the container itself that aluminum
5  colored steel?
6    A.   For the five gallon?  No, they were
7  black -- at least in 1990.
8    Q.   Do you know if they were any color
9  besides black before 1990?
10   A.   I don't know.
11   Q.   And the fifty-four gallon drums, do you
12 know what color the drums were of the MS 405
13 solvent?
14   A.   In 1990 they were black.
15   Q.   Did Handschy ever use a color besides
16 black on its drums?
17      In other words, did it ever sell
18 solvents in drums that were in a color other than
19 black?
20   A.   The drums themselves or the labels?
21   Q.   The drums themselves.
22   A.   Not that I am aware of.  But, again,
23 1990 on is all I have got specific information
24 about.

Page 253

1    A.   You said it again.
2    Q.   Did I do it again.  It's late.  I
3  apologize.  We're going to have to cut some tape
4  here.
5         You have seen, have you not, sir, that
6  there is a technical bulletin dated May 17, 1977
7  that is technical bulletin 177 that indicated that
8  at that time Handschy had elected to remove benzene
9  from all of its solvents, correct?
10   A.   Correct.
11   Q.   And I don't know what number that is.
12        Exhibit 30.
13        Okay.  Sir, you are now looking at
14 Exhibit 30, which is that May 17, 1977 technical
15 bulletin that was sent to all branches indicating
16 that benzene was going to be removed from all of
17 Handschy's product?
18   A.   Correct.
19   Q.   Now there were three that were
20 particularly listed here but there is a reference
21 that indicated that the removal of benzene was
22 going to be with respect to all product, not just
23 those products but the three products that were
24 listed are Hancolite MS 408, the Type Wash, which

Page 254

1  is 405, and a different Type Wash, which is MS 678.
2        Do you see that?
3    A.   Correct.
4    Q.   Now it is your understanding, is it not,
5  that beginning in May of 1977 with respect to any
6  solvents that would have been sold by Handschy
7  under its product label that they would have no
8  longer contained benzene, correct?
9    A.   Correct.
10   Q.   All right.  So now I want to go back to
11 this ten-year period between 1967 and 1977.
12        You have seen indications that under
13 that formulation, MS 408, you've seen some of that
14 was sold with the toluene 50 percent formula as
15 well as the benzene 50 percent formula?
16   A.   That is correct.
17   Q.   During that ten-year time period, is
18 there any way to know if Hancolite was actually
19 being used, to know for certain whether or not the
20 product that was actually being used, was one to
21 contain 50 percent benzene as opposed to 50 percent
22 toluene unless there is some document that
23 references that that particular location that was
24 the product that was being used?

Page 255

1         MR. DUPONT: Objection.  Form.
2  BY THE WITNESS:
3    A.   No.  There is no way of knowing.
4  BY MR. NEUER:
5    Q.   Now, earlier in your deposition, you
6  were asked about Thompson-Hayward Chemical Company.
7         Do you recall that?
8    A.   I do.
9    Q.   Now, before you ever got these documents
10 and looked at these documents, it's my
11 understanding that you didn't know who
12 Thompson-Hayward Chemical Company was?
13   A.   That is correct.
14   Q.   Looking at these documents, you have
15 seen that Thompson-Hayward Chemical Company was a
16 supplier of a Hancolite product during the 1970s
17 time period?
18   A.   Correct.
19   Q.   New, I believe -- well, let me confirm.
20 You have never spoken to anybody who used to work
21 at Thompson-Hayward Chemical Company --
22   A.   No, sir.
23   Q.   -- about any of the issues we're talking
24 about here today?

Page 256

1    A.   No, sir.
2    Q.   And you really -- other than what you've
3  seen in the documents in terms of having blended
4  this product and providing it to Handschy during
5  the time periods that are reflected in the
6  documents, you don't really know what that company
7  did other than that, do you?
8         MR. DUPONT: Objection.  Form.
9  BY THE WITNESS:
10   A.   No.  I -- just based on what I saw in
11 the documents.
12 BY MR. NEUER:
13   Q.   Now, earlier you were shown Exhibit 33
14 and I would ask you to go ahead and take a look at
15 it -- I just have a few questions about it -- and
16 Exhibit 34.
17        First of all, Exhibit 33 is a letter
18 written on a letterhead from Argonne National
19 Laboratory dated October 21, 1974?
20   A.   Correct.
21   Q.   It's a two-page document.  It was
22 written by a gentleman by the name of James L.
23 Woodring, who was an industrial hygienist?
24   A.   Correct.

"Exhibit L"

Page 1

```
 1          IN THE COURT OF COMMON PLEAS
          PHILADELPHIA COUNTY, PENNSYLVANIA
 2                    - - -
 3     LOUIS DESORBO            : June Term, 2013
                 Plaintiff     :
 4          vs.                 :
       UNITED STATES STEEL      :
 5     CORP., et al.            :
                 Defendants  : No. 003450
 6     _____  : _____
                                :
 7     NORMA DUTTERA,           : July Term, 2012
       Individually and on      :
 8     behalf of the Estate of  :
       SANFORD DUTTERA,         :
 9     Deceased                 :
                 Plaintiff,     :
10            vs.               :
       SUNOCO, INC. (R&M), et   :
11     al.                      :
                 Defendants  : No. 4518
12                    - - -
            Wednesday, June 25, 2014
13                    - - -
14          Videotaped deposition of STEVEN LEE
15     CARTER, held at the Offices of Rawle &
16     Henderson, One South Penn Square, The Widener
17     Building, 16th Floor, Philadelphia,
18     Pennsylvania 19102, beginning at 9:58 a.m.,
19     before Brigitte A. Strain, a Registered
20     Professional Reporter, an approved reporter of
21     the United States District Court and Notary
22     Public.
23                    - - -
            VERITEXT LEGAL SOLUTIONS
24             MID-ATLANTIC REGION
          1801 Market Street - Suite 1800
25        Philadelphia, Pennsylvania  19103
```

Page 2

```
 1      A P P E A R A N C E S :
 2
        LOCKS LAW FIRM
 3      BY: ANDREW J. DUPONT, ESQUIRE
        The Curtis Center, Suite 720 East
 4      170 S. Independence Mall West
        Philadelphia, Pennsylvania 19106
 5      215.893.0100
        adupont@lockslaw.com
 6      Counsel for the Plaintiffs
 7
        BARNES & THORNBURG LLP
 8      BY:  JADE F. JURDI, ESQUIRE
        2029 Century Park East
 9      Suite 300
        Los Angeles, California 90067-2904
10      310.284.3793
        Jade.Jurdi@btlaw.com
11      Counsel for Defendant, Flint Ink Corporation
        (Via Teleconference)
12
13      FISHKIN LUCKS, LLP
        BY:  STEVEN M. LUCKS, ESQUIRE
14      The Legal Center
        One Riverfront Plaza, Suite 220
15      Newark, New Jersey  07102
        973.536.2800
16      slucks@fishkinlucks.com
        Counsel for Defendants, Ashland, Inc., Exxon
17      Mobil Corp., Chevron U.S.A., Inc.
        (Via Teleconference)
18
19      GERMAN, GALLAGHER & MURTAGH
        BY:  TIFFANY GIANGIULIO, ESQUIRE
20      The Bellevue, Fifth Floor
        200 South Broad Street
21      Philadelphia, Pennsylvania  19102
        215.545.7000
22      Weimannc@ggmfirm.com
        Counsel for Defendant, Radiator Specialty
23      Company
24
25
```

```
                                            Page  3

 1      APPEARANCES (continued):
 2
        GORDON & REES LLP
 3      BY:  JOSHUA H. ROMIROWSKY, ESQUIRE
        One Commerce Square
 4      2005 Market Street, Suite 2900
        Philadelphia, Pennsylvania 19103
 5      215.717.4016
        Jromirowsky@gordonrees.com
 6      Counsel for Defendant, Gans Ink
        & Supply Co., Inc.
 7      (Desorbo)
 8
 9      LEWIS BRISBOIS BISGAARD & SMITH LLP
        BY:  CLAUDIA McCARRON, ESQUIRE
10      1055 Westlakes Drive, Suite 300
        Berwyn, Pennsylvania 19312
11      215.977.4064
        Claudia.McCarron@lewisbrisbois.com
12      Counsel for Defendant, Spinks Ink
        (Desorbo)
13
14
        LITTLETON, JOYCE, UGHETTA, PARK
15      & KELLY, LLP
        BY:  DANIEL KAIN, ESQUIRE
16      201 King of Prussia Road, Suite 220
        Radnor, Pennsylvania 19087
17      484.254.6222
        Daniel.Kain@LittletonJoyce.com
18      Counsel for Defendant, Harcros Chemicals, Inc.
        (Desorbo)
19
20
21
22
23
24
25
```

```
                                                    Page 4

 1      APPEARANCES (continued):
 2
        KUTAK ROCK LLP
 3      BY:  JULIE NEGOVAN, ESQUIRE
        Two Liberty Place, Suite 28B
 4      50 South 16th Street
        Philadelphia, Pennsylvania  19102
 5      215.586.4586
        Julie.Negovan@kutakrock.com
 6      Counsel for Defendant, Handschy
        Industries, LLC
 7
 8      LAVIN, O'NEIL, CEDRONE & DISIPIO
        BY:  CAROLYN L. MCCORMACK, ESQUIRE
 9      190 North Independence Mall West, Suite 500
        6th and Race Streets
10      Philadelphia, Pennsylvania  19106
        215.627.0303
11      Cmccormack@lavin-law.com
        Counsel for Defendant, 3M Company
12
13      MARON MARVEL BRADLEY & ANDERSON, LLC
        BY:  JOSHUA C. SCHUMACHER, ESQUIRE
14      Three Logan Square
        1717 Arch Street, Suite 2910
15      Philadelphia, Pennsylvania  19103
        215.231.7100
16      jcs@maronmarvel.com
        Counsel for Defendant, Printer Service, Inc.,
17      d/b/a Prisco
18
19      MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
        BY:  KIMBERLEY J. WOODIE, ESQUIRE
20      620 Freedom Business Center
        Suite 300
21      King of Prussia, Pennsylvania  19406
        610.354.8250
22      kjwoodie@mdwcg.com
        Counsel for Defendant, EMCO Chemical
23      Distributors, Inc.
        (Via teleconference)
24
25
```

Page 5

1      APPEARANCES (continued):
2
       MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
3      BY:  THOMAS J. SZYMANSKI, ESQUIRE
       2000 Market Street, Suite 2300
4      Philadelphia, Pennsylvania  19103
       215.575.2600
5      TJSzymanski@mdwcg.com
       Counsel for Defendants, FUJIFILM Hunt
6      Chemicals U.S.A., Inc., f/k/a Fuji
       Hunt Photographic Chemicals,
7      Successor to Anchor/Lith-Kem-Ko, Inc.
8
       MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
9      BY:  CHRISTINE P. DOWER, ESQUIRE
       2000 Market Street, Suite 2300
10     Philadelphia, Pennsylvania  19103
       215.575.2600
11     CPDower@mdwcg.com
       Counsel for Defendant, Cabrun Ink Products
12     Corp.
13
       MARSHALL, DENNEHEY, WARNER,
14     COLEMAN & GOGGIN
       BY:  KIMBERLEY J. WOODIE, ESQUIRE
15     620 Freedom Business Center
       Suite 300
16     King of Prussia, Pennsylvania  19406
       610.354.8250
17     kjwoodie@mdwcg.com
       Counsel for Defendant, EMCO
18     (Via Teleconference)
19
       McCARTER & ENGLISH, LLP
20     BY:  MATTHEW RIFINO, ESQUIRE
       BNY Mellon Center
21     1735 Market Street, Suite 700
       Philadelphia, Pennsylvania 19103
22     215.979.3836
       MRifino@mccarter.com
23     Counsel for Defendant, Fisher Scientific
       International, Inc.
24
25

Page 6

```
 1       APPEARANCES (continued):
 2
         McELROY, DEUTSCH, MULVANEY & CARPENTER LLP
 3       BY:  CHAD MOUNTAIN, ESQUIRE
         One Penn Center at Suburban Station
 4       1617 John F. Kennedy Boulevard
         Suite 1500
 5       Philadelphia, Pennsylvania  19103-1815
         215.557.2900
 6       CMountain@mdmc-law.com
         Counsel for Defendant, Sunoco, Inc. (R&M)
 7
 8       METHFESSEL & WERBEL
         BY:  NABILA SAEED, ESQUIRE
 9       2025 Lincoln Highway, Suite 200
         P.O. Box 3012
10       Edison, New Jersey 08818
         732.248.4200
11       Saeed@methwerb.com
         Counsel for Defendant, Hurst Chemical
12
13       MORGAN, LEWIS & BOCKIUS, LLP
         BY:  AARON V. SKRYPSKI, ESQUIRE
14       1701 Market Street
         Philadelphia, Pennsylvania  19103-2921
15       215.963.5605
         askrypski@morganlewis.com
16       Counsel for Defendant, Philips Electronics
         North American Corp.
17
18       PAUL, FLANDREAU & BERGER LLP
         BY:  JAMES R. FLANDREAU, ESQUIRE
19       320 West Front Street
         Media, Pennsylvania 19063
20       610.565.4750
         JFlandreau@pfblaw.com
21       Counsel for Defendant, International Paper
         Co., d/b/a XPEDX
22       (Via Teleconference)
23
24
25
```

Page 7

```
 1      APPEARANCES (continued):
 2      PEPPER HAMILTON LLP
        BY:  CHARLES D. ROME, ESQUIRE
 3      3000 Two Logan Square
        Eighteenth and Arch Streets
 4      Philadelphia, Pennsylvania  19103-2799
        215.981.4000
 5      romec@pepperlaw.com
        Counsel for Defendant, Sun Chemical
 6      Corporation
 7
        RAWLE & HENDERSON, LLP
 8      BY:  DENNIS J. VALENZA, ESQUIRE
        The Widener Building
 9      One South Penn Square
        Philadelphia, Pennsylvania  19107
10      215.575.4238
        dvalenza@rawle.com
11      Counsel for Defendant, T.H. Agriculture &
        Nutrition, LLC
12
13      REED SMITH LLP
        BY:  ALEX G. GROSS, ESQUIRE
14      Three Logan Square
        1717 Arch Street
15      Suite 3100
        215.851.8245
16      AGross@ReedSmith.com
        Counsel for Defendants, Shell Oil Company,
17      Shell Oil Products US
        (DeSorbo)
18
19      REILLY, JANICZEK & McDEVITT, P.C.
        BY:  TIMOTHY RYAN, ESQUIRE
20      Widener Building, Suite 410
        One South Penn Square
21      Philadelphia, Pennsylvania  19107
        215.972.5200
22      TRyan@rjm-law.com
        Counsel for Defendants, Varn International,
23      Inc., Day International, Inc.
24
25
```

