IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **LORENE G. BROCIOUS,** *as Personal Representative of the Estate of* **JAMES COPPAGE,** | * | |
| | * | |
| **Plaintiff,** | * | |
| v. | * | **Civil Action No.: 1-18-cv-03823-SAG** |
| **U.S. STEEL CORPORATION,** *et al.,* | * | |
| **Defendants.** | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**DEFENDANTS SUN CHEMICAL CORPORATION'S & RYCOLINE PRODUCTS, INC.'S JOINDER IN DEFENDANT UNITED STATES STEEL'S MOTION TO EXCLUDE PLAINTIFF'S EXPERT ROBERT HERRICK**

Defendants Sun Chemical Corporation and Rycoline Products, Inc., by and through undersigned counsel, hereby join in Defendant United States Steel's Motion to Exclude Plaintiff's Expert Robert Herrick (ECF No. 153) and Defendant United States Steel's Reply to Plaintiff's Opposition to Defendant's Motion to Exclude Robert Herrick (ECF No. 175), and in so doing, incorporate by reference all of the facts, grounds, and arguments stated in the Motion and Reply.  In further support, Sun states as follows:

**INTRODUCTION**

Sun Chemical Corporation ("Sun") is a recognized leader in printing inks, coatings and supplies for the packaging, publication, commercial, industrial, and digital markets.  Rycoline Products, Inc. ("Rycoline") is a division of Sun Chemical Corporation.  Collectively, Sun and Rycoline will be referred to as "the Sun Defendants".

**ARGUMENT**

In addition to the facts, grounds, and arguments contained in United States Steel's Motion and Reply, which apply equally to the Sun Defendants, the Sun Defendants argue that Dr. Herrick's opinions regarding any exposure to and/or chemical composition of any Sun Defendants' products do not have an appropriate foundation and, accordingly, are not derived from a reliable methodology. Dr. Herrick has presented no evidence that Plaintiff was exposed to any benzene containing products manufactured by any Sun Defendant.

I.    Rycoline Products, Inc.

With regard to Rycoline, Dr. Herrick has not and cannot opine as to any Rycoline product in general nor to Mr. Coppage's alleged exposure to any Rycoline product.

> Q: Then, just to be clear for the record, you have no opinion that Rycoline products contributed to Mr. Coppage's alleged benzene exposure. Correct?
>
> (Objection omitted)
>
> A: Yeah. I didn't see Rycoline products mentioned anywhere in the record.

Dr. Robert Herrick Deposition Transcript ("Herrick Dep."), attached hereto as Exhibit A, at p. 233:15-22.

Dr. Herrick also did not individually assess Mr. Coppage's potential benzene exposure from a specific Rycoline product. *Id.*; *also see generally* Dr. Robert Herrick's Expert Report, attached hereto as Exhibit B.

Dr. Herrick has presented no evidence that Mr. Coppage was exposed to any Rycoline product or that he incurred benzene exposure from a Rycoline product.

II.    Sun Chemical Corporation

With regard to Sun, Dr. Herrick cannot identify any specific products manufactured by Sun that Mr. Coppage allegedly used during his employment.

Q:  Do you have any information regarding the names of any solvents that Sun Chemical manufactured?

(Objection omitted)

A:  There was – you know, it wasn't something that was specified, you know, in that level of detail, by Stallings anyway.  So he identified Sun Chemical, but he didn't, you know, have any detail beyond that.

Herrick Dep., Ex. A, at p. 220:8-18.

Further, Dr. Herrick has no information regarding the benzene content nor the chemical composition of any Sun product.

Q:  And if you don't know the name of the product, can you tell me the specific chemical composition of those products?

(Objection omitted)

A:  This information we have, you know – and again, I'm still on my page 16 – that he described it as wash oil, clear liquid with a sweet smelling odor.  I mean that was, you know, his discussion.  So that's not, you know, as good as a, you know, detailed chemical analysis.  But that's pretty much the information we have.

*Id.* at p. 221:7-20.

Q:  I think you actually testified earlier that you have no information regarding the benzene content of any Sun Chemical solvents.  Is that correct?

(Objection omitted)

A:  I don't have the composition specifically.

*Id.* at p. 223:19 – 224:2.

Dr. Herrick also did not individually assess Mr. Coppage's potential benzene exposure from a specific Sun product.  *See generally* Dr. Herrick's Expert Report, Ex. B.

Q:  In conducting your exposure assessment, did you take into account any Sun Chemical products?

(Objection omitted)

A:  Well, not uniquely, I mean…. But again, you know, it wasn't done uniquely to try to identify the contribution from the Sun products.

Herrick Dep., Ex. A, at p. 230:23 – 231:4, 231:12-14.

Again, Dr. Herrick has presented no evidence with regard to Plaintiff's exposure to any specific Sun product or the nature and extent of alleged benzene exposure from a Sun product.

## <u>CONCLUSION</u>

Dr. Herrick has provided no factual basis for his assumptions regarding Plaintiff's exposure to Sun products or the alleged benzene content of products manufactured by the Sun Defendants.   Dr. Herrick's opinions are not based on valid scientific principles but rather assumptions and conjecture, and should be precluded in this matter.

