```
                                              Page 1

                                                    1
   1        IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
   2                    - - -
   3   JAMES COPPAGE                :
                    Plaintiff,      : Civil Action
   4        vs.                     : No.
                                    : 1-18-cv-03823-
   5   UNITED STATES STEEL          : GLR
       CORPORATION, et al.,         :
   6                                :
                    Defendants.     :
   7
   8                    - - -
   9           November 21, 2019
  10                    - - -
  11           Oral Deposition of ROBERT F.
  12   HERRICK, Sc.D., CIH, FAIHA, taken pursuant
  13   to Notice at Veritext-Boston, 101 Arch
  14   Street, Suite 650, Boston, Massachusetts
  15   02110, beginning at 9:09 a.m. before
  16   Brigitte A. Strain, a Federally Approved
  17   Registered Professional Reporter and Notary
  18   Public.
  19                    - - -
  20
  21
  22
              VERITEXT LEGAL SOLUTIONS
  23            NEW ENGLAND REGION
  24
```


EXHIBIT A

Page 233

ROBERT F. HERRICK, Sc.D., CIH, FAI233

1  assessment?
2          MR. DuPONT:  Objection, form.
3          THE WITNESS:  Not directly.
4      You know, the calculations included
5      the exposure, you know, that I
6      considered to be part of the
7      production printing process.  And
8      then I separately calculated the
9      exposure from the cleaning steps.
10     But, again, those weren't unique to a
11     BASF product.
12 BY MS. DOWNIE:
13     Q.     Bear with me here for one
14 moment.
15         Then, just to be clear for the
16 record, you have no opinion that Rycoline
17 products contributed to Mr. Coppage's
18 alleged benzene exposure.  Correct?
19         MR. DuPONT: Form.
20         THE WITNESS:  Yeah. I didn't
21     see Rycoline products mentioned
22     anywhere in the record.
23 BY MS. DOWNIE:
24     Q.     And as to Sun Chemical, the

```
                                                      Page 220
            ROBERT F. HERRICK, Sc.D., CIH, FAI220
 1          solvent from U.S. Printing Ink, Sun
 2          Chemical and of Hanco. And so he
 3          identified those manufacturers or
 4          suppliers, whatever, you know, in his
 5          deposition. So I do have that
 6          information.
 7  BY MS. DOWNIE:
 8          Q.      Do you have any information
 9  regarding the names of any solvents that Sun
10  Chemical manufactured?
11                  MR. DuPONT: Form, vague.
12                  THE WITNESS:  There was -- you
13          know, it wasn't something that was
14          specified, you know, in that level of
15          detail, by Stallings anyway.  So he
16          identified Sun Chemical, but he
17          didn't, you know, have any detail
18          beyond that.
19  BY MS. DOWNIE:
20          Q.      Okay. And as for U.S. Printing
21  Ink, do you have any information regarding
22  the specific solvents that Mr. Coppage was
23  allegedly exposed to?
24                  MR. DuPONT:  Objection, form.
```

ROBERT F. HERRICK, Sc.D., CIH, FAI    Page 221

1            THE WITNESS:  No.  Again, we've
2       got the identity as Stallings
3       reported it, but not, you know, any
4       detail as to the particular product
5       name.
6   BY MS. DOWNIE:
7       Q.    And if you don't know the name
8   of the product, can you tell me the specific
9   chemical composition of those products?
10           MR. DuPONT: Form.
11           THE WITNESS:  The information
12      we have, you know -- and, again, I'm
13      still on my page 16 -- that he
14      described it as wash oil, clear
15      liquid with a sweet smelling odor. I
16      mean that was, you know, his
17      discussion. So that's not, you know,
18      as good as a, you know, detailed
19      chemical analysis.  But that's pretty
20      much the information that we have.
21  BY MS. DOWNIE:
22      Q.    During what time period do you
23  believe Mr. Coppage was exposed to the
24  products you just described?

ROBERT F. HERRICK, Sc.D., CIH, FAI223

Page 223

1   apprenticeship. So he was rotating. And
2   that was '65 to '69.
3             And then he was back at the
4   Sun pretty much '99 to 2006.
5             So those would be the time
6   intervals.
7        Q.    Did he specifically testify
8   that he recalled using those solvents
9   throughout the entirety of those time
10  periods?
11            MR. DuPONT:  Objection, form.
12            THE WITNESS:  I think, you
13       know, given what we know about the
14       manufacturing process, you know, the
15       printing process, that it is
16       reasonable to say that he used those
17       materials throughout that time, yeah.
18  BY MS. DOWNIE:
19       Q.    I think you actually testified
20  earlier that you have no information
21  regarding the benzene content of any Sun
22  Chemical solvents.  Is that correct?
23            MR. DuPONT:  Objection, form.
24       Misstates testimony.

```
                                                      Page 224
              ROBERT F. HERRICK, Sc.D., CIH, FAI224
 1              THE WITNESS:  I don't have the
 2         composition specifically.
 3   BY MS. DOWNIE:
 4         Q.     Let me ask the question
 5   differently then.  Do you have any
 6   information regarding the benzene content of
 7   the Sun Chemical solvents described by
 8   plaintiff?
 9              MR. DuPONT: Form.
10              THE WITNESS: I don't have, you
11         know, the composition at the
12         individual product level, no.
13   BY MS. DOWNIE:
14         Q.     Do you have any information
15   regarding the benzene content of the U.S.
16   Printing Ink solvent described by plaintiff?
17              MR. DuPONT: Objection, form.
18              THE WITNESS:  No.  The same
19         answer. It isn't really available in
20         that level of detail.
21   BY MS. DOWNIE:
22         Q.     Other than the solvents that
23   we just talked about with regard to Sun
24   Chemical and U.S. Printing Ink, are there
```

ROBERT F. HERRICK, Sc.D., CIH, FAI230

1   very basic level. And this is
2   discussed a little bit in that paper.
3   What's the author? I keep blanking on
4   this guy's name.
5           MR. DuPONT: Do you want to
6   look at it to refresh your
7   recollection?
8           THE WITNESS: Sure, yeah.
9           There is a general discussion,
10  and also there's some information in
11  that -- Yeah. Here it is. I was
12  thinking of the Novick article,
13  there's an overview of the
14  ingredients that are present in inks,
15  including black ink.
16          And then that testimony to
17  OSHA that we were talking about
18  earlier from the trade association
19  included, you know, a discussion
20  about the composition of ink. So
21  there is some information available.
22  BY MS. DOWNIE:
23      Q.     In conducting your exposure
24  assessment, did you take into account any

Page 231

ROBERT F. HERRICK, Sc.D., CIH, FAI231

1  Sun Chemical products?
2             MR. DuPONT:  Form.
3             THE WITNESS:  Well, not
4        uniquely, I mean.  You know, because
5        what we had was the information about
6        the cleaning process, you know, which
7        could have included and, in fact, did
8        include Sun products.  And so that
9        was part of the calculation to model
10       his exposure around the cleaning
11       steps.
12            But again, you know, it wasn't
13       done uniquely to try to identify the
14       contribution from the Sun products.
15  BY MS. DOWNIE:
16       Q.    And, just to be clear, that
17  assumption, or that inclusion, is based upon
18  the assumption that Sun Chemical Company
19  manufactures solvents; is that correct?
20            MR. DuPONT:  Objection, form.
21            THE WITNESS:  I'm sorry, the
22       last word was manufactured --
23  BY MS. DOWNIE:
24       Q.    Solvents.