# EXHIBIT "2"

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JAMES COPPAGE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.:1-18-cv-03823-GLR |
| UNITED STATES STEEL CORPORATION, *et al.*, | * | |
| Defendants. | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *

## <u>AFFIDAVIT OF CHARLES GRAHAM</u>

**Charles Graham,** being duly sworn, states the following:

1.      I have been engaged by Defendants Handschy Industries LLC ("Handschy") and Graphic Packaging International, LLC ("Graphic Packaging") in the lawsuit filed by Plaintiff James Coppage ("Mr. Coppage" or "Plaintiff")  regarding his allegations of being exposed to benzene constituents alleged to be in Handschy solvents and/or products used for cleaning presses during his employment as a pressman. Specifically, I have been asked to state whether, based on my experience and knowledge of Handschy products, any of the Handschy products that are identified in Mr. Coppage's Complaint fit the description of the "Hanco" solvent which has been identified by the deposition testimony of Mr. Robert Stallings, an alleged product identification witness for Mr. Coppage.

2.      I was employed by Handschy Industries, Inc. from January 1990 to January 2001, and later became President of Handschy Industries, Inc. from July 2006 to September of 2009. In January 1990, I started with the company as the manager of the Bellwood facility, was promoted to general manager of the facility, and then eventually became President of the company in July 2006. As part of my job duties, I oversaw the sales of all the pressroom supplies in the company, including products that are identified in the Complaint filed by Mr. Coppage in this case.

1

3.      In 1994, Handschy sold the entire chemical product line (which would have included MS-216 Steel Roller Deoxidizer;  Hancolite Glaze Cleaner; MS 405 Special Type Wash/ MS-678 Type Wash; Plasaver; and Plabuilder) in 1994 to Jell Chemicals and was no longer in the printing chemical business thereafter.

4.      In order to prepare this Affidavit, I reviewed the Complaint filed by Mr. Coppage; the deposition of Plaintiff James Coppage in this case; the relevant portions of the deposition of Robert Stallings taken in the *Kelly v. C&W Pressroom Products, Inc*. matter (Case No. 08:CV-493) on April 14, 2009 that reference "Hanco" solvent; Handschy's responses to Plaintiff's written discovery; and Plaintiffs' responses to  Handschy and Graphic Packaging's Special Interrogatories and Requests for Production of Documents. I have also reviewed my own prior deposition given in 2010 in a case entitled *Davis v. Sunoco, Inc*. (Case No. 1835) ("*Davis*") in order to refresh my recollection regarding the sworn testimony I have previously given regarding the products named in this Coppage case.

5.      Plaintiff's Complaint and written discovery propounded to Handschy and Graphic Packaging identify five Handschy products at issue in this case: 1) MS-216 Steel Roller Deoxidizer; 2) Hancolite Glaze Cleaner; 3) MS 405 Special Type Wash/ MS-678 Type Wash; 4) Plasaver; and 5) Plabuilder. As such, those are the only products I address in my affidavit.

## Deposition of Plaintiff James Coppage

6.      Plaintiff James Coppage began his career in 1960 as a junior pressman at the Baltimore Sun for four years. In 1965, he became an apprentice, and performed four-month rotations for four years at the Baltimore Sun, News American and Alco Gravure. In 1969, he became a journeyman pressman and worked at Alco Gravure until 1998. From 1998 to 2000, he worked as a work pool pressman. From 2000 to 2006, he worked fulltime as a pressman at the Baltimore Sun, and he then retired.

7.      He testified that he did not know the brand name of any solvent that he used for cleaning during his printing press work at the Baltimore Sun and at News American. (Deposition

2

of Plaintiff James Coppage, taken in this matter on March 11, 2019, at pp. 108:19-109:1, attached hereto as **Exhibit A**). [1]

8.      Robert Stallings was identified as a product identification witness in this *Coppage* case in Plaintiffs' responses to Handschy and Graphic Packaging's discovery.  Mr. Coppage worked at the same newspaper pressrooms as Robert Stallings at the Baltimore Sun and at News American. (*Id.* at pp. 204:19-205:6). However, Mr. Stallings began his career in 1955, whereas Mr. Coppage began his career in 1960. Thus, Mr. Stallings did not perform work together with Mr. Coppage at the same time throughout their respective careers.

9.      Regarding the News American pressroom, Mr. Coppage testified that the drums of cleaning solvent were stored in the pressroom. (*Id*. at p. 23:12-22). Mr. Coppage testified that during his employment at News American, the 55 gallon drums were in the corner, on the press deck next to one of the printing presses, so that the solvent would be in the same room. There was no separate ink room [at News American]. (*Id*. at p. 269:12-22). He did not know the flashpoint of the solvents stored in the pressroom, but agreed that flammability was a significant risk in a pressroom because of the heat generated by large printing presses during their operation (*Id*. at pp.269:23-270:16).

10.     Regarding the Baltimore Sun press room, he testified that there was an ink room where the drums of solvents were stored, and that even if the large containers of solvent were not stored on the pressroom floor, the solvents would eventually be brought out to the pressroom floor to be accessible to workers in smaller containers (*Id*. at p. 296:6-13). The solvents were stored in the pressroom in these smaller containers (*Id.* at pp. 23:12-22; 269:5-11). Mr. Coppage additionally testified that there was only one solvent he used at the Baltimore Sun. (*Id*. at p. 35:3-9).

11.     Mr. Coppage testified that all the solvents used in drums at News American and at the Baltimore Sun were clear in color and smell[ed] like a "refinery smell." (*Id*. at pp. 24:22-25:2; 241:24-242:10).

---

[1] Mr. Coppage testified that while working at Alco-Gravure, he used lactane, which was Alco-Gravure's main solvent.  At Alco-Gravure, they also used naphthol, xylene, and xylol for different purposes. (*Id*. at p. 54:17-55:11). It is my understanding that none of these aforementioned products at Alco-Gravure are alleged against Handschy in this case, and since Mr. Stallings did not identify a Handschy product at Alco Gravure where he also worked, this Affidavit does not address these products and likewise does not address Mr. Coppage's work at Alco Gravure.

**Deposition of Robert Stallings**

12.     Mr. Robert Stallings ("Mr. Stallings") started working part time at News American in 1955 as a stuffer. From 1956 to 1961, he was a junior pressman. Up until this point, he did not handle any chemical materials. (Deposition of Robert Stallings taken in *Kelly v. C&W Pressroom Products, Inc.* (Case No. 08:CV-493), attached hereto as **Exhibit B** at p. 9:14-12:24).

13.     In 1961 at News American, he was an apprentice learning about the printing process and the union would rotate apprentices every four months. (*Id*. at p. 14:19-23). The other locations he rotated through were the Baltimore Sun and Alco-Gravure. (*Id*. at p. 15:3-6). He was an apprentice from 1961 to 1966/1967. (*Id*. at p.17:18-22). From 1966/1967, he became a journeyman pressman and he worked shifts on the union's call room for about a year and a half, until he was permanently hired at News American in roughly 1968/1969. (*Id*. at pp.47:25-48:9)  After News American closed in 1986, he moved to the Baltimore Sun (*Id*. at p.53:10-17). Mr. Stallings retired in 2002 (*Id*. at p. 97:11-14).

14.     Regarding the Baltimore Sun press room, Stallings testified that there were three solvents in use at that location. He identified one solvent as "Hanco" and two other solvents from two other companies.  The solvents were kept in the ink room in 55 gallon drums.  He saw the Hanco solvent at the Baltimore Sun for the Hoe presses from 1961 to 1966/1967, and observed more drums of the other two solvents than he did of Hanco drums. (*Id*. at pp. 41:18-42:8). He additionally later testified that at Baltimore Sun, he used Hanco products 40-50% at the site, with the remaining 50-60% to being the other two companies. (*Id*. at p.42:17-24).   All three of the products/solvents looked like a clear liquid. (*Id*. at p. 21:18-25).

15.     Regarding the News American press room, Mr. Stallings testified that while he was working at News American, the cleaning solvents were stored in the pressroom itself, not in a separate room, in 55 gallon drums. The same three solvents in use at the Baltimore Sun were also used at News American. The product inside a "Hanco" 55 gallon drum was a clear liquid. (*Id*. at p. 21:22-25). Here, he worked with Goss presses as opposed to Hoe presses. (*Id*. at p. 42:1-8). Mr. Stallings testified that the 55 gallon drums of solvent were delivered alongside the presses at News

4

American.  (*Id*. at pp. 30:11-15; 69:12-70:13). The 55 gallon drums were 6-10 feet in proximity to the presses. (*Id*. at p. 31:23-25). He testified that he also saw the same solvent  "Hanco"  at the Baltimore Sun and News American, he used Hanco 20-25% of the time, and the other two solvents 75-80% of the time. (*Id*. at pp.41:10-42:16).

16.     He used the same one Hanco solvent throughout his career at Baltimore Sun and News American. (*Id*. at p. 41:10-17).

17.     The labels for the Hanco products which were on the drums were black and white. (*Id*. at p. 20:8-18).

18.     He could not recall the particular model number of the Hanco solution that was in the 55-gallon drum, nor the MS numbers for any Hanco product that was in use during his time. (*Id*. at pp. 63:11-14; 144:25-145:3).

## PRODUCTS

19.     Based on my years of employment at Handschy, and based further on my knowledge of the Handschy product line, none of the five Handschy products named in this case fit the description of the "Hanco" solvent that was identified by Mr. Stallings at the Baltimore Sun and News American pressrooms. I base this conclusion on the analysis set out below.

20.     Mr. Stallings and Mr. Coppage stated that the solvents they used were general purpose cleaners rather than specialty products; they were clear in color;  and they were stored in 55 gallon drums at the Baltimore Sun (in the ink room) and at News American (in the pressroom). This testimony by itself eliminates the alleged five Handschy products named  in this case based on the following:

(a) The Handschy products named in this case were manufactured and marketed as colored or tinted products as a way to differentiate themselves from competitive products on the marketplace. It is my understanding that adding colored dye to the formulation of these Handschy products was a specific marketing practice adopted by Handschy from the outset of its formation and was continued throughout my employment with the company.

5

(b) The flash point of the products named in this case was extremely low (below 20 degrees Fahrenheit ("F")). Products with a flash point this low are extremely flammable, and are required to be maintained and stored in a spark free environment to control risk of explosion. Low flashpoints create a high risk of explosion if the product is stored near equipment that generates heat during operation. A newspaper press is an extremely large piece of equipment which emits heat during its operation. The newspaper pressrooms at News American and at the Baltimore Sun had multiple presses, each emitting heat during operation.  Pressrooms are not spark-free environments. A single spark generated from the operation of the presses creates a risk of explosion if a low flashpoint solvent is present near the equipment or in an adjoining area.

(c) Three of the five products named in this case were never sold in 55 gallon drums, to my knowledge, but rather were sold in much smaller sized containers.

(d)  Two of the five products named in this case were specialty products and were not general purpose cleaners.

(e)    It is my understanding from my review of the documents that benzene was only used as an ingredient in two of Handschy's cleaners and in two other lithographic chemicals (four products total).  Based upon the testimony and documents I reviewed in this case, I believe that the four products that Handschy manufactured with benzene as an ingredient were: 1) MS-216 Steel Roller Deoxidizer; 2) Hancolite Glaze Cleaner; 3) MS 405 Special Type Wash/ MS-678 Type Wash; and 4) Plasaver.

A product by product description is set out below, and I have attached the Handschy documents that support these product descriptions as exhibits.


**A**.    **Hanco Steel Roller De-Oxidizer** (MS-216)

21.    The Hanco Steel Roller De-Oxidizer was used on stripped steel rollers. MS-216 was to be applied to the top distributor ink roller and later completely removed with the press's regular wash-up solution.  (*See* **Exhibit C** at H-D001189).

6

22.     The Hanco Steel Roller De-Oxidizer from its inception was a red color, which used MS-706 red dye. (*See* Exhibit C at H-D001450; H-D002001).

23.     This product never changed its color, and the product was a red color all through 1994 when the company stopped selling it.

24.     Further, this product was sold in <u>pints</u>, and not in 55 gallon drums. (*See* Exhibit C at H-D001450)

25.     Additionally, Hanco Steel Roller De-Oxidizer's flash point was below 20 degrees F, and thus it would have been an extreme fire hazard to store a drum of this solvent in the same room as the presses or in their vicinity, as described in the deposition testimony of Mr. Coppage and Mr. Stallings. (*See* Exhibit C at H-D000969).

26.     Only four Handschy products ever contained benzene as an ingredient at various times, but no later than 1977. (*See* Exhibit C at H-D001158).  One such product which contained some percentage of benzene as an ingredient was Hanco Steel Roller De-Oxidizer. (*See* Exhibit C at H-D000770).


**B**.     **Hanco Special Type Wash** (MS-405 or MS-678)

27.     The Hanco Special Type Wash was used to remove grease, dried ink and resinous material from cuts, type and electros. (*See* **Exhibit D** at H-D001997).

28.     The Hanco Special Type Wash from its inception was a red color (*See* Exhibit D at H-D001346; H-D001181).

29.     The Special Type Wash was always tinted the same red color and sold in one gallon, five gallon and 55 gallon drums.

30.     Additionally, its flash point was below 20 degrees F, and thus it would have been an extreme fire hazard to keep in the same room or in the same vicinity as the presses, as described in the deposition testimony of Mr. Coppage and Mr. Stallings. (*See* Exhibit D at H-D000675).

31.     Only four Handschy products ever contained benzene as an ingredient at various times, but no later than 1977. (*See* Exhibit C at H-D001158).  One such product which contained

7

some percentage of benzene as an ingredient was Hanco Special Type Wash. (*See* Exhibit D at H-D001174).

C.    **Hancolite Glaze Cleaner** (MS-408)

32.    The Hancolite Glaze Cleaner from its inception was a purple color.  Hancolite Glaze Cleaner was always tinted the same light purple/violet color. (*See* **Exhibit E** at H-D000403; H-D000677; H-D000413; H-D000582; H-D001400).

33.    Hancolite Glaze Cleaner was sold in quart, one gallon, five gallon and 55 gallon quantities.  (*See* Exhibit E at H-D001996).

34.    Additionally, its flash point was below 20 degrees Fahrenheit, and thus it would have been an extreme fire hazard to keep in the same room as the presses, or in their vicinity, as described in the deposition testimony of Mr. Coppage and Mr. Stallings.  (*See* Exhibit E at H-D000634; H-D000853; H-D000969).

35.     Only four Handschy products ever contained benzene as an ingredient at various times, but no later than 1977. (*See* Exhibit C at H-D001158).  One such product which contained some percentage of benzene as an ingredient was Hancolite Glaze Cleaner. (*See* Exhibit E at H-D000588; H-D000412-13; H-D000434; H-D000634).

D.    **Plasaver** (MS-933)

36.    The Plasaver (MS-933) product was an image restorer for deep etch or surface plates. Plasaver was used primarily to bring back an image on a plate that is considered blind. Through its use, a plate may be saved to finish its run. This is applicable to both deep etch and surface plates. It is also used extensively as a base to fortify the image on new plates including those that are pre-sensitized. This is accomplished by gumming up the plate after which Plasaver is applied as a lacquer. (*See* **Exhibit F** at H-D0001444). This product is not a general use cleaning solvent

37.    Plasaver was a purple liquid. (*See* Exhibit F at H-D001211). The Plasaver (MS-933) product formulation had dye in it, DC 545. (*See* Exhibit F at H-D0001590; H-D001288).

8

38.     Per the Hanco Products Buyer's Guide, Plasaver was sold in a glass bottle in <u>pint size</u>. To the best of my knowledge, Plasaver was never sold in 55 gallon drums.

39.     Additionally, its flash point was below 100 degrees F by the TCC method. Thus, it would have been an extreme fire hazard to keep in the same room as the presses, or in their vicinity, as described in the deposition testimony of Mr. Coppage and Mr. Stallings. (*See* Exhibit F at H-D001211).

40.     Only four Handschy products ever contained benzene as an ingredient at various times, but no later than 1977. (*See* Exhibit C at H-D001158).  One such product which contained some percentage of benzene as an ingredient was Handschy's Plasaver (*See* Exhibit F at H-D001211).


E.     **Plabuilder** (MS-183)

41.     Based on my review of the documents in the case, and my personal knowledge from my previous employment at Handschy, I cannot confirm whether this product and its formulation was ever finalized, manufactured, marketed, distributed, sold, or supplied by Handschy to any customers. To the best of my knowledge, this would have been a product that aided in the repair of printing plates.

42.     Upon my review of the limited documents to date regarding the Plabuilder product, this product would have been packaged in one gallon cans. (*See* **Exhibit G** at H-D000148; Exhibit 9 to the Deposition of Charles Graham taken in the *Davis* matter (2010)).

43.     As with the other four Handschy products named in this case, it is my belief that Plabuilder would have contained a dye that gave it color. Further, similar to Plasaver, this product would have been considered a specialty product, and not a general cleaner.

44.     Based on my review of the documents, there is no evidence to date that this product would have been on the list of the four manufactured Handschy products that had benzene as an ingredient.

## **CONCLUSION**

45.   Based upon my work history with Handschy and my familiarity with the Handschy product line from my own recollection, my review of the exhibits attached to this Affidavit, and my review of my own prior testimony regarding these products, none of the five Handschy products named in this case match or even approximate the solvent that was identified by Mr. Stallings as a "Hanco" solvent or the generic solvents described by Mr. Coppage in their deposition testimony. All five Handschy products named in this case contained colored dyes and were not clear; Messrs. Stallings and Coppage both testified that the solvents used at News American and at Baltimore Sun were all clear.  All five Handschy products named in this case had a flashpoint so low that they could not be safely used in a pressroom where the equipment generated heat and/or static electricity during operation; these products could only be safely used in a spark-free environment - which a pressroom is not. Only two of the five products were ever sold in 55 gallon drums. Only three of the five products were general purpose solvent cleaners.

46.   The only products ever sold by Handschy that contained benzene as an ingredient were the four products ((1) MS-216 Steel Roller Deoxidizer; 2) Hancolite Glaze Cleaner; 3) MS 405 Special Type Wash/ MS-678 Type Wash; and 4) Plasaver)).  I know this to be true because,  both in preparing this Affidavit and in preparing for providing deposition testimony in prior cases such as the *Davis* case, I have reviewed the formulation of these four products and I have reviewed Handschy documents which affirm that there were only four manufactured products in total that had ever had benzene as an ingredient, I address the issue of the product Plabuilder separately above.

4841-2779-4587.4

47. The Hanco solvent identified by Mr. Stallings as being present at the News American and Baltimore Sun pressrooms was not one of the five alleged Handschy products identified in this case. Because no other solvents ever sold under the Handschy or "Hanco" brand name had benzene as an ingredient other than the four products named in this case, I conclude that the Hanco solvent identified by Mr. Coppage and Mr. Stallings did not contain benzene as an ingredient.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _____9 / 11_____, 2019.

_____Charles W Graham_____
Charles Graham

Signed and sworn to before me on

This 11 day of 9 , 2019

_Monica Bednarek_
Notary Public

MONICA BEDNAREK
NOTARY PUBLIC
STATE OF WISCONSIN

11

# EXHIBIT "A"

Page 1

1              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MARYLAND

2                         - - -

3     JAMES COPPAGE                   :
                    Plaintiff,        : Civil Action
4          vs.                        : No.
                                      : 1-18-cv-03823-
5     UNITED STATES STEEL             : GLR
      CORPORATION, et al.,            :
6                                     :
                    Defendants.       :

7

8                         - - -
9                    March 11, 2019
10                        - - -
11              Videotaped Deposition of JAMES
12    COPPAGE, taken pursuant to Notice at the
13    Sheraton-Baltimore North Hotel, 903 Dulaney
14    Valley Road, Towson, Maryland 21204,
15    beginning at 9:05 a.m. before Brigitte A.
16    Strain, a Federally Approved Registered
17    Professional Reporter and Notary Public in
18    and for the State of Maryland.
19                        - - -
20
21
22

              VERITEXT LEGAL SOLUTIONS
23               MID-ATLANTIC REGION
            1801 Market Street - Suite 1800
24          Philadelphia, Pennsylvania  19103

JAMES COPPAGE

Page 23

1          A.      Four-by-four maybe.  Probably
2    two and a half feet of solvent in it.  You
3    could get more, but then when you dip your
4    hand in, the gloves, of course, would get
5    filled up.  So you only filled it maybe
6    halfway.
7          Q.      So, it was four feet by four
8    feet, and then about two, two and a half --
9          A.      No, two and a half -- three
10   feet by three feet.  It's hard to look back.
11   That was 50 years ago.
12          Q.      So, where did you get the
13   solvent that was used in this tank for
14   cleaning the ink buckets?
15          A.      Out of drums, 55 gallon drums.
16          Q.      And where were the drums
17   stored?
18          A.      Wow.  I don't know.  Somewhere
19   in the pressroom.  Geez, we usually -- well,
20   they -- they were probably downstairs, and I
21   don't know how they got upstairs.  I can't
22   think back to that.  Geez.
23          Q.      How did you get the solvent
24   from the drums into the tank where you

JAMES COPPAGE

Page 24

1   cleaned the ink buckets?

2          A.       Probably a five gallon bucket.

3   Take it in -- We have little wagons, you

4   know.  Pulled it into the ink room, just

5   dumped it in there.  Went back and got

6   another.  I don't know, five or six gallons,

7   whatever those buckets held.

8          Q.       And you mentioned that there

9   was air blowing through the solvent in the

10  tank?

11         A.       Yes.  They had an air system

12  to keep it bubbling, keep it moving.  That

13  would help break the ink down.  Make it

14  easier to clean it.  You know, we still had

15  to take a rag and wash them, but, you know,

16  that bubbling helped a lot.

17         Q.       And when you're standing there

18  working at the solvent tank, where is your

19  -- your face and your head with respect to

20  the solvent in the tank?

21         A.       Right there, hanging over it.

22         Q.       Did the solvent have a smell

23  to it?

24         A.       Yes, we had fumes.  It had a

Page 25

1   smell.  Just, I guess -- refinery smell, I

2   guess you'd say.

3          Q.     And you mentioned the black

4   ink was piped to the presses?

5          A.     Yes.

6          Q.     Is that because they used a

7   higher volume of black ink --

8          A.     Yes.

9          Q.     -- than the color ink?

10                How was the black ink stored

11  at the Baltimore Sun?

12         A.     In a big, big tank downstairs.

13         Q.     How was the black ink

14  delivered to the Baltimore Sun?

15         A.     Tractor-trailer, big tanker

16  truck.

17         Q.     Did you ever have occasion to

18  see tractor-trailers that delivered the ink

19  at the Baltimore Sun?

20         A.     Yes.

21         Q.     Are you Abell to remember any

22  names --

23         A.     Wow.

24         Q.     -- you saw on the

JAMES COPPAGE

Page 35

1          A.      Climb around like a monkey
2    with a rag in your hand.
3          Q.      And where did you get the
4    solvent from that you used to wash the
5    rollers?
6          A.      Same stuff from the ink room
7    that we used to wash the ink buckets.   They
8    only had one solvent at the Sun, as far as I
9    know.
10          Q.      All right.  How much solvent
11    did you use for cleaning the ink rollers?
12          A.      Whatever it took.
13          Q.      How long did that process take
14    on the days you did it?
15          A.      We spent four or five hours
16    doing it.  Usually you had two junior
17    pressmen.  It was a lot of rollers and a lot
18    of framework.
19          Q.      How often did you have -- Oh,
20    so you cleaned the framework as well as the
21    rollers?
22          A.      Yes.
23          Q.      How often did you have to
24    clean the rollers and the framework as a

JAMES COPPAGE

Page 108

1          you're guessing, you can say so.  You
2          don't have to --
3                    THE WITNESS:  No, I don't
4          know.
5    BY MR. CAIRONE:
6          Q.    Okay.  So let's just make sure
7    we have a clear record.
8          A.    Right.
9          Q.    Thank you for that answer.
10         A.    I can't say I saw it printed
11   on something.
12                    MR. DuPONT:  And, Counsel, my
13         objection -- We can go off the record
14         if you want to deal with my
15         objection.
16                    MR. CAIRONE:  No.  Your
17         objection's on the record.
18   BY MR. CAIRONE:
19         Q.    Sir, let me ask the question
20   again.  You do not know the brand name of
21   any solvent that you used for cleaning
22   during your printing press work.  Is that
23   correct?
24                    MR. DuPONT:  Objection.

Page 109

1              THE WITNESS:   Correct.

2              MR. DuPONT:   Misstates

3        testimony.

4   BY MR. CAIRONE:

5              Q.    Thank you, sir.

6              Now I want to be even more

7   specific with that question, and I want to

8   use a time frame for it.  Between 1965 and

9   1978, you do not know the brand name of any

10  solvent that you used for cleaning during

11  your printing press work.  Is that correct?

12             MR. DuPONT:   Objection,

13        misstates testimony.  And compound.

