# ReedSmith

Reed Smith LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110
+1 713 469 3800
Fax +1 713 469 3899
reedsmith.com

**Stan Perry**
Direct Phone:  +1 713 469 3847
Email:  sperry@reedsmith.com

December 26, 2019

**By Electronic Mail**

The Honorable Stephanie A. Gallagher
U.S. District Court for the District of Maryland
101 West Lombard Street, Chambers 7D
Baltimore, Maryland 21201
Mbd_sagchambers@mdd.uscourts.gov

RE: *Lorene G. Brocious, as Personal Representative of the Estate of James Coppage v. United States Steel Corporation, et al.*, **U.S. District Court for the District of Maryland, Civil Action No. 1:18-cv-03823-GLR**

Dear Judge Coulson:

We write to inform Your Honor that our clients Defendants Shell Oil Company and Shell Oil Products US, Inc. ("Shell") and Plaintiff have agreed to a settlement in the above-referenced matter. Considering that settlement, Shell hereby withdraws its Joinder in Defendant United States Steel's Motion to Exclude Plaintiff's Expert Robert Herrick [Dkt. # 160].

We appreciate your time and consideration in this matter.

Very truly yours,

Stan Perry
*Attorney for Shell Oil Company and Shell Oil Products US, Inc.*

Cc: Valerie Litzinger, Judicial Assistant (Valerie_Litzinger@mdd.uscourts.gov)

*approved*
USDJ
12/31/19

ABU DHABI ◆ ATHENS ◆ AUSTIN ◆ BEIJING ◆ CENTURY CITY ◆ CHICAGO ◆ DUBAI ◆ FRANKFURT ◆ HONG KONG ◆ HOUSTON ◆ KAZAKHSTAN ◆ LONDON ◆ LOS ANGELES ◆ MIAMI ◆ MUNICH
NEW YORK ◆ PARIS ◆ PHILADELPHIA ◆ PITTSBURGH ◆ PRINCETON ◆ RICHMOND ◆ SAN FRANCISCO ◆ SHANGHAI ◆ SILICON VALLEY ◆ SINGAPORE ◆ TYSONS ◆ WASHINGTON, D.C. ◆ WILMINGTON