## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **LORENE G. BROCIOUS, as** | * | |
| **Personal Representative of the Estate of** | * | |
| **JAMES A. COPPAGE,** | * | |
| | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Case No. 1: 18-cv-003823-SAG** |
| | * | |
| **UNITED STATES STEEL CORPORATION,** | * | |
| **ET AL.,** | * | |
| **Defendants** | * | |
| *    *    *    *    *    *    * | | |

### PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF HER OPPOSITION TO DEFENDANT SUN CHEMICAL CORPORATION & RYCOLINE PRODUCTS, INC.'S JOINTER MOTION TO EXCLUDE PLAINTIFF'S EXPERT DR. ROBERT HERRICK

Plaintiff, by and through her counsel of record, hereby submits this Memorandum of Law in Support of her Opposition to Defendant Sun Chemical Corporation's & Rycoline Products, Inc.'s Joinder Motion to Exclude Dr. Herrick and in thereof fully adopts and incorporates by reference all facts and arguments set forth in her opposition to United States Steel's Motion to Exclude Dr. Herrick as if more fully incorporated herein.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court deny Defendant's Motion to Exclude Dr. Herrick for the reasons stated above, as Dr. Herrick's opinions related to 1) Mr. Coppage's use of Sun Chemical Company's cleaning solvent, and 2) the benzene content of the solvents that he used are based upon the facts of the case and utilize reliable methodology.

Respectfully Submitted,

Dated: January 6, 2020                    By:     /s/ Timothy A. Burke
                                                  ANDREW J. DUPONT, ESQUIRE
                                                  TIMOTHY A. BURKE, ESQUIRE
                                                  THE CURTIS CENTER, SUITE 720E
                                                  601 WALNUT STREET

PHILADELPHIA, PA 19106
(215) 893-0100 - T
(215) 893-3444 - F
Attorneys for Plaintiff

 /s/ Stephen J. Nolan
Stephen J. Nolan, Bar No. 0578
Smith, Gildea & Schmidt, LLC
600 Washington Avenue, Suite 200
Towson, Maryland 21204
(410) 821-0070/ (410) 821-0071 fax
snolan@sgs-law.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **LORENE G. BROCIOUS, as** | * |
| **Personal Representative of the Estate of** | * |
| **JAMES A. COPPAGE,** | * |
| | * |
| **Plaintiff,** | * |
| **v.** | *    **Case No. 1: 18-cv-003823-SAG** |
| | * |
| **UNITED STATES STEEL CORPORATION,** | * |
| **ET AL.,** | * |
| **Defendants** | * |
| *      *      *      *      *      *      * | |

## CERTIFICATE OF SERVICE

The undersigned, does hereby certify that a true and correct copy of the foregoing was

served upon all parties by Electronic Case Filing on this date.

Respectfully submitted,

Dated: January 6, 2020          By:     /s/ Timothy A. Burke
                                        ANDREW J. DUPONT, ESQUIRE
                                        TIMOTHY A. BURKE, ESQUIRE
                                        THE CURTIS CENTER, SUITE 720E
                                        601 WALNUT STREET
                                        PHILADELPHIA, PA 19106
                                        (215) 893-0100 - T
                                        (215) 893-3444 - F
                                        Attorneys for Plaintiffs