Page 8

```
 1      APPEARANCES (continued):
 2
        ROBERTS MARKEL WEINBERG
 3      BUTLER HAILEY
        BY:  ROSS ASHER, ESQUIRE
 4      2800 Post Oak Boulevard
        Floor 57
 5      Houston, Texas 77056
        713.840.1666
 6      RAsher@rmwbhlaw.com
        Counsel for Defendant,
 7      Fisher Scientific International, Inc.
 8
        SEGAL McCAMBRIDGE SINGER & MAHONEY
 9      BY:  CHRISTOPHER McGOWAN, ESQUIRE
        1818 Market Street
10      Suite 2600
        Philadelphia, Pennsylvania  19103
11      215.972.8015
        CMcGowan@smsm.com
12      Counsel for Defendant, Van Son Holland Ink
        Corporation
13      (Via Teleconference)
14
        SHOOK HARDY & BACON LLP
15      BY:  JOANNA T. VASSALLO, ESQUIRE
        One Liberty Place
16      1650 Market Street, Suite 3030
        Philadelphia, Pennsylvania  19103-7301
17      215.278.2555
        JVassallo@shb.com
18      Counsel for Defendant, Mallinckrodt Baker,
        Inc. (nka Avantor Performance Materials, Inc.)
19      (Desorbo)
20
        SWARTZ CAMPBELL, LLC
21      BY:  WALTER McDONOUGH, ESQUIRE
        115 North Jackson Street
22      Media, Pennsylvania  19063
        610.566.9222
23      WMcDonough@swartzcampbell.com
        Counsel for Defendant, Rycoline Products, LLC,
24      Improperly Designated as Rycoline Products,
        Inc.
25
```

Page 9

```
 1      APPEARANCES (Continued):
 2
        THE CAIRONE LAW FIRM, PLLC
 3      BY:  MATTHEW CAIRONE, ESQUIRE
        PMB# 6000
 4      4017 Washington Road
        McMurray, Pennsylvania  15317
 5      412.606.5751
        Mcc@caironelawfirm.com
 6      Counsel for Defendant, United States Steel
        Corporation
 7
 8      TRESSLER LLP
        BY:  KEVIN SULLIVAN, ESQUIRE
 9      744 Broad Street
        Suite 1510
10      973.848.2915
        Newark, New Jersey 07102
11      Kevin.Sullivan@tresslerllp.com
        Counsel for Defendant, Deleet Merchandising
12      Corporation
13
        WHITE AND WILLIAMS LLP
14      BY:  CHRISTIAN J. SINGEWALD, ESQUIRE
        824 N. Market Street, Suite 902
15      Wilmington, DE  19899-0709
        302.467.4510
16      Singewaldc@whiteandwilliams.com
        Counsel for Defendant, Total Petrochemical,
17      Inc.
18
19      BLANK ROME LLP
        BY:  TERRY M. HENRY, ESQUIRE
20      One Logan Square
        130 North 18th Street
21      Philadelphia, Pennsylvania 19103-6998
        215.569.5664
22      THenry@BlankRome.com
        Counsel for Third Party Defendant,
23      Univar USA, Inc.
        (Duttera)
24
25                        -  -  -
```

Page 10

1        A L S O    P R E S E N T :

2

              W.R. Strain, CLVS, Video Technician

3

4                          - - -

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 11

1                     I N D E X
                        -   -   -
2
      Testimony of:  Steven Lee Carter
3
      By Mr. DuPont........................15, 111
4     By Mr. Cairone......................102, 117
      By Mr. Gross........................108
5
                        -   -   -
6
                  E X H I B I T S
7
                        -   -   -
8
      EXHIBIT NUMBER    DESCRIPTION    PAGE MARKED
9
      Carter 1        Amended Notice of
10                    Deposition.................18
11    Carter 2        Invoices
                      THAN003006, 07, 14, 15
12                    38, 39, Invoice Number
                      76039, 3048, 49, 52,
13                    Invoice Number B048371
                      3073-76, 3118-19,
14                    3132-33, 3150-51,
                      3156, Invoice Number
15                    B056204, 3191-2,
                      4143-44, 4152-53
16                    4184-85, 4202-03
                      4220-21....................28
17
      Carter 3        US Steel, Shipments
18                    By Customer, Product,
                      Shipping Point, Destination
19                    Report Number 110-14-07 - Part
                      II, USS PA DAVIS 00001-9...34
20
      Carter 4        THAN Accounts Payable Coding
21                    Tickets, THAN003320-27,
                      3338-9, 3342-3, 3346-7
22                    3352-3, 3370-71, 3393, 3397-402
                      3424-25, 3439-340
23                    3446, 3466-67, 3476-77
                      3553-55, 3569.............38
24
      Carter 5        (not marked)
25

VERITEXT NATIONAL COURT REPORTING COMPANY
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

Page 12

```
1      EXHIBITS (Continued):
2      EXHIBIT NUMBER   DESCRIPTION   PAGE MARKED
3      Carter 6         MNSDS, benzene
                        Benzol,
4                       H-D000649-50................57
5      Carter 7         Occupational
                        Medicine and Industrial
6                       Hygiene,
                        USS2884-2904................58
7
       Carter 8         Health Hazards in
8                       Use of Solvents for
                        Motor Cleaning
9                       USS_03850-859...............65
10     Carter 9         Handbook of Organic
                        Industrial Solvents
11                      USS 2905-07.................72
12     Carter 10        Dangerous Properties
                        Of Industrial Materials
13                      USS 2908-10.................77
14     Carter 11        Industrial Toxicology
                        USS 2911-2916...............80
15
       Carter 12        API Toxicological
16                      Review, American
                        Petroleum Institute
17                      Benzene, September 1948.....82
18     Carter 13        Report to Shell Development
                        Company of Benzenes,
19                      Nitrobenzenes, Anilines
                        And Xylidines, Soley,
20                      9/7/43......................85
21     Carter 14        THAN Invoices to Handschy
                        THAN 000592, 594, 485, 490,
22                      689, 714, 771, 815, 1040,
                        1096, 1228, 1235, 1382.
23                      1392, 1547, 1568, 1673,
                        1681.  ....................110
24
25
```

Page 13

```
1      DEPOSITION SUPPORT INDEX
2      INSTRUCTION NOT TO ANSWER:
3      Page Line
4      (None)
5
6      REQUEST FOR PRODUCTION OF DOCUMENTS:
7      Page Line      Description
8
       (None)
9
10
       STIPULATIONS:
11
       Page Line
12
       15      7
13
14
       QUESTIONS MARKED:
15
       Page Line
16
       (None)
17
18
19
20
21
22
23
24
25
```

Page 25

1                 STEVEN LEE CARTER
2                 MR. DUPONT:  Sure.  Let me
3        re-ask my question.
4    BY MR. DUPONT:
5        Q.      In your research, from
6    reviewing documents in order to prepare for
7    this deposition, and perhaps prior
8    depositions, have you come to learn of a
9    relationship between Commerce Industrial
10   Chemicals, Inc. and Thompson Hayward Chemical
11   Company on the one hand and Handschy on the
12   other hand?
13       A.      Yes.
14       Q.      What's your understanding of
15   what that relationship was?
16       A.      Handschy was a customer.
17       Q.      What type of service did
18   Thompson Hayward Chemical Company and
19   Commerce Industrial Chemicals, Inc. provide
20   to Handschy?
21       A.      Blending of a formulation for a
22   glaze cleaner.  I believe it was referred to
23   as Hancolite.
24       Q.      And did you come to learn that
25   for a period of time that product, Hancolite,

Page 26

1                STEVEN LEE CARTER

2      was formulated to contain 50 percent benzene?

3           A.    I do have an understanding of

4      that, yes.

5           Q.    Was it also the case that

6      Commerce Industrial Chemicals and Thompson

7      Hayward Chemical Company were selling pure

8      benzene to Handschy?

9           A.    I guess I defer to documents on

10     that.  If you have documents that show that,

11     I wouldn't dispute them.

12          Q.    All right.  Was there a

13     particular facility within Commerce

14     Industrial Chemicals and Thompson Hayward

15     Chemical Company where the Hancolite product

16     containing 50 percent benzene was blended on

17     behalf of Handschy?

18          A.    My general understanding is

19     that the blending took place at Thompson

20     Hayward's facility, at 2501 Damen, in

21     Chicago.

22          Q.    Have you conducted research to

23     determine who Thompson Hayward Chemical

24     Company was buying benzene for to use at that

25     facility, at 2501 South Damen Avenue in

Page 27

1                   STEVEN LEE CARTER

2     Chicago?

3                   MR. VALENZA:  Objection to the

4           question.  You can answer if you

5           understand.

6                   THE WITNESS:  I would ask you to

7           rephrase the question.

8     BY MR. DUPONT:

9           Q.      I will, thank you.

10                  Who supplied benzene to

11    Thompson Hayward Chemical Company at the 2501

12    South Damen Avenue, Chicago address where the

13    Hancolite product was blended?

14          A.      To answer that question, I

15    undertook a very extensive document review.

16    And we have produced documents in this case

17    that show the -- that show potential

18    suppliers.  There were a number of benzene

19    purchases, but benzene was sold for many --

20    for many reasons.  So I would defer to what

21    the documents say.

22          Q.      And we have some of those

23    documents here with us that we will -- that

24    we will take a look at.

25          A.      Okay.

Page 28

1                    STEVEN LEE CARTER

2          Q.        Through your review of

3    documents and your research, have you learned

4    whether or not Thompson Hayward Chemical

5    Company or Commerce Industrial Chemicals was

6    blending the Hancolite product at any

7    facility, other than 2501 South Damen Avenue

8    in Chicago?

9          A.        I have not learned that.

10         Q.        So is it correct that you have

11   not seen any evidence that that product was

12   blended at any facility by Industrial --

13   excuse me, Commerce Industrial Chemicals or

14   Thompson Hayward Chemical Company?

15         A.        It's a long question, but if

16   you're asking me if I've seen that blending

17   -- if I've seen evidence of blending anywhere

18   other than Chicago, the answer to that is,

19   no.

20                          -   -   -

21              (Whereupon the document was

22         marked, for identification purposes,

23         as Carter Exhibit Number 2.)

24                    -   -   -

25   BY MR. DUPONT:

Page 30

                          STEVEN LEE CARTER

1

2       Q.      So are these invoices or

3    records indicative of purchase of chemical

4    benzene from United States Steel Corporation?

5                    MR. VALENZA:  Can you, please,

6           identify the Bates numbers on those

7           pages so I can follow along, please?

8                    MR. DUPONT:  There's a lot of

9           them, so I'll just hand you a copy.

10                   MR. VALENZA:  Even better.

11          Thank you.

12                   MR. DUPONT:  I'll withdraw that

13          question.

14   BY MR. DUPONT:

15      Q.      Does Exhibit 2 consist of at

16   least some of the documents that reflect

17   purchase of benzene from United States Steel

18   Corporation for use by Thompson Hayward

19   Chemical Company at the 2501 South Damen

20   Avenue Chicago address?

21      A.      I think it's fair to say that

22   this reflects the purchase of benzene, benzol

23   that was delivered to 2501 South Damen Avenue

24   in Chicago.

25      Q.      And that was purchased from

Page 31

```
1                    STEVEN LEE CARTER
2    United States Steel Corporation?
3           A.     It says, a Division of United
4    States Steel Corporation, USSS -- USS
5    Chemicals.
6           Q.     And you used two terms, you
7    said benzene and benzol.  Is it your
8    understanding that benzol is another word for
9    benzene?
10          A.     I do have an understanding of
11   that, yes.
12          Q.     Based on your review of the
13   records, what's your understanding of how
14   benzene purchased from USS Chemicals,
15   Division of United States Steel Corporation,
16   was shipped to the 2501 South Damen Avenue,
17   Chicago address?
18          A.     Well, this says 5000 gallons,
19   so there should be a reference on here
20   somewhere.  But typically a delivery of that
21   size would be in a tanker truck.  And there
22   probably is a reference to that somewhere
23   here in these documents.
24                 Yeah, tank.  Tank 11.
25                 MR. VALENZA:  What's the Bates
```

Page 34

1                    STEVEN LEE CARTER
2      destroyed many of the records.  And, in fact,
3      even the records that you see here today, if
4      you had to see the originals, you would see
5      that they are charred by fire, that they're
6      literally falling apart right in front of
7      your eyes.  But they have survived the fire
8      and they still exist today.
9              Q.      So does the fact that -- strike
10     that.
11                              -   -   -
12              (Whereupon the document was
13          marked, for identification purposes,
14          as Carter Exhibit Number 3.)
15                              -   -   -
16     BY MR. DUPONT:
17              Q.      I'll hand to you Exhibit 3.
18     You'll notice in the bottom right-hand corner
19     of Exhibit 3 there's an old exhibit sticker
20     there that says, Carter 21.  I'll represent
21     to you that this is an exhibit from one of
22     your prior depositions, dated October 22,
23     2010, which reflects records of sales of the
24     chemical benzene from United States Steel
25     Corporation, USS Chemicals Division, to

Page 35

1              STEVEN LEE CARTER

2    Thompson Hayward Chemical Company.

3         A.     I see that.

4         Q.     And do you recall seeing this

5    document before at a prior deposition?

6         A.     Yes.

7         Q.     In quickly reviewing this

8    document, does this indicate to you that

9    there were sales of the chemical benzene from

10   United States Steel Corporation to Thompson

11   Hayward Chemical Company from 1968, through

12   and including 1974?

13        A.     From 1968 to '74.  '68, '69,

14   '70.  I would agree with that

15   characterization, yes.

16        Q.     Do these records indicate, at

17   least for many of the shipments that the

18   customer destination was in Illinois --

19   excuse me, strike that.

20              Do these records indicate, at

21   least for many of the shipments, that the

22   customer destination was in Chicago,

23   Illinois?

24              MR. CAIRONE:  Object to the

25        form.

Page 36

1          STEVEN LEE CARTER

2              THE WITNESS:  It might be easier

3          if you ask me about specific shipments

4          because obviously there are other

5          destinations.