WHEREFORE, for the reasons set forth above, including those contained in Defendant United States Steel's Motion to Exclude Plaintiff's Expert Robert Herrick and Defendant United States Steel's Reply to Plaintiff's Opposition, which the Sun Defendants join and are incorporated herein by reference, Defendants Sun Chemical Corporation and Rycoline Products, Inc. respectfully request that the Motion be granted and that this Court preclude Dr. Herrick from providing the unfounded opinions discussed above.

Respectfully submitted,

*/s/ Ericka L. Downie*
Thomas J. Cullen, Jr. (tjc@gdldlaw.com)
U.S. District of Maryland Bar # 04572
Ericka L. Downie (edownie@gdldlaw.com)
U.S. District of Maryland Bar # 26929
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD  21202
(410) 783-4000; (410) 783-4040 - Fax
*Attorneys for Sun Chemical Corporation and Rycoline Products, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of December 2019, a copy of the foregoing

was sent, per agreement of counsel, via electronic mail, to all counsel of record in this litigation.

Melanie Joustra Garner
Locks Law Firm
601 Walnut St Ste 720 East
Philadelphia, PA 19106
12158930100
Fax: 12158933444
Email: mgarner@lockslaw.com
*Attorney for James Coppage*

Laura Basem Jacobs
Budow and Noble, P.C.
Twinbrook Metro Plaza
Suite 540
Rockville, MD 20814
United Sta
13016540896
Fax: 13019079591
Email: ljacobs@budownoble.com
*Attorney for United States Steel Corporation*

**Benjamin David Schuman**
**DLA Piper LLP US**
6225 Smith Ave
Baltimore, MD 21209
14105803000
Fax: 14105803022
Email: ben.schuman@dlapiper.com
*Attorney for BASF Corporation*

Theodore F Roberts
Venable LLP
210 W Pennsylvania Ave Ste 500
Towson, MD 21204
14104946200
Fax: 14108210147
Email: tfroberts@venable.com
*Attorney for Varn International, Inc.*

Deborah Prosser
Jennifer M Blunt
Kutak Rock LLP
777 S. Figuero St. Ste. 4550
Los Angeles, CA 90017
2133124023
Fax: 2133124001
Email: deborah.prosser@kutakrock.com
*Attorneys for Handschy Industries, LLC, and*
*Graphic Packaging International LLC*

Jennifer M Blunt
Kutak Rock LLP
1625 Eye Street, NW
Suite 800
Washington, DC 20006
2028282400
Fax: 2028282488
Email: jennifer.blunt@kutakrock.com
*Attorneys for Handschy Industries, LLC and*
*Graphic Packaging International LLC*

Matthew J McCloskey
Paul Newman Farquharson
Stephen Salvatore McCloskey
Semmes, Bowen & Semmes
25 South Charles Street

Jeffrey R DeCaro
DeCaro Doran Siciliano Gallagher and DeBlasis
LLP
17251 Melford Blvd Ste 200
Bowie, MD 20715

Suite 1400
Baltimore, MD 21201
443-573-9405
Fax: 410-539-5223
Email: mmccloskey@semmes.com
*Attorneys for Union Oil Company of California and Ashland, LLC*

Brendan Henderson Fitzpatrick
Jessica Pauline Butkera
Goldberg Segalla LLP
One North Charles Street
Suite 2500
Baltimore, MD 21201
4436157513
Fax: 4436157599
Email: bhfitzpatrick@goldbergsegalla.com
jbutkera@goldbergsegalla.com
*Attorneys for Emco Chemical Distributors, Inc.*

Kyle LeClere
**Barnes & Thornberg**
**11 South Meridian Street**
Indianapolis, IN 46204-3535
*Attorney for Flint Ink Corporation*

Jonathan Singer
Nelson Mullins Riley & Scarborough LLP
100 S. Charles Street
12th Floor
Baltimore, MD 21201
443-392-9409
Fax: 443-392-9499
Email: jon.singer@nelsonmullins.com
*Attorney for Fujifilm Hunt Chemicals USA, Inc.*

Linda S Woolf
Goodell DeVries Leech and Dann LLP
One South St 20th Fl
Baltimore, MD 21202
14107834011
Fax: 14107834040

3013524950
Fax: 3013528691
Email: jdecaro@decarodoran.com
*Attorney for Hacros Chemicals, Inc.*

Steven Andrew Luxton
Morgan Lewis and Bockius LLP
1111 Pennsylvania Ave NW
Washington, DC 20004
12027395452
Fax: 12027393001
Email: steven.luxton@morganlewis.com
*Attorney for Phillips North America LLC*

Michael B. Roberts
1301 K Street NW
Suite 1000 East Tower
Washington, DC 20005
2024149288
Fax: 2024149200
Email: mroberts@reedsmith.com
*Attorney for Shell Oil Company and Shell Oil Products US, Inc.*

Eric P Weiss
Murchison and Cumming LLP
801 S. Grand Ave. 9th Fl.
Los Angeles, CA 90017
2136237400
Fax: 2136236335
Email: eweiss@murchisonlaw.com
*Attorney for Fujifilm Hunt Chemicals USA, Inc.*

Email: lsw@gdldlaw.com
*Attorney for Flint Ink Corporation*

/s/ ***Ericka L. Downie***
Ericka L. Downie

4832-7034-4879, v. 1