14             THE WITNESS:  Yes.

15  BY MR. CAIRONE:

16             Q.    That's correct?

17             A.    Yes.  And it says solvent

18  printing on containers or whatever.

19             Q.    And you also testified earlier

20  about a few names of -- brand names of inks.

21  Do you remember that?

22             A.    Yes.

23             Q.    Did you testify this morning

24  about all the brand names of inks that you

Page 204

1          A.      Okay.

2          Q.      I assume, and tell me if I'm

3    wrong, that Dr. Smith would have gotten this

4    information from you?

5                  MR. DuPONT:  Objection, that

6          lacks foundation.  Don't make

7          assumptions.

8                  THE WITNESS:  No, because I

9          didn't know what kind she had.

10   BY MR. WEISS:

11         Q.      We'll get to that.  The next

12   sentence is, "There are no other hematologic

13   malignancies in the family."  Do you see

14   that on the note?

15         A.      Let's see, where we at?

16         Q.      Where it says "Family

17   History", it's the fourth sentence down --

18   or third sentence down.  I'm sorry.

19         A.      "Hematologic malignancies in

20   the family."

21                 MR. DuPONT:    He's just asking

22         you if you see it.

23                 Mr. Coppage, he's just asking

24         you if you see it.

Page 205

1  BY MR. WEISS:

2          Q.      Do you see that in the note?

3          A.      Yes, I do.

4          Q.      Do you have a recollection of

5  discussing whether you -- anyone in your

6  family had any hematologic or blood

7  malignancies?

8          A.      Blood, no.

9          Q.      Did you have that discussion

10  with Dr. Harris then?

11          A.      No, because we're learning --

12  I don't recall the word cancer.  So I'm not

13  even talking.  And I can't recall any

14  straight discussions to me about cancer.

15          Q.      Okay.  Now, in general, it

16  appears from this note that you had a

17  discussion with Dr. Smith where you provided

18  the whole history of your background,

19  including your prior medical history, your

20  social history, your employment history, and

21  your family history, all related to medical

22  conditions.  Did you think to yourself that

23  he was asking you these questions because

24  maybe these -- the answers may provide some

JAMES COPPAGE

Page 241

1   They --
2           Q.      Would it be fair to say you
3   don't know one way or the other?
4           A.      Yes, that would be fair.
5           Q.      How about for that
6   Alco-Gravure pressroom that you worked in,
7   did that have air conditioning or heating?
8           A.      Heating.  No air conditioning.
9           Q.      All right.  Do you know how
10  that pressroom was heated?
11          A.      How it was heated?
12          Q.      Yes, sir.
13          A.      Just, I think, the big heaters
14  hanging from the ceiling.
15          Q.      Okay.  How about the
16  News-American, did that have air
17  conditioning or heating?
18          A.      I don't recall seeing any
19  units.  No.  I -- no -- I don't know.
20                  I'll get the right answer.
21          Q.      Let me switch gears and talk a
22  little bit about the solvents that you've
23  been talking about today.
24                  At the Baltimore Sun Calvert

JAMES COPPAGE

Page 242

1    Street location, can you tell me the color

2    of the solvent that you used in the

3    pressroom?

4            A.      Pretty clear.

5            Q.      Okay.  Was the solvents used

6    in other pressrooms that we've been talking

7    about here today always clear, or did it

8    have different colors, depending on the

9    pressroom?

10           A.      I'd say clear.

11           Q.      Okay.  Was there a person

12   responsible at the Baltimore Sun Calvert

13   Street location for unloading the trucks

14   that contained solvents and inks?

15           A.      Yes.

16           Q.      Do you know the name of that

17   person?

18           A.      No.

19           Q.      Do you know the trade, the

20   title, job title of that person?

21           A.      Paper handler.

22           Q.      How many different paper

23   handlers would be responsible for unloading

24   the truck of solvents and inks at the

JAMES COPPAGE

Page 269

1    in any pressroom where the 55 gallon drums

2    of solvents were actually stored right next

3    to the presses?

4            A.      No.

5            Q.      So when -- when you worked at

6    Baltimore Sun, the 55 gallon drums were in

7    the ink room; right?

8            A.      Of solvent or ink?

9            Q.      Solvents.

10           A.      Correct.  They wouldn't be in

11   a pressroom.

12           Q.      And when you worked at News

13   America, there were no 55 gallon drums right

14   next to the process.  They were in the ink

15   room too?

16           A.      News-American's ink was over

17   there in the corner, on the press deck.  So

18   they would be in the same room.

19           Q.      Okay.  So you're saying at

20   News America they didn't have a separate ink

21   room?

22           A.      Correct.

23           Q.      And you were aware that these

24   solvents were flammable.

Page 270

1        A.      Yes.

2        Q.      And that's obviously a great

3   potentially dangerous risk, right --

4        A.      Right.

5        Q.      -- flammability?

6                At the News America pressroom,

7   did they -- was there any precautions taken

8   to make sure that the pressroom was a

9   spark-free environment?

10       A.      Well, you couldn't smoke or

11  anything.  You got metal plates on a steel

12  floor.  You could get a spark, but we

13  certainly tried to avoid that.

14       Q.      But the presses would give off

15  heat during the runs, wouldn't they?

16       A.      Yes.

17       Q.      So it was important to have

18  solvents that had a low flash -- that had a

19  high flash point?

20               MR. DuPONT:  Objection, lacks

21       foundation.  Assumes facts.

22               THE WITNESS:  Well, there's --

23               MR. DuPONT:  Do you know?

24  BY MS. PROSSER:

JAMES COPPAGE

Page 296

1  large quantity at your workplaces that they

2  would have unloaded from tanker trucks in

3  that way?

4          A.      No. Ink and solvent, that's --

5  that's the big shipment.

6          Q.      Were -- Even if large

7  containers of solvent weren't stored on the

8  pressroom floor, were they brought out to

9  the pressroom floor to be accessible to

10 workers?

11                 MR. CAIRONE:   Objection,

12        leading.

13                 THE WITNESS:   Yes.

14 BY MR. DuPONT:

15         Q.      And do you remember the date

16 that you had your second meeting with Dr.

17 Smith?

18         A.      No, I don't.

19         Q.      All right.  Is that that

20 second meeting that he wrote down the names

21 of -- the names that appear on the exhibit

22 that you have in front of you?

23                 MR. CAIRONE:  Objection,

24        leading.

JAMES COPPAGE

Page 301

1           C E R T I F I C A T E

2

3

        I do hereby certify that I am a
4  Notary Public in good standing, that the
   aforesaid testimony was taken before me,
5  pursuant to notice, at the time and place
   indicated; that said deponent was by me duly
6  sworn to tell the truth, the whole truth,
   and nothing but the truth; that the
7  testimony of said deponent was correctly
   recorded in machine shorthand by me and
8  thereafter transcribed under my supervision
   with computer-aided transcription; that the
9  deposition is a true and correct record of
   the testimony given by the witness; and that
10 I am neither of counsel nor kin to any party
   in said action, nor interested in the
11 outcome thereof.

12        WITNESS my hand and official seal
   this 23rd day of March, 2019.

13

14

15

16

17                 _____
                   Notary Public

18

19

20

21

22

23

24

# EXHIBIT "B"

Robert Stallings
April 14, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION


CAROLYN KELLY,                )
Individually and as          )
Personal Representative      )   08:CV-493
of the Estate of NEIL        )
KELLY, Deceased, and         )
SUSANNE MARIE KELLY and       )
NEIL PATRICK KELLY            )
                             )
VS.                          )
                             )
C&W PRESSROOM PRODUCTS,       )
INC.; CHEVRON USA,           )
INCORPORATED; FLINT INK      )
CORPORATION, HANDSCHY        )
INDUSTRIES, INC., SUN        )
CHEMICAL CORPORATION,        )
UNOCAL CORPORATION, US       )
INK CORPORATION              )
                             )


ORAL AND VIDEOTAPED DEPOSITION
OF ROBERT STALLINGS
APRIL 14, 2009


ORAL DEPOSITION OF ROBERT STALLINGS, produced as a

witness at the instance of the Plaintiff and duly sworn,

was taken in the above styled and numbered cause on

April 14, 2009, from 8:45 a.m. to 12:27 p.m., before

KATERI A. FLOT-DAVIS, CSR, CCR in and for the State of

Coppage 000413

Robert Stallings
April 14, 2009

Page 9

1     his death?

2          A.  Yes, I was.

3          Q.  What type of person was Neil Kelly?

4          A.  Neil Kelly was a straightforward person.  The

5     type of person, in my opinion, and if you had him as a

6     good friend for life when the rest of the world walked

7     out on you, Neil Kelly would be lying on the side of

8     you.

9          Q.  Let's talk a little bit about when you and Neil

10    met starting in 1955.  And let's talk about all those

11    places that you know he worked at up until when he

12    stopped working, okay?

13         A.  Okay.

14         Q.  All right.  Now, you said you all were working

15    part time at News American in 1955.  What were you all

16    doing in 1955?

17         A.  We were stuffing inserts into the -- the Sunday

18    paper.

19         Q.  Did you all have a particular title or anything

20    there?

21         A.  No, it wasn't a title.  It was just a part-time

22    stuffer.

23         Q.  And how old were you in 1955?

24         A.  18.

25         Q.  And how long did you work there at News America

Coppage 000421

Robert Stallings
April 14, 2009

Page 10

1  as a, I guess a, you want to call it a --

2       A.   A stuffer.

3       Q.   -- stuffer?

4       A.   Worked there until I was hired in the pressroom

5  at the News American.

6       Q.   And do you remember what year were you hired in

7  the pressroom at News America?

8       A.   1956.

9       Q.   And what position did you get when you were

10  hired into the pressroom?

11       A.   The position was called a junior pressman.

12       Q.   When you became a junior pressman, what --

13  what, if any, position did Neil Kelly have?

14       A.   At that time, he was still working part time in

15  the mailroom stuffing those inserts in the Sunday paper.

16       Q.   What, if at any time, did Neil Kelly ever join

17  you in the pressroom?

18       A.   Approximately six months later.

19       Q.   And what position did he get in the pressroom

20  six months later?

21       A.   Junior pressman.  Same thing.

22       Q.   When he became a junior pressman six months

23  after you, was it basically the same job and

24  responsibilities that you had?

25       A.   Exactly the same job.

Coppage 000422

Robert Stallings
April 14, 2009

Page 11

1    Q.  Tell us, quickly, what a junior pressman's

2    duties and responsibilities were there at the News

3    America in roughly 1956.

4    A.  That's the lowest scale in the pressroom at the

5    time.  And the duties of a junior pressman were taking

6    ink to the press, other than -- other than black, like

7    color ink if they had spot colors for the paper.  Tying

8    waste bundles up.  And in some situations, actually

9    flying bundles of paper that were printed and came off

10   the press and also carried at that time, printing plates

11   to the press.

12   Q.  And how long were you a junior pressman?

13   A.  Approximately five years.

14   Q.  So roughly 1961 or so?

15   A.  Yes.

16   Q.  And what about Neil Kelly -- how long was he a

17   junior pressman?

18   A.  Approximately the same amount of time.

19   Q.  Now, he had a six-month lag behind you when he

20   became a junior pressman.  Was the same true in terms of

21   the length --

22   A.  He was a --

23   Q.  -- of his time as a junior pressman?

24   A.  Exactly.  He was about four to six months

25   behind me.

Coppage 000423

Robert Stallings
April 14, 2009

Page 12

1     Q.   After being a junior pressman for about five

2  years or so, what was your next position?

3     A.   It would be an apprentice.

4     Q.   Apprentice?

5     A.   Apprentice.

6     Q.   What, if any, position after junior pressman

7  did Neil Kelly take?

8     A.   He also became an apprentice.

9     Q.   And, again, what was the time difference

10  between when you became an apprentice and when Neil

11  Kelly became an apprentice?

12     A.   Approximately four to six months.

13     Q.   Now, between 1956 and 1961 when you were

14  working as a junior pressman, can you tell us what, if

15  any, chemicals you were aware of that you worked with?

16     A.   When we became apprentices?

17     Q.   No, no, no, no, no.   When you were junior

18  pressmen.

19     A.   When we were junior pressmen?

20     Q.   Yeah, between 1956 and roughly 1961, do you

21  recall any type of chemicals you were handling or

22  working around or with?

23     A.   At that category, we didn't handle any

24  materials.

25              (Discussion off the record.)

Coppage 000424

Robert Stallings
April 14, 2009

Page 14

1  Commerce and Pratt Street.

2      Q.  And what did News American print?

3      A.  They printed a metropolitan paper called The

4  News Post on a weekly.  On the Sunday paper, it was

5  called the News American.

6      Q.  So out of seven days out of the week, how many

7  times was a paper being generated?

8      A.  Seven days a week.

9      Q.  Now, so we can appreciate it here in Texas, the

10  News America was located in what city?

11      A.  Baltimore, Maryland.

12      Q.  And when you become an apprentice in 1961 or

13  so, and then Mr. Kelly about four to six months

14  afterwards, how many apprentices are working at any --

15  at that time period besides you two?  Or what's the

16  total number with you two included?

17      A.  I'm going to take an educated guess saying

18  approximately 20.

19      Q.  Did you all work the same shift, different

20  shifts?  How did that work?

21      A.  When you become an apprentice to learn the

22  printing process, at that particular time, the company

23  and the union rotated apprentices every four months.

24      Q.  And when you say rotate, rotate -- rotate at

25  the same location, rotate the different locations?  What

Coppage 000426

Robert Stallings
April 14, 2009

Page 15

1   do you mean by that?

2       A.  Two different locations.

3       Q.  What were the two different locations you all

4   would get rotated to?

5       A.  The other two locations were the Baltimore Sun

6   and a commercial printing plant called Alco-Gravure.

7       Q.  Spell that for the court reporter, please.

8       A.  A-l-c-o hyphen G-r-a-v-u-r-e.

9       Q.  Okay.

10      A.  Which is now Quevecore Printing.  It's owned by

11  Mr. Black out of Canada.

12      Q.  Now, you said rotated out of two other

13  locations?

14      A.  Correct.

15      Q.  So you were still at the News America, right?

16      A.  News American.

17      Q.  So were there three locations you all rotated

18  around, right?

19      A.  Correct, three locations.  Uh-huh.

20      Q.  Okay.  And how often would you all be rotated?

21      A.  Every four years.

22      Q.  And who would determine the rotation?

23      A.  The union had an apprentice chairman, and he

24  worked in conjunction with the foremen in all the shops.

25      Q.  Would every apprentice be rotated?

Coppage 000427

Robert Stallings
April 14, 2009

Page 17

1   size of the paper.  Lead the sheets through the

2   superstructure to get ready for the day's printing.

3   Grease the -- the folder of the press and put the proper

4   color inks in the color fountains if there was any color

5   for that day.

6              Do any cleaning up of the press in advance

7   of putting any color pages together.  And during the

8   running of the press, monitor and then maintain the

9   quality control.

10      Q.  Now, when Neil Kelly four to six months after

11  he becomes an apprentice -- he's -- he's responsible for

12  these same things, right?

13      A.  Exactly.  Uh-huh.  All apprentices were.

14      Q.  Okay.  And how would you know that Neil Kelly

15  was responsible for these things?

16      A.  Because he was an apprentice, and many times we

17  worked the same shifts and on the same press.

18      Q.  And let's just kind of put a timeline on this.

19  How long were you an apprentice?

20      A.  Approximately four and a half to five years.

21      Q.  So somewhere '61 through '66, '67?

22      A.  Yes.

23      Q.  What about Mr. Kelly?  How long was he an

24  apprentice?

25      A.  Him and I went out as journeymen together.

Coppage 000429

Robert Stallings
April 14, 2009

Page 20

1          COUNSEL:  Okay.

2      Q.  (BY MR. LONGORIA)  And how do you know that

3   those were the three that you remember?

4      A.  Well, when they delivered the drums to the

5   press, they were sitting upright on carriages.  And our

6   responsibility was to unscrew the threads and put the

7   petcock on and then cock the air valve.

8              So you were there physically touching the

9   drums, and you could see the labels.  The labels were on

10   the drums.

11      Q.  Was there anything particular that you

12   remember, for example, about the U.S. Printing Ink

13   label?

14      A.  Oh, they were very colorful.

15      Q.  Anything about the Sun Chemical Company one?

16      A.  No.  Just that they were black and white.

17      Q.  What about the Hanco one?

18      A.  They were black and white, also.

19      Q.  Let's just stick with News American, okay, and

20   the Goss printing.  We've got these three particular

21   types of 55-gallon drums that you see that you all are

22   using.

23      A.  Yes.

24      Q.  Did you know on any particular day why one

25   particular type of 55-gallon drum was used more than

Robert Stallings
April 14, 2009

Page 21

1   another?

2       A.  No.

3       Q.  And I just want to talk about your apprentice

4   time period which was roughly '61 through '66 or '67.

5               Were there any other types of manufacturers

6   of the 55-gallon drums that you were aware of besides

7   those three?

8       A.  To my knowledge, that's the only ones that

9   we -- we used all the time.

10      Q.  In terms of -- well, let's talk about this:  In

11  terms of the particular type of substance that was

12  inside of the -- what would you all call the substance

13  inside of these drums?

14      A.  We called it wash oil.

15      Q.  Wash what?

16      A.  Oil.  It was just a slang name that -- that we

17  gave it.

18      Q.  Did you all -- was there anything

19  distinguishable about the product inside of a U.S.

20  Printing Ink 55-gallon drum versus a Sun Chemical

21  Company versus a Hanco?

22      A.  They all looked the same to me.

23      Q.  And how did they look?

24      A.  They were like a clear liquid, and they had

25  like a sweet smelling odor.

Coppage 000433

Robert Stallings
April 14, 2009

Page 30

1      Q.  On any one -- at the end of the shift when you

2  were tasked with going in and cleaning the blanket

3  cylinders and plate cylinders, how much time would you

4  spend in that process of cleaning and using the solution

5  that was coming out of the 55-gallon drums?

6      A.  Well, you had a responsibility to do two

7  blanket cylinders and two plate cylinders.  And the ends

8  of the inside of the units, because ink and dirt was

9  built up there, and then, also, the outer perimeter of

10  the units.  It took a minimum of 20 minutes.

11      Q.  All right.  Now, let's back up a little bit

12  about when you started the process, you got the

13  55-gallon drums.  Where were those drums located again?

14      A.  The porters at the time would deliver them to

15  the side of the press where we were working at.

16      Q.  And you called them a coal bucket?

17      A.  Yes.

18      Q.  How big is --

19      A.  That was my description of them, yes.  They

20  looked -- to me, they looked like a coal bucket, yes.

21      Q.  Okay.

22      A.  Uh-huh.  They had -- it was round and it had a

23  big spout on it, yes.

24      Q.  People in Texas might have a hard time

25  understanding what a coal bucket is because it's kind of

Coppage 000442

Robert Stallings
April 14, 2009

Page 31

1   warm down here, so...

2       A.  That could be true.  Yes.

3       Q.  Which is why I'm kind of -- I'm kind of -- I'm

4   still kind of questioning how big is a coal bucket in

5   terms of size.  Is it a gallon, 2 gallons?

6       A.  I'm going to take an educated guess, it held

7   about 2 gallons.

8       Q.  And when the porters would deliver these

9   buckets, how full were they?

10      A.  The buckets were not filled.  We filled the

11  buckets ourselves.

12      Q.  And when you filled the bucket, you went to the

13  55-gallon drum, right?

14      A.  Yes.

15      Q.  Where would you place the bucket relative --

16      A.  Underneath the spigot and opened the spigot and

17  put like I said earlier, about a gallon, a little bit

18  more than a gallon in there, and the head valve and lift

19  the bucket up and walk to the workplace.

20      Q.  Okay.  Was every person who -- responsible for

21  their own bucket and getting their own --

22      A.  Yes, they were.  Yes, they were.

23      Q.  And how close was the 55-gallon drum to the

24  machines?

25      A.  It varied between 6 and 10 feet.

Stratos Legal Services
800-971-1127

Coppage 000443

Robert Stallings
April 14, 2009

Page 41

1    Q.  And when you all were in that maintenance mode

2  between the second week of January and two weeks before

3  Easter, when you all were doing those five,

4  five-and-a-half-hour maintenance cleaning tasks, how

5  much solution out of the 55-gallon drums would you use

6  during that time period?

7    A.  Approximately two to three drums.

8    Q.  You personally would use, though.

9    A.  Oh, no, I would use several gallons.

10    Q.  Now, when you go to the Baltimore Sun, what are

11  the -- what do you remember being the manufacturers of

12  the products that you all were using as the cleaning

13  solution at the Baltimore Sun?

14    A.  The solutions were about the same.  They use

15  the same.  The only thing, they weren't delivered to the

16  press like they was down at the News American.  We had

17  to go to the ink room to get them ourselves.

18    Q.  Okay.  You had identified a company called U.S.

19  Printing Ink, Sun Chemical Company and Hanco.

20    A.  Yes.

21    Q.  Are those the same three that you saw when you

22  went to Baltimore Sun?

23    A.  Yes.

24    Q.  And that what you all used for the Hoe press?

25    A.  Correct.

Coppage 000453

Robert Stallings
April 14, 2009

Page 42

1      Q.   During the '61 to '66, '67, going back to News

2   American and the Goss press, can you put a percentage on

3   the amount of how much do you remember the product

4   coming out of the 55-gallon drum from U.S. Printing Ink

5   versus Sun Chemical Company versus Hanco?   And what

6   would that procedure be?

7      A.   Well, I -- I observed more drums of U.S.

8   Printing Ink's and Sun Chemical than I did of Hanco.

9      Q.   Okay.   And what percentage would you put on

10   U.S. Printing Ink and Sun Chemical and Hanco, if you

11   could put a percentage on it?

12      A.   75/25, 80/20, somewhere around there.

13      Q.   Okay.   And what's -- what's the 75 and 80 going

14   to?

15      A.   The -- the 75 would be on the Sun Chemical and

16   U.S. Printing.   25 percent would be Hanco.

17      Q.   And what about when you were at Baltimore Sun,

18   what percentage was the usage do you remember in terms

19   of the 55-gallon drums there?

20      A.   That's a different question to answer.   They

21   were all sitting there, and when you went in, you just

22   went up to the first drum and got your cleaning solution

23   and went out and cleaned up.   Up there it was probably

24   more of an of 60/40, 50/50.

25      Q.   From the 60 -- 60 percent you're putting on

Coppage 000454

Robert Stallings
April 14, 2009

Page 47

1    Baltimore Sun, the -- the solution that was being used

2    -- how -- how fast would it dry?

3        A.  It -- it dried relatively fast.

4        Q.  Was it important that the solution be effective

5    and work well?

6        A.  I -- I would say yes.

7        Q.  And did it do that?

8        A.  Yes.

9        Q.  This brings us, roughly, I think in my

10   timeline, we're up to 1966, '67, you all go from

11   apprentice to what?

12       A.  To journeyman.

13       Q.  And how is a journeyman different than an

14   apprentice?

15       A.  The only difference is you make more money.

16   And you stop rotating.  You're hired on one of the

17   shops.  If a job was open, you were hired.

18       Q.  Okay.  I think you said you and Mr. Kelly,

19   became journeymen together, right?

20       A.  Yes, we did.

21       Q.  And did you all stop rotating?

22       A.  When we become journeymen, yeah.

23       Q.  Okay.

24       A.  Well, not -- not immediately.

25       Q.  How long did you all continue to rotate?

Coppage 000459

Robert Stallings
April 14, 2009

Page 48

1      A.   Prior to when we were hired on a regular basis

2 at the News American, we worked shifts on the union's

3 call room.

4      Q.   Okay.  Let's do it this way:  When -- when did

5 you all get hired on a regular basis and by who?

6      A.   We were on the call room for about a year and a

7 half.

8      Q.   So roughly up to '68, '69?

9      A.   Correct.

10      Q.   And then who hired you on a regular basis?

11      A.   We were hired both at that time at the News

12 American.

13      Q.   Now, on the -- the call room where are you all

14 working during this time period that you all become

15 journeymen before you get to being hired on the News

16 American -- where are you all being rotated to?

17      A.   On the call room, we -- we worked like similar

18 to apprentices.  Wherever they needed work and people

19 were on vacation or off sick or whatever, we filled

20 those jobs.

21      Q.   Okay.

22      A.   One day I could be at the News; the next day I

23 could be at the Sun; the next day I could be at

24 Alco-Gravure.

25      Q.   Okay.  Was it just those three shops?

Coppage 000460

Robert Stallings
April 14, 2009

Page 53

1  of the News American, which was 1986.  So I'm -- I'm

2  saying it's 1981.

3        Q.  In 1981, was there a concern that News American

4  at that time was going to be closing?

5        A.  It was rumors flying around, yes.  Uh-huh.

6        Q.  Okay.  Where -- where are you in 1981?  Do

7  you -- do you go with him to Baltimore Sun?