6    BY MR. DUPONT:

7          Q.     Sure.  I'll use one example.

8    We'll look at the first page.  The first page

9    appears to be for the year 1968.  Do you see

10   that?

11         A.     December 1968, I do see that.

12         Q.     And there's a column, the third

13   column from the left-hand side, that says

14   customer destination.  Do you see that?

15         A.     Yes.

16         Q.     And the first entry under that

17   says, I-L-L Chicago.  Do you understand that

18   to be Chicago, Illinois?

19         A.     That's how I would read that,

20   yes.

21         Q.     Is that consistent with

22   Thompson Hayward Chemical Company having a

23   facility in Chicago, Illinois in 1968?

24         A.     Yes.

25         Q.     And that would be the 2501

Page 37

1                STEVEN LEE CARTER

2    South Damen Avenue facility in Chicago,

3    Illinois?

4         A.     Yes, it would be.

5         Q.     So reviewing this document, if

6    we were to go through each entry where we see

7    a customer destination listed as Chicago,

8    Illinois for the years 1968, through and

9    including 1974, would that support your

10   understanding that United States Steel

11   Corporation was selling benzene and having it

12   shipped to the Thompson Hayward Chemical

13   Company facility at 2501 South Damen Avenue

14   in Chicago?

15        A.     Yes.

16        Q.     And that would be benzene used

17   to blend the Hancolite product on behalf of

18   Handschy?

19        A.     Well, clearly the document

20   doesn't say that.  That would be benzene used

21   to support the business of the company.

22        Q.     And the business of Thompson

23   Hayward Chemical Company at the 2501 South

24   Damen Avenue, Chicago facility included

25   blending Hancolite with 50 percent benzene?

Page 38

STEVEN LEE CARTER

1

2          A.      That was part of its business,

3    yes.

4          Q.      In your research, did you

5    locate documentation that Thompson Hayward

6    Chemical Company was buying benzene from

7    another supplier called Shell that was

8    shipped to the 2501 South Damen Avenue

9    facility?

10         A.      Again, I would defer to the

11   documents, but I believe the answer to that

12   question is, yes.

13                          -   -   -

14              (Whereupon the document was

15         marked, for identification purposes,

16         as Carter Exhibit Number 4.)

17                          -   -   -

18   BY MR. DUPONT:

19         Q.      I have some of those documents

20   with me, so we'll look through them later on.

21         A.      I'm not surprised.

22         Q.      I'm going to hand to you

23   Exhibit 4 to your deposition.  Take a moment

24   to look at that.

25         A.      (Complying with request.)

Page 48

```
 1              STEVEN LEE CARTER
 2              MR. CAIRONE:  Object to the
 3         form.
 4              MR. VALENZA:  You can answer.
 5         Do you understand the question, Mr.
 6         Carter?
 7              THE WITNESS:  Yeah, I believe I
 8         do.  Essentially you're asking me to
 9         prove a negative, and I don't know how
10         to respond to that.
11   BY MR. DUPONT:
12         Q.    Okay.  Well, I'll try and
13   simplify it then.
14              Have you seen any evidence that
15   there was a purchase of benzene by Thompson
16   Hayward Chemical Company for use at 2501
17   South Damen Avenue in Chicago from any
18   company other than U.S. Steel during the
19   period 1970, through and including 1974?
20         A.    Have I seen any evidence of
21   that?
22         Q.    Yes, sir.
23         A.    No.
24         Q.    For the period of 1975, through
25   and including 1977, have you seen any
```

Page 54

1               STEVEN LEE CARTER

2               VIDEO TECHNICIAN:  Back on the

3         record at 10:50.

4    BY MR. DUPONT:

5         Q.      Okay.  Mr. Carter, what was

6    Thompson Hayward Chemical Company's practice

7    in the 1960s and 1970s with respect to

8    providing warnings to its customers with

9    respect to the health hazards of the

10   chemicals it sold?

11        A.      Warnings that were made

12   available from the suppliers of the various

13   products that Thompson Hayward distributed

14   were passed along to the ultimate customer,

15   Thompson Hayward's ultimate customer.

16        Q.      So if we take that example in

17   this case, when we're talking about benzene

18   being used by Thompson Hayward to either sell

19   to Handschy or blend in the Hancolite

20   product, was it the case that Thompson

21   Hayward Chemical Company would obtain some

22   information from a supplier of benzene, like

23   United States Steel Corporation, and then

24   supply that information on to Thompson

25   Hayward Chemical Company's customer, such as

Page 55

1              STEVEN LEE CARTER

2    Handschy?

3              MS. NEGOVAN:  Objection to the

4         form.

5              THE WITNESS:  Yeah, the way I

6         would prefer to answer that is to just

7         leave individual company names out of

8         it and say that, if there was a

9         warning that accrued to a product, it

10        would have been passed along if --

11        when that product was sold to whoever

12        the ultimate customer was.

13   BY MR. DUPONT:

14        Q.    So was Thompson Hayward

15   Chemical Company relying upon its suppliers

16   to provide it with information regarding the

17   health hazards and the necessary warnings for

18   the chemicals that Thompson Hayward Chemical

19   Company distributed?

20        A.    Well, certainly the suppliers

21   had the greater knowledge, so, yes.

22        Q.    Have you undertaken to research

23   the records of T.H. Agriculture & Nutrition

24   and Thompson Hayward Chemical Company in

25   order to determine what information was

1                 STEVEN LEE CARTER
2    supplied to it by its suppliers?
3          A.      With regard to --
4          Q.      Strike that.  I'll ask a more
5    narrow question.
6                 Have you researched the records
7    of Thompson Hayward Chemical Company and T.H.
8    Agriculture & Nutrition to obtain information
9    regarding what warnings or health hazard
10   information was supplied to Thompson Hayward
11   Chemical Company from suppliers of benzene?
12         A.      You may recall from my last
13   deposition in 2010, we had an exhibit in
14   there -- and, again, I'm characterizing, but
15   I recall -- as I recall, it was a Handschy
16   document and there was a Thompson Hayward
17   stamp on it.  So knowledge -- you know,
18   knowledge came to us, again, from the people
19   who had the greater knowledge to provide it.
20         Q.      Through your review of the
21   records with respect to this case, and the
22   relationship between Thompson Hayward
23   Chemical Company and Handschy, have you seen
24   a Material Safety Data Sheet that appears to
25   have been authored by United States Steel

Page 57

1                  STEVEN LEE CARTER

2     Corporation?

3                  MR. CAIRONE:  Object to the

4            form.

5                  THE WITNESS:  If you'd show me a

6            document, I believe it's the document

7            we're talking about from my prior

8            deposition.

9                        -   -   -

10                 (Whereupon the document was

11           marked, for identification purposes,

12           as Carter Exhibit Number 6.)

13                       -   -   -

14     BY MR. DUPONT:

15           Q.    I'm handing you a document that

16     I've marked Exhibit 6.

17           A.    (Reviewing document.)

18                 Is there a question pending?

19     I'm sorry.

20           Q.    Is Exhibit 6 the document

21     you're referring to?

22           A.    Exhibit 6 is the document I'm

23     referring to, yes.

24           Q.    And that's a Material Safety

25     Data Sheet from United States Steel

Page 58

1                STEVEN LEE CARTER

2   Corporation that has a stamp with the

3   Thompson Hayward Chemical Company name at the

4   top right-hand corner?

5          A.     It does.

6          Q.     So is it correct that part of

7   your search for records and review in

8   preparation of this case, as well as the

9   deposition you gave in 2010, included looking

10  for records and information that was provided

11  to Thompson Hayward Chemical Company by its

12  suppliers of benzene?

13         A.     Yes.

14                        -   -   -

15                (Whereupon the document was

16         marked, for identification purposes,

17         as Carter Exhibit Number 7.)

18                        -   -   -

19  BY MR. DUPONT:

20         Q.     I hand to you a document that's

21  been marked as Exhibit 7.

22                I'll represent to you that this

23  is a document which was produced to us by

24  United States Steel Corporation, with the

25  Bates Numbers USS 2884 through 2904.  It's

Page 59

1                    STEVEN LEE CARTER

2    entitled, "Occupational Medicine and

3    Industrial Hygiene", by Rutherford T.

4    Johnstone.  Do you see that?

5            A.    I do.

6            Q.    If you look at the first page,

7    these are sections of a textbook authored by

8    Rutherford T. Johnstone and published in the

9    year 1948.  Do you see that?

10                   MR. CAIRONE:  Well, before --

11           I'm just going to object for lack of

12           foundation in terms of questioning the

13           witness on this document, unless you

14           can somehow connect it to his being

15           here as a corporate representative of

16           T.H. Agriculture & Nutrition.  And if

17           you -- and if I can have that standing

18           objection, then I can not interrupt

19           you while you go through it.

20                   MR. DUPONT:  That's fine.

21    BY MR. DUPONT:

22           Q.    So I'll ask my question.  If

23    you look to the first page of this Exhibit 7,

24    does this appear to be a cover page of a book

25    authored by Rutherford T. Johnstone in 1948,

Page 60

1                    STEVEN LEE CARTER

2     entitled, "Occupational Medicine and

3     Industrial Hygiene"?

4          A.      It does.

5          Q.      In your review of your

6     company's records, did you come across this

7     document?

8          A.      No.

9          Q.      If you look to the third page

10    of the exhibit, which is Bates Number USS

11    2886, you see the title on the page, Chapter

12    17, the Aromatic Hydrocarbons, Benzol?

13         A.      I do see that.

14         Q.      If you look to the second

15    paragraph of that page -- I have that

16    highlighted for you so you can read along

17    easily.  Does this document state, "While the

18    use of benzol in industry has been

19    considerably reduced in recent years, the

20    incidence of benzol poisoning is still fairly

21    frequent"?

22              MR. CAIRONE:  Let me place a

23         slightly different objection on the

24         record.

25              Now that he's testified that he

Page 61

1                    STEVEN LEE CARTER
2            has never seen it, and it has not been
3            found in the T.H. Agriculture &
4            Nutrition files, I object to your
5            continuing to ask him questions about
6            it.
7                    MR. DUPONT:  You have a
8            continuing objection, so you don't
9            have to continue to object.
10                    MR. CAIRONE:  I just wanted to
11            put that more specific objection on
12            the record.
13    BY MR. DUPONT:
14            Q.    Mr. Carter, does this document
15    read, under the title, The Aromatic
16    Hydrocarbons, Benzol,  "While the use of
17    benzol in industry has been considerably
18    reduced in recent years, the incidence of
19    benzol poisoning is still fairly frequent"?
20            A.    It does say that, yes.
21            Q.    Does it continue to read, "Too
22    often is benzol hidden under a trade name or
23    is carelessly substituted for less toxic
24    solvents"?
25            A.    It does say that.

Page 62

1                    STEVEN LEE CARTER

2          Q.       If you read down to the second

3    paragraph, under the word "pathology".  Does

4    the document read, "Chronic benzol poisoning

5    usually produces severe degrees of injury to

6    the blood forming organs and often proves

7    fatal"?

8          A.       It says that, yes.

9          Q.       Does it also read, "The blood

10   picture is bizarre and inconstant"?

11         A.       Yes, it does say that.

12         Q.       If you turn to the next page,

13   there's a sentence highlighted.  And does

14   that sentence refer to two cases of possible

15   leukemia related to benzene exposure?

16         A.       Well, in effect you have to

17   read -- you have to read from the first page,

18   bone marrow reaction, both of those

19   paragraphs, to make that conclusion.  You

20   can't really get that from the highlighted

21   sentence.

22         Q.       Okay.

23                   Reading this part of the

24   document that's under the bone marrow

25   reaction section, is it fair to say what the

Page 63

                          STEVEN LEE CARTER

1

2       author is doing is providing a summary of

3       some articles that have been published by

4       researchers regarding individuals exposed to

5       benzene?

6                          MR. VALENZA:  I'm just going to

7                  object.  He's not really competent to

8                  do that, but go ahead.

9                          THE WITNESS:  That's a

10                 reasonable characterization.

11      BY MR. DUPONT:

12                 Q.     And one of the researchers that

13      the author of this document is discussing is

14      an individual named Mallory.  Do you see that

15      at the bottom of this page?

16                 A.     Oh, yes, I do see that.

17                 Q.     What it says is that Mallory

18      and co-workers have studied 19 cases, 14 of

19      which were completely autopsied.  And it goes

20      on to discuss what was done.  Generally

21      what's being discussed here is an article by

22      Mallory that's referring to benzene exposed

23      workers.  Fair?

24                          MR. CAIRONE:  This is so far

25                 outside the scope I have to object

Page 64

STEVEN LEE CARTER

1
2          again.  I mean, you're asking him to
3          read the document, confirm what it
4          says, and now you're asking him for
5          scientific opinions that I don't think
6          he's competent to make.  I object
7          again.
8                    MR. VALENZA:  Yes, everybody is
9          joined in that objection.  But you can
10         answer if you can, Mr. Carter.
11                   THE WITNESS:  I guess I would
12         answer the same way I did the previous
13         question.  That is -- that appears,
14         based on my limited understanding of
15         this topic and just reading this
16         document for the first time, to be a
17         fair characterization.
18  BY MR. DUPONT:
19         Q.    Okay.  And one of the things
20  that this author is recording from the
21  Mallory study is that there were two
22  individuals who had possible leukemia after
23  being exposed to benzene.  Is that fair?
24         A.    This highlighted sentence that
25  you talk about says, "Excluding those two

Page 65

                    STEVEN LEE CARTER
1
2   cases of possible leu..." --  I guess that's
3   how they spelled leukemia back then --
4   "...leucemia, the remaining number could be
5   divided into two groups."  Is that what
6   you're talking about?
7           Q.     Yes.
8           A.     Okay.  It does say that.
9                       -  -  -
10                 (Whereupon the document was
11          marked, for identification purposes,
12          as Carter Exhibit Number 8.)
13                    -  -  -
14  BY MR. DUPONT:
15          Q.     I'll hand to you a document
16  that's been marked as Exhibit 8 to your
17  deposition, which I'll also represent to you
18  is a document that was produced by -- to us
19  by United States Steel Corporation.
20                 Exhibit 8 is entitled, "Health
21  Hazards in Use of Solvents For Motor
22  Cleaning."  It's by the United States Steel
23  Corporation, Industrial Relations Department.
24  Specifically the Industrial Hygiene Section,
25  Medical Division.  Do you see that on the

Page 66

1                    STEVEN LEE CARTER
2    first page?
3              A.      I do see that, yes.
4              Q.      In your review of your
5    company's records, did you see any evidence
6    that this document was provided by United
7    States Steel Corporation to T.H. Agriculture
8    & Nutrition, or Thompson Hayward Chemical
9    Company?
10             A.      No.
11             Q.      If you look to the second page
12   of the document, it's the Bates Number USS
13   3851.  Do you see that?
14             A.      I do.
15             Q.      In the second paragraph --
16   strike that.
17                     In the first paragraph of the
18   document, do you see the date January 15,
19   1953?
20             A.      I do.
21             Q.      I'll represent to you that a
22   witness from U.S. Steel Corporation has
23   testified that this document was authored in
24   1953.
25             A.      Okay.