8        A.  No.  No, I -- stupid me, I stayed at the News

9  American.

10        Q.  You said News American shut down in --

11        A.  1986.

12        Q.  Were you there when it shut down?

13        A.  Yes, I was.

14        Q.  Okay.  And so what do you do after that?

15        A.  I -- luckily, all of us in the pressroom, it

16  was approximately 27 people, within a six-month

17  timeframe, were all hired regular at the Baltimore Sun.

18        Q.  So between '81 and late '86 or so, maybe '87,

19  you're not working on a daily basis with Mr. Kelly?

20        A.  No.

21        Q.  Do you know what position he takes at the

22  Baltimore Sun?

23        A.  He -- when he left the News and went to

24  Baltimore Sun, he was hired as a journeyman pressman.

25        Q.  Do you know how long he was a journeyman

Coppage 000465

Robert Stallings
April 14, 2009

Page 63

1   says, the MS-1453.

2                Do you see that one?

3       A.  Yes.

4       Q.  It says a combination of solvents with

5   excellent cutting strength, slower drying than MS-405,

6   right?

7       A.  Yes.

8       Q.  I think you testified earlier that the solvents

9   coming out of the 55-gallon drums were -- dried fast?

10      A.  They would dry in several minutes, yes.

11      Q.  Okay.  And you're not -- can you tell us what

12  particular model number of the -- the Hanco -- Hanco

13  solution that you remember seeing in the 55-gallon drum?

14      A.  No, I can't.

15      Q.  Okay.  All right.  Turn the page for a second,

16  sir.

17      A.  All right.

18      Q.  Okay.  Do you see where you've got MS-2740,

19  MS-2337, MS-1200, MS-2353?

20               Do you see that?

21      A.  Yes.

22      Q.  It says blanket and roller cleaner, right?

23      A.  Yes.

24      Q.  Okay.  You -- you were never aware or you were

25  never told that the -- the product coming out of the

Coppage 000475

Robert Stallings
April 14, 2009

Page 69

1   room that's 15 basketball courts wide, had like a --

2   walkways between them as wide as this table here.

3          A.   Approximately, yes.

4          Q.   About an arm's breadth wide.

5               And that was true of how the presses were

6   set up inside the old News American pressroom; is that

7   correct?

8          A.   Yes.

9          Q.   Were they set up exactly the same in the new

10  pressroom?

11         A.   Very similar, yes.

12         Q.   Okay.   And earlier you testified about the way

13  in which 55-gallon drums of solvent would be delivered

14  alongside the presses.   Is that how it was done at the

15  old News American pressroom?

16         A.   Again, I'm not sure of the question you're

17  asking.

18         Q.   That's fine.

19         A.   The old News American, right?

20         Q.   In the -- in the old building that News

21  American had, were the 55-gallon drums delivered

22  alongside the presses?

23         A.   Of the presses, yes.

24         Q.   Okay.   And that's when you would get what you

25  described as like a 2-gallon bucket to get the solvent

Robert Stallings
April 14, 2009

Page 70

1   out from the 55-gallon drums from the valve into the

2   bucket?

3       A.   Correct.

4       Q.   Was that the same way that the solvent was

5   delivered and used in the new pressroom at News

6   American?

7       A.   Yes, it was.

8       Q.   And how were the 55-gallon drums -- how did the

9   porters bring them to the presses?

10      A.   They were delivered on the bottom floor, and

11  the -- the paper and shipping department would take them

12  off the delivery trucks and store them in the -- in the

13  area in the bottom.

14          And when the porters needed a 55-gallon

15  drum, they would go downstairs and tell the shipping

16  department what they needed.

17          The shipping department would put them on

18  the freight elevator, and the freight elevator would

19  bring it upstairs, and the porters would take it from

20  there.

21      Q.   Okay.  Did they have like a pallet with a

22  handle that they would pull the 55-gallon drums

23  alongside the presses?

24      A.   A pallet, meaning what?

25      Q.   Earlier I think you described a -- something

Robert Stallings
April 14, 2009

Page 97

1      Q.  Would you wear any type of hat?

2      A.  A general hat that is used throughout the

3  industry.  You make it yourself.

4              You get a newspaper and you fold it up and

5  it's square and you put it on your head.  That's the

6  hat -- type of hat we have.

7      Q.  And no type of mask?

8      A.  No, no type of mask.

9      Q.  What about goggles?

10      A.  Goggles?  No.  No goggles.

11      Q.  Are you currently retired?

12      A.  I'm currently retired.

13      Q.  How long have you been retired?

14      A.  2002.

15      Q.  Have you ever filed a lawsuit before?

16      A.  Pertaining to what?

17      Q.  Anything.

18      A.  Workers' Comp.

19      Q.  More than one?

20      A.  Twice.

21      Q.  What were the conditions for the Workers' Comp.

22  lawsuits?

23      A.  Rotator cuff injury, and I slipped and fell and

24  hurt my knee.

25      Q.  Okay.  No other type of lawsuits ever been

Robert Stallings
April 14, 2009

Page 144

1      A.  Yes, they are.

2      Q.  (BY MR. PRIMAVERA)  Okay.  Now, you told

3  your -- you told us earlier that you never wore a

4  respirator.

5      A.  No.

6      Q.  Let me ask that question a legal differently.

7              Have you ever worn any respiratory

8  protection?

9      A.  No.

10     Q.  Did you ever ask any of your employers for any

11  respiratory protection?

12     A.  No.

13     Q.  Did you ever ask anyone at the union if you

14  could be afforded respiratory protection for your job?

15     A.  No.

16             MR. PRIMAVERA:  Mr. Stallings, I appreciate

17  your time.  I believe that's all the questions I have

18  for you.

19                     EXAMINATION

20  BY MR. LIPINSKI:

21     Q.  Mr. Stallings, my name is Ronald Lipinski.  I

22  represent one of the defendants in this case.

23             Earlier you were shown a couple of exhibits

24  there about Hanco products.

25             Do you know any of the MS numbers for any

Coppage 000556

Robert Stallings
April 14, 2009

Page 145

1  Hanco product that was in use during your time that you
2  told us about?
3      A.  Absolutely not.
4      Q.  And you've told us from when you began using
5  solvents to clean up as an apprentice through when you
6  retired, the material came in 55-gallon drums, correct?
7      A.  Correct.
8      Q.  Through the course of the years, were you aware
9  of any changes in either the effectiveness or the smell
10 of any of these solvents that you used over the years?
11     A.  Occasionally.  They would bring a gallon of
12 something new around, try it to see how it works.
13     Q.  Do you know when that was?
14     A.  Different time frames, different years.  They
15 tried everything over the years at different times.  And
16 sometimes they maybe even brought a second gallon in.
17              Most of the time, some of the products
18 stunk so bad and didn't work, they never -- we'd never
19 see it again.
20     Q.  Do you have any memory of what those products
21 were?
22     A.  No, I have no idea.
23     Q.  When you were an apprentice, did you take
24 classes about the printing industry?
25     A.  About what.

Coppage 000557

Robert Stallings
April 14, 2009

Page 153

1   deposition is a true record of the testimony given by

2   the witness;

3       There was a request for examination and signature

4   of the witness to the deposition transcript.  The

5   original transcript was sent for review on

6   _____ to the witness or to the attorney

7   for the witness for examination, signature and return to

8   me by _____;

9       I further certify that I am neither counsel for,

10  related to, nor employed by any of the parties or

11  attorneys in the action in which this proceeding was

12  taken, and further that I am not financially or

13  otherwise interested in the outcome of the action.

14      Certified to by me this ___ of _____ ,_____.

15

16

17  _____
    Kateri A. Flot-Davis
18  Texas CSR No. 8462
    Expiration Date: 12-27-09
19  Stratos Legal Services, LP
    Firm No. 484
20  1001 West Loop South, Ste. 809
    Houston, Texas 77027
21  (713) 481-2180
    (800) 971-1127

22

23

24

25

# EXHIBIT "C"



## CAUTION: ACID. AVOID CONTACT WITH THE SKIN OR EYES.

* * *

### DIRECTIONS

To overcome a stripped steel roller condition, apply HANCO STEEL ROLLER DE-OXIDIZER to the top distributor ink roller.

This can be done either with ink on the roller or after press has been washed up. For extreme cases of stripping, repeat the application.

Be sure all HANCO STEEL ROLLER DE-OXIDIZER is removed from rollers with your regular press wash-up solution before operating press.

NOTE: Special care should be taken to avoid any of this solution coming in contact with press plate as it is injurious to the image.

1175 - 214

### HANDSCHY CHEMICAL CO.

# H•C PRODUCTS

## STEEL ROLLER DE-OXIDIZER

HANDSCHY CHEMICAL CO.
2525 N. Elston Av., Chicago, Ill. 60647
Cincinnati • Cleveland • Indianapolis
Milwaukee • Minneapolis • Toledo

DANGER! POISON!
HARMFUL VAPOR.

### DANGER! FLAMMABLE!

This product contains more than 15% of Benzene (Benzol) which is extremely flammable. Keep away from heat and open flame. Use adequate ventilation.

Avoid prolonged or repeated breathing of vapors or contact with skin.

Harmful or fatal if swallowed. If swallowed, do not induce vomiting. Call physician immediately.



CONFIDENTIAL

Case 1:18-cv-03823-SAG   Document 178-2   Filed 12/23/19   Page 56 of 131

**Controlled**

a specially formulated fountain solution
signed to prevent formation of trouble-
and sediment in press water fountains
fungi and bacteria. It does not affect the
f working qualities of the fountain etch.
l quart plastic bottles.

| | |
|---|---|
| .....................per qt. | 2.25 |
| .....................per qt. | 1.75 |
| .....................per qt. | 1.50 |

### N SPRAY

do the job
redients
te personnel

rollers and fountain to prevent ink drying
lunch hours, press changes and overnight
adding ink for easier wash-up. Spray over
to and mix with ink to slow down drying.

| | |
|---|---|
| .....................each | 2.75 |
| .....................each | 2.50 |
| .....................each | 2.25 |
| .....................each | 2.10 |
| .....................each | 2.00 |
| .....................each | 1.95 |

ans to a case.

### (Economy Pack)

y as above but in liquid form in cans.

| | |
|---|---|
| .....................per pt. | 1.75 |
| .....................per gal. | 7.25 |
| s.....................per gal. | 6.75 |

### ? • No Abrasives
### gh Hands

ifies all ink, dirt, grease, etc. for instant
wiping or rinsing off. The cosmetic grade
leave hands soft and smooth. Contains
nolin. Antiseptic action provided by Hexa-
e G-11*

| | |
|---|---|
| .....................per qt. | 1.25 |
| .....................per case | 12.00 |

*change without notice.*

---

**PRODUCTS**

### X-1217 Dampener Wash (Concentrate)

A liquid soap with exceptional ability to quickly remove grease and ink from
dampener roller covers. Control tests show it to have a ph value close to neutral.
Will not injure fabric. See prices below.

### MS-1841 "L" Dampener Wash (Concentrate) Low Foam

Low foam, quick acting detergent formulated especially for the purpose of sepa-
rating ink, dirt and grease from dampener roller fabrics. Close to neutral ph factor.
Easy to rinse out. Use 6 ounces per gallon of water for a normal working solution.
Excellent for Jomac machine.

| | | | |
|---|---|---|---|
| | 1X1 gallon.....................per gal. | 4.00 |
| Prices for X-1217 | 6X1 gallon.....................per gal. | 3.25 |
| & MS-1841 | 12X1 gallon.....................per gal. | 2.90 |
| | 1X5 gallon.....................per gal. | 2.90 |
| | 5X5 gallons.....................per gal. | 2.80 |
| | 1X30 gallons.....................per gal. | 2.65 |
| | 1X54 gallons.....................per gal. | 2.50 |

### STEEL ROLLER COMPOUNDS
### MS-216 Steel Roller De-Oxidizer (Liquid)



Best remedy for stripped rollers. May be applied
either with ink on the press or after wash-up. Quick
and efficient.

| | | |
|---|---|---|
| 1X1 pint .....................per pt. | 1.65 |
| 12X1 pint .....................per pt. | 1.40 |

### MS-1648 Copperizing Solution for Steel Rollers

Chemically coats steel rollers with a layer of copper to eliminate stripping. Im-
proves ink spread on rollers.

| | | |
|---|---|---|
| 1X1 pint .....................per pt. | 2.00 |
| 12X1 pint .....................per pt. | 1.80 |
| 1X1 quart .....................per qt. | 3.00 |
| 12X1 quart.....................per qt. | 2.75 |
| 1X1 gallon.....................per gal. | 8.00 |

### X-1582 Burnishine's Putz Pomade

Removes glaze from rubber rollers and stops stripping on steel rollers.

| | | |
|---|---|---|
| 1X1 lb.....................per lb. | 2.75 |
| 1X5 lb.....................per lb. | 1.99 |

*Prices subject to change without notice.*



---

H-D001450



## ANCHOR PRODUCTS

Velvee - non-flammable gum glaze remover and rubber rejuve:

Four-Pak (4x1 qt. plastic bottles)............................... per pak
Carton of 4 Four-Paks ............................................. per pak

## STEEL ROLLER COMPOUNDS

**MS - 216 Steel Roller De-Oxidizer (Liquid)**

Best remedy for stripped rollers. May be applied either with in
press or after wash-up. Quick and efficient.

1 X 1 pint    ..................................................... per pt. 2
12 X 1 pint   ..................................................... per pt. 1



## SENEFIX SOLUTION

Senefix is the ideal solution to prevent or remove stripping, str
or blind spots from steel rollers. Senefix may be used on the s
rollers without removing them from the press. It is composed of
irely volatile materials and will leave no residue.

Quarts    ....................................................... each 6
Quarts    ....................................................... dozen 5

## MS-1648 COPPERIZING SOLUTION

**for steel rollers**

Chemically coats steel rollers with a layer of copper to elimin
stripping. Improves ink spread on rollers.

1 X 1 pint    ..................................................... per pt.  2.
12 X 1 pint   ..................................................... per pt.  2.
1 X 1 quart   ..................................................... per qt.  3.
12 X 1 quart  ..................................................... per qt.  2.
1 X 1 gallon  ..................................................... per gal. 10.



## X-1582 BURNISHINE'S PUTZ POMADE

Removes glaze from rubber rollers and stops stripping on steel roll
1 x 1 lb    ...................................................... per lb. 3.
1 x 5 lb.   ...................................................... per lb. 2.

51

H-D002001



**HANDSCHY CHEMICAL CO.**
2525 N. ELSTON AVENUE
CHICAGO, ILLINOIS 60647

✳MANUFACTURERS OF FINE LITHOGRAPHIC INKS AND CHEMICALS

# TECHNICAL BULLETIN

**NUMBER**

TECHNICAL BULLETIN                    145

JULY 24, 1972

TO ALL TECHNICAL PERSONNEL, SALES PERSONNEL
AND DISTRIBUTORS OF THE HANDSCHY CHEMICAL CO.

### FLASH POINTS ON HANCO SOLVENTS

WITH THE INSTITUTION OF THE OCCUPATIONAL SAFETY
AND HEALTH ACT OF 1970, THE NUMBER OF INQUIRIES ON
THE FLAMMABILITY OF OUR SOLVENT PRODUCTS, HAS IN-
CREASED GREATLY AND PROMPTS DISTRIBUTION OF THIS
DATA TO HELP YOU TO PROVIDE THE ANSWERS.

THIS IS AN EXTENDED LIST AND IT SUPERSEDES
TECHNICAL BULLETIN #83 ISSUED AUG. 6, 1965.

THE DESIGNATION, NO INITIAL FLASH POINT, DOES NOT
MEAN THAT THE SOLVENT WILL NOT BURN.  SUCH SOLVENTS
BECOME FLAMMABLE WHEN THE NON-FLAMMABLE PORTIONS ARE
ALLOWED TO EVAPORATE.

ALL FLASH POINTS WERE DETERMINED BY THE TAG
CLOSED CUP METHOD, USUALLY DESIGNATED AS T.C.C.

THE DATA IS AS FOLLOWS:

| NUMBER | DESCRIPTION | FLASH POINT |
|--------|-------------|-------------|
| MS-121 | HANCOHOLD | $40^\circ$ F. |
| MS-180 | HANCO BLANKET CONDITIONER | BELOW $20^\circ$ F. |
| MS-216 | STEEL ROLLER DEOXIDIZER | BELOW $20^\circ$ F. |
| MS-405 | SPECIAL TYPE WASH | BELOW $10^\circ$ F. |
| MS-408 | HANCOLITE | BELOW $20^\circ$ F. |
| MS-567 | HANCO LITHOTINE | $110^\circ$ F. |
| MS-623 | BLANKET & ROLLER CLEANER | NO INITIAL FLASH POINT |
| MS-678 | TYPE WASH | BELOW $20^\circ$ F. |

CONTINUED NEXT PAGE

NOTE: This is valuable information! Please read and retain for reference.

H-D000969



**HANDSCHY CHEMICAL CO.**
2525 N. ELSTON AVENUE
CHICAGO, ILLINOIS 60647

MANUFACTURERS OF FINE LITHOGRAPHIC INKS AND CHEMICALS

# TECHNICAL BULLETIN

TECHNICAL BULLETIN

**NUMBER** 145

JULY 24, 1972

| NUMBER | DESCRIPTION | FLASH POINT |
|---|---|---|
| MS-1107 | DEEP ETCH ALCOHOL SOLVENT | $32^0$ F. |
| MS-1200 | BLANKET & ROLLER CLEANER | NO INITIAL FLASH POINT |
| MS-1205 | BLANKET & ROLLER CLEANER | NO INITIAL FLASH POINT |
| X-1230 | ISOPROPYL ALCOHOL | $55^0$ F. |
| X-1231 | HANCO SOLVENT | $105^0$ F. |
| MS-1274 | BLANKET & ROLLER NEW | $91^0$ F. |
| MS-1403 | BLANKET LACQUER | $77^0$ F. |
| MS-1453 | TYPE CLEANER | BELOW $20^0$ F. |
| MS-1516 | SPECIAL TYPE WASH | BELOW $20^0$ F. |
| MS-1517A | SAFETY TYPE WASH | NO INITIAL FLASH POINT |
| X-1542 | TURPENTINE | $92^0$ F. |
| MS-1644 | ANHYDROSOL "E" 99% WATER FREE | $60^0$ F. |
| MS-1648 | COPPERIZING SOLUTION FOR STEEL ROLLERS | $55^0$ F. |
| MS-1759 | KWIK PRESS KLEEN SOLVENT | $140^0$ F. |
| MS-2337 | BLANKET & ROLLER CLEANER | NO INITIAL FLASH POINT |
| MS-2353 | BLANKET & ROLLER CLEANER | $75^0$ F. |
| MS-2740 | BLANKET & ROLLER CLEANER | $102^0$ F. |
| MS-2782 | BLANKET HARDENER | $40^0$ F. |
| MS-3272 | D.A.R FOUNTAIN SOLUTION ADDITIVE | $53^0$ F. |
| MS-3585 | TYPE CLEANER | NO INITIAL FLASH POINT |
| MS-3695 | HANCOLITE (LESS TOXIC-ILLINOIS TYPE) | BELOW $20^0$ F. |

SINCERELY YOURS,

*Joseph F. Krause*

JOSEPH F. KRAUSE
TECH. DIRECTOR

NOTE: This is valuable information! Please read and retain for reference.

H-D000970

MS-3695    Illinois Hensolite

2 lbs  Methanol  X-1733  (25%)
2 lbs  Acetone   X-1555  (25%)
4 lbs  Toluol    X-1685  (50%

20 c.c  MS-1440 per drum (Dye)

H-D000971

August 25, 1977

Warren Packaging Corporation
P. O. Box 3498
1730 Rockingham Road
Davenport, Iowa  52808

Attention:  Mr. R. P. Choate

Dear Mr. Choate:

      With reference to your letter of inquiry relating
to the containment of benzene in the products you purchase
from us, please be advised that none is present in any
manufactured by us at the present time.

      Benzene was only used in two of our solvent
cleaners and in two other litho chemicals, products which
our records indicate, you never purchased from us in the
past.

                                 Very truly yours,

                                 HANDSCHY CHEMICAL CO.

                                 Jos. F. Krause
                                 Technical Director

JFK:db

H-D001158

HANCO STEEL ROLLER DE-OXIDIZER

MS216

ASSURANCE OF CONFIDENTIALITY – Any NIOSH contractor having access to this information is legally required by contract to hold all such information confidential.

REQUEST NUMBER   02786750935992

| | COMPONENT NAME | APRX PER CENT | P | T | NIOSH ONLY |
|---|---|---|---|---|---|
| 1. | ISOPROPANOL | 59 | | | |
| 2. | HYDROCHLORIC ACID 35 % | 05 | | | |
| 3. | BENZOL | 36 | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |

☐ Patent exists on this product.

☐ This product analysis contains trade secret information.  The nature of this information is described on an accompanying sheet.

☐ If you have used supplemental sheets, please indicate how many.

CDC 2.1 (NIOSH)
10/73

Form Approved
OMB No. 68-R-1337

H-D000770

# EXHIBIT "D"



## X-1231 HANCO SOLVENT

A safe, efficient, economical aliphatic solvent. Excellent for pre
washup, thinning developing inks and asphaltum, washing ink
asphaltum from plates. Safe for most synthetic and rubber blanke
and rollers. Does not contain carbon tetrachloride.

| | | |
|---|---|---|
| 1 x 1 gallon | ................................................... | per gal. 1. |
| 6 x 1 gallon | ................................................... | per gal. 1. |
| 1 x 5 gallons | ................................................... | per gal. 1. |
| 5 x 5 gallons | ................................................... | per gal. . |
| 1 x 54 gallons | ................................................... | per gal. . |



## SOLVEZE

For cuts, type, electros, blankets, rollers. Fast acting, powerful so
vent mixture that quickly removes all grease, dried ink and resinou
material.

| | | |
|---|---|---|
| 1 x 1 gallon | ................................................... | per gal. 2. |
| 6 x 1 gallon | ................................................... | per gal. 2. |
| 1 x 5 gallons | ................................................... | per gal. 2. |
| 5 x 5 gallons | ................................................... | per gal. 2. |
| 1 x 45 gal. drum (Drum non-returnable) | ................................................... | per gal. 1. |



## INSTACLEAN Blanket and Roller Cleaner

Clear. Very fast drying. Thoroughly cleans blankets and rollers i
shortest possible time leaving them in excellent working conditio
Our most popular number.

| | | | |
|---|---|---|---|
| CANADIAN | 1 x 5 gallons | ................................................... | per gal. 2. |
| GALLONS | 5 x 5 gallons | ................................................... | per gal. 1. |
| | 1 x 45 gallons (non-returnable drum) | | per gal. 1. |



## MS-405 SPECIAL TYPE WASH

For cuts type, electros. Fast acting, powerful solvent mixture tha
quickly removes all grease, dried ink and resinous material.

| | | |
|---|---|---|
| 1 x 1 gallon | ................................................... | per gal. 2. |
| 6 x 1 gallon | ................................................... | per gal. 2. |
| 1 x 5 gallons | ................................................... | per gal. 2. |
| 5 x 5 gallons | ................................................... | per gal. 2. |

47

H-D001997



# EMCO™ CHEMICAL DISTRIBUTORS, INC.

P.O. Box 822
2100 Commonwealth Avenue
North Chicago, IL 60064
312/689-2200

Chemical Packaging

**TYPEWASH      MS405        EMCO5563**

*Thompson-Hayward Formula*

. 100 GALS. = 710 LBS.

| 1) A. TOLUENE | 75.00 GALS. | 75.00% |
| B. METHANOL | 12.50 GALS. | 12.50% |
| C. ACETONE | 12.50  GALS. | 12.50% |
| | 100.00gals | 100.00% |

MIX WELL, THEN ADD DYE:

| D. MS 706 DYE "RED" | 42.72 OZ. | 0.39% Dye Solution |

$$100.00 \text{ gals} = 710 \text{ lbs}$$

$$+ \quad 2.75 \text{ Lbs of MS706 "Dye"}$$

$$712.75 \text{ lbs}$$

$$\frac{2.75}{712.75} = \frac{x}{100} \qquad X = 0.39\% \text{ Dye Solution}$$

1) Color has to be a very good match to Standard.

CONFIDENTIAL

H-D001346

Ms-405                    Dye                              4-25-72

1 gal       Ms-405
7 grams     X-1855

2 gal lbs

CONFIDENTIAL

# SAFETY DATA SHEET
## FOR PRINTING INK AND RELATED MATERIALS
(Rev. 6-76)

## Section I

**MANUFACTURER'S NAME**

HANDSCHY INDUSTRIES, INC.