Page 67

1                     STEVEN LEE CARTER
2          Q.      Looking at this document, if
3    you go to the second paragraph, do you see
4    the sentence that begins with the word,
5    "however"?
6                     MR. CAIRONE:  Object on the same
7              basis that I objected to for your
8              questioning the witness on the
9              previous exhibit.  And if I can just
10             have the objection standing again.
11                    MR. DUPONT:  I gave you a
12             continuing objection before.  You got
13             the continuing objection.
14                    MR. VALENZA:  Yeah, I think that
15             -- just to be specific, Mr. DuPont,
16             because this was not found in the
17             records of -- of Mr. Carter's company,
18             we would object to any comments about
19             it, other than, you know, what it
20             actually says.  But beyond that, we
21             would join in the objection.  But go
22             ahead.
23                    MR. DUPONT:  All right.
24    BY MR. DUPONT:
25          Q.      Mr. Carter, do you see the

1              STEVEN LEE CARTER

2   sentence in the second paragraph on this

3   page, Bates Number USS 3851 that begins with

4   the word, "however"?

5          A.     I do see that.

6          Q.     And does that sentence

7   correctly read, "However, in the choice of a

8   solvent for a particular application, every

9   effort should be made to utilize one which

10  has the lowest order of toxicity and

11  flammability as is consistent with

12  satisfactory performance"?

13         A.     Your question is, do I see that

14  sentence?

15         Q.     Yes, sir.

16         A.     I see that sentence, yes.

17         Q.     If you turn to the next page of

18  the document, there's a second paragraph that

19  begins with the words "In any event".  Do you

20  see that?

21         A.     I do.

22         Q.     This document reads, at this

23  sentence, "In any event, every effort should

24  be made to exclude carbon tetrachloride and

25  benzol for cleaning purposes."  Do you see

Page 69

1                    STEVEN LEE CARTER

2      that?

3             A.     I do see that.

4             Q.     Is it your understanding that

5      the Hancolite product formulated with

6      50 percent benzene was a product that was

7      used for cleaning parts of printing presses?

8                    MS. NEGOVAN:  Objection.

9                    THE WITNESS:  Yes, that is my

10            understanding.

11     BY MR. DUPONT:

12            Q.     The document continues to read,

13     "These...", which would include benzene in

14     the context of this document, "...are the

15     most toxic of organic solvents and excessive

16     exposure to them may result in severe injury"

17     -- excuse me, strike that.

18                    Does this document continue to

19     read, "These...", which includes benzene in

20     the context of this document, "...are the

21     most toxic of organic solvents and excessive

22     exposure to them may result in severe

23     illness"?

24            A.     It says that, yes.

25            Q.     Does it continue to read,

Page 70

1                    STEVEN LEE CARTER
2       "These solvents may be found in various
3       mixtures available through manufacturers and
4       suppliers.  Cleaning solvents are generally
5       sold under a trade name or trade number, so
6       that the user has very little information
7       upon which to evaluate the fire and health
8       hazard potentials"?
9              A.     That sentence also appears in
10      this document, yes.
11             Q.     So, reading what we've just
12      read on this page of Exhibit 8, would you
13      agree with me that what's being recommended
14      here is to avoid using benzene for cleaning
15      purposes because of its toxicity?
16                      MS. NEGOVAN:  Objection.
17                      THE WITNESS:  You're asking me
18             to characterize what they're saying
19             here?
20      BY MR. DUPONT:
21             Q.     Yes.
22                      MS. NEGOVAN:  Same objection.
23                      THE WITNESS:  I actually agree
24             with that.  I mean, it says, "Every
25             effort should be made to exclude

Page 71

1              STEVEN LEE CARTER
2         carbon tetrachloride in benzol for
3         cleaning purposes."  I don't see how I
4         can characterize that in any clearer
5         fashion.
6    BY MR. DUPONT:
7         Q.     Okay.  Now, if you look to the
8    Material Safety Data Sheet from United States
9    Steel Corporation for --
10        A.     This is Exhibit 6, correct?
11        Q.     Yes, sir, Exhibit 6.  Turn back
12   to Exhibit 6, look at the Material Safety
13   Data Sheet for benzene from United States
14   Steel Corporation.  Do you see any statement
15   on there that benzene should not be used for
16   cleaning purposes?
17        A.     Well, with the caveat that this
18   document is somewhat hard to read, it's fair
19   to say I do not see that statement.
20             Well, actually, let me amend my
21   previous answer.  I'm on page two of this
22   document now, which is document H-D 000650.
23   Under special precautions it says the
24   following, "Extremely flammable, no smoking,
25   keep away from heat, sparks and fire.  Use

Page 72

1                STEVEN LEE CARTER

2    only with adequate ventilation.  Vapor

3    harmful."

4           Q.     Okay.  Does that sentence say,

5    do not use benzene as a cleaning solvent

6    because of its toxicity?

7           A.     It does not say that.

8           Q.     All right.  And you see no

9    other statement on that Exhibit 6, Material

10   Safety Data Sheet from U.S. Steel for

11   benzene, that says, do not use benzene as a

12   cleaning solvent because of its toxicity?

13          A.     I don't see that.

14                       -   -   -

15                 (Whereupon the document was

16          marked, for identification purposes,

17          as Carter Exhibit Number 9.)

18                       -   -   -

19   BY MR. DUPONT:

20          Q.     I'll hand to you Exhibit 9.

21          A.     Okay.

22          Q.     I'll represent to you that

23   Exhibit 9 is a document that was also

24   produced to us from United States Steel

25   Corporation's records.  It's Bates Number USS

Page 73

1                    STEVEN LEE CARTER
2     2905 through 2907.
3          A.     (Reviewing documents.)
4          Q.     If you look at the first page
5     of Exhibit 9, is the title of this document,
6     "Handbook of Organic Industrial Solvents",
7     Third Edition.
8          A.     That is the title, yes.
9          Q.     It's published by the American
10    Mutual Insurance Alliance?
11         A.     Yes.
12         Q.     The second page of the
13    document, does it have a copyright date of
14    1966?
15         A.     It's been four years since I
16    saw you last, Mr. DuPont.  My eyesight is
17    getting -- I believe that says 1966, yes.
18         Q.     Well, if you look to the third
19    page of the document -- unfortunately I have
20    to test your eyesight further.
21         A.     Well --
22         Q.     Because this is an old document
23    from U.S. Steel.  Does this document from
24    1966, which came from U.S. Steel's files,
25    read, under paragraph 27, "Benzene is

Page 74

1                STEVEN LEE CARTER

2    implicated as a producer of leukemia, a blood

3    cancer"?

4              A.      It says that, yes.

5              MR. CAIRONE:  Same objection as

6         before.  And the documents, they all

7         speak for themselves.  So asking the

8         witness to confirm that they say is, I

9         think, an inefficient use of time.

10   BY MR. DUPONT:

11             Q.      Mr. Carter, did you see this

12   document in the records from Thompson Hayward

13   Chemical Company and T.H. Agriculture &

14   Nutrition in your search and review?

15             A.      I did not.

16             Q.      Did you see any evidence that

17   U. S. Steel Corporation provided this

18   document to Thompson Hayward Chemical

19   Company?

20             A.      I guess what I would say is,

21   and I've said it several times, the records

22   that I was able to produce are from the

23   records that survived.  There clearly were

24   decades of operation that would have

25   generated records that have not survived.

1                STEVEN LEE CARTER

2    So if we're talking about these time periods,

3    it's certainly possible it could have

4    happened, but I don't have the records to say

5    one way or the other.

6            Q.      From the records that are

7    available, you haven't found any evidence,

8    any correspondence, any document to indicate

9    that this document, which is Exhibit 9, was

10   provided to Thompson Hayward Chemical Company

11   from U.S. Steel.  Is that fair?

12           A.      No.  No, I have not.

13           Q.      If you look back to what I

14   believe is Exhibit 6, the Material Safety

15   Data Sheet for benzene from United States

16   Steel Corporation, do you see any reference

17   on that Material Safety Data Sheet to benzene

18   causing leukemia?

19           A.      No, I do not.

20           Q.      Now, this Material Safety Data

21   Sheet -- in general, a Material Safety Data

22   Sheet is a type of document that Thompson

23   Hayward Chemical Company would acquire from a

24   supplier and pass on to one of its customers

25   in order to provide warnings and health

1                  STEVEN LEE CARTER

2    hazard information for chemicals that

3    Thompson Hayward Chemical Company sold.

4    True?

5                A.     Yes.

6                Q.     So, in that sense, Thompson

7    Hayward Chemical Company would expect that

8    the important information regarding the

9    health hazards of the chemicals that it

10   acquired from suppliers and sold would have

11   been contained within these types of Material

12   Safety Data Sheets.  True?

13                MR. CAIRONE:  Object to form.

14                THE WITNESS:  I guess -- I guess

15           the way I would answer that is -- and

16           I've had certain conversations with

17           people who are employed at Thompson

18           Hayward.  The expectation was that

19           once knowledge became accepted and

20           widespread, yes, that it would be

21           provided on documents like this so

22           that the customers would know where to

23           look in terms of how it might impact

24           their operations.

25                             -   -   -

Page 77

1              STEVEN LEE CARTER

2              (Whereupon the document was

3          marked, for identification purposes,

4          as Carter Exhibit Number 10.)

5                         -   -   -

6   BY MR. DUPONT:

7          Q.     I'll hand to you another

8   document that I marked as Exhibit 10, which

9   I'll also represent to you came from United

10  States Steel Corporation's records.

11              Reviewing Exhibit 10, do you

12  see that this is sections from a textbook

13  entitled, "Dangerous Properties of Industrial

14  Materials," Third Edition, authored by N.

15  Irving Sax?

16         A.     Yes.

17         Q.     And the copyright on the second

18  page of the document is 1968, indicating that

19  the textbook was published in 1968?

20         A.     Copyrighted but, yes, I agree

21  with that.

22         Q.     Turning to the last page of the

23  document, do you see a section within this

24  textbook on benzene, including the toxicity

25  of benzene?

                        STEVEN LEE CARTER
 1
 2                      MR. CAIRONE:  Same objection, as
 3              previously noted, to the use of the
 4              document in this deposition.
 5                      THE WITNESS:  Yes.
 6      BY MR. DUPONT:
 7              Q.      Within that section of this
 8      page, turning to the third paragraph, do you
 9      see the sentence that begins with the words,
10      "The chronic"?
11              A.      Yes, I do.
12              Q.      Do I correctly read this
13      document to say, "The chronic, rather than
14      the acute form of benzene poisoning is
15      important in industry.  It has a toxic action
16      on the blood forming tissues"?
17              A.      That's what it says, yes.
18              Q.      Going down to the next
19      paragraph, does the document also read that,
20      "Cases of myeloid leukemia have been reported
21      with respect to benzene exposure"?
22              A.      Well, I mean, the last part of
23      your question assumes something that does not
24      appear in this statement.  But this is from a
25      section on benzene, specifically a section on

Page 79

1                    STEVEN LEE CARTER

2    toxicology.  And so, from that, cases of

3    myeloid leukemia have been reported.  I'd say

4    -- I'd characterize your question as fairly

5    stating what that says.

6            Q.     So, reading this document, one

7    can understand that benzene exposure has led

8    to myeloid leukemia; correct?

9                    MR. VALENZA:  Objection.

10            Objection.  He's not competent to make

11            those determinations, certainly since

12            it wasn't in the files of the company.

13            But you go ahead and answer if you

14            can.

15                    MR. DUPONT:  I'll withdraw that

16            question.

17    BY MR. DUPONT:

18            Q.     Because the sentence, "Cases of

19    myeloid leukemia have been reported" appears

20    under the toxicology heading for the section

21    of the document on benzene, do you understand

22    that that statement, "cases of myeloid

23    leukemia have been reported", is being

24    provided with respect to the toxicity of

25    benzene.  Fair?

Page 80

1                    STEVEN LEE CARTER

2          A.      In this section on toxicology,

3    yes.

4          Q.      And, again, you didn't see any

5    information from U.S. Steel in the Material

6    Safety Data Sheet for benzene indicating that

7    benzene was reported to cause leukemia.

8    True?

9          A.      True.

10                              -   -   -

11                 (Whereupon the document was

12          marked, for identification purposes,

13          as Carter Exhibit Number 11.)

14                              -   -   -

15   BY MR. DUPONT:

16         Q.      I'll hand to you Exhibit 11.

17         A.      (Reviewing document.)

18         Q.      Sir, I'll represent to you that

19   Exhibit 11 is sections from a document -- in

20   fact, a book entitled, "Industrial

21   Toxicology," Third Edition, by Alice

22   Hamilton, a Professor of Medicine at Harvard

23   School of Public Health, published in 1974.

24   Do you see that?

25         A.      Yes.

```
 1              STEVEN LEE CARTER
 2              MR. CAIRONE:  Same continuing
 3        objection.
 4   BY MR. DUPONT:
 5        Q.      If you'd look to the page of
 6   the document that has Bates Number USS 2915,
 7   please?
 8        A.      (Complying with request.)
 9              Okay.
10        Q.      In the full paragraph, in the
11   middle of the document, there's a sentence
12   that reads, and please tell me if I read this
13   correctly, "It is now generally accepted that
14   benzene can produce leukemia of varying
15   forms, and that such leukemia can appear with
16   or without any antecedent history of aplastic
17   anemia."  Is that correct?
18        A.      It actually says, an antecedent
19   history of aplastic anemia, but other than
20   that I agree with what -- what you read.
21        Q.      Thank you for correcting that.
22              MR. VALENZA:  You agree that
23        that's what it says?
24              THE WITNESS:  I said, yeah, I
25        agree that that's what he read, that's
```

Page 82

1                    STEVEN LEE CARTER

2             what it says.