**EMERGENCY PHONE NO.**
(312) 276-6400

**STREET ADDRESS (No., City, State, Zip)**

2525 N. ELSTON AVE., CHICAGO, IL 60647

**PRODUCT CLASS**
PRESS CHEMICAL

**TRADE NAME**   HANCOLITE GLAZE CLEANER

**MANUFACTURERS CODES**

MS-405;   MS-678

## Section II — HAZARDOUS INGREDIENTS

| INGREDIENT | PERCENT | TLV PPM | TLV mg/m³ | LEL | VAPOR PRESS. mmHg @ 20 |
|---|---|---|---|---|---|
| Aromatic Hydrocarbon | 75 | 25 | | 1.4 | 75 |
| Ketone | 12.5 | 1000 | | 2.6 | 186 |
| Alcohol | 12.5 | 200 | | 6.0 | 92 |

## Section III — PHYSICAL DATA

**BOILING RANGE**   130 - 275°F.

**VAPOR DENSITY**   [X] HEAVIER.   [ ] LIGHTER. THAN AIR

**EVAPORATION RATE**   [ ] FASTER   [X] SLOWER. THAN ETHER

**PERCENT VOLATILE BY VOLUME**   100

**WEIGHT PER GALLON**   7.185 lbs.

## Section IV — FIRE AND EXPLOSION HAZARD DATA

**DOT CATEGORY**   Extremely flammable.

**FLASH POINT**   Below 20°F.

**LEL**   1.4

**EXTINGUISHING MEDIA**
Foam, $CO_2$, and Dry Chemicals.

**UNUSUAL FIRE AND EXPLOSION HAZARDS**

Treat as oil fire.   Recommend self-contained breathing apparatus.

**SPECIAL FIRE FIGHTING PROCEDURES**   Toxic vapor.   Control by adequate ventilation.

August 25, 1977

Warren Packaging Corporation
P. O. Box 3498
1730 Rockingham Road
Davenport, Iowa  52808

Attention:  Mr. R. P. Choate

Dear Mr. Choate:

      With reference to your letter of inquiry relating
to the containment of benzene in the products you purchase
from us, please be advised that none is present in any
manufactured by us at the present time.

      Benzene was only used in two of our solvent
cleaners and in two other litho chemicals, products which
our records indicate, you never purchased from us in the
past.

                                Very truly yours,

                                HANDSCHY CHEMICAL CO.

                                Jos. F. Krause
                                Technical Director

JFK:db

H-D001158

MS-405   (A-5 SOLVENT)                    5/28/76

ACETONE    12%
METHANOL   12%
BENZOL     76%

WCP

CONFIDENTIAL

H-D001174

# EXHIBIT "E"

H - G L A Z E   C L E A N E R          E M 5 4 3 1

### Material Safety Data Sheet

00-730         Provided by EMCO CHEMICAL DISTRIBUTORS, INC.          Page 1
                      BOX 822    NORTH CHICAGO, ILL
evision Date: 8/6/85
    This MSDS is being provided to your company for the purpose of providing
    current health and safety information to your management and for your
    employees who work with this material.   Please read the information on
    these sheets, and then provide this information to those people at your
    company whose responsibility it is to comply with FEDERAL and STATE
    RIGHT TO KNOW regulations.   Also make this information available to
    any employee who requests it.

              It is your obligation to comply with this Act.

    HANDSCHY                                                        1244
    Attn: JACK VELCHEK
    2525 N. ELSTON
    CHICAGO, IL    60647


    If EMCO CHEMICAL DISTRIBUTORS considers the formula of this product
    to be a trade secret, the exact chemical names of the ingredient(s) and
    the percentages in which they are combined will not appear in the body
    of this sheet.   The exact composition is available upon request to
    physicians, industrial hygienists and other health professionals.


### Section I - PRODUCT IDENTIFICATION
```
****************************************************************************
*                                                                        *
* Producer's Name: EMCO CHEMICAL DISTRIBUTORS, INC.                      *
*                                                                        *
* Address: 2100 COMMONWEALTH AVENUE                                      *
*          NORTH CHICAGO, IL 60064                                       *
*                                                                        *
* Regular Phone Number: (312) 689-2200                                   *
*                                                                        *
* Emergency Telephone Number: (312) 689-2200                             *
*                                                                        *
* Chemical Name and Synonyms:  HANCOLITE GLAZE CLEANER                   *
*                                                                        *
* Chemical Family:  MIXTURES                                             *
*                                                                        *
* Trade Name and Synonyms:  HANCOLITE GLAZE CLEANER                      *
*                                                                        *
* Formula:   SEE SECTION 2                                               *
*                                                                        *
* Hazard Classification:   FLAMMABLE LIQUID,N.O.S.-FLAMMABLE LIQUID      *
*                          UN 1993                                       *
*                                                                        *
****************************************************************************
```

### Section II - HAZARDOUS COMPONENTS
```
****************************************************************************
*                                                                        *
*          Ingredient                   Percent       PEL                *
*          ----------                   -------       ---                *
*                                                                        *
* TOLUENE (CAS# 108-88-3)                      TLV: 100 PPM              *
*                                                                        *
* METHANOL (CAS# 67-65-1)                      TLV: 200 PPM (SKIN)       *
*                                                                        *
* ACETONE (CAS# 67-64-1)                       TLV: 750 PPM              *
*                                                                        *
****************************************************************************
```

### Section III - PHYSICAL DATA - TYPICAL
```
****************************************************************************
*                                                                        *
*********************         Continued on Page 2     *********************
```

H-D000403

H - G L A Z E   C L E A N E R       E M 5 4 3 1
Material Safety Data Sheet

00-730        Provided by EMCO CHEMICAL DISTRIBUTORS, INC.        Page 2
                    BOX 822   NORTH CHICAGO, ILL
evision Date: 8/6/85

Section III - PHYSICAL DATA - TYPICAL (continued)
```
*****************************************************************************
*                                                                          *
* Initial Boiling Point:  125 F                                            *
*                                                                          *
* Vapor Pressure: N/A                                                      *
*                                                                          *
* Vapor Density: HEAVIER THAN AIR( LIQUID DENSITY: LIGHTER THAN WATER ).   *
*                                                                          *
* Solubility in Water: N/A                                                 *
*                                                                          *
* Specific Gravity: N/A                                                    *
*                                                                          *
* Percent Volatiles:  100% BY WEIGHT                                       *
*                                                                          *
* Evaporation Rate:  NOT ESTABLISHED                                       *
*                                                                          *
* Appearance and Odor:  CLEAR,VIOLET TINGED LIQUID WITH ODOR OF PAINT      *
*     REMOVER.                                                             *
*                                                                          *
*****************************************************************************
```

Section IV - FIRE AND EXPLOSION DATA
```
*****************************************************************************
*                                                                          *
* Flash Point: 20 F (TCC)                                                  *
*                                                                          *
* Flammable Limits:  NOT ESTABLISHED                                       *
*                                                                          *
* Extinguishing Media:  FOAM,CO2, DRY CHEMICAL.                            *
*                                                                          *
* Special Firefighting Procedures:  WATER MAY BE USED TO COOL FIRE-        *
*     EXPOSED CONTAINERS. DO NOT ALLOW WATER TO SPREAD TO THE              *
*     BURNING LIQUID. FIREFIGHTERS SHOULD WEAR SELF-CONTAINED              *
*     BREATHING APPARATUS AND COMPLETE PERSONAL PROTECTIVE EQUIPMENT.      *
*                                                                          *
* Unusual Fire & Explosion Hazards:  BLEND IS EXTREMELY FLAMMABLE. VAPORS  *
*     ARE HEAVIER THAN AIR AND MAY TRAVEL A CONSIDERABLE DISTANCE TO A     *
*     SOURCE OF IGNITION AND FLASHBACK.                                    *
*                                                                          *
*****************************************************************************
```

Section V - HEALTH HAZARD DATA
```
*****************************************************************************
*                                                                          *
* Permissible Exposure Level: SEE SECTION 2                                *
*                                                                          *
* Effects of Over Exposure:  EYE: IRRITATION SKIN: IRRITATION AND/OR       *
*     DERMATITIS UPON REPEATED OR PROLONGED CONTACT. INHALATION:           *
*     IRRITATION OF THE EYE, NOSE AND THROAT, NARCOSIS, DIZZINESS,         *
*     UNCONSCIOUSNESS; INGESTION: POISONOUS, CAUSES BLINDNESS,NARCOSIS,    *
*     ETC., LEADING TO SEVERE ILLNESS OR DEATH.                           *
*     PRIMARY ROUTES OF ENTRY: DERMAL AND INHALATION.                      *
*                                                                          *
* Emergency and First Aid Procedures: EYES: FLUSH WITH LARGE AMOUNT OF     *
*     WATER FOR AT LEAST 15 MINUTES, SEEK PHYSICIAN. SKIN: WASH WITH       *
*     SOAP AND WATER. INHALATION: MOVE VICTIM TO FRESH AIR, GIVE           *
*     OXYGEN OR ARTIFICIAL RESPIRATION IF NEEDED, SEEK PHYSICIAN.          *
*     INGESTION: DO NOT INDUCE VOMITING, BUT CONTACT A PHYSICIAN           *
*     IMMEDIATELY. SIGNS AND SYMPTOMS OF POISONING MAY NOT BE              *
*     EVIDENT IMMEDIATELY AFTER INGESTION.                                 *
*                                                                          *
************************** Continued on Page 3  **************************
```

H-D000404

H - G L A Z E   C L E A N E R       E M 5 4 3 1
Material Safety Data Sheet

00-730        Provided by EMCO CHEMICAL DISTRIBUTORS, INC.        Page 3
                     BOX 822   NORTH CHICAGO, ILL
evision Date: 8/6/85

Section VI - REACTIVITY DATA
```
*****************************************************************************
*                                                                         *
* Stability:  STABLE                                                      *
*                                                                         *
* Incompatibility: CONTACT WITH IGNITION SOURCES (FLAMES,SPARKS,          *
*     HOT SURFACES,ETC. ), STRONG ACIDS.                                  *
*                                                                         *
* Hazardous Decomposition Products: NOT AVAILABLE.                        *
*                                                                         *
* Hazardous Polymerization:  WILL NOT OCCUR.                              *
*                                                                         *
*****************************************************************************
```

Section VII - SPILL OR LEAK PROCEDURES
```
*****************************************************************************
*                                                                         *
* STEPS TO BE TAKEN IN CASE MATERIAL IS RELEASED OR SPILLED:  ELIMIIATE   *
*     ALL IGNITION SOURCES. VENTILATE THE AREA. USE FOAM TO CONTROL       *
*     VAPORS. COLLECT SPILLS WITH AN ABSORBENT. FLUSH LARGE SPILLS        *
*     INTO A SUITABLE RETENTION AREA OR CONTAINER. AVOID RUN OFF INTO     *
*     STORM SEWERS OR DITCHES. KEEP OUT OF ALL NATURAL WATERWAYS.         *
*                                                                         *
* WASTE DISPOSAL METHOD: HAZARDOUS WASTE BY IGNITABILITY. DISPOSE OF      *
*     MATERIAL IN ACCORDANCE WITH ALL APPLICABLE FEDERAL,STATE ,COUNTY    *
*     AND LOCAL ENVIRONMENTAL AND POLLUTION REGULATIONS. WASTE DISPOSAL   *
*     MUST NOT LEAD TO ENVIRONMENTAL CONTAMINATION.                       *
*                                                                         *
*****************************************************************************
```

Section VIII - PROTECTIVE EQUIPMENT TO BE USED
```
*****************************************************************************
*                                                                         *
* Respiratory Protection:  USE NIOSH, APPROVED CARTRIDGE OR CANNISTER     *
*     RESPIRATOR.                                                         *
*                                                                         *
* Ventilation: LOCAL MECHANICAL EXHAUST RECOMMENDED TO KEEP VAPOR         *
*     CONCENTRATION BELOW TLV.                                            *
*                                                                         *
* Protective Gloves: NEOPRENE OR RUBBER GLOVES.                           *
*                                                                         *
* Eye Protection:  GOGGLES OR FACE SHIELD.                                *
*                                                                         *
* Other Protective Equipment:  USE AN IMPERVIOUS BODY COVERING AND        *
*     BOOTS. SAFETY SHOWER AND EYE WASH SHOULD BE AVAILABLE.              *
*                                                                         *
*****************************************************************************
```

Section IX - SPECIAL PRECAUTIONS OR OTHER COMMENTS
```
*****************************************************************************
*                                                                         *
* Precautions to be taken in handling and storing: EXTREMELY FLAMMABLE    *
*     LIQUID. KEEP STORED IN A CLOSED CONTAINER, IN A COOL, DRY AREA,     *
*     AWAY FROM IGNITION SOURCES. USE AND STORE WITH ADEQUATE             *
*     VENTILATION. THIS PRODUCT MAY BE FATAL OR CAUSE BLINDNESS IF        *
*     INGESTED. CANNOT BE MADE NON-POISONOUS. PROLONGED OR REPEATED       *
*     BREATHING OF VAPOR IS HARMFUL. DO NOT GET IN EYES,OR ON SKIN OR     *
*     CLOTHING. CONTAMINATED CLOTHING SHOULD BE REMOVED IMMEDIATELY.      *
*     DO NOT EAT, DRINK, OR SMOKE WHILE USING THIS PRODUCT. WASH          *
*     THOROUGHLY WITH SOAP AND WATER AFTER USING.                        *
*                                                                         *
* Other Precautions:  DO NOT EXPOSE EMPTY CONTAINERS TO FIRE, SPARKS      *
*                                                                         *
*********************** Continued on Page 4  ***************************
```

H-D000405

H − G L A Z E   C L E A N E R        E M 5 4 3 1

Material Safety Data Sheet

OO−730          Provided by EMCO CHEMICAL DISTRIBUTORS, INC.          Page 4
                        BOX 822   NORTH CHICAGO, ILL
evision Date: 8/6/85

```
          Section IX − SPECIAL PRECAUTIONS OR OTHER COMMENTS (continued)
*****************************************************************************
*                                                                         *
*      OR FLAMES AS RESIDUAL VAPORS MAY BE EXPLOSIVE.                      *
*                                                                         *
*      OSHA CLASS IB FLAMMABLE LIQUID                                     *
*                                                                         *
*      HMIS HAZARD RATING:                                                *
*      HEALTH−2                                                           *
*      FLAMMABILITY−3                                                     *
*      REACTIVITY−2                                                       *
*                                                                         *
* Date Entered: 4/1/86                                                    *
*                                                                         *
* Revision Date: 8/6/85                                                   *
*                                                                         *
*                                                                         *
*****************************************************************************
```

H-D000406

Form Approved
Budget Bureau No. 44-R1387
Approval Expires April 30, 1971

Form No. LSB-OOS-4
May 1969

# U.S. DEPARTMENT OF LABOR

### WAGE AND LABOR STANDARDS ADMINISTRATION
#### Bureau of Labor Standards

# MATERIAL SAFETY DATA SHEET

## SECTION I

| | |
|---|---|
| MANUFACTURER'S NAME | HANDSCHY INDUSTRIES, INC. |
| EMERGENCY TELEPHONE NO. | (312) 276-6400 |

ADDRESS *(Number, Street, City, State, and ZIP Code)*   2525 ELSTON AVE., CHICAGO, IL 60647

CHEMICAL NAME AND SYNONYMS   BENZENE, BENZOL

TRADE NAME AND SYNONYMS   X-1200, X-1240

CHEMICAL FAMILY   AROMATIC HYDROCARBON

FORMULA   $C_6H_6$

## SECTION II   HAZARDOUS INGREDIENTS

| PAINTS, PRESERVATIVES, & SOLVENTS | % | TLV (Units) | ALLOYS AND METALLIC COATINGS | % | TLV (Units) |
|---|---|---|---|---|---|
| PIGMENTS | | | BASE METAL | | |
| CATALYST | | | ALLOYS | | |
| VEHICLE | | | METALLIC COATINGS | | |
| SOLVENTS * | 100 | 10 PPM | FILLER METAL PLUS COATING OR CORE FLUX | | |
| ADDITIVES | | | OTHERS | | |
| OTHERS | | | | | |

| HAZARDOUS MIXTURES OF OTHER LIQUIDS, SOLIDS, OR GASES | % | TLV (Units) |
|---|---|---|
| * CEILING CONCENTRATION 25 PPM.  MAXIMUM PEAK 50 PPM FOR 10 MIN. | | |

## SECTION III   PHYSICAL DATA

| | | | |
|---|---|---|---|
| BOILING POINT (°F.) | 176 | SPECIFIC GRAVITY (H₂O=1) | .88 |
| VAPOR PRESSURE (mm Hg.)   68°F | 74.3 | PERCENT VOLATILE BY VOLUME (%) | 100 |
| VAPOR DENSITY (AIR=1) | 2.8 | EVAPORATION RATE ( Bu Ac =1) | 6 |
| SOLUBILITY IN WATER   G/100 G | .07 | | |

APPEARANCE AND ODOR   COLORLESS LIQUID.  AROMATIC

## SECTION IV   FIRE AND EXPLOSION HAZARD DATA

| FLASH POINT (Method used) | FLAMMABLE LIMITS | Lel | Uel |
|---|---|---|---|
| 12°F   (T.C.C.) | | 7.1 | 1.3 |

EXTINGUISHING MEDIA   FOAM IS MOST EFFECTIVE.  CARBON DIOXIDE AND DRY CHEMICAL ALSO RECOMMENDED.

SPECIAL FIRE FIGHTING PROCEDURES   WATER SPRAY CAN BE USED.  SELF-CONTAINED BREATHING APPARATUS IS RECOMMENDED FOR FIREMEN.

UNUSUAL FIRE AND EXPLOSION HAZARDS   VAPORS FORM EXPLOSIVE MIXTURE WITH AIR, MAY TRAVEL TO IGNITION SOURCE AND FLASH BACK.

H-D000677

## SECTION V   HEALTH HAZARD DATA

THRESHOLD LIMIT VALUE

EFFECTS OF OVEREXPOSURE IRRITATION OF MUCUOUS MEMBRANES, FATIGUE, DIZZINESS, HEADACHE, NAUSEA, LOSS APPETITE, PALLOR, IRRITABILITY, NERVOUSNESS

EMERGENCY AND FIRST AID PROCEDURES
INHALATION: CALL PHYSICIAN. OXYGEN SHOULD BE ADMINISTERED ONLY BY QUALIFIED PERSON.
INGESTION: DO NOT INDUCE VOMITING. CALL PHYSICIAN.  SKIN & EYES: REMOVE CONTAMINATED CLOTHING. FLUSH EYES WITH WATER FOR AT LEAST 15 MINUTES.

## SECTION VI   REACTIVITY DATA

| STABILITY | UNSTABLE | | CONDITIONS TO AVOID | |
|---|---|---|---|---|
| | STABLE | X | AVOID OXIDIZING AGENTS. | |

INCOMPATABILITY (Materials to avoid)

HAZARDOUS DECOMPOSITION PRODUCTS

| HAZARDOUS POLYMERIZATION | MAY OCCUR | | CONDITIONS TO AVOID | |
|---|---|---|---|---|
| | WILL NOT OCCUR | X | | |

## SECTION VII   SPILL OR LEAK PROCEDURES

STEPS TO BE TAKEN IN CASE MATERIAL IS RELEASED OR SPILLED

EXCESSIVE QUQNTITIES SHOULD BE PREVENTED FROM ENTERING DRAINS & SEWERS.
SEE MCA SAFETY DATA SHEET SD-2, P.9

WASTE DISPOSAL METHOD

DO NOT SEWER.  CAN BE ATOMIZED INTO AN APPROVED COMBUSTION CHAMBER.

## SECTION VIII   SPECIAL PROTECTION INFORMATION

RESPIRATORY PROTECTION (Specify type)

| VENTILATION | LOCAL EXHAUST          PREFERRED | SPECIAL |
|---|---|---|
| | MECHANICAL (General)          SPARK PROOF MANDATORY | OTHER |

PROTECTIVE GLOVES   SYNTHETIC RUBBER | EYE PROTECTION FACE SHIELD & CHEMICAL SAFETY GOGGLES.

OTHER PROTECTIVE EQUIPMENT   SEE MCA SAFETY DATA SHEET SD-2 P. 6-7

## SECTION IX   SPECIAL PRECAUTIONS

PRECAUTIONS TO BE TAKEN IN HANDLING AND STORING          EXTREMELY FLAMMABLE. HARMFUL VAPOR.
KEEP AWAY FROM HEAT, SPARKS, AND FIRE.

OTHER PRECAUTIONS          SEE MCA SAFETY DATA SHEET SD-2, PP. 9-12.

# MATERIAL SAFETY DATA SHEET
## FOR PRINTING INKS AND RELATED MATERIALS

INFORMATION ON THIS FORM IS PROPRIETARY INFORMATION AND FURNISHED
SOLELY FOR THE USE OF OUR CUSTOMERS

DATE OF PREP. __8/6/85__  PREPARED BY _____

| HAZARD RATINGS | |
|---|---|
| Slight .......... 1 | |
| Moderate ....... 2 | |
| Serious ......... 3 | |
| Severe ......... 4 | |

| | |
|---|---|
| HEALTH | |
| FLAMMABILITY | |
| REACTIVITY | |

## Section I

PERSONAL PROTECTION S

**MANUFACTURER'S NAME:** HANDSCHY INDUSTRIES, INC.
**STREET ADDRESS:** 120 - 25TH AVE.   **CITY, STATE AND ZIP CODE:** BELLWOOD, IL 60104
**EMERGENCY TELEPHONE NUMBER:** (312) 276-6400
**PRODUCT CLASS:**                                                MS-3695
**TRADE NAME:** HANCOLITE GLAZE CLEANER   **MANUFACTURER'S CODE IDENTIFICATION:** MS-408; X-2077

## Section II - HAZARDOUS INGREDIENTS

| Ingredient: | Hazard Data: |
|---|---|
| TOLUENE CAS # 108-88-3 | TLV 100 PPM |
| METHANOL CAS# 67-65-1 | TLV 200 PPM |
| ACETONE CAS # 67-64-1 | TLV 1000 PPM |

## Section III - PHYSICAL DATA

| BOILING RANGE °F 125 - 240 | VAPOR DENSITY: HEAVIER ☒ vs. air LIGHTER ☐ | LIQUID DENSITY: HEAVIER ☐ vs. water LIGHTER ☒ | TYPE OF ODOR PAINT REMOV |
|---|---|---|---|
| APPEARANCE CLEAR, VIOLET TINGED LIQUID | EVAPORATION RATE FASTER ☐ vs. Butyl Acetate SLOWER ☐ | PERCENT VOLATILE WT. 100 | |

## Section IV - FIRE & EXPLOSION DATA

| FLAMMABILITY CLASSIFICATION | OSHA  1B FLAMMABLE DOT  LIQUID | FLASH POINT °F  20 (Method Used)  TCC | LEL NO DATA |
|---|---|---|---|

**EXTINGUISHING MEDIA:**

☒FOAM   ☐"ALCOHOL" FOAM   ☐CO2   ☒DRY CHEMICAL   ☐WATER FOG   ☐OTHER

**UNUSUAL FIRE AND EXPLOSION HAZARDS**
BLEND IS EXTREMELY FLAMMALBE; VAPORS ARE HEAVIER THAN AIR AND MAY TRAVEL A CO
SIDERABLE DISTANCE TO A SOURCE OF IGNITION AND FLASHBACK

**SPECIAL FIREFIGHTING PROCEDURES** WATER MAY BE USED TO COOL FIRE-EXPOSED CONTAINERS. DO NOT ALLO
WATER TO SPREAD TO THE BURNING LIQUID. FIREFIGHTERS SHOULD WEAR SELF-CONTAINED BREATHING
APPARATUS AND COMPLETE PERSONAL PROTECTIVE EQUIPMENT.

# Section V - HEALTH HAZARD DATA

**EFFECTS OF OVEREXPOSURE**
EYE: IRRITATION; SKIN: IRRITATION AND/OR DERMITITIS UPON REPEATED OR PROLONGED CONTACT;
INHALATION: IRRITATION OF EYE, NOSE AND THROAT, NARCOSIS, DIZZINESS, UNCONSCIOUSNESS;
INGESTION: POISONOUS, CAUSES BLINDNESS, NARCOSIS, ETC., LEADING TO SEVERE ILLINESS OR DEATH.

| PRIMARY ROUTE(S) OF ENTRY: | ☒DERMAL | ☒INHALATION |
|---|---|---|

**EMERGENCY AND FIRST AID PROCEDURES** EYE: FLUSH WITH LARGE AMOUNT OF WATER FOR AT LEAST 15 MIN
SEEK PHYSICIAN; SKIN: WASH WITH SOAP AND WATER; INHALATION: MOVE VICTIM TO FRESH AIR, GIVE
OXYGEN OR ARTIFICIAL RESPIRATION IF NEEDED, SEEK PHYSICIAN; INGESTION: DO NOT INDUCE VOMITIN
BUT CONTACT A PHYSICIAN IMMEDIATELY. SIGNS & SYMPTOMS OF POISONING MAY NOT BE EVIDENT IMMEDI
AFTER INGESTION.