3    BY MR. DUPONT:

4             Q.     In your review of Thompson

5    Hayward Chemical Company and T.H. Agriculture

6    and Nutrition's records, did you find this

7    document?

8             A.     No.

9             Q.     Did you find any evidence that

10   this document was provided to Thompson

11   Hayward Chemical Company from U.S. Steel?

12            A.     No.

13            Q.     In your review of the records

14   of Thompson Hayward Chemical Company and T.H.

15   Agriculture & Nutrition, did you see any

16   record, or any document from United States

17   Steel Corporation advising Thompson Hayward

18   Chemical Company that benzene was reported to

19   cause leukemia?

20            A.     No.

21                              -  -  -

22            (Whereupon the document was

23        marked, for identification purposes,

24        as Carter Exhibit Number 12.)

25                              -  -  -

Page 83

1                   STEVEN LEE CARTER
2       BY MR. DUPONT:
3             Q.      Mr. Carter, I'm handing you a
4       document that I've marked as Exhibit 12.
5             A.      (Reviewing document.)
6             Q.      Exhibit 12 is a document
7       entitled, "API Toxicological Review, Benzene"
8       September, 1948.  Do you see that?
9             A.      I agree with that.
10            Q.      And on the first page of the
11      document there's a box that begins with the
12      word "Note".  And if you look down to the
13      third sentence, does this indicate that the
14      document was prepared at the Harvard School
15      of Public Health in Boston, Massachusetts
16      under the direction of Professor Philip
17      Drinker?
18            A.      It does say that, yes.
19            Q.      Did you come across this
20      document in your review of Thompson Hayward
21      Chemical Company and T.H. Agriculture and
22      Nutrition's records?
23            A.      No.
24            Q.      If you'd turn to the third page
25      of the exhibit, please.

Page 84

1                    STEVEN LEE CARTER

2          A.      (Complying with request.)

3                  MR. CAIRONE:  Continuing

4          objection.

5    BY MR. DUPONT:

6          Q.      You'll see there's two columns

7    of writing.  In the right-hand column there's

8    a paragraph that begins with the words, "The

9    bone marrow"?

10          A.      I see that.

11          Q.      Does that first sentence read,

12    "The bone marrow where blood is formed may be

13    hypoplastic, fairly normal in appearance, or

14    hyperplastic"?

15          A.      Yes.

16          Q.      And does it continue to read

17    that, "Abnormal forms or young cells may

18    abound, and reasonably well documented

19    instances of the development of leukemia as a

20    result of chronic benzene exposure have been

21    cited"?

22          A.      It says that as well.

23          Q.      In your review of your

24    company's records, did you see any

25    correspondence or any other indication that

Page 85

1                  STEVEN LEE CARTER

2    United States Steel Corporation provided this

3    document to Thompson Hayward Chemical

4    Company?

5              A.     No.

6                  MR. CAIRONE:  Object to the

7              form.

8                  THE WITNESS:  I'm sorry.

9                  MR. CAIRONE:  That's okay.

10                  THE WITNESS:   Sorry.  No, I did

11              not.

12    BY MR. DUPONT:

13              Q.     And in your review of your

14    company's records, did you see any letter or

15    correspondence or other document indicating

16    that Shell Chemical Company or Shell Oil

17    Company provided this record to Thompson

18    Hayward Chemical Company?

19              A.     No.

20                          -   -   -

21                  (Whereupon the document was

22              marked, for identification purposes,

23              as Carter Exhibit Number 13.)

24                          -   -   -

25    BY MR. DUPONT:

"Exhibit M"



**HANDSCHY CHEMICAL CO.**
2525 N. ELSTON AVENUE
CHICAGO, ILLINOIS 60647

**TECHNICAL** BULLETIN

**NUMBER**

TECHNICAL BULLETIN                 145

JULY 24, 1972

TO ALL TECHNICAL PERSONNEL, SALES PERSONNEL
AND DISTRIBUTORS OF THE HANDSCHY CHEMICAL CO.

<u>FLASH POINTS ON HANCO SOLVENTS</u>

WITH THE INSTITUTION OF THE OCCUPATIONAL SAFETY
AND HEALTH ACT OF 1970, THE NUMBER OF INQUIRIES ON
THE FLAMMABILITY OF OUR SOLVENT PRODUCTS, HAS IN-
CREASED GREATLY AND PROMPTS DISTRIBUTION OF THIS
DATA TO HELP YOU TO PROVIDE THE ANSWERS.

THIS IS AN EXTENDED LIST AND IT SUPERSEDES
TECHNICAL BULLETIN #83 ISSUED AUG, 6, 1965.

THE DESIGNATION, NO INITIAL FLASH POINT, DOES NOT
MEAN THAT THE SOLVENT WILL NOT BURN. SUCH SOLVENTS
BECOME FLAMMABLE WHEN THE NON-FLAMMABLE PORTIONS ARE
ALLOWED TO EVAPORATE.

ALL FLASH POINTS WERE DETERMINED BY THE TAG
CLOSED CUP METHOD, USUALLY DESIGNATED AS T.C.C.

THE DATA IS AS FOLLOWS:

| <u>NUMBER</u> | <u>DESCRIPTION</u> | <u>FLASH POINT</u> |
|--------|-------------|-------------|
| MS-121 | HANCOHOLD | $40^0$ F. |
| MS-180 | HANCO BLANKET CONDITIONER | BELOW $20^0$ F. |
| MS-216 | STEEL ROLLER DEOXIDIZER | BELOW $20^0$ F. |
| MS-405 | SPECIAL TYPE WASH | BELOW $10^0$ F. |
| MS-408 | HANCOLITE | BELOW $20^0$ F. |
| MS-567 | HANCO LITHOTINE | $110^0$ F. |
| MS-623 | BLANKET & ROLLER CLEANER | NO INITIAL FLASH POINT |
| MS-678 | TYPE WASH | BELOW $20^0$ F. |

CONTINUED NEXT PAGE

**NOTE: This is valuable information! Please read and retain for reference.**

✳MANUFACTURERS OF FINE LITHOGRAPHIC INKS AND CHEMICALS



**HANDSCHY CHEMICAL CO.**
2525 N. ELSTON AVENUE
CHICAGO, ILLINOIS 60647

MANUFACTURERS OF FINE LITHOGRAPHIC INKS AND CHEMICALS

# TECHNICAL BULLETIN

TECHNICAL BULLETIN

**NUMBER** 145

JULY 24, 1972

| NUMBER | DESCRIPTION | FLASH POINT |
|---|---|---|
| MS-1107 | DEEP ETCH ALCOHOL SOLVENT | $32^0$ F. |
| MS-1200 | BLANKET & ROLLER CLEANER | NO INITIAL FLASH POINT |
| MS-1205 | BLANKET & ROLLER CLEANER | NO INITIAL FLASH POINT |
| X-1230 | ISOPROPYL ALCOHOL | $55^0$ F. |
| X-1231 | HANCO SOLVENT | $105^0$ F. |
| MS-1274 | BLANKET & ROLLER NEW | $91^0$ F. |
| MS-1403 | BLANKET LACQUER | $77^0$ F. |
| MS-1453 | TYPE CLEANER | BELOW $20^0$ F. |
| MS-1516 | SPECIAL TYPE WASH | BELOW $20^0$ F. |
| MS-1517A | SAFETY TYPE WASH | NO INITIAL FLASH POINT |
| X-1542 | TURPENTINE | $92^0$ F. |
| MS-1644 | ANHYDROSOL "E" 99% WATER FREE | $60^0$ F. |
| MS-1648 | COPPERIZING SOLUTION FOR STEEL ROLLERS | $55^0$ F. |
| MS-1759 | KWIK PRESS KLEEN SOLVENT | $140^0$ F. |
| MS-2337 | BLANKET & ROLLER CLEANER | NO INITIAL FLASH POINT |
| MS-2353 | BLANKET & ROLLER CLEANER | $75^0$ F. |
| MS-2740 | BLANKET & ROLLER CLEANER | $102^0$ F. |
| MS-2782 | BLANKET HARDENER | $40^0$ F. |
| MS-3272 | D.A.R FOUNTAIN SOLUTION ADDITIVE | $53^0$ F. |
| MS-3585 | TYPE CLEANER | NO INITIAL FLASH POINT |
| MS-3695 | HANCOLITE (LESS TOXIC- ILLINOIS TYPE) | BELOW $20^0$ F. |

SINCERELY YOURS,

*Joseph F. Krause*

JOSEPH F. KRAUSE
TECH. DIRECTOR

NOTE: This is valuable information! Please read and retain for reference.

MS-3695   Illinois Hensolite

2 lbs Methanol   X-1733   (25%)
2 lbs Acetone   X-1555   (25%)
4 lbs Toluol   X-1685   (50%

20 c.c   MS-1440 per drum (Dye)

H-D000971

"Exhibit N"

MS-3695    Illinois Hemolite

2 lbs Methanol  X-1733  (25%)
2 lbs Acetone   X-1555  (25%)
4 lbs Toluol    X-1685  (50%

20 c.c  MS-1440 per drum (Dye)

H-D000971

"Exhibit O"

                                                    Page 1

1    RYAN GLENN DAVIS and      ) COURT OF

2    EVAN SCOTT H. DAVIS,      ) COMMON PLEAS

3    Executors of the Last     )

4    Will and Testament of     )

5    RONAL DAVIS, deceased,     )

6              Plaintiffs,     ) March Term 2009

7         vs.                  ) No. 1835

8    SUNOCO, INC., (R & M),     )

9    et al.,                   )

10   INC.,                     )

11             Defendants.     )

12

13             The 30(b)(6) deposition of HANDSCHY

14   INDUSTRIES, LLC by CHARLES W. GRAHAM, called for

15   examination, taken pursuant to the Federal Rules of

16   Civil Procedure of the United States District

17   Courts pertaining to the taking of depositions,

18   taken before CARIANN BILLS, CSR No. 84-003836, a

19   Notary Public within and for the County of Cook,

20   State of Illinois, and a Certified Shorthand

21   Reporter of said state, at Suite 4000, 10 South

22   Wacker Drive, Chicago, Illinois, on the 15th day of

23   July, A.D. 2010, at 9:50 a.m.

24

Page 171

1        A.     It's a handwritten document, but I'm

2   assuming that that's what it is -- appears to be.

3        Q.     That's another document that came from

4   the box of Handschy materials that Handschy's

5   lawyers gave to you, correct?

6        A.     Yes.  My only point is that it's not on

7   a standard Handschy formula card, but it appears to

8   be the formula.

9        Q.     Okay.  And this document refers to

10  MS 3695, which is the formula for Hancolite that

11  substitutes toluene for benzene.  That refers to

12  the product as Illinois Hancolite; doesn't it?

13       A.     That's what it says.

14       MR. STICKLEY:  What Bates is that?

15       MR. DUPONT:  Bates 971.

16                    (WHEREUPON, a certain document was

17                    marked Graham Deposition Exhibit

18                    No. 24, for identification.)

19  BY MR. DUPONT:

20       Q.     Now, this document is marked as

21  Exhibit 24 and it's Bates No. HD 000969 to 970.

22              Do you have that in front of you, sir?

23       A.     I do.

24       Q.     And this is a technical bulletin?

Page 172

1   A. Yes, this is an official Handschy

2 technical bulletin.

3   Q. And you have seen various types of

4 Handschy technical bulletins in that box of

5 documents that Handschy's lawyers gave to you?

6   A. I did.

7   Q. And this technical bulletin addresses

8 the flash points on different Hanco solvents and

9 Hanco is another name that Handschy has used over

10 the years; is that correct?

11   A. It is.

12   Q. If you turn to the second page of this

13 exhibit -- sorry, if you stay on the first page the

14 document refers to a MS 408 Hancolite.

15   Did I read that correctly?

16   A. That's on the list.

17   Q. It's the sixth product down on the list,

18 right?

19   A. Correct.

20   Q. And I'm just going to highlight that for

21 you so you can see.  That date of this document

22 that we're looking at at this technical bulletin is

23 July 24, 1972, right?

24   A. Correct.

"Exhibit P"

PHYSICAL INVENTORY

MAJOR PROD. TYPE _____   MINOR PROD. TYPE MS-CHEM   COMMERCE   PAGE 106 OF _____

PRICED BY _____   EXTENDED BY _____   TOTALED BY _____

CHECKED BY _____   CHECKED BY _____   CHECKED BY _____

| QUANT. | UNIT | STOCK NO. | DESCRIPTION | PRICE | UNIT | EXTENSION |
|---|---|---|---|---|---|---|
| | | MS-408 | HANCOLITE | .46 | GAL | |
| | | MS-523 | Blanket & Roller Chem | .45 | GAL | |
| | | MS-678 | Special Typewash | .57 | GAL | |
| | | MS-1107 | D. E. Alcohol | .70 | GAL | |
| | | MS-1200 | B + R Cleaner | .80 | GAL | |
| | | MS-1205 | " | .68 | GAL | |
| | | MS-1274 | B + R New | .92 | GAL | |
| | | MS-1453 | Typewash | .68 | GAL | |
| | | MS-1516 | T- Roller + Typewash | .57 | GAL | |
| | | MS-2517-A | | .95 | GAL | |
| | | MS-2337 | B + R Cleaner | .46 | GAL | |
| | | MS-2353 | B + R Cleaner | .78 | GAL | |
| | | MS-3002 | | .49 | GAL | |
| | | MS-3003 | | 1.62 | GAL | |
| | | | | | | |
| | | MS-1274-A | B-2 SOLVENT (MS-1274-A | .92 | GAL | |
| | | MS-2740 | B-4 SOLVENT | .30 | GAL | |
| | | MS-3585 | NON FLAMMABLE CLEANER | 1.02 | GAL | |
| | | MS-3629 | HANCOLITE | .42 | GAL | |
| | | MS-3695 | HANCOLITE | .42 | GAL | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

H-D000574

"Exhibit Q"

 **McGRAW-EDISON COMPANY**

Portable Appliance and Tool Group

1200 East State Street, Geneva, Illinois 60134 • (312) 232-2500

Handschy Chemical Company
2525 N. Elston Avenue
Chicago, Illinois

Gentlemen:
                              Kwik Press Kleen Solvent #Ms-1759
                              Hancolite glaze cleaner
                              Speedol press clean paste
Our records indicate that you supply Fountain solution MS-2020
for our use in manufacturing portable electric tools. We are very
conscious of the importance of safeguarding the health of our employees
and always strive to heed instructions for the safe use of your
product(s). We need to know more information about the character-
istics of your product, such as:

        Toxicity
        Fire & explosion properties
        How to safely store, use, or dispose of the material
        Other important characteristics

We realize that under normal circumstances many materials may not be
hazardous. We feel that the unexpected must be planned for. Once,
for example, one of our employees mistakenly swallowed a liquid soap.
Later we discovered that the soap was stored in a paper coffee cup.
One immediate problem springing forth at the time of the accident was
the fact that we didn't know exactly what the employee had in his
stomach.