# Section VI - REACTIVITY DATA

| PRODUCT STABILITY | ☒STABLE | ☐UNSTABLE |
|---|---|---|

**CONDITIONS TO AVOID** CONTACT WITH IGNITION SOURCES (FLAMES, SPARKS, HOT SURFACES, ETC.) STRONG
ACIDS

# Section VII - SPILL OR LEAK PROCEDURES

**PROCEDURE WHEN MATERIAL SPILLED OR RELEASED**
ELIMINATE ALL IGNITION SOURCES. VENTILATE THE AREA. USE FOAM TO CONTROL VAPORS. COLLECT S
SPILLS WITH AN ABSORBENT. FLUSH LARGE SPILLS INTO A SUITABLE RETENTION AREA OR CONTAINER.
AVOID RUN-OFF INTO STORM SEWERS OR DITCHES. KEEP OUT OF ALL NATURAL WATERWAYS.
HAZARDOUS WASTE BY IGNITABILITY. DISPOSE OF MATERIAL IN ACCORDANCE WITH ALL APPLICABLE FED
**WASTE DISPOSAL METHOD** STATE, COUNTY, & LOCAL ENVIRONMENTAL & POLLUTION REGULATIONS. WASTE DI
POSAL MUST NOT LEAD TO
ENVIRONMENTAL CONTAMINATION.

# Section VIII - SPECIAL PROTECTION INFORMATION

**VENTILATION** LOCAL MECHANICAL EXHAUST RECOMMENDED TO KEEP VAPOR CONCENTRATION BELOW TLV.

**PROTECTIVE GLOVES** NEOPRENE OR RUBBER GLOVES

**RESPIRATORY PROTECTION** IF VAPOR CONCENTRATIONS ARE HIGH **EYE PROTECTION** GOGGLES, FACE SHIELD
USE NIOSH; APPROVED CARTRIDGE OR CANISTER RESPIRATOR

**OTHER PROTECTIVE EQUIPMENT** USE AN IMPERVIOUS BODY COVERING & BOOTS. SAFETY SHOWER & EYE WASH
SHOULD BE AVAILABLE.

# Section IX - SPECIAL PRECAUTIONS

**HANDLING AND STORING**
EXTREMELY FLAMMABLE LIQUID. KEEP STORED IN A CLOSED CONTAINER, IN A COOL, DRY AREA, AWAY FROM
IGNITION SOURCES. USE & STORE WITH ADEQUATE VENTILATION. THIS PRODUCT MAY BE FATAL OR CAUSE
BLINDNESS IF INGESTED. CANNOT BE MADE NON-POISONOUS. PROLONGED OR REPEATED BREATHING OF VAP
IS HARMFUL. DO NOT GET IN EYES, OR ON SKIN OR CLOTHING. CONTAMINATED CLOTHING SHOULD BE REMO
IMMEDIATELY. DO NOT EAT, DRINK, OR SMOKE WHILE USING THIS PORDUCT. WASH THOROUGHLY WITH SOA
& WATER AFTER USING.

**OTHER PRECAUTIONS**
DO NOT EXPOSE EMPTY CONTAINERS TO FIRE, SPARKS, OR FLAMES AS RESIDUAL VAPORS MAY BE EXPLOSIV

THIS FORM IS SUPPLIED AS AN INDUSTRY SERVICE BY THE NATIONAL ASSOCIATION OF PRINTING INK MANUFACTURERS INC.
(Information on this form is supplied by the individual ink manufacturer)

NAPIM 4 - 85

H-D000680

MATERIAL SAFETY DATA SHEET

UNOCAL 76
UNOCAL CHEMICALS DIVISION
PETROCHEMICALS GROUP

Product Name: THINNER 24548
Product Code No: 24548

Page 1 of 7
Issue Date 10/04/88

----------------------------------------------------------------

| MANUFACTURER | Transportation Emergencies: |
|---|---|

MANUFACTURER

UNOCAL CHEMICALS DIVISION
UNION OIL COMPANY OF CALIFORNIA
1345 N. MEACHAM
SCHAUMBURG, ILLINOIS  60196

CONTACT FOR FURTHER INFORMATION:
MSDS COORDINATOR  (312) 619-2644

Transportation Emergencies:
Call CHEMTREC
(800) 424-9300 Cont. U.S.
(202) 483-7616 (Collect)
from Alaska & Hawaii
Health Emergencies:
CALL LOS ANGELES POISON
INFORMATION CENTER (24 hrs.)
(800) 356-3129

----------------------------------------------------------------

PRODUCT IDENTIFICATION

----------------------------------------------------------------

PRODUCT NAME:            THINNER 24548

GENERIC NAME:            SOLVENT BLEND

DOT PROPER
SHIPPING NAME:           PAINT RELATED MATERIAL

ID NUMBER:               NA1263

DOT HAZARD
CLASSIFICATION:          FLAMMABLE LIQUID

----------------------------------------------------------------

SECTION I - HAZARDOUS INGREDIENTS/EXPOSURE LIMITS

----------------------------------------------------------------

| HAZARDOUS INGREDIENTS | CAS NUMBER | TLV/PEL | UNITS | AGENCY | TYPE |
|---|---|---|---|---|---|
| TOLUENE | 108-88-3 | 200 | PPM | OSHA | TWA |
|  |  | 100 | PPM | ACGIH | TWA |
|  |  | 150 | PPM | ACGIH | STEL |
|  |  | 300 | PPM | OSHA | CEIL |
|  |  | 500 | PPM | OSHA | EXCUR |
|  |  | 200 | PPM | CAL OSHA | EXCUR |
| ACETONE | 67-64-1 | 1000 | PPM | OSHA | TWA |
|  |  | 750 | PPM | ACGIH | TWA |
|  |  | 1000 | PPM | ACGIH | STEL |
|  |  | 3000 | PPM | CAL OSHA | CEIL |
| METHANOL | 67-56-1 | 200 | PPM | OSHA | TWA |
|  |  | 200 | PPM | ACGIH | TWA |
|  |  | 250 | PPM | ACGIH | STEL |
|  |  | 1000 | PPM | CAL OSHA | CEIL |
|  |  | 600 | PPM | CAL OSHA | EXCUR |

Product Name: THINNER 24548                                    Page 3 of 7
Product Code No: 24548                                         Issue Date 10/04/88

----------------------------------------------------------------------
SECTION IA - THIS PRODUCT CONTAINS THE FOLLOWING CHEMICALS SUBJECT TO
             THE REPORTING REQUIREMENTS OF SARA 313 AND 40 CFR 372:
----------------------------------------------------------------------

| LISTED INGREDIENTS | CAS NUMBER | WEIGHT PERCENT RANGE |
|---|---|---|
| TOLUENE | 108-88-3 | 49.50 - 50.00 |
| METHANOL | 67-56-1 | 24.75 - 25.00 |
| ACETONE | 67-64-1 | 24.75 - 25.00 |

---

## SECTION II - EMERGENCY AND FIRST AID PROCEDURES

---

EYE CONTACT:
Immediately move victim away from exposure to vapors and into fresh air.
If irritation or redness develops, flush eyes with clean water and seek
immediate medical attention. For direct contact, hold eyelids apart and
flush the affected eye(s) with clean water for at least 20 minutes. Seek
immediate medical attention.

SKIN CONTACT:
Remove contaminated clothing. Cleanse affected area(s) thoroughly by
washing with mild soap and water. If irritation or redness develops and
persists, seek medical attention.

INHALATION (BREATHING):
* If respiratory symptoms or other symptoms of exposure develop, move victim
away from source of exposure and into fresh air. If symptoms persist,
seek immediate medical attention. If victim is not breathing, artificial
respiration should be administered. If breathing difficulties develop,
oxygen shoud be administered by qualified personnel. Seek immediate
medical attention.

INGESTION (SWALLOWING):
Seek emergency medical attention. This material is toxic and an aspiration
hazard. If victim is drowsy or unconscious, place on the left side with
head down and do not give anything by mouth. If victim is conscious and
alert, vomiting should be induced for ingestions of more than 1 swallow
(1-2 tablespoons for an adult) preferably with syrup of ipecac under
direction from a physician or poison center. If possible, do not leave
victim unattended.

COMMENTS:
Note to Physicians: Exposure to high concentrations of this material
(e.g., in enclosed spaces or with deliberate abuse) may be associated
with cardiac arrhythmias. Epinephrine and other sympathomimetic drugs
may initiate cardiac arrhythmias in persons exposed to this material.
Other drugs with less arrhythmogenic potential should be considered. If
sympathomimetic drugs are administered, observe for the development of
cardiac arrhythmias.
* Note to Physicians: This product contains methanol. Methanol is
metabolized to formaldehyde and formic acid. This in turn may cause
metabolic acidosis, visual disturbances and blindness. Because metabolism
must occur before the toxic effects, the onset of toxic symptoms may be
delayed from 6 to 30 hours following ingestion. Ethanol competes for the
same metabolic pathway and has been used as an antidote. Methanol is
effectively removed by hemodialysis.

---

## SECTION III - HEALTH HAZARDS/ROUTES OF ENTRY

---

EYE CONTACT:
* One or more components of this material is a severe eye irritant. Direct
contact with the liquid or exposure to vapors or mists may cause stinging,
tearing, redness, swelling and eye damage.

SKIN CONTACT:
* One or more components of this material may cause skin irritation.
Prolonged or repeated contact may cause redness, burning and drying and
cracking of the skin and skin damage.

SKIN ABSORPTION:
* Contact may result in skin absorption but symptoms of toxicity are not
anticipated by this route alone under normal conditions of use.
Persons with pre-existing skin disorders may be more susceptible to the
effects of this material.

H-D000683

Product Name: THINNER 24548
Product Code No: 24548

--------------------------------------------------------------------------
SECTION III - HEALTH HAZARDS/ROUTES OF ENTRY
--------------------------------------------------------------------------

   INHALATION (BREATHING):
*    This material has a low degree of toxicity by inhalation.  Breathing
    high concentrations of vapors or mists may cause:
        Irritation of the nose and throat.
        Signs of nervous system depression (e.g., drowsiness
        dizziness, loss of coordination and fatigue).
        Irregular heartbeats (arrhythmias).
*       Nausea and vomiting.
*       Headaches.
*       Pulmonary edema (accumulation of fluid in the lungs).
*       Prolonged or repeated exposure to vapors or mists may cause:
*       Visual disturbances
*       (including blindness).
    Respiratory symptoms associated with pre-existing lung disorders (e.g.,
    asthma-like conditions) may be aggravated by exposure to this material.

   INGESTION (SWALLOWING):
*    One or more components of this material is toxic and may be harmful if
    swallowed.  Symptoms of toxicity may include:
        Irritation of the digestive tract.
        Signs of nervous system depression (e.g., drowsiness,
        dizziness, loss of coordination, and fatigue).
        Abdominal pain.
        Visual disturbances.
        (Including blindness).
        Convulsions.
        Coma.
        Death.

   ASPIRATION HAZARD - One or more components of this material can enter
   lungs during swallowing or vomiting and cause lung inflammation and
   damage.

   COMMENTS:

   Pre-existing Heart, Kidney disorders may be aggravated by
   exposure to this material.

*   Results of tests in workers exposed to high concentrations have shown that
   Toluene, a component of this product, can cause irreversible changes in the
   genetic material (DNA) of a cell.  The human health consequence of these
   changes is not fully understood.

   Intentional misuse by deliberate inhalation of toluene has been shown to
   cause liver, kidney and brain damage.

*   Prolonged or repeated skin contact of acetone has caused cataracts in
   laboratory animals.

   This substance has not been identified as a carcinogen or probable
   carcinogen by NTP, IARC or OSHA.

   Reports have associated repeated and prolonged occupational overexposure
   to solvents with permanent brain and nervous system damage (sometimes
   referred to as Solvent or Painters' Syndrome).  Intentional misuse by
   deliberately concentrating and inhaling the contents may be harmful or
   fatal.

H-D000684

---

## SECTION IV - SPECIAL PROTECTION INFORMATION

---

VENTILATION:
If current ventilation practices are not adequate to maintain airborne concentrations below established exposure limits (see Section I), additional ventilation or exhaust systems may be required. Where explosive mixtures may be present, electrical systems safe for such locations must be used.

RESPIRATORY PROTECTION:
The use of respiratory protection is advised when concentrations exceed the estabished exposure limits, (See Section I). Depending on the airborne concentration, use a respirator or gas mask with appropriate cartridges and cannisters (NIOSH approved, if available) or supplied air equipment.

PROTECTIVE GLOVES:
The use of gloves impermeable to the specific material handled is advised to prevent skin contact and possible irritation.

EYE PROTECTION:
Approved eye protection to safeguard against potential eye contact, irritation or injury is recommended.

OTHER PROTECTIVE EQUIPMENT:
It is suggested that a source of clean water be available in the work area for flushing eyes and skin. Impervious clothing should be worn as needed.

---

## SECTION V - REACTIVITY DATA

---

STABILITY:
Stable

INCOMPATIBILITY (MATERIALS TO AVOID):
This product forms combustible and/or explosive mixtures with air and/or oxygen.
This product is incompatible with:
Strong Acids or Bases
Oxidizing Agents
Selected Amines

HAZARDOUS DECOMPOSITION PRODUCTS:
Thermal decomposition in the presence of air may yield carbon monoxide and/or carbon dioxide.

HAZARDOUS POLYMERIZATION:
Will Not Occur

H-D000685

Product Name: THINNER 24548                                          Page 6 of 7
Product Code No: 24548                                               Issue Date 10/04/88

--------------------------------------------------------------------------------

## SECTION VI - SPILL OR LEAK PROCEDURES

                                        *** HIGHWAY OR RAILWAY SPILLS ***
                                   Call CHEMTREC (800) 424-9300 Cont. U.S.
                              (Collect)  (202) 483-7616 from Alaska & Hawaii

--------------------------------------------------------------------------------

PRECAUTIONS IN CASE OF RELEASE OR SPILL:
    Stay upwind and away from spill.  Keep all sources of ignition and hot
    metal surfaces away from spill.  If spill is indoors, ventilate area of
    spill.  A universal type foam can be used to suppress vapors.  Keep spill
    out of drains, sewers or waterways.  Use sand or other inert materials to
    dam and contain spill.  Do not flush area with water.  For small spills,
    do not flush with water; use absorbent pads.  Call spill response team if
    large spill.  Notify appropriate state/local agencies.

(TOLUENE) DOT/CERCLA Reportable Quantity   2000 LB.

WASTE DISPOSAL METHOD:
    Dispose of product in accordance with local, county, state, and federal
    regulations.

--------------------------------------------------------------------------------

## SECTION VII - STORAGE AND SPECIAL PRECAUTIONS

--------------------------------------------------------------------------------

HANDLING AND STORAGE PRECAUTIONS:
    Keep containers tightly closed.  Keep containers cool, dry, and away from
    sources of ignition.  Use and store this product with adequate ventilation.
    Avoid inhalation of vapors and personal contact with the product.  Use
    good personal hygiene practice.  "Empty" containers retain residue (liquid
    and/or vapor) and can be dangerous.  Do not pressurize, cut, weld, braze,
    solder, drill, grind or expose such containers to heat, flame, sparks or
    other sources of ignition; they may explode and cause injury or death.
    "Empty" drums should be completely drained, properly bunged and promptly
    shipped to the supplier or a drum reconditioner.  All other containers
    should be disposed of in an environmentally safe manner and in accordance
    with governmental regulations.  Before working on or in tanks which contain
    or have contained this product, refer to occupational safety and health
    administration regulations, ANSI Z49.1, and other governmental and
    industrial references pertaining to cleaning, repairing, welding, or other
    contemplated operations.

--------------------------------------------------------------------------------

## SECTION VIII - FIRE AND EXPLOSION HAZARD DATA

--------------------------------------------------------------------------------

|          |                   | HAZARD RANKING |        |                   |
|----------|-------------------|----------------|--------|-------------------|
| NFPA     | HEALTH HAZARD: 2  | 0 = LEAST      | HMIS   | HEALTH HAZARD: 2* |
| HAZARD   | FLAMMABILITY: 3   | 1 = SLIGHT     | HAZARD | FLAMMABILITY: 3   |
| CLASS    | REACTIVITY: 0     | 2 = MODERATE   | CLASS  | REACTIVITY: 0     |
|          | OTHER: -          | 3 = HIGH       |        | OTHER: -          |
|          |                   | 4 = EXTREME    |        |                   |

LOWER - UPPER EXPLOSIVE LIMIT (% VOL.): 1.0 - 36.0   EST. FLASH POINT (Deg. Fahr.):   0
* Long Term Health Effect

--------------------------------------------------------------------------------

EXTINGUISHING MEDIA:
    Extinguish with dry chemical, CO2 or a universal type foam.

FIRE AND EXPLOSION HAZARDS:
    Flashback along vapor trail may occur.  This material is extremely
    flammable and may be ignited by heat, sparks, flame or static electricity.

FIRE FIGHTING PROCEDURES:
    The use of a SCBA is recommended for fire fighters.  Water spray may be
    useful in minimizing vapors and cooling containers exposed to heat and
    flame.  Avoid spreading burning liquid with water used for cooling
    purposes.

H-D000686

Product Name: THINNER 24548
Product Code No: 24548

---

## SECTION IX - PHYSICAL DATA

APPROX. BOILING POINT (Deg Fahr)

133 - 232

RELATIVE EVAP. RATE
(n-BuOAc = 1)

3.75 (Estimated)

VAPOR PRESSURE

93.9 mm Hg @20 C (Est.)

% VOLATILE

100.0 (Estimated)

% SOLUBILITY IN WATER

50.1 (Estimated)

VAPOR DENSITY

2.38

SPECIFIC GRAVITY (60F/60F)

0.832 (Estimated)

APPEARANCE

Clear, little if any color

ODOR

Characteristic

---

## SECTION X - DOCUMENTARY INFORMATION

ISSUE DATE: 10/04/88
ISSUE #        2

PREV. DATE: 04/29/88
PREV. #        1

REVIEWED BY: _____

---

### DISCLAIMER OF EXPRESSED AND IMPLIED WARRANTIES

The information in this document is believed to be correct as of the date issued.
HOWEVER, NO WARRANTY OF MERCHANTABILITY, FITNESS FOR ANY PARTICULAR PURPOSE OR ANY OTHER WARRANTY IS EXPRESSED OR IS TO BE IMPLIED REGARDING THE ACCURACY OR COMPLETENESS OF THIS INFORMATION. THE RESULTS TO BE OBTAINED FROM THE USE OF THIS INFORMATION OR THE PRODUCT, THE SAFETY OF THIS PRODUCT, OR THE HAZARDS RELATED TO ITS USE.
This information and product are furnished on the condition that the person receiving them shall make his own determination as to the suitability of the product for his particular purpose and on the condition that he assume the risk of his use thereof.

---

H-D000687

*See attached in 408. Toxic to blood forming tissues.*

January 5, 1977

Hughes Aircraft Company
Aerospace Group
Tucson Division
Tucson, Arizona   85706

ATTENTION:  B. Ortiz

Dear Mr. Ortiz:

  Enclosed is the information you requested
from the Mix & Match Corp., on our Hancolite
Glaze Cleaner MS-408, as it relates to the spec-
ifics entered on your Hazardous Materials Inform-
ation Sheet.

            Sincerely,

            HANDSCHY CHEMICAL CO.

            Joseph F. Krause
            Technical Director

H-D000411

# HAZARDOUS MATERIALS INFORMATION SHEET

*(Please complete all applicable sections.)*

| Number | |
|---|---|

MS-408

1. Product Name, Number, Synonym _Hancolite Glaze Cleaner_ Chemical Formula _____
2. Manufacturer's Name _Handschy Chemical Co._
3. Manufacturer's Address _2525 North Elston Avenue, Chicago, Illinois 60647_
4. Chemical and Physical Properties: a. Molecular Wt. _____ b. Boiling Point _56 — 79_ °C
   c. Melting Point _____°C  d. Specific Gravity (water=1) or Bulk Density _0.844_
   @ _25/4_ °C  e. Vapor Density (air=1) _2.1_  f. Vapor Pressure (mm Hg) _110_
   @ _____°C;  _____°C;  @ _____°C;
   g. Solubility _in water, 50%_
   h. pH/conc. _N.A._  i. Index of Refraction _____ @ _____°C
   j. Corrosive action on materials (e.g. aluminum, carbon steel, copper, rubber, plastics, etc.)
   _Will dissolve rubber and plastics gradually_
   k. Does the material decompose when exposed to air? water? heat? strong oxidizers? possible products?
   _Wouldn't decompose when exposed to air or water, but it is dangerous when exposed to heat and will react vigorously with strong oxidizers._
   l. Does the material generate heat through polymerization or condensation? _NO_
   m. Composition  *(give chemical names of components; information will be treated as* **CONFIDENTIAL***)*

| COMPOUND | PERCENT | COMPOUND | PERCENT |
|---|---|---|---|
| Benzene | 50 | | |
| Methanol | 25 | | |
| Acetone | 25 | | |
| | | | |
| | | | |

NOTE:  Please be specific.  For example, it is important to know whether an alcohol is methanol; an aromatic
hydrocarbon is benzene; a chlorinated material is carbon tetrachloride, etc.

5. Flammability and Explosive Properties: a. Flash Point, F, Closed Cup _Below 20°F_

   Open Cup _____ If flash point changes during evaporation give data _____
   b. Explosive limits (% by vol. in air): LOWER _3.9_  UPPER _14.3_
   c. Susceptibility to spontaneous heating: YES _____ NO _✓_
   d. Fire point, F _____ Auto-ignition temp., F _____
   e. What products might be formed in the event of fire or abnormal temperatures? _CO₂, CO_
   f. Suitable extinguishing agents _Foam CO₂ and Dry Chemicals_
6. Procedures in case of container breakage or leakage _Mop up and Discard_
7. Transportation and Storage Requirements _Treat as Flammable and Toxic material._

12639 T (REV 8/73)

H-D000412

8. Physiological Properties *(give animal tested, observation time, dosage value and range, dilution medium, etc.):*
   a. Acute oral toxicity *Slight toxicity local, Severe toxicity Systemic*
   b. Acute local effects on eyes *Moderate*
   c. Acute local effects on skin. Primary irritant? *Moderate*
   Sensitizer? _____
   d. Acute inhalation toxicity *(vapor, mist, fume, dust. Indicate effects of concentration and time.)*
   *Moderate toxicity Systemic), Slight toxicity local.*
   e. Chronic effects *It has a toxic action on the blood forming tissue*
   f. Warning properties *(odor; irritation of eyes, nose, throat)* *Bluish Liquid with Aromatic Odor.*
   g. Threshold limit value *(estimate, if not on current list of ACGIH)* *59 P.P.M.*
9. First Aid Treatment:
   a. Skin contact *Wash with Soap and Water.*
   b. Eye contact *Flush with Water for (15) minutes*
   c. Inhalation *Remove to Fresh Air*
   d. Antidote and treatment in case of swallowing *Call physician immediately. Do not induce vomiting*
10. Recommended Pre-placement or Periodic Medical Examination *(health standards, clinical tests, frequency, etc.)*
    *Blood Examination including hemoglobin determinations, White and red cell counts and differential smears.*
11. Precautions for Normal Conditions of Use *Highly Flammable, Avoid prolonged Skin Contact*
12. Recommended Personal Protective Equipment *Synthetic Rubber Gloves and Face Shield.*
13. Suggested Method for Air Analysis _____
14. Pertinent Literature References *Dangerous properties of Industrial Materials by N. Irving Sax*
15. Information Furnished By: NAME *JOSEPH F. KRAUSE*          DATE *1/4/76*
    TITLE *TECHNICAL DIRECTOR*
    COMPANY *Handschy Chemical Co.*
    ADDRESS *2525 Elston Ave Chicago, Ill. 60647*

*(If more space is needed for comment, please attach an additional sheet.  Please attach product information data sheets or other publications related to the safe handling and use of this material.)*

When this form is completed, return to Hughes Aircraft Company, P.O. Box 11337,  Tucson, Arizona  85706
ATTENTION:   Safety Department.

THIS COMPLETED FORM MUST <u>PRECEDE</u> OR <u>ACCOMPANY</u> THE SHIPMENT.

12899 T (BACK-UP)

H-D000413

# CUMMINS ENGINE COMPANY, INC.

### COLUMBUS, INDIANA 47201



TELEPHONE |AREA CODE 812
|372-7211

Gentlemen:

### "Material Safety Data Sheet"

That we may better protect the health and safety of our employees and safeguard our property against loss from fire and accident, we need safety related data on material which we purchase.  We are interested in such information on your product ___Hanoolite___ .

Enclosed are a "Material Safety Data Sheet" and an "Appendix Information for Physician" form for each product.  When you complete and return the "Material Safety Data Sheet," we will be able to recommend to our people proper exhaust ventilation, protective clothing, fire extinguishers, cautionary in-plant labeling and similar health and safety related items.