Attached to this letter is a blank safety data form for your completion.
It is our desire for you to either complete the form or send us a copy
of the OSHA Number 20 form and return either form to us for our records.

We intend to store such records in a location accessible (in case of
emergency) to the health professional treating an exposed employee.
Also, the information on fire, properties and storage recommendations
will be integrated into our safety system and utilized to help us meet
government regulations.

Again, we seek your cooperation in this important project. Any comments
or questions would be very welcome.

Sincerely,

McGRAW-EDISON COMPANY
Portable Electric Tools Division

James N. Woods,
Division Safety Coordinator
JNW:dj
Enc.

H-D001020

November 13, 1974

McGraw Edison Company
1200 East State Street
Geneva, Illinois  60134

Attention: Mr. James M. Woods

Dear Mr. Woods:

In compliance with request in your letter of November 11, 1974, we enclose O.S.H.A. Data on the following products you purchase from us:

Kwik Press Kleen Solvent MS-1759

Hansolite Glaze Cleaner  MS-3695

Speedol Press Clean Paste MS-1393

Fountain Solution MS-2020

We trust this information fulfills your needs at this time.

Sincerely,

HANDSCHY CHEMICAL CO.


Jos. F. Krause
Technical Director

JFK:gk
cc:ECF BHF

H-D001021

Exhibit "R"



McGRAW-EDISON
COMPANY

# MATERIAL SAFETY DATA SHEET

NOTE: Please complete all applicable sections. Please print or type.

## GENERAL INFORMATION

| MANUFACTURER'S NAME | PHONE NUMBER | EMERGENCY (24 HOUR) PHONE NO. |
|---|---|---|
| Handschy Chemical Co. | AR 6-6400 | |

| ADDRESS (STREET) | (CITY) | (STATE) | (ZIP) |
|---|---|---|---|
| 2525 North Elston Avenue | Chicago | Illinois | 60647 |

| PRODUCT NAME — NUMBER — SYNONYM NA | CHEMICAL FAMILY | FORMULA |
|---|---|---|
| Hancolite Glaze Cleaner MS-3695 | Aromatic & Oxygenated Hydrocarbons | NA (Furnished since Jan. 1, 1972) |

MOLECULAR WEIGHT

LIST OF HAZARDOUS INGREDIENTS
NOTE: PLEASE BE SPECIFIC — USE EXACT TERMINOLOGY.

| PAINTS, PRESERVATIVES, & SOLVENTS | % | TLV (UNITS) | ALLOYS AND METALLIC COATINGS | % | TLV (UNITS) |
|---|---|---|---|---|---|
| PIGMENTS | | | BASE METAL | | |
| CATALYST | | | ALLOYS | | |
| VEHICLE | | | METALLIC COATINGS | | |
| SOLVENTS | 100 | 172 | FILLER METAL PLUS COATING OR CORE FLUX | | |
| ADDITIVES | | | OTHERS | | |
| OTHERS | | | | | |

| HAZARDOUS MIXTURES OF OTHER LIQUIDS, SOLIDS, OR GASES | % | TLV (UNITS) |
|---|---|---|
| Toluol | 35 | 100 |
| Acetone | 25 | 1000 |
| Methanol | 40 | 200 |
| | | |
| | | |
| | | |

| Boiling Point (°F.) 136-225 | Melting Point (°F.) |
|---|---|
| Vapor Pressure (mm Hg.) 90 | Vapor Density (Air=1.0) 2.1 |
| Solubility in Water | Index of Refraction |
| Appearance and Odor | Specific gravity (or bulk density) .837 |
| Percent, Volatile by Volume (%) 100 | Evaporation Rate Ether 3.0 |

## FIRE DATA

| | Flash Point: Open Cup: °F. Closed cup 20 °F. T.C.C. | Below | Extinguishing Media: Foam $CO_2$ & Dry Chemicals |
|---|---|---|---|

Special Firefighting Procedures: Treat as oil fire, recommend self-contained breathing apparatus.

Unusual Fire or Explosion Hazards: Toxic vapor, control by adequate ventilation

H-D000414

## HEALTH DATA

| | Threshold Limit Value | Ceiling Value (TLV): |
|---|---|---|
| | 172 PPM | |

| Method of Absorption | Irritable to: Eyes ☐ Yes ☐ No Skin ☐ Yes ☐ No | Effects of Overexposure Irritation to mucuous membranes, headache, dizziness |
|---|---|---|

Emergency and First Aid Procedures in Case of Contact or Exposure SKIN: Wash with soap and water.
**Breathing:** Remove to fresh air. **Eyes:** Flush with water for 15 minutes.

List Acute Properties (Oral, Eyes, Skin Irritant, Inhalation toxicity, Chronic Effects) Swallowing: Call physician immediately. Do not induce vomiting.

## REACTIVITY DATA

| | Stable? ☒ Yes ☐ No | Corrosive Action on Materials Commonly in Contact With |
|---|---|---|

Conditions to Avoid

Incompatability (Materials to Avoid)        Avoid Oxidizing agents

| Hazardous Decomposition Products None | Can Hazardous Polymerization Occur? ☐ Yes ☒ No | Can Condensation Occur? ☐ Yes ☐ No |
|---|---|---|

## SPILL OR LEAK PROCEDURES

Steps to Take When Spilled or Leaked: Do not allow spilled liquid to get near strong oxidizers. Mop up and discard. Keep away from heat, spark or open flame.

Waste Disposal Method: Subject to Federal, State and Local Regulations. Do not sewer. Can be atomized into an approved combustion chamber.

## SPECIAL PROTECTION INFORMATION

| | Is Respiratory Protection required? ☒ Yes ☐ No |
|---|---|

| If So, What Type of Device? Organic Canister or Air Pack | What Type or Amount of Ventilation is Needed? Local exhaust preferable |
|---|---|

| Are Gloves Needed? If So, What Type? Synthetic Rubber | Is Eye Protection Advisable? If so, What Type? Face Shield |
|---|---|

Other Protective Equipment:

Are There any Special Handling Procedures? Storage or Use Procedures?
          Highly Flammable. Avoid prolonged skin contact.

| Information Furnished By: Name Jos. F. Krause | Title Tech. Director | Company Handschy Chemical Co. |
|---|---|---|

| Address (If Different Than Above) | No. Street | City | State | Zip |
|---|---|---|---|---|

Please Attach Additional Product Information or Data Sheets, if Possible.

For McGraw-Edison Co., Use Only.

| Purchasing Number: | | Plant Location: |
|---|---|---|
| Dept. Used in: | Stored in (Location) | Package or Unit Size (ex: Drums) |
| Qty. Ordered | Stocked | Re-order Quantity |

Additional Comments:

Exhibit "S"



**HANCO**
HANDSCHY CHEMICAL CO.
2525 N. ELSTON AVENUE
CHICAGO, ILLINOIS 60647

*MANUFACTURERS OF FINE LITHOGRAPHIC INKS AND CHEMICALS

**TECHNICAL BULLETIN**

NUMBER **177**

MAY 17, 1977

TO:  ALL BRANCHES

GENTLEMEN:

STARTING AS SOON AS POSSIBLE HANDSCHY CHEMICAL CO. WILL CEASE THE PRODUCTION AND SELLING OF PRODUCTS CONTAINING BENZOL.  THIS STEP IS TAKEN TO ANTICIPATE OSHA REQUIREMENTS.

THE PRODUCTS IN QUESTION (BUT ARE NOT LIMITED TO) ARE:

| | |
|---|---|
| HANCOLITE | MS-408 |
| TYPEWASH | MS-405 |
| TYPEWASH | MS-678 |

SUBSTITUTES FOR THE TYPEWASH WILL BE FORTHCOMING.

THE SUBSTITUTE FOR MS-408 IS:

HANCOLITE    MS-3695.

YOURS TRULY,

E. H. FRIESENDORF

NOTE: This is valuable information! Please read and retain for reference.

H-D000139

Exhibit "T"

May 23, 1977

Monk Brothers
2027 Young Street
Dallas, Texas   75201

Attention:  Mrs. Rita Monk

Dear Mrs. Monk:

    In response to your telephone call, we are enclosing
Material Safety Data Sheets on our Hancolite Glaze Cleaner
MS-3695 and Steel Roller De-Oxidizer, MS-4626.  Because of
restriction of the usage of Benzene, we have already phased
out our old formulas MS-408 and MS-216.  From now on when
you order you will get MS-3695 instead of MS-408 and MS-4626
instead of MS-216.

    We hope this information fulfills your needs at this
time.

                    Sincerely yours,

                    HANDSCHY CHEMICAL CO.


                    Wen Long Fang
                    Research Chemist

WLF:db

Encl.

May 25, 1977

L. H. Kelley Company, Inc.
1216 West Clay
Houston, Texas  77019

Attention:  Mr. Frank Duran

Dear Mr. Duran:

Due to restriction on the usage of benzene,
we have already phased out our formula MS-408 of
Hancolite Glaze Cleaner.  Henceforth, you will be
receiving benzene-free Hancolite Glaze Cleaner, MS-3695.

Thank you for your inquiry and if you should
require further assistance please do not hesitate to call
on us.

Very truly yours,

HANDSCHY CHEMICAL CO.

Wen Long Fang,
Research Chemist

WLF/db

H-D000542

June 1, 1977

John H. Burke & Co., Inc.
1201 Newbert Street
Baltimore, Md. 21230

Dear Mr. Boehl:

Among the products which you purchased from us Haneolite
Glaze Cleaner, MS-408 did contain benzene.  However, due
to the restrictions on usage of benzene, we have already
phased out this formulation.  Henceforth, Haneolite Glaze
Cleaner, which we will be furnishing you, will be benzene
free.

Very truly yours,

HANDSCHY CHEMICAL CO.

Wen Lang Yang
Research Chemist

September 23, 1977

Mercury Marine Company
1939 Pioneer Road
Fond Du Lac, Wisconsin   54935

Attention:  Mr. Gene Gross

Dear Mr. Gross:

In response to your telephone call, we are enclosing Material Safety Data Sheets on our Hancolite Glaze Cleaner MS-3695 and Hanco Solvent X-1231.  Because of restriction of the usage of Benzene, we have already phased out our Hancolite's old formula MS-408.  From now on when you order you will get MS-3695 instead of MS-408.

We hope this information fulfills your needs at this time.

Very truly yours,

HANDSCHY CHEMICAL CO.


Wen Long Fang
Research Chemist

WLF:db
Encl.

cc: ecf,ehf,jfk,wlf,file

H-D000545

# CUMMINS ENGINE COMPANY, INC.

## COLUMBUS, INDIANA 47201



TELEPHONE | AREA CODE 812
372-7211

Gentlemen:

### "Material Safety Data Sheet"

That we may better protect the health and safety of our employees and safeguard our property against loss from fire and accident, we need safety related data on material which we purchase.  We are interested in such information on your product ___Nanoalite___ .

Enclosed are a "Material Safety Data Sheet" and an "Appendix Information for Physician" form for each product.  When you complete and return the "Material Safety Data Sheet," we will be able to recommend to our people proper exhaust ventilation, protective clothing, fire extinguishers, cautionary in-plant labeling and similar health and safety related items.

The "Appendix Infomation for Physician" form must be completed and returned to our Medical Director so that the product sheet can be routed for approval, and released for purchase.  The information submitted on the sheet should direct the Medical Department in the initial treatment of any emergency situation, and should inform them of any hazardous material or compounding that will be involved in utilizing the product.  Please understand that delay in submitting this form will result in delay of purchase.

Information about a material's composition will remain confidential and will be used only to protect the health and safety of our employees, to safeguard our property, and to comply with regulatory codes and requirements.

Please list as Hazardous Ingredients any material which your product contains that is listed in OSHA Standards, Sub-Part G, Section 1910.93

Please return the "Material Safety Data Sheet" to the undersigned at:
Cummins Engine Company, Inc.
~~Purchasing Department - 10823~~  Safety - 11810
1000 Fifth Street
Columbus, IN   47201

Mail the "Appendix Information for Physician" to:
B. L. Weisenberger, M.D. - 10010
Medical Director
Cummins Engine Company, Inc.
1000 Fifth Street
Columbus, IN   47201

Very truly yours,

Y. Foster

TO: B. L. EISENBERGER, M.D.
MEDICAL DIRECTOR
CUMMINS ENGINE COMPANY, INC.
1000 FIFTH STREET
COLUMBUS, INDIANA 47201

APPENDIX INFORMATION FOR PHYSIC

## FOR CUMMINS MEDICAL DEPARTMENT USE ONLY

If the product has any health hazard, by inhalation,
ingestion, skin contact to the eyes or any other route,
please specify below the route whereby it is hazardous
and the ingredient or quality that makes it so.

---

**E X A M P L E**

This material is irritating to the eyes because it has
a pH of 12.5

or

The fumes are irritating because they contain ammonia

or

Toxic if ingested because it contains 10% organo-phosphate

---

## HEALTH HAZARDS

1. Fumes can cause irritation to the
mucous membranes bringing on headache,
2. dizziness and nausea

3. Ingestion could cause death because
4. product contains Benzol, Methanol and
Acetone

5. Skin contact could cause dermatitis.

6. and contact with the eyes could cause
severe irritation.