The "Appendix Information for Physician" form must be completed and returned to our Medical Director so that the product sheet can be routed for approval, and released for purchase.  The information submitted on the sheet should direct the Medical Department in the initial treatment of any emergency situation, and should inform them of any hazardous material or compounding that will be involved in utilizing the product.  Please understand that delay in submitting this form will result in delay of purchase.

Information about a material's composition will remain confidential and will be used only to protect the health and safety of our employees, to safeguard our property, and to comply with regulatory codes and requirements.

Please list as Hazardous Ingredients any material which your product contains that is listed in OSHA Standards, Sub-Part G, Section 1910.93

Please return the "Material Safety Data Sheet" to the undersigned at:
Cummins Engine Company, Inc.
~~Purchasing Department - 10823~~  Safety - 11810
1000 Fifth Street
Columbus, IN   47201
Mail the "Appendix Information for Physician" to:
B. L. Weisenberger, M.D. - 10010
Medical Director
Cummins Engine Company, Inc.
1000 Fifth Street
Columbus, IN   47201

Very truly yours,

Y. Foster

H-D000582

APPENDIX INFORMATION FOR PHYSIC

TO: B. L. EISENBERGER, M.D.
MEDICAL DIRECTOR
CUMMINS ENGINE COMPANY, INC.
1000 FIFTH STREET
COLUMBUS, INDIANA 47201

## FOR CUMMINS MEDICAL DEPARTMENT USE ONLY

If the product has any health hazard, by inhalation,
ingestion, skin contact to the eyes or any other route,
please specify below the route whereby it is hazardous
and the ingredient or quality that makes it so.

---

**E X A M P L E**

This material is irritating to the eyes because it has
a pH of 12.5

or

The fumes are irritating because they contain ammonia

or

Toxic if ingested because it contains 10% organo-phosphate

---

## HEALTH HAZARDS

1. Fumes can cause irritation to the
mucous membranes bringing on headache,
2. dizziness and nausea
3. Ingestion could cause death because
4. product contains Benzol, Methane and
Acetone
5. Skin contact could cause dermatitis.
6. and contact with the eyes could cause
severe irritation.

H-D000583

## MSDS NO.

# Cummins
Cummins Engine Company, Inc.
Columbus, Indiana 47201

# MATERIAL SAFETY DATA SHEET

## I PRODUCT IDENTIFICATION

| MANUFACTURER'S NAME | *Handchy Chem.* | REGULAR TELEPHONE NO. |
|---|---|---|
| | | EMERGENCY TELEPHONE NO. |

**ADDRESS** *2525 Elston   Chicago. Ill.*

# TRADE NAME *Hancolite*
# SYNONYMS

## II HAZARDOUS INGREDIENTS

| MATERIAL OR AGENT | % | TOXICITY DATA |
|---|---|---|
| *Benzol* | 50 | TLV 25 |
| *Methanol* | 25 | " 200 |
| *Acetone.* | 25 | " 1000 |
| | | |
| | | |

## III PHYSICAL DATA

| BOILING POINT, 760 mm Hg | *134-174 °F* | MELTING POINT: | |
|---|---|---|---|
| SPECIFIC GRAVITY (H$_2$O = 1) | *.844* | VAPOR PRESSURE @ | *110* |
| VAPOR DENSITY (AIR = 1) | *2.1* | SOLUBILITY IN WATER, % BY WT. @ | *50* |
| PERCENT VOLATILES BY VOLUME | *100* | EVAPORATION RATE (BUTYL ACETATE = 1) *ETHER* | *2.6* |
| APPEARANCE AND ODOR | *Bluish Liquid - Aromatic Odor* | | |

H-D000584

## IV FIRE AND EXPLOSION DATA

| FLASH POINT (TEST METHOD) | T.C.C. Below 20 °F | AUTOIGNITION TEMPERATURE | |
|---|---|---|---|

| FLAMMABLE LIMITS IN AIR, % BY VOL. | | LOWER | 3.9 | UPPER | 14.3 |
|---|---|---|---|---|---|

| EXTINGUISHING MEDIA | Foam - CO₂ and dry chemicals |
|---|---|
| SPECIAL FIRE FIGHTING PROCEDURES | Treat as oil fire. Recommend self contained breathing apparatus |
| UNUSUAL FIRE AND EXPLOSION HAZARD | |

## V HEALTH HAZARD INFORMATION

| HEALTH HAZARD DATA | T.L.V. 59 P.P.M. |
|---|---|

ROUTES OF EXPOSURE

| INHALATION | Remove to fresh air |
|---|---|
| SKIN CONTACT | Wash with soap and water |
| SKIN ABSORPTION | "       "       "       " |
| EYE CONTACT | Flush with water for 15 minutes |
| INGESTION | Call physician - Do not induce vomiting |

EFFECTS OF OVEREXPOSURE
ACUTE OVEREXPOSURE

CHRONIC OVEREXPOSURE

EMERGENCY AND FIRST AID PROCEDURES

EYES:

SKIN:

INHALATION:          See above

INGESTION:

NOTES TO PHYSICIAN

H-D000585

## VI REACTIVITY DATA

CONDITIONS CONTRIBUTING TO INSTABILITY

INCOMPATIBILITY

HAZARDOUS DECOMPOSITION PRODUCTS

CONDITIONS CONTRIBUTING TO HAZARDOUS POLYMERIZATION

*Will not occur*

## VII SPILL OR LEAK PROCEDURES

STEPS TO BE TAKEN IF MATERIAL IS RELEASED OR SPILLED *Do not allow spilled liquid to get near strong Oxidizers and keep away from heat spark and open flame.*

NEUTRALIZING CHEMICALS

WASTE DISPOSAL METHOD *Mop up and discard. Subject to Federal, State and Local Regulations.*

## VIII SPECIAL PROTECTION INFORMATION

VENTILATION REQUIREMENTS *Toxic vapor - Control by adequate ventilation. Local exhaust-preferable and Mechanical exhaust as required.*

SPECIFIC PERSONAL PROTECTIVE EQUIPMENT

RESPIRATORY (SPECIFY IN DETAIL) *Organic Canister or Air Pack*

EYE *Face Shield*

GLOVES *Synthetic Rubber*

OTHER CLOTHING AND EQUIPMENT

H-D000586

## IX SPECIAL PRECAUTIONS

**PRECAUTIONARY STATEMENTS**

Highly flammable. Avoid prolonged skin contact ---

**OTHER HANDLING AND STORAGE REQUIREMENTS**

Keep containers closed and store in cool area, away from heat, spark or flame

PREPARED BY: Joseph F. Krause  Tech Director

ADDRESS: Hendeley Chemical Co. 2525 Clston Ave. Chicago Ill.

DATE: 9/20/76

FORM 4563   REV. 5-75

H-D000587

From 40 yr. Formula Box

M 51440

CONFIDENTIAL

H-D001400

MS-1440 Hancolite Dye

CUSTOMER: Thompson Haywood

DATE WANTED 3-7-73

QUANTITY ORDERED

PACKING — SIZE/CAN USED

INGREDIENTS

MS-408 (6.75 lb/gal)

DG-545

WEIGHT

BATCH NO.

CLASS

UNIT PRICE — OTHER

THIS BATCH CHECKED FOR WEIGHT AFTER MIXING — BY

FINAL LAB.-CHECK — BY

MILLED & FILLED — BY

DATE

— NOTE —
Any change of any item must be clearly marked

TOTAL

ACT. LOSS

YIELD

1 x 1 Gal = 7.05 lb

SPECIAL INSTRUCTIONS

3120 — 6.88

85 — .19

3205

CONFIDENTIAL

H-D001401





PURCHASING

MS-1440    TANCOLITE DYE

| QUANTITY ORDERED | 10-27-60 | PACKING | |
| --- | --- | --- | --- |
| DATE WANTED | | SIZE CAN USED | |

| CUSTOMER | | INGREDIENTS | |
| --- | --- | --- | --- |
| WEIGHT | | | |
| POUNDS | OUNCES | | |
| 6 | 14 | MS-408 | |
| | 1½ | X-1795 | |
| 6 | 15½ | | |

1 gal = 6.75 LB.

YIELD    PACKING    ACT. LOSS    SPECIAL INSTRUC.

1x1 GAL.

H-D001403



CONFIDENTIAL

H-D001404

| | HANCO | 714 |
|---|---|---|
| 3/4 | 20.60 | 32.09 |
| 3/4 | 22.75 | 35.68 |
| 3/4 | 21.75 | 33.97 |
| 3/4 | 24.00 | 38.97 |
| 38-3/4 | 22.35 | 37.62 |
| 38-3/4 | 24.65 | 35.02 |
| 1/4 | 22.95 | 38.94 |
| 1/4 | 25.30 | 35.58 |
| 1/4 | 42.35 | 39.56 |
| 1/4 | 46.75 | 65.58 |
| | | 72.90 |
| | | |
| 36 | 20.05 | 31.11 |
| 36 | 22.10 | 34.59 |
| 36 | 20.05 | 31.11 |
| 36 | 22.10 | 34.59 |
| | | |
| 15 | 19.45 | 30.10 |
| 15 | | 33.16 |
| 15 | 18.45 | 29.65 |
| 15 | | 32.96 |
| 15 | 19.75 | 30.97 |
| 16 | | 34.43 |
| 16 | 38.00 | 59.26 |
| 6 | 41.95 | 65.88 |
| 6-1/4 | 38.00 | 59.15 |
| 6-1/4 | 41.95 | 65.76 |
| 3-3/8 | 34.80 | 56.08 |
| 3-3/8 | 38.40 | 62.34 |
| | | |
| 3-5/8 | 11.60 | 16.15 |
| 3-5/8 | 12.60 | 18.56 |
| 4-5/8 | 12.95 | 19.37 |
| 26-7/16 | 14.30 | 21.12 |
| 3 | 17.70 | 26.24 |
| 3-1/2 | 23.80 | 36.57 |
| 5-1/4 | 26.90 | 39.60 |
| 1-1/8 | 33.70 | 49.69 |
| | | |
| 28-15/16 | 18.85 | 29.61 |
| 33-5/8 | | 35.58 |
| 36-13/16 | | 40.26 |
| 3/16 | | 67.06 |
| 52-3/4 | | 103.05 |
| 31/64 | | 121.70 |
| 1-9/16 | | 138.95 |
| | | |
| 3/4 | | 10.06 |
| 1/2 | | 16.83 |
| | 18.30 | 28.74 |
| 1-1/2 | 21.50 | 33.35 |
| 1-7/8 | 21.50 | 33.73 |
| 6-1/2 | | 38.62 |
| 7/8 | 28.75 | 44.91 |
| 1/2 | 38.00 | 60.20 |
| | | 51.09 |
| | 50.20 | 78.15 |
| | | 86.60 |
| | | 93.55 |
| 1/2 | | 94.18 |
| | 63.55 | 98.47 |
| | | 118.94 |
| | 77.75 | 121.10 |
| | 100.65 | 153.26 |
| | 101.50 | 155.95 |
| 3/16 | 14.80 | 22.70 |



## MS-408 HANCOLITE

A powerful combination of solvents with so many uses that not to have it available means frustration and loss of time. It disintegrates dried inks, lacquers and other dried resins instantaneously. It removes glaze on rubber blankets and rollers. It is excellent for degreasing and temporarily cleaning dampener rollers while on the press. It will remove unwanted images on deep etch plates. Hancolite does not leave a residue upon drying.

| | | |
|---|---|---|
| 1 x 1 gallon | .................................................. | per gal. 4.25 |
| 6 x 1 gallon | .................................................. | per gal. 3.75 |
| 12 x 1 gallon | .................................................. | per gal. 3.75 |
| 1 x 5 gallons | .................................................. | per gal. 3.60 |
| 5 x 5 gallons | .................................................. | per gal. 3.60 |
| 1 x 54 gallons | .................................................. | per gal. 3.40 |
| | | per gal. 3.25 |



## MS-2353 BLANKET AND ROLLER CLEANER

Clear. Highly efficient. Gives top performance and fast drying. Lower toxicity. Contains no carbon tetrachloride but has other selected solvents to give extra cleaning value and fire protection.

| | | |
|---|---|---|
| 1 x 1 gallon | .................................................. | per gal. 3.25 |
| 6 x 1 gallon | .................................................. | per gal. 2.85 |
| 1 x 5 gallons | .................................................. | per gal. 2.85 |
| 5 x 5 gallons | .................................................. | per gal. 2.50 |
| 1 x 54 gallons | .................................................. | per gal. 2.30 |



## MS-2337 BLANKET AND ROLLER CLEANER

Clear. Medium drying. Efficient. Economical.

| | | |
|---|---|---|
| 1 x 1 gallon | .................................................. | per gal. 2.75 |
| 6 x 1 gallon | .................................................. | per gal. 2.50 |
| 1 x 5 gallons | .................................................. | per gal. 2.50 |
| 5 x 5 gallons | .................................................. | per gal. 2.00 |
| 1 x 54 gallons | .................................................. | per gal. 1.95 |



## MS-2740 BLANKET AND ROLLER CLEANER

Clear. Standard quality. Fast drying. Low cost. Excellent cleaning. Leaves no residue. Generally safe for rubber and synthetics. High flash point. Contains no chlorinated hydrocarbons.

| | | |
|---|---|---|
| 1 x 1 gallon | .................................................. | per gal. 1.95 |
| 6 x 1 gallon | .................................................. | per gal. 1.65 |
| 1 x 5 gallons | .................................................. | per gal. 1.50 |
| 5 x 5 gallons | .................................................. | per gal. 1.35 |

46

H-D001996

Form Approved
Budget Bureau No. 44-R1387
Approval Expires April 30, 1971

Form No. LSB-005-4
May 1968


HANCOLITE

# U.S. DEPARTMENT OF LABOR
## WAGE AND LABOR STANDARDS ADMINISTRATION
### Bureau of Labor Standards

# MATERIAL SAFETY DATA SHEET

## SECTION I

MANUFACTURER'S NAME  HANDSCHY INDUSTRIES, INC.

EMERGENCY TELEPHONE NO.  (312) 276-6400

ADDRESS (Number, Street, City, State, and ZIP Code)
2525 NORTH ELSTON AVE.  CHICAGO, ILLINOIS 60647

CHEMICAL NAME AND SYNONYMS       NA

TRADE NAME AND SYNONYMS
HANCOLITE GLAZE CLEANER MS-408

CHEMICAL FAMILY  AROMATIC & OXYGENATED HYDROCARBON

FORMULA  NA (FURNISHED SINCE JAN. 1, 1972)

## SECTION II  HAZARDOUS INGREDIENTS

| PAINTS, PRESERVATIVES, & SOLVENTS | % | TLV (Units) | ALLOYS AND METALLIC COATINGS | % | TLV (Units) |
|---|---|---|---|---|---|
| PIGMENTS | | | BASE METAL | | |
| CATALYST | | | ALLOYS | | |
| VEHICLE | | | METALLIC COATINGS | | |
| SOLVENTS | 100 | 178 | FILLER METAL PLUS COATING OR CORE FLUX | | |
| ADDITIVES | | | OTHERS | | |
| OTHERS | | | | | |

| HAZARDOUS MIXTURES OF OTHER LIQUIDS, SOLIDS, OR GASES | % | TLV (Units) |
|---|---|---|
| AROMATIC SOLVENT (Benzene) | 50 | 100 |
| KETONE " | 25 | 1000 |
| ALCOHOL | 25 | 200 |

## SECTION III  PHYSICAL DATA

| | | | |
|---|---|---|---|
| BOILING POINT (°F.) | 136-225 | SPECIFIC GRAVITY (H₂O=1) | .837 |
| VAPOR PRESSURE (mm Hg.) | 90 | PERCENT VOLATILE BY VOLUME (%) | 100 |
| VAPOR DENSITY (AIR=1) | 2.1 | EVAPORATION RATE ( =1) | 3.0 |
| SOLUBILITY IN WATER | | | |
| APPEARANCE AND ODOR | | | |

## SECTION IV  FIRE AND EXPLOSION HAZARD DATA

| FLASH POINT (Method used) TCC: BELOW 20° F. | FLAMMABLE LIMITS | Lel | Uel |
|---|---|---|---|
| EXTINGUISHING MEDIA  FOAM CO₂ AND DRY CHEMICALS | | 3.4 | 20.3 |

SPECIAL FIRE FIGHTING PROCEDURES
TREAT AS OIL FIRE; RECOMMEND SELF-CONTAINED BREATHING APPARATUS

UNUSUAL FIRE AND EXPLOSION HAZARDS
TOXIC VAPOR; CONTROL BY ADEQUATE VENTILATION

H-D000634

## Section V - HEALTH HAZARD DATA

**EFFECTS OF OVEREXPOSURE**
EYE: IRRITATION; SKIN: IRRITATION AND/OR DERMATITIS UPON REPEATED OR PROLONGED CONTACT; INHALATION: IRRITATION OF EYE, NOSE AND THROAT, NARCOSIS, DIZZINESS, UNCONSCIOUSNESS; INGESTION: POISONOUS, CAUSES BLINDNESS, NARCOSIS, ETC., LEADING TO SEVERE ILLINESS OR DEATH

**PRIMARY ROUTE(S) OF ENTRY:**          X DERMAL          X INHALATION

**EMERGENCY AND FIRST AID PROCEDURES**  EYE: FLUSH WITH LARGE AMOUNT OF WATER FOR AT LEAST 15 M. SEEK PHYSICIAN; SKIN: WASH WITH SOAP AND WATER; INHALATION: MOVE VICTIM TO FRESH AIR, GIVE OXYGEN OR ARTIFICIAL RESPIRATION IF NEEDED, SEEK PHYSICIAN; INGESTION: DO NOT INDUCE VOMIT, BUT CONTACT A PHYSICIAN IMMEDIATELY. SIGNS & SYMPTOMS OF POISONING MAY NOT BE EVIDENT IMMED AFTER INGESTION.

## Section VI - REACTIVITY DATA

**PRODUCT STABILITY**          X STABLE          ☐ UNSTABLE

**CONDITIONS TO AVOID** CONTACT WITH IGNITION SOURCES (FLAMES, SPARKS, HOT SURFACES, ETC.) STRON ACID

## Section VII - SPILL OR LEAK PROCEDURES

**PROCEDURE WHEN MATERIAL SPILLED OR RELEASED**
ELIMINATE ALL IGNITION SOURCES. VENTILATE THE AREA. USE FOAM TO CONTROL VAPORS. COV SPILLS WITH AN ABSORBENT. FLUSH LARGE SPILLS INTO A SUITABLE RETENTION AREA OR CONTAIN. AVOID RUN-OFF INTO STORM SEWERS OR DITCHES. KEEP OUT OF ALL NATURAL WATERWAYS. HAZARDOUS WASTE BY IGNITABILITY. DISPOSE OF MATERIAL IN ACCORDANCE WITH ALL APPLICABLE FEE WASTE DISPOSAL METHOD STATE, COUNTY, & LOCAL ENVIRONMENTAL & POLLUTION REGULATIONS. WASTE D POSAL MUST NOT LEAD TO ENVIRONMENTAL CONTAMINATION.

## Section VIII - SPECIAL PROTECTION INFORMATION

**VENTILATION** LOCAL MECHANICAL EXHAUST RECOMMENDED TO KEEP VAPOR CONCENTRATION BELOW TLV.

**PROTECTIVE GLOVES**   NEOPRENE OR RUBBER GLOVES

**RESPIRATORY PROTECTION** IF VAPOR CONCENTRATIONS ARE HIGH USE NIOSH APPROVED CARTRIDGE OR CANISTER RESPIRATOR     **EYE PROTECTION**     GOGGLES, FACE SHIELD

**OTHER PROTECTIVE EQUIPMENT** USE AN IMPERVIOUS BODY COVERING & BOOTS. SAFETY SHOWER & EYE WASH SHOULD BE AVAILABLE.

## Section IX - SPECIAL PRECAUTIONS

**HANDLING AND STORING**
EXTREMELY FLAMMABLE LIQUID. KEEP STORED IN A CLOSED CONTAINER, IN A COOL, DRY AREA, AWAY FRO IGNITION SOURCES. USE & STORE WITH ADEQUATE VENTILATION. THIS PRODUCT MAY BE FATAL OR CAUSE BLINDNESS IF INGESTED. CANNOT BE MADE NON-POISONOUS. PROLONGED OR REPEATED BREATHING OF VAP IS HARMFUL. DO NOT GET IN EYES, OR ON SKIN OR CLOTHING. CONTAMINATED CLOTHING SHOULD BE REM IMMEDIATELY. DO NOT EAT, DRINK, OR SMOKE WHILE USING THIS PRODUCT. WASH THOROUGHLY W & WATER AFTER USING.

**OTHER PRECAUTIONS**
DO NOT EXPOSE EMPTY CONTAINERS TO FIRE, SPARKS, OR FLAMES AS RESIDUAL VAPORS MAY BE EXPLOS.

THIS FORM IS SUPPLIED AS AN INDUSTRY SERVICE BY THE NATIONAL ASSOCIATION OF PRINTING INK MANUFACTURERS, INC.

## SECTION V  HEALTH HAZARD DATA

THRESHOLD LIMIT VALUE    178 p.p.m.

EFFECTS OF OVEREXPOSURE   IRRITATION TO MUCOUS MEMBRANES, HEADACHE, DIZZINESS

EMERGENCY AND FIRST AID PROCEDURES

SKIN:  WASH WITH SOAP AND WATER          SWALLOWING: CALL PHYSICIAN IMMEDIATELY.

BREATHING:  REMOVE TO FRESH AIR          DO NOT INDUCE VOMITING

EYES:  FLUSH WITH WATER FOR 15 MINUTES

## SECTION VI  REACTIVITY DATA

| STABILITY | UNSTABLE | | CONDITIONS TO AVOID |
|---|---|---|---|
| | STABLE | X | |

INCOMPATABILITY (Materials to avoid)    AVOID OXIDIZING AGENTS

HAZARDOUS DECOMPOSITION PRODUCTS    NONE

| HAZARDOUS POLYMERIZATION | MAY OCCUR | | CONDITIONS TO AVOID |
|---|---|---|---|
| | WILL NOT OCCUR | X | |

## SECTION VII  SPILL OR LEAK PROCEDURES

STEPS TO BE TAKEN IN CASE MATERIAL IS RELEASED OR SPILLED

DO NOT ALLOW SPILLED LIQUID TO GET NEAR STRONG OXIDIZERS.

MOP UP AND DISCARD.  KEEP AWAY FROM HEAT, SPARK OR OPEN FLAME.

WASTE DISPOSAL METHOD

SUBJECT TO FEDERAL, STATE AND LOCAL REGULATIONS.  DO NOT SEWER.

CAN BE ATOMIZED INTO AN APPROVED COMBUSTION CHAMBER.

## SECTION VIII  SPECIAL PROTECTION INFORMATION

RESPIRATORY PROTECTION (Specify type)    ORGANIC CANISTER OR AIR-PACK

| VENTILATION | LOCAL EXHAUST    PREFERABLE | SPECIAL |
|---|---|---|
| | MECHANICAL (General) AS REQUIRED | OTHER |

| PROTECTIVE GLOVES    SYNTHETIC RUBBER | EYE PROTECTION    FACE SHIELD |
|---|---|

OTHER PROTECTIVE EQUIPMENT

## SECTION IX  SPECIAL PRECAUTIONS

PRECAUTIONS TO BE TAKEN IN HANDLING AND STORING

HIGHLY FLAMMABLE.  AVOID PROLONGED SKIN CONTACT.