H-D000583

# MSDS NO.

# Cummins
Cummins Engine Company, Inc.
Columbus, Indiana 47201

# MATERIAL SAFETY DATA SHEET

## I PRODUCT IDENTIFICATION

**MANUFACTURER'S NAME** Handchy Chem.

**REGULAR TELEPHONE NO.**
**EMERGENCY TELEPHONE NO.**

**ADDRESS** 2525 Elston Chicago. Ill.

## TRADE NAME Hancolite
## SYNONYMS

## II HAZARDOUS INGREDIENTS

| MATERIAL OR AGENT | % | TOXICITY DATA |
|---|---|---|
| Benzel | 50 | TLV 25 |
| Methanol | 25 | " 200 |
| Acetone | 25 | " 1000 |
| | | |
| | | |

## III PHYSICAL DATA

| | | | |
|---|---|---|---|
| **BOILING POINT, 760 mm Hg** | 134-174 °F | **MELTING POINT:** | |
| **SPECIFIC GRAVITY (H₂O = 1)** | .844 | **VAPOR PRESSURE @** | 110 |
| **VAPOR DENSITY (AIR = 1)** | 2.1 | **SOLUBILITY IN WATER, % BY WT. @** | 50 |
| **PERCENT VOLATILES BY VOLUME** | 100 | **EVAPORATION RATE (BUTYL ACETATE = 1)** ETHER | 2.6 |
| **APPEARANCE AND ODOR** | Bluish Liquid - Aromatic Odor | | |

H-D000584

## IV FIRE AND EXPLOSION DATA

| FLASH POINT (TEST METHOD) | T.C.C. Below 20 °F | AUTOIGNITION TEMPERATURE | |
|---|---|---|---|

| FLAMMABLE LIMITS IN AIR, % BY VOL. | LOWER | 3.9 | UPPER | 14.3 |
|---|---|---|---|---|

| EXTINGUISHING MEDIA | Foam - $CO_2$ and dry chemicals |
|---|---|

| SPECIAL FIRE FIGHTING PROCEDURES | Treat as oil fire. Recommend self contained breathing apparatus |
|---|---|

| UNUSUAL FIRE AND EXPLOSION HAZARD | |
|---|---|

## V HEALTH HAZARD INFORMATION

| HEALTH HAZARD DATA | T.L.V. 59 P.P.M. |
|---|---|

**ROUTES OF EXPOSURE**

| INHALATION | Remove to fresh air |
|---|---|
| SKIN CONTACT | Wash with soap and water |
| SKIN ABSORPTION | "      "      "      " |
| EYE CONTACT | Flush with water for 15 minutes |
| INGESTION | Call physician - Do not induce vomiting |

**EFFECTS OF OVEREXPOSURE**
ACUTE OVEREXPOSURE

CHRONIC OVEREXPOSURE

**EMERGENCY AND FIRST AID PROCEDURES**

EYES:

SKIN:

INHALATION:        See above

INGESTION:

NOTES TO PHYSICIAN

H-D000585

## VI REACTIVITY DATA

**CONDITIONS CONTRIBUTING TO INSTABILITY**

**INCOMPATIBILITY**

**HAZARDOUS DECOMPOSITION PRODUCTS**

**CONDITIONS CONTRIBUTING TO HAZARDOUS POLYMERIZATION**

*Will not occur*

## VII SPILL OR LEAK PROCEDURES

**STEPS TO BE TAKEN IF MATERIAL IS RELEASED OR SPILLED** *Do not allow spilled liquid to get near strong Oxidizers and keep away from heat spark and open flame.*

**NEUTRALIZING CHEMICALS**

**WASTE DISPOSAL METHOD** *Mop up and discard. Subject to Federal, State and Local Regulations.*

## VIII SPECIAL PROTECTION INFORMATION

**VENTILATION REQUIREMENTS** *Toxic vapor - Control by adequate ventilation. Local exhaust-preferable and Mechanical exhaust as required.*

**SPECIFIC PERSONAL PROTECTIVE EQUIPMENT**

**RESPIRATORY (SPECIFY IN DETAIL)** *Organic Canister or Air Pack*

**EYE** *Face Shield*

**GLOVES** *Synthetic Rubber*

**OTHER CLOTHING AND EQUIPMENT**

## IX SPECIAL PRECAUTIONS

**PRECAUTIONARY STATEMENTS**

Highly flammable. Avoid prolonged skin contact ---

**OTHER HANDLING AND STORAGE REQUIREMENTS**

Keep container closed and store in cool area, away from heat, spark or flame

PREPARED BY: Joseph F. Krause   Tech Director

ADDRESS: Hendrley Chemical Co. 2525 Elston Ave. Chicago Ill.

DATE: 9/20/76

FORM 4563   REV. 5-75

H-D000587

January 8, 1969

O'Rourke & Maroney, Inc.
Fort Wayne Bank Building
Fort Wayne, Indiana 46801

Attn. Mr. Raymond W. Brandt

Dear Mr. Brandt:

We have compiled as much information as possible on the products requested in your letter of December 10, 1968 and hope it will fulfill the requirements you need at this time.

Because our suppliers are reluctant to disclose composition of their products, for competitive reasons, the specific ingredients and their percentages are not given in this report.

None of the products are for human ingestion, of course.

With respect to the term non-toxic when referred to inhalation or skin absorption, again it is impossible for us to say that a product will not cause any ill effects when it is termed so, because an allergy can enter into it and so we will have to define such items as relatively non-toxic where it applies.

Brief descriptive data on the specified products follows:

(1) Gum Arabic Solution MS-587 - A water solution of Gum Arabic containing a preservative and a small percentage of alkali P.H. 5.5 to 5.8. Relatively non-toxic to inhalation and skin absorption.

(2) Mancolite MS-408 - A blend of solvents, comprising Benzol, Methanol and Acetone. Can be toxic through inhalation and to a degree to skin absorption if used indiscriminately. Its use as a cleaning solvent should be resorted to in a well ventilated area.

(3) Manco Lithotine MS-567 - A mixture of Hydrocarbon solvents with tackifier, reodorant and stabilizer oil. Relatively non-toxic to inhalation and generally to skin absorption, except in cases where allergies to hydrocarbons exist.

H-D000588

- 2 -

January 8, 1969

O'Rourke & Maroney, Inc.
Fort Wayne, Indiana 46801

(4) <u>Hydrootch Liquid Solution</u> - A mixture of acids and acid salts used to make up dilute forms of fountain solution for lithographic press use. Has a P.H. of 1.3. Highly corrosive to skin in full strength. Contains a Chromic salt which would cause a dermatetic flare-up in persons afflicted with Chromic poisoning.

(5) <u>Magnesium Nitrate X-1501</u> - An acidic salt used as a buffering agent in fountain solutions. Corrosive to skin in concentrated form.

(6) <u>Nanco No Mold NS-2368</u> - A water solution of a bacteriocide, containing alcohol, surfactant and a trace of dye. Relatively non-toxic to inhalation or skin absorption.

(7) <u>Type "S" 3-M Plate Cleaner</u> - None listed as described - Two products that could fit this category are:

   "S" Scratch Remover - Alkaline emulsion, comprising Petroleum Distillates - Detergent - Thickener - Emulsifier and Water. Relatively non-toxic to inhalation and skin absorption.

   3-M-Cleaner-Conditioner - Mixture of Hydrocarbon Solvent and Water containing Detergent, Emulsifier, Thickener and Buffering Agent. Relatively non-toxic to inhalation and skin absorption.

(8) <u>Pumice Powder X-1234</u> - An abrasive silicate of volcanic origin used for cleaning rubber blankets and rubber rollers. Relatively non-toxic to inhalation and skin absorption under conditions of normal usage.

(9) <u>Valvee</u> - A non flammable, gum glaze remover and rubber rejuvenator. Relatively non-toxic to skin absorption and inhalation.

(10) <u>3-M "S" Gum</u> - A solution of Organic Gum and Water, containing Inorganic salts and Emulsifier. Relatively non-toxic to inhalation and skin absorption.

(11) <u>Step 1 Pyroline - Step II K-O-I</u> - High flash solvents used for cleaning press rollers and blankets. Relatively non-toxic to skin absorption and inhalation.

       If you have any questions or desire more specific information please be free to contact the writer anytime.

                                    Sincerely,

                                    HARDSCHY CHEMICAL CO.

JFK:bs
CC:Ecf;Khf

                                    Jos. F. Krause
                                    Technical Director

January 5, 1977

Hughes Aircraft Company
Aerospace Group
Tucson Division
Tucson, Arizona  85706

ATTENTION:  B. Ortiz

Dear Mr. Ortiz:

    Enclosed is the information you requested
from the Mix & Match Corp., on our Hancolite
Glaze Cleaner MS-408, as it relates to the spec-
ifics entered on your Hazardous Materials Inform-
ation Sheet.

Sincerely,

HANDSCHY CHEMICAL CO.

Joseph F. Krause
Technical Director

H-D000606

| Number |
|---|

# HAZARDOUS MATERIALS INFORMATION SHEET

### (Please complete all applicable sections.)

MS-408

1. Product Name, Number, Synonym _Hancolite Glaze Cleaner_ Chemical Formula _____

2. Manufacturer's Name _Handschy Chemical CO_

3. Manufacturer's Address _2525 North Elston Avenue, Chicago, Illinois 60647_

4. Chemical and Physical Properties:  a. Molecular Wt. _____ b. Boiling Point _56-79_ °C
   c. Melting Point _____ °C  d. Specific Gravity (water = 1) or Bulk Density _0.844_
   @ _25/4_ °C  e. Vapor Density (air = 1) _2x1_  f. Vapor Pressure (mm Hg) _110_
   @ _____ °C;  @ _____ °C;  @ _____ °C;
   g. Solubility _in Water, 50%_
   h. pH/conc. _N.A._  i. Index of Refraction _____ @ _____ °C

   j. Corrosive action on materials (e.g. aluminum, carbon steel, copper, rubber, plastics, etc.) _____
   _Will dissolve rubber and plastics gradually_

   k. Does the material decompose when exposed to air? water? heat? strong oxidizers? possible products?
   _Wouldn't decompose when exposed to air or water, but it is dangerous when_
   _exposed to heat and will react vigorously with strong oxidizers._
   l. Does the material generate heat through polymerization or condensation? _No_

   m. Composition  (give chemical names of components; information will be treated as **CONFIDENTIAL**)

| COMPOUND | PERCENT | COMPOUND | PERCENT |
|---|---|---|---|
| Benzene | 50 | | |
| Methanol | 25 | | |
| Acetone | 25 | | |
| | | | |
| | | | |

NOTE:  Please be specific.  For example, it is important to know whether an alcohol is methanol;  an aromatic
hydrocarbon is benzene;  a chlorinated material is carbon tetrachloride, etc.

5. Flammability and Explosive Properties:  a. Flash Point, F, Closed Cup _Below 20°F_
   Open Cup _____ If flash point changes during evaporation give data _____
   b. Explosive limits (% by vol. in air): LOWER _3.9_  UPPER _14.3_
   c. Susceptibility to spontaneous heating:  YES _____ NO _✓_
   d. Fire point, F _____ Auto-ignition temp., F _____
   e. What products might be formed in the event of fire or abnormal temperatures? _CO₂, CO_
   f. Suitable extinguishing agents _Foam CO₂ and Dry Chemicals_

6. Procedures in case of container breakage or leakage _Mop up and Discard_

7. Transportation and Storage Requirements _Treat as Flammable and Toxic material_

12/00 T (REV 8-73)

H-D000607

8. Physiological Properties *(give animal tested, observation time, dosage value and range, dilution medium, etc.)*:

   a. Acute oral toxicity _Slight toxicity local, Severe toxicity systemic_

   b. Acute local effects on eyes _Moderate_

   c. Acute local effects on skin. Primary irritant? _Moderate_

   Sensitizer? _____

   d. Acute inhalation toxicity (vapor, mist, fume, dust. Indicate effects of concentration and time.) _Moderate toxicity systemic, Slight toxicity local._

   e. Chronic effects _It has a toxic action on the blood forming tissue_

   f. Warning properties (odor; irritation of eyes, nose, throat) _Bluish Liquid with Aromatic Odor_

   g. Threshold limit value (estimate, if not on current list of ACGIH) _50 P.P.M._

9. First Aid Treatment:

   a. Skin contact _Wash with Soap and Water._

   b. Eye contact _Flush with water for (15) minutes_

   c. Inhalation _Remove to Fresh Air_

   d. Antidote and treatment in case of swallowing _Call physician immediately, Do not induce vomiting_

10. Recommended Pre-placement or Periodic Medical Examination (health standards, clinical tests, frequency, etc.) _Blood Examination including hemoglobin determinations, White and red Cell coun and differential Smears_

11. Precautions for Normal Conditions of Use _Highly Flammable, Avoid prolonged Skin Contac_

12. Recommended Personal Protective Equipment _Synthetic Rubber Gloves and Face Shield._

13. Suggested Method for Air Analysis _____

14. Pertinent Literature References _Dangerous Properties of Industrial Materials by N. Irving S_

15. Information Furnished By: NAME _Joseph F. Krause_   DATE _1/4/76_

   TITLE _Technical Director_

   COMPANY _Handschy Chemical Co._

   ADDRESS _2525 Elston Ave Chicago, Ill 60647_

   *(If more space is needed for comment, please attach an additional sheet. Please attach product information data sheets or other publications related to the safe handling and use of this material.)*

   When this form is completed, return to Hughes Aircraft Company, P.O. Box 11337, Tucson, Arizona 85706
   ATTENTION: Safety Department.

   THIS COMPLETED FORM MUST _PRECEDE_ OR _ACCOMPANY_ THE SHIPMENT.

12689 T (BACK-UP)

June 1, 1977

United Gas Pipeline Co.
P. O. Box 1478
Houston, Texas 77001

Attn: Mr. W. N. Stendebach

Gentlemen:

As per our telephone conversation of today we are enclosing Material Safety Data Sheet on our current Nancolite which is free of benzol. Please be informed we have phased out Nancolite NS-408 which contained benzol.

Trusting this is the information you are seeking, we are

Very truly yours,

HANDSCHY CHEMICAL CO.

Nori Miyagawa

enclosure

H-D000664

October 31, 1974

Resistance Print Shop
Box 3310
Philadelphia, Pa. 19130

Attention: Ms. Barbara Grinnell

Dear Ms. Grinnell:

Per your request for informative data on our Hancolite Glaze Cleaner MS-408, we enclose an M.S.D.S. U.S. Dept. of Labor Form, which shows all its properties and other pertinent information you asked for.