OTHER PRECAUTIONS

FOR...NTING INK.. ..LLATE ...RIALS

INFORMATION ON THIS FORM IS PROPRIETARY INFORMATION AND FURNISHED SOLELY FOR THE USE OF OUR CUSTOMERS

| | |
|---|---|
| Slight ........... 1 | HEALTH |
| Moderate ....... 2 | FLAMMABILITY |
| Serious ........ 3 | REACTIVITY |
| Severe ......... 4 | |

DATE OF PREP.   8/6/85   PREPARED BY _____

## Section I

PERSONAL PROTECTION S

MANUFACTURER'S NAME: **HANDSCHY INDUSTRIES, INC.**
STREET ADDRESS: **2525 N. ELSTON AVE.**   CITY, STATE AND ZIP CODE: **CHICAGO, IL 60647**
EMERGENCY TELEPHONE NUMBER: **(312) 276-6400**
PRODUCT CLASS: **LITHOGRAPHIC PRESS CHEMICAL**
TRADE NAME: **HANCOLITE GLAZE CLEANER**   MANUFACTURER'S CODE IDENTIFICATION: **MS-408; X-2077**

## Section II - HAZARDOUS INGREDIENTS

| Ingredient: | Hazard Data: |
|---|---|
| TOLUENE CAS # 108-88-3 | TLV 100 PPM |
| METHANOL CAS# 67-65-1 | TLV 200 PPM |
| ACETONE CAS # 67-64-1 | TLV 1000 PPM |

## Section III - PHYSICAL DATA

| BOILING RANGE °F 125 - 240 | VAPOR DENSITY: HEAVIER ☒ vs. air LIGHTER ☐ | LIQUID DENSITY: HEAVIER ☐ vs. water LIGHTER ☒ | TYPE OF ODOR PAINT REMOV |
|---|---|---|---|
| APPEARANCE CLEAR, VIOLET TINGED LIQUID | EVAPORATION RATE FASTER ☒ vs. Butyl Acetate SLOWER ☐ | PERCENT VOLATILE WT. 100 | |

## Section IV - FIRE & EXPLOSION DATA

| FLAMMABILITY CLASSIFICATION | OSHA 1B FLAMMABLE DOT LIQUID | FLASH POINT °F 20 (Method Used) TCC | LEL NO DATA |
|---|---|---|---|

EXTINGUISHING MEDIA:
☐FOAM   ☐"ALCOHOL" FOAM   ☒CO2   ☒DRY CHEMICAL   ☐WATER FOG   ☐OTHE:

UNUSUAL FIRE AND EXPLOSION HAZARDS
BLEND IS EXTREMELY FLAMMALBE; VAPORS ARE HEAVIER THAN AIR AND MAY TRAVEL A CO
SIDERABLE DISTANCE TO A SOURCE OF IGNITION AND FLASHBACK

SPECIAL FIREFIGHTING PROCEDURES WATER MAY BE USED TO COOL FIRE-EX... ...

H-D000637

Form Approved
Budget Bureau No. 44-R1387
Approval Expires April 30, 1971

Form No. LSB-005-4
May 1948

# U.S. DEPARTMENT OF LABOR

## WAGE AND LABOR STANDARDS ADMINISTRATION
### Bureau of Labor Standards

# MATERIAL SAFETY DATA SHEET

## SECTION I

MANUFACTURER'S NAME  HANDSCHY INDUSTRIES, INC.

EMERGENCY TELEPHONE NO.  (312) 276-6400

ADDRESS (Number, Street, City, State, and ZIP Code)
2525 NORTH ELSTON AVE., CHICAGO, ILLINOIS 60647

CHEMICAL NAME AND SYNONYMS  NA

TRADE NAME AND SYNONYMS  HANCOLITE GLAZE CLEANER MS-408

CHEMICAL FAMILY  AROMATIC & OXYGENATED HYDROCARBON

FORMULA  NA (FURNISHED SINCE JAN. 1, 1972)

## SECTION II  HAZARDOUS INGREDIENTS

| PAINTS, PRESERVATIVES, & SOLVENTS | % | TLV (Units) | ALLOYS AND METALLIC COATINGS | % | TLV (Units) |
|---|---|---|---|---|---|
| PIGMENTS | | | BASE METAL | | |
| CATALYST | | | ALLOYS | | |
| VEHICLE | | | METALLIC COATINGS | | |
| SOLVENTS | 100 | 178 | FILLER METAL PLUS COATING OR CORE FLUX | | |
| ADDITIVES | | | OTHERS | | |
| OTHERS | | | | | |

| HAZARDOUS MIXTURES OF OTHER LIQUIDS, SOLIDS, OR GASES | | % | TLV (Units) |
|---|---|---|---|
| AROMATIC SOLVENT (Benzene) (b) | | 50 | 100 |
| KETONE | | 25 | 1000 |
| ALCOHOL | | 25 | 200 |

## SECTION III  PHYSICAL DATA

| | | | |
|---|---|---|---|
| BOILING POINT (°F.) | 136-225 | SPECIFIC GRAVITY (H₂O=1) | .837 |
| VAPOR PRESSURE (mm Hg.) | 90 | PERCENT VOLATILE BY VOLUME (%) | 100 |
| VAPOR DENSITY (AIR=1) | 2.1 | EVAPORATION RATE (ETHER =1) | 3.0 |
| SOLUBILITY IN WATER | | | |
| APPEARANCE AND ODOR | | | |

## SECTION IV  FIRE AND EXPLOSION HAZARD DATA

| FLASH POINT (Method used)  TCC: BELOW 20° F. | FLAMMABLE LIMITS | Lel | Uel |
|---|---|---|---|
| | | 3.4 | 20.3 |

EXTINGUISHING MEDIA  FOAM CO₂ AND DRY CHEMICALS

SPECIAL FIRE FIGHTING PROCEDURES
TREAT AS OIL FIRE. RECOMMEND SELF-CONTAINED BREATHING APPARATUS

UNUSUAL FIRE AND EXPLOSION HAZARDS
TOXIC VAPOR. CONTROL BY ADEQUATE VENTILATION

H-D000853

## SECTION V   HEALTH HAZARD DATA

THRESHOLD LIMIT VALUE     178 p.p.m.

EFFECTS OF OVEREXPOSURE   IRRITATION TO MUCOUS MEMBRANES, HEADACHE, DIZZINESS

EMERGENCY AND FIRST AID PROCEDURES
SKIN:  WASH WITH SOAP AND WATER          SWALLOWING: CALL PHYSICIAN IMMEDIATELY.
BREATHING:  REMOVE TO FRESH AIR                    DO NOT INDUCE VOMITTING
EYES:  FLUSH WITH WATER FOR 15 MINUTES

## SECTION VI   REACTIVITY DATA

| STABILITY | UNSTABLE | | CONDITIONS TO AVOID |
|---|---|---|---|
| | STABLE | X | |

INCOMPATABILITY (Materials to avoid)     AVOID OXIDIZING AGENTS

HAZARDOUS DECOMPOSITION PRODUCTS   NONE

| HAZARDOUS POLYMERIZATION | MAY OCCUR | | CONDITIONS TO AVOID |
|---|---|---|---|
| | WILL NOT OCCUR | X | |

## SECTION VII   SPILL OR LEAK PROCEDURES

STEPS TO BE TAKEN IN CASE MATERIAL IS RELEASED OR SPILLED

DO NOT ALLOW SPILLED LIQUID TO GET NEAR STRONG OXIDIZERS.
MOP UP AND DISCARD.   KEEP AWAY FROM HEAT, SPARK OR OPEN FLAME.

WASTE DISPOSAL METHOD

SUBJECT TO FEDERAL, STATE AND LOCAL REGULATIONS.  DO NOT SEWER.
CAN BE ATOMIZED INTO AN APPROVED COMBUSTION CHAMBER.

## SECTION VIII   SPECIAL PROTECTION INFORMATION

RESPIRATORY PROTECTION (Specify type)   ORGANIC CANISTER OR AIR-PACK

| VENTILATION | LOCAL EXHAUST   PERFERABLE | SPECIAL |
|---|---|---|
| | MECHANICAL (General) AS REQUIRED | OTHER |

PROTECTIVE GLOVES   SYNTHETIC RUBBER       EYE PROTECTION   FACE SHIELD

OTHER PROTECTIVE EQUIPMENT

## SECTION IX   SPECIAL PRECAUTIONS

PRECAUTIONS TO BE TAKEN IN HANDLING AND STORING

HIGHLY FLAMMABLE.  AVOID PROLONGED SKIN CONTACT.

OTHER PRECAUTIONS

FOR... NTING INK... ... ELATE. ... RIALS

INFORMATION ON THIS FORM IS PROPRIETARY INFORMATION AND FURNISHED SOLELY FOR THE USE OF OUR CUSTOMERS

| | ...... max. | |
|---|---|---|
| Slight ........... 1 | | HEALTH |
| Moderate ....... 2 | | FLAMMABILITY |
| Serious ....,... 3 | | REACTIVITY |
| Severe ......... 4 | | |

DATE OF PREP. 8/6/85          PREPARED BY _____

## Section I

PERSONAL PROTECTION S

MANUFACTURER'S NAME:  HANDSCHY INDUSTRIES, INC.
STREET ADDRESS:  2525 N. ELSTON AVE.          CITY, STATE AND ZIP CODE:  CHICAGO, IL 60647
EMERGENCY TELEPHONE NUMBER:  (312) 276-6400
PRODUCT CLASS:  LITHOGRAPHIC PRESS CHEMICAL
TRADE NAME:  HANCOLITE GLAZE CLEANER          MANUFACTURER'S CODE IDENTIFICATION:  MS-408; X-2077

## Section II - HAZARDOUS INGREDIENTS

| Ingredient: | Hazard Data: |
|---|---|
| TOLUENE CAS # 108-88-3 | TLV  100 PPM |
| METHANOL CAS# 67-65-1 | TLV  200 PPM |
| ACETONE CAS # 67-64-1 | TLV  1000 PPM |

## Section III - PHYSICAL DATA

| BOILING RANGE °F  125 - 240 | VAPOR DENSITY:  HEAVIER ☒  vs. air LIGHTER ☐ | LIQUID DENSITY: HEAVIER ☐  vs. water LIGHTER ☒ | TYPE OF ODOR  PAINT REMOV |
|---|---|---|---|
| APPEARANCE  CLEAR, VIOLET TINGED LIQUID | EVAPORATION RATE  FASTER ☒  vs. Butyl Acetate SLOWER ☐ | PERCENT VOLATILE WT.  100 | |

## Section IV - FIRE & EXPLOSION DATA

| FLAMMABILITY CLASSIFICATION | OSHA  1B  FLAMMABLE  DOT  ,LIQUID | FLASH POINT °F  20  (Method Used)  TCC | LEL  NO DATA. |
|---|---|---|---|

EXTINGUISHING MEDIA:
☐"FOAM   ☐"ALCOHOL" FOAM   ☐CO2   ☐DRY CHEMICAL   ☐WATER FOG   ☐OTHE!

UNUSUAL FIRE AND EXPLOSION HAZARDS
BLEND IS EXTREMELY FLAMMALBE; VAPORS ARE HEAVIER THAN AIR AND MAY TRAVEL A CO SIDERABLE DISTANCE TO A SOURCE OF IGNITION AND FLASHBACK

SPECIAL FIREFIGHTING PROCEDURES WATER MAY BE USED TO COOL FIRE-EXP SED ... INERS. DO NOT ALL

H-D000855

## Section V - HEALTH HAZARD DATA

**EFFECTS OF OVEREXPOSURE**
EYE: IRRITATION; SKIN: IRRITATION AND/OR DERMITITIS UPON REPEATED OR PROLONGED CONTACT.
INHALATION: IRRITATION OF EYE, NOSE AND THROAT, NARCOSIS, DIZZINESS, UNCONSCIOUSNESS:
INGESTION: POISONOUS, CAUSES BLINDNESS, NARCOSIS, ETC., LEADING TO SEVERE ILLINESS OR DEAT

**PRIMARY ROUTE(S) OF ENTRY:**           ☒DERMAL              ☒INHALATION

**EMERGENCY AND FIRST AID PROCEDURES**  EYE: FLUSH WITH LARGE AMOUNT OF WATER FOR AT LEAST 15 M.
SEEK PHYSICIAN: SKIN: WASH WITH SOAP AND WATER; INHALATION: MOVE VICTIM TO FRESH AIR, GIVE
OXYGEN OR ARTIFICIAL RESPIRATION IF NEEDED, SEEK PHYSICIAN; INGESTION: DO NOT INDUCE VOMIT:
BUT CONTACT A PHYSICIAN IMMEDIATELY. SIGNS & SYMPTOMS OF POISONING MAY NOT BE EVIDENT IMMED
AFTER INGESTION.

## Section VI - REACTIVITY DATA

**PRODUCT STABILITY**           ☒STABLE              ☐UNSTABLE

**CONDITIONS TO AVOID**  CONTACT WITH IGNITION SOURCES (FLAMES, SPARKS, HOT SURFACES, ETC.) STRON
ACID

## Section VII - SPILL OR LEAK PROCEDURES

**PROCEDURE WHEN MATERIAL SPILLED OR RELEASED**
ELIMINATE ALL IGNITION SOURCES. VENTILATE THE AREA. USE FOAM TO CONTROL VAPORS. CO
SPILLS WITH AN ABSORBENT. FLUSH LARGE SPILLS INTO A SUITABLE RETENTION AREA OR CONTAIN.
AVOID RUN-OFF INTO STORM SEWERS OR DITCHES. KEEP OUT OF ALL NATURAL WATERWAYS.
HAZARDOUS WASTE BY IGNITABILITY.  DISPOSE OF MATERIAL IN ACCORDANCE WITH ALL APPLICABLE FE
**WASTE DISPOSAL METHOD** STATE, COUNTY, & LOCAL ENVIRONMENTAL & POLLUTION REGULATIONS. WASTE D:
POSAL MUST NOT LEAD TO ENVIRONMENTAL CONTAMINATION.

## Section VIII - SPECIAL PROTECTION INFORMATION

**VENTILATION**  LOCAL MECHANICAL EXHAUST RECOMMENDED TO KEEP VAPOR CONCENTRATION BELOW TLV.

**PROTECTIVE GLOVES**  NEOPRENE OR RUBBER GLOVES

**RESPIRATORY PROTECTION** IF VAPOR CONCENTRATIONS ARE HIGH   **EYE PROTECTION**
USE NIOSH: APPROVED CARTRIDGE OR CANISTER RESPIRATOR              GOGGLES, FACE SHIELD

**OTHER PROTECTIVE EQUIPMENT** USE AN IMPERVIOUS BODY COVERING & BOOTS. SAFETY SHOWER & EYE WASH
SHOULD BE AVAILABLE.

## Section IX - SPECIAL PRECAUTIONS

**HANDLING AND STORING**
EXTREMELY FLAMMABLE LIQUID. KEEP STORED IN A CLOSED CONTAINER, IN A COOL, DRY AREA, AWAY FRO
IGNITION SOURCES. USE & STORE WITH ADEQUATE VENTILATION. THIS PRODUCT MAY BE FATAL OR CAUSE
BLINDNESS IF INGESTED. CANNOT BE MADE NON-POISONOUS.  PROLONGED OR REPEATED BREATHING OF VAP
IS HARMFUL. DO NOT GET IN EYES, OR ON SKIN OR CLOTHING.  CONTAMINATED CLOTHING SHOULD BE REM
IMMEDIATELY.  DO NOT EAT, DRINK, OR SMOKE WHILE USING THIS PORDUCT.  WASH THOROUGHLY W
& WATER AFTER USING.

**OTHER PRECAUTIONS**
DO NOT EXPOSE EMPTY CONTAINERS TO FIRE, SPARKS, OR FLAMES AS RESIDUAL VAPORS MAY BE EXPLOS.

THIS FORM IS SUPPLIED AS AN INDUSTRY SERVICE BY THE NATIONAL ASSOCIATION OF PRINTING INK MANUFACTURERS, INC.



**HANDSCHY CHEMICAL CO.**
2525 N. ELSTON AVENUE
CHICAGO, ILLINOIS 60647

✕ MANUFACTURERS OF FINE LITHOGRAPHIC INKS AND CHEMICALS

# TECHNICAL BULLETIN

**NUMBER**

TECHNICAL BULLETIN                145

JULY 24, 1972

TO ALL TECHNICAL PERSONNEL, SALES PERSONNEL
AND DISTRIBUTORS OF THE HANDSCHY CHEMICAL CO.

### FLASH POINTS ON HANCO SOLVENTS

WITH THE INSTITUTION OF THE OCCUPATIONAL SAFETY
AND HEALTH ACT OF 1970, THE NUMBER OF INQUIRIES ON
THE FLAMMABILITY OF OUR SOLVENT PRODUCTS, HAS IN-
CREASED GREATLY AND PROMPTS DISTRIBUTION OF THIS
DATA TO HELP YOU TO PROVIDE THE ANSWERS.

THIS IS AN EXTENDED LIST AND IT SUPERSEDES
TECHNICAL BULLETIN #83 ISSUED AUG. 6, 1965.

THE DESIGNATION, NO INITIAL FLASH POINT, DOES NOT
MEAN THAT THE SOLVENT WILL NOT BURN. SUCH SOLVENTS
BECOME FLAMMABLE WHEN THE NON-FLAMMABLE PORTIONS ARE
ALLOWED TO EVAPORATE.

ALL FLASH POINTS WERE DETERMINED BY THE TAG
CLOSED CUP METHOD, USUALLY DESIGNATED AS T.C.C.

THE DATA IS AS FOLLOWS:

| NUMBER | DESCRIPTION | FLASH POINT |
|--------|-------------|-------------|
| MS-121 | HANCOHOLD | $40^\circ$ F. |
| MS-180 | HANCO BLANKET CONDITIONER | BELOW $200^\circ$ F. |
| MS-216 | STEEL ROLLER DEOXIDIZER | BELOW $200^\circ$ F. |
| MS-405 | SPECIAL TYPE WASH | BELOW $100^\circ$ F. |
| MS-408 | HANCOLITE | BELOW $200^\circ$ F. |
| MS-567 | HANCO LITHOTINE | $110^\circ$ F. |
| MS-623 | BLANKET & ROLLER CLEANER | NO INITIAL FLASH POINT |
| MS-678 | TYPE WASH | BELOW $200^\circ$ F. |

CONTINUED NEXT PAGE

NOTE: This is valuable information! Please read and retain for reference.

H-D000969



**HANDSCHY CHEMICAL CO.**
2525 N. ELSTON AVENUE
CHICAGO, ILLINOIS 60647

*MANUFACTURERS OF FINE LITHOGRAPHIC INKS AND CHEMICALS*

# TECHNICAL BULLETIN

TECHNICAL BULLETIN

**NUMBER** 145

JULY 2ⁿ, 1972

| NUMBER | DESCRIPTION | FLASH POINT |
|---|---|---|
| MS-1107 | DEEP ETCH ALCOHOL SOLVENT | $32^0$ F. |
| MS-1200 | BLANKET & ROLLER CLEANER | NO INITIAL FLASH POINT |
| MS-1205 | BLANKET & ROLLER CLEANER | NO INITIAL FLASH POINT |
| X-1230 | ISOPROPYL ALCOHOL | $55^0$ F. |
| X-1231 | HANCO SOLVENT | $105^0$ F. |
| MS-1274 | BLANKET & ROLLER NEW | $91^0$ F. |
| MS-1403 | BLANKET LACQUER | $77^0$ F. |
| MS-1453 | TYPE CLEANER | BELOW $20^0$ F. |
| MS-1516 | SPECIAL TYPE WASH | BELOW $20^0$ F. |
| MS-1517A | SAFETY TYPE WASH | NO INITIAL FLASH POINT |
| X-1542 | TURPENTINE | $92^0$ F. |
| MS-1644 | ANHYDROSOL "E" 99% WATER FREE | $60^0$ F. |
| MS-1648 | COPPERIZING SOLUTION FOR STEEL ROLLERS | $55^0$ F. |
| MS-1759 | KWIK PRESS KLEEN SOLVENT | $140^0$ F. |
| MS-2337 | BLANKET & ROLLER CLEANER | NO INITIAL FLASH POINT |
| MS-2353 | BLANKET & ROLLER CLEANER | $75^0$ F. |
| MS-2740 | BLANKET & ROLLER CLEANER | $102^0$ F. |
| MS-2782 | BLANKET HARDENER | $40^0$ F. |
| MS-3272 | D.A.R FOUNTAIN SOLUTION ADDITIVE | $53^0$ F. |
| MS-3585 | TYPE CLEANER | NO INITIAL FLASH POINT |
| MS-3695 | HANCOLITE (LESS TOXIC-ILLINOIS TYPE) | BELOW $20^0$ F. |

SINCERELY YOURS,

*Joseph F. Krause*

JOSEPH F. KRAUSE
TECH. DIRECTOR

**NOTE: This is valuable information! Please read and retain for reference.**

MS-3695   Illinois Hemolite

2 lbs Methanol   X-1733   (25%)
2 lbs Acetone   X-1555   (25%)
4 lbs Toluol   X-1685   (50%

20 c.c   MS-1440 per drum (Dye)

H-D000971

January 8, 1969

O'Rourke & Maroney, Inc.
Fort Wayne Bank Building
Fort Wayne, Indiana 46801

Attn. Mr. Raymond W. Brandt

Dear Mr. Brandt:

We have compiled as much information as possible on the products re-
quested in your letter of December 10, 1968 and hope it will fulfill the
requirements you need at this time.

Because our suppliers are reluctant to disclose composition of their
products, for competitive reasons, the specific ingredients and their per-
centages are not given in this report.

None of the products are for human ingestion, of course.

With respect to the term non-toxic when referred to inhalation or
skin absorption, again it is impossible for us to say that a product will not
cause any ill effects when it is termed so, because an allergy can enter into
it and so we will have to define such items as relatively non-toxic where it
applies.

Brief descriptive data on the specified products follows:

(1)  Gum Arabic Solution MS-587 - A water solution of Gum Arabic containing a
preservative and a small percentage of alkali P.H. 5.5 to 5.8.  Relatively
non-toxic to inhalation and skin absorption.

(2)  Mancolite MS-408 - A blend of solvents, comprising Benzol, Methanol and
Acetone.  Can be toxic through inhalation and to a degree to skin absorption
if used indiscriminately.  Its use as a cleaning solvent should be resorted
to in a well ventilated area.

(3)  Manco Lithotine MS-567 - A mixture of Hydrocarbon solvents with tackifier,
reodorant and stabilizer oil.  Relatively non-toxic to inhalation and generally
to skin absorption, except in cases where allergies to hydrocarbons exist.

H-D000588

Form No. LLB-00 ba
Nov 1948

# .S. DEPARTMENT OF LABOR

## WAGE AND LABOR STANDARDS ADMINISTRATION
### Bureau of Labor Standards

*Attachment #*

# MATERIAL SAFETY DATA SHEET

## SECTION I

| | |
|---|---|
| MANUFACTURER'S NAME | HANDSCHY INDUSTRIES, INC. |
| EMERGENCY TELEPHONE NO. | (312) 276-6400 |

ADDRESS (Number, Street, City, State, and ZIP Code)
2525 NORTH ELSTON AVE.   CHICAGO   ILLINOIS 60647

CHEMICAL NAME AND SYNONYMS   NA

TRADE NAME AND SYNONYMS   HANCULITE GLAZE CLEANER MS-408

CHEMICAL FAMILY   AROMATIC & OXYGENATED HYDROCARBON

FORMULA   NA (FURNISHED SINCE JAN. 1, 1972)

## SECTION II  HAZARDOUS INGREDIENTS

| PAINTS, PRESERVATIVES, & SOLVENTS | % | TLV (Units) | ALLOYS AND METALLIC COATINGS | % | TLV (Units) |
|---|---|---|---|---|---|
| PIGMENTS | | | BASE METAL | | |
| CATALYST | | | ALLOYS | | |
| VEHICLE | | | METALLIC COATINGS | | |
| SOLVENTS | 100 | 178 | FILLER METAL PLUS COATING OR CORE FLUX | | |
| ADDITIVES | | | OTHERS | | |
| OTHERS | | | | | |

| HAZARDOUS MIXTURES OF OTHER LIQUIDS, SOLIDS, OR GASES | % | TLV (Units) |
|---|---|---|
| AROMATIC SOLVENT (Benzene (of) | 50 | 100 |
| KETONE " | 25 | 1000 |
| ALCOHOL | 25 | 200 |

## SECTION III  PHYSICAL DATA

| | | | |
|---|---|---|---|
| BOILING POINT (°F.) | 136-225 | SPECIFIC GRAVITY (H₂O=1) | .837 |
| VAPOR PRESSURE (mm Hg.) | 90 | PERCENT VOLATILE BY VOLUME (%) | 100 |
| VAPOR DENSITY (AIR=1) | 2.1 | EVAPORATION RATE ( =1) | 3.0 |
| SOLUBILITY IN WATER | | | |
| APPEARANCE AND ODOR | | | |

## SECTION IV  FIRE AND EXPLOSION HAZARD DATA

| FLASH POINT (Method used) TCC: BELOW 20° F. | FLAMMABLE LIMITS | Lel | Uel |
|---|---|---|---|
| | | 1.4 | 20.1 |

EXTINGUISHING MEDIA   FOAM $CO_2$ AND DRY CHEMICALS

SPECIAL FIRE FIGHTING PROCEDURES
TREAT AS OIL FIRE: RECOMMEND SELF-CONTAINED BREATHING APPARATUS

UNUSUAL FIRE AND EXPLOSION HAZARDS
TOXIC VAPOR, CONTROL BY ADEQUATE VENTILATION

# EXHIBIT "F"

M.

ity Controlled

Quality Controlled   CHEMICALS

## DEEP ETCH CHEMICALS

### Deep Etch Coating

"Controlled" for viscosity, sensitivity and
ent. Smooth spreading low viscosity coating
true reproduction of tone values. Filtered
foreign material.

ye added.
o dye added.

| | | |
|---|---|---|
| bottle................per gal. | 5.00 |
| n bottles.............per gal. | 4.00 |

### veloper

ture conditions.

| | | |
|---|---|---|
| bottle................per gal. | 4.25 |
| n bottles.............per gal. | 3.75 |

### Etch (Zinc)

s.

| | | |
|---|---|---|
| bottle................per gal. | 4.00 |
| n bottles.............per gal. | 3.25 |

### Etch For Deep Etch (Aluminum)

r plate is to be copperized or not.

| | | |
|---|---|---|
| bottle................per gal. | 4.75 |
| n bottles.............per gal. | 4.00 |

Etch may be combined for 12 gallon price.