Very truly yours,

Jos. F. Krause
Technical Director

JFK:mjn
cc:ECF;EHF;NM

H-D000739



# Resistance Print Shop

Box 3310 ☐ Philadelphia, Pa. 19130

**Phone:**
**(215) PO3-2660**

Oct. 28, 1974

Handsely Chemical Co.
2525 Elston Avenue
Chicago, Illinois

Dear People:

   We use your product HANCOLITE Glaze cleaner, and are interested in knowing what's in it. We would appreciate a description of harmful effects, precautions, etc., as well as a chemical description. Thank you for your attention.

Barbara Grinnell
Resistance Print Shop
Box 3310
Phila, Pa. 19130

H-D000740

December 13, 1976


ART HAZARDS RESOURCE CENTER
220 Fifth Avenue
New York, New York  10001

Attention:  Michael McCannPPh.D.

Dear Dr. McCann:

       In response to your letter of November 12, 1976
requesting toxicalogical date on several of our products, we are
able to give you Material Safety Data Sheets on the following:

      Hanco Kwik Press Solvent MSS1759
      Hanco Glass Cleaner MS-973
      Hanco Plate Etch MS-158
      Hanco Lithotine MS-567
      Hanco Deep Etch"VV" Lacquer MS-1870
      Hancolite Glaze Cleaner MS-408


    We cannot give you complete data on the Hanco Asphaltum Base
at the present time because a supplier of one of the ingredients
in the formula, has not yet complied with our request for specific
data.  When the information is received, the data sheet will be
sent to you.



Sincerely


Joseph F. Krause
TechnicalDDirector

JFK/bb

H-D000747



H-D000752

June 14, 1977

Coronet Thermogravers
111 Du Pont Drive
Providence, R. I.   02907

Attn:  Mr. Sid Resnick

Dear Mr. Resnick:

This is to advise you that all shipments of Hancolite MS-408 that you will be receiving beyond above date, will not contain any Benzol.

The benzol containing product is now being phased out, because of the new O.S.H.A. ruling limiting benzol in air to one part per million.

Very truly yours,

HANDSCHY CHEMICAL CO.

Jos. F. Krause,
Technical Director

JFK:db

H-D000753

September 27, 1977

H. G. Bancroft, Inc.
1317 North George Street
York, Pennsylvania  17404

Attention:  Mr. R. S. Bancroft, President

Dear Mr. Bancroft:

Enclosed is a Material Safety Data Sheet on our
Hancolite MS-3695.

MS-408 has been phased out by our company, because
it contained Benzol, a solvent barred from use by O.S.H.A.
and what you are getting at present is MS-3695 labeled as
MS-408.

Very truly yours,

HANDSCHY CHEMICAL CO.

Jos. F. Krause
Technical Director

JFK:db
Encl.

cc: ecf,ehf,jfk,file

H-D000764

August 31, 1977

Western Michigan University
Department of Public Safety
Kalamazoo, Michigan  49008

Attention:  Mr. Bob Wirbl

Dear Mr. Wirbl:

Pursuant to your phone request, we enclose material data sheets on the following:

Hancolite Glaze Cleaner MS-408
Hancolite Glaze Cleaner MS-3695
Hydrolith Etch MS-4091

The MS-408 product has been phased out and no longer available.

Very truly yours,

HANDSCHY CHEMICAL CO.

Jos. F. Krause
Technical Director

JFK:db
encl.

H-D000992

April 23, 1973

Imperial Printing Company
P.O. Box 26,
St. Joseph, Michigan 49085

Att:  (Mrs.) Jeanne C. Dwan

Dear Mrs. Dwan:

In response to your letter of March 27, 1973 and your request for the
OSHA information on the products you purchase from us we enclose Material
Safety Data Sheets on the following items:

            Hensolite MS-408
            Hanco Dampener Wash X-1217
            Blanket Lacquer MS-1403

Sorry to be so late with this information but we too are having a difficult
from our suppliers.

                              Sincerely,

                              HANDSCHY CHEMICAL CO.


                              Jos. F. Krause
                              Technical Director

JFK:gm
Enc
CC: ECF
      EHF
      JK

H-D001013

February 15, 1974

Cooper Tire & Rubber Company
Lima & Western Avenue
Findlay, Ohio 45840

Attn: J.H. Robinson, Purchasing Dept.

Dear Mr. Robinson:

   Per your request in letter of January 29, 1974,
we enclose material safety data on Hancolite MS-408, Kwik
Press Kleen Solvent MS-1759 and Hanco Blanket Lacquer MS-1403.


     Very truly yours,


     Jos. F. Krause
     Technical Director


JFK:mjn
cc:ECF EHF HM

H-D001018



# COOPER TIRE & RUBBER COMPANY

FINDLAY, OHIO 45840
PHONE: (419) 423-1321

January 29, 1974

Handschy Chemical Co.
2258 Sylvania Avenue
Toledo, Ohio  43613

Gentlemen:

We require material safety data information on the following listed items
purchased from your company:

Hancolite MS 408
Kwik Press Kleen Solvent M. S. 1759
Hanco Blanket Lacquer M. S. 1403

A standard government approved form is enclosed for reporting the data to us.
We will appreciate your immediate attention.  Please return reply to:

                              J. H. Robinson, Purchasing Dept.
                              Cooper Tire & Rubber Company
                              Lima & Western Avenue
                              Findlay, Ohio  45840

Thank you.

J. H. Robinson

c

enclosure

H-D001019

March 27, 1979


B.V. Seshagiri, P. Eng.
Consultant
Occupational Health Branch
Ontario Ministry of Labour
1 Nicholas Street, Suite 1105
Ottawa, Ontario KIN 7B7


Dear Mr. Seshagiri:

In response to your letter of March 19, 1979,
we are enclosing Material Safety Data Sheet on our
Hancolite Glaze Cleaner MS-408.

We hope this information fulfills your needs at
this time.


Very truly yours,

HANDSCHY INDUSTRIES, INC.


Wen Long Fang
Research Chemist


WLF:ek
Encl.

H-D001165

Exhibit "U"

Evidence of 50% Benzene Solvent

Stallings Generally

1. Solvent in the 55 gallon drum dried workers hands out p. 23

2. Solvent in 55 gallon drum at first had a cool feeling and then it warmed up p. 23

3. Solvent in 55 gallon drum had a sweet odor p. 21

Stallings Exhibit 1 Hanco Buyers Guide

1. Not the Kiwks or Speedall because not performing color changeovers p. 61

2. Not the Hanco Speedy Press Clean Three Step Method because did not use a three-step method p. 61-62

3. Not the MS-567 Hanco Lithotine because it is advertised as non-irritating and the solvent Stallings described was irritating p. 62

4. Not the MS-1453 because this is described as slower drying then the MS-405 and Mr. Stallings described the solvent to be fast drying p. 63

5. Not MS-2740, MS-2337, MS-1200 or MD-2353 because not told that the Hanco solution was specially for blanket or roller cleaning, rather, was told it was a general purpose cleaner p. 63-64

6. Not the Hanco blanket conditioner because it was a general purpose cleaning solution and never told it was a blanket conditioner p. 64

| Table 1 | Summary of Coppage Employment History in the Newspaper Printing Industry | | | | | | |
|---------|-----------|----------|-----------------------|----------------------------------|-----------------------------------------|------------------------------------|---------|
| Employer | Job Title | Duration | Production (Y/N) | Daily Cleaning press (Y/N) | Daily Cleaning ink buckets (Y/N) | Maintenance Cleaning (Y/N) | stallings |
| Baltimore Sun | Junior Pressman | 1960-1965 | Y | Y | Y | Y | Pressroom News American 1956 |
| Boone Press Inc. | Junior Pressman | 1961-1966 | Y | N | N | N | Apprentice NA 1961 |
| Twentieth Century Printing Company | Junior Pressman | 1963 | Y | N | N | N | Journeyman on call NA Sun AG<br><br>hired 1968 NA at NA until 1986 |



EXHIBIT

Herrel

- 5 -

11-21-19 S

| Baltimore Sun | Apprentice | 1965 - 1969 | Y | Y | Y | Y | Sun 1987 |
| News-American | Apprentice | 1965 - 1969 | Y | Y | N | Y | |
| Alco-Gravure | Apprentice | 1965 - 1969 | Y | Y | N | Y | |
| Alco-Gravure | Journeyman Pressman | 1969 - 1998 | Y | Y | N | Y | |
| Baltimore Sun | Journeyman Pressman | 1999 - 2000 | Y | Y | Y | Y | |
| Wallstreet Journal | Journeyman Pressman | 1999 - 2000 | Y | Y | N | Y | |
| Baltimore Sun | Journeyman Pressman | 2000 - 2006 | Y | Y | N | Y | |

Stellings Exhibit 2

1.      Shown the label of the Hancolite Glaze Cleaner and says that the label was on the side of the drum p. 66:1-10

Characteristics of Non-Benzene Version

1.      MS-1759 Kwik Press Kleen Solvent - Stellings shown this and said not consistent with what he used

2.      MS-1393 Speedol Press Kleen Paste - Stallins did not describe a paste

3.      Hanco Speedl Press Kleen, 3-Step Method - Stellings said they did not use a three step method

4.      MS-567 Hanco Lithotine - Stallings said he did not use this

5.      MS-1453 Type Cleaner - Stallings said what they used was a fast drying solvent not slower drying as this product is described to be

6.      X-1231 Hanco Solvent - Aliphatic solvent

7.      MS-2740 Blanket and Roller Cleaner - Stallings said he did not use blanket and roller cleaner.

8.      MS-2337 Blanket and Roller Cleaner - Stallings said he did not use blanket and roller cleaner. This product is described as medium drying and Stallings said the Hanco was fast drying.

9.      MS-1200 Blanket and Roller Cleaner - Stallings said he did not use blanket and roller cleaner.

10.     MS-2353 Blanket and Roller Cleaner - Stallings said he did not use blanket and roller cleaner.

11.     MS-1274 Rejuvenator for Rubber Blankets & Rollers - Stallings described a cleaner not a rejuvenator.

Exhibit "V"

NAPIM 11-71
(Rev. 6-76)

DATE: 5/31/83

# MATERIAL SAFETY DATA SHEET
## FOR PRINTING INK AND RELATED MATERIALS

## Section I

MANUFACTURER'S NAME

HANDSCHY INDUSTRIES, INC.

EMERGENCY PHONE NO.
(312) 276-6400

STREET ADDRESS (No., City, State, Zip)  2525 ELSTON AVE., CHICAGO, IL 60647

| PRODUCT CLASS | TRADE NAME |
|---|---|
| TYPE WASH | HANCOLITE GLAZE CLEANER |

MANUFACTURERS CODES

MS-5173  (MS-408)

## Section II — HAZARDOUS INGREDIENTS

| | | |
|---|---|---|
| ALIPHATIC SOLVENT | 30 | 1400 PPM |
| OXYGENATED SOLVENT | 35 | 1000 PPM |
| OXYGENATED SOLVENT | 35 | 200 PPM |

## Section III — PHYSICAL DATA

| BOILING RANGE F° 134 – 156 | APPEARANCE CLEAR LIQUID | TYPE OF ODOR PUNGENT |
|---|---|---|
| VAPOR DENSITY: HEAVIER ☒ LIGHTER ☐ vs. air | EVAPORATION RATE vs. Butyl Acetate | FASTER X |
| | | SLOWER |
| LIQUID DENSITY: HEAVIER ☐ LIGHTER ☒ vs. water | PERCENT VOLATILE WT. 100 | |

## Section IV — FIRE & EXPLOSION DATA

| FLASH POINT CATEGORY (OSHA) | 1B | LOWEST FLASH POINT | –7°F | LOWER EXPLOSIVE LIMIT | 1.0 VOL % |
|---|---|---|---|---|---|

EXTINGUISHING MEDIA

SPECIAL FIRE FIGHTING PROCEDURE:
TREAT AS OIL FIRE. RECOMMEND SELF CONTAINED BREATHING APPARATUS

UNUSUAL FIRE & EXPLOSION HAZARDS
VAPORS FORM EXPLOSIVE MIXTURE WITH AIR, MAY TRAVEL TO AN IGNITION SOURCE
AND FLASH BACK.

THIS FORM HAS BEEN SUBMITTED TO U.S.D.O.L. AS ESSENTIALLY SIMILAR TO
OSHA FORM 20 AND IS SUPPLIED AS AN INDUSTRY SERVICE BY THE NATIONAL
ASSOCIATION OF PRINTING INK MANUFACTURERS INC. (Information on this form is
supplied by the individual ink manufacturer)

H-D000716

# Section V — HEALTH HAZARD DATA

USOS-U.S. OCCUPATIONAL STANDARD FOR WORKPLACE AIR (TLV)

$$262 \text{ MG/M}^3 \qquad 200 \text{ PPM}$$

EFFECTS OF OVEREXPOSURE:

    IRRITATION TO MUCOUS MEMBRANES, HEADACHE, DIZZINESS

EMERGENCY FIRST AID:

    SKIN:  WASH WITH SOAP & WATER.
    INHALATION: REMOVE TO FRESH AIR
    EYES: FLUSH WITH WATER FOR 15 MINUTES.
    INGESTION: CALL PHYSICIAN IMMEDIATELY.  DO NOT INDUCE VOMITING.

# Section VI — REACTIVITY DATA

PRODUCT STABILITY                STABLE              UNSTABLE
                                         X

CONDITIONS TO AVOID

              OXIDIZING AGENTS.

# Section VII — SPILL OR LEAK PROCEDURES

PROCEDURE WHEN MATERIAL SPILLED OR RELEASED

    KEEP AWAY FROM HEAT, SPARK, OPEN FLAME OR STRONG OXIDIZERS.
    MOP UP AND DISCARD.

WASTE DISPOSAL METHOD

    SUBJECT TO FEDERAL, STATE, & LOCAL REGULATIONS.  DO NOT SEWER.
    CAN BE ATOMIZED INTO AN APPROVED COMBUSTION CHAMBER.

# Section VIII — SPECIAL PROTECTION INFORMATION

VENTILATION

    LOCAL EXHAUST PREFERABLE SUFFICIENT TO KEEP CONCENTRATION BELOW TLV.

PROTECTIVE EQUIPMENT; RESPIRATORY, EYE, ETC.

    RESPIRATORY:  ORGANIC CANNISTER OR AIR PACK.
    CONTACT:  SYNTHETIC RUBBER GLOVES AND FACE SHIELD.

# Section IX — SPECIAL PRECAUTIONS

STORAGE & HANDLING

    HIGHLY FLAMMABLE. STORE AWAY FROM HEAT OR SPARKS. AVOID PROLONGED SKIN

H-D000717