### ion For Deep Etch Aluminum

per on image areas of deep etch aluminum
nging plate life.

| | | |
|---|---|---|
| bottle................per gal. | 7.00 |
| bottles...............per gal. | 6.75 |
| n bottles.............per gal. | 6.50 |

### rying Deep Etch "V" Lacquer

. Spreads quickly and evenly over any size
ough acid resistant vinyl film insures long

| | | |
|---|---|---|
| ................per qt. | 4.75 |
| ................per qt. | 4.50 |
| :...............per qt. | 4.35 |

*o change without notice.*

## HANCO PLATE CHEMICALS

### Hanco Deep Etch Developing Inks

Black image inks of highest quality, viscosity controlled, easily applied, oil and
acid resistant. Packed in convenient tip-resistant, center spout, round cans.

MS-228 Medium body.     MS-329 Medium heavy.     MS-2261 Extra heavy.

| | | |
|---|---|---|
| quart can......................per qt. | 3.50 |
| 4X1 quart......................per qt. | 3.00 |

### MS-933 Plasaver (An Image Restorer For Deep Etch or Surface Plates)



Plasaver is used primarily to bring back an image on
a plate that is considered blind. Through its use a
plate may be saved to finish its run. This is applicable
to both deep etch and surface plates.

It is also used extensively as a base to fortify the
image on new plates including those that are presen-
sitized. This is accomplished by gumming up the plate
after which Plasaver is applied as a lacquer.

| | | |
|---|---|---|
| pint bottle ...................per pt. | 3.15 |
| 12X1 pint.....................per pt. | 2.60 |

### BK-907 Hanco Surface Plate Developing Ink

For surface plates. Easily applied. Strong black image. Packed in convenient
tip-resistant, center spout, round cans.

| | | |
|---|---|---|
| quart can......................per qt. | 3.00 |
| gallon (4X1 quart).......  ......per gal. | 10.00 |

### MS-1107 Special Deep Etch Alcohol Solvent.

A mixture of anhydrous solvents with added power to easily remove difficult
staging out lacquers. 99% water free.

| | | |
|---|---|---|
| per gal......................per gal. | 2.25 |
| 6X1  gallon...................per gal. | 2.00 |
| 1X5 gallon drum..............per gal. | 1.80 |
| 5X5 gallon drums.............per gal. | 1.70 |
| 1X54 gallon drum.............per gal. | 1.50 |

### X-1644 Anhydrosol "E". 99% Water Free

Denatured ethyl alcohol compound commonly used for deep etch work. Pleasant
odor.

| | | |
|---|---|---|
| gallon can....................per gal. | 2.25 |
| 6X1 gallon....................per gal. | 2.00 |
| 1X5 gallon drum..............per gal. | 1.75 |
| 5X5 gallon drums.............per gal. | 1.80 |
| 1X54 gallon drum.............per gal. | 1.50 |

*Prices subject to change without notice.*



**PRODUCTS**

**HANCO PRODUCTS**

11

Case 1:19-cv-08655-JHR Document 148-1 Filed 05/23/19 Page 116 of 131

# MATERIAL SAFETY DATA SHEET
## FOR PRINTING INK AND RELATED MATERIALS

INFORMATION ON THIS FORM IS PROPRIETARY INFORMATION AND FURNISHED
SOLELY FOR THE USE OF OUR CUSTOMERS

DATE OF PREP. 11/25/85   PREPARED BY _____
REV. 3/15/88

| HAZARD RATINGS | |
|---|---|
| Minimal ........ 0 | |
| Slight .......... 1 | |
| Moderate ...... 2 | |
| Serious ........ 3 | |
| Severe ........ 4 | |

| | |
|---|---|
| HEALTH | 3 |
| FLAMMABILITY | 2 |
| REACTIVITY | 0 |

## Section I

PERSONAL PROTECTION: SF

MANUFACTURER'S NAME: HANDSCHY INDUSTRIES, INC.
STREET ADDRESS: 120 - 25TH AVE.
CITY, STATE AND ZIP CODE: BELLWOOD, IL 60104
EMERGENCY TELEPHONE NUMBER: (312) 276-6400
PRODUCT CLASS: LITHOGRAPHIC CHEMICAL
TRADE NAME: PLASAVER
MANUFACTURER'S CODE IDENTIFICATION: MS-933

## Section II - HAZARDOUS INGREDIENTS

| Ingredient: | Hazard Data: | |
|---|---|---|
| | CAS. NO. | TLV |
| AMYL ACETATE | 628-63-7 | 100 PPM |
| NITROBENZENE | 98-95-3 | 1 PPM SKIN |
| TOLUOL | 108-88-3 | 100 PPM |
| MINERAL SPIRITS | 8052-41-3 | 100 PPM |

## Section III - PHYSICAL DATA

| BOILING RANGE °F | VAPOR DENSITY: HEAVIER ☒ vs. air LIGHTER ☐ | LIQUID DENSITY: HEAVIER ☐ vs. water LIGHTER ☒ | TYPE OF ODOR |
|---|---|---|---|
| 100 - 400 | | | FRUITY |

| APPEARANCE | EVAPORATION RATE  FASTER ☒ vs. Butyl Acetate SLOWER ☐ | PERCENT VOLATILE WT.   67 |
|---|---|---|
| PURPLE - LIQUID | | |

## Section IV - FIRE & EXPLOSION DATA

| FLAMMABILITY CLASSIFICATION | OSHA   IC DOT  FLAMMABLE | FLASH POINT °F (Method Used) < 100° TCC | LEL |
|---|---|---|---|

EXTINGUISHING MEDIA:
☒ FOAM   ☒ "ALCOHOL" FOAM   ☒ CO2   ☒ DRY CHEMICAL   ☐ WATER FOG   ☐ OTHER

UNUSUAL FIRE AND EXPLOSION HAZARDS          NONE

SPECIAL FIREFIGHTING PROCEDURES
RECOMMEND SELF-CONTAINED BREATHING APPARATUS.

H-D001211

## Section V - HEALTH HAZARD DATA

**EFFECTS OF OVEREXPOSURE**

CONTAINS NITROBENZENE. LIQUID MAY CAUSE PRIMARY IRRITATION ON SKIN CONTACT AND MAY CAUSE DERMATITIS AFTER REPEATED DERMAL EXPOSURE. INGESTION, INHALATION, OR ABSORPTION THROUGH THE SKIN MAY CAUSE METHEMOGLOBINEMIA WHICH CAN LEAD TO CYANOSIS AFTER OVEREXPOSURE.

**PRIMARY ROUTE(S) OF ENTRY:** ☒DERMAL ☒INHALATION

**EMERGENCY AND FIRST AID PROCEDURES**

EYES: FLUSH WITH WATER FOR 15 MINUTES. CALL PHYSICIAN.
SKIN: WASH THOROUGHLY WITH SOAP AND WATER.
INHALATION: REMOVE TO FRESH AIR.
INGESTION: DO NOT INDUCE VOMITING. CALL PHYSICIAN.

## Section VI - REACTIVITY DATA

**PRODUCT STABILITY** ☒STABLE ☐UNSTABLE

**CONDITIONS TO AVOID** NONE.

## Section VII - SPILL OR LEAK PROCEDURES

**PROCEDURE WHEN MATERIAL SPILLED OR RELEASED**

USE ABSORBENT MATERIAL TO SOAK UP SPILL. TRANSFER TO CONTAINER. TREAT AS HAZARDOUS WASTE.

**WASTE DISPOSAL METHOD** MAY BE ATOMIZED INTO INCINERATOR. OBSERVE ALL LOCAL, STATE, AND FEDERAL REGULATIONS.

## Section VIII - SPECIAL PROTECTION INFORMATION

**VENTILATION** AREA MUST BE VENTILATED THOROUGHLY SO AS TO KEEP VAPOR CONCENTRATIONS BELOW TLV.

**PROTECTIVE GLOVES** SYNTHETIC RUBBER.

**RESPIRATORY PROTECTION** ORGANIC CANISTER OR AIR PACK    **EYE PROTECTION** FACE SHIELD

**OTHER PROTECTIVE EQUIPMENT** NONE

## Section IX - SPECIAL PRECAUTIONS

**HANDLING AND STORING**

KEEP CONTAINERS CLOSED.

**OTHER PRECAUTIONS** KEEP AWAY FROM HEAT, SPARKS, OR OPEN FLAME.

THIS FORM IS SUPPLIED AS AN INDUSTRY SERVICE BY THE NATIONAL ASSOCIATION OF PRINTING INK MANUFACTURERS, INC.
(Information on this form is supplied by the individual ink manufacturer)

NAPIM 4 - 85

H-D001212





MS  933  PT  .38   V   0114   LB
              .008  DC  0545
              .27   X   1715
             .0004  X   1525
              .34   MS  0167

CONFIDENTIAL

H-D001590

MS-933   PLASAVER

*Casting*

BATCH NO. CB-18843

| QUANTITY ORDERED | | | | |
| --- | --- | --- | --- | --- |
| DATE WANTED 3-5-74 | | PACKING | | |
| CUSTOMER | | SIZE CAN USED | CLASS 195 | |

| WEIGHT | | INGREDIENTS | ADDED ON MILL | | | UNIT PRICE | |
| POUNDS | HUNDREDTHS | | POUNDS | HUNDREDTHS | | RAW MAT'L | OTHER |

| | OUNCES | | | | | | |
| 117 | | V-114  Butyl ACETATE | 1.33 | | | | |
| 2 | 12 | DC-545  DYE | 3.44 | | | | |
| 84 | | X-1715 | 60 | | | | |
| | 60 CC | X-1525 | 1.14 | | | | |
| 106 | 8 | MS-167 | 165 | | | | |
| 310 | 4 | TOTAL  312 PTS. | | | | | |
| | .5 | ACT. LOSS | | | | | |

THIS BATCH CHECKED FOR WEIGHT AFTER MIXING

FINAL LAB. CHECK   BY

MILLED & FILLED   BY   BY   DATE

— NOTE —

Any change of any item must be clearly marked

WT/GL .67 LBS

SPECIAL INSTRUCTIONS

YIELD

CONFIDENTIAL

H-D001591



CONFIDENTIAL

H-D001592

CONFIDENTIAL

H-D001593

<u>CODING OF ALL PANDSCHY PRODUCTS</u>

<u>PRODUCT CODES</u>

01  -  OFFSET INKS.
11  -   "    "   (NON STOCK)
02  -  LETTERPRESS INKS.
12  -   "    "   (NON STOCK)
03  -  DIE STAMP INKS. (JK)
13  -   "    "   (NON STOCK)
04  -  FINISHED VARNISH,
       DRIER & COMPOUNDS.
14  -   "    "   (NON STOCK)
05  -  CARTRIDGE INKS.
15  -   "    "   (NON STOCK)
20  -  AA

21  -  VARNISH

22  -  DRIERS

23  -  INK COLORS

24  -  DRY COLORS

25  -  "K" VARNISH

26  -  SS VARNISH

27  -  PD ITEMS

28  -  DY ITEMS

29  -  EN

40  -  FO

41  -  FC

42  -  FS

06  -  CHEMICAL (FINISHED & RAW)

07  -  RESALE
17  -   "    (NON STOCK)
08  -  FLEXO INKS
18  -   "    (NON STOCK)

00  -  MISC. (ACCTG INFO, CONTAINER
       ETC.)

<u>STOCK OR NON-STOCK APPLIES TO ALL CATEGORIES</u>

1  -  INDICATE WITH AN EVEN NUMBER IN COLUMN # 1 WHEN IT IS A STOCK
      ITEM.

2  -  INDICATE WITH AN ODD NUMBER IN COLUMN # 1  WHEN IT IS A
      NON-STOCK ITEM.

<u>FINISHED OR RAW APPLIES ONLY TO (VARNISH, DRIERS, COMPOUNDS) AND CHEMICALS</u>

<u>TO IDENTIFY INK COLORS</u>
      THE THIRD AND FOURTH DIGITS WILL INDICATE THE COLOR OF ALL INKS
      BASED ON THE FOLLOWING CODING SYSTEM:

                    01  -  WHITE
                    02  -  TINTS
                    03  -  PURPLE
                    04  -  BLACK
                    05  -  BLUE
                    06  -  GREEN
                    07  -  YELLOW
                    08  -  ORANGE
                    09  -  RED
                    10  -  MS
                    11  -  BF
                    12  -  BN
                    13  -  CS

CONFIDENTIAL                                                        H-D001288

A.  UNDERLINE STOCK INKS

                    FOR EXAMPLE        BK-4664

                        01   040   4664

                    **FOR EXAMPLE**        BK-619-SO

                          01   049   0619

                    FOR EXAMPLE        CS-100   WITH DRIER (Y-9277)
                          01   070   9277

                    FOR EXAMPLE        CS-100   WITHOUT DRIER (Y-9516)
                          01   070   9516

                    FOR EXAMPLE        W-101
                          01   010   0101

                    FOR EXAMPLE        T-218
                          01   020   0218

                    FOR EXAMPLE        P-1165
                          01   030   1165

                    FOR EXAMPLE        BK-4664
                          01   040   4664

                    FOR EXAMPLE        B-7910
                          01   050   7910

                    FOR EXAMPLE        G-4997-A
                          01   060   4997

                    FOR EXAMPLE        Y-888
                          01   070   0888

                    FOR EXAMPLE        OR-3150
                          01   080   3150

                    FOR EXAMPLE        R-12812-A
                          01   091   2812

                    FOR EXAMPLE        MS-2646
                          01   100   2646

                    FOR EXAMPLE        CS-2441   WITH DRIER
                          01   130   2441

                    FOR EXAMPLE        CS-2441   WITHOUT DRIER (B-23781)
                          01   052   3781

          CS INKS WITH DRIER WILL BE IDENTIFIED BY FIGURE (13)
          IN COLUMNS #3 AND #4 (AS IN ABOVE SAMPLES)

CONFIDENTIAL                                                    H-D001289

B.   NON STOCK INKS

THIS WOULD BE EXACTLY AS ABOVE EXAMPLES WITH THE
MAJOR DIFFERENCE LYING IN THE AREA THAT THE
COLUMN ONE WILL READ AN ODD NUMBER INSTEAD OF
EVEN NUMBER. DUE TO USAGE OF COLUMN # 5 FOR
SOLAR INK THE HIGHEST INK NUMBER WE CAN USE IS
B-89,999

## II   CODING OF LETTERPRESS STOCK INKS

WHERE THE SAME INK NUMBER SUCH AS Y-238 IS USED
FOR BOTH JOB AND CYLINDER CONSTRUCTIONS, SUCH
NUMBER WILL ONLY INDICATE A JOB  INK AND THE
CYLINDER INK WILL BE ASSIGNED A NEW NUMBER.

IDENTICAL TO CODING OF OFFSET STOCK INKS
EXCEPT COLUMN TWO WILL READ 2.  SOLAR INK
NUMBERS TO BE IDENTIFIED BY FIGURE (9) IN THE
FIFTH COLUMN.

THEREFORE IN THE LETTERPRESS CATEGORY THE
HIGHEST INK NUMBER WE CAN USE IS  Y-89,999 LP.

CONFIDENTIAL

H-D001290

III   DIE STAMP INK

SAME AS OFFSET STOCK INK EXCEPT COLUMN # 2 WILL READ 3.
THE (9) IN COLUMN # 5 INDICATES BASE INK OR DK NUMBERS.
IN COLOR DESIGNATION (MS-1C) WILL REPRESENT GOLD & SILVER.

A.   <u>STOCK</u>

FOR EXAMPLE - AQUA DIE BASE RED DK-1C1
                     BASE (DK) COLOR
              03    099    01C1

FOR EXAMPLE - AQUA DIE BLACK DW-4002

              03    040    4002

B.   <u>NON STOCK DIE STAMP INK THE FIRST COLUMN
     WILL HAVE AN ODD NUMBER</u>

IV   <u>FINISHED</u> VARNISH, DRIER AND COMPOUND

A.   SAME AS OFFSET STOCK INK EXCEPT COLUMN # 2
     WILL READ 4.

FOR EXAMPLE - VARNISH MS-275

              04    000    0275

FOR EXAMPLE - DRIER MS-2305

              04    000    2305

FOR EXAMPLE - COMP. MS-1053

              04    000    1053

B.   NON STOCK

FOR EXAMPLE - VARNISH MS-2610

              14    000    2610

V    RAW VARNISH, DRIER, COMPOUNDS, INK, DRY COLOR, INCLUDING -
     V, D, IC, DC, K, SS, DY, FO, FC, EN, PD. TO IDENTIFY THE
     ABOVE CATEGORIES. PLEASE NOTE THE FOLLOWING:

CONFIDENTIAL                                                    H-D001291

RAW MATERIALS TO BE IDENTIFIED FROM THE FOLLOWING COLUMNS ONE AND TWO. COLUMNS THREE, FOUR AND FIVE TO BE USED FOR VENDOR NUMBER.

```
20  -  AA
21  -  VARNISH
22  -  DRIERS
23  -  INK COLORS
24  -  DRY COLORS
25  -  K  VARNISH
26  -  SS VARNISH
27  -  PD ITEMS
28  -  DY ITEMS
29  -  EN
40  -  FO
41  -  FC
42  -  FS
```

FOR EXAMPLE               VARNISH V-1163

        21        1163

FOR EXAMPLE               COMPOUND V-225

        21        0225

FOR EXAMPLE               DRIER D-329

        22        0329

FOR EXAMPLE               FLUSHED BLUE IC-1191

        23        1191

FOR EXAMPLE               DRY BLUE DC-1537

        24        1537

FOR EXAMPLE               K-120

        25        0120

FOR EXAMPLE               SS-1309

        26        1309

FOR EXAMPLE               PD-700

        27        0700

FOR EXAMPLE               DY-1201

        28        1201

FOR EXAMPLE               EN-107

        29        0107

CONFIDENTIAL                                                          H-D001292

FOR EXAMPLE        FC-110

40    0110

FOR EXAMPLE        FC-102

41    0102

FOR EXAMPLE        AA-105

20    0105

FOR EXAMPLE        FS-200

42    0200


VI    CHEMICALS

    A.  <u>FINISHED CHEMICALS</u>
        COLUMNS THREE, FOUR AND FIVE TO BE USED
        FOR VENDOR NUMBERS. HANDSCHY
        (ALL MS NUMBERS WILL BE 000)

        FOR EXAMPLE        MS-587

          06   000  0587

    B.  <u>RAW CHEMICALS</u>
        COLUMNS THREE, FOUR AND FIVE AS ABOVE
        BUT THOMPSON-HAYWARD WILL HAVE DIFFERENT
        VENDOR NUMBERS FOR "MS" AND "X" SINCE
        THOMPSON-HAYWARD IS 813 (FOR MS) AND
        814 (FOR "X")  THEN -

        FOR EXAMPLE    MS-408
          06   813  0408

        FOR EXAMPLE    X-1728
          06   814  1728

    C.  <u>NON STOCKED FINISHED OR RAW CHEMICALS</u> - WILL BE
        INDICATED BY A DIGIT (ODD) APPEARING IN COLUMN ONE.

VII   <u>RESALE</u>
    1ST COLUMN WILL INDICATE STOCK OR NON STOCK BY EVEN OR
    ODD NUMBERS AS IN PREVIOUS ITEMS. COLUMNS # 3 AND 4,
    AND 5 USED FOR VENDOR NUMBER. COLUMNS 6, 7, 8, AND 9
    ARE FOR PRODUCT NUMBER.

        <u>FOR EXAMPLE</u>    3-M SLEEVES 34778 IF 3-M'S
              # IS 57 THEN,

            07   573  4778

        WE WOULD OMIT 571, 572, 573, AND 574
        VENDOR NUMBERS AND RESERVE FOR 3-M.

CONFIDENTIAL

H-D001293

VIII   FLEXO INKS WILL FOLLOW IDENTICAL PROCEEDURE AS OFFSET INKS
WITH THE MAJOR DIFFERENCE BEING COLUMN # 2 WILL HAVE THE
DIGIT 8.

CONFIDENTIAL

# EXHIBIT "G"

## MS-CHEMICALS

| MS | WT | DESCRIPTION | GAL | QT | PT | LB |
|---|---|---|---|---|---|---|
| 121 | | HANCOHOLD | | | | |
| 124 | 8.00 | WETTING AGENT | | | | |
| 152 | 7.375 | WASHOUT SOLUTION | | | | |
| 158 | | PLATE ETCH | | | | |
| 167 | | PLASAVER BASE | | | | |
| 169 | | BLANKLO | | | | |
| 171 | 9.00 | FOUNTAIN SOLUTION | | | | |
| 180 | | BLANKET CONDITIONER | | | | |
| 183 | 6.875 | PLABUILDER | | | | |
| 214 | 9.5 | PLATE ETCH | | | | |
| 216 | 6.90 | STEEL ROLLER DEOXIDIZER | | | | |
| 218 | 9.5 | SUPRA FT. SOLUTION | | | | |
| 228 | 7.9 | D.E. DEVELOPING INK | | | | |
| 269 | | LITHO FT. ETCH | | | | |
| 273 | 9.25 | SPRAY SOLUTION | | | | |
| 298 | 8.9 | FOUNTAIN SOLUTION FOR M.L. | | | | |
| 299 | | HEAVY SPRAY SOLUTION | | | | |
| 329-B | | DEEP ETCH DEVELOPING INK | | | | |
| 365 | | BLANKET SULPHUR | | | | |
| 448 | 8.72 | CELLULOSE GUM | | | | |
| 516 | 11.7 | ETCH FOR DEEP ETCH | | | | |
| 518 | 11.9 | BASE FOR MS-519 | | | | |
| 519 | 11.7 | DEEP ETCH DEVELOPER | | | | |
| 534 | 7.52 | SPECIAL INK REDUCER | | | | |
| 540 | 8.25 | FOUNTAIN SOLUTION | | | | |
| 556 | 12.5 | IRON CHLORIDE ETCH | | | | |
| 567 | 6.58 | HANCO LITHOTINE | | | | |
| 568 | | LITHOTINE BASE | | | | |
| 571 | 8.57 | CELLULOSE GUM ETCH | | | | |
| 587 | 9.375 | GUM ARABIC SOLUTION 14°BAUME | | | | |
| 595 | 8. | PHENOL | | | | |
| 624 | | BASE FOR BK-907 DEVELOPING INK | | | | |
| 672 | | DYE FOR MS-158 | | | | |
| 677 | | DYE FOR B&R CLEANER | | | | |
| 706 | | DYE | | | | |
| 733 | 9.1 | GUM SOLUTION | | | | |
| 767 | | DIE FOR BLANKLO | | | | |
| 810 | | WASHOUT SOLUTION | | | | |
| 837 | | SPRAY SOLUTION | | | | |
| 912 | 8.98 | LITHO ETCH | | | | |
| 933 | 7.67 | PLASAVER | | | | |
| 973 | 8.25 | GLASS CLEANER | | | | |
| 975 | | BASE #2 FOR BK-907 D.E. DEV.INK | | | | |
| 976-A | 8.5 | STREAKLESS GUM | | | | |
| 989 | | D.E. MASK REMOVER | | | | |
| 1049 | | BASE FOR MS-516 | | | | |
| 1172 | 8.94 | GUM SOLUTION | | | | |
| 1199 | | FINE SPRAY POWDER | | | | |
| 1213 | | DYE FOR MS-1205 | | | | |
| 1251 | 9.55 | FOUNTAIN DRIER STIMULATOR | | | | |
| 266 | 6.51 | GREEN OIL DYE | | | | |
| 274 | 7.0 | BLANKET & ROLLER NEW | | | | |

Plabuilders

| Pounds | Oz | Ingredients | | Per cent |
|--------|-----|-------------|----|----------|
| 24 | — | Asphalt Primer Coat | V-184 | 13.9 |
| 72 | — | # 10 Mineral Spirits | X-1231 | 41.6 |
| 63 | — | Benzol | X-1240 | 36.5 |
| 9 | — | Isopropanol | X-1230 | 5.2 |

Mix well and finally ~~and~~ add

| 4 | 14 | Oil of Mirbane (Nitrobenzene) | | 2.8 |
|---|-----|-------------------------------|----|-----|
| 172 lbs | 14 oz. | | | 100.00 |

Yield : 36 Gallons
Packaging : 1 unlined gallon cans

DEP. EX. NO. 9

FOR ID., AS OF  7-15-10

CONFIDENTIAL

H-D001268